UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXEY V. TARASOV, ESQ., Administrator of the Estate of EVGENIY LAGODA, Deceased, and GRIGORY TIKHOPLAV,<br><br>Plaintiffs,<br><br>-against-<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT a/k/a PORT AUTHORITY POLICE DEPARTMENT a/k/a PAPD, PAPD OFFICER MICHAEL BUGIADA, PAPD OFFICER ROBERT JOSEPH, PAPD OFFICER JONATHAN PAPIA, PAPD OFFICER PAUL MEZZACAPPA, and PAPD OFFICER JONATHAN DURAN,<br><br>Defendants. | 1:21-cv-06226-NRB |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Michael J. Sullivan, hereby move this Court for an Order allowing my admission *pro hac vice* as counsel for Plaintiffs ALEXEY V. TARASOV, ESQ., Administrator of the Estate of EVGENIY LAGODA, Deceased, and GRIGORY TIKHOPLAV in the above-captioned action.

I am in good standing with the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: July 30, 2021

/s/ Michael J. Sullivan
Michael J. Sullivan
*Ashcroft Law Firm*

200 State Street, 7th Floor  
Boston, MA 02109  
P: 617-573-9400  
msullivan@ashcroftlawfirm.com

## CERTIFICATE OF SERVICE

I, Michael J. Sullivan, certify that this Motion for Admission *Pro Hac Vice*, along with the accompanying Affidavit and annexed Certificate of Good Standing, is being filed through the ECF system on July 30, 2021, which serves counsel for defendants who are registered participants as identified on the ECF docket.

/s/ Michael J. Sullivan  
Michael J. Sullivan