

BY ECF

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 21A
New York, NY 10007

September 1, 2023

Application granted.
SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       September 6, 2023

RE:   *Alexey Tarasov, et al. v. Port Authority of New York and New Jersey, et al.,*
      Joint Status Report
      1:21-cv-06226-NRB

Dear Judge Buchwald:

This office represents Defendants in the above-referenced matter. This letter is being submitted pursuant Your Honor's Memorandum Endorsement of the Report of the Parties' Rule 26(f) Planning Meeting ("Rule 26 Report"). Dkt. 13 (Endorsed Rule 26 Report) at 6 ("The parties shall file a report to the Court every 60 days on the status of discovery.").

The parties have been working together to complete discovery. Since the parties' last status report, the following depositions have been completed: (1) Plaintiff Grigory Tikhoplav on July 25, 2023; (2) Plaintiff Alexey V. Tarasov, Esq. on July 27, 2023; (3) Defendant Police Officer Robert Joseph on August 2, 2023; (4) Defendant Police Officer Paul Mezzacappa on August 2, 2023; (5) Defendant Police Officer Jonathan Duran on August 3, 2023; (6) Defendant Police Officer Jonathan Papia on August 3, 2023; (7) Defendant Police Officer Michael Bugiada on August 8, 2023; (8) Non-party Witness Kurt Bengtson on August 15, 2023; (9) Non-party Witness Frank Leandro on August 17, 2023; (10) Non-party Witness Shantell Miller on August 18, 2023; (11) Non-party Witness Nathana Wright-Reid on August 21, 2023; (12) Non-party Witness Calvin Swinney on August 21, 2023; and (13) Non-party Witness Kevin Ingleton on August 22, 2023.

Defendants are currently working to coordinate the depositions of two additional non-party witnesses, William Flory and Zoe Bignall. Mr. Flory was the first officer aboard the subject flight where the facts of this case arose and no longer is employed by JetBlue Airways. Ms. Bignall was one of three medical professionals who attempted to assist the decedent on the plane. Ms. Bignall was served with a subpoena but has not responded to date. Defendants will continue to endeavor to make contact with both witnesses in order to schedule and complete their depositions.

Plaintiffs served Defendants with a re-notice pursuant to Rule 30(b)(6) on August 18, 2023, seeking to take the deposition of a designee of Defendant, Port Authority of New York and New



Jersey, which included an amended list of topics. Defendants are reviewing the twelve (12) topics identified in Plaintiffs' Rule 30(b)(6) re-notice and plan to respond to the re-notice by September 8, 2023.

Counsel for Defendants currently have three trials scheduled to take place in September and October of this year and respectfully seek additional time to complete the remaining depositions. Plaintiffs' counsel assents to this request for an extension of the current discovery deadlines.

Should the Court grant this discovery extension request, the following is an amended scheduling order:

| Action Item | Current Date | [Proposed] Date |
|---|---|---|
| Fact Deposition and requests to admit complete by | August 31, 2023 | December 1, 2023 |
| Disclosure of Plaintiffs' Rule 26 expert information by | October 19, 2023 | January 19, 2024 |
| Disclosure of Defendants' Rule 26 expert information by | November 16, 2023 | February 23, 2024 |
| Expert witness depositions complete by | December 14, 2023 | March 22, 2024 |
| All discovery complete by | January 25, 2024 | April 19, 2024 |

The parties thank the Court for its attention to this matter. If there is any more information that the Court requires, or if counsel can be of any further assistance, we are available at Your Honor's convenience.

Respectfully yours,

By:  /s/ Cheryl N. Alterman
      Cheryl N. Alterman, Esq.

cc:     Michael Sullivan, Esq.
       J. Christopher Amrhein, Jr., Esq.