UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

ALEXEY V. TARASOV, ESQ., Administrator of the
Estate of EVGENIY LAGODA, Deceased, and
GRIGORY TIKHOPLAV,

                              Plaintiffs,

     -against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, and PORT AUTHORITY OF NEW
YORK AND NEW JERSEY POLICE DEPARTMENT
a/k/a PORT AUTHORITY POLICE DEPARTMENT
a/k/a PAPD, PAPD OFFICER MICHAEL BUGIADA,
PAPD OFFICER ROBERT JOSEPH, PAPD OFFICER
JONATHAN PAPIA, PAPD OFFICER PAUL
MEZZACAPPA, and PAPD OFFICER JONATHAN
DURAN,

                           Defendants.

--------------------------------------------------------------------X

Case No.: 21-cv-6226 (NRB)

**DECLARATION OF COUNEL IN
SUPPORT OF MOTION FOR
SUMMARY JUDGMENT**

       **CHERYL N. ALTERMAN,** an attorney duly admitted to practice law in the State of New

York and before this Court, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746,

that the following statements are true and correct to the best of my knowledge:

       1.     I am an attorney in the Port Authority's Law Department, attorneys for Defendants

Port Authority of New York and New Jersey ("Port Authority"), Port Authority Officer Michael

Bugiada, Port Authority Officer Robert Joseph, Port Authority Officer Jonathan Papia, Port

Authority Officer Paul Mezzacappa, and Port Authority Officer Jonathan Duran (collectively

"Defendants"). I am familiar with the facts and circumstances stated herein. This familiarity is

based upon the records and files for this case.

       2.     Defendants submit the documents described below, in support of their motion for

summary judgment pursuant to Fed. R. Civ. P. 56. The documents are a true and accurate copy of

the record in this action.

3. Attached as Exhibit "A" is a true and correct copy of McKinney's Consolidated Laws of New York, § 7107. Limitation of actions; service of notice of claim required.

4. Attached as Exhibit "B" is a true and correct copy of Executive Orders issued by Governor Andrew Cuomo related to COVID-19 tolling periods.

5. Attached as Exhibit "C" is a true and correct copy of Plaintiffs' Notice of Claim received by the Port Authority on April 7, 2021.

6. Attached as Exhibit "D" is a true and correct copy of Plaintiffs' Complaint filed on April 9, 2021.

7. Attached as Exhibit "E" is a true and correct copy of Plaintiffs' First Amended Complaint filed on June 29, 2021.

8. Attached as Exhibit "F" is a true and correct copy of Defendants' Answer to the First Amended Complaint filed on July 28, 2021.

9. Attached as Exhibit "G" is a true and correct copy of the Port Authority's Motion to Dismiss Plaintiffs' State Law Claims filed on June 9, 2021.

10. Attached as Exhibit "H" is a true and correct copy of the Plaintiffs' Motion to for Leave of Court to Satisfy Jurisdictional Conditions Precedent filed on July 12, 2021.

11. Attached as Exhibit "I" is a true and correct copy of the Decision and Order on Motions of the Hon. Barbara Jaffe, J.S.C., filed on July 22, 2021.

12. Attached as Exhibit "J" is a true and correct copy of the deposition transcript of Port Authority Officer Michael Bugiada, taken on August 8, 2023.

13. Attached as Exhibit "K" is a true and correct copy of the deposition transcript of Port Authority Officer Jonathan Papia, taken on August 3, 2023.

14.    Attached as Exhibit "L" is a true and correct copy of the deposition transcript of Port Authority Officer Robert Joseph, taken on August 2, 2023. Please note that the cover page to the deposition transcript mistakenly refers to Officer Joseph as "Robert Mezzacappa."

15.    Attached as Exhibit "M" is a true and correct copy of the deposition transcript of Port Authority Officer Paul Mezzacappa, taken on August 2, 2023.

16.    Attached as Exhibit "N" is a true and correct copy of the deposition transcript of Port Authority Officer Jonathan Duran, taken on August 3, 2023.

17.    Attached as Exhibit "O" is a true and correct copy of the deposition transcript of JetBlue Flight Attendant Calvin Swinney, taken on August 21, 2023.

18.    Attached as Exhibit "P" is a true and correct copy of the deposition transcript of JetBlue Flight Attendant Kevin Ingleton, taken on August 22, 2023.

19.    Attached as Exhibit "Q" is a true and correct copy of the deposition transcript of JetBlue Flight Attendant Frank Leandro, taken on August 17, 2023.

20.    Attached as Exhibit "R" is a true and correct copy of the deposition transcript of Captain Kurt Bengtson, taken on August 15, 2023.

21.    Attached as Exhibit "S" is a true and correct copy of the deposition transcript of Nathana Wright-Reid, taken on August 21, 2023.

22.    Attached as Exhibit "T" is a true and correct copy of the deposition transcript of Shantell Miller, taken on August 18, 2023.

23.    Attached as Exhibit "U" is a true and correct copy of the deposition transcript of Plaintiff Grigory Tikhoplav dated September 1, 2022.

24.    Attached as Exhibit "V" is a true and correct copy of the deposition transcript of Plaintiff Grigory Tikhoplav dated July 25, 2023.

25.     Attached as Exhibit "W" is a true and correct copy of the deposition transcript of Lt. Jamie Sandoz, taken on February 13, 2024.

26.     Attached as Exhibit "X" is a true and correct copy of the deposition transcript of Lt. Mark Bergery, taken on February 13, 2024.

27.     Attached as Exhibit "Y" is a true and correct copy of the deposition transcript of Lt. Lawanda Irving, taken on February 14, 2024.

28.     Attached as Exhibit "Z" is a true and correct copy of the deposition transcript of Defendants' Police Practices Expert John Monaghan, taken on September 16, 2024.

29.     Attached as Exhibit "AA" is a true and correct copy of the Defendants' Rule 26(a)(s) Expert Disclosure of Police Practices Expert John Monaghan, dated June 7, 2024.

30.     Attached as Exhibit "BB" is a true and correct copy of the deposition transcript of Dr. Gregory I. Mazarin, taken on September 17, 2024.

31.     Attached as Exhibit "CC" is a true and correct copy of the Defendants' Rule 26(a)(s) Expert Disclosure of Emergency Medicine Expert Dr. Gregory I. Mazarin, dated on June 7, 2024.

32.     Attached as Exhibit "DD" is a true and correct copy of the deposition transcript of Dr. Kris Sperry, taken on September 10, 2024.

33.     Attached as Exhibit "EE" is a true and correct copy of the Port Authority's Use of Force Policy, General Order 100-05 "Use of Non-Deadly Force" that was in effect on April 12, 2019, bates numbered PA2594 to PA2597.

34.     Attached as Exhibit "FF" is a true and correct copy of the Port Authority's Use of Force Policy, General Order 100-04 "Use of Force" that was in effect on April 12, 2019, bates numbered PA2598 to PA2601.

35.     Attached as Exhibit "GG" is a true and correct copy of the New York Office of the Attorney General Report regarding the investigation into Evgeniy Lagoda's death, bates numbered as PA1802 to PA1864.

36.     Attached as Exhibit "HH" is a true and correct copy of the Office of Chief Medical Examiner's Notice of Death and Investigation Report regarding Evgeniy Lagoda dated April 13, 2019, bates numbered PA1107 to PA1110.

37.     Attached as Exhibit "II" is a true and correct copy of the Office of Chief Medical Examiner's File regarding Evgeniy Lagoda dated April 13, 2019, bates numbered PA1555 to PA1620.

38.     Attached as Exhibit "JJ" is a true and correct copy of the Analysis of Radio Transmissions, bates numbered PA1404 to PA1456.

39.     Attached as Exhibit "KK" is a true and correct copy of the interview transcript of Paramedic Chalako Hodges dated April 30, 2019, bates numbered PA1507 to PA1518.

40.     Attached as Exhibit "LL" is a true and correct copy of the interview transcript of Paramedic Jerry Zander dated April 30, 2019, bates numbered PA1521 to PA1528.

41.     Attached as Exhibit "MM" is a true and correct copy of the Affidavit of Port Authority Officer Michael Bugiada executed on March 27, 2025.

42.     Attached as Exhibit "NN" is a true and correct copy of the Affidavit of Port Authority Officer Paul Mezzacappa executed on March 26, 2025.

43.     Attached as Exhibit "OO" is a true and correct copy of excerpts of the JetBlue Flight Operations Manual, Sections 1.47.22 and 1.47.23, bates numbered PA267 to PA269, which is being filed subject to the Confidentiality Order in this matter.

44.     Attached as Exhibit "PP" is *Kiss v. Torres*, No. 21-CV-10391, 2024 WL 1210941, at *1 (S.D.N.Y. Mar. 19, 2024).

45.     Attached as Exhibit "QQ" is *Blyden v. N.Y.P.D.*, No. 05 CV 4740 SJF LB, 2005 WL 3388609, at *1 (E.D.N.Y. Dec. 12, 2005).

46.     Attached as Exhibit "RR" is *Payne v. Cnty. of Nassau*, No. 03-CV-1929 DRH  JO, 2005 WL 2179419, at *1 (E.D.N.Y. Sept. 9, 2005).

47.     Attached as Exhibit "SS" is *Jourdain v. Port Authority of New York and New Jersey*, No. 19-CV-1168 ARR JO 2020 WL 2513447, at *1 (E.D.N.Y. May 15, 2020).

Dated: New York, New York
　　　　March 28, 2025

> Port Authority Law Department
> Attorneys for Defendants, Port Authority of New York and New Jersey, Port Authority Officer Michael Bugiada, Port Authority Officer Robert Joseph, Port Authority Officer Jonathan Papia, Port Authority Officer Paul Mezzacappa, and Port Authority Officer Jonathan Duran
>
> By:  *Cheryl Abt*
> Cheryl Alterman, Esq.
> Matthew Malysa, Esq.
> 4 World Trade Center, 24th Floor
> 150 Greenwich Street
> New York, New York 10007
> Telephone: (212) 435-3431

6