# EXHIBIT A

McKinney's Consolidated Laws of New York Annotated
  Unconsolidated Laws (Refs & Annos)
    Title 17. Port Authority of New York and New Jersey
      Chapter 24. Suits Against the Port Authority
        Article I. Generally

McK.Unconsol.Laws § 7107

§ 7107. Limitation of actions; service of notice of claim required

Currentness

The foregoing consent is granted upon the condition that any suit, action or proceeding prosecuted or maintained under this act [1] shall be commenced within one year after the cause of action therefor shall have accrued, and upon the further condition that in the case of any suit, action or proceeding for the recovery or payment of money, prosecuted or maintained under this act, a notice of claim shall have been served upon the port authority by or on behalf of the plaintiff or plaintiffs at least sixty days before such suit, action or proceeding is commenced. The provisions of this section shall not apply to claims arising out of provisions of any workmen's compensation law of either state.

**Credits**
(L.1950, c. 301, § 7.)

**Footnotes**

1      McK. Unconsol. Laws §§ 7101 to 7112.

McKinney's Unconsolidated Laws § 7107, NY UNCON LAWS § 7107
Current through L.2025 chapters 1 to 49, 61 to 107. Some statute sections may be more current, see credits for details.

**End of Document**                                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.