# EXHIBIT I

FILED: NEW YORK COUNTY CLERK 07/22/2021 03:39 PM    INDEX NO. 153490/2021
NYSCEF DOC. NO. 33                                    RECEIVED NYSCEF: 07/22/2021

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | |
|---|---|
| PRESENT: __HON. BARBARA JAFFE__ | PART         IAS MOTION 12 |
| *Justice* | |

-------------------------------------------------------------------X

ALEXEY TARASOV, GRIGORY TIKHOPLAV,

      Plaintiffs,

    - v -

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT, PAPD OFFICER MICHAEL BUGIADA, PAPD OFFICER ROBERT JOSEPH, PAPD OFFICER JONATHAN PAPIA, PAPD OFFICER PAUL MEZZACAPPA, PAPD OFFICER JONATHAN DURAN,

      Defendants.

-------------------------------------------------------------------X

| |
|---|
| INDEX NO.     153490/2021 |
| MOTION DATE |
| MOTION SEQ. NO.    003 004 |

**DECISION + ORDER ON MOTION**

    As this action has been removed to federal court (NYSCEF 30), these motions are denied as academic.

20210722153853BJAFFE1F23965F6E54482F80661E2A729FB54A

| | |
|---|---|
| __7/22/2021__ | |
| DATE | BARBARA JAFFE, J.S.C. |

| CHECK ONE: | [X] CASE DISPOSED | | [ ] NON-FINAL DISPOSITION | |
|---|---|---|---|---|
| | [ ] GRANTED | [ ] DENIED | [ ] GRANTED IN PART | [X] OTHER |
| APPLICATION: | [ ] SETTLE ORDER | | [ ] SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | [ ] INCLUDES TRANSFER/REASSIGN | | [ ] FIDUCIARY APPOINTMENT | [ ] REFERENCE |

153490/2021 Motion No. 003 004                Page 1 of 1