# EXHIBIT P

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
ALEXEY V. TARASOV, ESQ., Administrator of the
Estate of EVGENIY LAGODA, Deceased, and
GRIGORY TIKHOPLAV,

          Plaintiff,
        -against-
PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, and PORT AUTHORITY OF NEW
YORK AND NEW JERSEY POLICE DEPARTMENT
a/k/a PORT AUTHORITY POLICE DEPARTMENT
a/k/a PAPD, PAPD OFFICER MICHAEL BUGIADA,
PAPD OFFICER ROBERT JOSEPH, PAPD OFFICER
JONATHAN PAPIA, PAPD OFFICER PAUL
MEZZACAPPA, and PAPD OFFICER JONATHAN
DURAN,
          Defendants.
- - - - - - - - - - - - - - - - - - - x
                August 22, 2023
                3:32 p.m.

   VIDEOCONFERENCED EXAMINATION BEFORE TRIAL
of KEVIN TROY INGLETON, a non-party witness
herein, taken by MS. ALTERMAN, in the
above-entitled action, held at the above time
and place, pursuant to Notice, taken before
CHRISTA M. MILOSCIA, a Shorthand Reporter and
Notary Public within and for the State of
New York.

           Magna Legal Services
               (866) 624-6221
              www.MagnaLS.com



A P P E A R A N C E S:

ASHCROFT SULLIVAN LAW FIRM
        Attorneys for Plaintiff
        200 State Street
        Floor 7
        Boston, Massachusetts 02109
    BY:  CHRIS AMRHEIN, ESQ.
            camrhein@ashcroftlawfirm.com

THE PORT AUTHORITY OF NY & NJ LAW
DEPARTMENT
        Attorneys for Defendants
        Four World Trade Center
        150 Greenwich Street, 24th Floor
        New York, New York 10007
    BY:  CHERYL ALTERMAN, ESQ.
            calterman@panynj.gov

ALSO PRESENT:
    ALEXEY TARASOV - PLAINTIFF
    MATTHEW MALYSA - THE PORT AUTHORITY OF NY &
NJ



S T I P U L A T I O N S

IT IS STIPULATED AND AGREED by and between the attorneys for the respective parties herein, and in compliance with Rule 221 of the Uniform Rules for the Trial Courts:

THAT the parties recognize the provision of Rule 3115 subdivisions (b), (c) and/or (d). All objections made at a deposition shall be noted by the officer before whom the deposition is taken, and the answer shall be given and the deposition shall proceed subject to the objections and to the right of a person to apply for appropriate relief pursuant to Article 31 of the CPLR;

THAT every objection raised during a deposition shall be stated succinctly and framed so as not to suggest an answer to the deponent and, at the request of the questioning attorney, shall include a clear statement as to any defect in form or other basis of error or irregularity.  Except to the extent permitted by CPLR Rule 3115 or by this rule, during the course of the examination persons in attendance shall not make



statements or comments that interfere with the questioning.

THAT a deponent shall answer all questions at a deposition, except (i) to preserve a privilege or right of confidentiality, (ii) to enforce a limitation set forth in an order of a court, or (iii) when the question is plainly improper and would, if answered, cause significant prejudice to any person. An attorney shall not direct a deponent not to answer except as provided in CPLR Rule 3115 or this subdivision. Any refusal to answer or direction not to answer shall be accompanied by a succinct and clear statement on the basis therefore. If the deponent does not answer a question, the examining party shall have the right to complete the remainder of the deposition.

THAT an attorney shall not interrupt the deposition for the purpose of communicating with the deponent unless all parties consent or the communication is made for the purpose of determining whether the question should not be answered on the grounds set forth in



Section 221.2 of these rules, and, in such event, the reason for the communication shall be stated for the record succinctly and clearly.

THAT the failure to object to any question or to move to strike any testimony at this examination shall not be a bar or waiver to make such objection or motion at the time of the trial of this action, and is hereby reserved; and

THAT this examination may be signed and sworn to by the witness examined herein before any Notary Public, but the failure to do so or to return the original of the examination to the attorney on whose behalf the examination is taken, shall not be deemed a waiver of the rights provided by Rules 3116 and 3117 of the C.P.L.R, and shall be controlled thereby; and

THAT the certification and filing of the original of this examination are hereby waived; and

THAT the questioning attorney shall provide counsel for the witness examined herein with a copy of this examination at no charge.



Case 1:21-cv-06226-NRB    Document 75-16    Filed 03/28/25    Page 7 of 153

Page 6

K. INGLETON

K E V I N   T R O Y   I N G L E T O N, the
Witness herein, having been first duly
sworn by a Notary Public of the State of
New York, was examined and testified as
follows:

EXAMINATION

BY MS. ALTERMAN:

Q. State your name for the record,
please.

A. Kevin Troy Ingleton.

Q. State your address for the
record, please.

A. 129 Northwest 161st Avenue,
Purple Pines, Florida, 33028.

MS. REPORTER: Mr. Amrhein,
would you like a copy of today's
transcript?

MR. AMRHEIN:  Yes, please.

Q. Good afternoon, again,
Mr. Ingleton.

A. Hey, good afternoon.

Q. My name is Cheryl Alterman, and
I'm representing the Defendants in this
case, the Port Authority of New York



K. INGLETON

and New Jersey, as well as the police officers who have been sued in their individual capacity in a lawsuit that was filed in the Southern District of New York, pertaining to an incident that occurred back on April 12, 2019.

A. Okay.

Q. I'm going to be asking you a series of questions today regarding that incident, okay?

A. Yes.

Q. Thank you.

Have you ever been deposed before, sir?

A. No.

Q. Okay.  So before we begin, I'm going to just give you a few instructions so that way you have an idea as to how this proceeding will go forward from here on out.

A. Okay.

Q. So, I'll be asking you questions regarding the incident that occurred on April 12th, 2019, and I'll need verbal



K. INGLETON

responses to the questions that I ask you during the course of the proceeding, okay?

A. Yes.

Q. The court reporter cannot take down any hand gestures or nods of the head, so I'll just remind you that all of your responses must be verbal, okay?

A. Yes.

Q. Thank you.

The court reporter can also only take down one of us speaking at one time, so I'll ask you to allow me to finish my question before you answer it for the court reporter's sake, okay?

A. Yes.

Q. Is there anything that's preventing you from testifying truthfully and completely today?

A. No.

Q. Sir, how old are you?

A. 46.

Q. What is your highest level of education?


MAGNA
LEGAL SERVICES

K. INGLETON

A. High school diploma.

Q. When did you receive that diploma?

A. 1994.

Q. Thank you.

Are you currently employed?

A. Yes, I am.

Q. By whom?

A. JetBlue Airways Corp.

Q. How long have you been employed by JetBlue Airways Corp.?

A. 13 and a half years.

Q. What is your position with JetBlue?

A. I'm a flight attendant.

Q. How long have you held the position of flight attendant with JetBlue?

A. Since February 3rd, 2010.

Q. And prior to February 3rd, 2010, what position did you hold with the company?

A. No, that was the only -- only position I held with them.



K. INGLETON

Q. Okay. So, did you work for any other airlines prior to joining JetBlue?

A. No, I have not.

Q. Sir, if you can briefly describe to me, what are your duties and responsibilities as a flight attendant for JetBlue Airways?

A. All right, so, first of all, I start by getting on -- on board the aircraft, I brief with my crew, I then start preparing all the, you know, with the checks that I need to get done before customers start coming on, once customers start coming on, I greet them, if need be, I seat them, then after the door closes, then I do my safety demonstration, which involves the rest of the crew and then once -- once that's done, we get in our seats, get ready to take off, once we take off, we start with a series of service items, which include drinks, snacks, and just look after the general



K. INGLETON

well-being of the customers.

Q. And looking after the general well-being of the customers, sir, would you agree with me that safety is of utmost importance as part of your duties as a flight attendant for JetBlue?

A. Absolutely.

MR. AMRHEIN:  Objection.

Q. Are you required to follow any rules or regulations that's contained in a manual?  That you've been --

A. Yes.

Q. Does that manual have a name?

A. It's our Flight Attendant Manual, that is the name of it.

Q. Is it also referred to, sir, as the, FAM, F-A-M?

A. Yes, that is the short -- the abbreviated version of it, the manual otherwise known as the FAM.

Q. This Flight Attendant Manual, does it contain all your duties and responsibilities with respect to safety



Page 12

K. INGLETON

procedures on the aircraft?

A. Yes.

Q. Do you have an electronic version of the FAM during your flights?

A. Yes.

Q. Is that contained in an iPad?

A. That is correct.

Q. Did you have that same accessibility to the FAM on an iPad in April of 2019?

A. Yes.

Q. Sir, now with respect to customer misconduct, are you briefed on that as a flight attendant as well?

A. I'm not sure, I -- when you say "briefed," briefed by whom exactly?  I mean, we're the ones that -- that it would happen to, so, we would have to follow certain steps.  For example, we'd have to record it; we have ways that we record it and send it off to the company.

Q. I can clarify my question, so, if you're made aware of or observe



K. INGLETON

customer misconduct in the course --

A. Yes.

Q. -- of working as a flight attendant, what are you required to do?

A. Well, the first thing is we try to communicate amongst ourselves, that's the first thing.  We also inform the captain because ultimately any decision made would ultimately be his or hers.

Q. And after notifying the captain, what other steps, if any, are there?

A. I guess it depends on the situation, so, if you can be more specific, I could answer probably a little more specifically.

Q. Sure, if there's any threat to the safety of either flight crew or customers on board, in terms of physical assault committed by a passenger, what would you be required to do?

MR. AMRHEIN:  Objection.

THE WITNESS:  What --



K. INGLETON

MR. AMRHEIN:  Go ahead.

A. All right so, the first thing, as I said, we communicate amongst ourselves, then we have to assess what this particular threat might be, if it's someone that is, as you're saying, being -- what was the exact words you used?  I don't want to --

Q. Any type of physical assault.

MR. AMRHEIN:  Reiterating my objection there, but go ahead, sir.

A. All right, so, if it's any kind of, as you put it, "assault," then we have to try our best to see how we can contain the situation.  So, I mean, it depends if it was directed to someone else or directed at us then, again, the first thing we try to do is get that information to the captain because, ultimately, if we're on the ground, we have to go back to the gate; if we're in the air, then that's a whole other issue.  So, again, it all depends, I


MAGNA
LEGAL SERVICES

K. INGLETON

don't want to be too specific on a particular situation, I'm not sure how that would help fully right now.

Q. Understood.  So, to determine -- as a flight attendant, would you agree with me that you would be required to determine the type of in-flight disturbance that's being committed by the customer?

A. Well, that's definite because, you know, you have different disturbance levels as you put it, as stated, as far as you mentioned.

Q. Yes, and with respect to the different disturbance levels, are you familiar with how many different either threat levels or disturbance levels there are as defined in the FAM?

A. I can even look them up for you, but there are Level 1, 2, 3, and 4 threats.

Q. And, is Level 1 the least severe and Level 4 the most severe?

A. That is correct.



K. INGLETON

Q. If you can just briefly describe to me, what is a Level 1 threat as defined in the FAM?

MR. AMRHEIN:  Objection.

A. Before I answer that, I will look it up and I will tell you what that is fully, in a moment, it's been some time.

Q. Sure.

MR. AMRHEIN:  And for the record, it is the deponent reviewing the actual text of a document here today.

THE WITNESS:  She asked about my manual, so that's what I'm looking at, I'm showing it to you right now.

Q. So what you're referring to, sir, is the JetBlue FAM, the Flight Attendant Manual?

A. That is correct.  So, just to make sure I answer your question complete -- fully, I'm just going to give you the exact text, if you just



K. INGLETON

give a moment.

MR. AMRHEIN:  I'm going to
put a general objection on the
record given that we don't have
access to this document at this
time, and so, Christa, if you can
please note my objection for this
line of inquiry, where the
answers are being taken from
something that's not on the
screen or in our possession.

A. Just give me a second, please.
I'm having an electronic issue, if you
can give me a moment.

Q. That's fine, sir.

I can just ask you, based on
your understanding of the -- the FAM,
would you be able to describe for me
without reading it, just generally,
what is a "Level 1 threat"?

A. I don't want to commit to
something that serious, so, I'm just
about finding it for you, hold on.
It's basically, it says disruptive



                    K. INGLETON

behavior, suspicious and threatening.
Those are the exact words.

Q. For a Level 1 threat; is that
correct?

A. Correct.

Q. And what is a Level 2 threat?

A. Physically abusive behavior.

Q. And is physically abusive
behavior defined in the FAM?

        MR. AMRHEIN:  Objection.  I
    got cut off on his answer
    describing what Level 2 was, sir,
    can you just repeat yourself, I'm
    sorry, I think it was just a
    technical glitch on my end.

        THE WITNESS:  Sure, says
    life threatening behavior, I'm
    sorry, let me put that -- let me
    repeat that, physically abusive
    behavior.

Q. Thank you, sir, and my question
to you was, is physically abusive
behavior defined in the FAM?

A. Yes, it just says escalation of



K. INGLETON

threat Level 1 and it says Which requires presence of law enforcement officers upon landing.

Q. And sir, now would you agree with me that any action that a customer commits that threatens the safety of a flight and the customers would be detrimental?

MR. AMRHEIN:  Objection.

A. It can be, I don't want to say it's a definite, but it can be.

Q. And are you trained, sir, in the course of your duties and responsibilities, as a JetBlue flight attendant, to be familiar with the different types of in-flight disturbances and threat levels?

A. Yes.

Q. Are you also trained to react to the different types of disturbances and threat levels if they're presented to you during a flight?

A. Again, it depends on where, it takes place because I'm not always the



K. INGLETON

individual that has to react, but yes, I am trained.

Q. Sir, if you could, describe for me, how many flight attendants work on air 321 -- on the Airbus 321 flight?

A. Four flight attendants.

Q. Are they designated in any way?

A. There is the F1, who is usually the lead; some airlines call it a person, but we don't use that terminology, but that would be the lead.  F2, 3, and 4, so, as the positions go down, you have the different sections.

Q. In April of 2019, did the -- did you typically hold a specific position within the crew, either an F1, 2, 3, or 4?

A. I believe I was the F2, I would have to double check that, I really don't remember, but I am -- I think Calvin was my F1 at the time.  I think I was an F2.

Q. And I'm not just referring to



K. INGLETON

the specific day quite yet, but just in that year, 2019, did you typically hold the position of the F1, of the lead or did it vary depending on the flight you were working?

A. It varies depending on the -- not depending on the flight, you -- you bid for your schedule and it -- your schedule is awarded as it relates to your seniority.  So, it could vary, it could be the same flight, it could be a different flight, I could be the lead, I could be not.  So, it varies.

Q. How often do you bid for your schedule?

A. Every month.

Q. In April of 2019, do you recall what your schedule was?

A. No, I would not remember that.

Q. So, is it fair to say that you held the same position for the entire month, whatever flights you worked?

A. No.

MR. AMRHEIN:  Objection.



Page 22

K. INGLETON

Q. So, if you could just describe for me how the bidding process works once you put in for a bid for a specific job?

A. Well, like I said, you get access to the flights that are available, you bid, you kind of know what flights you hold in terms of your seniority and like I said the company awards you that based on your seniority levels.

So, if I know, based on previous flying that I can hold a certain flight, I might not be senior enough to hold a flight that's more time, let's say, so it just depends.  Every month, that bid is put out and you -- you get your schedule based on, again, seniority.

Q. Understood.  What was your seniority level in April of 2019?

A. That would be nine years and two months.

Q. Now, sir, the air -- the Airbus



K. INGLETON

321, are you familiar with the configuration of that aircraft?

A. Yeah -- yes.

Q. Can you briefly describe for me how that aircraft is configured, in terms of how many seats on either side of the aisle?

A. All right.

It is 34 rows, seating capacity 200 and it's three per side, three seats per side.

Q. Thank you.

Now, if you're looking down at the cabins, having your back towards the cockpit, are you familiar with how the seating works, for instance, A, B, C, and D, E, F?

A. So, if you're looking down, A, B, C is to your right, D, E, F to your left.

Q. And is A the aisle seat?

A. No, A is the window, C is the aisle.

Q. So, A is the window, B is the



K. INGLETON

middle, C is the aisle; is that
correct?

A. Correct.

Q. That's with your back towards
the cockpit facing down the aircraft?

A. Correct.

Q. Sir, did you wear a uniform as
part of your flight attendant duties in
April of 2019?

A. Yes.

Q. What type of uniform did you
wear?

A. The JetBlue uniform, we have
pants, vest, jacket, I mean, that's
optional depending on the time of year,
but yeah, that's typically what we wear
or we wear sweater vests.

Q. What color is the uniform?

A. Blue.

Q. Now, sir, I'd like to direct
your attention to April 12, 2019, do
you recall working that specific date?

A. If it's about the matter that
we're talking about, definitely.  I



K. INGLETON

don't remember the exact date because, you know, it's been a while back.

Q. Yes, I know, it's been a few years.

A. Yes.

Q. And I will ask you with respect to that specific date, do you recall working Flight 659 from John F. Kennedy International Airport to Kingston, Jamaica?

A. Yes.

Q. Do you recall what time that flight was originally scheduled to depart from JFK Airport?

A. I absolutely do not remember the time.

Q. Do you recall if the flight was on time or delayed that evening?

A. I do not recall, actually.

Q. Do you recall the names of any of the other crew members who were working that particular flight with you?

A. I know Calvin, I know Frank, the



                    K. INGLETON

other gentleman was brand new at the time, so it's not somebody that I've seen before and I have not seen since.

Q. And for that particular flight, sir, do you know if you were F1, F2, F3 or F4?

A. I believe I was F2 because I was the front with Calvin and Calvin was the F1.

Q. Do you recall who was the captain of that flight?

A. I do not.

Q. Do you recall who was the first officer?

A. I do not.

Q. Regardless of recalling the captain and first officers names' today, as you sit here without reviewing any documents, is that information that you would have had available to you on that particular day before your flight?

A. Yeah, on the particular day, I would have had that, yes.


MAGNA
LEGAL SERVICES

K. INGLETON

Q. Now, when the plane is first taxiing towards the runway in order to take off, where would you be positioned on the aircraft as the F2?

A. My jump seat would be at row number nine.  So, all seats are facing toward the cockpit, my jump seat is turned the opposite way.  I'm right by Row 9 in the corner looking down.

Q. At some point, sir, while the plane was taxiing off the gate, were you notified of a passenger issue onboard the flight?

A. Yes.

Q. How did you become aware of that issue?

A. I literally just heard someone shouting that someone is having a seizure.

Q. Once you heard someone shouting that someone was having a seizure, what did you do?

A. Well, as we're trained to do, all flight attendants headed toward



K. INGLETON

where that person was having a seizure.

Q. Where was the person seated on the plane who was having the seizure?

A. I believe it was Row 32 and it was the aisle seat.

Q. And once you made your way towards Row 32, what did you see?

A. Well, the individual seemed, as I remember, seemed to be convulsing, having a seizure, so, myself and Calvin, as I remember it, removed him from the seat, took him to the back of the aircraft.

Q. Were you and Calvin walking towards the back of the plane together or did you arrive at this passenger seat location from two separate points?

MR. AMRHEIN: Objection.

A. Two separate points.

Q. Where did Calvin come from, if you know?

MR. AMRHEIN: Objection.

A. So, what I -- what I can remember -- what I can tell you is that



K. INGLETON

his seating position would be at the front of the cabin, mine would be at nine, I honestly do not remember if he was actually there at the point, but that's where our seating positions are.

Q. Did you have any discussions with Calvin before you reached to where this passenger was seated?

A. Not that I can remember, no.

Q. Did you have conversations with any crew members before you reached this passenger?

A. Not until we all got there.

Q. And when you said you observed the passenger apparently having a seizure, what did you do in response?

A. Like I said, we're trained to remove that customer, to whether it's closer to the rear or the front, just to have a little more space to try and assist them, so Calvin and I being the -- I would say, stronger of the four of us, we -- and plus we got there at the time we removed him, put him to the



K. INGLETON

back.

Q. You mentioned that the two, yourself and Calvin were the stronger of the flight crew members, how tall are you?

A. 5'9.

Q. And approximately how much do you weigh?

A. Right now about 200, maybe about 195 then, I'm not too sure.

Q. Okay.

A. Yeah.

Q. Do you recall how you were able to move this passenger from his seat to the aft galley?

A. So, it would -- I don't remember who took what position, but it would be underarm, someone at the back, and someone from the legs.  So, we take them gently around, so they don't get bumped or anything like that.

Q. Was the passenger moving his body as you were carrying him to the aft galley?



K. INGLETON

A. Yes, he was, like I said, he was having a seizure.

Q. Did you observe any blood or any other bodily fluids coming out of his body as you were carrying him?

A. So, my opinion, yes, because of the seizures, we had to take him because he started to sound like he was choking, so, what we did -- what we're trained to do is to turn the passenger over on the side so that no blood or anything -- because typically for seizures, again, one of the things that they typically do is bite your tongue, so, there was blood from that, and you know, my untrained eye, but that's where it was coming, from the mouth, so, we were able to put him on his side so he didn't choke.

Q. Is it fair to say that you did see blood coming out of his mouth when you were moving him to the back galley?

A. Appeared to be blood, yes.

Q. And you were able to lie him



K. INGLETON

down in the back galley of the aircraft?

A. That's correct.

Q. What position was his body facing, if you recall, when you first moved him to the back galley?

A. That, I don't fully recall, but based on where he was, I would say from -- because it would be difficult to turn any other way, would be the head to the exit door, aircraft left, so the legs would be to the other side.

Q. So, is it -- is it accurate to say that the passenger's body was horizontal or perpendicular to the aisle of the cabin?

A. Based on what I remember from what I did as a -- I think a drawing, yes, because the head would be -- the customer's head would be toward the door.

Q. Sir, do you recall approximately how long this passenger was seizing?

A. I don't remember the exact



K. INGLETON

amount of time because it's been so long, but it was a few minutes.

Q. Now, once you moved him to the back galley, were any announcements made?

A. I don't remember exactly, so yeah, that I don't remember.  Well, I'll leave you to the next question.

Q. Thank you.  Do you recall any medical professionals coming to the back galley of the aircraft to assist you?

A. Yes.

Q. Do you know how they were made aware of the issue for the passenger?

A. I am -- I'm not exactly sure, so all I can say that is something on announcement that show up, that one of us flight crew would make because we always try to seek for medical professional doctors, nurses, et cetera.

Q. Sir, I'm going to show you a copy of your statement that was



MAGNA
LEGAL SERVICES

K. INGLETON

prepared, a typewritten statement, it's bate stamped PA1275 and we'll mark it for identification as Ingleton 1.

A. Okay.

(Whereupon, Typewritten Statement was marked as Ingleton Exhibit 1 for identification as of this date.)

Q. And I'll ask you to read it to yourself and I'll see if it refreshes your recollection.

A. Okay.

Q. I'm just going to share my screen.  Are you able to see that, sir?

A. Yes.

Q. For the record, I'd like you to read to yourself, the first paragraph on this document underneath where your name appears, it says 71973 Report-IME 689-19?

A. It just dropped, hold on.  All right.  I got it.  All right.

Q. Okay.  Sir, did you have an opportunity to read the typewritten



K. INGLETON

statement that was prepared by you and we marked for identification as Ingleton 1?

A. Yes, I have.

Q. Does that refresh your recollection that the intercom was used to ask if there were any medical personnel on board the aircraft?

A. Yes.

Q. Do you recall after reading this typewritten statement who made the call on the intercom to request that medical personnel come to the back to assist you?

A. I don't remember who did that.

Q. Did you see the statement where it says three nurses came and were assisting?

A. Yes.

Q. Do you recall who those nurses were, did you ever learn their identity?

A. At the time, I'm sure I got their names, but again, that was so far



K. INGLETON

along, I don't remember, to be very honest with you.

Q. As you sit here today, sir, are you able to describe what the nurses look like who came back to assist?

A. One I can remember, was pregnant in terms of what she said to us, the other was light skinned, probably short hair, I don't remember much else about them description-wise, I can just remember one of them was pregnant.

Q. Okay.  Thank you, sir.  After the nurses came back to the aft galley, do you recall how they assisted you with the passenger who was having the seizure?

A. All right.

So, at one point because, again, we're trained to take on various duties, so, you can imagine having an aircraft full of persons, one of us had to maintain some semblance of order, so as the administering was happening, at that point, I stepped off to try and


MAGNA
LEGAL SERVICES

K. INGLETON

get the cabin calm because as you can imagine, everybody was trying to get up, see what was going on, so at that point, while that was happening, I stepped away to get that done.

Q. Okay.  So, just to clarify your response, sir, once the three nurses got to the back galley of the aircraft and were assisting with the passenger who was having the seizures, you stepped away from the back galley; is that fair to say, to get control of the aircraft?

A. Correct.

Q. Did you observe anything the nurses were doing in an effort to help the passenger who was having the seizure?

A. Before I stepped off, I know that they concurred with the position we had the customer in just trying to keep their airway -- airway clear so that he did not choke.

Q. Did you see any of the nurses or



K. INGLETON

the flight crew bring any pillows or anything else to prop up the passenger while he was laying down in the aft galley?

A. I don't remember that.

Q. How long would you say that you were back in the aft galley before you left in order to keep control of the other passengers on the aircraft?

A. I don't know if I can put a time on that because it was so long ago, but it would be a few short minutes, though, nothing that long.

Q. When you left to keep semblance, I think that's what your testimony was, for the rest of the passengers on the aircraft, was the Plaintiff still seizing at that point in time or had he come out of the seizure?

MR. AMRHEIN:  Objection.

A. At that point -- medically, I don't know how to answer that, but I can say that at that point, the passenger was still in the back of the



K. INGLETON

aircraft, but to be honest with you I can't say it was at any specific time at what point he came out of it, so I don't want to put a time on that because I'm not sure.

Q. When you left the back galley, sir, where specifically did you go in the main cabin area?

A. It's literally floating around, because, you know, at one point -- you know, again, because everyone was concentrated on trying to assist, again, I took up the task of trying to maintain that order.  So, I was floating between the back and the front, it was not one specific spot.

Q. And when you were moving from the back of the aircraft to the front of the aircraft in an effort to maintain order, did Calvin Swinney (phonetic) remain in the back of the aircraft with the passenger?

A. Yes, yes.

Q. And did Karim Arendale



K. INGLETON

(phonetic) also remain in the back of the aircraft?

A. To my recollection, yes.

Q. Do you recall where Frank Leandro (phonetic) was at that point in time?

A. If my memory serves me correct, he was also there.

Q. And in addition to the flight crew, were the three nurses who were assisting the passenger in the back galley?

A. Yes, they were.

Q. At some point, did you see the passenger stand up?

A. There was a point where he came to from the seizure, again, he wasn't -- he didn't appear to be seizing at the time, so, yes, that I observed.

Q. And if you could put any type of timeframe on this, sir, how long after you first went to his seat and moved him to the back galley to the point in



K. INGLETON

time where you saw him standing up, how much time --

A. Like I said, I don't remember the exact amount of time, I don't want to commit to that.  It was definitely a few minutes between that time --

Q. When you observed --

A. -- between A and B.

Q. When you observed the passenger standing up, do you recall where the plane was at that point, was it still taxiing toward taking off or had it made it's way back toward turning at the gate, if you know?

A. The captain had already been notified, so, my recollection, at that point, was that the aircraft would not have been taxiing to take off at that point because of -- again, what was told to the captain.

Q. Who made the notifications to the captain?

A. That, I do not remember, honestly.



Page 42

K. INGLETON

Q. Do you know how the notifications were made to the captain?

A. It's usually done by phone, that's the only way we can contact them, so the aircraft pay phone.

Q. We've been made aware of several different ways potentially that the flight crew can get into contact with the captain, one being the PA phone, which you just testified to and then there's also an emergency button that can be initiated or activated in order to contact the captain, do you know whether or not the phone was used or the emergency button was pushed or some other means was used?

A. All right.  So --

MR. AMRHEIN:  Objection.

A. -- so, just to clarify.

Q. Yes.

A. There are two ways on the phone to contact the pilot.  There's one that just says Pilot, and there's one that says EMER Pilot pilot, so it's for



Page 43

K. INGLETON

emergencies, but it's on the same phone.

Q. Okay.

A. So, again, the phone was used.

Q. And that phone method, either if it's the phone intercom or the emergency call, is only between the flight crew and the captain; is that correct?

A. The in-flight crew and the captain they're (inaudible), or in-flight crew.

Q. Okay. So, the passengers on the aircraft are not hearing that call; is that correct?

A. It is possible that on the flight attendants' side -- based on the area in the cockpit that a passenger could hear, I can't say for any certainty, but he wouldn't be able to hear the captain speaking to me or anybody else for that matter.

Q. And I want to clarify something that you just said, so, when you were



K. INGLETON

testifying what the passengers could

potentially hear what the flight

attendants are relaying to the captain,

it's what they're relaying in the main

cabin, not the cockpit area, correct?

MR. AMRHEIN:  Objection.

A. Well, our phones are in the

galley areas of the aircraft, as well

as by the jump seats -- the jump seats.

So, I'm saying, based on distance, it

is quite possible that someone could

hear a conversation on a flight

attendant's side.

Q. Understood.

A. They cannot hear anything from

the captain's side.  The only way they

hear the captain is if the captain

makes any kind of announcement.

Q. Okay.  So after that

announcement was made, at some point

you learned that the flight was going

to be returning to the gate, correct?

A. What -- what announcement, I'm

sorry, I didn't say anything about an



K. INGLETON

announcement?

Q. Okay.  Let me clarify the question.  At some point, someone from the in-flight crew notified the captain of an issue --

A. -- okay.

Q. -- that would require him to bring the plane back to the gate, correct?

MR. AMRHEIN:  Objection.

A. Correct.

Q. I'm sorry --

A. I'm sorry, I answered, I said correct, yeah.

Q. Okay.  And you're not aware who made that call to the captain, correct?

A. I honestly do not remember.

Q. But it wasn't you?

A. I -- like I said, I'm not -- I don't remember, I don't want to put anything on anyone, I know it's one of us that made the call, I really don't remember.

Q. When you observed the passenger



K. INGLETON

standing up, do you know where the plane was at that point in time?

A. From my recollection, the plane was heading back to the gate, I can't state the exact point that we were back exactly at the gate, I think I was, but again, for the timeline, I don't fully remember.

Q. When you observed the passenger standing up, was the aircraft door still closed?

MR. AMRHEIN:  Objection.

A. I don't remember.

Q. When you observed the passenger standing up, were you facing him at that point in time?

A. I was in the cabin area.  I would be looking toward the back of the cabin, so yes.

Q. What did you observe him to be doing at that point in time?

A. Well, at that point, when he stood up, he had not been behaving like he had a seizure, but he literally



K. INGLETON

started swinging at the flight attendant that was there, at that point, it would have been Calvin.

Q. Did you actually see the passengers strike Calvin?

A. Yes, that I did see.

Q. How many times did you observe the passenger strike Calvin?

A. I mean, he was swinging violently, kind of wildly, so, I'm not sure how many times it connected, but I actually did see him get hit for sure.

Q. Did you also see anyone else get hit by this passenger, when he was swinging his arms violently?

MR. AMRHEIN:  Objection.

A. If I remember, one of the nurses got hit as well.

Q. Do you recall observing that, sir?

A. Yeah.

Q. The pregnant nurse who you testified to recalling being present and assisting the passenger, do you



K. INGLETON

remember what she was doing at this time?

MR. AMRHEIN:  Objection.

A. So, based on where I was and where the galley is, I know based on the states of being pregnant, one of the flight attendants was trying to shield her to the back, so he was creating some distance between himself and the gentleman.

Q. Do you recall if that pregnant flight attendant was screaming --

A. -- not flight attendant, nurse.

Q. Excuse me, let me re-ask the question, thank you.

Do you recall if the pregnant nurse was screaming or shouting in fear, based on what was occurring in the aircraft?

MR. AMRHEIN:  Objection.

A. What I do remember, is that we were trying to get her out of the galley area, but like I said, a gentleman was there and he was kind of



K. INGLETON

blocking either of us to get out, so that's why the flight attendant was shielding her from possibly getting any blows.

Q. Would the flight attendant who was shielding the pregnant nurse, Karim?

A. Yes.

Q. And was he flight attendant F4 on this flight?

A. I would have to see the positions again, I can only recall that myself, 2, Calvin, 1, I don't remember if Frank or the other gentleman was a 3 or 4.

Q. I'll just refer you again to your statement that we marked as Ingleton 1 for identification, do you see in your statement where you indicate --

A. Yes, I actually typed that down there he's the F4, I apologize.

Q. No, no it's -- for the sake of the record, I'll ask my question and



K. INGLETON

you can respond to it.

A. Sure.

Q. In your statement you have typed (Karim)(F4), was also in the rear so pepper spray went in his eyes, does that refresh your recollection that Karim held the position of the F4 on this day?

A. Yes, he would have been the F4 if I put it there, yes.

Q. And you also indicate in your statement, sir, that he punched the F1 and one of the nurses that was assisting got hit as well?

A. Yes.

Q. Was F1 Mr. Swinney?

A. Yes.

Q. And as you testified to, you observed the passenger also striking one of the nurses, correct?

MR. AMRHEIN: Objection.

A. Correct.

Q. Your statement also indicates that he continued to be violent for a



K. INGLETON

few minutes, would you be able to describe for us what he was doing at that time?

MR. AMRHEIN:  Objection. When you say "he," can you just clarify "he"?

MS. ALTERMAN:  Yes.

Q. In your statement, sir, you wrote, He continued to be violent for a few minutes, first let's clarify, "he" is referring to the passenger, correct?

A. That's correct.

Q. And when you typed, He continued to be violent for a few minutes, please tell us what you observed.

A. Like I said, he was swinging violently, he was -- he appeared to be agitated, you couldn't get near him because again, you know, he was a big guy so, you know, it was a little difficult to, you know, be near him, to even try to calm him down or anything because he was just so agitated.

Q. And when he was acting in this



K. INGLETON

violent nature, what were you doing, if anything?

            MR. AMRHEIN:  Objection.

    A. Well, at that point, again, with what was happening the -- with all the attention it was garnering, customers were trying to, you know, come in the general area, so, you know, I didn't -- I didn't need to assist Calvin at that point because he pretty much got it -- I don't want to use the word contained but to that area, so I was still literally trying to keep passengers from coming any closer to the back.

    Q. Do you recall Calvin blocking the entryway to the main cabin, so blocking the aft galley of the aircraft from where the cabin started with his body?

            MR. AMRHEIN:  Objection.

    A. Which is -- which is what I was saying because he basically had that -- him in a section there and he could not come into the cabin.



K. INGLETON

Q. Now, sir, at some point was the cabin door open to allow police to board that aircraft?

A. At one point, obviously we went back to the gate, which we had to disarm the doors, which the -- I don't remember if it was the attendants or the pilots they would have contacted PAPD, Port Authority Police.

Q. Do you recall Port Authority Police boarding the aircraft?

A. I recall one Port Authority officer boarding first and then quite a few of them afterward.

Q. Where were you positioned at the time when the first officer boarded the plane?

A. The first officer?

Q. Yes.

A. By the time they boarded the plane during boarding, I would have been somewhere between Row 9 and the front because at that point my boarding position is in that area to help with


MAGNA
LEGAL SERVICES

K. INGLETON

the bags, et cetera.

If it's -- I don't remember the exact time the first officer boarded because sometimes, again, I don't remember, sometimes if boarding begins without one of them being on board, so I don't remember who came on board first, if they came together, that I don't remember.

Q. Okay.

A. But I can tell you my boarding position would have been by my jump seat area in about Row 9 and then tasked with assisting passengers when they come out to help with their bags.

Q. So understood that would be the normal place for you to be when passengers are boarding the aircraft, but when this Port Authority Police Officer boarded the aircraft --

A. Right.

Q. He wasn't boarding as a passenger, correct; he was boarding to respond to the situation?



K. INGLETON

A. Right, but I think you asked me if I'm incorrect in hearing, I thought you asked where the first officer was?

Q. Yes.  Oh, I think we're using the first officer in different meanings --

A. Right.  So just so we can clarify, the captain and then the first officer is on the flight deck, so when you say that, that's a whole other conversation for me.

Q. Okay.  Let me re-ask the question now that we're on the same page.

A. Right.

Q. What -- the first Port Authority Police Officer boarded the aircraft, where were you at that time?

A. I was closer to the front if my recollection serves me correct.

Q. And did you see this Port Authority Police Officer walk past you or run past you?

A. A little more than a walk, a



K. INGLETON

little faster than that, but yes.

Q. Did you have any conversation with the Port Authority Police Officer as he passed you?

A. Not to my recollection because he would have been heading toward what was supposed to be the situation, so any of -- one of us, I'm sure, would have directed him to where the -- whatever was happening was happening.

Q. Once the Port Authority Police Officer made his way to the back of the aircraft, what did you observe happen to that Port Authority Police Officer?

MR. AMRHEIN:  Objection.

A. All right.

So, when he got on board, the officer went to the back.  We all kind of generally headed to that general area as well.  The officer, to my recollection, also got attacked, which was at that point that the officer ended up using, what appeared to me at the time, being pepper spray on the



Page 57

K. INGLETON

job.

Q. Did you see the passenger lunge at the officer in a violent and aggressive manner?

MR. AMRHEIN:  Objection.

A. So, I don't know if I'd use the word lunge, but he did attack the officer.

Q. And you indicated in your statement, sir, that When he got there, he was also attacked by the passenger, and then the officer then used pepper spray on him; do you see that in your statement?

A. Yes, I do see that.

Q. Do you recall, sir, giving a statement to the Port Authority Inspector General after this incident occurred in June of 2019?

A. Yeah, it was a busy, busy time, yes, I did have to give a statement.

Q. And do you recall during that interview, you were asked questions by both Sergent Luanda (phonetic) Irving



K. INGLETON

as well as another representative from the Attorney General's office, Mr. Nicholas Bior (phonetic)?

A. I don't remember names, but I know I was definitely asked some questions.

Q. Do you recall during that interview, sir, that you stated to them that the passenger was violent and lunged at the officer?

MR. AMRHEIN: Objection.

A. I don't remember the exact wording.

Q. Would you agree with me, sir, that at the time you gave your interview on June 5th, 2019, that you gave truthful and honest responses?

A. Yes.

Q. Would you agree with me, sir, that your memory of this incident was fresh in your mind at the time you gave those interview statements back on June 5th, 2019?

MR. AMRHEIN: Objection.



Page 59

K. INGLETON

A. Again, to my recollection, yes, it would have been.

Q. Sir, I'm going to play for you a portion of your interview.

A. Okay.

Q. Okay just give me a moment just to pull it up.  I'm going to get to the spot for you.

A. I need to plug my laptop in. If you just excuse me a second, just want to make sure I plug this in, sorry about that.

Q. Sir, were you able to plug in your laptop?

A. Yes, I was, I'm sorry, I should have notified you.

Q. All right.

I'm going to play for you a portion of the interview that was recorded on June 5th, 2019, to see if it refreshes your recollection.

A. Okay.

MS. ALTERMAN:  I'm starting the recording at 19 minutes and



K. INGLETON

37 seconds, for the record and we will mark the recording as Ingleton 2 for identification.

(Whereupon, Interview was marked as Ingleton's Exhibit 2 for identification as of this date.)

A. I did not see that.

Q. Did you see the passenger hit or punch the officer?

A. I saw him move toward to attack him, I wouldn't say that I saw him get hit, but I saw that he lunged at him.

Q. I'm going to stop the video recording at 19 minutes and 53 seconds.

Sir, does listening to that audio refresh your recollection that the passenger moved towards the officer and what appeared to you to attack him and lunge at him?

MR. AMRHEIN: Objection.

A. Like I said, being -- that amount of time, I do remember, like I said, him trying to attack him, I know based on what I heard, my I just don't



K. INGLETON

remember the lunge, I just really don't
remember the lunge at the time.  I
could say attack him.

Q. As you sit here today, sir, you
would agree with me that the interview
statements that you gave back on
June 2019 were truthful and accurate
statements as you gave them back on
that date, correct?

A. They would have been fresh in my
mind at that point, so yes.

Q. Thank you.

After you saw the passenger move
to attack the officer, the Port
Authority officer and lunge at him,
what did you observe next?

MR. AMRHEIN:  Objection.

A. Well, to my recollection, the
flight attendant -- well, before we got
to that, the pepper spray came into use
by the PAPD officer.  One of my flight
attendants at that point, the one that
was, again, Karim, that was blocking
that nurse at the time, he got some of



K. INGLETON

that spray that was used in his eye, so he was in, you know, I'm guessing extreme pain, I never been pepper sprayed before, but he was crying out that it got into his eyes, so at this point, he kind of tried to get out of the area, which I ended up now assisting him by kind of guiding him with me to the front of the aircraft, because at that point I needed to, you know, we had bottles of water on the plane that were small at the time that I used to try and rinse his eyes, couple of bottles, just to try and get that out, spray it out of his eye. Because he was -- he got some of that like I said when it was used.

Q. When you he escorted Karim to the front of the airplane to help wash out the spray from his eyes, would you agree with me sir, that you saw the passenger striking people in a violent manner?

MR. AMRHEIN:  Objection.



Page 63

K. INGLETON

A. Again, as I could tell you, I know he initially struck -- this is before this particular time that we're talking, I know he struck Calvin and then I also know that he, again, tried to attack the officer, and I also know that one of the nurses was struck. That's all I can -- that's all I can remember seeing.

Q. In addition to providing this interview on June 5th, 2019, and the written statement that we marked as Ingleton 1 for identification --

A. Yes.

Q. -- you prepared a statement for the Port Authority Police, correct?

A. Yes, because that statement -- yes, I did, I think that one was handwritten, I don't remember.

Q. Yes.  Do you recall, sir, preparing a handwritten statement either on the aircraft or on the jet bridge after this incident occurred on the same night?



K. INGLETON

A. Yes, we all did have to do that, yeah.

Q. Do you recall specifically, sir, where you prepared your handwritten detailed description of the incident?

A. I think it was somewhere between the jet bridge and the entrance or exit to the airport itself, by that door, if I remember correctly.

Q. And we'll mark your handwritten statement as Ingleton 3 for identification, I'm going to show it to you.

A. Okay.

(Whereupon, Handwritten Statement was marked as Ingleton's Exhibit 3 for identification as of this date.)

Q. Are you able to see that, sir?

A. Yes, I can see it. Hold on, let me see if I can move it over here. Yes, I see it now.

Q. And for the record, it's bate stamped PA1084. Sorry, I'll just ask



Page 65

K. INGLETON

you to read that statement and then
I'll ask you a few questions about it.

A. Okay.

All right, I see it.

Q. Is this document, what we marked
Ingleton 3 for identification bate
stamped PA1084, was this prepared in
your own handwriting?

A. Yes.

Q. And was it prepared back on
April 12th, 2019?

A. Yes.

Q. Did you complete this statement
at approximately 11:30 p.m. on April
12th, 2019?

A. Says 10:30 on here,
approximately.

Q. Okay.  So if we look towards the
bottom under where you handwrote your
name, do you see it's --

A. Oh, yeah, the incident happened
about that time, I apologize, the
bottom it says Time statement complete,
11:30, yeah.



K. INGLETON

Q. And you see signature making statement, does your signature appear above that line?

A. Yes.

Q. Is this statement a fair and accurate description of what you observed on April 12, 2009?

A. Yes.

Q. Excuse me, let me re-ask the question, I said the wrong year.

A. Yeah, 2019, yes.

Q. Is this statement a fair and accurate depiction of what you observed on the aircraft on April 12th, 2019?

MR. AMRHEIN: Objection.

A. Yes.

Q. This statement, sir, indicates that you observed the passenger swing his arms hitting the flight attendant in parentheses you wrote Calvin, correct?

A. Yes.

Q. This statement further indicates that He swung at PAPD officer and was



Page 67

K. INGLETON

-- what's the word after that?

A. I'll tell you, one second. Sorry, let me try to move the video over here. Pepper spray, my bad.

Q. Okay so, the complete sentence states He swung at PAPD officer and was pepper sprayed, correct?

A. Correct.

Q. And just to clarify, for the record, PAPD officer is Port Authority Police department, correct?

A. Correct.

Q. And these strikes the passenger committed against the flight attendant and the Port Authority Police Officer, you observed those on the aircraft on April 12, 2019, correct?

A. Yes.

MR. AMRHEIN:  Objection.

Q. Sir, did you prepare any other written statements detailing your observations on the flight that day besides for this written statement and the typewritten statement that we've



K. INGLETON

reviewed?

A. Not that I can recall, no.

Q. Now, once the -- you were able
to bring the flight attendant, Karim,
to the front of the aircraft and helped
him flush out his eyes, what was the
next thing that you did?

A. At that point, a number of other
officers came on board, so at that
point I was at the front of the
aircraft with Karim, so when the
officers arrived back there, you know,
try to get everyone out of the way so
they can make it to the back, we were
not allowed to come back because they
took over the situation at that point.
So, myself and Karim were at the front
of the aircraft.

Q. When you were in the front of
the aircraft with Karim, were you able
to see the passenger in the back of the
aircraft or was your view blocked?

A. View was definitely blocked at
that point because we still -- we still



K. INGLETON

had passengers on board at that point, no one had deplane us yet.

Q. When did you start deplaning?

MR. AMRHEIN:  Objection.

A. I can't say for a specific time, but once the PAPD officers came on, we then started -- as a matter of fact, I started to ask passengers to get off the aircraft.

Q. And at some point in time, sir, did anyone ask you for medical equipment, specifically an AED machine or oxygen?

A. I think the AED was requested, I would have to probably look back at my statement, but I think the AED was requested and I don't remember about the oxygen bottle to be very honest with you.

Q. Okay.  I'll give you an opportunity to review your typewritten statement again.

A. All right.

Yes, I can see right here, can



K. INGLETON

see oxygen was requested.  I remember the AED and oxygen bottle, I see the statement, yes.

Q. Okay.  So after reviewing the typewritten statement, which we've marked as Ingleton 1 for identification, does this refresh your recollection that the officers requested an AED and an oxygen bottle, which you provided to them?

A. Yes.

Q. Do you know approximately what time this medical equipment was requested of you?

A. I don't remember the exact time, no.  The only thing -- I can guesstimate it would have been, you know, somewhere between when the incident started and when that statement was taken, I can't give you a time.

Q. Do you know if more than 10 minutes had passed the time that the officers requested the AED and the



Page 71

K. INGLETON

oxygen?

MR. AMRHEIN:  Objection.

A. That day that it was given to them?

Q. Yes.

A. I can't say for certain at the time, I don't see why it would take that long, but I can't say for certain at the time.

Q. Do you know from the time that the plane got back to the gate up until the time that the AED and oxygen was requested, approximately how much time passed?

A. No.

MR. AMRHEIN:  Objection.

Q. Did you have any conversation with any of the JetBlue team leads and the AO Personnel who came onboard the aircraft?

A. Just a general debrief of the situation, specifics I'm not sure, but the officers that took the statements, et cetera, they were the ones that



Page 72

K. INGLETON

really did -- that we communicated with.  For us it was more of, you know, checking on, you know, how we were doing as a crew based on the situation that was happening.

Q. When you referenced the team leads and the AO Personnel who came on board in your typewritten statement, are those JetBlue employees?

A. Yes.

Q. How many team leads came onto the aircraft, if you recall?

A. I don't remember the amount because it was just so much going on at the time.  Just for your information, the team lead would be our supervisor as an in-flight and the AO would be Airport Operations Personnel, so they would be like the gate agents, et cetera.

Q. Understood.

Do you recall giving any type of verbal statement as to the incident itself to either the team leads or the



Page 73

K. INGLETON

AO Personnel who came on board?

A. Verbal statement, I can't recall, but that's why we fill out that handwritten statement, so that would be our communication, it's called, IIR, irregular report.

Q. Okay.  And is that what we're looking at, sir, the IIR, the irregular --

A. -- that is correct.

Q. And just for the record, it's the typewritten statement that we prepared marked as Ingleton 1 for identification?

A. That is correct.

Q. Thank you.  So, after the AED was provided and the oxygen was provided to the officer, were you able to see the passengers position at that point in time?

A. I mean, they were all in their seats, well, not all in their seats, they were all in the aircraft, some people within their seat, back, some



K. INGLETON

people within the aisle, so it was a little, you know, slightly chaotic.

Q. So, is it fair to say that you weren't able to see the passenger in the back of the aircraft at that point?

A. That is definitely true, we would not be able to see.

Q. Do you know how the passenger ultimately was removed from the aircraft?

A. They didn't come through the front, so it would have been through the rear of the aircraft.

Q. Do you know if the passenger was transported by EMS from the back of the aircraft?

A. Based on what I could see, a lot of flashing lights, so that would be my assumption.  To say I definitely saw them take them out of the aircraft, I did not because, like I said, at that point I was at the front of the aircraft.

Q. And is it fair to say that at



K. INGLETON

that point, sir, you never went in the aft galley again?

A. Yeah, after the customers are off, we were not allowed back there, so that was blocked off.

Q. And besides for the typewritten statement Ingleton 1 for identification and the handwritten statement, which we marked as Ingleton 3 for identification, you did not prepare any other statements with respect to this incident that occurred on April 12th, 2019, correct?

A. Not to my recollection, no.

Q. All right.

Thank you, sir, that's all the questions I have for now, I may have follow-up questions after Plaintiff's Counsel.

A. Okay.

EXAMINATION BY

MR. AMRHEIN:

Q. Just bear with me a second so I can just get all the -- everything in



K. INGLETON

order.

First and foremost, thank you very much for your time, we very much appreciate it, especially later in the day, we very much appreciate you being here with us today.

A. That's all right; you're welcome; thank you.

Q. Sir, I'm just going to start out just kind of towards where we began at the beginning of today's session -- today's deposition, I know you said you had worked for JetBlue for the last 13 and a half years, correct?

A. Correct.

Q. And prior to February 20th -- February third, I think you said, 2010, I'm sure that date stands out?

A. Yeah.

Q. Prior to working for JetBlue, what did you do professionally?

A. I did a short stent at Kohls, so I worked in the Loss Prevention Department for a little while.



K. INGLETON

Q. And you don't have to give me a
full recap of your employment history,
I can give you a more pointed question.

A. Okay.

Q. At any time, from when you got
your high school diploma in 1994 to
when you began working for JetBlue as a
flight attendant in February of 2010,
did you take any schooling with regard
to being a medical professional?

A. Did not.

Q. Did you hold any positions in a
hospital or in the medical field
between 1994 and February 2010?

A. I did not.

Q. When you started out as a flight
attendant with JetBlue in 2010 and I
guess this speaks to your testimony
with regard to scheduling and seniority
within the company, do you start out
working mainly as an F4 or F3 and have
to work your way up to an F2 and F1 or
is it you may be assigned in a certain
way given, however, (inaudible) may



K. INGLETON

fall out?

A. For specifics -- for JetBlue specifically, again we have the bid, so I could be the lead even if I'm brand new, if the more senior person decided to work another position.  So, it all depends on how it was assigned based on, again, how we are rewarded.  So, I know some airlines, for example, you know, their other person is -- the most senior person is always the lead, it doesn't necessarily work that way at JetBlue.

Q. Understood.  Thank you for clarifying that, sir.

Am I correct that you were seated in your jump seat of row -- approximately Row 9 on that Flight 659 that night on April 12th, 2019, when you pulled away from the gate?

A. Yeah, as I remember it, yes.

Q. And shortly into the taxi, did you -- am I correct that you heard yells and screams in the back of the



K. INGLETON

plane, specifically that a person was having a seizure?

A. That is correct.

Q. And am I correct that all the flight attendants, those in the back and in the front quickly rush to the aide of the male or the person having a seizure in the back of the plane?

A. As I recall, yes.

Q. And do you recall, I know you had testified that you had seen Calvin, of course, Calvin Swinny, F1 in the back area of the plane assisting with a customer, did you see Frank Leandro and Karim Arendale as well?

A. Yes.

Q. And I know you had said that you hadn't really been familiar with F4 Karim before that and it seems as though you haven't worked with him after that; is that correct?

A. That I did say, yes, that is correct.

Q. What about Frank Leandro, had



K. INGLETON

you worked with Frank beforehand?

A. Yes.

Q. And have you worked with Frank
afterwards?

A. Yes.

Q. Had you worked with Frank on
that specific flight from JFK to
Jamaica?

A. Yes.

Q. So, is it fair to say that you
were very familiar with that flight?

A. Yeah, I mean, like I said, the
flight didn't really leave, so --
flight in the -- loose sense of the
word because we didn't leave, but yeah.
I was familiar with that so far, yeah.

Q. Understood.  I can be a little
more specific to make it clearer for
you, sir, I do appreciate that
clarification.  Were you familiar with
that -- do you often serve as a flight
attendant on that route from JFK
International to Jamaica?

A. I do.



K. INGLETON

Q. So, I know this may sound a little bit repetitive --

A. It's all right, I understand, everybody has to get a turn.

Q. I appreciate your patience, sir.

I understand that you responded to the back of the plane for a male having a seizure and you said that was in roughly Row 32 or 33 at the back of the plane?

A. Yes, I received that much, I remember.

Q. And both you and Calvin, after witnessing the male having a seizure in his seat unbuckled him and lifted him to the back galley just a few feet away?

A. Just a few feet away, only two more rows to the back, sir, I think it was in 32, 34 rows and then the back galley.

Q. If I represented to you that he was in seat 33C does that exercise your memory or do you believe he was in 32?



K. INGLETON

A. I believe, based on what I remember and what I typed that it was 32.

Q. Okay.  But either, regardless, 32, 33, would you agree that's the very back of the plane?

A. Yes, that's two rows from the back if it was 33, three from the back if it was 32.

Q. At that point, am I correct -- let me specify that.  When you observed the customer, and if I say Mr. Lagoda, can you -- can we agree that that's referring to the customer having a seizure in the back of the flight?

A. I think -- I don't remember his exact name, but, yeah, I would agree with you.

Q. And just -- I represent to you, sir, the passenger was -- his name is Evgeniy Lagoda, and if I refer to him as Mr. Lagoda or the passenger, is it agreeable that you understand that I'm referring to the male having a seizure



Page 83

K. INGLETON

that night on Flight 659?

A. Absolutely.

Q. Okay.  Great.

When you arrived and you saw Mr. Lagoda having a seizure in his seat in the back of the plane that night, April 12, 2019, can you tell me what you observed Mr. Lagoda physically doing when he was in his seat having a seizure?

A. So, to my recollection, he was convulsing, so, again, I can't say for certainty what exactly, but I -- we decided from that, that he was having a seizure.  So, he was convulsing quite a lot.

Q. And was that -- in terms of deciding what was happening to Mr. Lagoda and understanding that you weren't medical personnel, were you also under the assumption that he was having a seizure given that you heard a scream in the back of the plane that there was a male having a seizure?


MAGNA
LEGAL SERVICES

K. INGLETON

A. Yes.

Q. Did you observe Mr. Lagoda, I think you said convulsing in his seat?

A. Yes.

Q. Did you see his eyes roll to the back of his head?

MS. ALTERMAN: Objection.

A. To be very honest, I can't say I remember that exactly, but he was and I know you can't type that, but he was kind of (indicating) as I said convulsing, so his head, you know, body was doing that.

Q. Understood, so shaking violently, is that a fair representation?

A. That would be fair.

Q. Did you witness foaming at the mouth and bleeding from the mouth fluids there?

A. Yes, I did.

Q. And so you, along with Karim, based upon your training, you unbuckled Mr. Lagoda and lifted him together to



K. INGLETON

the back galley, right?

A. That would be -- that would be Calvin.

Q. Sorry, Karim was F4, thank you for correcting that, sir.  So, you and Calvin unbuckled the passenger and lifted him to the back galley just a few feet away and laid him down and on his side?

A. That is correct.

Q. And while he was laying down and on his side was he exhibiting -- he, Mr. Lagoda, exhibiting the same symptoms of shaking, foaming at the mouth and bleeding?

A. That's correct.

Q. Am I correct that you didn't observe Mr. Lagoda while on the ground in the back galley hitting any walls or drawers or anything with his legs or hands or head?

A. That, I cannot remember specifically, but what I can say is that that galley area is quite small,



MAGNA
LEGAL SERVICES

K. INGLETON

so, it is possible, you know, if he was, but if -- but he was convulsing, that was a possibility, I cannot remember for a certainty that that was him.

Q. Do you recall seeing any bleeding or bruising on his body at that time?

A. I can't recall anything on his body, I mean he was dressed as well, so anything that was exposed I can't remember seeing that, I just remember that once he was on the ground, like I said, convulsing, I -- the nurse said to me that it was possible that he was biting his tongue, why he was bleeding because that's something that happens when someone has a seizure, so I'm presuming that, that's where that was coming from.

Q. And at some point, am I correct that Mr. Lagoda -- strike that.

Before that, I know Counsel for Defendants had already asked you about



K. INGLETON

a flight attendant alerting the cockpit
of an ongoing medical emergency from
male having a seizure on the back of
the flight, is that your understanding
of what happened?

     A. Yes.

     Q. And you personally didn't do
that; is that right?

     A. Like I said, I'm not exactly
sure which one of us because it was so
long, but I know the flight was
contacted, I don't remember which one
of us did it to be very honest with
you.

     Q. If you were F2 in position of
Row 9, and Frank Leandro was F3, where
would he be positioned?

     A. Somewhere around the -- it's a
similar jump seat facing the rest of
the -- after the aircraft and that
would be the same side of the aircraft
Row 22, if it were to be his jump seat,
yeah.

     Q. So would it be fair to say that



K. INGLETON

all the flight attendants responded to the medical emergency as you had testified earlier today, would it be fair to say that Frank Leandro responded to that emergency as well?

A. Yes.

Q. And I know Counsel for Defendants had mentioned or questioned you or asked you about how the different methods of alerting the cockpits of an ongoing event, whether it's something more standard or an emergency by the flight attendants; is that right?

A. That's correct.

Q. And I think you said there's two different methods, one is a direct PA line on the phone and the other is like the emergency line to the cockpit?

A. It's not a direct PA, it's just literally picking up the phone, so, one button still contact the flight -- sorry, the flight deck, that is just a regular call, it's not an emergency,



K. INGLETON

the other one is, but it's -- it alerts them in different ways, so, they respond accordingly basically.

Q. Okay. And given the fact that you don't recall if you were the one to make the call to the cockpit, is it also fair to say that you don't know if that emergency line was used to contact the cockpit about the male having a seizure on board the flight?

A. That would be fair to say that, yes.

Q. And from a procedural standpoint, as a flight attendant, if a flight attendant is calling the cockpit in an emergency situation and has the phone, is that -- is the same flight attendant typically going to ask on the PA system whether or not there are medical professionals available on the plane to help?

A. It is quite possible, but let's say the individual hung up right after and tried to help, let's say, it's also



K. INGLETON

possible that another flight attendant could do that.

Q. Understood, but, now, at that point, do you believe you were with, you know, in the ongoing process of, for lack of a better phrase, treating Mr. Lagoda or handling the medical emergency Mr. Lagoda was having at that time?

A. For some of it, yes.

Q. Okay.  So you wouldn't know if whether or not the same flight attendant who made the call -- the call to the cockpit was also the person who made the PA announcement asking for medical professional assistance?

A. Again, it could be quite possible, I just don't remember, so I'm not sure, I don't want to tell any fibs.

Q. No, don't worry, sir, and we understand that it's many years later.

A. Yeah.

Q. At some point I know you



K. INGLETON

testified earlier, at some point,

Mr. Lagoda stood up in the back galley;

is that right?

A. Correct.

Q. Am I correct that when he had

stood up in the back galley, you were

positioned in the aisle of the cabin,

not in the back galley with other

medical professionals and Mr. Swinney?

A. At that point, yes, that's

correct.

Q. So, when you observed Mr. Lagoda

stand up, were you -- so you were

standing -- roughly, could you estimate

where in the aisle you were at that

point when you saw Mr. Lagoda stand up?

A. It would be a few rows back or

into the aircraft, I can't say for

certain in what rows, but it would be a

few rows back.

Q. Okay.  And you said --

A. -- or forward, because it was in

the back, I apologize.

Q. Understood.  So closer to the



K. INGLETON

front of the plane, you know --

A. Not as far as forward at the front, but I was a few rows forward from the aft of the aircraft.

Q. Understood.  Thank you for the clarification.

A. Thanks.

Q. In your position there, did you observe where Calvin Swinney was at that time?

A. So, my recollection, he was right there in the galley area, but if -- based on me looking at the cabin, I'm sorry, at the aft galley, his back would be turned to me.

Q. Okay.  And was he positioned in between the laboratories in the back?

A. Just -- all right.

So the configuration of the aircraft, the laboratory on either side, so, yeah, right about there.

Q. Okay.  And am I correct that Mr. Swinney is roughly six feet, about 285 pounds?



K. INGLETON

A. Definitely 285, I would say about 5'10-ish, if I have to guess.

Q. If memory serves, I believe his testimony was he was about 6 feet, 285 on the day of the flight.

A. I can't speak to the height, but he's a big guy.

Q. Understood.  And you are -- you testified earlier that you are 5'9, sir?

A. Yeah, 5'9, for sure.

Q. Okay.  So did you -- when you observed Mr. Lagoda stand up from your position, did you see under Mr. Swinney, around Mr. Swinney, or above Mr. Swinney or through?

A. Definitely not through, but I would have been able to see, you know, to the left or right of him depending on where, you know, but I could see down to the back of the galley.

Q. How wide would you say the distance is between the two laboratories in the back galley?



K. INGLETON

A. Approximately, I don't know, four feet, three and a half feet, I guess.

Q. So it's pretty narrow?

A. Yeah, it's narrow.

Q. Okay.  At some point you said you witnessed the officer -- excuse me, officer, I'll rephrase that and start again, sir.

At some point, am I correct that you said you witnessed Mr. Lagoda contact Mr. Swinney; is that right?

A. Yes, I did say that, yes.

Q. Do you recall telling in your interview that an excerpt was played a little bit earlier today from your interview, I believe it was in June of 2019, do you recall that excerpt being played today, sir?

A. Yes.

Q. And do you know that, that is a part of a larger interview of you, sir, which was recorded that day in June of 2019?



K. INGLETON

A. Yes.

Q. Do you recall when being asked about being on Flight 69 and about the major incident that occurred, you were asked to walk through from your perspective what happened from the beginning to the end?

A. I'm sure I was asked a question, but again, that was so long ago, I don't remember the exact -- whole interview.

Q. Okay.

A. But yes, I'm sure I was asked that.

Q. Do you recall stating that, When he was about two rows away, "he," meaning Mr. Lagoda, literally just, I don't know, I guess he gained some kind of strength of some sort and got up and he literally just started swinging at anyone who was in his way.  He looked really, really, really, really, confused like he didn't know where he was or who he was, but his strength was



K. INGLETON

definitely there and he was punching, does that refresh your memory of what happened that day?

MR. AMRHEIN: Objection.

A. That sounds --

THE WITNESS: I'm sorry, someone chimed in?

MR. AMRHEIN: I just noted my objection, you can answer.

THE WITNESS: Oh Okay.

A. At that point, yes that comes as a recollection to me, yes.

Q. So do you -- am I correct that you do recall when observing Mr. Lagoda standing on his feet that he, Mr. Lagoda, looked really, really, really, really, confused like he didn't know where he was or who he was?

MS. ALTERMAN: Objection.

A. I remember thinking that, yes, I did.

Q. At that time, am I correct -- I'll give you a more general question before I narrow it down specifically.



K. INGLETON

Sir, when the events of any magnitude on a plane occur, do the passengers tend to get a little nosy?

A. Yes.

Q. Have you experienced that on several occasions?

A. I have experienced it before, yes, I have.

Q. And I know you testified a little earlier today that, I believe, after you had witnessed Mr. Swinney being struck towards the back galley, that you took the responsibility of trying to calm the situation and make sure everybody was kind of seated and remained calm; is that right?

A. Yes, that I tried to do, yes.

Q. I understand it may be extremely challenging in those situations, but do you believe you were pretty successful in trying to calm the situation and keep everybody seated and organized?

A. For the most part, yes. You're going to have the unruly passenger



K. INGLETON

that's trying to take a look or get in the back, but for the most part, yes, they were contained, yeah.

Q. Understood.  And when you were interviewed, sir, do you recall when asked about when Calvin started taking blows from Mr. Lagoda as you had said a little bit earlier and throughout today's deposition, that you were Remaining where you were handling the passengers, because people are getting nosy.  Now, at that point, Calvin was absorbing the punches, Calvin eases back, and he, meaning Mr. Lagoda, is still there really not knowing what he's -- or where he is, I can't see if -- I can see it in his face and eyes, I'm not a professional, so I can't say whatever, but he's really swinging and looking like he was confused; do you recall testifying to that, sir?

A. I did.

Q. Does that refresh your memory as to what occurred that night, April 12,



MAGNA
LEGAL SERVICES

K. INGLETON

2019?

MS. ALTERMAN:  Objection.

A. I mean, as far as I'm seeing, as my notes and as you're saying them to me, my recollection, yes, but it's not refreshing my memory in terms of saying anything that's new, it's just based off my recollection.

Q. Understood, and so based upon your recollection of that night, sir, am I correct that while you did indicate that you weren't a medical professional, that you felt that Mr. Lagoda was swinging and looking like he was incredibly confused and disoriented?

MS. ALTERMAN:  Objection.

A. At that point, that's what I was thinking, yes.

Q. And do you recall being asked during that interview, sir, about whether or not in your capacity as a flight attendant, you had witnessed other passengers having a seizure?



K. INGLETON

A. On that particular flight or if I had seen that before?

Q. If you had seen that before, do you recall being asked that, sir?

A. I don't recall being asked that particular question, however, I have seen a seizure before.

Q. Okay. And at that time, when you had seen seizures before, was that due to say lack of eating or sugar levels or?

A. I wouldn't be able to say what that is based on, you know, I'm not a medical professional, so I can't say what caused that, what have I seen before, yes.

Q. Okay. And so I know you said you're not a medical professional so you're not sure what caused it -- since you're not a medical professional, do you believe that you can speak medically to Mr. Lagoda's actions after he came out of the seizures and becoming violent and combative towards



K. INGLETON

the -- Mr. Swinney, the nurse that you had spoken to earlier, as well as the lunging at the police officer, can you medically speak to his diagnoses and actions afterwards?

A. Medically, no, I wouldn't be able to speak to that medically.

Q. And medically, can you speak to whether or not he came out of the seizure?

A. I wouldn't be able to say that, all I could say that is he stood up and he started behaving a little violently. So, medically I wouldn't be able to speak to that, no.

Q. Am I correct that it was probably a pretty chaotic scene on that flight?

A. That's a fair assumption, yes.

Q. At that time, amidst the chaos and handling your duties and responsibilities as the flight attendant, were you constantly checking your watch to determine what time it



Page 102

K. INGLETON

was and what time increments of things were occurring?

A. I wouldn't say constantly, but I do remember recording an approximate start time as something we have to do. Incrementally, no, I was not checking because, you know, that was not priority at the time for me.

Q. Understood.

So, I know you had your statements -- I believe your written statements that was introduced a little bit earlier today, I don't believe there was any notation as to -- by you, written out as to when the seizure occurred versus when the seizure allegedly subsided or when the police officers arrived on the scene or when Mr. Lagoda was removed from the flight, there's no notation in your handwritten statement, am I right?

A. Not as far as I can remember when you showed it to me, or --

Q. Defense Counsel --



K. INGLETON

A. -- yes, I don't remember seeing that. I can remember seeing a time stamp at the top and a time stamp at the bottom.

Q. Yes, sir, and I represent to you as Counsel for Defendant's had pointed out that just below your signature was the time stamp of -- in your hand writing, 11:30 p.m.; do you recall that?

A. Yes.

Q. Sir, do you know the name of the captain who flew that -- who was scheduled to fly that plane that night?

A. I don't remember, it was such a long time ago, I don't have access at this point.

Q. Do you recall whether or not the captain called (inaudible) after the events occurred that night?

A. I'm not sure, I don't remember. I just remember as a crew we were taken off the flight, based on the, you know, we had to give statements and all of



K. INGLETON

that kind of stuff, so, we were

replaced, I don't remember if the

pilots were replaced to be honest with

you.

Q. Okay.  And do you believe

that --

A. Yeah.

Q. -- can you give me a rough

estimate of -- from when you believe

the cockpit was notified of the seizure

based upon when you heard the calls and

the screams in the back of the plane,

He's having a seizure, do you think it

was within a minute?

MS. ALTERMAN:  Objection.

A. That I honestly don't remember,

but it could not have been too much

longer than that either because that

would be something that we would have

to notify them, you know, quickly, so

that they can take the necessary

action.

Q. And that would be a duty and

responsibility of flight attendants to



K. INGLETON

quickly and immediately alert the cockpit of an ongoing medical emergency on the plane?

A. Once that happens, yes, that's one of our responsibilities.

Q. Sir, are you aware that the captain, his name was Kurt Bengston?

A. I don't remember his name.

Q. Have you ever worked with Captain Kurt Bengston before?

A. We change pilots every day, I really can't remember some of their names, no.

Q. Understood.

A. I can't remember him specifically, no.

Q. Sir, do you know what the FCIR report?

A. An FCIR, I can't say I know what that is, no.

Q. Okay. Anywhere like you having to fill out or, you know, write down narratives of events that occurred soon after events occur on flights that



K. INGLETON

pilots are also required to do the same?

A. I'm not aware of their rules, but I'm pretty sure that if we have to do it, they have to do something.

Q. Okay.  And, sir -- strike that.

Excuse me.  So, from the initial call to when the flight arrived back at the gate, the initial call meaning alerting by the flight attendants to the cockpit letting them know about the medical emergency, are you aware that the captain of the flight submitted a report that from the initial call to the arrival at the gate was within five minutes as the captain recalled that night?

A. I'm not aware of that for myself, in terms of what he wrote, I'm not sure what exactly he wrote.

Q. Understood.  And would you be aware that the captain commended the response by the flight crew, you know, all the way down to the captain to the



K. INGLETON

F4 and the other personnel on board for the quick and swift response in dealing with the medical emergency to get the plane back to the gate?

A. If that was done, that was not relayed today me, so I'm not sure.

Q. Okay.  So the captain didn't specifically relay that information to you?

A. Not to my recollection, so, I'm not sure, I don't remember that.

Q. Do you know if the captain -- had anybody told you that the captain relayed it to them?

A. We didn't have that discussion, no.

Q. Sir, when the -- am I correct that you testified earlier today that the first responding officer for the Port Authority Police Departments, so to avoid confusion with the first officer --

A. Okay.

Q. So when the first responding



K. INGLETON

officer for the Port Authority Police
Department boarded the aircraft, am I
correct that you were positioned at
that point closer to the fronts, as you
remember?

A. Yes.

Q. And that was a capturing of your
testimony here today; is that right?

A. Yes, that's right, that was
where I was, yes.

Q. Am I right that you said you
observed the first responding Port
Authority Police Department officer,
using a little more than a walk past
you?

A. Yeah.  IT was an urgent
situation so, yeah.

Q. At that time, you had no
conversation with that PAPD officer,
right?

A. Other than what I said, perhaps
directing him to where the situation
was because that would be something
they need to know right away, I don't



K. INGLETON

remember having a full on conversation at all with them at that point, no.

Q. Understood. And did you follow the officer towards the back of the plane or did you remain where you were towards the front of the plane?

A. Front.

Q. How far, approximately, back or close to the officer were you when you followed him to the back of the plane?

A. It was moving quite swiftly, so like I said, just a few rows maybe to the back, because at that point, you know, there were other customers there because at that point, no one had deplaned us yet. So, you know, between the customers and the, you know, it was a little difficult to be close, but close enough, maybe three rows -- maybe three or four rows, my guesstimate.

Q. Understood. And when you observed the officer confront the situation in the back of the plane, which is a male having a seizure in a



MAGNA
LEGAL SERVICES

K. INGLETON

medical emergency, did -- was the --
did you observe Mr. Lagoda, his
position at that time, where he was in
the plane?

MS. ALTERMAN:  Objection.

A. In the aft galley, but as you
recall, as I said before, at the point
that the PAPD officer came on, that was
not at the point that, that was a
seizure, again, that was when he was up
and being combative, basically, let's
use that word.

Q. And, again, I know you had said
before that you are not a medical
professional so you don't know whether
or not, based on a medical opinion or a
medical opinion whether or not
Mr. Lagoda was having a seizure or
still having a seizure at that point;
am I right?

A. From medical purposes, I'm not
able to say of certainty, I can just
relay what I saw.

Q. Understood.  And am I correct



K. INGLETON

that you had saw -- you had seen -- excuse me -- you had stated that you saw Mr. Lagoda at that point, as he was standing being really, really, really, confused and saying that you're not a professional so you can't say from a medical perspective of course, but he's really swinging and looking like he is just really confused; do you recall testifying to that?

A. That was my observation.

Q. And that's what you observed when Mr. Lagoda was on his feet; am I right?

A. Yes.

Q. And, sir, you witnessed the pepper spray being deployed on Mr. Lagoda; am I right?

A. Yes, that's correct.

Q. And it also, you said, got on F4 Karim as well?

A. I said that because he started screaming that it was in his, you know, he couldn't see, it was in his eyes, so



K. INGLETON

that's when I -- because he was kind of moving from the galley into the aisle, which is where I got him and helped him back because at that point he was saying he couldn't see, so it had gotten on his eye, yeah.

Q. So, in order to -- for Karim to get to you in the aisle, did he have to move past both Mr. Swinney as well as the first responding officer of the Port Authority Police Department?

A. Yeah, as I said, they were in the galley, so --

Q. Okay.

A. -- so, if you're looking at the galley, it's kind of a T, think about the back and the aisle coming in, so, he would have to pass right there because he was in the galley.

Q. Understood. And roughly, if you know and if you don't remember, you don't have to guess, but roughly, do you know where you met Karim in terms of row?



K. INGLETON

A. That I don't remember, but I know it was very close to the back because he wouldn't have been able to get that far, you know, he was just, again, wincing in pain, because his eye was burning.  Let me not say pain, but eyes burning.

Q. And that was based upon what you observed or you heard from Karim?

A. Correct.

Q. And once you came into contact with Karim and the aisle, did you -- am I correct that you guided him to the front of the plane?

A. Yes.

Q. So your back that the point was to the aft galley, correct?

A. No, my back was actually to the front because I had to kind of -- if I were to drag him, my back is headed towards the front, so I'm pulling away.

Q. Okay.  And were your eyes focused on Karim and the aisle or were your eyes focused on the backs of the



K. INGLETON

plane at that time?

A. Karim and I were trying to get to the front of the aircraft, so, you know, obviously people that way, I had to tell them to move, that kind of stuff.

Q. So is it fair to say that your vision and attention were not on the events that were occurring between Mr. Lagoda --

A. At that point, my concern was for Karim, at that point.

Q. Am I correct that you didn't witness, after the pepper spray, you didn't witness any interaction between the first responding Port Authority Police Officer and Mr. Lagoda?

A. That is correct.

Q. You said ultimately, more officers came aboard the flight; is that right?

A. That's correct.

Q. Did you witness that after assisting your fellow crew member in



K. INGLETON

the laboratory in the front of the plane?

A. Yes, that is correct.

Q. And I know you said there was a whole number of personnel who responded to the scene; is that a fair?

A. Quite a few, yes, quite a few.

Q. And when they came aboard, you were you still -- were you positioned in the front galley or is that --

A. Front galley, yes.

Q. Okay, I just want to make sure my terminology is appropriate.

A. That's good.

Q. And as they came, am I also correct that you testified that the officers set up almost, you know, in practice, what is a blockade towards the back of the plane so that people weren't able to access the back of the plane?

A. Just before we get to that, so the deplaning process had started at that point, so the customers were being



K. INGLETON

ushered off starting from the front obviously, and leaving and so, while they were handling the situation with the customer in the back, we were getting them off in the front.

Q. Okay.  And so I think you testified to it a little bit earlier, is it fair to say that your view of the back galley and the events between Mr. Lagoda and any PAPD personnel would have been --

A. Obstructed at that time.

Q. Obstructed?

A. Yes.

Q. Okay.  Sir, did you witness Mr. Lagoda saying anything to anybody in the back galley?

A. Not that I can recall at that time, no, not as in a conversation, no.

Q. Did you witness anybody saying anything to Mr. Lagoda in the back galley?

A. I can't recall any exact words, no.



K. INGLETON

Q. Even if you don't recall any exact words, do you recall people speaking English to Mr. Lagoda?

A. I'm going to say this was the main speak on that flight, so, if any conversation was exchanged, I would say yea.

Q. And am I correct that if -- you were asked to, by Port Authority Police Officers, to provide them with an AED, as well as an oxygen tank?

A. Pulled the oxygen bottle, yes.

Q. And --

A. And the AED, yes.

Q. Understood.  And did you specifically give them the AED and portable oxygen tank or did another flight attendant?

A. I don't remember who exactly got the equipment, I apologize.

Q. It's okay.  Sir, at some point after the events that night of April 12th, 2019, did you discover a passport of the passenger who had



K. INGLETON

suffered a seizure?

A. I know I remember stating that the passenger had a Russian passport, so, I would have seen it, I don't remember if it was at some time during the whole thing because in preparing the IIR we have to repair, that's some of the information we have to fill out, so the customer name, seat number, so more than likely, that's what we would have seen that passport.

Q. Okay. And then I -- you say IIR or IAR?

A. II, it's an irregular incident report.

Q. Okay, it's an irregular report, and I believe that was introduced here as Exhibit 1, if I'm not mistaken. Is that the typed --

A. Yes.

Q. Okay. Sir, I have no more questions for now, thank you.

A. You're welcome.



K. INGLETON

EXAMINATION BY

MS. ALTERMAN:

Q. Sir, just briefly, at the time when the Port Authority Police Officer boarded the aircraft --

A. Yes --

Q. -- heard the passenger violently strike Mr. Calvin Swinney multiple times, correct?

MR. AMRHEIN:  Objection.

A. I can't say for certainty how many times he was struck, I just know that he was struck, yes.

Q. And at the time the you -- the Port Authority Police Officer came on board the flight, you had also observed the passenger strike one of the nurses who responded to assist in the back of the aircraft, yes?

MR. AMRHEIN:  Objection.

A. At the point he was swinging, yes.

Q. And at the time that the Port



K. INGLETON

Authority Police Officer came on board the aircraft, you observed the passenger lung towards the officer in a violent manner threatening to attack him, correct?

MR. AMRHEIN: Objection.

A. I'm not threatening to because that would assume he said something, but physically, yes.

Q. So, at the time the Port Authority Police Officer came onboard the plane, you observed the passenger, physically attempting to attack that Port Authority Police Officer, correct?

MR. AMRHEIN: Objection.

A. Yes, that is correct.

Q. Thank you, that's all I have, sir.

EXAMINATION BY

MR. AMRHEIN:

Q. Sir, just a very, very, brief follow up.

A. No worries.

Q. Am I correct that you had



K. INGLETON

testified earlier about your memory of that night being that Mr. Lagoda stood up in the back galley of the plane, that he was -- that he looked, Really, really, really, really, really confused and like he didn't know where he was or who he was?

MS. ALTERMAN:  Objection.

A. I did say that.

Q. Do you recall when asked the situation of Mr. Lagoda being on his feet in the back galley, and how Calvin took some blows from Mr. Lagoda that you said that was when the passengers were getting nosy, and at that point Calvin was absorbing punches and easing back and Mr. Lagoda was still there really not knowing what he is or where he is, I can't -- I can see it in his face and eyes, I'm not a professional so, I can't say whatever, but he's really swinging and like looking like he's just confused; do you recall that testimony earlier today, sir?



K. INGLETON

A. I do recall saying that, yes.

Q. I have no more questions.

MS. ALTERMAN:  Thank you very much, sir, for your time today, we really appreciate it.

THE WITNESS:  You are very welcome.

Q. Thank you, sir, we really do appreciate it, especially this late in the day and thank you for hanging with us throughout this deposition.

A. Yeah, I'm sorry the time didn't work out yesterday, there was a little confusion on my part, so glad we got it done today.

Q. It's okay, we appreciate your flexibility sir.

(Time noted: 5:32 p.m.)



Page 123

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.



Page 124

- - - - - -

E R R A T A

- - - - - -

PAGE    LINE    CHANGE

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____



A C K N O W L E D G E M E N T

STATE OF NEW YORK)

:SS

COUNTY OF _____)

I, KEVIN TROY INGLETON, hereby certify that I have read the transcript of my testimony taken under oath on August 22, 2023, that the transcript is a true, complete and correct record of what was asked, answered and said during my testimony under oath, and that the answers on the record as given by me are true and correct, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____

KEVIN TROY INGLETON

Signed and subscribed to before me, this _____ day of _____, _____.

_____

Notary Public



Page 126

I N D E X   O F   W I T N E S S E S

WITNESS:   KEVIN TROY INGLETON

| EXAMINATION BY | PAGE |
| --- | --- |
| MS. ALTERMAN | 6 |
| MR. AMRHEIN | 75 |
| MS. ALTERMAN | 119 |
| MR. AMRHEIN | 120 |

I N D E X   O F   E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| 1 | Typewritten Statement | 34 |
| 2 | Interview | 60 |
| 3 | Handwritten Statement | 64 |



                    C E R T I F I C A T E

     I, CHRISTA M. MILOSCIA, a shorthand
reporter and Notary Public within and for the
State of New York, do hereby certify:

     That the Witness(es) whose testimony is
hereinbefore set forth was duly sworn by me,
and the foregoing transcript is a true record
of the testimony given by such Witness(es).

     I further certify that I am not related to
any of the parties to this action by blood or
marriage, and that I am in no way interested
in the outcome of this matter.

*Christa M. Miloscia*

               Christa M. Miloscia, a Court
               Reporter and Notary Public



Page 128

LAWYER'S NOTES

PAGE/LINE    NOTE



# Magna
## Key Contacts

Schedule a Deposition:
Scheduling@MagnaLS.com | 866-624-6221

Order a Transcript:
CustomerService@MagnaLS.com | 866-624-6221

General Billing Inquiries:
ARTeam@MagnaLS.com | 866-624-6221

Scheduling Operations Manager:
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

Customer Care:
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

Director of Production Services:
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

National Director of Discovery Support Services:
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

Billing Manager:
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

Director of Sales Operations:
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)



| A | | | |
|---|---|---|---|
| **a/k/a** | 40:10 63:11 | **aircraft** | 68:16 75:5 |
| 1:9,10 | **address** | 10:12 12:2 23:3,6 | **Alterman** |
| **abbreviated** | 6:12 | 24:6 27:5 28:14 | 1:18 2:11 6:8,23 51:8 |
| 11:21 | **administering** | 32:3,12 33:12 35:9 | 59:24 84:8 96:20 |
| **able** | 36:24 | 36:22 37:9,14 38:10 | 99:3,18 104:16 |
| 17:19 30:14 31:19,25 | **Administrator** | 38:18 39:2,19,20,23 | 110:6 119:4 121:9 |
| 34:15 36:5 43:21 | 1:3 | 40:3 41:18 42:6 | 122:4 126:5,6 |
| 51:2 59:14 64:20 | **AED** | 43:15 44:9 46:11 | **amidst** |
| 68:4,21 73:19 74:5 | 69:13,15,17 70:3,10 | 48:20 52:18 53:4,12 | 101:21 |
| 74:8 93:19 100:13 | 70:25 71:13 73:17 | 54:19,21 55:18 | **amount** |
| 101:8,12,15 110:23 | 117:11,15,17 | 56:14 62:10 63:23 | 33:2 41:5 60:23 |
| 113:4 115:21 | **aft** | 66:15 67:17 68:6,12 | 72:14 |
| **aboard** | 30:16,25 36:14 38:4 | 68:19,21,23 69:10 | **Amrhein** |
| 114:21 115:9 | 38:8 52:18 75:3 | 71:21 72:13 73:24 | 2:6 6:16,19 11:10 |
| **above-entitled** | 92:5,15 110:7 | 74:6,11,14,17,21,24 | 13:24 14:2,11 16:5 |
| 1:19 | 113:18 | 87:21,22 91:19 92:5 | 16:11 17:3 18:11 |
| **absolutely** | **afternoon** | 92:21 108:3 114:4 | 19:10 21:25 28:19 |
| 11:9 25:16 83:3 | 6:20,22 | 119:7,21 120:3 | 28:23 38:21 42:19 |
| **absorbing** | **afterward** | **airlines** | 44:7 45:11 46:13 |
| 98:14 121:17 | 53:15 | 10:3 20:10 78:10 | 47:17 48:4,21 50:22 |
| **abusive** | **against-** | **airplane** | 51:5 52:4,21 56:16 |
| 18:8,9,20,23 | 1:7 | 62:20 | 57:6 58:12,25 60:21 |
| **access** | **agents** | **airport** | 61:18 62:25 66:16 |
| 17:6 22:7 103:17 | 72:20 | 25:10,15 64:9 72:19 | 67:20 69:5 71:3,17 |
| 115:21 | **aggressive** | **airway** | 75:23 96:5,9 119:12 |
| **accessibility** | 57:5 | 37:23,23 | 119:22 120:7,16,21 |
| 12:10 | **agitated** | **Airways** | 126:5,6 |
| **accompanied** | 51:19,24 | 9:10,12 10:9 | **and/or** |
| 4:14 | **ago** | **aisle** | 3:8 |
| **accurate** | 38:12 95:10 103:17 | 23:8,22,24 24:2 28:6 | **announcement** |
| 32:14 61:8 66:7,14 | **agree** | 32:17 74:2 91:8,16 | 33:19 44:19,21,24 |
| 123:19 | 11:5 15:6 19:5 58:15 | 112:3,9,18 113:13 | 45:2 90:16 |
| **acting** | 58:20 61:6 62:22 | 113:24 | **announcements** |
| 51:25 | 82:6,14,18 | **alert** | 33:5 |
| **action** | **agreeable** | 105:2 | **answer** |
| 1:19 5:10 19:6 | 82:24 | **alerting** | 3:11,18 4:4,12,13,14 |
| 104:23 127:11 | **AGREED** | 87:2 88:11 106:11 | 4:16 8:15 13:16 |
| **actions** | 3:3 | **alerts** | 16:6,23 18:12 38:23 |
| 100:23 101:6 | **ahead** | 89:2 | 96:10 |
| **activated** | 14:2,12 | **ALEXEY** | **answered** |
| 42:13 | **aide** | 1:3 2:16 | 4:9,25 45:14 125:10 |
| **actual** | 79:8 | **allegedly** | **answers** |
| 16:13 | **air** | 102:18 | 17:10 125:12 |
| **addition** | 14:24 20:6 22:25 | **allow** | **anybody** |
| | **Airbus** | 8:14 53:3 | 43:23 107:14 116:17 |
| | 20:6 22:25 | **allowed** | 116:21 |



MAGNA
LEGAL SERVICES

**AO**
71:20 72:8,18 73:2
**apologize**
49:23 65:23 91:24
  117:21
**apparently**
29:16
**appear**
40:19 66:3
**appeared**
31:24 51:18 56:24
  60:19
**appears**
34:20
**apply**
3:14
**appreciate**
76:5,6 80:20 81:6
  122:6,10,17
**appropriate**
3:14 115:14 123:6
**approximate**
102:5
**approximately**
30:8 32:23 65:15,18
  70:13 71:14 78:19
  94:2 109:9
**April**
7:7,25 12:11 20:16
  21:18 22:22 24:10
  24:22 65:12,15 66:8
  66:15 67:18 75:13
  78:20 83:8 98:25
  117:24
**area**
39:9 43:19 44:6
  46:18 48:24 52:9,13
  53:25 54:14 56:21
  62:8 79:14 85:25
  92:13
**areas**
44:9
**Arendale**
39:25 79:16
**arms**
47:16 66:20

**arrival**
106:16
**arrive**
28:17
**arrived**
68:13 83:5 102:19
  106:9
**Article**
3:15
**ASHCROFT**
2:3
**asked**
16:15 55:2,4 57:24
  58:6 86:25 88:10
  95:3,6,9,14 98:7
  99:21 100:5,6
  117:10 121:11
  125:10
**asking**
7:9,23 90:16
**assault**
13:21 14:10,15
**assess**
14:5
**assigned**
77:24 78:8
**assist**
29:22 33:12 35:14
  36:6 39:13 52:10
  119:20
**assistance**
90:17
**assisted**
36:15
**assisting**
35:19 37:10 40:12
  47:25 50:15 54:15
  62:9 79:14 114:25
**assume**
120:9
**assumption**
74:20 83:22 101:20
**attached**
123:13 125:15
**attack**
57:8 60:11,19,24

61:4,15 63:7 120:5
  120:14
**attacked**
56:22 57:12
**attempting**
120:14
**attendance**
3:25
**attendant**
9:16,18 10:8 11:7,16
  11:23 12:15 13:5
  15:6 16:21 19:16
  24:9 47:3 48:13,14
  49:3,6,10 61:20
  66:20 67:15 68:5
  77:9,18 80:23 87:2
  89:15,16,19 90:2,14
  99:24 101:24
  117:19
**attendant's**
44:14
**attendants**
20:5,7 27:25 44:4
  48:8 53:8 61:23
  79:6 88:2,14 104:25
  106:11
**attendants'**
43:18
**attention**
24:22 52:7 114:9
**attorney**
3:20 4:11,20 5:16,23
  58:3 123:15
**attorneys**
2:4,9 3:4
**audio**
60:17
**August**
1:14 125:8
**Authority**
1:8,8,9 2:8,16 6:25
  53:10,11,13 54:20
  55:17,23 56:4,12,15
  57:18 61:16 63:17
  67:11,16 107:21
  108:2,14 112:12

114:17 117:10
  119:6,17 120:2,12
  120:15
**available**
22:8 26:22 89:21
**Avenue**
6:14
**avoid**
107:22
**awarded**
21:10
**awards**
22:11
**aware**
12:25 27:16 33:16
  42:7 45:16 105:7
  106:4,13,19,23

---
**B**
---
**b**
3:8 23:17,20,25 41:9
  126:7
**back**
7:7 14:23 23:15 24:5
  25:3 28:13,16 30:2
  30:19 31:23 32:2,7
  33:5,12 35:14 36:6
  36:14 37:9,12 38:8
  38:25 39:7,16,19,22
  40:2,12,25 41:14
  45:9 46:5,6,19 48:9
  52:15 53:6 56:13,19
  58:23 61:7,9 65:11
  68:13,15,16,22
  69:16 71:12 73:25
  74:6,16 75:5 78:25
  79:6,9,14 81:8,10
  81:17,20,21 82:7,9
  82:9,16 83:7,24
  84:7 85:2,8,20 87:4
  91:3,7,9,18,21,24
  92:15,18 93:22,25
  97:13 98:3,15
  104:13 106:9 107:5
  109:5,9,11,14,24
  112:5,18 113:3,17



MAGNA
LEGAL SERVICES

**backs**
113:19,21 115:20
115:21 116:5,10,18
116:22 119:20
121:4,13,18
**backs**
113:25
**bad**
67:5
**bags**
54:2,16
**bar**
5:8
**based**
17:17 22:11,13,19
32:9,18 43:18 44:11
48:5,6,19 60:25
72:5 74:18 78:8
82:2 84:24 92:14
99:8,10 100:14
103:24 104:12
110:17 113:9
**basically**
17:25 52:23 89:4
110:12
**basis**
3:22 4:15
**bate**
34:3 64:24 65:7
**bear**
75:24
**becoming**
100:25
**began**
76:11 77:8
**beginning**
76:12 95:8
**begins**
54:6
**behalf**
5:16
**behaving**
46:24 101:14
**behavior**
18:2,8,10,18,21,24
**believe**
20:20 26:8 28:5

81:25 82:2 90:5
93:4 94:18 97:11,21
100:22 102:12,14
104:6,10 118:18
**Bengston**
105:8,11
**best**
14:16
**better**
90:7
**bid**
21:9,15 22:4,8,18
78:4
**bidding**
22:3
**big**
51:20 93:8
**Bior**
58:4
**bit**
81:3 94:17 98:9
102:14 116:8
**bite**
31:15
**biting**
86:17
**bleeding**
84:20 85:16 86:8,17
**blockade**
115:19
**blocked**
68:23,24 75:6
**blocking**
49:2 52:16,18 61:24
**blood**
31:4,12,16,22,24
127:11
**blows**
49:5 98:8 121:14
**Blue**
24:20
**board**
10:11 13:20 35:9
53:4 54:7,8 56:18
68:10 69:2 72:9
73:2 89:11 107:2

119:18 120:2
**boarded**
53:17,21 54:4,21
55:18 108:3 119:7
**boarding**
53:12,14,22,24 54:6
54:12,19,23,24
**bodily**
31:5
**body**
30:24 31:6 32:5,15
52:20 84:13 86:8,11
**Boston**
2:5
**bottle**
69:19 70:3,10 117:13
**bottles**
62:12,15
**bottom**
65:20,24 103:5
**brand**
26:2 78:5
**bridge**
63:24 64:8
**brief**
10:12 120:22
**briefed**
12:14,17,17
**briefly**
10:6 16:2 23:5 119:5
**bring**
38:2 45:9 68:5
**bruising**
86:8
**BUGIADA**
1:10
**bumped**
30:22
**burning**
113:7,8
**busy**
57:21,21
**button**
42:12,16 88:23

———— **C** ————

**c**
2:2 3:8 23:18,20,23
24:2 125:2 127:2,2
**C.P.L.R**
5:19
**cabin**
29:3 32:17 37:2 39:9
44:6 46:18,20 52:17
52:19,25 53:3 91:8
92:14
**cabins**
23:15
**call**
20:10 35:12 43:8,15
45:17,23 88:25 89:7
90:14,14 106:9,10
106:15
**called**
73:6 103:20
**calling**
89:16
**calls**
104:12
**calm**
37:2 51:23 97:15,17
97:22
**calterman@panyn...**
2:11
**Calvin**
20:23 25:25 26:9,9
28:12,15,21 29:8,22
30:4 39:21 47:4,6,9
49:14 52:10,16 63:5
66:21 79:12,13
81:14 85:4,7 92:10
98:7,13,14 119:10
121:13,17
**camrhein@ashcro...**
2:6
**capacity**
7:4 23:10 99:23
**captain**
13:9,12 14:21 26:12
26:18 41:16,21,23
42:3,10,14 43:9,12
43:22 44:4,18,18


MAGNA
LEGAL SERVICES

45:5,17 55:9 103:14
103:20 105:8,11
106:14,17,23,25
107:8,13,14
**captain's**
44:17
**capturing**
108:8
**carefully**
123:5
**carrying**
30:24 31:6
**case**
6:25
**cause**
4:9
**caused**
100:16,20
**Center**
2:9
**certain**
12:20 22:14 71:7,9
77:24 91:20
**certainty**
43:21 83:14 86:5
110:23 119:13
**certification**
5:20
**certify**
125:6 127:5,10
**cetera**
33:23 54:2 71:25
72:21
**challenging**
97:20
**change**
105:12 124:4
**changes**
123:12 125:14
**chaos**
101:21
**chaotic**
74:3 101:18
**charge**
5:25
**check**

20:21
**checking**
72:4 101:24 102:7
**checks**
10:14
**Cheryl**
2:11 6:23
**chimed**
96:8
**choke**
31:20 37:24
**choking**
31:10
**CHRIS**
2:6
**Christa**
1:21 17:7 127:3,24
**clarification**
80:21 92:7
**clarify**
12:24 37:7 42:20
43:24 45:3 51:7,11
55:9 67:10
**clarifying**
78:16
**clear**
3:20 4:15 37:23
**clearer**
80:19
**clearly**
5:5
**close**
109:10,19,20 113:3
**closed**
46:12
**closer**
29:20 52:15 55:20
91:25 108:5
**closes**
10:18
**cockpit**
23:16 24:6 27:8
43:19 44:6 87:2
88:20 89:7,10,16
90:15 104:11 105:3
106:12

**cockpits**
88:12
**color**
24:19
**combative**
100:25 110:12
**come**
28:21 35:14 38:20
52:8,25 54:16 68:16
74:12
**comes**
96:12
**coming**
10:15,16 31:5,18,22
33:11 52:15 86:21
112:18
**commended**
106:23
**comments**
4:2
**commit**
17:22 41:6
**commits**
19:7
**committed**
13:21 15:9 67:15
**communicate**
13:7 14:4
**communicated**
72:2
**communicating**
4:21
**communication**
4:23 5:3 73:6
**company**
9:23 12:23 22:10
77:21
**complete**
4:18 16:24 65:14,24
67:6 125:9
**completely**
8:20
**compliance**
3:5
**concentrated**
39:13

**concern**
114:12
**concurred**
37:21
**confidentiality**
4:6
**configuration**
23:3 92:20
**configured**
23:6
**confront**
109:23
**confused**
95:24 96:18 98:21
99:16 111:6,10
121:6,24
**confusion**
107:22 122:15
**connected**
47:12
**consent**
4:22
**constantly**
101:24 102:4
**contact**
42:5,9,14,23 88:23
89:9 94:13 113:12
**contacted**
53:9 87:13
**contain**
11:24 14:17
**contained**
11:12 12:7 52:12
98:4
**continued**
50:25 51:10,14
**control**
37:13 38:9
**controlled**
5:19
**conversation**
44:13 55:12 56:3
71:18 108:20 109:2
116:20 117:7
**conversations**
29:11


MAGNA
LEGAL SERVICES

**convulsing**
28:10 83:13,16 84:4
  84:13 86:3,15
**copy**
5:25 6:17 33:25
**corner**
27:10
**Corp**
9:10,12
**correct**
12:8 15:25 16:22
  18:5,6 24:3,4,7 32:4
  37:15 40:8 43:10,16
  44:6,23 45:10,12,15
  45:17 50:21,23
  51:12,13 54:24
  55:21 61:10 63:17
  66:22 67:8,9,12,13
  67:18 73:11,16
  75:14 76:15,16
  78:17,24 79:4,5,22
  79:24 82:11 85:11
  85:17,18 86:22
  88:16 91:5,6,12
  92:23 94:11 96:14
  96:23 99:12 101:17
  107:18 108:4
  110:25 111:20
  113:11,14,18
  114:14,19,23 115:4
  115:17 117:9
  119:11 120:6,15,17
  120:25 125:9,13
**correcting**
85:6
**corrections**
123:5,7 125:13
**correctly**
64:10
**counsel**
5:24 75:20 86:24
  88:8 102:25 103:7
**COUNTY**
125:5
**couple**
62:15

**course**
3:24 8:3 13:2 19:14
  79:13 111:8
**court**
1:2 4:8 8:6,12,16
  123:19 127:24
**Courts**
3:6
**CPLR**
3:15,23 4:12
**creating**
48:10
**crew**
10:12,20 13:19 20:18
  25:22 29:12 30:5
  33:20 38:2 40:11
  42:9 43:9,11,13
  45:5 72:5 103:23
  106:24 114:25
**crying**
62:5
**currently**
9:7
**customer**
12:14 13:2 15:10
  19:6 29:19 37:22
  79:15 82:13,15
  116:5 118:10
**customer's**
32:21
**customers**
10:15,16 11:2,4
  13:20 19:8 52:7
  75:4 109:15,18
  115:25
**cut**
18:12

---
**D**
---

**d**
3:8 23:18,20 125:2
  126:2,7
**date**
24:23 25:2,8 34:9
  60:7 61:10 64:19
  76:19 123:10

**day**
21:2 26:22,24 50:9
  67:23 71:4 76:6
  93:6 94:24 96:4
  105:12 122:11
  125:21
**days**
123:16
**dealing**
107:3
**debrief**
71:22
**Deceased**
1:4
**decided**
78:6 83:15
**deciding**
83:19
**decision**
13:10
**deck**
55:10 88:24
**deemed**
5:17 123:18
**defect**
3:21
**Defendant's**
103:7
**Defendants**
1:13 2:9 6:24 86:25
  88:9
**Defense**
102:25
**defined**
15:19 16:4 18:10,24
**definite**
15:11 19:12
**definitely**
24:25 41:6 58:6
  68:24 74:7,20 93:2
  93:18 96:2
**delayed**
25:19
**demonstration**
10:19
**depart**

25:15
**department**
1:9,9 2:8 67:12 76:25
  108:3,14 112:12
**Departments**
107:21
**depending**
21:5,7,8 24:16 93:20
**depends**
13:14 14:18,25 19:24
  22:17 78:8
**depiction**
66:14
**deplane**
69:3
**deplaned**
109:17
**deplaning**
69:4 115:24
**deployed**
111:18
**deponent**
3:19 4:4,11,16,22
  16:12
**deposed**
7:14
**deposing**
123:15
**deposition**
3:9,11,12,17 4:5,19
  4:21 76:13 98:10
  122:12 123:4,13,17
  123:18
**describe**
10:6 16:2 17:19 20:4
  22:2 23:5 36:5 51:3
**describing**
18:13
**description**
64:6 66:7 126:8
**description-wise**
36:11
**designated**
20:8
**detailed**
64:6


MAGNA
LEGAL SERVICES

detailing
67:22
determine
15:5,8 101:25
determining
4:24
detrimental
19:9
diagnoses
101:5
different
15:12,16,17 19:17,21
20:15 21:13 42:8
55:6 88:11,18 89:3
difficult
32:10 51:22 109:19
diploma
9:2,4 77:7
direct
4:11 24:21 88:18,21
directed
14:18,19 56:10
directing
108:23
direction
4:14
disarm
53:7
discover
117:24
discussion
107:16
discussions
29:7
disoriented
99:17
disruptive
17:25
distance
44:11 48:10 93:24
District
1:2,2 7:5
disturbance
15:9,13,16,18
disturbances
19:18,21

doctors
33:22
document
16:14 17:6 34:19
65:6
documents
26:20
doing
37:17 46:22 48:2
51:3 52:2 72:5
83:10 84:14 123:9
door
10:18 32:12,22 46:11
53:3 64:9
doors
53:7
double
20:21
drag
113:21
drawers
85:21
drawing
32:19
dressed
86:11
drinks
10:24
dropped
34:22
due
100:11
duly
6:3 127:7
DURAN
1:12
duties
10:7 11:7,24 19:14
24:9 36:21 101:22
duty
104:24

———————————
E
———————————

E
2:2,2 6:2,2 23:18,20
124:2 125:2,2,2

126:2,2,2,7,7 127:2
127:2
earlier
88:4 91:2 93:10
94:17 97:11 98:9
101:3 102:14
107:19 116:8 121:2
121:25
eases
98:14
easing
121:17
eating
100:11
education
8:25
effort
37:17 39:20
either
13:19 15:17 20:18
23:7 43:6 49:2
63:23 72:25 82:5
92:21 104:19
electronic
12:4 17:14
EMER
42:25
emergencies
43:2
emergency
42:12,16 43:8 87:3
88:3,6,14,20,25
89:9,17 90:9 105:3
106:13 107:4 110:2
employed
9:7,11
employees
72:10
employment
77:3
EMS
74:16
ended
56:24 62:8
enforce
4:7

enforcement
19:3
English
117:4
entire
21:22
entrance
64:8
entryway
52:17
equipment
69:13 70:14 117:21
errata
123:7,10,12,15
125:15
error
3:22
escalation
18:25
escorted
62:19
especially
76:5 122:10
ESQ
1:3 2:6,11
Estate
1:4
estimate
91:15 104:10
et
33:22 54:2 71:25
72:20
evening
25:19
event
5:3 88:12
events
97:2 103:21 105:24
105:25 114:10
116:10 117:23
everybody
37:3 81:5 97:16,23
Evgeniy
1:4 82:22
exact
14:8 16:25 18:3 25:2



32:25 41:5 46:6
54:4 58:13 70:16
82:18 95:11 116:24
117:3
**exactly**
12:17 33:7,17 46:7
83:14 84:10 87:10
106:21 117:20
**examination**
1:16 3:24 5:8,12,15
5:16,21,25 6:7
75:22 119:3 120:20
126:4
**examined**
5:13,24 6:5
**examining**
4:17
**example**
12:20 78:10
**excerpt**
94:16,19
**exchanged**
117:7
**excuse**
48:15 59:11 66:10
94:8 106:8 111:3
**exercise**
81:24
**Exhibit**
34:8 60:6 64:18
118:19 126:8
**exhibiting**
85:13,14
**exit**
32:12 64:8
**experienced**
97:6,8
**exposed**
86:12
**extent**
3:23
**extreme**
62:4
**extremely**
97:19
**eye**

31:17 62:2,16 112:7
113:6
**eyes**
50:6 62:6,14,21 68:7
84:6 98:18 111:25
113:8,23,25 121:21

---
**F**

**F**
23:18,20 25:9 126:2
126:7 127:2
**F-A-M**
11:19
**F1**
20:9,18,23 21:4 26:6
26:10 50:13,17
77:23 79:13
**F2**
20:13,20,24 26:6,8
27:5 77:23 87:16
**F3**
26:6 77:22 87:17
**F4**
26:7 49:10,23 50:5,8
50:10 77:22 79:19
85:5 107:2 111:21
**face**
98:18 121:21
**facing**
24:6 27:7 32:6 46:16
87:20
**fact**
69:8 89:5
**fail**
123:17
**failure**
5:6,14
**fair**
21:21 31:21 37:13
66:6,13 74:4,25
80:11 84:16,18
87:25 88:5 89:8,12
101:20 114:8 115:7
116:9
**fall**
78:2

**FAM**
11:19,22 12:5,10
15:19 16:4,20 17:18
18:10,24
**familiar**
15:17 19:16 23:2,16
79:19 80:12,17,21
**far**
15:14 35:25 80:17
92:3 99:4 102:23
109:9 113:5
**faster**
56:2
**FCIR**
105:18,20
**fear**
48:19
**February**
9:20,21 76:17,18
77:9,15
**feet**
81:17,19 85:9 92:24
93:5 94:3,3 96:16
111:14 121:13
**fellow**
114:25
**felt**
99:14
**fibs**
90:21
**field**
77:14
**filed**
7:5
**filing**
5:20
**fill**
73:4 105:23 118:9
**finding**
17:24
**fine**
17:16
**finish**
8:15
**FIRM**
2:3

**first**
6:3 10:10 13:6,8 14:3
14:20 26:14,18 27:2
32:6 34:18 40:24
51:11 53:14,17,19
54:4,9 55:4,6,9,17
76:3 107:20,22,25
108:13 112:11
114:17
**five**
106:16
**flashing**
74:19
**flew**
103:14
**flexibility**
122:18
**flight**
9:16,18 10:8 11:7,16
11:23 12:15 13:4,19
15:6 16:20 19:8,15
19:23 20:5,6,7 21:5
21:8,12,13 22:15,16
24:9 25:9,14,18,23
26:5,12,23 27:14,25
30:5 33:20 38:2
40:10 42:9 43:9,18
44:3,13,22 47:2
48:8,13,14 49:3,6
49:10,11 55:10
61:20,22 66:20
67:15,23 68:5 77:9
77:17 78:19 79:6
80:8,12,14,15,22
82:16 83:2 87:2,5
87:12 88:2,14,23,24
89:11,15,16,18 90:2
90:13 93:6 95:4
99:24 100:2 101:19
101:23 102:20
103:24 104:25
106:9,11,14,24
114:21 117:6,19
119:18
**flights**
12:5 21:23 22:7,9



105:25
**floating**
39:10,16
**Floor**
2:5,10
**Florida**
6:15
**fluids**
31:5 84:21
**flush**
68:7
**fly**
103:15
**flying**
22:14
**foaming**
84:19 85:15
**focused**
113:24,25
**follow**
11:11 12:20 109:4
120:23
**follow-up**
75:19
**followed**
109:11
**follows**
6:6
**foregoing**
127:8
**foremost**
76:3
**form**
3:21 125:14
**forth**
4:7,25 127:7
**forward**
7:21 91:23 92:3,4
**four**
2:9 20:7 29:23 94:3
109:21
**framed**
3:18
**Frank**
25:25 40:5 49:15
79:15,25 80:2,4,7

87:17 88:5
**fresh**
58:22 61:11
**front**
26:9 29:3,20 39:17
39:19 53:24 55:20
62:10,20 68:6,11,18
68:20 74:13,23 79:7
92:2,4 109:7,8
113:15,20,22 114:4
115:2,11,12 116:2,6
**fronts**
108:5
**full**
36:22 77:3 109:2
**fully**
15:4 16:8,24 32:8
46:8
**further**
66:24 127:10

_____
**G**
_____

**G**
6:2 125:2
**gained**
95:19
**galley**
30:16,25 31:23 32:2
32:7 33:5,12 36:14
37:9,12 38:5,8 39:7
40:13,25 44:9 48:6
48:24 52:18 75:3
81:17,22 85:2,8,20
85:25 91:3,7,9
92:13,15 93:22,25
97:13 110:7 112:3
112:14,17,20
113:18 115:11,12
116:10,18,23 121:4
121:13
**garnering**
52:7
**gate**
14:23 27:12 41:15
44:23 45:9 46:5,7
53:6 71:12 72:20

78:21 106:10,16
107:5
**general**
10:25 11:3 17:4 52:9
56:20 57:19 71:22
96:24
**General's**
58:3
**generally**
17:20 56:20
**gentleman**
26:2 48:11,25 49:15
**gently**
30:21
**gestures**
8:7
**getting**
10:11 49:4 98:12
116:6 121:16
**give**
7:18 16:25 17:2,13
17:15 57:22 59:7
69:21 70:21 77:2,4
96:24 103:25 104:9
117:17
**given**
3:12 17:5 71:4 77:25
83:23 89:5 125:12
127:9
**giving**
57:17 72:23
**glad**
122:15
**glitch**
18:16
**go**
7:20 14:2,12,23
20:14 39:8
**going**
7:9,18 16:24 17:3
33:24 34:14 37:4
44:22 59:4,8,19
60:14 64:13 72:15
76:10 89:19 97:25
117:5
**good**

6:20,22 115:15
**gotten**
112:7
**Great**
83:4
**Greenwich**
2:10
**greet**
10:16
**GRIGORY**
1:4
**ground**
14:22 85:19 86:14
**grounds**
4:25
**guess**
13:14 77:19 93:3
94:4 95:19 112:23
**guessing**
62:3
**guesstimate**
70:18 109:21
**guided**
113:14
**guiding**
62:9
**guy**
51:21 93:8

_____
**H**
_____

**H**
126:7
**hair**
36:10
**half**
9:13 76:15 94:3
**hand**
8:7 103:9
**handling**
90:8 98:11 101:22
116:4
**hands**
85:22
**handwriting**
65:9
**handwritten**



**63:20,22 64:5,11,16**
**73:5 75:9 102:21**
**126:11**
**handwrote**
65:20
**hanging**
122:11
**happen**
12:19 56:14
**happened**
65:22 87:6 95:7 96:4
**happening**
36:24 37:5 52:6
56:11,11 72:6 83:19
**happens**
86:18 105:5
**head**
8:8 32:11,20,21 84:7
84:13 85:22
**headed**
27:25 56:20 113:21
**heading**
46:5 56:7
**hear**
43:20,22 44:3,13,16
44:18
**heard**
27:18,21 60:25 78:24
83:23 104:12
113:10 119:9
**hearing**
43:15 55:3
**height**
93:7
**held**
1:19 9:17,25 21:22
50:8
**help**
15:4 37:17 53:25
54:16 62:20 89:22
89:25
**helped**
68:6 112:4
**hereinbefore**
127:7
**Hey**

6:22
**high**
9:2 77:7
**highest**
8:24
**history**
77:3
**hit**
47:13,15,19 50:15
60:9,13
**hitting**
66:20 85:20
**hold**
9:22 17:24 20:17
21:3 22:9,14,16
34:22 64:21 77:13
**honest**
36:3 39:2 58:18
69:19 84:9 87:14
104:4
**honestly**
29:4 41:25 45:18
104:17
**horizontal**
32:16
**hospital**
77:14
**hung**
89:24

---

**I**

**IAR**
118:14
**idea**
7:20
**identification**
34:4,8 35:3 49:19
60:4,7 63:14 64:13
64:18 65:7 70:8
73:15 75:8,11
**identity**
35:23
**ii**
4:6 118:15
**iii**
4:8

**IIR**
73:6,9 118:8,13
**imagine**
36:21 37:3
**immediately**
105:2
**imperative**
123:14
**importance**
11:6
**improper**
4:9
**in-flight**
15:8 19:17 43:11,13
45:5 72:18
**inaudible**
43:12 77:25 103:20
**incident**
7:6,11,24 57:19
58:21 63:24 64:6
65:22 70:20 72:24
75:13 95:5 118:15
**include**
3:20 10:24
**incorrect**
55:3
**incredibly**
99:16
**Incrementally**
102:7
**increments**
102:2
**indicate**
49:21 50:12 99:13
**indicated**
57:10
**indicates**
50:24 66:18,24
**indicating**
84:12
**individual**
7:4 20:2 28:9 89:24
**inform**
13:8
**information**
14:21 26:21 72:16

107:9 118:9
**Ingleton**
1:17 6:1,11,21 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1,4,7
35:1,4 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
49:19 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1,4 61:1 62:1
63:1,14 64:1,12
65:1,7 66:1 67:1
68:1 69:1 70:1,7
71:1 72:1 73:1,14
74:1 75:1,8,10 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 125:6
125:18 126:3
**Ingleton's**
60:6 64:17
**initial**
106:8,10,15
**initially**
63:3
**initiated**
42:13



**inquiry**
17:9
**Inspector**
57:19
**instance**
23:17
**instructions**
7:19 123:2
**interaction**
114:16
**intercom**
35:7,13 43:7
**interested**
127:12
**interfere**
4:2
**International**
25:10 80:24
**interrupt**
4:20
**interview**
57:24 58:9,17,23
59:5,20 60:5 61:6
63:12 94:16,18,23
95:12 99:22 126:10
**interviewed**
98:6
**introduced**
102:13 118:18
**involves**
10:19
**iPad**
12:7,10
**irregular**
73:7,9 118:15,17
**irregularity**
3:22
**Irving**
57:25
**issue**
14:25 17:14 27:13,17
33:16 45:6
**items**
10:24

—————
**J**
—————

**jacket**
24:15
**Jamaica**
25:11 80:9,24
**Jersey**
1:8,9 7:2
**jet**
63:23 64:8
**JetBlue**
9:10,12,15,19 10:4,9
11:8 16:20 19:15
24:14 71:19 72:10
76:14,21 77:8,18
78:3,14
**JFK**
25:15 80:8,23
**job**
22:5 57:2
**John**
25:9
**joining**
10:3
**JONATHAN**
1:11,11
**JOSEPH**
1:10
**jump**
27:6,8 44:10,10
54:13 78:18 87:20
87:23
**June**
57:20 58:17,24 59:21
61:8 63:12 94:18,24

—————
**K**
—————

**K**
6:1,2 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1

47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
125:2
**Karim**
39:25 49:8 50:5,8
61:24 62:19 68:5,12
68:18,21 79:16,20
84:23 85:5 111:22
112:8,24 113:10,13
113:24 114:3,13
**keep**
37:23 38:9,15 52:14
97:23
**Kennedy**
25:10
**Kevin**
1:17 6:11 125:6,18
126:3
**kind**
14:14 22:8 44:19
47:11 48:25 56:19
62:7,9 76:11 84:12
95:19 97:16 104:2
112:2,17 113:20
114:6
**Kingston**
25:11

**know**
10:13 15:12 22:8,13
25:3,4,25,25 26:6
28:22 31:17 33:15
37:20 38:11,23
39:11,12 41:15 42:2
42:14 45:22 46:2
48:6 51:20,21,22
52:8,9 57:7 58:6
60:24 62:3,12 63:3
63:5,6,7 68:13
70:13,19,23 71:11
72:3,4 74:3,9,15
76:13 78:10,11
79:11,18 81:2 84:11
84:13 86:2,24 87:12
88:8 89:8 90:6,12
90:25 92:2 93:19,21
94:2,22 95:19,24
96:18 97:10 100:14
100:18 102:8,11
103:13,24 104:21
105:18,20,23
106:12,24 107:13
108:25 109:15,17
109:18 110:14,16
111:24 112:22,24
113:3,5 114:5 115:5
115:18 118:3
119:14 121:7
**knowing**
98:16 121:19
**known**
11:22
**Kohls**
76:23
**Kurt**
105:8,11

—————
**L**
—————

**L**
3:2 6:2 125:2
**laboratories**
92:18 93:25
**laboratory**
92:21 115:2



**lack**
90:7 100:11
**Lagoda**
1:4 82:13,22,23 83:6
83:9,20 84:3,25
85:14,19 86:23 90:8
90:9 91:3,13,17
93:14 94:12 95:18
96:15,17 98:8,15
99:15 102:20 110:3
110:19 111:4,14,19
114:11,18 116:11
116:17,22 117:4
121:3,12,14,18
**Lagoda's**
100:23
**laid**
85:9
**landing**
19:4
**laptop**
59:10,15
**larger**
94:23
**late**
122:10
**law**
2:3,8 19:3
**lawsuit**
7:4
**LAWYER'S**
128:2
**laying**
38:4 85:12
**lead**
20:10,13 21:4,13
72:17 78:5,12
**leads**
71:19 72:8,12,25
**Leandro**
40:6 79:15,25 87:17
88:5
**learn**
35:22
**learned**
44:22

**leave**
33:9 80:14,16
**leaving**
116:3
**left**
23:21 32:12 38:9,15
39:7 93:20
**Legal**
1:24
**legs**
30:20 32:13 85:21
**let's**
22:16 51:11 89:23,25
110:12
**letting**
106:12
**level**
8:24 15:21,23,24
16:3 17:21 18:4,7
18:13 19:2 22:22
**levels**
15:13,16,18,18 19:18
19:22 22:12 100:12
**lie**
31:25
**life**
18:18
**lifted**
81:16 84:25 85:8
**light**
36:9
**lights**
74:19
**limitation**
4:7
**line**
17:9 66:4 88:19,20
89:9 124:4
**listening**
60:16
**literally**
27:18 39:10 46:25
52:14 88:22 95:18
95:21
**little**
13:17 29:21 51:21

55:25 56:2 74:3
76:25 80:18 81:3
94:17 97:4,11 98:9
101:14 102:13
108:15 109:19
116:8 122:14
**location**
28:18
**long**
9:11,17 32:24 33:3
38:7,12,14 40:23
71:9 87:12 95:10
103:17
**longer**
104:19
**look**
10:25 15:20 16:7
36:6 65:19 69:16
98:2
**looked**
95:22 96:17 121:5
**looking**
11:3 16:17 23:14,19
27:10 46:19 73:9
92:14 98:21 99:15
111:9 112:16
121:23
**loose**
80:15
**Loss**
76:24
**lot**
74:18 83:17
**Luanda**
57:25
**lung**
120:4
**lunge**
57:3,8 60:20 61:2,3
61:16
**lunged**
58:11 60:13
**lunging**
101:4

---
**M**
---

**M**
1:21 125:2 127:3,24
**machine**
69:13
**Magna**
1:24
**magnitude**
97:2
**main**
39:9 44:5 52:17
117:6
**maintain**
36:23 39:15,21
**major**
95:5
**making**
66:2
**male**
79:8 81:8,15 82:25
83:25 87:4 89:10
109:25
**MALYSA**
2:16
**manner**
57:5 62:24 120:5
**manual**
11:13,15,17,21,23
16:16,21
**mark**
34:3 60:3 64:11
**marked**
34:7 35:3 49:18 60:6
63:13 64:17 65:6
70:7 73:14 75:10
**marriage**
127:12
**Massachusetts**
2:5
**matter**
24:24 43:23 69:8
127:13
**MATTHEW**
2:16
**mean**
12:18 14:17 24:15
47:10 73:22 80:13



86:11 99:4
**meaning**
95:18 98:15 106:10
**meanings**
55:6
**means**
42:17
**medical**
33:11,21 35:8,13
69:12 70:14 77:11
77:14 83:21 87:3
88:3 89:21 90:8,17
91:10 99:13 100:15
100:19,21 105:3
106:13 107:4 110:2
110:15,17,18,22
111:8
**medically**
38:22 100:23 101:5,7
101:8,9,15
**member**
114:25
**members**
25:22 29:12 30:5
**memory**
40:8 58:21 81:25
93:4 96:3 98:24
99:7 121:2
**mentioned**
15:14 30:3 88:9
**met**
112:24
**method**
43:6
**methods**
88:11,18
**MEZZACAPPA**
1:11
**MICHAEL**
1:10
**middle**
24:2
**Miloscia**
1:21 127:3,24
**mind**
58:22 61:12

**mine**
29:3
**minute**
104:15
**minutes**
33:3 38:13 41:7 51:2
51:11,15 59:25
60:15 70:24 106:17
**misconduct**
12:14 13:2
**mistaken**
118:19
**moment**
16:8 17:2,15 59:7
**month**
21:17,23 22:17
**months**
22:24
**motion**
5:9
**mouth**
31:18,22 84:20,20
85:16
**move**
5:7 30:15 60:11
61:14 64:22 67:4
112:10 114:6
**moved**
32:7 33:4 40:24
60:18
**moving**
30:23 31:23 39:18
109:12 112:3
**multiple**
119:10

— **N** —

**N**
2:2 3:2 6:2,2,2 125:2
125:2 126:2,2,7
**name**
6:9,23 11:15,17
34:20 65:21 82:18
82:21 103:13 105:8
105:9 118:10
**names**

25:21 35:25 58:5
105:14
**names'**
26:18
**narratives**
105:24
**narrow**
94:5,6 96:25
**nature**
52:2
**near**
51:19,22
**necessarily**
78:13
**necessary**
104:22 123:5
**need**
7:25 10:14,17 52:10
59:10 108:25
**needed**
62:11
**never**
62:4 75:2
**new**
1:2,8,8,8,9,23 2:10
2:10 6:5,25 7:2,6
26:2 78:6 99:8
125:3 127:5
**Nicholas**
58:4
**night**
63:25 78:20 83:2,7
98:25 99:11 103:15
103:21 106:18
117:23 121:3
**nine**
22:23 27:7 29:4
**NJ**
2:8,17
**nods**
8:7
**non-party**
1:17
**normal**
54:18
**Northwest**

6:14
**nosy**
97:4 98:13 121:16
**Notary**
1:22 5:14 6:4 125:25
127:4,24
**notation**
102:15,21
**note**
17:8 128:2
**noted**
3:10 96:9 122:19
123:12 125:14
**notes**
99:5 128:2
**Notice**
1:20
**notifications**
41:22 42:3
**notified**
27:13 41:17 45:5
59:17 104:11
**notify**
104:21
**notifying**
13:12
**number**
27:7 68:9 115:6
118:10
**nurse**
47:23 48:14,18 49:7
61:25 86:15 101:2
**nurses**
33:22 35:18,21 36:5
36:14 37:8,17,25
40:11 47:18 50:14
50:21 63:8 119:19
**NY**
2:8,16

— **O** —

**O**
3:2 6:2,2 125:2 126:2
126:7
**oath**
125:8,11


MAGNA
LEGAL SERVICES

**object**
5:6
**objection**
3:16 5:9 11:10 13:24
14:12 16:5 17:4,8
18:11 19:10 21:25
28:19,23 38:21
42:19 44:7 45:11
46:13 47:17 48:4,21
50:22 51:5 52:4,21
56:16 57:6 58:12,25
60:21 61:18 62:25
66:16 67:20 69:5
71:3,17 84:8 96:5
96:10,20 99:3,18
104:16 110:6
119:12,22 120:7,16
121:9
**objections**
3:9,13
**observation**
111:12
**observations**
67:23
**observe**
12:25 31:4 37:16
46:21 47:8 56:14
61:17 84:3 85:19
92:10 110:3
**observed**
29:15 40:21 41:8,10
45:25 46:10,15
50:20 51:16 66:8,14
66:19 67:17 82:12
83:9 91:13 93:14
108:13 109:23
111:13 113:10
119:18 120:3,13
**observing**
47:20 96:15
**Obstructed**
116:13,14
**obviously**
53:5 114:5 116:3
**occasions**
97:7

**occur**
97:3 105:25
**occurred**
7:7,24 57:20 63:24
75:13 95:5 98:25
102:17 103:21
105:24
**occurring**
48:19 102:3 114:10
**office**
58:3
**officer**
1:10,10,10,11,11
3:10 26:15 53:14,17
53:19 54:4,21 55:4
55:6,10,18,23 56:4
56:13,15,19,21,23
57:4,9,13 58:11
60:10,18 61:15,16
61:22 63:7 66:25
67:7,11,16 73:19
94:8,9 101:4 107:20
107:23 108:2,14,20
109:5,10,23 110:9
112:11 114:18
119:6,17 120:2,4,12
120:15
**officers**
7:3 19:4 26:18 68:10
68:13 69:7 70:9,25
71:24 102:19
114:21 115:18
117:11
**Oh**
55:5 65:22 96:11
**okay**
7:8,11,17,22 8:4,9,16
10:2 30:12 34:5,13
34:24 36:13 37:7
43:4,14 44:20 45:3
45:7,16 54:11 55:13
59:6,7,23 64:15
65:4,19 67:6 69:21
70:5 73:8 75:21
77:5 82:5 83:4 89:5
90:12 91:22 92:17

92:23 93:13 94:7
95:13 96:11 100:9
100:18 104:6
105:22 106:7 107:8
107:24 112:15
113:23 115:13
116:7,16 117:22
118:13,17,22
122:17
**old**
8:22
**onboard**
27:14 71:20 120:12
**once**
10:15,20,21,22 22:4
27:21 28:7 33:4
37:8 56:12 68:4
69:7 86:14 105:5
113:12
**ones**
12:18 71:25
**ongoing**
87:3 88:12 90:6
105:3
**open**
53:3
**Operations**
72:19
**opinion**
31:7 110:17,18
**opportunity**
34:25 69:22
**opposite**
27:9
**optional**
24:16
**order**
4:7 27:3 36:23 38:9
39:15,21 42:13 76:2
112:8
**organized**
97:23
**original**
5:15,21 123:15
**originally**
25:14

**outcome**
127:13
**oxygen**
69:14,19 70:2,3,10
71:2,13 73:18
117:12,13,18

---

**P**

**P**
2:2,2 3:2
**p.m**
1:15 65:15 103:10
122:19
**PA**
42:10 88:18,21 89:20
90:16
**PA1084**
64:25 65:8
**PA1275**
34:3
**page**
55:15 124:4 126:4,8
**PAGE/LINE**
128:2
**pain**
62:4 113:6,7
**pants**
24:15
**PAPD**
1:10,10,10,10,11,11
53:10 61:22 66:25
67:7,11 69:7 108:20
110:9 116:11
**PAPIA**
1:11
**paragraph**
34:18
**parentheses**
66:21
**part**
11:6 24:9 94:23
97:24 98:3 122:15
**particular**
14:6 15:3 25:23 26:5
26:22,24 63:4 100:2
100:7



**parties**
3:4,7 4:22 127:11
**party**
4:17
**pass**
112:19
**passed**
56:5 70:24 71:15
**passenger**
13:22 27:13 28:17
29:9,13,16 30:15,23
31:11 32:24 33:16
36:16 37:10,18 38:3
38:25 39:23 40:12
40:16 41:10 43:19
45:25 46:10,15 47:9
47:15,25 50:20
51:12 54:24 57:3,12
58:10 60:9,18 61:14
62:23 66:19 67:14
68:22 74:5,9,15
82:21,23 85:7 97:25
117:25 118:4 119:9
119:19 120:4,13
**passenger's**
32:15
**passengers**
38:10,17 43:14 44:2
47:6 52:14 54:15,19
69:2,9 73:20 97:3
98:12 99:25 121:15
**passport**
117:25 118:4,12
**patience**
81:6
**PAUL**
1:11
**pay**
42:6
**people**
62:23 73:25 74:2
98:12 114:5 115:20
117:3
**pepper**
50:6 56:25 57:13
61:21 62:4 67:5,8

111:18 114:15
**permitted**
3:23
**perpendicular**
32:16
**person**
3:13 4:10 20:11 28:2
28:3 78:6,11,12
79:2,8 90:15
**personally**
87:8
**personnel**
35:9,14 71:20 72:8
72:19 73:2 83:21
107:2 115:6 116:11
**persons**
3:25 36:22
**perspective**
95:7 111:8
**pertaining**
7:6
**phone**
42:4,6,10,15,22 43:3
43:5,6,7 88:19,22
89:18
**phones**
44:8
**phonetic**
39:22 40:2,6 57:25
58:4
**phrase**
90:7
**physical**
13:21 14:10
**physically**
18:8,9,20,23 83:9
120:10,14
**picking**
88:22
**pillows**
38:2
**pilot**
42:23,24,25,25
**pilots**
53:9 104:4 105:12
106:2

**Pines**
6:15
**place**
1:20 19:25 54:18
**plainly**
4:8
**Plaintiff**
1:6 2:4,16 38:18
**Plaintiff's**
75:19
**plane**
27:2,12 28:4,16
41:12 45:9 46:3,4
53:18,22 62:13
71:12 79:2,9,14
81:8,11 82:7 83:7
83:24 89:22 92:2
97:3 103:15 104:13
105:4 107:5 109:6,7
109:11,24 110:5
113:15 114:2 115:3
115:20,22 120:13
121:4
**play**
59:4,19
**played**
94:16,20
**please**
6:10,13,19 17:8,13
51:15 123:4,9
**plug**
59:10,12,14
**plus**
29:24
**point**
27:11 29:5 36:19,25
37:5 38:19,22,24
39:4,11 40:6,15,17
40:25 41:12,18,20
44:21 45:4 46:3,6
46:17,22,23 47:4
52:5,11 53:2,5,24
56:23 61:12,23 62:7
62:11 68:9,11,17,25
69:2,11 73:21 74:6
74:23 75:2 82:11

86:22 90:5,25 91:2
91:11,17 94:7,11
96:12 98:13 99:19
103:18 108:5 109:3
109:14,16 110:8,10
110:20 111:4 112:5
113:17 114:12,13
115:25 117:22
119:23 121:16
**pointed**
77:4 103:7
**points**
28:18,20
**police**
1:9,9 7:2 53:3,10,12
54:20 55:18,23 56:4
56:12,15 63:17
67:12,16 101:4
102:18 107:21
108:2,14 112:12
114:18 117:10
119:6,17 120:2,12
120:15
**Port**
1:8,8,9 2:8,16 6:25
53:10,11,13 54:20
55:17,22 56:4,12,15
57:18 61:15 63:17
67:11,16 107:21
108:2,13 112:12
114:17 117:10
119:6,17,25 120:11
120:15
**portable**
117:18
**portion**
59:5,20
**position**
9:14,18,22,25 20:17
21:4,22 29:2 30:18
32:5 37:21 50:8
53:25 54:13 73:20
78:7 87:16 92:9
93:15 110:4
**positioned**
27:4 53:16 87:18


MAGNA
LEGAL SERVICES

91:8 92:17 108:4 115:10

**positions**
20:14 29:6 49:13 77:13

**possession**
17:12

**possibility**
86:4

**possible**
43:17 44:12 86:2,16 89:23 90:2,19

**possibly**
49:4

**potentially**
42:8 44:3

**pounds**
92:25

**practice**
115:19

**pregnant**
36:7,12 47:23 48:7 48:12,17 49:7

**prejudice**
4:10

**prepare**
67:21 75:11

**prepared**
34:2 35:2 63:16 64:5 65:8,11 73:14

**preparing**
10:13 63:22 118:7

**presence**
19:3

**present**
2:15 47:24

**presented**
19:22

**preserve**
4:5

**presuming**
86:20

**pretty**
52:11 94:5 97:21 101:18 106:5

**preventing**

8:19

**Prevention**
76:24

**previous**
22:13

**prior**
9:21 10:3 76:17,21

**priority**
102:9

**privilege**
4:6

**probably**
13:16 36:9 69:16 101:18

**procedural**
89:14

**procedures**
12:2

**proceed**
3:12

**proceeding**
7:20 8:4

**process**
22:3 90:6 115:24

**professional**
33:22 77:11 90:17 98:19 99:14 100:15 100:19,21 110:16 111:7 121:21

**professionally**
76:22

**professionals**
33:11 89:21 91:10

**prop**
38:3

**provide**
5:23 117:11

**provided**
4:12 5:18 70:11 73:18,19

**providing**
63:11

**provision**
3:7

**Public**
1:22 5:14 6:4 125:25

127:4,24

**pull**
59:8

**pulled**
78:21 117:13

**pulling**
113:22

**punch**
60:10

**punched**
50:13

**punches**
98:14 121:17

**punching**
96:2

**Purple**
6:15

**purpose**
4:21,23

**purposes**
110:22

**pursuant**
1:20 3:14

**pushed**
42:16

**put**
14:15 15:13 17:4 18:19 22:4,18 29:25 31:19 38:11 39:5 40:22 45:21 50:11

---

**Q**

**question**
4:8,17,24 5:6 8:15 12:24 16:23 18:22 33:9 45:4 48:16 49:25 55:14 66:11 77:4 95:9 96:24 100:7

**questioned**
88:9

**questioning**
3:20 4:3 5:23

**questions**
4:4 7:10,23 8:2 57:24 58:7 65:3 75:18,19

118:23 122:3

**quick**
107:3

**quickly**
79:7 104:21 105:2

**quite**
21:2 44:12 53:14 83:16 85:25 89:23 90:18 109:12 115:8 115:8

---

**R**

**R**
2:2 6:2 124:2,2 127:2

**raised**
3:16

**re-ask**
48:15 55:13 66:10

**reached**
29:8,12

**react**
19:20 20:2

**read**
34:10,18,25 65:2 123:4 125:7

**reading**
17:20 35:11

**ready**
10:22

**really**
20:21 45:23 61:2 72:2 79:19 80:14 95:23,23,23,23 96:17,17,17,18 98:16,20 105:13 111:5,5,5,9,10 121:5,6,6,6,6,19,23 122:6,9

**rear**
29:20 50:5 74:14

**reason**
5:3 123:6

**recall**
21:18 24:23 25:8,13 25:18,20,21 26:11 26:14 30:14 32:6,8



32:23 33:10 35:11
35:21 36:15 40:5
41:11 47:20 48:12
48:17 49:13 52:16
53:11,13 57:17,23
58:8 63:21 64:4
68:3 72:13,23 73:4
79:10,11 86:7,10
89:6 94:15,19 95:3
95:16 96:15 98:6,22
99:21 100:5,6
103:10,19 110:8
111:10 116:19,24
117:2,3 121:11,24
122:2
**recalled**
106:17
**recalling**
26:17 47:24
**recap**
77:3
**receipt**
123:16
**receive**
9:3
**received**
81:12
**recognize**
3:7
**recollection**
34:12 35:7 40:4
41:17 46:4 50:7
55:21 56:6,22 59:2
59:22 60:17 61:19
70:9 75:15 83:12
92:12 96:13 99:6,9
99:11 107:11
**record**
5:4 6:9,13 12:21,22
16:12 17:5 34:17
49:25 60:2 64:24
67:11 73:12 125:10
125:12 127:8
**recorded**
59:21 94:24
**recording**

59:25 60:3,15 102:5
**refer**
49:17 82:22
**referenced**
72:7
**referred**
11:18
**referring**
16:19 20:25 51:12
82:15,25
**refresh**
35:6 50:7 60:17 70:8
96:3 98:24
**refreshes**
34:11 59:22
**refreshing**
99:7
**refusal**
4:13
**regard**
77:10,20
**regarding**
7:10,24
**regardless**
26:17 82:5
**regular**
88:25
**regulations**
11:12
**Reiterating**
14:11
**related**
127:10
**relates**
21:10
**relay**
107:9 110:24
**relayed**
107:7,15
**relaying**
44:4,5
**relief**
3:14
**remain**
39:22 40:2 109:6
**remainder**

4:18
**remained**
97:17
**Remaining**
98:11
**remember**
20:22 21:20 25:2,16
28:10,12,25 29:4,10
30:17 32:18,25 33:7
33:8 35:16 36:2,7
36:10,12 38:6 41:4
41:24 45:18,21,24
46:9,14 47:18 48:2
48:22 49:14 53:8
54:3,6,8,10 58:5,13
60:23 61:2,3 63:10
63:20 64:10 69:18
70:2,16 72:14 78:22
81:13 82:3,17 84:10
85:23 86:5,13,13
87:13 90:19 95:11
96:21 102:5,23
103:2,3,16,22,23
104:3,17 105:9,13
105:16 107:12
108:6 109:2 112:22
113:2 117:20 118:3
118:6
**remind**
8:8
**remove**
29:19
**removed**
28:12 29:25 74:10
102:20
**repair**
118:8
**repeat**
18:14,20
**repetitive**
81:3
**rephrase**
94:9
**replaced**
104:3,4
**report**

73:7 105:19 106:15
118:16,17
**Report-IME**
34:20
**reporter**
1:21 6:16 8:6,12
127:4,24
**reporter's**
8:16
**represent**
82:20 103:6
**representation**
84:17
**representative**
58:2
**represented**
81:23
**representing**
6:24
**request**
3:19 35:13
**requested**
69:15,18 70:2,10,15
70:25 71:14
**require**
45:8
**required**
11:11 13:5,22 15:7
106:2
**requires**
19:3
**reserved**
5:11
**respect**
11:25 12:13 15:15
25:7 75:12
**respective**
3:4
**respond**
50:2 54:25 89:4
**responded**
81:7 88:2,6 115:6
119:20
**responding**
107:20,25 108:13
112:11 114:17



**response**
29:17 37:8 106:24
  107:3
**responses**
8:2,9 58:18
**responsibilities**
10:8 11:25 19:15
  101:23 105:6
**responsibility**
97:14 104:25
**rest**
10:20 38:17 87:20
**return**
5:15 123:14
**returning**
44:23
**review**
69:22
**reviewed**
68:2
**reviewing**
16:13 26:20 70:5
**rewarded**
78:9
**right**
3:13 4:6,18 10:10
  14:3,14 15:4 16:18
  23:9,20 27:9 30:10
  34:23,23 36:18
  42:18 54:22 55:2,8
  55:16 56:17 59:18
  65:5 69:24,25 75:16
  76:8 81:4 85:2 87:9
  88:15 89:24 91:4
  92:13,19,22 93:20
  94:13 97:17 102:22
  108:9,10,12,21,25
  110:21 111:15,19
  112:19 114:22
**rights**
5:18
**rinse**
62:14
**ROBERT**
1:10
**roll**

84:6
**rough**
104:9
**roughly**
81:10 91:15 92:24
  112:21,23
**route**
80:23
**row**
27:6,10 28:5,8 53:23
  54:14 78:18,19
  81:10 87:17,23
  112:25
**rows**
23:10 81:20,21 82:8
  91:18,20,21 92:4
  95:17 109:13,20,21
**rule**
3:5,8,23,24 4:12
**rules**
3:6 5:2,18 11:12
  106:4
**run**
55:24
**runway**
27:3
**rush**
79:7
**Russian**
118:4

---
**S**

**S**
2:2 3:2,2 126:2,2,2,7
**safety**
10:19 11:5,25 13:19
  19:7
**sake**
8:16 49:24
**saw**
41:2 60:11,12,13
  61:14 62:22 74:20
  83:5 91:17 110:24
  111:2,4
**saying**
14:7 44:11 52:23

99:5,7 111:6 112:6
  116:17,21 122:2
**says**
17:25 18:17,25 19:2
  34:20 35:18 42:24
  42:25 65:17,24
**scene**
101:18 102:19 115:7
**schedule**
21:9,10,16,19 22:19
**scheduled**
25:14 103:15
**scheduling**
77:20
**school**
9:2 77:7
**schooling**
77:10
**scream**
83:24
**screaming**
48:13,18 111:24
**screams**
78:25 104:13
**screen**
17:12 34:15
**seat**
10:17 23:22 27:6,8
  28:6,13,18 30:15
  40:24 54:14 73:25
  78:18 81:16,24 83:6
  83:10 84:4 87:20,23
  118:10
**seated**
28:3 29:9 78:18
  97:16,23
**seating**
23:10,17 29:2,6
**seats**
10:21 23:7,12 27:7
  44:10,10 73:23,23
**second**
17:13 59:11 67:3
  75:24
**seconds**
60:2,15

**section**
5:2 52:24
**sections**
20:15
**see**
14:16 28:8 31:22
  34:11,15 35:17 37:4
  37:25 40:15 47:5,7
  47:13,14 49:12,20
  55:22 57:3,14,16
  59:21 60:8,9 64:20
  64:21,22,23 65:5,21
  66:2 68:22 69:25
  70:2,3 71:8 73:20
  74:5,8,18 79:15
  84:6 93:15,19,21
  98:17,18 111:25
  112:6 121:20
**seeing**
63:10 86:7,13 99:4
  103:2,3
**seek**
33:21
**seen**
26:4,4 79:12 100:3,4
  100:8,10,16 111:2
  118:5,12
**seizing**
32:24 38:19 40:20
**seizure**
27:20,22 28:2,4,11
  29:17 31:3 36:17
  37:19 38:20 40:18
  46:25 79:3,9 81:9
  81:15 82:16,25 83:6
  83:11,16,23,25
  86:19 87:4 89:11
  99:25 100:8 101:11
  102:16,17 104:11
  104:14 109:25
  110:11,19,20 118:2
**seizures**
31:8,14 37:11 100:10
  100:24
**semblance**
36:23 38:15



send
12:22
senior
22:15 78:6,12
seniority
21:11 22:10,11,20,22
77:20
sense
80:15
sentence
67:6
separate
28:18,20
Sergent
57:25
series
7:10 10:23
serious
17:23
serve
80:22
serves
40:8 55:21 93:4
service
10:23
Services
1:24
session
76:12
set
4:7,25 115:18 127:7
severe
15:23,24
shaking
84:15 85:15
share
34:14
sheet
123:7,10,12,15
125:15
shield
48:9
shielding
49:4,7
short
11:20 36:9 38:13

76:23
shorthand
1:21 127:3
shortly
78:23
shouting
27:19,21 48:18
show
33:19,24 64:13
showed
102:24
showing
16:17
side
23:7,11,12 31:12,19
32:13 43:18 44:14
44:17 85:10,13
87:22 92:22
sign
123:9
signature
66:2,3 103:8
signed
5:12 125:20
significant
4:10
signing
123:11
similar
87:20
sir
7:15 8:22 10:6 11:4
11:18 12:13 14:13
16:20 17:16 18:13
18:22 19:5,13 20:4
22:25 24:8,21 26:6
27:11 32:23 33:24
34:15,24 36:4,13
37:8 39:8 40:23
47:21 50:13 51:9
53:2 57:11,17 58:9
58:15,20 59:4,14
60:16 61:5 62:22
63:21 64:4,20 66:18
67:21 69:11 73:9
75:2,17 76:10 78:16

80:20 81:6,20 82:21
85:6 90:22 93:11
94:10,20,23 97:2
98:6,22 99:11,22
100:5 103:6,13
105:7,18 106:7
107:18 111:17
116:16 117:22
118:22 119:5
120:19,22 121:25
122:5,9,18
sit
26:19 36:4 61:5
situation
13:15 14:17 15:3
54:25 56:8 68:17
71:23 72:5 89:17
97:15,22 108:18,23
109:24 116:4
121:12
situations
97:20
six
92:24
skinned
36:9
slightly
74:3
small
62:13 85:25
snacks
10:24
somebody
26:3
soon
105:24
sorry
18:15,19 44:25 45:13
45:14 59:12,16
64:25 67:4 85:5
88:24 92:15 96:7
122:13
sort
95:20
sound
31:9 81:2

sounds
96:6
Southern
1:2 7:5
space
29:21 123:7
speak
93:7 100:22 101:5,8
101:9,16 117:6
speaking
8:13 43:22 117:4
speaks
77:19
specific
13:16 15:2 20:17
21:2 22:5 24:23
25:8 39:3,17 69:6
80:8,19
specifically
13:17 39:8 64:4
69:13 78:4 79:2
85:24 96:25 105:17
107:9 117:17
specifics
71:23 78:3
specify
82:12
spoken
101:3
spot
39:17 59:9
spray
50:6 56:25 57:14
61:21 62:2,16,21
67:5 111:18 114:15
sprayed
62:5 67:8
SS
125:4
stamp
103:4,4,9
stamped
34:3 64:25 65:8
stand
40:16 91:14,17 93:14
standard



88:13
**standing**
41:2,11 46:2,11,16
91:15 96:16 111:5
**standpoint**
89:15
**stands**
76:19
**start**
10:11,13,15,16,23
69:4 76:10 77:21
94:9 102:6
**started**
31:9 47:2 52:19 69:8
69:9 70:20 77:17
95:21 98:7 101:14
111:23 115:24
**starting**
59:24 116:2
**state**
1:22 2:4 6:4,9,12
46:6 123:6 125:3
127:5
**stated**
3:17 5:4 15:14 58:9
111:3
**statement**
3:21 4:15 33:25 34:2
34:7 35:2,12,17
49:18,20 50:4,13,24
51:9 57:11,15,18,22
63:13,16,18,22
64:12,17 65:2,14,24
66:3,6,13,18,24
67:24,25 69:17,23
70:4,6,21 72:9,24
73:3,5,13 75:8,9
102:22 126:10,11
**statements**
4:2 58:23 61:7,9
67:22 71:24 75:12
102:12,13 103:25
**states**
1:2 48:7 67:7
**stating**
95:16 118:3

**stent**
76:23
**stepped**
36:25 37:6,12,20
**steps**
12:20 13:13
**STIPULATED**
3:3
**stood**
46:24 91:3,7 101:13
121:3
**stop**
60:14
**Street**
2:4,10
**strength**
95:20,25
**strike**
5:7 47:6,9 86:23
106:7 119:10,19
**strikes**
67:14
**striking**
50:20 62:23
**stronger**
29:23 30:4
**struck**
63:3,5,8 97:13
119:14,15
**stuff**
104:2 114:7
**subdivision**
4:13
**subdivisions**
3:8
**subject**
3:12 123:11
**submitted**
106:14
**subscribed**
125:20
**subsided**
102:18
**substance**
125:14
**successful**

97:21
**succinct**
4:15
**succinctly**
3:17 5:4
**sued**
7:3
**suffered**
118:2
**sugar**
100:11
**suggest**
3:18
**SULLIVAN**
2:3
**supervisor**
72:17
**supposed**
56:8
**sure**
12:16 13:18 15:3
16:10,23 18:17
30:11 33:17 35:24
39:6 47:12,13 50:3
56:9 59:12 71:23
76:19 87:11 90:20
93:12 95:9,14 97:16
100:20 103:22
106:5,21 107:7,12
115:13
**suspicious**
18:2
**sweater**
24:18
**swift**
107:3
**swiftly**
109:12
**swing**
66:19
**swinging**
47:2,10,16 51:17
95:21 98:20 99:15
111:9 119:23
121:23
**Swinney**

39:21 50:17 91:10
92:10,24 93:16,16
93:17 94:13 97:12
101:2 112:10
119:10
**Swinny**
79:13
**sworn**
5:13 6:4 127:7
**swung**
66:25 67:7
**symptoms**
85:15
**system**
89:20

---

**T**

**T**
3:2,2 6:2,2 112:17
124:2 125:2 126:2,7
127:2,2
**take**
8:6,13 10:22,22 27:4
30:20 31:8 36:20
41:19 71:8 74:21
77:10 98:2 104:22
**taken**
1:18,20 3:11 5:17
17:10 70:21 103:23
125:8
**takes**
19:25
**talking**
24:25 63:5
**tall**
30:5
**tank**
117:12,18
**TARASOV**
1:3 2:16
**task**
39:14
**tasked**
54:15
**taxi**
78:23


MAGNA
LEGAL SERVICES

taxiing
27:3,12 41:13,19
team
71:19 72:7,12,17,25
technical
18:16
tell
16:7 28:25 51:16
54:12 63:2 67:3
83:8 90:20 114:6
telling
94:15
tend
97:4
terminology
20:12 115:14
terms
13:20 22:9 23:7 36:8
83:18 99:7 106:20
112:24
testified
6:5 42:11 47:24
50:19 79:12 88:4
91:2 93:10 97:10
107:19 115:17
116:8 121:2
testifying
8:19 44:2 98:22
111:11
testimony
5:7 38:16 77:19 93:5
108:9 121:25 125:7
125:11 127:6,9
text
16:13,25
thank
7:13 8:11 9:6 18:22
23:13 33:10 36:13
48:16 61:13 73:17
75:17 76:3,9 78:15
85:5 92:6 118:23
120:18 122:4,9,11
Thanks
92:8
thing
13:6,8 14:3,20 68:8

70:17 118:7
things
31:14 102:2
think
18:15 20:22,23 32:19
38:16 46:7 55:2,5
63:19 64:7 69:15,17
76:18 81:20 82:17
84:4 88:17 104:14
112:17 116:7
thinking
96:21 99:20
third
76:18
thirty
123:16
thought
55:3
threat
13:18 14:6 15:18
16:3 17:21 18:4,7
19:2,18,22
threatening
18:2,18 120:5,8
threatens
19:7
threats
15:22
three
23:11,11 35:18 37:8
40:11 82:9 94:3
109:20,21
TIKHOPLAV
1:4
time
1:19 5:9 8:14 16:9
17:7 20:23 22:16
24:16 25:13,17,19
26:3 29:25 33:2
35:24 38:11,19 39:3
39:5 40:7,20 41:2,3
41:5,7 46:3,17,22
48:3 51:4 53:17,21
54:4 55:19 56:25
57:21 58:16,22
60:23 61:3,25 62:13

63:4 65:23,24 69:6
69:11 70:14,16,22
70:24 71:8,10,11,13
71:14 72:16 73:21
76:4 77:6 86:9
90:10 92:11 96:23
100:9 101:21,25
102:2,6,9 103:3,4,9
103:17 108:19
110:4 114:2 116:13
116:20 118:6 119:5
119:16,25 120:11
122:5,13,19
timeframe
40:23
timeline
46:8
times
47:8,12 119:11,14
today
7:10 8:20 16:14
26:19 36:4 61:5
76:7 88:4 94:17,20
97:11 102:14 107:7
107:19 108:9
121:25 122:6,16
today's
6:17 76:12,13 98:10
told
41:21 107:14
tongue
31:15 86:17
top
103:4
Trade
2:9
trained
19:13,20 20:3 27:24
29:18 31:11 36:20
training
84:24
transcript
6:18 123:17,18 125:7
125:9 127:8
transported
74:16

treating
90:7
trial
1:16 3:6 5:10
tried
62:7 63:6 89:25
97:18
Troy
1:17 6:11 125:6,18
126:3
true
74:7 125:9,12 127:8
truthful
58:18 61:8
truthfully
8:20
try
13:6 14:16,20 29:21
33:21 36:25 51:23
62:14,15 67:4 68:14
trying
37:3,22 39:13,14
48:8,23 52:8,14
60:24 97:15,22 98:2
114:3
turn
31:11 32:11 81:5
turned
27:9 92:16
turning
41:14
two
22:24 28:18,20 30:3
42:22 81:19 82:8
88:17 93:24 95:17
type
14:10 15:8 24:12
40:22 72:23 84:11
typed
49:22 50:4 51:14
82:3 118:20
types
19:17,21
typewritten
34:2,6,25 35:12
67:25 69:22 70:6



72:9 73:13 75:7
126:9
**typically**
20:17 21:3 24:17
31:13,15 89:19

---
**U**
---

**U**
3:2
**ultimately**
13:9,10 14:22 74:10
114:20
**unbuckled**
81:16 84:24 85:7
**underarm**
30:19
**underneath**
34:19
**understand**
81:4,7 82:24 90:23
97:19
**understanding**
17:18 83:20 87:5
**understood**
15:5 22:21 44:15
54:17 72:22 78:15
80:18 84:15 90:4
91:25 92:6 93:9
98:5 99:10 102:10
105:15 106:22
109:4,22 110:25
112:21 117:16
**uniform**
3:6 24:8,12,14,19
**UNITED**
1:2
**unruly**
97:25
**untrained**
31:17
**urgent**
108:17
**use**
20:11 52:12 57:7
61:21 110:13
**ushered**

116:2
**usually**
20:9 42:4
**utmost**
11:6

---
**V**
---

**V**
1:3 6:2
**varies**
21:7,14
**various**
36:20
**vary**
21:5,11
**verbal**
7:25 8:9 72:24 73:3
**version**
11:21 12:5
**versus**
102:17
**vest**
24:15
**vests**
24:18
**video**
60:14 67:4
**VIDEOCONFER...**
1:16
**view**
68:23,24 116:9
**violent**
50:25 51:10,15 52:2
57:4 58:10 62:23
100:25 120:5
**violently**
47:11,16 51:18 84:16
101:14 119:9
**vision**
114:9

---
**W**
---

**W**
125:2 126:2
**waived**
5:22

**waiver**
5:8,17
**walk**
55:23,25 95:6 108:15
**walking**
28:15
**walls**
85:20
**want**
14:9 15:2 17:22
19:11 39:5 41:5
43:24 45:21 52:12
59:11 90:20 115:13
**wash**
62:20
**wasn't**
40:19 45:19 54:23
**watch**
101:25
**water**
62:12
**way**
7:19 20:8 27:9 28:7
32:11 41:14 42:5
44:17 56:13 68:14
77:23,25 78:13
95:22 106:25 114:5
127:12
**ways**
12:21 42:8,22 89:3
**we'll**
34:3 64:11
**we're**
12:18 14:22,23 24:25
27:24 29:18 31:10
36:20 55:5,14 63:4
73:8
**we've**
42:7 67:25 70:6
**wear**
24:8,13,17,18
**weigh**
30:9
**welcome**
76:9 118:24 122:8
**well-being**

11:2,4
**went**
40:24 50:6 53:5
56:19 75:2
**weren't**
74:5 83:21 99:13
115:21
**wide**
93:23
**wildly**
47:11
**wincing**
113:6
**window**
23:23,25
**witness**
1:17 5:13,24 6:3
13:25 16:15 18:17
84:19 96:7,11
114:15,16,24
116:16,21 122:7
123:2 126:3
**Witness(es)**
127:6,9
**witnessed**
94:8,12 97:12 99:24
111:17
**witnessing**
81:15
**word**
52:12 57:8 67:2
80:16 110:13
**wording**
58:14
**words**
14:8 18:3 116:24
117:3
**work**
10:2 20:5 77:23 78:7
78:13 122:14
**worked**
21:23 76:14,24 79:21
80:2,4,7 105:10
**working**
13:4 21:6 24:23 25:9
25:23 76:21 77:8,22


MAGNA
LEGAL SERVICES

**works**
22:3 23:17
**World**
2:9
**worries**
120:24
**worry**
90:22
**wouldn't**
43:21 60:12 90:12
100:13 101:7,12,15
102:4 113:4
**write**
105:23
**writing**
103:10
**written**
63:13 67:22,24
102:12,16
**wrong**
66:11
**wrote**
51:10 66:21 106:20
106:21
**www.MagnaLS.com**
1:25

---

**X**

**x**
1:3,14 126:2,7,7

---

**Y**

**Y**
6:2
**yea**
117:8
**yeah**
23:4 24:17 26:24
30:13 33:8 45:15
47:22 57:21 64:3
65:22,25 66:12 75:4
76:20 78:22 80:13
80:16,17 82:18
87:24 90:24 92:22
93:12 94:6 98:4
104:8 108:17,18

112:7,13 122:13
**year**
21:3 24:16 66:11
**years**
9:13 22:23 25:5
76:15 90:23
**yells**
78:25
**yesterday**
122:14
**York**
1:2,8,9,23 2:10,10
6:5,25 7:6 125:3
127:5

---

**Z**

---

**0**

**02109**
2:5

---

**1**

**1**
15:21,23 16:3 17:21
18:4 19:2 34:4,8
35:4 49:14,19 63:14
70:7 73:14 75:8
118:19 126:9
**10**
70:23
**10:30**
65:17
**10007**
2:10
**11:30**
65:15,25 103:10
**119**
126:6
**12**
7:7 24:22 66:8 67:18
83:8 98:25
**120**
126:6
**129**
6:14
**12th**

7:25 65:12,16 66:15
75:13 78:20 117:24
**13**
9:13 76:14
**150**
2:10
**161st**
6:14
**19**
59:25 60:15
**195**
30:11
**1994**
9:5 77:7,15

---

**2**

**2**
15:21 18:7,13 20:18
49:14 60:4,6 126:10
**200**
2:4 23:11 30:10
**2009**
66:8
**2010**
9:20,21 76:18 77:9
77:15,18
**2019**
7:7,25 12:11 20:16
21:3,18 22:22 24:10
24:22 57:20 58:17
58:24 59:21 61:8
63:12 65:12,16
66:12,15 67:18
75:14 78:20 83:8
94:19,25 99:2
117:24
**2023**
1:14 125:8
**20th**
76:17
**22**
1:14 87:23 125:8
**221**
3:5
**221.2**
5:2

**24th**
2:10
**285**
92:25 93:2,5

---

**3**

**3**
15:21 20:13,18 49:15
64:12,18 65:7 75:10
126:11
**3:32**
1:15
**30**
123:16
**31**
3:15
**3115**
3:8,23 4:12
**3116**
5:18
**3117**
5:18
**32**
28:5,8 81:10,21,25
82:4,6,10
**321**
20:6,6 23:2
**33**
81:10 82:6,9
**33028**
6:15
**33C**
81:24
**34**
23:10 81:21 126:9
**37**
60:2
**3rd**
9:20,21

---

**4**

**4**
15:21,24 20:13,19
49:16
**46**
8:23



### 5

**5'10-ish**
93:3
**5'9**
30:7 93:10,12
**5:32**
122:19
**53**
60:15
**5th**
58:17,24 59:21 63:12

### 6

**6**
93:5 126:5
**60**
126:10
**64**
126:11
**659**
25:9 78:19 83:2
**689-19**
34:21
**69**
95:4

### 7

**7**
2:5
**71973**
34:20
**75**
126:5

### 8

**866)624-6221**
1:24

### 9

**9**
27:10 53:23 54:14
78:19 87:17

