# EXHIBIT Q

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXEY V. TARASOV, ESQ.,        )
Administrator of the Estate of )
EVGENIY LAGODA, Deceased, and  )
GRIGORY TIKHOPLAV,             )
                                )
      Plaintiffs,              )
                                ) Case No.
            vs.                 ) 21-cv-6226 (NRB)
                                )
PORT AUTHORITY OF NEW YORK      )
AND NEW JERSEY, and PORT        )
AUTHORITY OF NEW YORK AND       )
NEW JERSEY POLICE DEPARTMENT    )
a/k/a PORT AUTHORITY POLICE     )
DEPARTMENT a/k/a PAPD; PAPD     )
OFFICER MICHAEL BUGIADA; PAPD  )
OFFICER ROBERT JOSEPH; PAPD     )
OFFICER JONATHAN PAPIA; PAPD   )
OFFICER PAUL MEZZACAPPA; AND    )
PAPD OFFICER JONATHAN DURAN,    )
                                )
      Defendants.              )
_____)

REMOTE VIDEOCONFERENCE DEPOSITION OF
FRANK LEANDRO, NPW
Taken on Thursday, August 17, 2023
At 12:39 p.m. Pacific Daylight Time
DEPONENT APPEARING REMOTELY FROM LAS VEGAS, NEVADA

Reported By: Gale Salerno, RMR, RVR-MS
NV CCR No. 542.  CA CSR No. 12375.
Job No. 56725.  Firm No. 104F.



Page 2

APPEARANCES:

Via Remote Videoconference, For the Plaintiffs:

        J. CHRISTOPHER AMRHEIN, ESQUIRE

        Ashcroft Law Firm

        200 State Street, 7th Floor

        Boston, Massachusetts  02109

        camrhein@ashcroftlawfirm.com

Via Remote Videoconference, For the Defendants:

        MATTHEW MALYSA, ESQUIRE

        CHERYL ALTERMAN, ESQUIRE

        The Port Authority of NY and NJ

        4 World Trade Center

        150 Greenwich Street, 24th Floor

        New York, New York  10007

        mmalysa@panynj.gov

        calterman@panynj.gov

Via Remote Videoconference, Also Present:

        MR. ALEXEY TARASOV, Plaintiff



Page 3

INDEX

                                                        Page

Examination by Mr. Malysa                                  5

Examination by Mr. Amrhein                                49

Further Examination by Mr. Malysa                         62

Further Examination by Mr. Amrhein                        63

Further Examination by Mr. Malysa                         67

Further Examination by Mr. Amrhein                        69

Further Examination by Mr. Malysa                         70

Further Examination by Mr. Amrhein                        74


                        EXHIBITS

Leandro                                               Marked

Exhibit 1       Four Statements of Flight Crew,    45
                Bates PA13 to PA15


Exhibit 2       Mr. Leandro's Recorded             66
                Statement, Bates PA1768 to 1783



MAGNA
LEGAL SERVICES

Page 4

REMOTE VIDEOCONFERENCE DEPOSITION OF

FRANK LEANDRO, NPW

August 17, 2023

12:40 p.m. Pacific Daylight Savings Time

-   -   -

THE COURT REPORTER:  We are now on the record.

Counsel, if you are in agreement to the remote deposition, please state your appearances and consent for the record, and then the court reporter will administer the oath remotely.

MR. AMRHEIN:  Thank you, Gale.  My name is Attorney Chris Amrhein.  I'm an associate with Ashcroft Law Firm in Boston, Massachusetts.

Our office represents the plaintiffs in this matter, Grigory Tikhoplav and Alexey Tarasov, who is the administrator of the estate of Evgeniy Lagoda.

Mr. Tikhoplav is not present here today; however, Mr. Tarasov is present here today.

MR. MALYSA:  This is Matthew Malysa from the Port Authority Law Department.  My office represents all of the defendants in this matter, and we consent.

-   -   -



Page 5

FRANK LEANDRO, NPW,

having been first duly sworn, was

examined and testified as follows:

- - -

EXAMINATION

BY MR. MALYSA:

Q.   Good afternoon, Mr. Leandro.  My name is Matthew Malysa.  I represent the Port Authority of New York and New Jersey and five individually named Port Authority police officers in this matter.

We are here today to take your deposition. Before we begin, I'd like to give you some instructions to make the proceeding run more smoothly.

First, you'll see that our court reporter, Gale, is taking down everything that we say.  She will later produce a transcript of this proceeding.

Since she's taking down everything we say, all of your answers must be verbal or spoken.  Please don't try to answer the question by nodding or shaking your head because Gale can only take down verbal responses.

Do you understand?

A.   Yes.



MAGNA
LEGAL SERVICES

Page 6

Q.   And since Gale is taking down everything we say, only one of us can speak at a time.  Even if you anticipate the question I'm about to ask you, please wait until I finish my question completely before answering.  Likewise, I will wait for you to finish your answer before I proceed to the next question.

Do you understand?

A.   Yes.

Q.   If you do not understand a question I am asking, please tell me you don't understand the question and I will rephrase it until you understand what I am asking you so you can answer it. Otherwise, if you answer my question, I'm going to assume that you understood the question.

Do you understand?

A.   Yes, I do.

Q.   If there is something that you cannot -- if there's something that you don't know but you can estimate, such as terms of distance or time, you can answer accordingly.  Just tell me that it's an estimate.  I don't want you to guess at anything.

If you don't know or don't remember an answer to a question, those are perfectly acceptable responses.  I'm not here to test your memory.

Do you understand?



Page 7

A.   Yes.

Q.   Do you understand everything I've said so far?

A.   I have, yes.

Q.   Good.  Let's begin.

Sir, are you currently under the influence of any drugs or alcohol that would affect your testimony here today?

A.   No.

Q.   Is there any reason whatsoever that you would not be able to answer my questions truthfully today?

A.   No.

Q.   Mr. Leandro, who is your current employer?

A.   JetBlue Airways.

Q.   What position do you currently hold with JetBlue Airways?

A.   I'm an inflight crew member.  A flight attendant.

Q.   And when did you become an inflight crew member of JetBlue Airways?

A.   June 9, 2009.

Q.   So is it fair to assume that you held the position of inflight crew member with JetBlue Airways in April of 2019?



MAGNA
LEGAL SERVICES

Page 8

A.   Correct.

Q.   Have you ever worked as an inflight crew member for another airline before being hired by JetBlue Airways?

A.   I have not.

Q.   Where did you work prior to joining JetBlue Airways?

A.   At a coffee shop in Houston, Texas.

Q.   Can you describe the job duties and responsibilities of an inflight crew member working for JetBlue Airways?

A.   Yeah.  We are the safeguards inside the aircraft while flying.  We are trained to do first aid procedures.  We are trained to fight fires.  We are trained to evacuate the aircraft.

Our main job is to attend all passengers during the flight and make sure they make it to their destination safely.

Q.   What types of aircrafts have you been assigned to as the inflight crew member while working for JetBlue Airways?

A.   JetBlue has Airbus aircraft and then Embraer aircraft.  So we are trained on the 320 family, which involves or include the 321, the 220. And as far as the Embraers aircraft we are trained on



Page 9

the E190.

Q.    Is the model 321 Airbus a common model used by JetBlue Airways?

A.    It is.  It's the most used.

Q.    Can you describe the layout of the model 321 Airbus.

A.    Yeah.  It's configured with like 200 seats. And they're all the same.  You know, the first five rows have extra leg rooms.  Other than that, there's nothing special about this particular aircraft.

The 321 is all across -- you know, across the fleet, they're all the same.  34 rows, three on one side and three on the other side.

Q.    There's one single aisle that goes from --

A.    Yes.  It's a single aisle airplane, yes.

Q.    And how many flight attendants or inflight crew members are usually assigned to a flight that is taking place on a model 321 Airbus?

A.    Four flight attendants.

Q.    To your knowledge, is the number of assigned inflight crew members tied in any way to the number of passengers expected to be on a particular flight?

A.    As far as I know, the amount of flight attendants has to equal one flight attendant per



Page 10

50 passengers.  So on an aircraft configured to 200 seats, there has to be at least four of them.

Q.   So is it fair to say that you need enough inflight crew members to be able to oversee all of the passengers?

A.   Yeah.  Each flight attendant is assigned a section.  And so we divide the airplane in four sections, and each one of us takes care of a certain amount of passengers.  Essentially about 50 each.

Q.   Are the duties of inflight crew members segregated based on assignment designations?  For example, some of the documents I've reviewed state Flight Attendant 1 or Flight Attendant 2.

A.   That's true, yes.

MR. AMRHEIN:  Objection.

THE WITNESS:  Each flight attendant has his own duties, and it's all based on that section of the aircraft they're working to.

BY MR. MALYSA:

Q.   Is there a particular title that is held by an inflight crew member that's considered to be the lead or the leader of that particular group?

A.   That belongs to the flight attendant in Position 1.  He or her is the lead of the flight.  So they have -- they have a little more responsibilities



Page 11

than the rest of the crews.

Q.    We touched on this earlier in your testimony, but do any flight crew members have specific responsibilities with regard to overseeing safety of the airplane?

A.    Yeah.  That's true.

Q.    And I think earlier you mentioned first aid, putting out fires, attending to passengers' needs.

Are there any other responsibilities that -- that you can state for me with regard to safety on the plane?

MR. AMRHEIN:  Objection.

MR. MALYSA:  You can answer.

MR. AMRHEIN:  You can answer.  Go ahead.

THE WITNESS:  Oh, well, besides first aid procedures, fire fighting procedures and evacuation procedures, I mean, we obviously train in customer service.  You know, we still have to do a service aboard the aircraft.

There's nothing else I can think right now as far as responsibilities goes.

BY MR. MALYSA:

Q.    Is there a manual of some sort that outlines the various responsibilities that an



MAGNA
LEGAL SERVICES

Page 12

inflight crew member has?

A.   Yes.  We call that a FAM, the F-A-M.  It's a flight attendant menu.

Q.   And is that a printed written document that you have access to while you're on board the JetBlue Airways flight?

A.   It used to be printed.  It's digital now. So we all carry iPads and the document is uploaded into the iPads.  And it's required for us to be able to operate a flight.

Q.   So do you carry this iPad with you aboard each flight where you're working as an inflight crew member?

A.   Correct.

Q.   Do an inflight crew member's duties change depending on the phase of the flight?  For example, when the plane's taxiing on the runway, taking off or flying?

A.   Yes, they do typically.

MR. AMRHEIN:  Objection.

THE WITNESS:  There are certain things we're not allowed to do on the ground and we can do in the air, and vice versa.

BY MR. MALYSA:

Q.   In general, once a flight pulls away from



Page 13

the gate, is that flight considered to be inflight at that time?

MR. AMRHEIN: Objection.

THE WITNESS: I'm not sure if I know the answer to that. I mean, we -- based on how, you know, we get paid. For example, we don't get paid while the door is open. So once the door is closed and we're in motion, whether we're in the air or on the ground, we're getting paid.

So I guess you could say yes, but I guess it depends on how you ask the question. I'm not exactly sure how to answer that.

BY MR. MALYSA:

Q. Understood. Are the safety of the crew members and passengers considered to be your top priority when you're working as an inflight crew member?

A. Yes.

MR. AMRHEIN: Objection.

BY MR. MALYSA:

Q. If there is a safety issue identified during a flight, do you as an inflight crew member have a responsibility to notify the captain?

A. Yes.

Q. Do inflight crew members receive training



Page 14

that covers dealing with unruly passengers during a
flight?

A.   Yes.

MR. AMRHEIN:  Objection.

BY MR. MALYSA:

Q.   What kind of training do inflight crew
members receive with regards to dealing with unruly
passengers?

A.   Well, we go to --

MR. AMRHEIN:  Objection.

THE WITNESS:  We go to training every year.
We do recurrent training -- I'm sorry, we do initial
training when everybody becomes a flight attendant,
and every year we get recertified and go to recurrent
training.

There is a portion of the training that is
dedicated to security.  And so we go over various
different situations in regards to unruly passengers.

We do carry the handcuff, the wire
handcuff.  And you know, we do touch on how to put
them on unruly passengers where they need to be
restrained.  And we touch on, you know, how to
respond to basically unruly passengers.

There's different levels of unruly
passengers.  We call them phase 1, 2, 3 or 4.  And it



Page 15

depends on how, you know, bad a situation gets.

BY MR. MALYSA:

Q.    So when you mentioned different phases of unruly passengers, is phase 1 considered to be lowest on the scale and phase 4 is considered to be the highest?

A.    Yes.   Level 1 threat is basically -- it's mostly all verbal stuff.   You know, passengers who maybe drink too much and they're being obnoxious or too loud.   And it escalates from there, you know, to level threat number 5.   That's completely something else, but that's obviously breach of the cockpit.

So yeah, it's five different levels when it comes to threat as far as unruly passengers.

Q.    So if a passenger has assaulted another inflight crew member, do you know what level or phase that would be designated?

A.    That would be level 3.

MR. AMRHEIN:   Objection.

Could you repeat that, sir?   Sorry.

THE WITNESS:   Me?

MR. AMRHEIN:   Yeah.   I think when I noted my objection to that question I just couldn't hear your audio.

THE WITNESS:   Oh.   My answer was that was



Page 16

level 3 to the question of when the passenger becomes physically involved with an inflight crew member.

BY MR. MALYSA:

Q.   Sir, to your knowledge, are there always air marshals present on planes when you're working as an inflight crew member for JetBlue?

A.   They're very rare when we see them.  And my understanding is the rules with air marshals has changed over the years; therefore, I believe that we don't even need to be notified anymore.

We need to -- actually, we do need to be notified, but we don't -- it's very rare when you see them.

Do you guys mind if I use the microwave real quick?

Q.   No, no, go ahead.

A.   Okay.

Okay.  I'm back.

Q.   To your knowledge, do air marshals have to identify themselves to inflight crew members prior to boarding the plane?

A.   No.  They're not -- they don't have to identify to us prior to boarding.  We do need to know when they are on the plane as we need to know if there are weapons aboard the aircraft.



Page 17

Q.   Can you just explain why it's important for inflight crew members to know that there are weapons on the aircraft?

MR. AMRHEIN:  Objection.

THE WITNESS:  We need to know that because terrorism.  So you know, when a pilot who has -- is allowed to carry a weapon, they call it the FFPOs. Whenever they're commuting or they're deadheading on our planes, whenever anyone on board the aircraft is on, we have to know just for safety so we know who to look for in case there's trouble on the airplane.

BY MR. MALYSA:

Q.   And is it also safe to assume that inflight crew members don't have access to weapons of any sort?

A.   No, we don't.

MR. AMRHEIN:  Objection.

BY MR. MALYSA:

Q.   Can you explain what actions you can take as an inflight crew member for JetBlue if a passenger or someone else on the flight is refusing to comply with your directives?

A.   We have different tactics to use, you know, in case that happens.  We call it the ABCs.  You know, maybe I try first.  If it doesn't work with me,



Page 18

my coworker will try next.  If it doesn't work with that person, then the next person.

And so there's so many different levels we need before we escalate to an altercation.

But we do have those restraining cuffs for a reason.  I, in my 14 and a half years flying, have never had to use them before, but I have seen them being used.

Q.   And what was the context when you -- that you observed another inflight crew member use restraining cuffs?

A.   A passenger being intoxicated.  A passenger threatening -- probably threatening physically another flight attendant or even another passenger.

I seen it where somebody was, you know, mentally ill and was trying to breach the cockpit, and so has to be, you know, physically forced down to the ground and restrained on those restrained cuffs.

Q.   Just so I can kind of visualize it, are the restraining cuffs kind of like a zip tie?

A.   Yeah.  They're zip ties, yep.

Q.   And all inflight crew members are equipped with a set of these restraining cuffs just in case of an emergency?

A.   We have access to them.  Most people that I



Page 19

know have them.  I know I carry them in my bag.  And so every year when we do go to those recurrent trainings, we have the access to them, and if we need them we can grab them.

So everybody has access to those.  I don't know exactly who carries them, but I know I do.

Q.    Now, I know you touched on this earlier, but inflight crew members receive training with regard to providing aid to a passenger experiencing a sudden illness; is that correct?

A.    Yes.

Q.    Can you explain what tools an inflight crew member has available to them aboard a JetBlue flight in the event of a medical emergency?

A.    We have oxygens.  We have AEDs, so automated external defibrillators.

We have what we call an EMK, which is a bag that is sealed and can only be opened with permission of the medical personnel that has to be conducted through the captain.  And inside that bag there's everything you can think of:  Medications, even surgery equipment, stuff like that.

We as a flight attendant don't have access to that bag unless we're told by the captain who is speaking to a trained medical professional and, you



Page 20

know, it's good to go to use that bag.

But as far as we have access to pressure cuffs, stethoscopes.  We have oxygens available to passengers.  We have an AED in case of cardiac arrest.  We have first aid kits, you know, with Band-Aids and cleaning solution.

That's pretty much what I can think of right now.

Q.   To your knowledge, is there a policy or a procedure with regard to inflight crew members that advises for an inflight crew member to request any medical professionals aboard the flight to make themselves known or to assist with medical emergencies?

A.   So depending --

MR. AMRHEIN:  Objection.

THE WITNESS:  So depending on the type of emergency, we -- the procedure is usually when we encounter a -- whether it's a safety issue or a medical issue, we -- we have a way to approach the situation.

For a medical situation, whoever finds that person or that passenger, you know, is supposed to yell out the word "medical team" to the location that that person is.



Page 21

With those words, the rest of the crew members will, you know, essentially bring medical equipment to that location.

That's usually how the procedure is supposed to go.  It doesn't always go that way, but that's what usually happens.

So yeah, depending on the situation, we either call for a medical team or we call for a safety team.

BY MR. MALYSA:

Q.   My question is specific to a situation where you ask maybe the passengers on the flight if any of them are medical professionals.  So a doctor or --

A.   Yes, I lost myself in the question and the answer.  So yes, at some point, depending on the situation, we do -- we are supposed to ask via the PA to request for medical personnel.

So anyone, doctors or nurses, that can assist with the situations.  Yes, we are required to ask for those.

Q.   Do you have an independent recollection of the events that took place for JetBlue Flight 659 traveling from New York to Jamaica on April 12th, 2019?



Page 22

A.    I have memory of it, yeah.

Q.    Do you recall encountering a passenger who was having a medical issue aboard the flight?

A.    Yes.

Q.    Do you recall how you were notified about the passenger and that they were experiencing a medical issue?

A.    Yes.

Q.    Can you describe how the passenger appeared to you when you first approached him after being alerted that he was having a medical issue?

A.    Yeah.  The alert came from passengers surrounding -- surrounding this particular passenger. I heard yelling and I heard, you know, people try to get our attention.

I was the closest to this person.  And as soon as I got there, I saw him, you know, twitching. His eyes were closed and open; you know, they were kind of rolled back.

I saw foaming at the mouth mixed with blood.  And so my first reaction, once I saw him, was to go back to the galley -- which I was very close to the galley.  I was only maybe two feet away from the galley -- to get gloves.

One thing that we are always trained on is



Page 23

not to touch anyone, especially with bodily fluids, without gloves.

So that was my main -- that was my first reaction.

As I was doing that, I alerted the rest of my crew who happens to be in the galley as well. When I was grabbing the gloves, they went straight to him, and me seeing them grabbing him off the seat. So my next reaction was to reach out to the captain so that we can go back to the gate because we were still on the ground.

Everything -- everything happens very quickly. So as I call the captain and advise the captain we have a medical emergency, my other two coworkers had already released the passenger from the seat and they were transporting him to the back galley so we can lay him on the floor. And -- go ahead.

Q.    No, no, I just wanted to backtrack and unpack some of what you just told me.

So specifically where were you when you overheard other passengers yelling or screaming to notify you that this particular passenger was having a medical issue?

A.    I was precisely in the entrance of the back



Page 24

galley, which is next to one of the lavs.  I can't remember which lav it is.  I mean, all the lavs have a number or a letter.

But I was in the main entrance of the galley, the main galley of the aircraft.  This passenger was sitting two rows away from him.  So I think he was 33 or 32.  That's very, very close to the entrance of the back galley.  So that's where I was physically standing by the time I heard people yelling and screaming.

Q.   So before you went directly into the galley in order to put gloves on, did you have an opportunity to observe the passenger as they were in their seat and their body position?  If so, can you tell us about that?

A.   So when -- you mean before people were yelling or after people were yelling?

Q.   No, no.  After.  When you were alerted that there was a medical emergency.

A.   Oh, yes.  So I went over there and then I immediately realized.  I saw him.  Like I said, his eyes were rolled back.  His neck was twitching.  You know, his head was twitching.  I could see his hands were twitching as well.

And I noticed -- the main thing that I



Page 25

noticed was that he was foaming in the mouth with blood. So that's why I immediately saw that, and then within a second I ran back to the galley to get gloves.

Q. What about his body position? Was he seated at the time that you --

A. He was -- he was starting to lean towards his left. But yeah, he was sitting, correct.

Q. You testified that he was foaming at the mouth and it was a mixture of foam and blood; is that correct?

A. Yes.

Q. From your perspective, did it appear to you that the passenger was having any trouble breathing?

MR. AMRHEIN: Objection.

THE WITNESS: I'm not exactly sure. I mean, I know seizure procedures, I've seen them before. I don't know exactly what's happening to the person while they're having a seizure, whether they can breathe or not.

BY MR. MALYSA:

Q. Am I correct in assuming that you did not assist the other two inflight crew members with moving the passenger to the rear galley?

A. Correct.



Page 26

Q.   Do you know whether or not the passenger was buckled in his seat belt at the time that you first approached him?

A.   I'm not going to assume this, but the assumption -- I shouldn't say the assumption.  But you know, everybody is buckled in by the time we're moving.  Everyone was sitting down as we were taxiing out of the gate.  I can only say that he probably was, you know, wearing his seat belt.

I wasn't there when my coworkers lifted him up from the seat, so I'm not sure if they unbuckled him or not.

Q.   Do you know how the passenger was moved?  Meaning do you know if he was picked up by his clothes, by his limbs, or in some other manner by the inflight crew members?

A.   From what I remember, he was picked up by his arms from my two coworkers.  He was a very large man, so it took the two of them to actually remove him from the seat.

Q.   And just so I can visualize it, was he seated in an aisle seat such that the crew members wouldn't have to traverse over other seats in order to remove him?

A.   That's correct.  He was sitting in an aisle



Page 27

seat.

Q.    Do you recall at what point the captain was notified about the condition of the passenger?

A.    When I went back to the galley to get the gloves, I turned around and my coworkers were already lifting him from the seat.  So my next stop was to call the captain.  So it was within seconds after we realized what was happening.

Q.    And how did you call the captain?  Did you use --

A.    We have a phone.  Sorry.  We do have a phone in the back galley.  Every jump seat has a phone.  So there was a phone next to the jump seat, and that's what I picked up to call the captain.

Q.    And do you recall speaking specifically to the captain or to the first officer?

A.    That I cannot tell you.  Whoever picked up the phone in the cockpit I spoke to.

Q.    And at the time that you placed this call to the cockpit, am I correct that the JetBlue flight was in the process of taxiing to the runway?

A.    Yes.

Q.    Whoever you spoke to in the cockpit, did they inform you of what steps they would be taking in response to the medical emergency?



Page 28

A.   Yes.  They said they were going -- they agreed to go back to the gate, and they said they will call me when we needed to; when we get there they will make a PA.

Q.   So at that point, you're aware that the plane is going to turn back to the gate.  Do you remain in the galley area with the other flight crew members and the passenger who is having a medical issue, or do you then move to another part of the plane?

MR. AMRHEIN:  Objection.

THE WITNESS:  During the time I remained in the back galley where the passenger was laying on the floor.  Immediately after I spoke to the cockpit, you know, whoever I spoke to in the cockpit, once that call ended, my next call on the PA was to ask for medical personnel.

And I remember that two people, two ladies, they came forward immediately.  And before we knew -- I mean, I think it was by the time they got to the back galley to help us with the passenger, the captain made a PA saying the doors needed to be disarmed.

BY MR. MALYSA:

Q.   So I just want you to focus on the period



MAGNA
LEGAL SERVICES

Page 29

between your notification requesting for medical

assistance from passengers over the PA and that

notification about the doors needing to be unlocked.

Can you tell me how much time went by?

A.   No more than two minutes.

Q.   And during those two minutes, did you

observe the passenger on the floor of the galley?

A.   Correct.

Q.   And can you describe what symptoms, if any,

you were able to ascertain during those two minutes?

A.   Yeah.  We were trying to -- it was very

hectic and chaotic.  We were trying to lay him on his

side.  Initially he was on his back.  But again, he

was a huge person, so, you know, we were trying to

like turn him to the side.

His body kept, you know, twitching and then

shaking and, you know, his hands were twitching.  So

it was kind of tough to get him on the side but, you

know, we just didn't want him to choke on whatever

foam, you know, he was producing in his mouth.

So while we were trying to deal with that,

I heard the PA from the captain for the doors to be

unlocked or, you know, disarmed.

And as I was -- we call that a communicator

as part of the role we all play in a medical



Page 30

emergency or safety emergency.  I was the communicator, which means that I was already the person that communicated with the captain.

So that PA announcement from the captain to disarm the doors, I was supposed to take charge of those.

Q.    Now, when the medical personnel on the flight responded to the rear galley, did you have any conversations with them prior to going to unlock the doors?

A.    No.  They pretty much understood what was happening.  There was not much -- you know, we all were trying to coordinate to get the passenger on his side.  Again, that was the main goal at the moment.

But you know, it was tough.  He was big and he was twitching and his eyes were rolling and, you know, he was pretty much unconscious, but moving.

So I jumped on top of him just to get him to the galley again and go to disarm the doors.  And from that point forward I wasn't back there anymore.

Q.    Did you observe another inflight crew member providing a summary of their observations to those medical professionals who responded to the rear galley?

A.    I do not recall that.



Page 31

Q.   So specifically after you left the galley, where were you positioned on the airplane while the medical professionals were attending to the passenger in the rear galley?

A.   I was in the front galley at that point.

Q.   And is the front galley a straight line from the rear galley such that if you look down the aisle from the front galley you would see --

A.   That's correct.

Q.   And earlier when you testified that you were on top of the passenger in order to get out of the galley, you had to traverse over, how long were you on top of the passenger?

MR. AMRHEIN:  Objection.

THE WITNESS:  When I say that I had to jump on top of him, you know, because we laid him across the floor, and so I -- it's very small in the galley. And in order for me to be able to go to the front of the plane, I sort of have to jump on top of him, you know, to get into the aisle again.

I wasn't on top of him, but I had to kind of jump on top of him to be able to go to the front of the plane.

BY MR. MALYSA:

Q.   Understood.  And when you were in the front



Page 32

galley, were you able to observe any of the care that was being provided by the medical professionals who responded to your earlier PA announcement?

A.    I saw very little, and it was towards -- around the time where -- I mean, once I got to the front of the plane, he was -- I disarmed the main entrance door and, you know, JetBlue personnel, they got on the plane.

So there was not that much time between me getting to the front of the plane, opening the door. And by the time I looked back there, it looks like the passenger was already up. I saw arms swinging. You know, I saw the top of his head like he was standing up. And he didn't look like, you know -- he looked aggravated, or he looked like he was mad or he was trying to get people away from him. That's all I can see from the front of the plane.

Q.    So when you said you're in a standing position, I'm assuming in the front galley; is that correct?

A.    Yes.

Q.    And how tall are you, if you don't mind?

A.    5'8".

Q.    And from your vantage point, you were able to see the passenger stand up to his feet. And can



Page 33

you describe again what you were saying, that you saw movement; is that correct?

MR. AMRHEIN:  Objection.

THE WITNESS:  Yes.  So I saw some of my coworkers, I can't, you know, remember which one exactly, trying to hold him or -- you know, like it's almost like when you see somebody at a distance almost like, you know, trying to fight you but not. You know, like it was hard to tell what was going on. Because when I left seconds before, you know, he was on the ground twitching and not having control of himself.

And then not even a minute goes by and I turn around again and then he's standing up and he's pushing people away from him.

And that's all I can tell you.  Again, people started screaming, people were loud.  It was hard to even comprehend what was going on back there.

Q.   Just to backtrack a moment, you couldn't observe what sort of care was -- I'm sorry, strike that.

You couldn't observe the type of care that the medical professionals were attempting to administer to the passenger as he was on the ground in the rear galley, correct?



Page 34

A.   No.   I wasn't there for that part.

MR. AMRHEIN:  Objection.

BY MR. MALYSA:

Q.   Did you at any point come to learn after the incident what kind of care was being administered to the passenger while he was on the ground in the rear galley?

MR. AMRHEIN:  Objection.

THE WITNESS:  I do not recall having this conversation with anyone.  I can't remember right now.

BY MR. MALYSA:

Q.   At any point did you see -- did you come to -- I'm sorry, strike that.

At any point did you come to learn that the passenger did receive some sort of medication while he was in the rear galley?

MR. AMRHEIN:  Objection.

THE WITNESS:  I do not recall that.

BY MR. MALYSA:

Q.   Earlier you testified that from your vantage point you could see that the passenger had gotten to his feet and began pushing people away from him; is that correct?

A.   That's --



MAGNA
LEGAL SERVICES

Page 35

MR. AMRHEIN: Objection.

THE WITNESS: -- my memory, yes.

BY MR. MALYSA:

Q. Did you come to learn at any point that the passenger had, in fact, committed an act of violence against either a crew member or a passenger once he got to his feet?

MR. AMRHEIN: Objection.

THE WITNESS: Yes.

BY MR. MALYSA:

Q. And can you describe what sort of information you learned about what the passenger did once he got to his feet?

MR. AMRHEIN: Objection.

THE WITNESS: So it was like the workers were telling me, you know, that he went from laying on the ground being almost unconscious twitching to having a burst of energy and literally came to and got on his feet. And it's almost like he looked like a zombie. Like he looked like he wanted to -- he wanted everybody away from him, so he became violent, you know. And they were trying to figure out what was going on at the same time, too.

That's what I learned from my coworkers after the fact.



MAGNA
LEGAL SERVICES

Page 36

BY MR. MALYSA:

Q.   When you were standing in the front galley, what function were you performing at the time?

A.   Trying to keep everybody calm, and basically regard the front entrance of the airplane. Anytime the door is open a flight attendant has to be around that area.

Q.   So your intention was to unlock the door once the plane arrived at the gate; is that correct?

A.   Correct.

Q.   So at the time that the captain made the announcement advising that the doors would need to be unlocked, the plane was still traveling towards the gate and eventually to the jet bridge; is that correct?

A.   No.   The plane was already there when he made that PA.   So before the jet bridge connects, we have to disarm the doors so that -- I'm sorry, I'm drawing a blank here.   We had to disarm the doors so that we don't deploy the slides.   That's what it is. If the doors are open with the -- if they don't get disarmed before you open, then the slides will deploy.

So doors needed to be disarmed before they open.   But the captain didn't make a PA about



Page 37

disarming the doors until after we were already parked at the gate.

Q.   So I just want to go back to when you were leaving the galley in order to make it to the front galley.  You had mentioned that you had to go on top of the passenger in order to leave because it's a close space; is that correct?

A.   Yes.

MR. AMRHEIN:  Objection.

BY MR. MALYSA:

Q.   So where -- if -- if you had to describe where in the galley were you standing prior to -- when you attempted to exit the galley in order to go to the front?

A.   So in the galley there are three -- it's going to be hard to describe, but I was basically against the wall facing towards the front of the plane.  And when my coworkers brought him to the galley and lay him on the floor -- so they laid him in front of me.  And that's when I said in order for me to be able to leave the galley and go back to the front of the plane, I have to jump on top of him.

I don't know if that's a good answer but that's the best I can describe it.

Q.   No, no.  And just for my reference, how



Page 38

much do you weigh today, sir?

A.   How much do I weigh?

Q.   Uh-huh.

A.   About 190 pounds.

Q.   And back in April 2019 how much did you weigh?

A.   That was before the pandemic so I would say maybe 175.

Q.   And the pandemic -- it definitely --

A.   Oh, yeah.

Q.   It affected everyone differently.

So once you were connected to the -- the plane was connected to the jet bridge after you had disarmed the door, what was the next thing that happened?  What did you observe next?

A.   There was two supervisors on the jet bridge.  They were the first ones, you know, there when the door got open.

As I'm trying to tell them what's happening back there, I saw the one -- the first cop that got to the airplane, he's coming running down the jet bridge, and he was the first one on the plane.

And then, you know, I just -- I said it's happening back there.  So, you know, everybody at that point was standing.  And it became about telling



Page 39

people get out of the way so, you know, let them get back there.

Q. So when you first saw that first police officer who boarded the plane, was he alone or did he have any other police officers with him?

A. He was alone.

Q. And did you have any conversations with that police officer when he entered into the cabin --

A. As he passed I did. I'm sorry, I keep interrupting you. I don't do that on purpose.

As he got on the plane, it was a split of a second that we talked. You know, I said he's back there. So that's as much as I talked to him, you know. He understood the situation, that he needed to attend to what was in the back of the plane.

So those words, you know, maybe a few words that he and I exchanged in a matter of seconds.

Q. From your vantage point where you were standing at the front of the plane, were you able to observe the police officer make his way to the rear galley of the plane?

A. Yes.

Q. From where you were positioned, could you see or hear anything that was happening in the rear galley of the plane once the officer arrived?



Page 40

A.   I could see very little.  I could not hear much other than screaming and -- I could see very little, and I could hear screaming and yelling, but I couldn't, you know, not with details.

THE COURT REPORTER:  And was there an objection or no?

MR. AMRHEIN:  I was going to ask for clarification because I thought Matt cut out just a little bit during the middle of the question.  So that was -- it didn't seem like I was going to object to that question.  I was just going to ask if you could repeat the question.

MR. MALYSA:  Would you like the court reporter to read it back for you?

MR. AMRHEIN:  Yeah.  That would be great. I just -- just a small portion in the middle of it, I just couldn't hear the audio.  That's all.

- - -

(Whereupon, the following portion of the testimony was read back by the court reporter:)

"QUESTION:  From where you were positioned, could you see or hear anything that was happening in the rear galley of the plane once the officer arrived?"

- - -



Page 41

MR. AMRHEIN:  Thank you, Gale.

BY MR. MALYSA:

Q.    Were you able to see any movement from where you were standing once the police officer made his way to the rear galley?

A.    Yes.  The same movement that I saw previous to that, that kept happening when the one cop got in the back of the plane.  Not a whole lot of time went by before there was the first wave of cops on the plane, and that made it really hard for anyone to see what was happening back there.

Q.    So at some point once the first officer made his way to the rear galley of the plane, did you observe any other inflight crew members or passengers exit from the galley?

A.    Yes.

Q.    And can you describe who you saw exiting from the galley?

A.    It was Cory -- no.  Or no, it was Kareem, sorry.  I think it was Kareem.  Pepper spray was released in the back galley.  So Kareem was coming towards the front of the plane, and he was coughing and crying and, you know, was having difficulty breathing.

So I met with him maybe halfway through the



Page 42

airplane.  And then, you know, my first thought was to just grab him to help him walk forward to the front of the plane.  I just wanted to splash water on him, on his face or whatever.

But he was the only one that I saw coming, you know, back from the back galley.  I don't recall when I saw Kareem -- I mean, sorry, Cory and Kevin making their way to the front of the galley, but I know they were still back there at some point.

Q.   So once you encountered Kareem in the aisle of the plane, am I correct you went halfway from the front and towards the rear of the plane?

A.   Yes.

Q.   At that point, did you return to the front of the plane with Kareem?

A.   The question was once I got from the middle of the aisle -- from the middle of the plane on the aisle?  Yes, I helped him back to the front, and we went immediately straight to the bathroom.  And the idea was to throw water on his face.

Q.   And what do you recall happening next after you were assisting Kareem?

A.   More waves of cops getting on the plane. It was one after another.  And they were all making their way to the back of the plane.



Page 43

Q.    How much time had gone by between when you saw the first police officer arrive on the plane and when you saw the additional police officers coming?

A.    It's hard to give you a number but, you know, it was a matter of minutes.

Q.    Did you have any conversations with any of those additional police officers who arrived on the plane?

A.    Not while we're on the plane.

Q.    When you say not while on the plane, did there come a time later that you did have a conversation --

A.    Yeah, we briefly spoke to some of them on the jet bridge and just outside the gate in the terminal.

Q.    At some point were you or any of your coworkers asked to provide any JetBlue equipment or supplies to any of the police officers aboard the plane?

A.    I wasn't, and I'm not sure if my coworkers were.

Q.    The passenger who had the medical event and who was later seen standing and pushing flight crew members and passengers, that individual was ultimately removed from the plane by EMTs and placed



Page 44

in an ambulance, correct?

A.    That's correct.

        MR. AMRHEIN:   Objection.

BY MR. MALYSA:

Q.    Following this event, were the passengers removed from the plane and placed -- and placed on another airplane to continue their journey?

A.    I'm not sure what happened to the passengers after that.  They were removed from that aircraft, but I'm not sure what happened that night after that.

Q.    Now, with regard to the inflight crew that was assigned to the initial flight, did everyone who you were working with, did their shift end following this incident?

A.    Yeah, some of us were taken to the hospital because of the pepper spray incident.  Kareem was for a fact.  I was as well.  I can't speak for Kevin or Cory.

Q.    You said that you were taken to the hospital; is that correct?

A.    Yes.

Q.    And what were your complaints at the time you were taken to the hospital?

A.    Irritated eyes, hard to breathe, coughing.


MAGNA
LEGAL SERVICES

Page 45

I guess symptoms with the pepper spray.

Q.    Were you ultimately asked to prepare a written statement by JetBlue Airways concerning this incident?

A.    Yes.

Q.    So what I'm going to share with you, which we're going to refer to as Leandro 1 for identification purposes, is what I'll represent to you are four separate statements that appear to have been prepared by members of the flight crew following the incident.

Just bear with me one moment and I'll try to get that up on the screen.

(Leandro Exhibit 1 was marked for identification.)

BY MR. MALYSA:

Q.    Mr. Leandro, are you able to see a document on your screen?

A.    Am I able to zoom in on this?

Q.    Yeah.  I can control -- I think I can control --

A.    Oh, yeah.

Q.    Do you see it?  Do you see a document on your screen?

A.    Yeah.



Page 46

Q.    Let me know if that is a -- that needs to be zoomed in any more for you?

A.    No, no, it's fine.  I can see it now.

Q.    So I would just like you to take a moment. This is a three-page document, and for the purposes of the record, note that the first page is Bates stamped PA13, and the last page is Bates stamped PA15.

A.    Okay.

Q.    I will retain the availability to scroll through the document.  So what I'd like you to do is just read through, please, and at the end I'd like to ask you whether any of these statements were prepared by you, sir.  Just let me know when you'd like me to scroll.

A.    Okay.  Do you want me to read it out aloud?

Q.    No, no.  You can read it to yourself.

A.    Okay.  Can you scroll down a little bit? And I guess I can tell you that from reading that first one, I can tell that wasn't my -- that wasn't my statement.

Q.    Okay.  So you're referring to the paragraph that starts with the words, "While on taxiway" on page 1 of Leandro 1, and that is not your statement, correct?



Page 47

A.    Correct.

Okay.  This part, the second paragraph is also not my statement.  So you can scroll down.

Okay.  So this paragraph 687 dash 19, that is my statement.

Q.    Am I right that the statement on page 2 of Leandro 2, Bates stamped PA14, starting with the words "Shortly after" is the statement that you prepared in connection with this incident?

A.    Correct.

Q.    So, sorry, have you had a chance now to read through the statement or would you like a moment?  I'm not sure if any of it was cut off.

A.    Repeat that question again.  I'm sorry.

Q.    Did you have a chance to read the statement in its entirety?

A.    As much as I -- yeah, so I can tell from the beginning of the -- I remember this, this being my statement.  And you know, being the person who first got to the customer, yes.  So yeah, this is exactly what I wrote.

Q.    So towards the middle of the paragraph, it mentions here that three nurses offered help, so that they were also in the galley helping keep the PAX on his side as he was bleeding.



Page 48

Does that refresh your recollection as to there being three medical professionals who responded to your PA call?  Earlier your testimony was that there were two.

A.   I remember two.  I don't remember three.  But based on my experience of these particular reports that we have to write, you know, by law we have to write this report within 12 hours of the incident.

So I would probably trust this report more than my recollection.

Q.   Understood.

Mr. Leandro, would you agree with me that a passenger committing violent acts against crew members and other passengers poses a serious risk to the safety of everyone on the flight?

MR. AMRHEIN:  Objection.

THE WITNESS:  Yes.  For the most part, yes.

MR. MALYSA:  So for now, that's all the questions I have for you.

Mr. Amrhein may have some questions.  And so I may have a few follow-ups, but thank you very much.

THE WITNESS:  Okay.

MR. AMRHEIN:  Before I get started, Matt,



Page 49

if you could just take down the screen just so I can kind of see visuals of everybody, that would be great.

MR. MALYSA:  Sure.

MR. AMRHEIN:  Perfect.  Thank you.


EXAMINATION

BY MR. AMRHEIN:

Q.   Thank you again, Mr. Leandro, for being here with us today.  Very much appreciate your time.

I think I'm going to be very brief with respect to my questions, so it's not going to be taking up too much more of your time, sir.

Just one point of clarification.  I know you had testified previously about being in the back galley after you had responded initially to the male having a seizure, and then after seeing foam and blood in his mouth you went to get gloves; am I correct?

A.   That's correct.

Q.   And at that point you had made a radio call or I should say an emergency call to the cockpit expressing that a male was having a seizure, a medical emergency; is that right?

A.   That's correct.



Page 50

Q.   Sir, are there multiple ways of contacting the cockpit in that type of situation?  You know, one being maybe an emergency line versus a nonemergency line?

A.   We do have different buttons on every PA megaphone -- not the megaphone, sorry.  The phone. They're dedicated for different, you know, situations.  One is call the captain.  The other one is call the emergency captain.

So as long as you dial the captain, it doesn't matter, you know.  One is -- we use the emergency dial captain button mostly for emergencies that happens in the air.  But it's not entirely to anything.

So I just called the captain.  I pressed the captain button.  That's what I did on the phone.

Q.   Is that your recollection here today, or would it refresh your memory to say that testimony on the record is that the emergency line was used to contact the cockpit?

MR. MALYSA:  Objection.

THE WITNESS:  Was that a question for me?

BY MR. AMRHEIN:

Q.   Yes, sir.

A.   Can you repeat the question?



Page 51

Q. Sure.

MR. AMRHEIN: Gale, could you read that back, please?

- - -

(Whereupon, the following portion of the testimony was read back by the court reporter:)

"QUESTION: Is that your recollection here today, or would it refresh your memory to say that testimony on the record is that the emergency line was used to contact the cockpit?"

- - -

THE WITNESS: This is my recollection today. 99.9 percent of the times that we need to speak to pilots, we press the captain button. And so whether I pressed that button or I pressed the emergency captain button, I can't remember that today.

BY MR. AMRHEIN:

Q. Okay. Now, for the matter of clarification, you said at that point after you had made the call, the emergency call expressing the medical emergency situation of the male having a seizure on board and you spoke with the cockpit, and after you made the PA announcement that you testified to earlier regarding are there any medical



Page 52

professionals on board, at that point did Calvin and Kevin, I think you said, is that when they had brought the -- Mr. Lagoda at that point?  Is that when they brought him to the back galley?

A.   Correct.

Q.   And you said your back was a little bit -- your back was up against the wall and you were facing the front of the plane?

A.   Correct.  So the call for the captain came as they were bringing him to the back galley.  He was already on the ground when I paged for medical professionals.

And yes, at that point when they laid him on the ground, basically I was against the wall, and in front of him was the, you know, the entrance to the aisle.

Q.   So when you then left the back galley to the front galley, I think you said you jumped on top of Mr. Lagoda?

A.   Yes.

Q.   Do you mean you stepped over him?

A.   Yeah.  That's what I meant.  Not on top of him, but over him.

Q.   So at no point you stepped on Mr. Lagoda, the --



Page 53

A.    No, no, no.

Q.    -- the person suffering --

A.    That's not what I meant, no.

Q.    Okay.  So in your own words then, you know, now that we had this clarification, I guess I can ask that question just for a clean transcript, sir.

      After Mr. Lagoda had been laid on the ground in front of you, as you returned to the -- what was your first step in returning to the front of the galley or the front of the --

A.    I stepped over him.  I stepped over him into the galley -- I mean, into the aisle.

Q.    Thank you, sir.

      Sir, I know you testified a little bit earlier that you have seen seizures before; is that correct?

A.    Yes.

Q.    Can you just tell me and describe those events when you observed those seizures?

A.    Different people you mean, or him?

Q.    Oh, no.  Different people.  Different instances where you had in your testimony seen seizures.

A.    Well, I mean my recollection, I used to have a roommate who suffered from seizures.  So I can



Page 54

tell when he's having one.  He gets really quiet and sometimes, you know, his eyes roll back a little.

But they usually last seconds.  I seen them on TV and medical shows.  And I also, you know, at one point in my life I was starting to become a nurse, so I seen in the hospital people having grand mal seizures.

What I can tell is that they're very violent, in my opinion.  You know, there's a lot of twitching and hand twitching, and it usually appears to have foam in the mouth -- in the mouth, yeah.

Different levels of seizures I guess, you know.

Q.   I appreciate that, sir.

I'm going to introduce one document.  Before I do so, I'll just ask a couple of questions.

So you actually got to the front part of the plane, am I correct, sir?  After you stepped over Mr. Lagoda?

A.   Yes.

Q.   At that point, the -- am I correct that the plane had arrived back at the gate, but you were instructed to disarm the doors so that the jet, you know, the jet bridge can connect to the doors?

A.   Correct.


MAGNA
LEGAL SERVICES

Page 55

Q. And from the time you disarmed -- excuse me, I'll rephrase that.

After the door was open and the jet bridge was, you know, of course connected, was it just mere seconds or, you know, less than a minute from when the supervisors arrived and the first responding officer arrived?

MR. MALYSA: Objection.

THE WITNESS: The supervisors, I believe they were already there.

We're supposed to look through the window. I could tell before we opened the door that they were already on the jet bridge.

BY MR. AMRHEIN:

Q. Okay. And then the -- was it moments later that the first responding police officer arrived at the scene?

A. That's correct.

Q. And you said you saw him running down the runway?

A. Running on the jet bridge.

Q. Jet bridge, sorry, yeah. Am I correct that you saw him running down the jet bridge?

A. Yes.

Q. And any conversation you had with the first



Page 56

responding Port Authority Police Department officer was just a few words exchanged in a matter of seconds?

A. That's correct.

MR. MALYSA: Objection.

BY MR. AMRHEIN:

Q. That was just simply to direct the officer to, you know --

A. Where --

THE COURT REPORTER: Pardon me, there was overtalking. Can you start your question over?

MR. AMRHEIN: Sure, thing, Gale.

BY MR. AMRHEIN:

Q. And that was simply to direct the officer -- I can start with a fresh question just for clarity of the record.

Mr. Leandro, when the first responding Port Authority Police Department officer boarded that JetBlue flight that night, April 12th, 2019, am I correct that you had just a few words exchanged in a matter of seconds?

A. Correct.

Q. And of those few words exchanged, am I correct that they were simply to direct the officer towards the medical emergency occurring at the back



Page 57

of the plane?

A.    Correct, yes.

Q.    At that point, when the officer had arrived, were the -- was the captain and the first officer still going through their checks in the cockpit?

A.    I don't recall what they were doing in the cockpit.

Q.    And as you testified about, you know, after you momentarily directed the first responding Port Authority Police Department officer to the medical emergency at the back of the plane, sir, during that time was there commotion in the aisles from folks who were passengers on the plane?

A.    It appears to be, yes.  That's what it appears to be, more towards the back of the plane.

Q.    Do you recall seeing passengers trying to open overhead bins and in the aisle?

A.    That was after the incident happened.

Q.    Okay.  But there was commotion in the aisles amongst the passengers on the plane as the first responding officer was making his way towards the back of the plane?

MR. MALYSA:  Objection.

THE WITNESS:  The usual, you know, amount



Page 58

of people trying to see what's happening.  You know, everybody's attention.  The whole airplane attention was towards the back of the plane.

Yeah, there were some -- some people got up right after we opened the door.  Yeah, it was -- some people got up, but they still made way for the cop to get to the back of the plane.

This guy really crazy was after the pepper spray was released.

BY MR. AMRHEIN:

Q.    Sir, do you remember being interviewed as a part of an investigation for this matter?

A.    Yes.

Q.    Would it refresh your memory that that interview occurred on May 2nd, 2019?

A.    Yes.

Q.    Do you recall being asked whether or not you personally saw what happened between the first responding officer and Mr. Lagoda?

A.    Do I recall being asked?  I don't recall exactly.  But, you know, I'm assuming -- I'm sure they did ask me that question, you know, to give him my version of what happened.

Q.    Okay.  I'm just going to briefly -- before I do, sir, did you witness the interaction between



Page 59

Mr. Lagoda and the first responding officer?

A.   I have some recollections of, you know, from the distance, from the front galley what I could see to the back galleys.

Q.   Was your view obstructed at that point?

A.   Not completely.

Q.   "Not completely" suggests that it was partially obstructed.

A.   Yes.  It was partially obstructed, yes.

Q.   Do you remember testifying in response to a question about whether or not you personally saw what happened between the cop and Mr. Lagoda, and you said that you didn't personally -- that you personally didn't witness it?

MR. MALYSA:  Objection.

THE WITNESS:  That could have been my answer.  I'm not sure.

BY MR. AMRHEIN:

Q.   But at some point after the pepper spray occurred, you saw Kareem making his way from the back galley towards the front of the plane; is that right?

A.   Yes.

Q.   And you met him somewhere halfway down the middle of the plane; is that right?

A.   Correct.



Page 60

Q.    And from there, I'm assuming you're back turned away from anything that was happening in the back of the plane as you escorted Mr. Kareem to the front of the plane's lavatory?

A.    Correct.

Q.    You wouldn't have seen anything happening at the back of the plane at that point, right?

A.    No, I would not.

Q.    Am I correct that you used the term "zombie" earlier today to describe Mr. Lagoda?

A.    Yes.

Q.    And eyes rolled into the back of his head; is that right?

A.    Yes.

Q.    Foaming at the mouth with blood?

A.    Yes.

Q.    But he came out of the seizure and you witnessed the top of his head; is that right?

A.    Yes.

Q.    And as you witnessed seeing Mr. Lagoda -- I should say there was a moment in time where you could not see Mr. Lagoda at all in the back of the plane when you were located in the front?

A.    That's correct.

Q.    And then there was a time where you saw



Page 61

Mr. Lagoda's -- the top of his head in the back of the plane?

A.    Correct.

Q.    And from the time you saw the top of Mr. Lagoda's head, can you tell me when the officer, the first responding officer, was making his way down the aisle?

A.    My best recollection is that first officer was halfway through the plane when I saw Mr. Lagoda up and, you know, moving around, swinging his arms. Or, you know, all that, the physical stuff that happened back there before the first officer got there happened within seconds between the first officer getting to the back of the plane.

And so it happens as the first officer was going towards the back of the plane.

Q.    In your emergency call to the cockpit after observing Mr. Lagoda in, I think row 33 you said, that was the initial call alerting the emergency for a male having a seizure on board, correct?

A.    Yes.

Q.    And when you stepped over, not stepped on, when you stepped over Mr. Lagoda going to the front galley from the back galley to disarm the doors, was Mr. Lagoda still experiencing his medical emergency


MAGNA
LEGAL SERVICES

Page 62

as you observed that day?

A.    Yes.

Q.    And the first time you observed Mr. Lagoda from the front of the plane afterwards was as the officer had been making his way down the aisle and you saw the top of Mr. Lagoda's head?

A.    That's my recollection, yes.

MR. AMRHEIN:  Okay.  I have no further questions for now.

FURTHER EXAMINATION

BY MR. MALYSA:

Q.    Just a couple of follow-ups.

Mr. Leandro, would you please state your home address for the record.

A.    Yes.  6865 Crimson Shadows Street, North Las Vegas, Nevada, 89086.

Q.    Thank you, sir.

And I'm just going to pull up the document that we previously marked as the Leandro report.  Can you see that on your screen?  It might be coming in small right now.  Let me --

A.    What am I looking for again?

Q.    I just want to show you your statement that we looked at earlier as Leandro 1.  So the



Page 63

statement here in the middle of the page.  Do you see that?

A.   Yep, this is it, uh-huh.

Q.   So earlier you had an opportunity to look over this statement, and I'm happy to give you a bit more time now.  But in sum and total, what I would like to ask you, if this statement here is a truthful and accurate report of the incident based on your recollection?

A.   Yes, sir.  I would trust this report way more than I can tell you right now.  This is direct from what happened mere hours after the incident.

MR. MALYSA:  All right.  With that, I have no further questions.

If Mr. Amrhein has any questions?

FURTHER EXAMINATION

BY MR. AMRHEIN:

Q.   Just briefly, and this is in a follow-up to Counsel's question there as well as my inquiry a little bit earlier.

I'm just going to, for the record, show you -- I know I had referenced some interview questions for you, sir.  I'm just going to introduce that officially for the record just to refresh your



Page 64

memory of some of the testimony that you had given that I had spoken about just minutes ago.  So bear with me just one second, sir.

A.   Uh-huh.

Q.   And let me know when you're able to see that, sir.  And I'm happy to zoom in and do whatever is needed for you to be able to read the text.

A.   I can actually see it now.

Q.   Sir, I'll represent to you, and this is for the record as well, that this document is a transcript of your interview that occurred on Thursday, May 2nd, 2019, that was conducted by Sergeant Lawanda Irving, Investigator Bryan Mason, and Mr. Nicholas Viorst, who is deputy chief of the special investigations unit at the New York Attorney General's Office, and that's where Investigator Bryan Mason is from as well.

This is Bates stamped PA1768 all the way to PA1783.  And this document was produced by defendants in this matter.

Sir, this is a transcription of your interview that occurred that day, May 2nd, 2019. Would you agree with me that that is less than a month after April 12th, 2019, the day in which these events occurred?



Page 65

A.    Correct.

Q.    Do you agree with me that your memory was fresh at that time, less than a month later?

A.    Yeah.  Fresher than now, of course.  Four years later.

Q.    All right.  I understand.

And I'm not going to be much longer, sir. I do promise.  And it's -- we'll get you out of here. We very much appreciate your time.

I'm just going to direct your attention to what is page 9 of this individual document.  It is also Bates stamped PA1776.

Sir, do you recall being asked earlier, you were asked a question about whether or not you personally saw what happened between the cop, the first responding officer, and the guy, Mr. Lagoda?

A.    Okay.

Q.    And do you remember I had mentioned -- that you had said correct to that question when interviewed by the folks I had mentioned on the record just minutes ago?

A.    Yes, I remember that.

Q.    I'll just show you exactly where I found that, sir.  Do you see where at the middle of the page, where it says -- next to where my mouse is,



Page 66

Mr. Nicholas Viorst, question:  "So you didn't personally see what happened between the cop and the guy?"  The cop meaning the first responding officer, and the guy, Mr. Lagoda, and answer, Mr. Frank Leandro:  "Correct"?

A.   Yeah, that's correct.

MR. AMRHEIN:  Thank you.  I have no further questions.

And for the record, sorry, I guess we can mark that as -- how does -- Matt, how was the first one marked?

MR. MALYSA:  Leandro 1.  So do you want that to be Leandro 2?

MR. AMRHEIN:  Leandro 2.  That would be great.

(Leandro Exhibit 2 was marked for identification.)

MR. MALYSA:  Sir, can you bear with me just one moment.  I just want to look at my notes just to make sure I don't have any further questions.  Okay?

THE WITNESS:  Sure.

THE COURT REPORTER:  Off the record.

(A recess was taken from 2:09 p.m. to 2:11 p.m.)



Page 67

THE COURT REPORTER:  Back on the record.

FURTHER EXAMINATION

BY MR. MALYSA:

Q.   Mr. Leandro, Counsel just showed you a document that's been marked as Leandro 2.  I'm going to show you the same document, and I just want to ask you a quick question about it.  Okay?

A.   Uh-huh.

Q.   Let me know if you can see that on the screen?

A.   Yes, I can.

Q.   Okay.  So the portion I'd like to ask you about is directly on the screen.

Mr. Nicholas Viorst asks:  "If you could make any, even if you could make it out with all the people coming, and --"

And your response was:  -- "well, so, yeah, I kept going.  It all happened so fast because I believe, and this is what my, my, you know, my coworkers told me that were particularly there in the galley.  He came to, and I don't know if he was shocked of so many people around him, so he started fighting them.  And as the cop got there, the first one, you know, he kinda took control over the



Page 68

situation."

And then below that -- well, first I just wanted to ask you about that statement there. As far as the -- when you're referring to what coworkers told you there, are you telling the investigators specifically about a conversation that you had with another inflight crew member? If so, do you recall which inflight crew member provided you with that information?

MR. AMRHEIN: Objection.

THE WITNESS: So yeah, that I'm pretty sure that was a conversation or, you know, we had after the incident. And I believe it could have been on the jet bridge before we left, you know, the area.

It probably was Kevin who said that to me, and -- and not Kareem. So if anything, it came from Kevin or Calvin. But mostly Kevin. I was closer -- I was more familiar with Kevin than any of the other two guys.

BY MR. MALYSA:

Q. Do you know if Kevin still works at JetBlue Airways?

A. Yes, he is.

MR. MALYSA: No further questions from me.



Page 69

FURTHER EXAMINATION

BY MR. AMRHEIN:

Q. I just have one follow-up actually on the same document. I'm just going to pull it up quickly.

Sir, just let me know when you're able to see that on your screen?

A. I see it now.

Q. Do you recall the section that counsel just read aloud to you --

A. Yes.

Q. -- at the bottom third on page 8?

A. Yes.

Q. That testimony that you said, "This is what my, my, you know, my coworkers told me."

A. Uh-huh.

Q. And then I'll scroll down again to page 9, so subsequent to that, what we had discussed just previously.

Question: "So you didn't personally see what happened between the cop and the guy?"

A. That's correct.

Q. And you answered, "Correct."

So I'll just ask you, sir, am I correct that you didn't personally witness what happened between the first responding officer and Mr. Lagoda?



Page 70

A.   That is correct.  I did not see that personally, no.

MR. AMRHEIN:  Thank you, sir.  I have no more questions.  And I appreciate your time.

MR. MALYSA:  I'm going to bring up the same document again.

MR. AMRHEIN:  Shoot, sorry.  I would have kept it up there.

MR. MALYSA:  That's all right.

FURTHER EXAMINATION

BY MR. MALYSA:

Q.   Mr. Leandro, again, I'm pulling up the document that we were referring to here as Leandro 2, and I'm directing you to two pages, the first of which being PA1771 and the second page being PA1772.

Directing you to -- and this is pages 4 and 5 of the transcript and the document.

A.   Uh-huh.

Q.   Sir, I just wanted to direct your attention here.  Sergeant Lawanda Irving states:  "Okay.  So when you walked away he was still on the floor having a seizure?"

And your response was, "Correct."


MAGNA
LEGAL SERVICES

Page 71

The next statement is from Sergeant Lawanda Irving, "Okay."

And you made a statement here that says: "Also, uh, yeah, so, um, all right, I forgot this part. So when the first cop goes in the airplane, and this is before the rest of 'em got there, um, as he got to the back of the plane, it was, like, a, like a burst of energy or something. The guy literally just came from the ground. Like, he was completely, you know, like, seizuring on the ground, and he had no control of anything, and then he just got up. And all you can see was the top of his head, and you can see, you know, there was a commotion back there, that he was fighting people."

And the next statement is from Sergeant Lawanda Irving and it says: "So you saw arms flying, you saw, what'd you see?"

And this statement is directly attributed to you. It says: "I saw, like, a lot of, you know, yeah, violence goin on back there. But, you know, I'm in the front of the plane. It's a long plane, so what I can see was, you know, there was, they were tryin to hold onto him because he was, you know, he was tryin to fight. And I think that's when spray, the pepper spray got, you know..."



MAGNA LEGAL SERVICES

Page 72

Did I read that accurately, sir?

A.    Yes, sir, you did.

Q.    So there seems to be a bit of a disconnect between the testimony that you provided where you stated that you didn't see anything that was going on in the rear galley personally as it was recounted to you towards the end of this transcript.  But here it appears that you were speaking from memory.

So I just want to give you an opportunity, the two statements that I just read over for you, do you believe that you -- at the time you gave these statements to investigators, you were speaking from your recollection at the time and about things that you actually saw?

MR. AMRHEIN:  Objection.

THE WITNESS:  You're right about all of it.  At the time that's, you know, that was my recollection.

Reading this transcript and within the same transcript, I can see, you know, me saying before that I was told by my coworkers what happened back there.

But the truth is, you know, like from the front of the plane, my view of what was happening in the back galley was -- you know, was limited.  There



MAGNA
LEGAL SERVICES

Page 73

was people around, and there was, you know, people standing, people watching what was happening back there.

I can't say 100 percent that I saw the full interaction of the first officer and the passenger. It was, you know, me seeing what happened when he first got up from the floor being violent towards everyone that was around him.

And then, you know, what happens after the pepper spray, you know, that's when the view of everything got blocked after that.

When you mix that with what Kevin was telling me -- because he was there, you know, when the first officer was in the back galley interacting with the passenger.  It's a bit blurry.

But I guess for the record, you know, my recollection of -- my view from the front of the plane, the back was, you know, was not very good.

I did see when he got up and I saw the top of his head.  I saw him pushing people around, his arms swinging and stuff like that.  But that's basically all I could see from the front of the plane.

MR. MALYSA:  Thank you, sir.  I have no further questions.



Page 74

FURTHER EXAMINATION

BY MR. AMRHEIN:

Q.   Just one follow-up question, sir.  I know you had mentioned you could only see the top of somebody's head; is that right?

A.   Uh-huh.

THE COURT REPORTER:  Is that a yes?  Wait, we need a "yes."

THE WITNESS:  I'm sorry.  Yes.

MR. AMRHEIN:  I can ask that question again, Gale, because I said "somebody" as opposed to specifying the question.

BY MR. AMRHEIN:

Q.   Sir, sorry, I'll rephrase that for you.  Am I correct that you've testified that you only saw the top of Mr. Lagoda's head from the front of the plane?

A.   That's correct.  As referring to I could see that he was standing.  I also could see the top of Kevin's head and, you know, maybe one of the nurses.

But yeah, that's what I meant that I could see the top of his head as he was standing.

Q.   Okay.  So if you could only see the top of somebody's head, would you agree that the rest -- the view of the rest of Mr. Lagoda's body and actions



Page 75

would be obstructed since you can only see the top of his head?

A.   Yeah, that's true.  And he had other -- two flight attendants or three flight attendants back there.  There was the nurses that was helping.  And then after --

Q.   I'm just -- sorry, my question is very limited, and I promise you it's my last one.

So am I correct that if you can only see the top of somebody's head, that means your view of the rest of the person's body below that is limited?

A.   That's correct.

MR. AMRHEIN:  I have no more questions.

MR. MALYSA:  No more questions for me.

Mr. Leandro, thank you very much for your time today.  I just want you to bear with us one moment in case Gale has any questions as far as spellings for you.  Okay?

MR. AMRHEIN:  And thank you very much, sir. We very much appreciate your time, thank you.

THE COURT REPORTER:  No one hang up yet. Very briefly, allow me to ask you, Mr. Amrhein, on the record, would you like a copy of this transcript, please?

MR. AMRHEIN:  Yeah, please.  Electronic



Page 76

only is fine.  Maybe a full size as well as the mini

would be great.

        THE COURT REPORTER:  Okay, thank you.

E-tran only.

        If it's all right, I'm going off the

record.

                        -    -    -

                (The remote videoconference deposition

                was concluded at 2:23 p.m.)

                        -    -    -



Page 77

CERTIFICATE OF REPORTER

I, the undersigned, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given to the best of my ability.

Further, that before completion of the proceedings, review of the transcript [  ] was [ X ] was not requested pursuant to NRCP 30(e).

I further certify I am neither financially interested in the action, nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: August 31, 2023

_Gale Salerno_____
GALE SALERNO, RMR, RVR-MS, CCR #542



# Magna
## Key Contacts

Schedule a Deposition:

Scheduling@MagnaLS.com | 866-624-6221

Order a Transcript:

CustomerService@MagnaLS.com | 866-624-6221

General Billing Inquiries:

ARTeam@MagnaLS.com | 866-624-6221

Scheduling Operations Manager:

Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

Customer Care:

Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

Director of Production Services:

Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

National Director of Discovery Support Services:

Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

Billing Manager:

Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

Director of Sales Operations:

Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)



| A | | | |
|---|---|---|---|
| **ABCs** | 20:11 | 7:15,17,21,24 8:4,7 | 56:13 58:10 59:18 |
| 17:24 | **advising** | 8:11,21 9:3 12:6 | 62:8 63:15,18 66:7 |
| **ability** | 36:12 | 45:3 68:23 | 66:14 68:10 69:2 |
| 77:12 | **AED** | **aisle** | 70:3,7 72:15 74:2 |
| **able** | 20:4 | 9:14,15 26:22,25 | 74:10,13 75:13,19 |
| 7:11 10:4 12:9 29:10 | **AEDs** | 31:8,20 42:10,17,18 | 75:22,25 |
| 31:18,22 32:1,24 | 19:15 | 52:16 53:12 57:18 | **announcement** |
| 37:21 39:19 41:3 | **affect** | 61:7 62:5 | 30:4 32:3 36:12 |
| 45:17,19 64:5,7 | 7:7 | **aisles** | 51:24 |
| 69:5 | **afternoon** | 57:13,21 | **answer** |
| **aboard** | 5:8 | **alcohol** | 5:21 6:6,12,13,20,23 |
| 11:20 12:11 16:25 | **aggravated** | 7:7 | 7:11 11:14,15 13:5 |
| 19:13 20:12 22:3 | 32:15 | **alert** | 13:12 15:25 21:16 |
| 43:18 | **ago** | 22:12 | 37:23 59:17 66:4 |
| **acceptable** | 64:2 65:21 | **alerted** | **answered** |
| 6:23 | **agree** | 22:11 23:5 24:18 | 69:22 |
| **access** | 48:13 64:23 65:2 | **alerting** | **answering** |
| 12:5 17:14 18:25 | 74:24 | 61:19 | 6:5 |
| 19:3,5,23 20:2 | **agreed** | **Alexey** | **answers** |
| **accurate** | 28:2 | 1:4 2:14 4:16 | 5:20 |
| 63:8 | **agreement** | **allow** | **anticipate** |
| **accurately** | 4:8 | 75:22 | 6:3 |
| 72:1 | **ahead** | **allowed** | **anymore** |
| **act** | 11:15 16:16 23:18 | 12:22 17:7 | 16:10 30:20 |
| 35:5 | **aid** | **aloud** | **Anytime** |
| **action** | 8:14 11:8,16 19:9 | 46:16 69:9 | 36:6 |
| 77:17,18 | 20:5 | **altercation** | **appear** |
| **actions** | **air** | 18:4 | 25:13 45:9 |
| 17:19 74:25 | 12:23 13:8 16:5,8,19 | **ALTERMAN** | **appearances** |
| **acts** | 50:13 | 2:8 | 2:1 4:9 |
| 48:14 | **Airbus** | **ambulance** | **appeared** |
| **additional** | 8:22 9:2,6,18 | 44:1 | 22:9 |
| 43:3,7 | **aircraft** | **amount** | **APPEARING** |
| **address** | 8:13,15,22,23,25 | 9:24 10:9 57:25 | 1:21 |
| 62:15 | 9:10 10:1,18 11:20 | **Amrhein** | **appears** |
| **administer** | 16:25 17:3,9 24:5 | 2:3 3:4,6,8,10 4:12 | 54:10 57:15,16 72:8 |
| 4:11 33:24 | 44:10 | 4:13 10:15 11:13,15 | **appreciate** |
| **administered** | **aircrafts** | 12:20 13:3,19 14:4 | 49:10 54:14 65:9 |
| 34:5 | 8:19 | 14:10 15:19,22 17:4 | 70:4 75:20 |
| **administrator** | **airline** | 17:17 20:16 25:15 | **approach** |
| 1:4 4:17 | 8:3 | 28:11 31:14 33:3 | 20:20 |
| **advise** | **airplane** | 34:2,8,18 35:1,8,14 | **approached** |
| 23:13 | 9:15 10:7 11:5 17:11 | 37:9 40:7,15 41:1 | 22:10 26:3 |
| **advises** | 31:2 36:5 38:21 | 44:3 48:17,21,25 | **April** |
| | 42:1 44:7 58:2 71:5 | 49:5,8 50:23 51:2 | 7:25 21:24 38:5 |
| | **Airways** | 51:18 55:14 56:6,12 | 56:19 64:24 |



MAGNA
LEGAL SERVICES

**area**
28:7 36:7 68:15
**arms**
26:18 32:12 61:10
71:16 73:21
**arrest**
20:5
**arrive**
43:2
**arrived**
36:9 39:25 40:24
43:7 54:22 55:6,7
55:16 57:4
**ascertain**
29:10
**Ashcroft**
2:3 4:14
**asked**
43:17 45:2 58:17,20
65:13,14
**asking**
6:10,12
**asks**
67:15
**assaulted**
15:15
**assigned**
8:20 9:17,21 10:6
44:13
**assignment**
10:11
**assist**
20:13 21:20 25:23
**assistance**
29:2
**assisting**
42:22
**associate**
4:13
**assume**
6:14 7:23 17:13 26:4
**assuming**
25:22 32:19 58:21
60:1
**assumption**
26:5,5

**attempted**
37:13
**attempting**
33:23
**attend**
8:16 39:15
**attendant**
7:19 9:25 10:6,13,13
10:16,23 12:3 14:13
18:14 19:23 36:6
**attendants**
9:16,19,25 75:4,4
**attending**
11:8 31:3
**attention**
22:15 58:2,2 65:10
70:21
**attorney**
4:13 64:15 77:18
**attributed**
71:18
**audio**
15:24 40:17
**August**
1:19 4:3 77:22
**Authority**
1:8,9,10 2:9 4:22 5:9
5:11 56:1,18 57:11
**automated**
19:16
**availability**
46:10
**available**
19:13 20:3
**aware**
28:5
**a/k/a**
1:10,11

——————————
**B**
——————————
**back**
16:18 22:19,22 23:10
23:16,25 24:8,22
25:3 27:4,12 28:2,6
28:13,21 29:13
30:20 32:11 33:18

37:3,21 38:5,20,24
39:2,12,15 40:14,20
41:8,11,21 42:6,6,9
42:18,25 49:15 51:3
51:6 52:4,6,7,10,17
54:2,22 56:25 57:12
57:16,23 58:3,7
59:4,20 60:1,3,7,12
60:22 61:1,12,14,16
61:24 67:1 71:7,13
71:20 72:21,25 73:2
73:14,18 75:4
**backtrack**
23:19 33:19
**bad**
15:1
**bag**
19:1,17,20,24 20:1
**Band-Aids**
20:6
**based**
10:11,17 13:5 48:6
63:8
**basically**
14:23 15:7 36:5
37:16 52:14 73:22
**Bates**
3:17,19 46:6,7 47:7
64:18 65:12
**bathroom**
42:19
**bear**
45:12 64:2 66:18
75:16
**began**
34:23
**beginning**
47:18
**believe**
16:9 55:9 67:20
68:13 72:11
**belongs**
10:23
**belt**
26:2,9
**best**

37:24 61:8 77:11
**big**
30:15
**bins**
57:18
**bit**
40:9 46:18 52:6
53:14 63:5,21 72:3
73:15
**blank**
36:19
**bleeding**
47:25
**blocked**
73:11
**blood**
22:21 25:2,10 49:18
60:15
**blurry**
73:15
**board**
12:5 17:9 51:23 52:1
61:20
**boarded**
39:4 56:18
**boarding**
16:21,23
**bodily**
23:1
**body**
24:14 25:5 29:16
74:25 75:11
**Boston**
2:4 4:14
**bottom**
69:11
**breach**
15:12 18:16
**breathe**
25:20 44:25
**breathing**
25:14 41:24
**bridge**
36:14,17 38:13,17,22
43:14 54:24 55:3,13
55:21,22,23 68:14


MAGNA
LEGAL SERVICES

**brief**
49:11
**briefly**
43:13 58:24 63:19
 75:22
**bring**
21:2 70:5
**bringing**
52:10
**brought**
37:18 52:3,4
**Bryan**
64:13,17
**buckled**
26:2,6
**BUGIADA**
1:11
**burst**
35:18 71:8
**button**
50:12,16 51:14,15,16
**buttons**
50:5

---
**C**

**CA**
1:24
**cabin**
39:8
**call**
12:2 14:25 17:7,24
 19:17 21:8,8 23:13
 27:7,9,14,19 28:3
 28:16,16 29:24 48:3
 49:21,22 50:8,9
 51:21,21 52:9 61:17
 61:19
**called**
50:15
**calm**
36:4
**calterman@panyn...**
2:11
**Calvin**
52:1 68:18
**camrhein@ashcro...**

**2:5**
**captain**
13:23 19:20,24 23:9
 23:13,14 27:2,7,9
 27:14,16 28:22
 29:22 30:3,4 36:11
 36:25 50:8,9,10,12
 50:15,16 51:14,16
 52:9 57:4
**cardiac**
20:4
**care**
10:8 32:1 33:20,22
 34:5
**carries**
19:6
**carry**
12:8,11 14:19 17:7
 19:1
**case**
1:7 17:11,24 18:23
 20:4 75:17
**CCR**
1:24 77:24
**Center**
2:9
**certain**
10:8 12:21
**CERTIFICATE**
77:1
**Certified**
77:2
**certify**
77:3,16
**chance**
47:11,15
**change**
12:15
**changed**
16:9
**chaotic**
29:12
**charge**
30:5
**checks**
57:5

**CHERYL**
2:8
**chief**
64:14
**choke**
29:19
**Chris**
4:13
**CHRISTOPHER**
2:3
**clarification**
40:8 49:14 51:20
 53:5
**clarity**
56:16
**clean**
53:6
**cleaning**
20:6
**close**
22:22 24:7 37:7
**closed**
13:7 22:18
**closer**
68:18
**closest**
22:16
**clothes**
26:15
**cockpit**
15:12 18:16 27:18,20
 27:23 28:14,15
 49:22 50:2,20 51:10
 51:23 57:6,8 61:17
**coffee**
8:8
**come**
34:4,13,15 35:4
 43:11
**comes**
15:14
**coming**
38:21 41:21 42:5
 43:3 62:21 67:17
**committed**
35:5

**committing**
48:14
**common**
9:2
**commotion**
57:13,20 71:13
**communicated**
30:3
**communicator**
29:24 30:2
**commuting**
17:8
**complaints**
44:23
**completely**
6:4 15:11 59:6,7
 71:10
**completion**
77:13
**comply**
17:21
**comprehend**
33:18
**concerning**
45:3
**concluded**
76:9
**condition**
27:3
**conducted**
19:19 64:12
**configured**
9:7 10:1
**connect**
54:24
**connected**
38:12,13 55:4
**connection**
47:9
**connects**
36:17
**consent**
4:10,24
**considered**
10:21 13:1,15 15:4,5
**contact**


LEGAL SERVICES

50:20 51:10
**contacting**
50:1
**context**
18:9
**continue**
44:7
**control**
33:11 45:20,21 67:25
72:11
**conversation**
34:10 43:12 55:25
68:6,12
**conversations**
30:9 39:7 43:6
**coordinate**
30:13
**cop**
38:20 41:7 58:6
59:12 65:15 66:2,3
67:24 69:20 71:5
**cops**
41:9 42:23
**copy**
75:23
**correct**
8:1 12:14 19:10 25:8
25:11,22,25 26:25
27:20 29:8 31:9
32:20 33:2,25 34:24
36:9,10,15 37:7
42:11 44:1,2,21
46:25 47:1,10 49:19
49:20,25 52:5,9
53:16 54:18,21,25
55:18,22 56:4,20,22
56:24 57:2 59:25
60:5,9,24 61:3,20
65:1,19 66:5,6
69:21,22,23 70:1,25
74:15,17 75:9,12
**Cory**
41:19 42:7 44:19
**coughing**
41:22 44:25
**counsel**

4:8 67:5 69:8
**Counsel's**
63:20
**couple**
54:16 62:13
**course**
55:4 65:4
**court**
1:1 4:6,10 5:16 40:5
40:13,20 51:6 56:10
66:23 67:1 74:7
75:21 76:3
**covers**
14:1
**coworker**
18:1
**coworkers**
23:15 26:10,18 27:5
33:5 35:24 37:18
43:17,20 67:21 68:4
69:14 72:21
**crazy**
58:8
**crew**
3:17 7:18,20,24 8:2
8:10,20 9:17,21
10:4,10,21 11:3
12:1,12,15 13:14,16
13:22,25 14:6 15:16
16:2,6,20 17:2,14
17:20 18:10,22 19:8
19:12 20:10,11 21:1
23:6 25:23 26:16,22
28:7 30:21 35:6
41:14 43:23 44:12
45:10 48:14 68:7,8
**crews**
11:1
**Crimson**
62:16
**crying**
41:23
**CSR**
1:24
**cuffs**
18:5,11,18,20,23

20:3
**current**
7:14
**currently**
7:6,16
**customer**
11:18 47:20
**cut**
40:8 47:13

_____
D
_____

**dash**
47:4
**date**
77:19
**Dated**
77:22
**day**
62:1 64:22,24
**Daylight**
1:20 4:4
**deadheading**
17:8
**deal**
29:21
**dealing**
14:1,7
**Deceased**
1:5
**dedicated**
14:17 50:7
**defendants**
1:14 2:7 4:23 64:19
**defibrillators**
19:16
**definitely**
38:9
**Department**
1:10,11 4:22 56:1,18
57:11
**depending**
12:16 20:15,17 21:7
21:16
**depends**
13:11 15:1
**deploy**

36:20,23
**DEPONENT**
1:21
**deposition**
1:17 4:1,9 5:12 76:8
**deputy**
64:14
**describe**
8:9 9:5 22:9 29:9
33:1 35:11 37:11,16
37:24 41:17 53:18
60:10
**designated**
15:17
**designations**
10:11
**destination**
8:18
**details**
40:4
**dial**
50:10,12
**different**
14:18,24 15:3,13
17:23 18:3 50:5,7
53:20,21,21 54:12
**differently**
38:11
**difficulty**
41:23
**digital**
12:7
**direct**
56:7,14,24 63:11
65:10 70:21
**directed**
57:10
**directing**
70:15,18
**direction**
77:10
**directives**
17:22
**directly**
24:11 67:14 71:18
**disarm**



30:5,19 36:18,19 54:23 61:24

**disarmed**
28:23 29:23 32:6 36:22,24 38:14 55:1

**disarming**
37:1

**disconnect**
72:3

**discussed**
69:17

**distance**
6:19 33:7 59:3

**DISTRICT**
1:1,2

**divide**
10:7

**doctor**
21:13

**doctors**
21:19

**document**
12:4,8 45:17,23 46:5 46:11 54:15 62:19 64:10,19 65:11 67:6 67:7 69:4 70:6,14 70:19

**documents**
10:12

**doing**
23:5 57:7

**door**
13:7,7 32:7,10 36:6,8 38:14,18 55:3,12 58:5

**doors**
28:22 29:3,22 30:5 30:10,19 36:12,18 36:19,21,24 37:1 54:23,24 61:24

**drawing**
36:19

**drink**
15:9

**drugs**
7:7

**duly**
5:2 77:7

**DURAN**
1:13

**duties**
8:9 10:10,17 12:15

---
**E**

**earlier**
11:2,7 19:7 31:10 32:3 34:21 48:3 51:25 53:15 60:10 62:25 63:4,21 65:13

**either**
21:8 35:6

**Electronic**
75:25

**em**
71:6

**Embraer**
8:23

**Embraers**
8:25

**emergencies**
20:14 50:12

**emergency**
18:24 19:14 20:18 23:14 24:19 27:25 30:1,1 49:22,24 50:3,9,12,19 51:9 51:16,21,22 56:25 57:12 61:17,19,25

**EMK**
19:17

**employee**
77:17

**employer**
7:14

**EMTs**
43:25

**encounter**
20:19

**encountered**
42:10

**encountering**
22:2

**ended**
28:16

**energy**
35:18 71:8

**entered**
39:8

**entirely**
50:13

**entirety**
47:16

**entrance**
23:25 24:4,8 32:7 36:5 52:15

**equal**
9:25

**equipment**
19:22 21:3 43:17

**equipped**
18:22

**escalate**
18:4

**escalates**
15:10

**escorted**
60:3

**especially**
23:1

**ESQ**
1:4

**ESQUIRE**
2:3,8,8

**essentially**
10:9 21:2

**estate**
1:4 4:17

**estimate**
6:19,21

**evacuate**
8:15

**evacuation**
11:17

**event**
19:14 43:22 44:5

**events**
21:23 53:19 64:25

**eventually**

36:14

**everybody**
14:13 19:5 26:6 35:21 36:4 38:24 49:2

**everybody's**
58:2

**Evgeniy**
1:5 4:17

**exactly**
13:12 19:6 25:16,18 33:6 47:21 58:21 65:23

**Examination**
3:3,4,5,6,7,8,9,10 5:6 49:7 62:11 63:17 67:3 69:1 70:11 74:1

**examined**
5:3

**example**
10:12 12:16 13:6

**exchanged**
39:17 56:2,20,23

**excuse**
55:1

**Exhibit**
3:17,18 45:14 66:16

**EXHIBITS**
3:15

**exit**
37:13 41:15

**exiting**
41:17

**expected**
9:22

**experience**
48:6

**experiencing**
19:9 22:6 61:25

**explain**
17:1,19 19:12

**expressing**
49:23 51:21

**external**
19:16



**extra**
9:9
**eyes**
22:18 24:22 30:16
44:25 54:2 60:12
**E-tran**
76:4
**E190**
9:1

**F**

**face**
42:4,20
**facing**
37:17 52:7
**fact**
35:5,25 44:18
**fair**
7:23 10:3
**FAM**
12:2
**familiar**
68:19
**family**
8:24
**far**
7:3 8:25 9:24 11:22
15:14 20:2 68:3
75:17
**fast**
67:19
**feet**
22:23 32:25 34:23
35:7,13,19
**FFPOs**
17:7
**fight**
8:14 33:8 71:24
**fighting**
11:17 67:24 71:14
**figure**
35:22
**financially**
77:16
**finds**
20:22

**fine**
46:3 76:1
**finish**
6:4,5
**fire**
11:17
**fires**
8:14 11:8
**Firm**
1:25 2:3 4:14
**first**
5:2,16 8:13 9:8 11:7
11:16 17:25 20:5
22:10,21 23:3 26:3
27:16 38:17,20,22
39:3,3 41:9,12 42:1
43:2 46:6,20 47:20
53:9 55:6,16,25
56:17 57:4,10,22
58:18 59:1 61:6,8
61:12,13,15 62:3
65:16 66:3,10 67:24
68:2 69:25 70:15
71:5 73:5,7,14
**five**
5:10 9:8 15:13
**fleet**
9:12
**flight**
3:17 7:18 8:17 9:16
9:17,19,23,24,25
10:6,13,13,16,23,24
11:3 12:3,6,10,12
12:16,25 13:1,22
14:2,13 17:21 18:14
19:13,23 20:12
21:12,23 22:3 27:20
28:7 30:8 36:6
43:23 44:13 45:10
48:16 56:19 75:4,4
**floor**
2:4,10 23:17 28:14
29:7 31:17 37:19
70:23 73:7
**fluids**
23:1

**flying**
8:13 12:18 18:6
71:16
**foam**
25:10 29:20 49:17
54:11
**foaming**
22:20 25:1,9 60:15
**focus**
28:25
**folks**
57:13 65:20
**following**
40:19 44:5,14 45:10
51:5
**follows**
5:3
**follow-up**
63:19 69:3 74:3
**follow-ups**
48:22 62:13
**forced**
18:17
**foregoing**
77:4,6,10
**forgot**
71:4
**forth**
77:5
**forward**
28:19 30:20 42:2
**found**
65:23
**four**
3:17 9:19 10:2,7 45:9
65:4
**Frank**
1:18 4:2 5:1 66:4
**fresh**
56:15 65:3
**Fresher**
65:4
**front**
31:5,6,8,18,22,25
32:6,10,17,19 36:2
36:5 37:4,14,17,20

37:22 39:19 41:22
42:3,8,12,14,18
52:8,15,18 53:8,9
53:10 54:17 59:3,21
60:4,23 61:23 62:4
71:21 72:24 73:17
73:22 74:16
**full**
73:4 76:1
**function**
36:3
**further**
3:5,6,7,8,9,10 62:8
62:11 63:14,17 66:7
66:20 67:3 68:25
69:1 70:11 73:25
74:1 77:13,16
**F-A-M**
12:2

**G**

**Gale**
1:23 4:12 5:17,22 6:1
41:1 51:2 56:12
74:11 75:17 77:24
**galley**
22:22,23,24 23:6,17
24:1,5,5,8,11 25:3
25:24 27:4,12 28:7
28:13,21 29:7 30:8
30:19,24 31:1,4,5,6
31:7,8,12,17 32:1
32:19 33:25 34:7,17
36:2 37:4,5,12,13
37:15,19,21 39:21
39:25 40:23 41:5,13
41:15,18,21 42:6,8
47:24 49:16 52:4,10
52:17,18 53:10,12
59:3,21 61:24,24
67:22 72:6,25 73:14
**galleys**
59:4
**gate**
13:1 23:10 26:8 28:2
28:6 36:9,14 37:2



43:14 54:22
**general**
12:25
**General's**
64:16
**getting**
13:9 32:10 42:23
61:14
**give**
5:13 43:4 58:22 63:5
72:9
**given**
64:1 77:11
**gloves**
22:24 23:2,7 24:12
25:4 27:5 49:18
**go**
11:15 14:9,11,14,17
16:16 19:2 20:1
21:5,5 22:22 23:10
23:17 28:2 30:19
31:18,22 37:3,5,13
37:21
**goal**
30:14
**goes**
9:14 11:22 33:13
71:5
**goin**
71:20
**going**
6:13 26:4 28:1,6 30:9
33:9,18 35:23 37:16
40:7,10,11 45:6,7
49:11,12 54:15 57:5
58:24 61:16,23
62:19 63:22,24 65:7
65:10 67:6,19 69:4
70:5 72:5 76:5
**good**
5:8 7:5 20:1 37:23
73:18
**gotten**
34:23
**grab**
19:4 42:2

**grabbing**
23:7,8
**grand**
54:7
**great**
40:15 49:3 66:15
76:2
**Greenwich**
2:10
**Grigory**
1:5 4:16
**ground**
12:22 13:9 18:18
23:11 33:11,24 34:6
35:17 52:11,14 53:8
71:9,10
**group**
10:22
**guess**
6:21 13:10,10 45:1
46:19 53:5 54:12
66:9 73:16
**guy**
58:8 65:16 66:3,4
69:20 71:8
**guys**
16:14 68:20

_____

**H**

**half**
18:6
**halfway**
41:25 42:11 59:23
61:9
**hand**
54:10
**handcuff**
14:19,20
**hands**
24:23 29:17
**hang**
75:21
**happened**
38:15 44:8,10 57:19
58:18,23 59:12
61:12,13 63:12

65:15 66:2 67:19
69:20,24 72:21 73:6
**happening**
25:18 27:8 30:12
38:19,24 39:24
40:23 41:7,11 42:21
58:1 60:2,6 72:24
73:2
**happens**
17:24 21:6 23:6,12
50:13 61:15 73:9
**happy**
63:5 64:6
**hard**
33:9,18 37:16 41:10
43:4 44:25
**head**
5:22 24:23 32:13
60:12,18 61:1,5
62:6 71:12 73:20
74:5,16,19,22,24
75:2,10
**hear**
15:23 39:24 40:1,3
40:17,22
**heard**
22:14,14 24:9 29:22
**hectic**
29:12
**held**
7:23 10:20
**help**
28:21 42:2 47:23
**helped**
42:18
**helping**
47:24 75:5
**highest**
15:6
**hired**
8:3
**hold**
7:16 33:6 71:23
**home**
62:15
**hospital**

44:16,21,24 54:6
**hours**
48:8 63:12
**Houston**
8:8
**huge**
29:14

_____

**I**

**idea**
42:20
**identification**
45:8,15 66:17
**identified**
13:21
**identify**
16:20,23
**ill**
18:16
**illness**
19:10
**immediately**
24:21 25:2 28:14,19
42:19
**important**
17:1
**incident**
34:5 44:15,17 45:4
45:11 47:9 48:9
57:19 63:8,12 68:13
**include**
8:24
**independent**
21:22
**INDEX**
3:1
**individual**
43:24 65:11
**individually**
5:10
**inflight**
7:18,20,24 8:2,10,20
9:16,21 10:4,10,21
12:1,12,15 13:1,16
13:22,25 14:6 15:16
16:2,6,20 17:2,13


MAGNA
LEGAL SERVICES

17:20 18:10,22 19:8 19:12 20:10,11 25:23 26:16 30:21 41:14 44:12 68:7,8

**influence**
7:6

**inform**
27:24

**information**
35:12 68:9

**initial**
14:12 44:13 61:19

**initially**
29:13 49:16

**inquiry**
63:20

**inside**
8:12 19:20

**instances**
53:22

**instructed**
54:23

**instructions**
5:14

**intention**
36:8

**interacting**
73:14

**interaction**
58:25 73:5

**interested**
77:17

**interrupting**
39:10

**interview**
58:15 63:23 64:11,22

**interviewed**
58:11 65:20

**intoxicated**
18:12

**introduce**
54:15 63:24

**investigation**
58:12

**investigations**
64:15

**Investigator**
64:13,16

**investigators**
68:5 72:12

**involved**
16:2

**involves**
8:24

**iPad**
12:11

**iPads**
12:8,9

**Irritated**
44:25

**Irving**
64:13 70:22 71:2,16

**issue**
13:21 20:19,20 22:3 22:7,11 23:24 28:9

**J**

**J**
2:3

**Jamaica**
21:24

**Jersey**
1:9,10 5:10

**jet**
36:14,17 38:13,16,21 43:14 54:23,24 55:3 55:13,21,22,23 68:14

**JetBlue**
7:15,17,21,24 8:4,6 8:11,21,22 9:3 12:5 16:6 17:20 19:13 21:23 27:20 32:7 43:17 45:3 56:19 68:22

**job**
1:25 8:9,16

**joining**
8:6

**JONATHAN**
1:12,13

**JOSEPH**

1:12

**journey**
44:7

**jump**
27:12,13 31:15,19,22 37:22

**jumped**
30:18 52:18

**June**
7:22

**K**

**Kareem**
41:19,20,21 42:7,10 42:15,22 44:17 59:20 60:3 68:17

**keep**
36:4 39:9 47:24

**kept**
29:16 41:7 67:19 70:8

**Kevin**
42:7 44:18 52:2 68:16,18,18,19,22 73:12

**Kevin's**
74:19

**kind**
14:6 18:19,20 22:19 29:18 31:21 34:5 49:2

**kinda**
67:25

**kits**
20:5

**knew**
28:19

**know**
6:18,22 9:8,11,24 11:19 13:4,6 14:20 14:22 15:1,8,10,16 16:23,24 17:2,5,6 17:10,10,23,25 18:15,17 19:1,1,6,6 19:7 20:1,5,23 21:2 22:14,17,18 24:23

25:17,18 26:1,6,9 26:13,14 28:15 29:14,16,17,19,20 29:23 30:12,15,17 31:16,20 32:7,13,14 33:5,6,8,9,10 35:16 35:22 37:23 38:17 38:23,24 39:1,12,14 39:16 40:4 41:23 42:1,6,9 43:5 46:1 46:14 47:19 48:7 49:14 50:2,7,11 52:15 53:4,14 54:2 54:4,9,13,24 55:4,5 56:8 57:9,25 58:1 58:21,22 59:2 61:10 61:11 63:23 64:5 67:10,20,22,25 68:12,14,22 69:5,14 71:10,13,19,20,22 71:23,25 72:17,20 72:23,25 73:1,6,9 73:10,13,16,18 74:3 74:19

**knowledge**
9:20 16:4,19 20:9

**known**
20:13

**L**

**ladies**
28:18

**Lagoda**
1:5 4:18 52:3,19,24 53:7 54:19 58:19 59:1,12 60:10,20,22 61:9,18,23,25 62:3 65:16 66:4 69:25

**Lagoda's**
61:1,5 62:6 74:16,25

**laid**
31:16 37:19 52:13 53:7

**large**
26:18

**Las**



MAGNA
LEGAL SERVICES

1:21 62:17
**lav**
24:2
**lavatory**
60:4
**lavs**
24:1,2
**law**
2:3 4:14,22 48:7
**Lawanda**
64:13 70:22 71:1,16
**lay**
23:17 29:12 37:19
**laying**
28:13 35:16
**layout**
9:5
**lead**
10:22,24
**leader**
10:22
**lean**
25:7
**Leandro**
1:18 3:16 4:2 5:1,8
7:14 45:7,14,17
46:24 47:7 48:13
49:9 56:17 62:14,20
62:25 66:5,12,13,14
66:16 67:5,6 70:13
70:14 75:15
**Leandro's**
3:18
**learn**
34:4,15 35:4
**learned**
35:12,24
**leave**
37:6,21
**leaving**
37:4
**left**
25:8 31:1 33:10
52:17 68:14
**leg**
9:9

**letter**
24:3
**Let's**
7:5
**level**
15:7,11,16,18 16:1
**levels**
14:24 15:13 18:3
54:12
**life**
54:5
**lifted**
26:10
**lifting**
27:6
**Likewise**
6:5
**limbs**
26:15
**limited**
72:25 75:8,11
**line**
31:6 50:3,4,19 51:10
**literally**
35:18 71:9
**little**
10:25 32:4 40:1,3,9
46:18 52:6 53:14
54:2 63:21
**located**
60:23
**location**
20:24 21:3
**long**
31:12 50:10 71:21
**longer**
65:7
**look**
17:11 31:7 32:14
55:11 63:4 66:19
**looked**
32:11,15,15 35:19,20
62:25
**looking**
62:23
**looks**

32:11
**lost**
21:15
**lot**
41:8 54:9 71:19
**loud**
15:10 33:17
**lowest**
15:4

---

**M**

**machine**
77:8
**mad**
32:15
**main**
8:16 23:3 24:4,5,25
30:14 32:6
**making**
42:8,24 57:22 59:20
61:6 62:5
**mal**
54:7
**male**
49:16,23 51:22 61:20
**Malysa**
2:8 3:3,5,7,9 4:21,21
5:7,9 10:19 11:14
11:23 12:24 13:13
13:20 14:5 15:2
16:3 17:12,18 21:10
25:21 28:24 31:24
34:3,12,20 35:3,10
36:1 37:10 40:13
41:2 44:4 45:16
48:19 49:4 50:21
55:8 56:5 57:24
59:15 62:12 63:13
66:12,18 67:4 68:21
68:25 70:5,9,12
73:24 75:14
**man**
26:19
**manner**
26:15
**manual**

11:24
**mark**
66:10
**marked**
3:16 45:14 62:20
66:11,16 67:6
**marshals**
16:5,8,19
**Mason**
64:13,17
**Massachusetts**
2:4 4:14
**Matt**
40:8 48:25 66:10
**matter**
4:16,23 5:11 39:17
43:5 50:11 51:19
56:2,21 58:12 64:20
**Matthew**
2:8 4:21 5:9
**mean**
11:18 13:5 24:2,16
25:17 28:20 32:5
42:7 52:21 53:12,20
53:24
**meaning**
26:14 66:3
**means**
30:2 75:10
**meant**
52:22 53:3 74:21
**medical**
19:14,19,25 20:12,13
20:20,22,24 21:2,8
21:13,18 22:3,7,11
23:14,24 24:19
27:25 28:8,17 29:1
29:25 30:7,23 31:3
32:2 33:23 43:22
48:2 49:24 51:22,25
52:11 54:4 56:25
57:11 61:25
**medication**
34:16
**Medications**
19:21



MAGNA
LEGAL SERVICES

**megaphone**
50:6,6
**member**
7:18,21,24 8:3,10,20
10:21 12:1,13 13:17
13:22 15:16 16:2,6
17:20 18:10 19:13
20:11 30:22 35:6
68:7,8
**members**
9:17,21 10:4,10 11:3
13:15,25 14:7 16:20
17:2,14 18:22 19:8
20:10 21:2 25:23
26:16,22 28:8 41:14
43:24 45:10 48:15
**member's**
12:15
**memory**
6:24 22:1 35:2 50:18
51:8 58:14 64:1
65:2 72:8
**mentally**
18:16
**mentioned**
11:7 15:3 37:5 65:18
65:20 74:4
**mentions**
47:23
**menu**
12:3
**mere**
55:4 63:12
**met**
41:25 59:23
**MEZZACAPPA**
1:13
**MICHAEL**
1:11
**microwave**
16:14
**middle**
40:9,16 42:16,17
47:22 59:24 63:1
65:24
**mind**

16:14 32:22
**mini**
76:1
**minute**
33:13 55:5
**minutes**
29:5,6,10 43:5 64:2
65:21
**mix**
73:12
**mixed**
22:20
**mixture**
25:10
**mmalysa@panynj....**
2:11
**model**
9:2,2,5,18
**moment**
30:14 33:19 45:12
46:4 47:13 60:21
66:19 75:17
**momentarily**
57:10
**moments**
55:15
**month**
64:24 65:3
**motion**
13:8
**mouse**
65:25
**mouth**
22:20 25:1,10 29:20
49:18 54:11,11
60:15
**move**
28:9
**moved**
26:13
**movement**
33:2 41:3,6
**moving**
25:24 26:7 30:17
61:10
**multiple**

50:1

—————————————
**N**
—————————————
**name**
4:12 5:8 77:20
**named**
5:10
**neck**
24:22
**need**
10:3 14:21 16:10,11
16:11,23,24 17:5
18:4 19:3 36:12
51:13 74:8
**needed**
28:3,22 36:24 39:14
64:7
**needing**
29:3
**needs**
11:9 46:1
**neither**
77:16
**Nevada**
1:21 62:17 77:3
**never**
18:7
**New**
1:2,8,9,9,10 2:10,10
5:10,10 21:24 64:15
**Nicholas**
64:14 66:1 67:15
**night**
44:10 56:19
**NJ**
2:9
**nodding**
5:21
**nonemergency**
50:3
**North**
62:17
**note**
46:6
**noted**
15:22

**notes**
66:19
**noticed**
24:25 25:1
**notification**
29:1,3
**notified**
16:10,12 22:5 27:3
**notify**
13:23 23:23
**NPW**
1:18 4:2 5:1
**NRB**
1:7
**NRCP**
77:15
**number**
9:20,22 15:11 24:3
43:4
**nurse**
54:6
**nurses**
21:19 47:23 74:20
75:5
**NV**
1:24
**NY**
2:9

—————————————
**O**
—————————————
**oath**
4:11
**object**
40:10
**objection**
10:15 11:13 12:20
13:3,19 14:4,10
15:19,23 17:4,17
20:16 25:15 28:11
31:14 33:3 34:2,8
34:18 35:1,8,14
37:9 40:6 44:3
48:17 50:21 55:8
56:5 57:24 59:15
68:10 72:15
**obnoxious**



15:9
**observations**
30:22
**observe**
24:13 29:7 30:21
32:1 33:20,22 38:15
39:20 41:14
**observed**
18:10 53:19 62:1,3
**observing**
61:18
**obstructed**
59:5,8,9 75:1
**obviously**
11:18 15:12
**occurred**
58:15 59:20 64:11,22
64:25
**occurring**
56:25
**offered**
47:23
**office**
4:15,22 64:16
**officer**
1:11,12,12,13,13
27:16 39:4,8,20,25
40:24 41:4,12 43:2
55:7,16 56:1,7,15
56:18,24 57:3,5,11
57:22 58:19 59:1
61:5,6,8,12,14,15
62:5 65:16 66:3
69:25 73:5,14
**officers**
5:11 39:5 43:3,7,18
**officially**
63:25
**Oh**
11:16 15:25 24:20
38:10 45:22 53:21
**Okay**
16:17,18 46:9,16,18
46:22 47:2,4 48:24
51:19 53:4 55:15
57:20 58:24 62:8

65:17 66:21 67:8,13
70:22 71:2 74:23
75:18 76:3
**once**
12:25 13:7 22:21
28:15 32:5 35:6,13
36:9 38:12 39:25
40:23 41:4,12 42:10
42:16
**ones**
38:17
**open**
13:7 22:18 36:6,21
36:22,25 38:18 55:3
57:18
**opened**
19:18 55:12 58:5
**opening**
32:10
**operate**
12:10
**opinion**
54:9
**opportunity**
24:13 63:4 72:9
**opposed**
74:11
**order**
24:12 26:23 31:11,18
37:4,6,13,20
**outlines**
11:25
**outside**
43:14
**overhead**
57:18
**overheard**
23:22
**oversee**
10:4
**overseeing**
11:4
**overtalking**
56:11
**oxygens**
19:15 20:3

**P**

**PA**
21:17 28:4,16,22
29:2,22 30:4 32:3
36:17,25 48:3 50:5
51:24
**Pacific**
1:20 4:4
**page**
3:2 46:6,7,24 47:6
63:1 65:11,25 69:11
69:16 70:16
**paged**
52:11
**pages**
70:15,18
**paid**
13:6,6,9
**pandemic**
38:7,9
**PAPD**
1:11,11,11,12,12,13
**PAPIA**
1:12
**paragraph**
46:22 47:2,4,22
**Pardon**
56:10
**parked**
37:2
**part**
28:9 29:25 34:1 47:2
48:18 54:17 58:12
71:5
**partially**
59:8,9
**particular**
9:10,22 10:20,22
22:13 23:23 48:6
**particularly**
67:21
**party**
77:18
**passed**
39:9

**passenger**
15:15 16:1 17:20
18:12,12,14 19:9
20:23 22:2,6,9,13
23:15,23 24:6,13
25:14,24 26:1,13
27:3 28:8,13,21
29:7 30:13 31:3,11
31:13 32:12,25
33:24 34:6,16,22
35:5,6,12 37:6
43:22 48:14 73:5,15
**passengers**
8:16 9:22 10:1,5,9
11:8 13:15 14:1,8
14:18,21,23,25 15:4
15:8,14 20:4 21:12
22:12 23:22 29:2
41:14 43:24 44:5,9
48:15 57:14,17,21
**PAUL**
1:13
**PAX**
47:24
**PA13**
3:17 46:7
**PA14**
47:7
**PA15**
3:17 46:8
**PA1768**
3:19 64:18
**PA1771**
70:16
**PA1772**
70:17
**PA1776**
65:12
**PA1783**
64:19
**people**
18:25 22:14 24:9,16
24:17 28:18 32:16
33:15,17,17 34:23
39:1 53:20,21 54:6
58:1,4,6 67:17,23



71:14 73:1,1,2,20
**pepper**
41:20 44:17 45:1
58:8 59:19 71:25
73:10
**percent**
51:13 73:4
**Perfect**
49:5
**perfectly**
6:23
**performing**
36:3
**period**
28:25
**permission**
19:18
**person**
18:2,2 20:23,25
22:16 25:19 29:14
30:3 47:19 53:2
**personally**
58:18 59:11,13,13
65:15 66:2 69:19,24
70:2 72:6
**personnel**
19:19 21:18 28:17
30:7 32:7
**person's**
75:11
**perspective**
25:13
**phase**
12:16 14:25 15:4,5
15:16
**phases**
15:3
**phone**
27:11,12,13,13,18
50:6,16
**physical**
61:11
**physically**
16:2 18:13,17 24:9
**picked**
26:14,17 27:14,17

**pilot**
17:6
**pilots**
51:14
**place**
9:18 21:23 77:5
**placed**
27:19 43:25 44:6,6
**Plaintiff**
2:14
**plaintiffs**
1:6 2:2 4:15
**plane**
11:12 16:21,24 28:6
28:10 31:19,23 32:6
32:8,10,17 36:9,13
36:16 37:18,22
38:13,22 39:4,11,15
39:19,21,25 40:23
41:8,10,13,22 42:3
42:11,12,15,17,23
42:25 43:2,8,9,10
43:19,25 44:6 52:8
54:18,22 57:1,12,14
57:16,21,23 58:3,7
59:21,24 60:3,7,22
61:2,9,14,16 62:4
71:7,21,21 72:24
73:18,23 74:16
**planes**
16:5 17:9
**plane's**
12:17 60:4
**play**
29:25
**please**
4:9 5:20 6:3,10 46:12
51:3 62:14 75:24,25
**point**
21:16 27:2 28:5
30:20 31:5 32:24
34:4,13,15,22 35:4
38:25 39:18 41:12
42:9,14 43:16 49:14
49:21 51:20 52:1,3
52:13,24 54:5,21

57:3 59:5,19 60:7
**police**
1:10,10 5:11 39:3,5,8
39:20 41:4 43:2,3,7
43:18 55:16 56:1,18
57:11
**policy**
20:9
**Port**
1:8,9,10 2:9 4:22 5:9
5:11 56:1,18 57:10
**portion**
14:16 40:16,19 51:5
67:13
**poses**
48:15
**position**
7:16,24 10:24 24:14
25:5 32:19
**positioned**
31:2 39:23 40:22
**pounds**
38:4
**precisely**
23:25
**prepare**
45:2
**prepared**
45:10 46:13 47:9
**present**
2:13 4:19,20 16:5
**press**
51:14
**pressed**
50:15 51:15,15
**pressure**
20:2
**pretty**
20:7 30:11,17 68:11
**previous**
41:6
**previously**
49:15 62:20 69:18
**printed**
12:4,7
**prior**

8:6 16:20,23 30:9
37:12 77:7
**priority**
13:16
**probably**
18:13 26:8 48:10
68:16
**procedure**
20:10,18 21:4
**procedures**
8:14 11:17,17,18
25:17
**proceed**
6:6
**proceeding**
5:14,18
**proceedings**
77:4,6,8,14
**process**
27:21
**produce**
5:18
**produced**
64:19
**producing**
29:20
**professional**
19:25
**professionals**
20:12 21:13 30:23
31:3 32:2 33:23
48:2 52:1,12
**promise**
65:8 75:8
**provide**
43:17
**provided**
32:2 68:8 72:4
**providing**
19:9 30:22
**pull**
62:19 69:4
**pulling**
70:13
**pulls**
12:25


MAGNA
LEGAL SERVICES

**purpose**
39:10
**purposes**
45:8 46:5
**pursuant**
77:15
**pushing**
33:15 34:23 43:23
73:20
**put**
14:20 24:12
**putting**
11:8
**p.m**
1:20 4:4 66:24,25
76:9

**Q**

**question**
5:21 6:3,4,6,9,11,13
6:14,23 13:11 15:23
16:1 21:11,15 40:9
40:11,12,21 42:16
47:14 50:22,25 51:7
53:6 56:11,15 58:22
59:11 63:20 65:14
65:19 66:1 67:8
69:19 74:3,10,12
75:7
**questions**
7:11 48:20,21 49:12
54:16 62:9 63:14,15
63:24 66:8,20 68:25
70:4 73:25 75:13,14
75:17
**quick**
16:15 67:8
**quickly**
23:13 69:4
**quiet**
54:1

**R**

**radio**
49:21
**ran**

25:3
**rare**
16:7,12
**reach**
23:9
**reaction**
22:21 23:4,9
**read**
40:14,20 46:12,16,17
47:12,15 51:2,6
64:7 69:9 72:1,10
**reading**
46:19 72:19
**real**
16:15
**realized**
24:21 27:8
**really**
41:10 54:1 58:8
**rear**
25:24 30:8,23 31:4,7
33:25 34:7,17 39:20
39:24 40:23 41:5,13
42:12 72:6
**reason**
7:10 18:6
**recall**
22:2,5 27:2,15 30:25
34:9,19 42:6,21
57:7,17 58:17,20,20
65:13 68:7 69:8
**receive**
13:25 14:7 19:8
34:16
**recertified**
14:14
**recess**
66:24
**recollection**
21:22 48:1,11 50:17
51:7,12 53:24 61:8
62:7 63:9 72:13,18
73:17
**recollections**
59:2
**record**

4:7,10 46:6 50:19
51:9 56:16 62:15
63:22,25 64:10
65:21 66:9,23 67:1
73:16 75:23 76:6
77:7,11
**Recorded**
3:18
**recounted**
72:6
**recurrent**
14:12,14 19:2
**refer**
45:7
**reference**
37:25
**referenced**
63:23
**referring**
46:22 68:4 70:14
74:17
**refresh**
48:1 50:18 51:8
58:14 63:25
**refusing**
17:21
**regard**
11:4,11 19:9 20:10
36:5 44:12
**regarding**
51:25
**regards**
14:7,18
**relative**
77:17
**released**
23:15 41:21 58:9
**remain**
28:7
**remained**
28:12
**remember**
6:22 24:2 26:17
28:18 33:5 34:10
47:18 48:5,5 51:16
58:11 59:10 65:18

65:22
**remote**
1:17 2:2,7,13 4:1,9
76:8
**remotely**
1:21 4:11
**remove**
26:19,24
**removed**
43:25 44:6,9
**repeat**
15:20 40:12 47:14
50:25
**rephrase**
6:11 55:2 74:14
**report**
48:8,10 62:20 63:8
63:10
**Reported**
1:23
**reporter**
4:6,10 5:16 40:5,14
40:20 51:6 56:10
66:23 67:1 74:7
75:21 76:3 77:1,3
**reports**
48:7
**represent**
5:9 45:8 64:9
**represents**
4:15,23
**request**
20:11 21:18
**requested**
77:15
**requesting**
29:1
**required**
12:9 21:20
**respect**
49:12
**respond**
14:23
**responded**
30:8,23 32:3 48:2
49:16


MAGNA
LEGAL SERVICES

**responding**
55:6,16 56:1,17
57:10,22 58:19 59:1
61:6 65:16 66:3
69:25
**response**
27:25 59:10 67:18
70:25
**responses**
5:23 6:24
**responsibilities**
8:10 10:25 11:4,10
11:22,25
**responsibility**
13:23
**rest**
11:1 21:1 23:5 71:6
74:24,25 75:11
**restrained**
14:22 18:18,18
**restraining**
18:5,11,20,23
**retain**
46:10
**return**
42:14
**returned**
53:8
**returning**
53:9
**review**
77:14
**reviewed**
10:12
**right**
11:21 20:8 34:10
47:6 49:24 58:5
59:21,24 60:7,13,18
62:22 63:11,13 65:6
70:9 71:4 72:16
74:5 76:5
**risk**
48:15
**RMR**
1:23 77:24
**ROBERT**

**1:12**
**role**
29:25
**roll**
54:2
**rolled**
22:19 24:22 60:12
**rolling**
30:16
**roommate**
53:25
**rooms**
9:9
**row**
61:18
**rows**
9:9,12 24:6
**rules**
16:8
**run**
5:14
**running**
38:21 55:19,21,23
**runway**
12:17 27:21 55:20
**RVR-MS**
1:23 77:24

— S —

**safe**
17:13
**safeguards**
8:12
**safely**
8:18
**safety**
11:5,12 13:14,21
17:10 20:19 21:9
30:1 48:16
**Salerno**
1:23 77:24
**Savings**
4:4
**saw**
22:17,20,21 24:21
25:2 32:4,12,13

33:1,4 38:20 39:3
41:6,17 42:5,7 43:2
43:3 55:19,23 58:18
59:11,20 60:25 61:4
61:9 62:6 65:15
71:16,17,19 72:14
73:4,19,20 74:15
**saying**
28:22 33:1 72:20
**says**
65:25 71:3,16,19
**scale**
15:5
**scene**
55:17
**screaming**
23:22 24:10 33:17
40:2,3
**screen**
45:13,18,24 49:1
62:21 67:11,14 69:6
**scroll**
46:10,15,18 47:3
69:16
**sealed**
19:18
**seat**
23:8,16 24:14 26:2,9
26:11,20,22 27:1,6
27:12,13
**seated**
25:6 26:22
**seats**
9:7 10:2 26:23
**second**
25:3 39:12 47:2 64:3
70:16
**seconds**
27:7 33:10 39:17
54:3 55:5 56:3,21
61:13
**section**
10:7,17 69:8
**sections**
10:8
**security**

14:17
**see**
5:16 16:7,12 24:23
31:8 32:17,25 33:7
34:13,22 39:24 40:1
40:2,22 41:3,10
45:17,23,23 46:3
49:2 58:1 59:4
60:22 62:21 63:2
64:5,8 65:24 66:2
67:10 69:6,7,19
70:1 71:12,13,17,22
72:5,20 73:19,22
74:4,18,18,22,23
75:1,9
**seeing**
23:8 49:17 57:17
60:20 73:6
**seen**
18:7,15 25:17 43:23
53:15,22 54:3,6
60:6
**segregated**
10:11
**seizure**
25:17,19 49:17,23
51:23 60:17 61:20
70:24
**seizures**
53:15,19,23,25 54:7
54:12
**seizuring**
71:10
**separate**
45:9
**Sergeant**
64:13 70:22 71:1,15
**serious**
48:15
**service**
11:19,19
**set**
18:23 77:5
**Shadows**
62:16
**shaking**



MAGNA
LEGAL SERVICES

5:22 29:17
**share**
45:6
**shift**
44:14
**shocked**
67:23
**Shoot**
70:7
**shop**
8:8
**shorthand**
77:2,9
**Shortly**
47:8
**show**
62:24 63:22 65:23
  67:7
**showed**
67:5
**shows**
54:4
**side**
9:13,13 29:13,15,18
  30:14 47:25
**simply**
56:7,14,24
**single**
9:14,15
**sir**
7:6 15:20 16:4 38:1
  46:14 49:13 50:1,24
  53:6,13,14 54:14,18
  57:12 58:11,25
  62:18 63:10,24 64:3
  64:6,9,21 65:7,13
  65:24 66:18 69:5,23
  70:3,21 72:1,2
  73:24 74:3,14 75:19
**sitting**
24:6 25:8 26:7,25
**situation**
15:1 20:21,22 21:7
  21:11,17 39:14 50:2
  51:22 68:1
**situations**

14:18 21:20 50:8
**size**
76:1
**slides**
36:20,22
**small**
31:17 40:16 62:22
**smoothly**
5:15
**solution**
20:6
**somebody**
18:15 33:7 74:11
**somebody's**
74:5,24 75:10
**soon**
22:17
**sorry**
14:12 15:20 27:11
  33:20 34:14 36:18
  39:9 41:20 42:7
  47:11,14 50:6 55:22
  66:9 70:7 74:9,14
  75:7
**sort**
11:24 17:15 31:19
  33:20 34:16 35:11
**SOUTHERN**
1:2
**space**
37:7
**speak**
6:2 44:18 51:14
**speaking**
19:25 27:15 72:8,12
**special**
9:10 64:15
**specific**
11:4 21:11
**specifically**
23:21 27:15 31:1
  68:6
**specifying**
74:12
**spellings**
75:18

**splash**
42:3
**split**
39:11
**spoke**
27:18,23 28:14,15
  43:13 51:23
**spoken**
5:20 64:2
**spray**
41:20 44:17 45:1
  58:9 59:19 71:24,25
  73:10
**stamped**
46:7,7 47:7 64:18
  65:12
**stand**
32:25
**standing**
24:9 32:14,18 33:14
  36:2 37:12 38:25
  39:19 41:4 43:23
  73:2 74:18,22
**start**
56:11,15
**started**
33:17 48:25 67:23
**starting**
25:7 47:7 54:5
**starts**
46:23
**state**
2:4 4:9 10:12 11:11
  62:14 77:3
**stated**
72:5
**statement**
3:19 45:3 46:21,24
  47:3,5,6,8,12,15,19
  62:24 63:1,5,7 68:3
  71:1,3,15,18
**statements**
3:17 45:9 46:13
  72:10,12
**states**
1:1 70:22

**step**
53:9
**stepped**
52:21,24 53:11,11
  54:18 61:22,22,23
**steps**
27:24
**stethoscopes**
20:3
**stop**
27:6
**straight**
23:7 31:6 42:19
**Street**
2:4,10 62:16
**strike**
33:20 34:14
**stuff**
15:8 19:22 61:11
  73:21
**subscribed**
77:20
**subsequent**
69:17
**sudden**
19:10
**suffered**
53:25
**suffering**
53:2
**suggests**
59:7
**sum**
63:6
**summary**
30:22
**supervisors**
38:16 55:6,9
**supplies**
43:18
**supposed**
20:23 21:5,17 30:5
  55:11
**sure**
8:17 13:4,12 25:16
  26:11 43:20 44:8,10



47:13 49:4 51:1
56:12 58:21 59:17
66:20,22 68:12
**surgery**
19:22
**surrounding**
22:13,13
**swinging**
32:12 61:10 73:21
**sworn**
5:2 77:7
**symptoms**
29:9 45:1

**T**

**tactics**
17:23
**take**
5:12,22 17:19 30:5
46:4 49:1
**taken**
1:19 44:16,20,24
66:24 77:4
**takes**
10:8
**talked**
39:12,13
**tall**
32:22
**Tarasov**
1:4 2:14 4:16,20
**taxiing**
12:17 26:7 27:21
**taxiway**
46:23
**team**
20:24 21:8,9
**tell**
6:10,20 24:15 27:17
29:4 33:9,16 38:19
46:19,20 47:17
53:18 54:1,8 55:12
61:5 63:11
**telling**
35:16 38:25 68:5
73:13

**term**
60:9
**terminal**
43:15
**terms**
6:19
**terrorism**
17:6
**test**
6:24
**testified**
5:3 25:9 31:10 34:21
49:15 51:24 53:14
57:9 74:15
**testifying**
59:10 77:7
**testimony**
7:8 11:3 40:20 48:3
50:18 51:6,9 53:22
64:1 69:13 72:4
77:11
**Texas**
8:8
**text**
64:7
**thank**
4:12 41:1 48:22 49:5
49:9 53:13 62:18
66:7 70:3 73:24
75:15,19,20 76:3
**thing**
22:25 24:25 38:14
56:12
**things**
12:21 72:13
**think**
11:7,21 15:22 19:21
20:7 24:7 28:20
41:20 45:20 49:11
52:2,18 61:18 71:24
**third**
69:11
**thought**
40:8 42:1
**threat**
15:7,11,14

**threatening**
18:13,13
**three**
9:12,13 37:15 47:23
48:2,5 75:4
**three-page**
46:5
**throw**
42:20
**Thursday**
1:19 64:12
**tie**
18:20
**tied**
9:21
**ties**
18:21
**Tikhoplav**
1:5 4:16,19
**time**
1:20 4:4 6:2,19 13:2
24:9 25:6 26:2,6
27:19 28:12,20 29:4
32:5,9,11 35:23
36:3,11 41:8 43:1
43:11 44:23 49:10
49:13 55:1 57:13
60:21,25 61:4 62:3
63:6 65:3,9 70:4
72:11,13,17 75:16
75:20 77:5
**times**
51:13
**title**
10:20
**today**
4:19,20 5:12 7:8,12
38:1 49:10 50:17
51:8,13,17 60:10
75:16
**told**
19:24 23:20 67:21
68:5 69:14 72:21
**tools**
19:12
**top**

13:15 30:18 31:11,13
31:16,19,21,22
32:13 37:5,22 52:18
52:22 60:18 61:1,4
62:6 71:12 73:19
74:4,16,18,22,23
75:1,10
**total**
63:6
**touch**
14:20,22 23:1
**touched**
11:2 19:7
**tough**
29:18 30:15
**Trade**
2:9
**train**
11:18
**trained**
8:13,14,15,23,25
19:25 22:25
**training**
13:25 14:6,11,12,13
14:15,16 19:8
**trainings**
19:3
**transcribed**
77:9
**transcript**
5:18 53:6 64:11
70:19 72:7,19,20
75:23 77:10,14
**transcription**
64:21
**transporting**
23:16
**traveling**
21:24 36:13
**traverse**
26:23 31:12
**trouble**
17:11 25:14
**true**
10:14 11:6 75:3
77:10



| | | | |
|---|---|---|---|
| **trust** | 38:3 63:3 64:4 67:9 | 1:4 | **want** |
| 48:10 63:10 | 69:15 70:20 74:6 | **vantage** | 6:21 28:25 29:19 |
| **truth** | **ultimately** | 32:24 34:22 39:18 | 37:3 46:16 62:24 |
| 72:23 | 43:25 45:2 | **various** | 66:12,19 67:7 72:9 |
| **truthful** | **um** | 11:25 14:17 | 75:16 |
| 63:7 | 71:4,6 | **Vegas** | **wanted** |
| **truthfully** | **unbuckled** | 1:21 62:17 | 23:19 35:20,21 42:3 |
| 7:11 | 26:11 | **verbal** | 68:3 70:21 |
| **try** | **unconscious** | 5:20,23 15:8 | **wasn't** |
| 5:21 17:25 18:1 | 30:17 35:17 | **versa** | 26:10 30:20 31:21 |
| 22:14 45:12 | **undersigned** | 12:23 | 34:1 43:20 46:20,20 |
| **tryin** | 77:2 | **version** | **watching** |
| 71:23,24 | **understand** | 58:23 | 73:2 |
| **trying** | 5:24 6:7,9,10,11,15 | **versus** | **water** |
| 18:16 29:11,12,14,21 | 6:25 7:2 65:6 | 50:3 | 42:3,20 |
| 30:13 32:16 33:6,8 | **understanding** | **vice** | **wave** |
| 35:22 36:4 38:19 | 16:8 | 12:23 | 41:9 |
| 57:17 58:1 | **understood** | **videoconference** | **waves** |
| **turn** | 6:14 13:14 30:11 | 1:17 2:2,7,13 4:1 | 42:23 |
| 28:6 29:15 33:14 | 31:25 39:14 48:12 | 76:8 | **way** |
| **turned** | **unit** | **view** | 9:21 20:20 21:5 39:1 |
| 27:5 60:2 | 64:15 | 59:5 72:24 73:10,17 | 39:20 41:5,13 42:8 |
| **TV** | **UNITED** | 74:25 75:10 | 42:25 57:22 58:6 |
| 54:4 | 1:1 | **violence** | 59:20 61:6 62:5 |
| **twitching** | **unlock** | 35:5 71:20 | 63:10 64:18 |
| 22:17 24:22,23,24 | 30:9 36:8 | **violent** | **ways** |
| 29:16,17 30:16 | **unlocked** | 35:21 48:14 54:9 | 50:1 |
| 33:11 35:17 54:10 | 29:3,23 36:13 | 73:7 | **weapon** |
| 54:10 | **unpack** | **Viorst** | 17:7 |
| **two** | 23:20 | 64:14 66:1 67:15 | **weapons** |
| 22:23 23:14 24:6 | **unruly** | **visualize** | 16:25 17:2,14 |
| 25:23 26:18,19 | 14:1,7,18,21,23,24 | 18:19 26:21 | **wearing** |
| 28:18,18 29:5,6,10 | 15:4,14 | **visuals** | 26:9 |
| 38:16 48:4,5 68:20 | **uploaded** | 49:2 | **weigh** |
| 70:15 72:10 75:3 | 12:8 | **vs** | 38:1,2,6 |
| **type** | **use** | 1:7 | **went** |
| 20:17 33:22 50:2 | 16:14 17:23 18:7,10 | | 23:7 24:11,20 27:4 |
| **types** | 20:1 27:10 50:11 | ___ **W** ___ | 29:4 35:16 41:8 |
| 8:19 | **usual** | | 42:11,19 49:18 |
| **typically** | 57:25 | **wait** | **we'll** |
| 12:19 | **usually** | 6:4,5 74:7 | 65:8 |
| | 9:17 20:18 21:4,6 | **walk** | **we're** |
| ___ **U** ___ | 54:3,10 | 42:2 | 12:22 13:8,8,9 19:24 |
| | | **walked** | 26:6 43:9 45:7 |
| **uh** | ___ **V** ___ | 70:23 | 55:11 |
| 71:4 | | **wall** | **whatsoever** |
| **uh-huh** | **V** | 37:17 52:7,14 | |



7:10
**what'd**
71:17
**WHEREOF**
77:19
**window**
55:11
**wire**
14:19
**witness**
10:16 11:16 12:21
13:4 14:11 15:21,25
17:5 20:17 25:16
28:12 31:15 33:4
34:9,19 35:2,9,15
48:18,24 50:22
51:12 55:9 57:25
58:25 59:14,16
66:22 68:11 69:24
72:16 74:9 77:19
**witnessed**
60:18,20
**witnesses**
77:6
**word**
20:24
**words**
21:1 39:16,16 46:23
47:8 53:4 56:2,20
56:23
**work**
8:6 17:25 18:1
**worked**
8:2
**workers**
35:15
**working**
8:10,20 10:18 12:12
13:16 16:5 44:14
**works**
68:22
**World**
2:9
**wouldn't**
26:23 60:6
**write**

48:7,8
**written**
12:4 45:3
**wrote**
47:21

—— **X** ——
**X**
77:15

—— **Y** ——
**yeah**
8:12 9:7 10:6 11:6
15:13,22 18:21 21:7
22:1,12 25:8 29:11
38:10 40:15 43:13
44:16 45:20,22,25
47:17,20 52:22
54:11 55:22 58:4,5
65:4 66:6 67:18
68:11 71:4,20 74:21
75:3,25
**year**
14:11,14 19:2
**years**
16:9 18:6 65:5
**yell**
20:24
**yelling**
22:14 23:22 24:10,17
24:17 40:3
**yep**
18:21 63:3
**York**
1:2,8,9 2:10,10 5:10
21:24 64:15

—— **Z** ——
**zip**
18:20,21
**zombie**
35:20 60:10
**zoom**
45:19 64:6
**zoomed**
46:2

—— **#** ——
**#542**
77:24

—— **0** ——
**02109**
2:4

—— **1** ——
**1**
3:17 10:13,24 14:25
15:4,7 45:7,14
46:24,24 62:25
66:12
**100**
73:4
**10007**
2:10
**104F**
1:25
**12**
48:8
**12th**
21:24 56:19 64:24
**12:39**
1:20
**12:40**
4:4
**12375**
1:24
**14**
18:6
**150**
2:10
**17**
1:19 4:3
**175**
38:8
**1783**
3:19
**19**
47:4
**190**
38:4

—— **2** ——

**2**
3:18 10:13 14:25
47:6,7 66:13,14,16
67:6 70:14
**2nd**
58:15 64:12,22
**2:09**
66:24
**2:11**
66:25
**2:23**
76:9
**200**
2:4 9:7 10:1
**2009**
7:22
**2019**
7:25 21:25 38:5
56:19 58:15 64:12
64:22,24
**2023**
1:19 4:3 77:22
**21-cv-6226**
1:7
**220**
8:24
**24th**
2:10

—— **3** ——
**3**
14:25 15:18 16:1
**30(e)**
77:15
**31**
77:22
**32**
24:7
**320**
8:23
**321**
8:24 9:2,6,11,18
**33**
24:7 61:18
**34**
9:12



| 4 | 8 |
|---|---|
| **4** | **8** |
| 2:9 14:25 15:5 70:18 | 69:11 |
| **45** | **89086** |
| 3:17 | 62:17 |
| **49** | |
| 3:4 | **9** |
| | **9** |
| **5** | 7:22 65:11 69:16 |
| **5** | **99.9** |
| 3:3 15:11 70:19 | 51:13 |
| **5'8** | |
| 32:23 | |
| **50** | |
| 10:1,9 | |
| **542** | |
| 1:24 | |
| **56725** | |
| 1:25 | |
| **6** | |
| **62** | |
| 3:5 | |
| **63** | |
| 3:6 | |
| **659** | |
| 21:23 | |
| **66** | |
| 3:18 | |
| **67** | |
| 3:7 | |
| **6865** | |
| 62:16 | |
| **687** | |
| 47:4 | |
| **69** | |
| 3:8 | |
| **7** | |
| **7th** | |
| 2:4 | |
| **70** | |
| 3:9 | |
| **74** | |
| 3:10 | |

