# EXHIBIT U

COPY

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                              CASE NO.:
                              21-CV-6226 (NRB)
- - - - - - - - - - - - - - - - - - - - - - X
ALEXEY V. TARASOV, ESQ., Administrator
of the Estate of EVGENIY LAGODA,
Deceased, and GRIGORY TIKHOPLAV,
               Plaintiffs,

       - against -

PORT AUTHORITY OF NEW YORK AND NEW
JERSEY, and PORT AUTHORITY OF NEW YORK
AND NEW JERSEY POLICE DEPARTMENT,
a/k/a PORT AUTHORITY POLICE DEPARTMENT,
a/k/a PAPD,
PAPD OFFICER MICHAEL BUGIADA,
PAPD OFFICER ROBERT JOSEPH,
PAPD OFFICER JONATHAN PAPIA,
PAPD OFFICER PAUL MEZZACAPPA, and
PAPD OFFICER JONATHAN DURAN,
               Defendants.

- - - - - - - - - - - - - - - - - - - - - - X

                    Via Zoom Videoconference
                    September 1, 2022
                    10:12 a.m.



**MAGNA**
LEGAL SERVICES


PA LAW DEPARTMENT
553816

VIDEOCONFERENCED EXAMINATION BEFORE TRIAL OF GRIGORY TIKHOPLAV, a Plaintiff herein, taken by an attorney for the Defendants, pursuant to Notice, held at the above date and time before Apryl S. Montero, a Stenographic Court Reporter and Notary Public within and for the State of New York.

-o0o-



A P P E A R A N C E S

ASHCROFT LAW FIRM
      Attorneys for the Plaintiff

      200 State Street, 7th Floor
      Boston, MA 02109
      (617) 573-9400

      BY:     CHRISTOPHER AMRHEIN, ESQ.
              camrhein@ashcroftlawfirm.com


PORT AUTHORITY OF NEW YORK AND NEW JERSEY LAW
DEPARTMENT
      Attorneys for the Defendants
      4 World Trade Center
      150 Greenwich Street -- 24th Floor
      New York, New York 10007
      (212) 435-3434

      BY:     CHERYL ALTERMAN, ESQ.
              calterman@panynj.gov
              MATTHEW MALYSA, ESQ.



            A L S O   P R E S E N T

ALEXEY TARASOV, ESQ., Plaintiff
ELANA PICK, Russian Interpreter



------------------ I N D E X ------------------

EXAMINATION BY                              PAGE

 Ms. Alterman                                9

---------------- E X H I B I T S ----------------

DEFENDANT'S                                 PAGE

  A            Medical documents           78

  B            Photographs                 103

(N.B.   All exhibits deemed marked and retained by Counsel for the Defendant.)



MAGNA
LEGAL SERVICES

Page 5

---- REQUESTS FOR PRODUCTION OF DOCUMENTS ------

| | PAGE | LINE |
|---|---|---|
| Retainer agreement | 27 | 14 |
| Report from the Krasnodar's prosecutor's office | 32 | 2 |
| Documents that he will be reviewing to refresh his recollection as to the benefits provided to Mr. Lagoda | 46 | 6 |
| Certificates | 62 | 24 |
| Complete copy of decedent's medical book in the correct order | 87 | 7 |
| Medical exams, tests, or his blood tests and other diagnostic tests | 92 | 17 |
| Letter | 97 | 11 |
| Text, messages, and photographs | 126 | 24 |


--- REQUESTS FOR INFORMATION TO BE FILLED IN ---

| | PAGE | LINE |
|---|---|---|
| How many files, electronic files, are in that database that you maintain online | 22 | 7 |
| Email address | 26 | 19 |
| Year their divorce was finalized | 37 | 12 |
| Name of union | 97 | 15 |



MAGNA
LEGAL SERVICES

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within examination may be signed and sworn to before any Notary Public with the same force and effect as though signed and sworn to before this Court.

-o0o-



E L A N A   P I C K,

The Interpreter herein, having first been duly sworn or affirmed by Apryl S. Montero, a Notary Public within and for the State of New York, to accurately and faithfully interpret from English to Russian and from Russian to English, to the best of her ability, interpreted as follows:

THE REPORTER:  Please state your full name.

THE WITNESS:  Grigory Tikhoplav.

THE REPORTER:  Please state your address for the record.

THE WITNESS:  City of Krasnodar, Russia, 38 Blagoev Street, Apartment 37.

THE REPORTER:  Thank you.

MS. ALTERMAN:  The attorneys participating this deposition acknowledge that the court reporter is not physically present in the deposition room and the court reporter will be reporting this deposition remotely.

Because the plaintiff resides and is currently in Russia during the taking of



Grigory Tikhoplav

this deposition, the parties further acknowledge that, in lieu of an oath administered in person, the Witness will verbally declare his testimony in this matter under personality of perjury.

The parties agree that, aside from a private conversation with the deponent for the sole purpose of determining whether a privilege should be asserted, that no text messaging or separate conversations will occur outside of the view of the other parties during the deposition.

No recording of the deposition by the parties is permitted.

THE INTERPRETER:  Summary interpretation from the interpreter.

(Whereupon, the Interpreter complied with the request.)

MS. ALTERMAN:  Will the plaintiff now declare that his testimony will be given under penalty of perjury during the course of this proceeding and any continuing proceeding date?



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

THE WITNESS:  I agree completely, and I confirm that I will be telling the truth and only the truth.

MS. ALTERMAN:  Thank you.

Does plaintiff's counsel consent to waive any objections to the manner of this reporting?

MR. AMRHEIN:  Yes.

MS. ALTERMAN:  Thank you.

Are we ready to proceed?

THE WITNESS:  Yes.

EXAMINATION

BY CHERYL ALTERMAN, ESQ.:

(Time noted:  10:12 a.m.)

Q.    Good morning, sir.  My name is Cheryl Alterman, and I am one of the attorneys, along with my colleague Matthew Malysa, representing the Port Authority of New Jersey and New Jersey and the individually-named police officers in this matter.

We are here today to take your deposition in a lawsuit that was filed by you in the Southern District of the State of New York against the Port Authority and several Port



Grigory Tikhoplav

Authority officers.  I will be asking you a series of questions today, and you will be answering those questions, and before we begin I'd like to give you some instructions.

A.   Okay.

Q.   First, you see a court reporter who is on the screen.  The court reporter will be taking down everything that is said during the course of this deposition.  Please make sure that all of your responses are verbal or spoken, because the court reporter cannot take down any hand gestures or nods of the head or any other movements that you may make during the course of the deposition.

A.   Okay.

Q.   Do you understand that?

A.   Okay.  Yes.  I understand.

Q.   Also, since the court reporter is taking down everything that's said, only one of us can speak at the same time.  Please wait until I finish my question and that question is translated before you answer the question.

A.   Okay, yes.

Q.   And likewise, I'll wait for you to



Grigory Tikhoplav

finish your answer before proceeding to the next question; okay?

A.    [In English]  Yes.

Q.    If at any time during the course of the deposition you don't understand a question that I'm asking you, please let me know, and I'll be happy to rephrase the question.  If you answer the question as it was posed, I'm going to assume that you understood the question as it was posed to you.

A.    [In English]  Yes, yes.

Q.    If at any time you need to take a break during the course of deposition, please let me know, and I'll be happy to accommodate. I just ask that if there is a pending question that you answer that question before taking the break.

A.    [In English]  Yes, yes.

Q.    And since we do have an interpreter here during the course of deposition, all of your responses must be given in Russian and they will be translated into English.

A.    [In English]  Yes.

Q.    Do you understand all of the



Grigory Tikhoplav

instructions that I just gave you?

A.    [In English]  Yes, yes.

Q.    And even if you do understand the question as I pose it to you in English, I just ask that you allow the Interpreter to translate the question into Russian and then give your answer.

A.    [In English]  Yes.

Q.    Is there anything that is preventing you from testifying truthfully and completely today?

A.    I think that anything can happen, but I think that I will be able to provide my opinion today.

Q.    Sir, are you currently taking any medications?

A.    [In English]  No.

Q.    Are you required to take any medications on a daily basis that you have not taken today?

A.    No.  So far I'm healthy and I feel okay.

Q.    That's good to hear.

Is there anything that would affect your


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

ability to testify today truthfully?

A.    No.  I don't think that there are any reasons to that.

Q.    What is your native language?

A.    Russian.

Q.    Where were you born, sir?

A.    I was born in Krasnodarskiy region, city of Novorossiysk.  That's the Black Sea coast.

Q.    How long have you been living at your current location?

A.    Since 1979 after I graduated from the educational establishment and served in the army.

Q.    What is your date of birth?

A.    XX/XX/1952.

Q.    Thank you.

A.    I will turn 70 this year.

Q.    And would you be able to provide us with the correct spelling of your name?

A.    In Russian or in English?

Q.    Why don't we do both, so first we'll start if in Russian and then we'll do it in English?



Grigory Tikhoplav

A.    In Russian it is G-R-I-G-O-R-Y.

Q.    And that is your first name?

A.    Yes.  That's my name, first name.

Q.    Please also spell your last name.

A.    My last name, okay.

If it works for you, I can write it in English.

Q.    Sure.  If you could provide the spelling, that would be helpful.

I'm not able to see that, sir.

Would you be able to speak the letters of your last name into the record?

A.    T-I-K-H-O-P-L-A-V.

Q.    Thank you.

And then is there a different spelling from Russian to English?

A.    Yes.  In some respect I guess it changes a bit.

Q.    So if you could describe -- the reason I'm asking, your name appears to be spelled differently in several of the documents that we received produced by your attorney, so if you could spell your name as its written in English, that would be helpful.



Grigory Tikhoplav

A.    You mean to read it, to read it by each letter as it stands?

Q.    Yes.

A.    Do you need my first name first?

Q.    Yes, please.

A.    G-R-I-G-O-R-I-J.

Q.    Thank you.  And just for the record, the plaintiff is holding up a piece of paper that appears to have his name written on it.

And your last name, sir?

A.    T-I-K-H-O-P-L-A-V.

Q.    Thank you.  Sir, have you ever given deposition testimony before today?

A.    [In English]  No, no.

Q.    And just a reminder, if you could allow the Interpreter to finish translating the question before you answer, that would be helpful for the reporter.  Thank you.

A.    Okay.

Q.    Have you ever given any testimony in any legal setting, whether it be a trial or any type of legal proceeding, before today?

A.    No.

You know, maybe I was lucky, but after



Grigory Tikhoplav

having worked at the university for 20-plus years, never ever I had a chance to participate in anything like that. Again, make I was lucky, but there was nothing in my life related to criminal issues.

Q. Sir, were you ever involved in a civil lawsuits, whether either you were the person bringing the lawsuit as a plaintiff or the person who was being sued as a defendant?

A. No. Never.

Q. Is this the only lawsuit that you've ever been a party to?

A. Yes. The only one.

Q. What, if anything, did you do to prepare for your deposition today?

A. Well, no. I got myself familiarized with the interrogatory or the questions that were posed and also the notes, the criminal notes, that I kept.

Q. Which interrogatories did you review to prepare for your deposition today?

A. Preliminary questions, preliminary questions related to the death of my son.

Q. Were these written questions and



Grigory Tikhoplav

answers that you reviewed?

A.    No.

I reviewed materials that were forward to me at that time by Nicholas Foster, who was the deputy chief of the investigations of the US Attorney's office, New York State attorneys office.

Q.    When did you receive these materials?

A.    I don't recall the exact date.  I would say a year after my son's death.  I believe when the investigation was closed, then I was sent copies of those materials.

Q.    Did you receive those copies electronically or by paper?  How did you receive those documents?

A.    Well, I received them in electronic form, and then the same materials I forwarded to my attorney, Mr. Alexey Tarasov.

Q.    Did you forward all of the materials that you received from the New York State Attorney General's office to Alexey Tarasov?

A.    Yes.  All of them.

I have a question.  Can I ask you a question?


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

Q.   Not at this time.

You also referenced criminal notes that you kept.

What type of criminal notes did you keep?

A.   It's a medical -- sorry.

Forensic materials.

Q.   Did you also forward all these forensic materials to Alexey Tarasov?

A.   Yes.

In addition to that, I also forwarded all forensics that was done here in Krasnodar when my son's body was received here, and they actually had one more procedure here before burial.

Q.   Are all those documents that you referenced, including the forensic materials and interrogatories, kept by you in that green binder or green book that you held up before?

A.   Yes.  Right here.  Yes.

Q.   And it's your representation that everything that is contained in that green folder has been produced to Alexey Tarasov; is that correct?

MR. AMRHEIN:  Objection to the



Grigory Tikhoplav

question.

I just wanted to wait for the translation.

A.   I need to make a comment.

Q.   Okay.

A.   Well, it's not just forensics.  It's not just that I have mentioned before, but also I have all labor records or work records of my son in addition to his medical records, so it's the volume is pretty huge, as you could see.

Q.   Yes.

How thick would you say in inches that file is?

A.   (Indicating.)

MR. AMRHEIN:  Over objection, you can answer.

THE INTERPRETER:  I'm sorry?

A.   I'm not sure I understand the question.

You want me just to take measurements of the folder, or like an electronic in the bytes or gigabytes or megabytes?

Q.   Just the folder.

How many pages would you say is contained



Grigory Tikhoplav

in that green file?

MR. AMRHEIN:  Objection.

A.   I would say about 300.

Q.   Do you also maintain, sir, an electronic file in addition to that paper file?

A.   Part of it, yes.

Q.   Are there documents that are contained in the electronic file that are not included in that paper green file?

A.   It's hard for me to say.  It's possible that there are some documents.

Q.   Were all of the documents in your electronic file turned over to Alexey Tarasov?

A.   Yes.

Q.   Do you know how many gigabytes your electronic file is?

MR. AMRHEIN:  Objection.

Cheryl, if I object do you want me to do it before or after the translation? I'll apply that moving forward, whatever.

THE INTERPRETER:  From the Interpreter, it should be done after.

MS. ALTERMAN:  That's fine.  I think the most important thing is to have an


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

accurate record.

MR. AMRHEIN:  So I'll try to do it after the translation if possible just to make sure.

MS. ALTERMAN:  I don't think I got an answer to the last question or how many gigabytes are contained in his electronic file.

MR. AMRHEIN:  Objection.

THE INTERPRETER:  From the Interpreter, there is no answer, just a hand gesture.

Q.    Are you able to approximate how many files, electronic files, are in that database that you maintain online?

MR. AMRHEIN:  Objection.

A.    If you allow me, I can go and double check, then I will have to leave the conference and I can go and leave.

* * * * * *

* * * * * *

* * * * * *

* * * * * *

* * * * * *


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

MS. ALTERMAN:  Why don't we leave a blank in the transcript, and you can fill it in later, and we'll also follow up in writing, and you can provide that to your attorneys.

(Insert):

(Insert):

(Insert):

THE WITNESS:  Okay.

MS. ALTERMAN:  Thank you.

Q.    Did you review that complete hardcopy file before your deposition today?

A.    Yes.

Q.    Did you also review the electronic file that you maintain prior to today's deposition?

A.    [In English]  Yes.

Q.    Did you speak with anyone about your testimony today?

A.    [In English]  No.

MR. AMRHEIN:  Grigory, for the sake of making sure that you you're not discussing anything privileged --

Cheryl, I don't want to overstep or



Grigory Tikhoplav

anything here.

-- feel free to answer the question, but just don't go into what was discussed between you and counsel.

MS. ALTERMAN:  Yes.

THE WITNESS:  Okay.  Understood.

Q.    Did you meet with, either by Zoom or some other platform, to consult with them about your testimony prior to today?

A.    I keep all communication or consultation with my attorney, Mr. Alexey Tarasov, and he informed me about the date of the conference and the preparation.  That's what I did.

Q.    Did you also have discussions with Chris Amrhein or anyone from his firm?

A.    Some questions?  No.  I just consulted my attorney.

MR. AMRHEIN:  Cheryl, we can go off the record, and I maybe be able to provide some clarity.

MS. ALTERMAN:  I'll follow up with him, but if we have some questions then we can go off.



Grigory Tikhoplav

MR. AMRHEIN:  Sure.

Q.    Sir, how do you know Alexey Tarasov?

A.    After the investigation related to my son's murder was closed, I went to Moscow to the ministry of foreign affairs, and I asked them to help me to find a good attorney, the one who could help me.

So they actually contacted Russian Federation consulate here in New York, and they provided references, and that's how I met Mr. Tarasov.

And I am absolutely assured that he is a very good attorney.

Q.    When did you first meet Alexey Tarasov, what date?

A.    I don't recall the exact date, but I believe it was like a year after my son was murdered, maybe a little bit before a year, less than a year.

Q.    Was it sometime in April of 2020, if you recall?

A.    It's possible.

I don't want to make a mistake.  Maybe Mr. Tarasov remembers, but I'm not sure I recall



the exact date.

Q. Did you ever meet with Mr. Tarasov in person, was it only either by phone or online?

MR. AMRHEIN: Objection.

A. We haven't met in person. Mainly we met online and we corresponded.

Q. Do you correspond by email?

A. [In English] Yes.

Q. How many emails do you think you've exchanged since you first met Mr. Tarasov?

A. A lot. It's hard to say. At least twice a month. That's the way how we corresponded, but if you multiply this number by months and years, but it's difficult to calculate.

Q. Which email address did you use to correspond with him?

A. My own.

Q. What is that?

A. I can write it down for you.

Q. Okay.

I'm not able to read that.

Is there any way that you can write that in the chat? Would that be possible?



Grigory Tikhoplav

A.    Let me try that.

Q.    Thank you.

THE INTERPRETER:  I asked Grigory if he's typing it.  He says yes, but I don't think I can see anything in the chat.

MS. ALTERMAN:  So if you want to let him know there's different icons on the bottom of the screen, one says chat, and if he types message here and he can enter his email address in that box.

(Whereupon, a brief discussion was held off the record.)

MS. ALTERMAN:  If you're having difficulty entering it into the chat, when we can leave a blank in the transcript and you can fill it in, and we'll follow up with your attorneys.

(Insert):                          .

(Insert):                          .

(Insert):                          .

Q.    Do you have a retainer agreement, or are you paying Mr. Tarasov for his services, his legal services?

MR. AMRHEIN:  Objection.



Grigory Tikhoplav

A.   Well, we have an agreement.

Q.   What is that agreement?

MR. AMRHEIN:  Objection.

A.   That's the agreement that we executed on, for this case, for representing in this case.

Q.   Is it a financial agreement?

MR. AMRHEIN:  Objection.

A.   Those are some business arrangements. And in addition to that there are some financial arrangements as well, some kind of percentage.  I don't recall right now.

MS. ALTERMAN:  We'll also demand a copy of any retainer agreement that plaintiff has entered into either with Mr. Tarasov or the Sullivan law firm.

THE WITNESS:  [In English]  Yes, yes.

Q.   Sir, do you correspond with Mr. Tarasov in English or Russian or both?

A.   My English is not very good.  That is why mainly we communicate in Russian.

Q.   Are you able to read in English?

A.   A some point in time I could do it



                    Grigory Tikhoplav

very well, but after many, many years -- you know, I lost this ability.

Q.    Are you able to speak English?

A.    You know, just like separate words, but I make mistakes.

Q.    Did you study English in school?

A.    Yes.  I started at school and then university.

Actually, I have two university degrees, and I do recall -- you know, some of it.

Q.    Did you speak with anyone else in preparation for your deposition today, besides for your attorneys?

A.    No.

Q.    Did you have any discussions with your wife about what your testimony would be like today?

A.    I did not notify her because -- you know, she was just discharged from a cardiology department, the clinic, and I didn't want to worry her.

Q.    Besides for the hardcopy file and your electronic file, did you review anything else in preparation for your testimony today?



Grigory Tikhoplav

A.    I also reviewed conclusion, a document from the Krasnodar prosecutor's office, the postmortem forensics, and there are some discrepancies between the document I received from the US and the one that was issued by the Krasnodar prosecutor's office.

Q.    Is there is this a document that's akin to an autopsy report?

A.    [In English]  Yes.

MR. AMRHEIN:  Objection.

Q.    And just for the record, the plaintiff gave his response in English.

This report from the Krasnodar prosecutor's office, you mentioned there are discrepancies in the report from the report you received from the United States.

What are those discrepancies?

MR. AMRHEIN:  Objection.

THE WITNESS:  May I answer or no?

Yes or no?

MR. AMRHEIN:  Yes.

A.    In the US, in the forensics document from US, they described the moment when my son was being beaten and he was bleeding out of his



Grigory Tikhoplav

mouth. The police officer Michael, if I'm not mistaken, Michael Bugiada, he applied tear gas and then he hit my son in his face, and the -- and it was so strong that my son bit off one-third of his tongue.

Q. What are the discrepancies between the report from the United States and the report that you received from the Krasnodar's prosecutor's office?

A. And in addition to that, the second item from the forensics expertise document is that my son had two of his ribs broken, and these, the consequences of those broken ribs was that his heart stopped. It's in addition to the injuries to his face.

Q. Sir, what you're describing is your understanding of the United States' autopsy report; correct?

A. Yes.

MR. AMRHEIN: Objection.

Q. My question to you is you testified that there were discrepancies between the United States autopsy report and the report that you received from Krasnodar's prosecutor's office.



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

What did the report from the Krasnodar's prosecutor's office say that was different from the report from the United States' report?

MR. AMRHEIN:  Objection.

THE WITNESS:  May I respond to this question?

MR. AMRHEIN:  Yes.

A.    First of all, my son was not proficient in the English language.  He was learning it, but he was not proficient, and he was not able to utter everything that he wanted to.

And the second item is that the Krasnodar prosecutor's office confirmed that my son died from the pain syndrome, pain shock that he experienced when he was being beaten up.

MS. ALTERMAN:  I'm going to move to strike the nonresponsive portion of that answer.

Q.    Sir, do you still have a copy of that report from the Krasnodar's prosecutor's office?

A.    [In English]  Yes.

[In Russian]  And I have it in the electronic format.



Grigory Tikhoplav

MS. ALTERMAN:  To the extent that that has not already been produced, I have not seen a copy of that, so we'll demand a copy of that report from the Krasnodar's prosecutor's office.

THE WITNESS:  May I address you? May I speak?

MS. ALTERMAN:  That request was to your attorney.

THE INTERPRETER:  Do you need the interpret to interpret questions and answers in colloquy as well in order to avoid confusion?

MS. ALTERMAN:  That's fine.  I think it would help to avoid confusion.

Q.    Sir, who do you reside with?

A.    With my wife and my grandson, my son's son.

Q.    What is your wife's name?

A.    Tatiana Vladimirova, patronymic.

Q.    With can we spell that for the record?

THE INTERPRETER:  Phonetically, T-A-T-I-A-N-A, first name, V-L-A-D-I-M-I-R-O-V-A, patronymic.


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

Q.    Does she have the same last name as you?

A.    Yes.

Q.    What is her date of birth?

A.    XX/XX/1952.

Q.    How long have you been married?

A.    We were high school sweethearts, then we went to vocational school together, finished it, and then I went and did my military service, and when I came back I saw some very lovely qualities in her, so we got married in 1979 and have been together since.

Q.    Thank you.

And you also mentioned that you live with your grandson.

What is his name?

A.    V.

Q.    And his last name?

A.    Lagoda.

Q.    Thank you.  How old is he?

A.    16, a little bit older than 16.

Q.    And can we have his date of birth? And we can redact it for the transcript.

A.    XX/XX/XXXX.



Grigory Tikhoplav

Q.   Thank you.

How long has he been living with you?

A.   I would say that after his father's passing he moved with us, he moved in with us.

I didn't mind him to move in with us because his mother found a new friend, so I didn't object.

Q.   What is his mother's name?

A.   Olya.   That's like a short name.

THE INTERPRETER:   O-L-Y-A.

By the Interpreter, Olga Yuriva, patronymic.

Q.   And her last name?

A.   It slipped my memory, because she changed it.

Q.   From the documents that we have, her documents indicate her last name is Stan, S-T-A-N.

Does that refresh your recollection?

A.   Yes, Stan.

Q.   Did your son and Olga Stan, did they ever get married?

A.   Yes.

Q.   When did they get married?


MAGNA ▶
LEGAL SERVICES

Page 35

Grigory Tikhoplav

A.   They got married in 2004.

Q.   How long were they married?

A.   You know, I don't recall.  I don't want to make a mistake.

I believe just a couple of years before my son's passing they got a divorce.

Q.   Were they living together at the time in April of 2019 before your son left to come to the United States?

A.   You know, they lived together before my grandson was born, and after my grandson was born we allowed them to move in and live with us.

Q.   Did your grandson's mother, Olga Stan, ever live with you?

A.   Yes, yes.

Q.   How many years did she live with you?

A.   I would say 12, maybe 13 years.

Q.   Did your son live with you as well?

A.   Yes.

Q.   And for the record, what was your son's name?

A.   Evgeniy.

Q.   Do you have any other children?



Grigory Tikhoplav

A.    [In English]  No.

Q.    Did your son and his wife and his son ever live outside of your family home?

A.    A couple of years, I don't recall how many, maybe two or three years they lived in a rented apartment, but after my grandson was born they moved to our place.

Q.    Did you provide care for them?

MR. AMRHEIN:  Objection.

Q.    You can answer.

A.    You know, we shared common space because we have like a two-room apartment, with my wife and I in one room and they lived in the other room, and the baby was not a nuisance to us, so we are very friendly and lived together.

Q.    And once your grandson got older, where did he sleep?

A.    When he got older, he moved to his father's room, Evgeniy's room.

Q.    And at that point, was he divorced from Olga and she moved out of the house?

A.    [In English]  Yes.

Q.    And I know you said they got divorced a few years after they got married.



Grigory Tikhoplav

Do you recall, if they got married in 2004, what year their divorce was finalized?

A.    I can look it up, just check some documents.  I just don't have those documents in front of me.

But I believe it was sometime in 2018.

MS. ALTERMAN:  So we'll also leave a blank in the transcript and allow you to fill in that information once you've got it.

(Insert):

(Insert):

(Insert):

THE WITNESS:  [In English]  Yes, yes.

Q.    Why does your son have a different last name than you do?

A.    Well, when I got married, and I married when I was third-year student at Saint Petersburg University and it was foolish of me.

May I continue?

Q.    Yes.

A.    And also then my son Evgeniy was born, but I had two more years before graduation, and



Grigory Tikhoplav

so our son lived with Tatiana's father.

Q.   You can continue.

A.   Mr. Lagoda, Tatiana's father, Vladimir Iurevich Lagoda, was a very important and well-known person.  He was awarded with Order of Glory.  He participated in the great patriotic war and was wounded during the war.

Q.   So because of that, your son took your father-in-law's last name?

A.   When my son was about to get his passport, he chose to have his grandfather's name, his mother's father's name.  I didn't object to that.

Q.   What is your son's birth name on his birth certificate?

A.   Evgeniy Lagoda.

Q.   Did you have a good relationship with your son?

A.   Yes.  We trusted one another.

And I would like to add if you don't mind --

Q.   You'll have an opportunity to add something later.

What is your son's date of birth?



Grigory Tikhoplav

A. XX/XX/1980.

Q. Where was he born?

A. He was born in Krasnodar.

Q. And was he raised in Krasnodar in Russia?

A. Yes. He was born in Krasnodar, grew up in Krasnodar, went to polytechnical university in Krasnodar, and then he also graduated from marine academy in Novorossiysk.

Q. Your wife, Tatiana, is not a party this to lawsuit; correct?

A. She is a very sickly person.

Q. Do you know why she chose not to be a party to the lawsuit?

MR. AMRHEIN: Objection.

A. Well, you know, we discussed it, and she told me -- you know, you make a decision, see how it works out.

Q. I'd like to ask you a few questions about your grandson, sir.

Is he currently still living with you?

A. Yes. With us.

And he goes to the polytechnical vocational school.



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

Q.   What trade is he studying?

A.   He likes automotive mechanics, and that's the department he attends.

Q.   How many more years does he have left of school?

A.   Currently he's a second year student, so he has two more years to go.

Q.   Once he completes the polytechnical vocational school, what degree will he earn?

A.   I would like him -- it will be like an intermediate degree, what we call like middle-level degree, but I would like him to continue studies in polytechnical university.

Q.   Who provides him with financial support?

     MR. AMRHEIN:  Objection.

     THE WITNESS:  May I answer?

     THE INTERPRETER:  Counsel, from the Interpreter, when your Witness hears objection, he doesn't know what to do, so he's asking may I respond, may I answer.

     MR. AMRHEIN:  Yes, yes.

     And moving forward, if I do object please answer unless there an instance



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

where I instruct you not to answer.  I don't foresee that happening, but if I object, it's just noted for the record.

THE WITNESS:  Okay.

Q.   So my question, sir, is who provides your grandson with financial support?

A.   His mother Olga.

He gets some kind of financial aid from social services due to the fact that the head of family, the loss of the head of the family or the loss of the provider, that's the definition, the loss of the provider for the family.

It's a small amount, actually, but the lion's share, that's what my wife and myself provide for him.  I pay for his tuition.

Q.   How much does your grandson receive in financial aid, whether it be a monthly amount or an annual amount, and who does that aid come from?  Is it from the city or the state or the country?  Who is it paid by?

MR. AMRHEIN:  Objection.

A.   It's from the city.

Q.   How much does your grandson receive from the city in financial aid?



Page 42

Grigory Tikhoplav

MR. AMRHEIN:  Objection.

A.    You mean in rubles?

Q.    Yes.

A.    It's like 9,500 rubles monthly.

Q.    How much support does he receive from his mother on a monthly basis?

MR. AMRHEIN:  Objection.

A.    It's a difficult question.  You know, he gets from her maybe some candies, she buys some candies occasionally, and she also puts money for his phone, like transfers money to his telephone account.

Q.    Do you know approximately how much money she gives him each month?

A.    Like I said, it's very difficult to answer.

I can tell you how much I contribute.

Q.    I'll get to that.  I'm just asking at this time if you know approximately how much Olga gives her son each month in financial support.

A.    I don't have this information.

Q.    Is Olga employed?

A.    She is employed.  She works at



                    Grigory Tikhoplav

kindergarten, as an educator of the

kindergarten, teacher at the kindergarten.

    Q.    Has she remarried?

    A.    [In English]  Yes.

    [In Russian]  And I would like to add, if

you don't mind.

    Q.    Okay.

    A.    You know, I didn't object to her

getting married again.  She is a beautiful young

woman, and that's her right to have a life.

    But when my grandson, Vladimir, when he

came to me and he said that this gentleman, he

called him uncle, who is a policeman he bully

him so I allowed him to stay with us.

        MS. ALTERMAN:  I'm going to move to

    strike as nonresponsive.

    Q.    Did your son ever remarry after his

divorce?

    A.    Well, yes.  He tried.  He had a woman

who lost her husband as well, but they didn't

get married.

    Q.    Now, you said that your and your wife

are providing the lion's share of the financial

support for your grandson, and you mentioned one


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

of those expenses is his tuition.

How much is his tuition?

A.     Tuition for both years, the first year and the second year, I paid 130,000.  That's just tuition fee.

Q.     What other expenses do you cover for your grandson?

A.     You know, he grows very fast, so I -- well, obviously, my wife and I, we have to buy his clothing, like jackets, sweaters, sneakers, and clothes for athletic activities, everything.

Q.     Did you receive any type of death benefits or life insurance proceeds after your son's passing?

A.     There is a company, the name is Columbia, headquarters in Cyprus, and also an affiliate office in Novorossiysk.

I received 2 million rubles for my grandson.

Q.     What type of company is that Columbia in Cyprus?

A.     It's a company.  It's a marine company.

And they had a contract with my son for him



MAGNA

LEGAL SERVICES

Grigory Tikhoplav

to provide services as electrical engineer on one of their boats, one of their ships, and he worked for them for seven or eight years.

Q.    Did he have any type of life insurance benefits or death benefits through his employer?

THE INTERPRETER:  You said life insurance, or death insurance, or what else did you say?

MS. ALTERMAN:  That's all I said.

MR. AMRHEIN:  Objection.

THE WITNESS:  That's okay for me to answer?

MR. AMRHEIN:  Yes.

A.    Well, every time when he served on a ship and was at sea, he had to execute documents and coverage, insurance coverage documents, some insurance policy with the company, and they would pay whatever benefits he was entitled to.

And this specific time I submitted all the documents, and they paid.

Q.    Did your son also have medical insurance through his employer?

A.    Yes.

Q.    Was your grandson covered under that



Grigory Tikhoplav

medical insurance policy?

A.    I can tell you right now because I do not recall, I have to look it up and to see the documents, to review the document itself.

MS. ALTERMAN:  Okay.  And we'll ask for a copy of any documents that he will be reviewing to refresh his recollection as to the benefits provided to Mr. Lagoda.

Q.    Does your grandson currently have medical insurance?

A.    I think so.

Frankly speaking, I'm not sure.  I have to check with my wife.

Q.    Approximately how much would you say your total expenses are caring for your grandson on an annual basis?

A.    I can give you a very, very rough estimate, because I didn't make any calculations, but if needed I can do that.

Q.    Understanding it's an approximation, yes.

A.    I would say around 200,000 if we include some food, clothes, sports activities,



                    Grigory Tikhoplav

all other expenses.

    Q.    And that is your contribution,
correct, regardless of whatever financial aid he
receives from the city and his mother?

            MR. AMRHEIN:  Objection.

    A.    Yes.

    Q.    Sir, you briefly described for us your
educational background.  I'd just like to ask
you a couple of other questions about that.

    What is your highest level of education?

    A.    Two university degrees.

    Q.    What did you earn those degrees in?

    A.    In architecture.  In addition to that,
I also defended my thesis.

    Right now I'm retired.

    Q.    Is your wife currently employed, or is
she retired?

    A.    She is still employed.  She works at a
public school, teaches sixth to eighth grade.

    Q.    How much does she earn per year?

    A.    You know, it's actually change, I
would say.

    Monthly it's 20,000 rubles, and yearly it
would come to 240,000.



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

Q.    Do you know whether or not your grandson is covered under any of the benefits that your wife receives as a public school teacher?

A.    No.  My grandson is not covered.

Q.    What is the name of the school where she teaches?

A.    It's school -- it is a school of fine arts, number 4, the City of Krasnodar.

Q.    How many years have you been retired?

A.    It's my second year.

Q.    Do you have any retirement savings or any type of retirement plans that you're living off of?

A.    Just my pension.

Q.    How much is your pension?

A.    I think I'm going to make you laugh, but the amount I get is 14,500 monthly.

And if I may, I would like to add, and also I keep, I maintain my relationship with the Department of Education architecture, the local university, and then I write some articles for them.  I write some books also, and they invite me to participate in the sessions when someone



Grigory Tikhoplav

defends their thesis or someone submits their coursework, so that supports me as well.

Q.    Thank you.

Who was your last employer?

A.    State university.

Q.    What position did you hold with the state university?

A.    Well, I hold the position of deputy for sciences.

THE INTERPRETER:    Rough interpretation from the Interpreter.

A.    I'm sorry, and associate professor.

Q.    How long did you hold the position of deputy for sciences and associate professor?

A.    All in all I work for the university, I have worked for the university for 25 years.

And the last ten years I was an associate professor, and I kept writing books and teaching.

Q.    At the time that you were working, what was your highest salary?

A.    Since I have worked on the different social structures at the different regimes under the Soviet Union and Perestroika and current



Grigory Tikhoplav

regime, I can provide you details.  I don't think it will be interesting for you.

Q.    So sir, what I'm asking is your highest salary from two years ago before you retired, how much were you earning at that point in time?

A.    Around 45,000 monthly.

Q.    And all of the figures that you're giving us are in rubles; correct?

A.    Yes, yes.  Of course, yes.

Q.    The 45,000 monthly, was that your highest earning capacity that you had while you were employed?

A.    No.

Q.    When were you earning more?

A.    Well, actually, when I graduated from Saint Petersburg University, I was sent, students were sent to apply to various cities. I was sent to Krasnodar, so it was before Perestroika, and I worked for a project design institute.

And we had contracts with various organizations and companies, depending on the contract, and you know that when you're work in


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

architecture it demands a lot from you, so the salary level could be up to 100,000.

But then all the contracts dried up after Perestroika and there were no contracts anymore and there was no state budget for any contracts, and that is why I reverted to teaching.

Q.    And the 45,000 a month, that was from your teaching salary?

A.    Yes.

Q.    Did you have any --

A.    That is not the highest level of salary for faculty members, because the head, the department head gets around 70,000.

Q.    Understood, but my question is how much you were earning.

So you were earning 45,000 monthly; correct?

A.    [In English]  Yes.

Q.    Did you also receive any type of benefits along with your monthly salary?

A.    Well, also I was paid for overtime and for publications if I had any, like, books and articles and participated in conferences, and also at the end of the year we used to get also



Grigory Tikhoplav

so-called 13th bonus.

Q.   How much would you say you earned in your last year of employment before you retired?

A.   You mean annual amount?

Q.   Yes.

A.   I would say around half a million.

Q.   Do you own or rent your apartment?

A.   The owner of the apartment where my wife and I reside is my wife.

Q.   And how much would you say are your monthly expenses?

A.   You mean for utilities or?

Q.   Yes.  Your total monthly expenses.

A.   You know, just for utilities including electricity, gas, all other expenses, it's around 70,000, annual.

It's not included insurance, car insurance, and car maintenance.

Q.   Are you able to approximate either your total annual expenses or your total monthly expenses?

A.   It's difficult for me to provide an estimate, but I would say, like I said, 70 for utilities, would say 50 to 70 for car insurance,



Grigory Tikhoplav

car maintenance, gas, and also you have to add clothing, food. It's a lot.

Q. Between the pension that you receive and your wife's income, does that cover your expenses?

A. No, no.

Q. What other income do you rely upon in order to pay your expenses?

A. You know, my wife still works at the public school. I work -- not work, but I cooperate with university with various publishers when I publish something.

And we cannot afford a lot, even all the income added up, and that is why the money that I received from this marine company, I want to be very, very thrifty and thorough with this money, and I want to give it for the time when my grandson enters college or university.

Q. Just so the record is clear, are you able to cover your monthly expenses for you and your wife and caring for your grandson with the supplemental income you earn from any teaching arrangements you have post-retirement and your wife's teaching salary?


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

A.    No.  It does not.

Q.    What other, if any, supplemental income or earnings do you rely upon in order to pay your expenses?

A.    Well, there are a few options to do that, and one of them, and I'm -- you know, kind of ashamed to mention that, but I have to wear clothes that I had bought years back or to go to secondhand stores in order to buy something new for us.

Q.    But you're able to do so with the money you received both from your teaching arrangements and your wife's income; correct?

MR. AMRHEIN:  Objection.

A.    Well, you know, for instance, right now in summer, we have to do, to make preserves and conserves for ourselves, and my wife, she cooks very well.  So that's why right now, when there is a season for cucumbers, cherries, various fruits and veggies, what we do is try to preserve them for wintertime in order to help us with the expenses for food.

MS. ALTERMAN:  Move to strike as nonresponsive.



Grigory Tikhoplav

Q. Sir, what I'm asking you is that you don't have any other income besides what you receive from any arrangements that you have and your wife's income that you live off of; correct?

A. [In English] Yes, yes.

Q. In addition to your pension; correct?

A. [In English] Yes.

Q. Sir, you also mentioned that you served in the military.

How long did you serve in the military for?

A. Everyone in my age group and I served in 19-, from 1975 through 1977 in Belarus.

Q. I'd like to ask you some questions about your son's educational background.

What is Mr. Lagoda's highest level of education?

A. If you allow me, I will tell you about his first university degree and also his second marine academy degree.

Q. Sure. Let's start with his first university degree.

A. Well, when he went to school, when he was school age, we saw that he had a very good



Page 56

Grigory Tikhoplav

head for math.  That's why he attended specialized school for students with mathematical abilities.

When he finished school I wanted him to come and study where I work at the university. I wanted him to study architecture, but he didn't want to do that, so we started looking for a proper educational establishment for him, and we found our polytechnical university that had a very good department, energy department, and provided very high quality education in that area.

Q.    What years did he attend that school?

A.    He entered the university 1998, and he graduated in 2004.  I believe in 2004.  I could be off a little bit.

Q.    When he graduated from that first school, what degree or certificate did he receive?

A.    Master's in energy, electrical engineer, master's degree.

Q.    Did he take courses in English or in Russian or both?

MR. AMRHEIN:  Objection.



Grigory Tikhoplav

A.    In Russian.

But they also taught English there.

Q.    Was your son able to speak English?

A.    When he started at the university his English was pretty good.  He could speak pretty well.

Q.    And could he read and write in English as well?

A.    Yes.

But after the university he did his military service.

Q.    So before we get to his military service, what I'm asking is was your son able to read and write and speak in English?

MR. AMRHEIN:  Objection.

You can answer.

A.    Well, he got good marks in Russia, at his four, which is pretty good, next to the highest mark, and he could read well.

With respect to his writing, he did make mistakes.

Q.    Would you say he was able to communicate and have a basic conversation in English?



Page 58

Grigory Tikhoplav

A.   Well, after he, after graduation when he joined the army and after two years I would say he lost his ability to communicate in English.

Q.   So when he graduated in 2004 approximately and earned a master's of engineering, when was the next time he had any education?

A.   There is a mistake.  He was not -- he did not specialize in electricity supply, but he was an expert in energy, like in turbines.

Q.   What degree did he earn in 2004?

A.   Like I said, after his military service he came back to Krasnodar and started working at the Krasnodar heat -- Krasnodar heat power station as a specialist.

Q.   We'll get to his work experience, but right now I'm just asking about his educational background.

So what I'm trying learn is Mr. Lagoda, you testified, graduated approximately in 2004 and received a master's of engineering or in energy; is that correct?

A.   [In English]  Yes, yes.



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

Q.    After receiving that degree, when was the next time, if at all, that he furthered his education?

A.    Two years after his graduation, after his military service and some work experience, as per his friend's advice, because the salaries were very low, he decide to go to the City of Novorossiysk and to enter the marine academy there.

Q.    What year did he enroll in the marine academy?

A.    If I'm not mistaken, it was in 2007, but I might have to clarify that.

And if I'm not mistaken, he was enrolled as a third-year student right away, so he did not attend first and second year, but they enrolled him as a third-year student.

Q.    How many years was the program?

A.    Actually, the fundamentals, the basic program is pretty lengthy.  It's huge.  But since -- that's for those who just enter for first-year students who enter it after school.

But since my son had already education, so they tested and examined him, and they enrolled



Grigory Tikhoplav

him as a third-year student.

Q.    And when did he graduate from the marine academy?

A.    If I'm not mistaken, he graduated from it in 2010.

But I also want to mention that during his third, fourth, and fifth year he started working as ship -- as the ship electrician.  He started working on board the ships.

Q.    What degree did he receive from the marine academy?

A.    From the --

THE INTERPRETER:  Do you want the Interpreter to check the dictionary in order to make sure that the interpretation is correct, or does it sound okay in English?

What the Interpreter can say off the top of her head is that the ship power specialist.

Does it sound okay, Counselor, or you want me to check the dictionary?

MS. ALTERMAN:  I'd rather you not guess, so you can check.


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

THE WITNESS:  [In English]  Yes.

THE INTERPRETER:  Marine specialist in energetics.  That's what my dictionary says, energetics.

Q.    With a degree as a marine specialist in energetics, what did that qualify Mr. Lagoda to do?  What kind of work?

MR. AMRHEIN:  Objection.

You can answer.

A.    He dealt with turbine engines, with the electrical engines, all electrical issues, and electrical appliances on the ship.

Q.    Did Mr. Lagoda have any further education, participate or enroll in any graduate programs or earn any further certificates after he graduated from the marine academy?

A.    No.

Q.    To your knowledge, did Mr. Lagoda have any certificates in fire fighting?

A.    Yes.

[In English]  Yes, yes.

Q.    Where did he earn that certificate?

A.    Yes.  The company made it mandatory for, before each, before each time, before



Page 62

Grigory Tikhoplav

each -- before shipping out, the company made it mandatory to check and to test the, to test the employees and have specific certification in safety and to have safety certificates.

And in addition to that, there is a term that survive-ability of a vessel, so which --

THE INTERPRETER:  From the Interpreter, and that's what the Interpreter asked the Witness, to clarify the term, and that's what he clarified.

Q.    Besides for fire fighting and safety certificates, what, if any, other certificates did Mr. Lagoda earn, either through his employer or after he graduated from the marine academy?

A.    I can, and I will have to look it up, some specific documents, and if you need I can actually forward those documents to you.  There were lots of certificates.

Specifically, all the crew members were supposed to sub for one another in an extreme situation and in case of emergency, so if you need I can forward those documents to you.

MS. ALTERMAN:  Yes, thank you. We'll make a demand for those



Grigory Tikhoplav

certificates from your counsel.

THE WITNESS:   [In English]   Yes.

Q.   Now, you testified, sir, that your son also had or entered or enrolled into the military.

When did he do that?

A.   If I'm not mistaken, it was from 2004 through 2006, but I can clarify if you need more specific date.

And he was a sergeant.

Q.   His rank?

A.   His rank was a sergeant.

Q.   Was he required to enlist in the military?

A.   Well, yes.   It was mandatory for his age group, for his year students.

Because a few years prior to that, a ministry of defense issued an order that military departments were canceled at some of the higher educational establishments, so that is why, due to the fact that his school did not have this military department, he had to enlist.

Q.   And you testified that the highest rank that he attained in the military was



                    Grigory Tikhoplav

sergeant?

     A.    [In English]  Yes, yes.

     Q.    And regardless of the years, he spent
two years in the military; is that correct?

     A.    Yes.  Two years, yes.

     Q.    Was he ever injured during his
service?

     A.    I don't recall anything like that.  I
don't believe he had any obvious injuries.

     Q.    Was he working in a capacity where he
was actually on the front lines fighting, or was
he working in an office or combination of both?

     A.    No.  He served here in Krasnodar
region, and he was in rackets --

          THE INTERPRETER:  Forgive me.  I'm
     so sorry.  The Interpreter needs to check
     the dictionary again.

          MS. ALTERMAN:  Okay.

     A.    -- missile troops.  During his service
he was enlisted in missile troops here in
Krasnodar.

          THE INTERPRETER:  That's the full
     response.

     Q.    Working in the Krasnodar region in



MAGNA⊙
LEGAL SERVICES

Grigory Tikhoplav

missile troops, was he fighting?  Was he working in an office, or was he --

Do you know anything about his military service?

A.    No.

He was stationed here.  He was never deployed anywhere else, and they started theory here.

They also had some field exercises, and actually every two weeks they were allowed to go back home for a short term.  For some short term they were allowed to go back home.

Q.    When he was discharged from the military, what was his status?

A.    Do you mean his military specialty?

Q.    No.

At the end of his service, did he, was he discharged with honorable rankings or something else?

A.    No.  He was just discharged due to the fact that he served his term.

And actually, his CO sent a letter to us as parents with the, like a thank you letter, with a letter with gratitude for our son.



Grigory Tikhoplav

And if you need, I can forward that letter to you.

Q.    Okay.  When he enlisted in the military, was he required to submit to a medical examination?

A.    [In English]  Yes.

Q.    So just sir, just as a reminder, I'm going to ask that your responses be in Russian.  Thank you.

Do you know the results of that medical examination that he was required to submit to for his military registration?

MR. AMRHEIN:  Objection.

A.    Well, I want to mention that Mr. Tarasov requested these documents, and I had to go to military archives and I received an excerpt.

And what I can say from this excerpt is that he was fit as group A, under group A, so what specifically it means, I'm not sure I know.

Q.    That was going to be my next question.

Do you know what group A or grade A is?

A.    Oh, well, I don't know.  I can show you this document, but it just says that fit as


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

per group A requirements.

Q.    Now, when your son graduated from the first institution before going to the marine academy, you also said that he got some work experience.

Where did he work?

A.    He's entry position was as an engineer, heat power station, and his duties were maintenance, of turbine maintenance.

But the salary was very low.

Q.    What year was this that he worked as an engineer in the heat power station?

A.    I believe it was 2008, 2009.  I can be off a little bit, but I can double check.

But I would like to add that when Vladimir was born, Olga was not working, was not employed, and at that point in time their relationship was not very good, due to the fact that they didn't have enough money to live.

MS. ALTERMAN:  Move to strike the nonresponsive portion of that answer.

Q.    When your son worked as an engineer in the heat power station in 2008, 2009, how much was he earning at that point in time?



Page 68

Grigory Tikhoplav

A.    I do not recall for sure.  I believe it was around 10-, between 10- and 12,000 rubles a month.

Q.    Do you recall the name of the company that he worked for at that time?

A.    Krasnodar heat power station.

Q.    Did he get any benefits working for Krasnodar heat power station?

A.    There were no benefits.

MR. AMRHEIN:  Objection.

THE INTERPRETER:  From the Interpreter, the Interpreter checked her dictionary.

Instead of heat power station, the dictionary suggests thermal electric power station is an official translation, so heat power station is okay as well.

From the Interpreter, two synonyms more frequently used is the term thermal electric power station as opposed to heat power station, which is a bit older term.

Q.    And why did he stop working for the thermal electric power station?

MR. AMRHEIN:  Objection.


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

You can answer.

A.    They rented an apartment, and they did not have enough money to survive.  That's why after office hours, after work, he had to get the second job as a cab driver.

Q.    How much was he earning as a cab driver for a second job?

MR. AMRHEIN:  Objection.

THE WITNESS:  Do I have to answer?

MR. AMRHEIN:  Yes.  Go ahead.

A.    Approximately the same amount as he earned at thermal electric power station.

But you know, it was not like a steady job. Depending on the season, like for instance in winter, he was not able to make any income as a taxi driver, so it was not like a steady job.

Q.    What was the next job he held after working for the thermal electric power station?

A.    Well, when he enrolled in the marine academy named after Ushakov, he started making pretty good money, and every time when he was at sea he would make from 300,000 to 400,000 a year.

Q.    What was the name of the company that



Grigory Tikhoplav

he worked for when he was enrolled in the marine academy?

A.   I have a document.  I don't recall it right now off the top of my head, but I can forward it to you.

Q.   Did your son work for the Columbia Ship Management Company?

A.   [In English]  Yes.

THE INTERPRETER:  From the Interpreter, Counselor, is it a good time to take a break?  We have been going on for three hours, and the Interpreter is getting very tired and needs a break.

MS. ALTERMAN:  That's fine.

How long would everyone like to break for?  I know that there's also some time constraints.  I don't know, Chris, if you want to talk offline?

MR. AMRHEIN:  Sure.  What's the best time for you guys to chat offline?

MS. ALTERMAN:  We can just go off the record and stay on here.

(Whereupon, a recess was taken from 12:48 p.m. to 1:13 p.m.)



                    Grigory Tikhoplav

Q.    Before the break I was asking about your son's employment before he entered into different seafarer agreements.  I had asked you about Columbia Ship Management Company.

Do you recall that?

A.    [In English]  Yes.

[In Russian]  Yes.

Q.    Do you remember Lochtan, L-O-C-H-T-A-N, Trading, Ltd.?

        THE INTERPRETER:  Could you repeat the second?

        MS. ALTERMAN:  It's Lochtan Trading, Ltd.

A.    It was Columbia, because I remember right after my son's passing I had a phone call, somebody who introduced as a secretary, asking me whether I maintained contact with my son.

Q.    Now, when was the first time, to your knowledge, that Mr. Lagoda entered into a seafarer's employment agreement with Columbia?

        MR. AMRHEIN:  Objection.

A.    There are contracts that I have in my possession.

I cannot respond to your question



Grigory Tikhoplav

quickly -- you know, because here are the contracts.  There are lots of them.  There were lots of companies that he was sailing for over the years, so that's why I have to sort it out.

Q.    So just for the record.  You held up certain documents that were, I believe, exchanged in discovery and different employment agreements that your son entered into.

Do you recall the first agreement after he graduated the marine academy, without going through the documents, just based on your recollection, do you recall the first company he worked for?

A.    I do not recall.  I can't recall right now.

It was some 12 years back, so it's really difficult for me to restore it in my memory.

Q.    Do you recall the names of any other shipping companies that your son worked for, besides for Columbia?

A.    Yes, yes.  I can.  I remember.

Q.    What other companies do you recall him working for?

Sir, if you're reading from a document, I'm



Page 73

Grigory Tikhoplav

going to ask that you refer to what document your reading from.

A.    For instance, I see here there is a vessel, I don't recall the name of the company. There was some company, the name was Motor Men -- I don't know for sure.

You know, I do not want to hold you up and waste your time, and it's fine print here, and I can't see it well.  I can't answer your question.

Q.    That's fine.  If you don't recall, you can just say you don't recall.

A.    Yes.  I do not recall at this point in time right now.

Q.    Do you recall, sir, in 2019 who was your son's employer?

A.    Columbia.  I believe that approximately since 2017 it was Columbia. That's who he cooperated with.

His very last contract that was executed was for sailing in Mexican bay.

Q.    What was his position working for Columbia?

A.    I know his position on the vessel on



Grigory Tikhoplav

the ship itself.

But with respect to Columbia, he just cooperated with them.

Q.    What was Mr. Lagoda's position on the vessel?

A.    Mechanical engineer specialist in energy.

Q.    Did he have to participate in any type of training before he was permitted to go on-board and work on the vessel?

A.    Yes.

MR. AMRHEIN:    Objection.

Q.    Are you familiar with the training that he was required to undergo in order to work on the vessel between 2017 and 2019?

A.    Yes.

After each training they were given like timeline that they were supposed to go through training, some specific training, in order to be admitted on-board the vessel and start the service.

And usually those courses or trainings took part in Novorossiysk with the duration of two to three weeks, and then parallel with that, he



Grigory Tikhoplav

also had to go through medical examination.

Q.   How many different vessels or ships did he work on between 2017 and January of 2019?

A.   It's possible those were two vessels, but I cannot tell you for sure.  I just don't recall.

Q.   Do you recall the names or the types of the two vessels that you recall he worked on between 2017 and 2019?

A.   With respect to types, those are oil tankers with very high loads, and the very last vessel that he was on, the name was Ivia [phonetic].

Q.   Do you know specifically what Mr. Lagoda's duties and responsibilities were on the last vessel that he worked on prior to his passing?

MR. AMRHEIN:  Objection.

You can answer.

A.   I can't tell you.

Q.   How long was he on the last voyage prior to his passing?

A.   What I know is that on April 12th of 2019 he was supposed to start rotation on the


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

vessel, and they were flying to Kingston in Jamaica.

Q.   Prior to that was my question.

What was the voyage before that that he completed?

A.   The duration of his contract was six months, and he came home on October 30, 2018. That was my birthday.

Q.   And he was gone for six months prior to that?

A.   Six months, yes.

Q.   What was his health condition like when he came home from that last voyage?

MR. AMRHEIN:  Objection.

You can answer.

A.   He was very fatigued after those six months, and he had to spend one month or one and a half months just to recuperate, and he was very thin and fatigued.

Q.   Did he require any medical attention after returning home from that six-month voyage on October 30, 2018?

A.   He did, yes, but mainly.

Q.   What type of treatment did he seek



Grigory Tikhoplav

when he returned home on October 30, 2018?

A.    Like I told you before, they were supposed to have two medical examination within one month of the voyage, one before the voyage and one after the voyage.

Q.    Did he complete those exams?

A.    Yes.  He did.

And I have all the documents pertaining to that.

Q.    When he returned home on October 30, 2018, how much weight did he lose after that six-month voyage?

A.    I would say three kilos, maybe more.

Q.    Did he see any doctors or medical providers when he returned home from that trip because of his fatigue or his weight loss or any other health conditions that he may have been dealing with at that time?

MR. AMRHEIN:  Objection.

A.    Yes.  He did.  He did.

Q.    Do you know the names of the doctors or the places where he sought treatment?

A.    He had his medical chart and medical record, and everything is broken down there.


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

Q. What is the name of the doctor or the place where he went for treatment when he returned home?

A. Here is his medical book or medical record, and it covers 2017, 2018, and 2019 here.

Q. I think I have a copy of what you're looking at, and I'd like to mark it and show it to you.

MS. ALTERMAN: Can you let him know there's no question pending right now?

THE INTERPRETER: He just wanted to add to his previous response about the medical facility or medical organization.

MS. ALTERMAN: Okay. I'll follow up with him after.

(Whereupon, a brief discussion was held off the record.)

(Whereupon, Defendant's Exhibit A, medical documents, was deemed marked for identification as of this date.)

MS. ALTERMAN: For the record we'll mark this as Defendant's Exhibit A, and I'm going to just, it's a three-page document and Bates-stamped numbers start



Grigory Tikhoplav

at EL 000085, and they go to EL 000087.

Also as he discussed, for the record, we will send all the exhibits after the deposition, and then we'll have them marked by the court reporter as well.

Q.    Sir, I'd like to you to take a look at what we've marked as Defendant's Exhibit A. It's a three-page document.  I'll scroll down and give you a chance to review EL 000085.

Do you recognize the first page of this document?

A.    [In English]  Yes.

Q.    And just a reminder, sir, please make sure your answers are in Russian.

What is this document?

A.    It's a sailor's medical record or medical book.

Q.    Are you able to read the information that's on this first page of the document?

A.    Ministry of Maritime of Russian Federation, Fleet of Russian Federation, sailor's medical book, commercial fleet.

Q.    Please read the entire document.



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

THE INTERPRETER:  Counselor, from the Interpreter, so you want the Witness read sentence-by-sentence and interpret sentence-by-sentence.

MS. ALTERMAN:  Yes?

A.  I have one other medical book in my possession, and it covers 2009.

Q.  2009 okay.

2019 or 2009 do you mean?

A.  No.  It starts with 2009.  It was his first medical book.  That's when he started sailing.

Q.  Okay.  Well, let's continue with this book, and then we'll locate that other book.

So if you could, starting with the left-hand side of the document, the first page, and then we'll go to the right-hand side and read for us Bates-stamped ending in 85.

A.  I opened it.  I'm right here where you were.

Q.  Okay.  Please translate it for us. Read from the medical book.

A.  Left-hand corner, top of the page it says OOO PROFI-MED, then the address Pioneer


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

Street, building 3, office number 18.

Novorossiysk, Krasnodar region.

Q.    Was that the address of his employer, if you know?

A.    That's the network -- no.  That's the network of health care offices, and they contracted by the employers to have employees submit to medical examinations.

So that's what they do, they provide medical examination.

Q.    Okay.  Please continue.

A.    That primary care physician, no complaints, no comments.

Q.    Who was your son's primary care physician at the time this document was completed in 2018?

A.    Do you mean someone who worked for this specific medical company?

Q.    No.  My question was -- I'll rephrase it.

Did your son have a primary health care physician in 2018?

A.    He has a local doctor's office here. He is assigned a local doctor's office here.  He


MAGNA
LEGAL SERVICES

has his card as a resident.

But he never ever went there because he would usually for medical examination, he would usually go to Novorossiysk.

Q. And Novorossiysk was through his employer?

A. Yes.

Q. And what else is contained on this first page of the document?

A. Then the second line is surgeon.

Again surgeon, no complaints, healthy.

Q. Okay. You can continue.

A. Next is neurologist. No contraindication to perform his job, fit.

Eye doctor, no complaints, fit.

Ear, nose, throat doctor, no complaints, no contraindications.

Next line dermatologist or neurologist, I'm sorry, I can't see it well. Healthy organs of the upper body or ribcage.

Other specialist, no abnormalities.

The next line is lab and X-ray information, fit.

And then it says fit for job without any



                    Grigory Tikhoplav

restrictions, and then there is this seal.

That's it.

Q.   And it's also dated; correct?

A.   [In English]  Yes.

Q.   What date appears on the document?

A.   May 29, 2018.

Q.   If we scroll down to -- and on the top
right-hand side of the document there's what
appears to be name and initials.

     Do you know whose name and initials those
are?

A.   Lagoda, Evgeniy Grigorovich.  That is
the patronymic.

Q.   Is that your son's name?

A.   Yes.

Q.   Is that his handwriting.

A.   No.  Most likely it was filled out by
either a doctor or a nurse.

Q.   We'll move to the second page, which
there's a date 2019 on the top, and it's dated
1/10/2019, Bates-stamped EL 000086, for the
record.

     Do you recall this page of the document,
sir?



Page 84

Grigory Tikhoplav

A.   I can't find it.  Where is it?

Q.   Can you see it on the screen?

A.   Yes.

I see the same stamp, stamp by the same clinic or polyclinic.

Again, primary care physician, no complaints.

Surgeon, no complaints.  Healthy, fit.

Neurologist, no complaints, no contraindication to perform his job, to his job.

Eye doctor, no complaints, fit.

Otolaryngologist, no complaints, healthy.

Dermatologist or neurologist, no complaints, healthy.

That's it.

And I see the date 10/01/2019.

Q.   And that would be the January 10, 2019; correct?

A.   Yes.  That's the last one before sailing.  He passed this examination, and he was waiting for the contract.

Q.   So now just going back to the first page of the document.

After this exam, May 29, 2018, he then went



Page 85

Grigory Tikhoplav

on a sea voyage; correct?

A.    Yes.

Q.    And before he had this exam on January 10, 2019, declaring him fit for a voyage, was there another exam in between these two when he returned on October 30, 2018, from that voyage?

A.    There is one other document that's from the clinician, and he had an ultrasound of his pelvic area, his abdomen.

Q.    What is the date of that exam?

A.    March 17, 2019.

Q.    Okay.  Is there an exam, that you're aware of, or any type of medical record indicating how he was physically when he returned home from the voyage on October 30, 2018, before these exams took place in 2019?

MR. AMRHEIN:  Objection.

A.    That's the one that I'm showing you, and I can read to you what kind of doctors he visited and what kind of doctors examined him.

Q.    When -- I can't see what you're looking at, sir, so if you could describe for me the document that you believe shows records of



Grigory Tikhoplav

when your son returned home from the voyage in October of 2018 and prior to this exam that we're looking at right now, which took place on January 10, 2019.

A.    Well, I do not know.  Let me --

The very last one is the one that was issued by his clinician.

Q.    So going to the last page of this exhibit, which is Bates-stamped EL 00087, do you recognize this document?

A.    The one that you have up on the screen?

Q.    Yes.

A.    Yes.  Of course, I do recognize it.

Q.    What is it?

A.    That's the cover page, the title page of the medical document, the title page.

Q.    So this is actually the cover page of the book?

A.    Yes.  It's like -- you know, it looks like a book.  It's a cover, and then when you open it up, that's how it looks.

Q.    How many pages are in the book that you have?



                    Grigory Tikhoplav

A.    This one?

Q.    Yes.

A.    Give me a minute.  I'll count.

16 pages all together with the title page,
with the cover page.

        MS. ALTERMAN:  So we'll request a
        complete copy of decedent's medical book
        in the correct order as well, so that way
        we can review it, and we'll request that
        of your attorneys.

Q.    The cover page that you're looking at
now, there's a photograph at the bottom of page.
Do you see that?

A.    My son's.

Q.    So was this what your son looked like
in January of 2019?

A.    Yes.

Q.    Do you know when this photograph of
him was taken?

A.    Most likely it was taken before, not
on the day when he submitted himself to this
medical examination.  Usually he would take a
couple, would have a couple of photos taken
beforehand.



Grigory Tikhoplav

Q.    And he submitted the photos along with the application?  Is that how it worked?

A.    Yes.

Q.    If you could, sir, if you just read for me what it says on this document, on the Bates ending in 87?

A.    Left side or right side?

Q.    Both, and you can start with the left side.

A.    Height, 174 centimeters.

Eye color, gray.

Special distinctions, no, none.

Blood type, I cannot see what it is.

Something positive, December 15, 2018.

Last name Lagoda, first name Evgeniy, patronymic Grigorovich.

Date of birth, 02/03/1980.

Profession, mechanic.

The same of the establishment issued the book medical center PROFI-MED.

Date of issue 10/01/2019.

Q.    Thank you.

How many medical books are you aware of that your son had for different seafaring jobs?



Grigory Tikhoplav

THE INTERPRETER:  Before I had a chance to interpret your question, Grigory said he would like to provide some clarification.

MS. ALTERMAN:  Okay.

A.   I don't know all of them, but it looks like every book corresponded to the vessel that he was supposed to sail on after the contract was executed.

Q.   Okay.  So every time he had, he entered into a different seafaring job, he got a different medical book; is that correct?

MR. AMRHEIN:  Objection.

A.   No.

May I continue?

Q.   Well, let me ask you this:
When he worked on a vessel, each different vessel, was he required to submit to a medical examination?

A.   Yes.

MR. AMRHEIN:  Objection.

A.   Every vessel, every contract with a new vessel required that a new medical book be filled out.



Grigory Tikhoplav

Q.   Do you have copies of all the medical books that had your son's information on?

A.   I do not recall right now how many of them I have, but I will look for them.

Q.   When your son returned home from a sea voyage, was he also required to have a reentry or dis-embarkment medical examination?

MR. AMRHEIN:  Objection.

A.   Typically, the companies provided for so call rehabilitation period, so they would invite the crew members, after dis-embarkment they would invite them to this rehabilitation, and they would spend several weeks there.

Q.   When your son returned home on October 30, 2018, did he participate in one of these rehabilitation programs?

A.   I do not recall.

Most likely that he contacted some medical providers, because I have it here from a clinician.  It looks like that, but whatever paperwork I have, I can provide for you.

Q.   What is the name of the medical provider who you believe he contacted or consulted with when he returned home on



                    Grigory Tikhoplav

October 30, 2018?

    A.    The company name is clinician, in
English.  It is in the City of Krasnodar,
Stavropol Street, building 223, and there is a
phone number here.

    Q.    How often did he go to this clinic
after he returned home in October of 2018?

    A.    Well, I have documents that reflect
March of 2019.  That's the only one that I have.

    Q.    Do you know of any treatment that
Mr., Lagoda had between October of 2018 and prior
to March of 2019?

    A.    No.  I don't have this information.

    Q.    When you said that he came home and he
was fatigued and lost a lot of weight, did you
encourage him to go see a doctor or go to some
sort of rehabilitation program?

    A.    Of course I suggested that, and he, on
his own, also sought doctor attention, medical
attention.

    Q.    When was the first time that you
recall him seeking medical attention after he
returned home from that voyage?

    A.    I can't tell you for sure.  I'm basing



Grigory Tikhoplav

what I'm telling you on what I have, and I can read from that for you.

Q. What documents specifically are you reading from or looking at right now?

A. I'm looking at the documents. It says clinician in English, and then it says ultrasound of abdomen, and ultrasound, and here I see liver, stomach, pancreas, bile ducts, and here I see consultation with a GI doctor.

Q. What are the dates of these documents?

A. March 18, 2019.

Then test results.

Q. Are all the testing and results from the same date in March of 2019?

A. Yes. March 19, 2019.

MS. ALTERMAN: So just for the record, the plaintiff is showing several pages of documents that are in Russian and reportedly his medical exams, tests, or his blood tests and other diagnostic tests, and we'll check our document production to see if those were produced, and if not, we'll demand a copy of those.

Q. Sir, do you have an understanding of



                    Grigory Tikhoplav

the physical demands of being a mechanical
engineer on one of these vessels?

     A.    Of course I do.  It's a lot of
responsibility.

     Q.    So can you tell me what you learned
from your son working on these vessels what type
of physical demands he was required to undergo
as part of his job?

     A.    Well, last time when he returned from
that sailing we had a conversation.  It was on
my birthday, like I said, and he brought me a
gift, and we had a conversation, and I asked him
do you think it's a good time right now to take
some time off to recuperate, maybe a year or
two, and he said well, you know what?  I will
needed a couple more voyages, and then I'm
offered a position with the Novorossiysk port
management.

     Q.    Okay.  Sir, so what I'm trying to
ascertain is what were the physical requirements
of his job?  So I know you've described for us
he came home fatigued and he lost a considerable
amount of weight, and you seemed to be concerned
about him working again on a vessel.



Grigory Tikhoplav

What type of physical demands were his job duties while he was working on these vessels?

MR. AMRHEIN:  Objection.

Go ahead.

A.    Well, we had, when we had a conversation, I heard him complaining that this vessel was pretty old and required general, like, overhaul of all the systems, specifically the engines and the turbines.  They were very old, and they required a lot of maintenance and a lot of repairs here and there, and that led to always very nervous state of mind and lack of sleep that required -- those were requirements of his job.

Q.    Was he also required to physically do certain tasks as part of his job, whether those be maintenance of the vessel that required a certain amount of physical strength?

MR. AMRHEIN:  Objection.

A.    Yes.

Q.    Is there a written job description of what his duties and responsibilities were on this vessel, that you're aware of?

A.    It's possible that those exist, but



Grigory Tikhoplav

frankly speaking, I never delved into that, but I will look for them.

Q.    Did your son also tell you whether or not while he was doing certain repairs on the vessel that he was required to lift a certain amount of weight in order to do those?

MR. AMRHEIN:  Objection.

THE WITNESS:  But you want me to answer; right?

MR. AMRHEIN:  Yes.

A.    Yes.

He was actually upset, and he was, to some extent, indignant that the regimen and financial expense in order to fix the maintenance problems was not up to par from the, by the company.

And for instance, he said that if turbine explodes when they are at sea or blows up, then it would be a major issue, and actually he cited an incident when, for two weeks because of the turbine malfunction, they were just idling at sea.  They were not able to turn on the turbine to start moving.

MS. ALTERMAN:  I'm going to move to strike as nonresponsive.


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

Q.    Sir, what I'm asking you is:

Was he required to lift certain heavy weights or use a lot of physical strength in order to fulfill his duties as a mechanic or engineer on-board the vessel?

        MR. AMRHEIN:  Objection.

        Go ahead.

A.    There is a crew in order to perform those special tasks, and he was a mechanical engineer.  He was specialist in energy supply, and he had sailors and those sailors worked on performing those duties, so he did not do it on his own, by his own hands.  He had a crew to do that.

Q.    How much did he earn during his last voyage, if you know?

A.    I do not know all the details of that, but if we convert his income, his wages into rubles, it was about 800 to 1 million.

Q.    Was that per year?

A.    Per voyage for six or seven months.

Q.    Did he receive, in addition to the wages, any other benefits from Columbia?

A.    No.  I don't know about that.



Grigory Tikhoplav

Q.   Was he a member of a union?

A.   Yes.

Q.   Do you know the name of the union?

A.   I have a letter from them because I corresponded with them.

I can't find it here right now.  I have lots of papers right here in front of me, but later on, if you need, I can forward you a copy of this letter.

MS. ALTERMAN:  We'll also leave a blank in the transcript and request a copy of the letter to the extent it has not already been provided.

(Insert):

(Insert):

(Insert):

A.   And I would like to add, if I may.

Q.   One second.

How long was your son a member of that union?

A.   I can't tell you for sure.  I mean, I'm having difficulty to provide this information.

But most likely for ten years.  I know that



MAGNA

LEGAL SERVICES

Grigory Tikhoplav

he still was a member of the union, 2019.

Q.    Did you receive any death benefits or life insurance benefits, after your son's passing, from the union?

A.    They helped me when I contacted the company.  So in order to get some death benefits, meaning that we lost head of the family and provider for the family, and I'm not sure if the money that was paid to me was paid by the company, most likely by the company, not by the trade union.

Q.    Who cared for your grandson while Mr. Lagoda was away at sea?

MR. AMRHEIN:  Objection.

A.    My wife and I.

From time to time he would go and stay with his mom, and then he would come back to me.

Q.    Did Mr. Lagoda, your son, leave you with money to care for him, or did you provide the financial support for your grandson while he was away at sea?

A.    Well, he would leave us a card, his bank card with Alpha Bank, and my wife would withdraw money, would take out money from the


MAGNA
LEGAL SERVICES

Grigory Tikhoplav

bank in order to care for our grandson for his expenses.

Q.   So your grandson's expenses would be covered by Mr. Lagoda while he was away at sea; is that correct?

A.   Yes.

MR. AMRHEIN:   Objection.

Q.   We have some statement of earnings from Columbia Shipment Management that range from 2017 to 2018.

Are you aware of any earnings that your son may have received in 2019 before his passing?

A.   I don't recall.  I can't tell you right now.  I don't recall.

Q.   Did your son have any employment from when he returned on October 30, 2018, and before his next voyage that he left for on April 12, 2019?

A.   No.  Not in 2019.

But prior to that, in prior years when there was a huge gap between sea voyages, he would go to Novorossiysk and he would have some odd jobs there.

Q.   Before the voyage in 2018, do you



Grigory Tikhoplav

recall the voyage before that?

A.    Before 2018?  Yes.  I do.

Q.    When was the voyage before that?

A.    Do you mean the dates, the exact dates?

Q.    It doesn't have to be exact.  If you know the year or the rough estimate period of time, that's fine as well.

A.    Roughly I would say that for half a year he would be at sea and half a year he would be at home.

Q.    And did he roughly make between 800,000 and one million rubles per voyage?

MR. AMRHEIN:  Objection.

A.    Not every voyage.

Q.    Okay.  So the one in 2018, you indicated that he made somewhere between 800,000 and one million rubles; is that correct?

A.    Yes.

And as far as I remember, it was a pretty difficult voyage, but they made some good money.

And the thing is that he wanted to buy an apartment for himself.

Q.    The voyage before the one in 2018 that



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

ended in October, how much did he earn on that voyage?

MR. AMRHEIN: Objection.

He can answer. Go ahead.

A. I don't have this information handy. If necessary I can go to Columbia, which is located in Novorossiysk and ask them for that information, but I don't have it.

Q. Okay. Did he have any other earnings, besides working on these voyages, in the years leading up to his death?

A. Yes. He did have some jobs with the Novorossiysk port manager, management, commercial port, because he had a lot of friends there, and when they needed some one subbing for someone who was away or they had some jobs, so he would go and work there, but it was like local jobs, not jobs abroad, but local jobs in Novorossiysk.

Q. In the year 2018, how much did Mr. Lagoda earn doing these local jobs?

MR. AMRHEIN: Objection.

A. Now, I didn't feel comfortable asking him about his earnings, and he took care of his



Grigory Tikhoplav

own budget.

And when they were together with Olga, I mean, they would travel.  They went to Greece, they went to Italy.

But I cannot tell you how much money he earned doing those other jobs.

Q.    Do you have any record or access to records that would indicate how much he earned doing these local jobs?

A.    I don't have this information handy.

I can try to reach out and to ask for such information and then forward it to you.

Q.    Do you know whether or not your son was taking any daily medication in 2019?

THE INTERPRETER:  What kind of medication?  I'm sorry.

MS. ALTERMAN:  Daily medication.

A.    Not that I know of.

You know, when recuperating, he tried to be very athletic.  I know he went into wrestling when he was still in school, and he would go and swim with his friends and also participated in some sports events like track and field, so he tried not to take medications or some -- he



Grigory Tikhoplav

tried not to take medication, not abuse medication.

Q.   Do you know whether or not he was prescribed any regular or prescribed medication on a regular basis, whether it be daily, weekly, monthly?

A.   It's possible that he would take some medications if any doctor would prescribe those medications for him during this recuperation period, but frankly speaking, I do not recall of any.

Q.   I'm going to show you some photographs that we'll collectively mark as Defendant's Exhibit B.  I'm going to put them upon the screen.

(Whereupon, Defendant's Exhibit B, photographs, was deemed marked for identification as of this date.)

(Whereupon, a brief discussion was held off the record.)

Q.   Are you able to see that?

A.   Yes.  It's Noshpa.

And as far as I remember, it's not that this is banned or forbidden.



Page 104

Grigory Tikhoplav

Q.   So the first photo in this exhibit is Bates-stamped PA 1920-56.

Sir, do you recognize what this medication is?

A.   Noshpa.

Q.   And what is this for?

MR. AMRHEIN:  Object to that question.

But you can go ahead.

A.   That's for pancreas.  If you have some issues with your pancreas you can take it.

Q.   Do you know when your son first started taking this medication?

A.   I do not know, because we use this medication.  My wife uses it.  If I have heartburn, I also use it.

Q.   All right.  We can go on to the next picture.  This is Bates-stamped PA 1920-57.

Is this the same bottle, just the opposite angle?

A.   It's possible.  I don't know.

Q.   Okay.  Do you see your son's name on any, on the first image or the second image that's in front of us?



Grigory Tikhoplav

A.    I'm not sure I understand your question.

Q.    So does your son's name appear on the prescription bottle itself or on the medication bottle?

A.    No.  Nowhere.  I don't see it.

Q.    Okay.  We'll keep going.

The next photograph is PA 1920-58.

Do you recognize what this medication is?

A.    I don't know what it is.  I never used it, and I have never seen it.

Q.    Have you ever known your son to take this medication?

A.    No.

Q.    Okay.  Move on to the next PA 1920-59.

Do you recognize what this is a photograph of?

A.    It's just a bandage.  It's sterile bandage.

Q.    Okay.  We'll continue on.

This, just for the record, is PA 1920-60 appears to be the backside of the bandage wrapper; is that correct?

A.    That's exactly right.  It's the same



                    Grigory Tikhoplav

bandage at the other angle, at the different

angle.

          Q.   We'll go on to the next photograph,

Bates-stamped PA 1920-61.

          Do you recognize what this is?

          A.   I don't know this one.  Frankly

speaking, I don't know this medication.

          If you want me I can write it down and then

ask my wife.  Maybe she knows what it is.

          Q.   That's all right.  Thank you.  Let's

keep going.

          PA 1920-62.

          Do you recognize this medication?

          A.   Well, most likely those are eyedrops.

          Q.   Do you know whether or not your son

was using eyedrops for any particular condition?

          A.   It's possible it's not for a regular

use, but when he came back from his last voyage,

his eyes were tearing.

          Q.   Was he prescribed this, these eyedrops

by an eye doctor?

          MR. AMRHEIN:  Objection.

          A.   I don't know.  I don't know.

          We do know that he went to see an eye



Grigory Tikhoplav

doctor, but we don't know whether it was prescribed to him or he just bought it over-the-counter for himself.  I don't know.

Q.    All right.  We'll go on to PA 1920-62, which this is just a close-up, it appears, of the box that had the eyedrops in it; correct?

A.    Yes, yes.  That's the same, yes.

Q.    And then we'll continue, PA 1920-64. This appears to be the backside of the eyedrops box.

A.    Yes, backside, correct.

Q.    We'll continue on.  PA 1920-65.

Do you recognize this medication?

A.    No.  I do not know this medication. We don't have it at home, in our home kit, no.

Q.    Are you able to read the name of it?

A.    Yes.  It's says Phlebofa.

Q.    Do you have any understanding what this medication is for?

MR. AMRHEIN:  Objection.

A.    Frankly speaking, I don't know.  I don't know.

Q.    We'll continue on.

PA 1920-66, do you recognize this



Grigory Tikhoplav

medication?

A.   Again, well, I don't know, and I have never seen those tablets, those pills. I can't tell you.

Q.   We'll continue on. The next exhibit, PA 1920-67. It's the same medication, just different angle of the box.

A.   Yes, yes.

Q.   So we'll move on since you don't recognize it.

PA 1920-68, do you recognize this medication?

A.   Yes, Citramon. Yeah. We have this medication.

Q.   And what is it?

MR. AMRHEIN:   Objection to this line of questioning.

A.   Well, you know, when we experience some kind of weakness, and also when one has high fever, one can take such.

Q.   Do you know whether or not your son was taking this before he left in April of 2019?

A.   Likely -- unlikely. It's highly unlikely.



Grigory Tikhoplav

Usually people take this medication when they see or feel like symptoms of flu, just the very start of it, or just when fever or temperature, body temperature goes up.

But it's unlikely that he was taking it, because when he was leaving in April he was healthy.  He didn't feel sick.

Q.    Let's continue on to the next exhibit, PA 1920-69.

Do you recognize that?

A.    Yes.  Yes.  I know that we have such a medication in our country.

Q.    And what is it for?

MR. AMRHEIN:  Objection.

A.    It has a lot of vitamin C.  Usually people take it when they feel cold or flu, right before the flu symptoms come on, so people take it with vitamin C, makes people feel better.

Q.    We'll move on to PA 1920-70.

Do you recognize this medication?

A.    Yes.  I do, and I believe we had it somewhere at home in our house, but . . .

Q.    What is it for?

MR. AMRHEIN:  Objection.



Grigory Tikhoplav

A.   It's for dry skin or -- you know, some abrasions on your skin, and you apply this cream, this will heal much faster.

Q.   And there's just a few pictures of the same box, so we'll skip forward to 1920-73, and I think this is the same medication you said that is for high fevers; is that correct?

A.   Yes, yes.

MR. AMRHEIN:  Objection.

Q.   So we'll move forward to PA 1920-74.

What is this?

MR. AMRHEIN:  Objection.

Go ahead.

A.   It's, those are vitamins.  It's like vitamin complex for general, for generally tone-ness, like a tonic.

Q.   We'll go on to PA 1920-75.

Do you know what this is for?

MR. AMRHEIN:  Objection.

A.   It's hydrogen peroxide.

You want me to continue?

Q.   Yes.  I'm going to show you the next photo.

The next image is just the other angle of



Page 111

Grigory Tikhoplav

the other hydrogen peroxide, and we'll move on to PA 1920-77.

And what is this?

A.    That is something that I'm using. It's for your joints.

MR. AMRHEIN:  Objection.

A.    Like an ointment for your joints.

Q.    Do you know whether or not your son had any issues with his joints prior to leaving in April of 2019?

A.    I do remember that my son said that usually when temperature fluctuates, goes up and down, then one has a tendency to have issues with joints and with skin.  The skin is very dry or the joints feel weaker, so this ointment, this gel helps with it.

Q.    We'll move forward to PA 1920-79.

Do you recognize this?

A.    I do not remember.  I believe I saw something like that.  It's like dry powder. When you have some kind of a cut or wound, you can use it as a disinfectant.

Q.    And then we'll move forward to PA 1920-81.



Grigory Tikhoplav

Do you know what this medication is?

A.    No.  I don't know this one.

Q.    Okay.  We'll move forward to PA 1920-82.

Do you know what this medication is?

A.    Well, that's iodine.  Usually use it apply to some cuts, small wounds.

Q.    We'll go on to PA 1920-83.

Do you know what this is?

A.    No.  I don't know this one.

Q.    We'll move on to PA 1920-84.

Do you recognize this medication?

MR. AMRHEIN:  Objection.

A.    I do not.  I do not know it.  I do not know.

Q.    We'll move forward to PA 1920-85.

Do you know what this is?

A.    Yes.  It's called Novo-Passit, and -- you know, for instance, if you feel nervous or if you can can't fall asleep, it's like, it's supposed to calm you down.

Q.    Did your son have any sleeping issues in 2019?

A.    Well, initially, upon return from his



Grigory Tikhoplav

sea voyage, he felt excitement and fatigue and he would wake up at 2:00 a.m. and have dinner, and then when everyone would wake up in the apartment then ask him what's going on, can't he wait until morning, he would say actually for me it's lunch break.

And so it would go for some short time, and then he would be back to a normal life.

Q.    We'll move forward to PA 1920-87.

Do you recognize this medication?

MR. AMRHEIN:  Objection.

A.    No.  I have never seen it before.

Q.    Okay.  We'll move forward to PA 1920-89.

Do you know what this is?

A.    Yes.  I know what it is.  It is a decongestant.

Let us say you have a cold and you cannot cough up phlegm, so you have to dissolve one tablet in a glass of water, drink it, and it is a lot easier to get rid of phlegm.

Q.    Okay.  We'll move on to PA 1920-90.

Do you know what this is?

A.    I never used it, but I can read what


MAGNA
LEGAL SERVICES

Page 114

Grigory Tikhoplav

it says.  It's antiviral, and it's a immunomodulator.

Q.   All right.  We'll move on to PA 1920-91.

Do you recognize this medication?

MR. AMRHEIN:  Objection.

A.   Yes.  It's called Smecta.

Q.   And what is it for?

MR. AMRHEIN:  Objection.

A.   It's an antibiotic, bacterial medication.

Q.   We'll move forward to PA 1920-93.

Do you recognize this?

A.   No.  I've never used it before.

Q.   We'll go on to PA 1920-94.

MR. AMRHEIN:  Objection.

A.   No.  I don't know this one.

Q.   We'll move forward to --

A.   It's for hemorrhoids.

Q.   And then we'll move forward to PA 1920-98.

Do you know what this is for?

MR. AMRHEIN:  Objection.

THE WITNESS:  So do I have to



                    Grigory Tikhoplav

answer?

        MR. AMRHEIN:  Yes.  Go ahead.

A.    Well, it's skin protection, anti-UV,
anti-UV erase for your skin.

Q.    Sunscreen?

A.    For your skin.

Q.    It's sunscreen?

A.    Yes.  It protects you from sun rays.

Q.    We'll move forward to PA 1920-102.
Do you know what this is for?

        MR. AMRHEIN:  Objection.

A.    I don't know this one.

Q.    We'll move forward to PA 1920-103.
Do you know what this is?

A.    No.  I do not.  I don't know this one.

Q.    We'll go on to PA 1920-104.
Do you know what this medication is?

A.    I do not know.  Never had them in my
life.

Q.    Okay.  We'll go ahead to PA 1920-105.
Do you know what this is?

A.    Those are tablets for your stomach for
indigestion or too much gas.

Q.    Okay.  We'll go on to PA 1920-106.



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

Do you know what this medication is?

A.   That's Citramon.

MR. AMRHEIN:  Objection.

A.   I believe every household has this Citramon.

Q.   What is it used for?

MR. AMRHEIN:  Objection.

A.   Headache.

Q.   You said headaches?

THE INTERPRETER:  Yes.  He said headaches.

THE WITNESS:  Yes.

Q.   And we'll go on to PA 1920-107.
Do you recognize this medication?

A.   Yes.  It is for indigestion, levamisitin [phonetic].

Q.   And then we'll go on to PA 1920-108.
Do you know what this is?

A.   I don't know this one.

Q.   Okay.  We'll go on to PA 1920-109.
Do you know what this medication is?

MR. AMRHEIN:  Objection.

A.   I don't know.

Q.   We'll go on to PA 1920-110.



Grigory Tikhoplav

Do you know what this medication is?

MR. AMRHEIN:  Objection.

A.    You have already shown this to me.

No.  I don't know.

Q.    All right.  Thank you.

And the last -- actually, there's two more.

PA 1920-111, do you recognize this medication?

MR. AMRHEIN:  Objection.

A.    Those are antivirals and with high fever, they reduce fever.

Q.    And lastly PA 1920-112.

Do you recognize this medication?

MR. AMRHEIN:  Objection.

A.    I don't know.

Q.    Okay.  Sir, were you aware that your son took all these medications with him when he got on the plane to JFK Airport in New York?

A.    Well, yes.  I knew that typically he would take his first aid kit with him, but in fact he would take those in order to maintain his good shape and good form while working.

Q.    Do you know if any family member has suffered from any seizures or epilepsy?


MAGNA
LEGAL SERVICES

Page 118

Grigory Tikhoplav

MR. AMRHEIN:  Objection.

A.    I don't know.  Neither I nor my wife or my grandson suffer from it.

And actually, when they told me about that, I was shocked.

Q.    Are you aware whether or not Mr. Lagoda, your son, ever experienced a seizure prior to April 12th of 2019?

A.    No.  I don't know anything about it.

Q.    Did your son ever complain of headaches prior to April of 2019?

MR. AMRHEIN:  Objection.

A.    When he felt tired or just felt sickly, he would have a headache, but it did not occur often.

Q.    How often would you say that he had headaches prior to April of 2019?

A.    He said that occasionally, pretty seldom, when being on the deck or being inside where the engines and turbine were, or just crossing the equator with the fluctuation, temperature fluctuation, he would experience weakness and dizziness.

Q.    Did he ever see a doctor after he



Grigory Tikhoplav

experienced this for the first time?

MR. AMRHEIN:  Objection.

A.    I don't recall.  I don't know.

Q.    Did your son ever have a stroke prior to April of 2019?

MR. AMRHEIN:  Objection.

A.    No.

Q.    Did your son ever suffer from an infection leading to meningitis or any other type of bacterial infection prior to April of 2019?

MR. AMRHEIN:  Objection.

A.    I don't know anything about it.

Q.    Did your son suffer from any heart conditions prior to April of 2019?

MR. AMRHEIN:  Objection.

A.    No.  He never had any heart issues.

And you know, let me add that he could swim so well and he could run so fast, that it's really, really hard to believe that he might have had any issues with his heart.

Q.    Did he ever suffer from or was diagnosed with hypertension before April of 2019?



Grigory Tikhoplav

MR. AMRHEIN: Objection.

A.    No.  I don't know.

Q.    Do you know whether or not your son suffered from any illnesses prior to April of 2019?

A.    What I know is that he had an appendectomy.  That's what I know.  He had a surgery.  His appendix was removed.  That's what I know.

Q.    When was that operation?

A.    It was right after -- I believe it was sometime in 2009, 2010.

Q.    Was he hospitalized on any other occasion, or just when we had that appendectomy?

MR. AMRHEIN: Objection.

A.    I don't recall.  I don't recall.

Q.    What was your son's height and weight in April of 2019?

A.    I'm sorry.  I think I already mentioned that his height was 164 centimeters. Let me double check, please.

And his weight was 75 or 77, something around that.

Q.    Okay.  Did he have any health



Page 121

Grigory Tikhoplav

restrictions, that you were aware of, in April of 2019?

MR. AMRHEIN:  Objection.

A.    No.

Q.    Did your son smoke cigarettes?

A.    He would smoke a cigarette occasionally from time to time.

And his mother and I, we asked him not to do it, and I tried not to do it, and he even tried to hide from us when he would have a cigarette.

Q.    When did he first start smoking cigarettes?  How old was he?

MR. AMRHEIN:  Objection.

A.    I do not recall.

I do recall that he did not smoke when he attended the institute, but then later on when he took up swimming.

Q.    Approximately when was that?

A.    I believe he started like in 2010 or 2012 up until 2016.

And then he, like, quit smoking.  Very, very seldom would he have a cigarette.

Q.    Did he drink alcohol?



Grigory Tikhoplav

A. Not that he used it on a regular basis, but socially when we had would have a party or family gathering we would buy champagne, or when his friends would come and visit with him.

Q. When he did smoke cigarettes, did he smoke a particular brand of cigarettes?

A. I do not know.

But I remember when he had to smoke cigarettes, he would take Philip Morris or some other, like, good cigarettes, good brand, good quality cigarettes.

Q. Was he still smoking cigarettes in April of 2019?

A. No. Not in my presence, no.

Q. Did you see him ever smoke a cigarette in 2019?

A. Every time when he went to different countries during some breaks, he would send a text message to me or to his mom saying that yeah, I have a break but I'm not smoking.

Q. Okay. Do you know the last time that he smoked prior to April 12th of 2019?

A. Well, when he attended the university



Grigory Tikhoplav

and the maritime academy, he did not smoke.

Q.   So my question to you was when was the last time that you saw him smoke prior to April 12, 2019?

A.   It's a difficult question.  I cannot answer it.

Q.   Well, do you recall him smoking at some point in time during the year 2018?

A.   I would say that he smoked pretty often before he divorced his wife, because when they started -- when they were having an argument he would get nervous and have a cigarette.

But after the divorce he quit.

Q.   When was the last time you saw your son in the days, the weeks leading up to him leaving for his voyage in April of 2019?

A.   My grandson and I, we took him to the airport, and we gave him his luggage and we said our goodbyes, and he walked toward his airplane.

Q.   What time was his flight that day?

A.   From Krasnodar to Moscow, I believe the departure was 1:30 a.m.

Q.   What time did you take him to the



Grigory Tikhoplav

airport in Krasnodar?

A.    Before departure, you mean?

Q.    Yes.

A.    Well, typically it's an hour before the departure, and so I believe I took, I brought him there at 12:30 or 12:45 and he left for check-in.

I never saw him after that.

Q.    How would you describe his physical condition in the days prior to that?

A.    Well, he was putting together his luggage and he went fishing and he visited with his friends and we saw him off.

Q.    How much time did you spend with him in the week leading up to his departure?

A.    Actually we were in touch every day, so almost all the time we spent together.

But he reregistered his old automobile, Ford 2010.  He reregistered it under my name.

And we also went together to Novorossiysk.

Q.    So how would you describe his physical condition?  Did he have any ailments?  Would you describe him as healthy?  What was his physical state when you took him to the airport that day?



Grigory Tikhoplav

MR. AMRHEIN:  Objection.

A.   No.  He was in his -- you know, normal physical state.  He was excited.  He even gained some weight.

Q.   Was he traveling alone, or was he with anyone else who was also scheduled to go on the same vessel as him?

A.   The crew was supposed to get together in Moscow.  That was gathering point.

And the crew members were from different cities and different countries even.  There was a guy from Krasnodar, there was a guy from Saint Petersburg, there was a guy from Odessa, also a guy from Georgia.

And while en route he kept sending me text messages, like reporting okay, now we are in Moscow, now we are in New York now.

Q.   How long is the flight from Krasnodar to Moscow?

A.   From Krasnodar to Moscow it takes around, about, like two hours, two hours 20 minutes, roughly.

Q.   When your son landed in Moscow, did you speak to him, either by phone or by text or



Page 126

Grigory Tikhoplav

some sort of communication?

A.   Yes, yes.  Yes.  We used WhatsApp or used text messages, and he texted me that he did not get a good sleep because he was, like, putting together his stuff, his luggage prior to that, visited with friends, and then he didn't have enough sleep on the night.

And most likely he could not sleep during his flight over the ocean.

Q.   Was this exchange all over messaging on WhatsApp, or did you actually speak with him on the phone?

A.   No.  Just text messages or snapshots -- you know, like photos.  He took pictures of himself and his friends at the airport building.

But we didn't speak over the phone.

Q.   Do you have, do you still have those messages that you exchanged when he landed in Moscow and the photos?

A.   Yes.

And I can actually read them for you.

MS. ALTERMAN:  Just to save time, why don't, we'll serve a demand for them,



Grigory Tikhoplav

and you can send them to your attorney and they'll provide them to us, as well as any photographs that he may have exchanged.

THE WITNESS:  Okay.

Q.  What time was his flight from Moscow to JFK Airport in New York?

A.  I do not recall right now.

What I know is that they landed in New York, like, in the first half of the day, and it took them like half a day to wait for their departure to Kingston, Jamaica.

Q.  How long is the flight from Moscow to JFK Airport?

A.  It's a long flight.  I do not recall for sure.  I believe around 14 hours.

Q.  Did you have any communication with your son while he was on-board that flight?

A.  No.

Q.  Do you know whether or not he had Wi-Fi on-board the flight where he was able to send you messages or photos?

A.  No.

I think if he had, he would have sent.



Page 128

Grigory Tikhoplav

Q. Did you have any communication with your son when he landed in New York?

A. Yes.

Q. Okay. What was the nature of the communication?

A. Yes. He sent a text message, at long last we're here.

Q. Did he say anything else?

A. I can look it up, find it.

Q. Well, based on your recollection, do you recall him saying anything else, besides we're, at long last we're here?

A. As far as I remember, he even sent a picture of the terminal, airport terminal where the guys were sitting.

Q. Did he say anything to you about how he was feeling at the time?

A. When the flight was announced, he sent a text saying I will try to rest on-board the ship.

Q. Did you ask him any questions about how he was feeling, whether or not he felt sick or ill?

A. No. He just said good night, and that



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

he also sent a text message saying that boarding was announced.

And I never heard from him after that.

Q.    When were you first notified of his passing?

A.    After the last text message that I got from him, two days after the last text message, I got a phone call from someone who said that they were a secretary for Columbia, and I was asked whether I maintained contact with my son or whether I was in contact, in touch with my son.

Q.    And what did you say in response?

A.    I got her phone call on Tuesday, but I believe our last communication was either Sunday night or Monday night, and I told her that for some reason my son is not sending any information, I don't get any communication from him.

Q.    What did she say?

A.    A few hours after that she called back and said that she had received a phone call, and during that phone call she was told that my son had heart arrest.



MAGNA
LEGAL SERVICES

Grigory Tikhoplav

Q. You were informed that your son had something, a heart arrest? What is that?

A. Well, frankly speaking, I couldn't even believe her, and I couldn't realize, couldn't understand what was going on, because a healthy person and suddenly such information.

Q. Did she tell you during that phone call that he had passed away?

A. No. She just said that she had a phone call, and during that phone call she was told that it was a tragedy, and I was not able to comprehend it or to believe it, and I started calling the company affiliate in Novorossiysk.

Q. And what were you told at that point in time when you contacted the company affiliate?

A. They did not know anything in Novorossiysk.

But from the head office in Cyprus, the information was that, as per his health condition, he was removed from the flight and he was transferred to a clinic, and that's where he passed.

And only all the events started unfolding



Grigory Tikhoplav

later on.  Later on all the events started unfolding.

Q.   When was the first time you learned from any law enforcement agency or authority that your son had passed away?

A.   I had a phone call from New York City. It was Dr. Malovskiya or Milewski, and she expressed her condolence, and from what I found out what happened.

Q.   First of all, sir, what document are you looking at?

A.   I made notes for myself during my phone conversations.

Q.   So right now you're looking at your own handwritten notes?

A.   Yes, yes.

Q.   And can you read for me what's on the piece of paper that you're looking at?

A.   She informed me that the body could not be revived, and his body, that my son, Evgeniy, they were not able to revive him, and his body is in Queens in the morgue.

Q.   What else did she tell you?

A.   That the medical examiner is working



Grigory Tikhoplav

on the body, and when they reach their conclusion they will inform me of the details.

Q. Did you say anything in response?

A. I do not recall what I responded exactly, but I do remember that I asked for details.

And then later on I had a phone call from Mr. Nicholas from the attorney, New York Attorney General's office. He was deputy head, and that's when we started discuss, started to discuss it.

Q. And what was the sum and substance of your conversation with the deputy head from the New York Attorney General's office?

A. Well, he told me about the conflict about the situation that came about at the airport at the time of the flight departure, and then he started asking me questions about Evgeniy.

And actually, I'm very grateful to him, because he told me a lot of things and a lot of details.

Q. What did he, what type of details did he give you about the events leading up to your



Grigory Tikhoplav

son's death?

A.    I believe that all the details are listed in the medical examiner's conclusion, how he lost consciousness.

It will take me a lot of time to tell everything.

Q.    Did you document, either by telephone recording or any type of recording device or by handwritten notes, what the details of your conversation were with him?

A.    I saved all electronic, all emails in electronic form that we exchanged.

Q.    And those are all in the electronic files that you discussed before; correct?

A.    And after the investigation was over, he actually scheduled, and we had a videoconference with the people from the state attorney's office, and they also asked me questions.

Q.    When was that videoconference?

A.    This videoconference took place a year after my son's passing.  I believe it was sometime in the spring of 2020.

I need to look it up, and then I can let



Grigory Tikhoplav

you know.

I'm also grateful to him that he assisted me in getting back my son's belongings and to get them through Customs in Russia.

MS. ALTERMAN:  Off the record.

(Whereupon, a brief discussion was held off the record.)

THE REPORTER:  Mr. Amrhein, are you ordering a copy of the transcript?

MR. AMRHEIN:  Yes, please, electronic, and if I could take down your email that I can could just send you any information you need.

THE REPORTER:  Thank you.

(Whereupon, the record was closed. Time noted: 3:59 p.m.)

-o0o-



Grigory Tikhoplav

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it. You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

-o0o-



Page 136

Grigory Tikhoplav

E R R A T A   S H E E T

PAGE    LINE      CHANGE

_____   _____   _____

REASON: _____

_____   _____   _____

REASON: _____

_____   _____   _____

REASON: _____

_____   _____   _____

REASON: _____

_____   _____   _____

REASON: _____

_____   _____   _____

REASON: _____

_____   _____   _____

REASON: _____

_____   _____   _____

REASON: _____

_____   _____

GRIGORY TIKHOPLAV                DATE



Grigory Tikhoplav

ACKNOWLEDGMENT OF DEPONENT

STATE OF _____ )

                                    )SS.:

COUNTY OF _____ )


        I hereby CERTIFY that, having been first
duly sworn or affirmed to testify to the truth,
I gave the above testimony.

        I FURTHER CERTIFY that I have read the
foregoing record of my testimony taken at the
time and place noted in the heading hereof, and
I do hereby acknowledge it to be a true and
correct transcript of same.


        _____
                   GRIGORY TIKHOPLAV


Subscribed and sworn to before me
this _____ day of _____, 2022.


_____
         Notary Public



Grigory Tikhoplav

C E R T I F I C A T I O N

STATE OF NEW YORK      )
                       )SS.:
COUNTY OF NASSAU       )


I, APRYL S. MONTERO, a Notary Public for and within the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place, that said witness was duly sworn or affirmed before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this September 27, 2022.

*Apryl S. Montero*

APRYL S. MONTERO

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)



## A

**a.m**
1:18 9:15 113:3
123:24
**a/k/a**
1:11,11
**abdomen**
85:11 92:8
**abilities**
56:4
**ability**
7:8 13:2 28:3 58:4
**able**
12:14 13:20 14:11,12
21:14 23:21 25:23
27:24 28:4 31:12
52:20 53:21 54:12
57:4,14,23 69:16
79:20 95:22 103:22
107:17 127:22
130:12 131:22
**abnormalities**
82:22
**abrasions**
110:3
**abroad**
101:19
**absolutely**
24:13
**abuse**
103:2
**academy**
39:10 55:21 59:9,12
60:4,12 61:17 62:15
67:5 69:21 70:3
72:11 123:2
**access**
102:8
**accommodate**
11:15
**account**
42:13
**accurate**
21:2 135:21
**accurately**

7:6
**acknowledge**
7:19 8:3 137:15
**ACKNOWLEDG...**
137:3
**action**
138:15
**activities**
44:12 46:25
**add**
38:21,23 43:6 48:20
53:2 67:16 78:13
97:18 119:19
**added**
53:15
**addition**
18:11 19:10 20:6
27:11 30:11,15
47:14 55:8 62:6
96:23
**address**
5:22 7:14 25:17
26:11 32:7 80:25
81:4
**administered**
8:4
**Administrator**
1:6
**admitted**
74:21
**advice**
59:7
**affairs**
24:6
**affect**
12:25
**affiliate**
44:18 130:14,17
**affirmed**
7:4 137:9 138:11
**afford**
53:14
**aforesaid**
138:10
**age**
55:13,25 63:17

**agency**
131:5
**ago**
50:5
**agree**
8:7 9:2
**AGREED**
6:4,8,12
**agreement**
5:3 26:22 27:2,3,5,8
27:15 71:21 72:10
**agreements**
71:4 72:9
**ahead**
69:11 94:5 96:8
101:5 104:10
110:14 115:3,21
**aid**
41:9,18,19,25 47:4
117:21
**ailments**
124:23
**airplane**
123:21
**airport**
117:19 123:20 124:2
124:25 126:17
127:8,15 128:15
132:18
**akin**
29:9
**alcohol**
121:25
**Alexey**
1:6 3:23 17:19,22
18:9,23 20:14 23:12
24:3,15
**allow**
12:6 15:17 21:18
37:9 55:19
**allowed**
35:13 43:15 65:11,13
**Alpha**
98:24
**Alterman**
3:15 4:3 7:18 8:21

9:5,10,14,17 20:24
21:6 22:2,11 23:6
23:23 26:7,14 27:14
31:18 32:2,9,15
37:8 43:16 45:10
46:6 54:24 60:24
62:24 64:19 67:21
70:15,22 71:13
78:10,15,22 80:6
87:7 89:6 92:17
95:24 97:11 102:18
126:24 134:6
**amount**
41:14,18,19 48:19
52:5 69:12 93:24
94:19 95:7
**Amrhein**
3:7 9:9 18:25 19:16
20:3,18 21:3,10,17
22:22 23:17,20 24:2
25:5 26:25 27:4,9
29:11,19,22 30:21
31:5,8 36:10 39:16
40:17,23 41:22 42:2
42:8 45:11,14 47:6
54:15 56:25 57:16
61:9 66:14 68:11,25
69:9,11 70:20 71:22
74:13 75:19 76:15
77:20 85:19 89:14
89:22 90:9 94:4,20
95:8,11 96:7 98:15
99:8 100:15 101:4
101:23 104:8
106:23 107:21
108:17 109:15,25
110:10,13,20 111:7
112:14 113:12
114:7,10,17,24
115:3,12 116:4,8,23
117:3,10,15 118:2
118:13 119:3,7,13
119:17 120:2,16
121:4,15 125:2
134:9,11
**and/or**



138:24
**angle**
104:21 106:2,3 108:8
110:25
**announced**
128:19 129:3
**annual**
41:19 46:18 52:5,17
52:21
**answer**
10:23 11:2,9,17 12:8
15:18 19:17 21:7,12
23:3 29:20 31:20
36:11 40:18,22,25
41:2 42:17 45:13
57:17 61:10 67:22
69:2,10 73:10 75:20
76:16 95:10 101:5
115:2 123:7
**answering**
10:4
**answers**
17:2 32:13 79:16
**anti-UV**
115:4,5
**antibiotic**
114:11
**antiviral**
114:2
**antivirals**
117:11
**anymore**
51:5
**apartment**
7:16 36:7,13 52:8,9
69:3 100:24 113:5
**appear**
105:4
**appears**
14:21 15:10 83:6,10
105:23 107:6,10
**appendectomy**
120:8,15
**appendix**
120:9
**appliances**

61:13
**application**
88:3
**applied**
30:3
**apply**
20:21 50:19 110:3
112:8 138:23
**appropriate**
135:8
**approximate**
21:14 52:20
**approximately**
42:14,20 46:16 58:7
58:22 69:12 73:19
121:20
**approximation**
46:22
**April**
24:21 35:9 75:24
99:18 108:23 109:7
111:11 118:9,12,18
119:6,11,16,24
120:5,19 121:2
122:15,24 123:5,18
**Apryl**
2:6 7:4 138:7,21
**architecture**
47:14 48:22 51:2
56:7
**archives**
66:17
**area**
56:13 85:11
**argument**
123:13
**army**
13:15 58:3
**arrangements**
27:10,12 53:24 54:14
55:4
**arrest**
129:25 130:3
**articles**
48:23 51:24
**arts**

48:10
**ascertain**
93:21
**ashamed**
54:8
**ASHCROFT**
3:4
**aside**
8:7
**asked**
24:6 26:4 62:10 71:4
93:13 121:9 129:11
132:6 133:19
**asking**
10:2 11:7 14:21
40:22 42:19 50:4
55:2 57:14 58:19
71:2,17 96:2 101:24
132:19
**asleep**
112:21
**asserted**
8:10
**assigned**
81:25
**assisted**
134:3
**associate**
49:13,15,18
**assume**
11:10
**assured**
24:13
**athletic**
44:12 102:21
**attached**
135:14
**attained**
63:25
**attend**
56:14 59:17
**attended**
56:2 121:18 122:25
**attends**
40:4
**attention**

76:21 91:20,21,23
**attorney**
2:4 14:23 17:19,22
23:12,19 24:7,14
32:10 127:2 132:9
132:10,15 135:17
**attorney's**
17:7 133:19
**attorneys**
3:4,12 6:5 7:18 9:17
17:7 22:6 26:18
28:14 87:11
**authority**
1:9,10,11 3:11 9:19
9:25 10:2 131:5
**automobile**
124:19
**automotive**
40:3
**autopsy**
29:9 30:18,24
**avoid**
32:14,16
**awarded**
38:6
**aware**
85:15 88:24 94:24
99:12 117:17 118:7
121:2

---

**B**

**B**
4:7,9 103:15,17
**baby**
36:15
**back**
33:11 54:9 58:15
65:12,13 72:17
84:23 98:18 106:19
113:9 129:22 134:4
**background**
47:9 55:16 58:20
**backside**
105:23 107:10,12
**bacterial**
114:11 119:11


MAGNA
LEGAL SERVICES

bandage
105:19,20,23 106:2
bank
98:24,24 99:2
banned
103:25
based
72:12 128:11
basic
57:24 59:20
basing
91:25
basis
12:20 42:7 46:18
103:6 122:3
Bates
88:7
Bates-stamped
78:25 80:19 83:22
86:10 104:3,19
106:5
bay
73:22
beaten
29:25 31:17
beautiful
43:10
Belarus
55:14
believe
17:12 24:18 35:6
37:7 56:16 64:10
67:14 68:2 72:7
73:18 85:25 90:24
109:22 111:20
116:5 119:21
120:12 121:21
123:23 124:6
127:17 129:16
130:5,13 133:3,23
belongings
134:4
benefits
5:7 44:14 45:6,6,19
46:9 48:3 51:21
68:8,10 96:24 98:3

98:4,8
best
7:8 70:20
better
109:19
bile
92:9
binder
18:19
birth
13:16 33:5,23 38:15
38:16,25 88:18
birthday
76:9 93:12
bit
14:19 24:19 30:5
33:22 56:17 67:15
68:22
Black
13:9
Blagoev
7:16
blank
22:3 26:16 37:9
97:12
bleeding
29:25
blood
5:12 88:14 92:21
138:15
blows
95:18
board
60:10
boarding
129:2
boats
45:3
body
18:13 82:21 109:5
131:20,21,23 132:2
bonus
52:2
book
5:10 18:19 78:5
79:19,24 80:7,12,15

80:15,23 86:20,22
86:24 87:8 88:21
89:8,13,24
books
48:24 49:19 51:23
88:24 90:3
born
13:7,8 35:12,13 36:7
37:24 39:3,4,7
67:17
Boston
3:6
bottle
104:20 105:5,6
bottom
26:9 87:13
bought
54:9 107:3
box
26:11 107:7,11 108:8
110:6
brand
122:8,12
break
11:14,18 70:12,14,17
71:2 113:7 122:22
breaks
122:20
brief
26:12 78:17 103:20
134:7
briefly
47:8
bringing
16:9
broken
30:13,14 77:25
brought
93:12 124:7
budget
51:6 102:2
Bugiada
1:12 30:3
building
81:2 91:5 126:17
bully

43:14
burial
18:15
business
27:10
buy
44:10 54:10 100:23
122:4
buys
42:10
bytes
19:22

---
**C**
---

C
3:2 7:2 109:16,19
138:3,3
cab
69:6,7
calculate
25:16
calculations
46:21
call
40:12 71:16 90:11
129:9,15,23,24
130:9,11,11 131:7
132:8
called
43:14 112:19 114:8
129:22
calling
130:14
calm
112:22
calterman@panyn...
3:16
camrhein@ashcro...
3:8
canceled
63:20
candies
42:10,11
capacity
50:13 64:11
car



MAGNA
LEGAL SERVICES

52:18,19,25 53:2
card
82:2 98:23,24
cardiology
28:20
care
36:9 81:7,13,15,22
84:7 98:20 99:2
101:25
cared
98:13
carefully
135:7
caring
46:17 53:22
case
1:3 27:6,7 62:22
center
3:13 88:21
centimeters
88:11 120:21
certain
72:7 94:17,19 95:5,6
96:3
certificate
38:16 56:19 61:23
certificates
5:9 61:16,20 62:5,13
62:13,19 63:2
certification
62:4 138:22
certify
137:8,12 138:8,14
certifying
138:24
champagne
122:5
chance
16:3 79:11 89:3
change
47:22 136:5
changed
34:16
changes
14:19 135:13
chart

77:24
chat
25:25 26:6,9,15
70:21
check
21:19 37:4 46:15
60:15,23,25 62:3
64:17 67:15 92:22
120:22
check-in
124:8
checked
68:13
cherries
54:20
Cheryl
3:15 9:14,16 20:19
22:25 23:20
chief
17:6
children
35:25
chose
38:12 39:14
Chris
23:17 70:18
CHRISTOPHER
3:7
cigarette
121:7,12,24 122:17
123:14
cigarettes
121:6,14 122:7,8,11
122:12,13,14
cited
95:19
cities
50:19 125:12
Citramon
108:14 116:3,6
city
7:15 13:9 41:20,23
41:25 47:5 48:10
59:8 91:4 131:7
civil
16:7

clarification
89:5
clarified
62:11
clarify
59:14 62:10 63:9
clarity
23:22
clear
53:20
clinic
28:21 84:6 91:7
130:23
clinician
85:10 86:8 90:21
91:3 92:7
close-up
107:6
closed
17:12 24:5 134:16
clothes
44:12 46:25 54:9
clothing
44:11 53:3
coast
13:10
cold
109:17 113:19
colleague
9:18
collectively
103:14
college
53:19
colloquy
32:13
color
88:12
Columbia
44:17,21 70:7 71:5
71:15,21 72:21
73:18,19,24 74:3
96:24 99:10 101:7
129:10
combination
64:13

come
35:9 41:19 47:25
56:6 98:18 109:18
122:5
comfortable
101:24
commencement
138:11
comment
19:5
comments
81:14
commercial
79:24 101:15
common
36:12
communicate
27:23 57:24 58:4
communication
23:11 126:2 127:18
128:2,6 129:16,19
companies
50:24 72:4,20,23
90:10
company
44:16,21,23,24 45:18
53:16 61:24 62:2
68:5 69:25 70:8
71:5 72:13 73:5,6
81:19 91:3 95:16
98:7,11,11 130:14
130:16
complain
118:11
complaining
94:7
complaints
81:14 82:12,16,17
84:8,9,10,12,13,15
complete
5:10 22:12 77:7 87:8
completed
76:6 81:17
completely
9:2 12:11
completes


MAGNA
LEGAL SERVICES

40:9
**complex**
110:16
**complied**
8:19
**comprehend**
130:13
**concerned**
93:24
**conclusion**
29:2 132:3 133:4
**condition**
76:13 106:17 124:11
124:23 130:22
**conditions**
77:18 119:16
**condolence**
131:9
**conference**
21:19 23:14
**conferences**
51:24
**confirm**
9:3
**confirmed**
31:15
**conflict**
132:16
**confusion**
32:14,16
**consciousness**
133:5
**consent**
9:6
**consequences**
30:14
**conserves**
54:18
**considerable**
93:23
**constraints**
70:18
**consulate**
24:10
**consult**
23:9

**consultation**
23:12 92:10
**consulted**
23:18 90:25
**contact**
71:18 129:11,12
**contacted**
24:9 90:19,24 98:6
130:16
**contained**
18:22 19:25 20:8
21:8 82:9
**continue**
37:22 38:3 40:14
80:14 81:12 82:13
89:16 105:21 107:9
107:13,24 108:6
109:9 110:22
**continuing**
8:25
**contract**
44:25 50:25 73:21
76:7 84:22 89:9,23
**contracted**
81:8
**contracts**
50:23 51:4,5,6 71:23
72:3
**contraindication**
82:15 84:11
**contraindications**
82:18
**contribute**
42:18
**contribution**
47:3
**control**
138:24
**controversy**
138:16
**conversation**
8:8 57:24 93:11,13
94:7 132:14 133:11
**conversations**
8:12 131:14
**convert**

96:19
**cooks**
54:19
**cooperate**
53:12
**cooperated**
73:20 74:4
**copies**
17:13,14 90:2
**copy**
5:10 27:15 31:21
32:4,5 46:7 78:7
87:8 92:24 97:9,13
134:10
**corner**
80:24
**correct**
5:10 13:21 18:24
30:19 39:12 47:4
50:10 51:18 54:14
55:6,8 58:24 60:17
64:5 83:4 84:19
85:2 87:9 89:13
99:6 100:19 105:24
107:7,12 110:8
133:15 137:16
**corrections**
135:7,9
**correspond**
25:8,18 27:20
**corresponded**
25:7,14 89:8 97:6
**cough**
113:20
**counsel**
4:12 9:6 23:5 40:19
63:2 138:16
**Counselor**
60:22 70:11 80:2
**count**
87:4
**countries**
122:20 125:12
**country**
41:21 109:13
**COUNTY**

137:6 138:5
**couple**
35:6 36:5 47:10
87:24,24 93:17
**course**
8:24 10:10,14 11:5
11:14,21 50:11
86:15 91:19 93:4
**courses**
56:23 74:23
**coursework**
49:3
**court**
1:2 2:6 6:16 7:20,22
10:7,8,12,19 79:6
135:21
**cover**
44:7 53:5,21 86:17
86:19,22 87:6,12
**coverage**
45:17,17
**covered**
45:25 48:3,6 99:5
**covers**
78:6 80:8
**cream**
110:4
**crew**
62:20 90:12 96:9,14
125:9,11
**criminal**
16:6,19 18:3,5
**crossing**
118:22
**cucumbers**
54:20
**current**
13:12 49:25
**currently**
7:25 12:16 39:22
40:7 46:11 47:17
**Customs**
134:5
**cut**
111:22
**cuts**



MAGNA
LEGAL SERVICES

112:8
Cyprus
44:17,22 130:20

**D**

**D**
4:2
daily
12:20 102:15,18
103:6
database
5:21 21:15
date
2:5 8:25 13:16 17:10
23:13 24:16,17 25:2
33:5,23 38:25 63:10
78:21 83:6,21 84:17
85:12 88:18,22
92:15 103:19
135:12 136:24
dated
83:4,21
dates
92:11 100:5,6
day
87:22 123:22 124:17
124:25 127:11,12
137:22
days
123:17 124:11 129:8
135:18
dealing
77:19
dealt
61:11
death
16:24 17:11 44:13
45:6,8 98:3,7
101:12 133:2
Deceased
1:7
decedent's
5:10 87:8
December
88:15
decide

59:8
decision
39:18
deck
118:20
declare
8:5,22
declaring
85:5
decongestant
113:18
deemed
4:12 78:20 103:18
135:20
defendant
4:12 16:10
Defendant's
4:7 78:19,23 79:9
103:14,17
Defendants
1:14 2:4 3:12
defended
47:15
defends
49:2
defense
63:19
definition
41:12
degree
40:10,12,13 55:20,21
55:23 56:19,22
58:13 59:2 60:11
61:6
degrees
28:10 47:12,13
delved
95:2
demand
27:14 32:5 62:25
92:24 126:25
demands
51:2 93:2,8 94:2
department
1:10,11 3:11 28:21
40:4 48:22 51:14

56:11,11 63:23
departments
63:20
departure
123:24 124:3,6,16
127:13 132:18
depending
50:24 69:15
deployed
65:8
deponent
8:8 137:3
deposing
135:17
deposition
7:19,21,23 8:2,14,15
9:22 10:10,15 11:6
11:14,21 15:14
16:16,22 22:13,17
28:13 79:5 135:6,15
135:19,20
deputy
17:6 49:9,15 132:10
132:14
dermatologist
82:19 84:14
describe
14:20 85:24 124:10
124:22,24
described
29:24 47:8 93:22
describing
30:17
description
94:22
design
50:21
details
50:2 96:18 132:3,7
132:23,24 133:3,10
determining
8:9
device
133:9
diagnosed
119:24

diagnostic
5:13 92:21
dictionary
60:15,23 61:4 64:18
68:14,16
died
31:15
different
14:16 26:8 31:3
37:17 49:23,24 71:4
72:8 75:3 88:25
89:12,13,18 106:2
108:8 122:19
125:11,12
differently
14:22
difficult
25:15 42:9,16 52:23
72:18 100:22 123:6
difficulty
26:15 97:23
dinner
113:3
direct
138:24
directly
138:15
dis-embarkment
90:8,12
discharged
28:20 65:14,19,21
discovery
72:8
discrepancies
29:5,15,18 30:7,23
discuss
132:11,12
discussed
23:4 39:17 79:3
133:15
discussing
22:24
discussion
26:12 78:17 103:20
134:7
discussions


MAGNA
LEGAL SERVICES

23:16 28:16
**disinfectant**
111:23
**dissolve**
113:20
**distinctions**
88:13
**District**
1:2,2 9:24
**divorce**
5:23 35:7 37:3 43:19
123:15
**divorced**
36:21,24 123:11
**dizziness**
118:24
**doctor**
78:2 82:16,17 83:19
84:12 91:17,20
92:10 103:9 106:22
107:2 118:25
**doctor's**
81:24,25
**doctors**
77:15,22 85:21,22
**document**
29:2,5,8,23 30:12
46:5 66:25 70:4
72:25 73:2 78:25
79:10,13,17,21,25
80:17 81:16 82:10
83:6,9,24 84:24
85:9,25 86:11,18
88:6 92:22 131:11
133:8
**documents**
4:8 5:2,6 14:22 17:16
18:16 20:8,12,13
34:17,18 37:5,5
45:16,17,21 46:5,7
62:17,18,23 66:16
72:7,12 77:9 78:20
91:9 92:4,6,11,19
**doing**
95:5 101:22 102:7,10
135:11

**double**
21:18 67:15 120:22
**Dr**
131:8
**dried**
51:4
**drink**
113:21 121:25
**driver**
69:6,8,17
**dry**
110:2 111:15,21
**ducts**
92:9
**due**
41:10 63:22 65:21
67:19
**duly**
7:4 137:9 138:10
**DURAN**
1:14
**duration**
74:24 76:7
**duties**
67:9 75:16 94:3,23
96:5,13

**E**

**E**
3:2,2,21,21 4:2,7 7:2
136:3,3,3 138:3
**Ear**
82:17
**earn**
40:10 47:13,21 53:23
58:13 61:16,23
62:14 96:16 101:2
101:22
**earned**
52:3 58:7 69:13
102:7,9
**earning**
50:6,13,16 51:16,17
67:25 69:7
**earnings**
54:4 99:9,12 101:10

101:25
**easier**
113:22
**education**
47:11 48:22 55:18
56:12 58:9 59:4,24
61:15
**educational**
13:14 47:9 55:16
56:9 58:19 63:21
**educator**
43:2
**effect**
6:15
**eight**
45:4
**eighth**
47:20
**either**
16:8 23:8 25:4 27:16
52:20 62:14 83:19
125:25 129:16
133:8
**EL**
79:2,2,11 83:22
86:10
**ELANA**
3:24
**electric**
68:16,21,24 69:13,19
**electrical**
45:2 56:21 61:12,12
61:13
**electrician**
60:9
**electricity**
52:16 58:11
**electronic**
5:20 17:17 19:22
20:6,9,14,17 21:9
21:15 22:15 28:24
31:25 133:12,13,14
134:12
**electronically**
17:15
**email**

5:22 25:8,17 26:11
134:13
**emails**
25:10 133:12
**emergency**
62:22
**employ**
138:16
**employed**
42:24,25 47:17,19
50:14 67:18
**employees**
62:4 81:8
**employer**
45:6,23 49:5 62:14
73:17 81:4 82:7
**employers**
81:8
**employment**
52:4 71:3,21 72:8
99:16
**en**
125:16
**encourage**
91:17
**ended**
101:2
**energetics**
61:4,5,7
**energy**
56:11,21 58:12,23
74:8 96:11
**enforcement**
131:5
**engineer**
45:2 56:22 67:9,13
67:23 74:7 93:3
96:6,11
**engineering**
58:8,23
**engines**
61:11,12 94:10
118:21
**English**
7:7,8 11:4,12,19,23
11:24 12:3,5,9,18



MAGNA
LEGAL SERVICES

13:22,25 14:8,17,24 15:15 22:18,21 25:9 27:18,21,22,24 28:4 28:7 29:10,13 31:10 31:23 36:2,23 37:15 43:5 51:19 55:7,9 56:23 57:3,4,6,8,15 57:25 58:5,25 60:18 61:2,22 63:3 64:3 66:7 70:9 71:7 79:14 83:5 91:4 92:7
**enlist**
63:14,23
**enlisted**
64:21 66:4
**enroll**
59:11 61:15
**enrolled**
59:15,17,25 63:5 69:20 70:2
**enter**
26:10 59:9,22,23
**entered**
27:16 56:15 63:5 71:3,20 72:9 89:12
**entering**
26:15
**enters**
53:19
**entire**
79:25
**entitled**
45:19
**entry**
67:8
**epilepsy**
117:25
**equator**
118:22
**erase**
115:5
**errata**
135:9,11,13,17
**ESQ**
1:6 3:7,15,17,23 9:14

**establishment**
13:14 56:9 88:20
**establishments**
63:21
**Estate**
1:6
**estimate**
46:20 52:24 100:8
**events**
102:24 130:25 131:2 132:25
**Evgeniy**
1:6 35:24 37:24 38:17 83:13 88:16 131:22 132:20
**Evgeniy's**
36:20
**exact**
17:10 24:17 25:2 100:5,7
**exactly**
105:25 132:6
**exam**
84:25 85:4,6,12,14 86:3
**examination**
2:2 4:2 6:13 9:13 66:6,12 75:2 77:4 81:11 82:4 84:21 87:23 89:20 90:8
**examinations**
81:9
**examined**
59:25 85:22
**examiner**
131:25
**examiner's**
133:4
**exams**
5:12 77:7 85:18 92:20
**excerpt**
66:18,19
**exchange**
126:11
**exchanged**

25:11 72:8 126:20 127:5 133:13
**excited**
125:4
**excitement**
113:2
**execute**
45:16
**executed**
27:5 73:21 89:10
**exercises**
65:10
**exhibit**
78:19,23 79:9 86:10 103:15,17 104:2 108:6 109:9
**exhibits**
4:12 79:4
**exist**
94:25
**expense**
95:15
**expenses**
44:2,7 46:17 47:2 52:12,14,16,21,22 53:6,9,21 54:5,23 99:3,4
**experience**
58:18 59:6 67:6 108:19 118:23
**experienced**
31:17 118:8 119:2
**expert**
58:12
**expertise**
30:12
**explodes**
95:18
**expressed**
131:9
**extent**
32:2 95:14 97:13
**extreme**
62:21
**eye**
82:16 84:12 88:12

106:22,25
**eyedrops**
106:15,17,21 107:7 107:10
**eyes**
106:20

---

**F**

**F**
138:3
**face**
30:4,16
**facility**
78:14
**fact**
41:10 63:22 65:22 67:19 117:22
**faculty**
51:13
**fail**
135:19
**faithfully**
7:6
**fall**
112:21
**familiar**
74:14
**familiarized**
16:17
**family**
36:4 41:11,11,13 98:9,9 117:24 122:4
**far**
12:22 100:21 103:24 128:14
**fast**
44:9 119:20
**faster**
110:4
**father**
38:2,4
**father's**
34:4 36:20 38:13
**father-in-law's**
38:10
**fatigue**


MAGNA
LEGAL SERVICES

77:17 113:2
**fatigued**
76:17,20 91:16 93:23
**Federation**
24:10 79:23,23
**fee**
44:6
**feel**
12:22 23:3 101:24
109:3,8,17,19
111:16 112:20
**feeling**
128:18,23
**felt**
113:2 118:14,14
128:23
**fever**
108:21 109:4 117:12
117:12
**fevers**
110:8
**field**
65:10 102:24
**fifth**
60:8
**fighting**
61:20 62:12 64:12
65:2
**figures**
50:9
**file**
19:13 20:2,6,6,9,10
20:14,17 21:9 22:13
22:16 28:23,24
**filed**
9:23
**files**
5:20,21 21:15,15
133:15
**filing**
6:6
**fill**
22:3 26:17 37:10
**filled**
5:19 83:18 89:25
**finalized**

5:24 37:3
**financial**
27:8,12 40:15 41:7,9
41:18,25 42:21
43:24 47:4 95:14
98:21
**find**
24:7 84:2 97:7
128:10
**fine**
20:24 32:15 48:9
70:15 73:9,12 100:9
**finish**
10:22 11:2 15:17
**finished**
33:9 56:5
**fire**
61:20 62:12
**firm**
3:4 23:17 27:17
**first**
7:3 10:7 13:23 14:3,4
15:5,5 24:15 25:11
31:9 32:24 44:4
55:20,22 56:18
59:17 67:4 71:19
72:10,13 79:12,21
80:12,17 82:10
84:23 88:16 91:22
104:2,13,24 117:21
119:2 121:13
127:11 129:5 131:4
131:11 137:8
**first-year**
59:23
**fishing**
124:13
**fit**
66:20,25 82:15,16,24
82:25 84:9,12 85:5
**fix**
95:15
**fleet**
79:23,24
**flight**
123:22 125:19

126:10 127:7,14,16
127:19,22 128:19
130:22 132:18
**Floor**
3:5,13
**flu**
109:3,17,18
**fluctuates**
111:13
**fluctuation**
118:22,23
**flying**
76:2
**folder**
18:23 19:22,24
**follow**
22:4 23:23 26:18
78:15
**follows**
7:9
**food**
46:25 53:3 54:23
**foolish**
37:21
**forbidden**
103:25
**force**
6:14
**Ford**
124:20
**foregoing**
137:13 138:22
**foreign**
24:6
**forensic**
18:7,9,17
**forensics**
18:12 19:7 29:4,23
30:12
**foresee**
41:3
**Forgive**
64:16
**form**
6:9 17:18 117:23
133:13

**format**
31:25
**forward**
17:4,20 18:8 20:21
40:24 62:18,23 66:2
70:6 97:9 102:13
110:6,11 111:18,24
112:4,17 113:10,14
114:13,19,21
115:10,14
**forwarded**
17:18 18:11
**Foster**
17:5
**found**
34:7 56:10 131:9
**four**
57:19
**fourth**
60:8
**frankly**
46:14 95:2 103:11
106:7 107:22 130:4
**free**
23:3
**frequently**
68:20
**friend**
34:7
**friend's**
59:7
**friendly**
36:16
**friends**
101:15 102:23 122:5
124:14 126:7,16
**front**
37:6 64:12 97:8
104:25
**fruits**
54:21
**fulfill**
96:5
**full**
7:11 64:23
**fundamentals**



**fundamentals**
59:20
**further**
6:8,12 8:2 61:14,16
137:12 138:14
**furthered**
59:3

---
G
---

**G-R-I-G-O-R-I-J**
15:7
**G-R-I-G-O-R-Y**
14:2
**gained**
125:4
**gap**
99:22
**gas**
30:3 52:16 53:2
115:24
**gathering**
122:4 125:10
**gel**
111:17
**general**
94:8 110:16
**General's**
17:22 132:10,15
**generally**
110:16
**gentleman**
43:13
**Georgia**
125:15
**gesture**
21:13
**gestures**
10:13
**getting**
43:10 70:14 134:4
**GI**
92:10
**gift**
93:13
**gigabytes**
19:23 20:16 21:8

**give**
10:5 12:7 46:19
53:18 79:11 87:4
132:25
**given**
8:23 11:22 15:13,21
74:18
**gives**
42:15,21
**giving**
50:10
**glass**
113:21
**Glory**
38:7
**go**
21:18,20 23:4,20,25
40:8 54:9 59:8
65:11,13 66:17
69:11 70:22 74:10
74:19 75:2 79:2
80:18 82:5 91:7,17
91:17 94:5 96:8
98:17 99:23 101:5,7
101:18 102:22
104:10,18 106:4
107:5 110:14,18
112:9 113:8 114:16
115:3,17,21,25
116:14,18,21,25
125:7
**goes**
39:24 109:5 111:13
**going**
11:9 31:18 43:16
48:18 66:9,22 67:4
70:12 72:11 73:2
78:24 84:23 86:9
95:24 103:13,15
105:8 106:12
110:23 113:5 130:6
**good**
9:16 12:24 24:7,14
27:22 38:18 55:25
56:11 57:6,18,19
67:19 69:22 70:11

93:14 100:22
117:23,23 122:12
122:12,12 126:5
128:25
**goodbyes**
123:21
**grade**
47:20 66:23
**graduate**
60:3 61:15
**graduated**
13:13 39:10 50:17
56:16,18 58:6,22
60:5 61:17 62:15
67:3 72:11
**graduation**
37:25 58:2 59:5
**grandfather's**
38:12
**grandson**
32:18 33:16 35:12,12
36:7,17 39:21 41:7
41:17,24 43:12,25
44:8,20 45:25 46:11
46:17 48:3,6 53:19
53:22 98:13,21 99:2
118:4 123:19
**grandson's**
35:15 99:4
**grateful**
132:21 134:3
**gratitude**
65:25
**gray**
88:12
**great**
38:7
**Greece**
102:4
**green**
18:18,19,22 20:2,10
**Greenwich**
3:13
**grew**
39:7
**Grigorovich**

83:13 88:17
**Grigory**
1:7 2:3 7:12 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1,22 23:1 24:1
25:1 26:1,4 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1,4 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1,24
137:1,18 138:1
**group**
55:13 63:17 66:20,20
66:23 67:2
**grows**
44:9
**guess**



14:18 60:25
guy
125:13,13,14,15
guys
70:21 128:16

**H**

H
4:7 136:3
half
52:7 76:19 100:10,11
127:11,12
hand
10:13 21:13 138:18
hands
96:14
handwriting
83:17
handwritten
131:16 133:10
handy
101:6 102:11
happen
12:13
happened
131:10
happening
41:3
happy
11:8,15
hard
20:11 25:12 119:21
hardcopy
22:12 28:23
head
10:13 41:10,11 51:13
51:14 56:2 60:20
70:5 98:8 130:20
132:10,14
headache
116:9 118:15
headaches
116:10,12 118:12,18
heading
137:14
headquarters

44:17
heal
110:4
health
76:13 77:18 81:7,22
120:25 130:21
healthy
12:22 82:12,20 84:9
84:13,15 109:8
124:24 130:7
hear
12:24
heard
94:7 129:4
hears
40:20
heart
30:15 119:15,18,22
129:25 130:3
heartburn
104:17
heat
58:16,16 67:9,13,24
68:7,9,15,18,21
heavy
96:3
height
88:11 120:18,21
held
2:5 18:19 26:13
69:18 72:6 78:18
103:21 134:8
138:10
help
24:7,8 32:16 54:22
helped
98:6
helpful
14:10,25 15:19
helps
111:17
hemorrhoids
114:20
hereof
137:14
hereto

6:6
hereunto
138:17
hide
121:11
high
33:8 56:12 75:12
108:21 110:8
117:11
higher
63:21
highest
47:11 49:22 50:5,13
51:12 55:17 57:20
63:24
highly
108:24
hit
30:4
hold
49:7,9,14 73:8
holding
15:9
home
36:4 65:12,13 76:8
76:14,22 77:2,11,16
78:4 85:17 86:2
90:6,15,25 91:8,15
91:24 93:23 100:12
107:16,16 109:23
honorable
65:19
hospitalized
120:14
hour
124:5
hours
69:5 70:13 125:22,22
127:17 129:22
house
36:22 109:23
household
116:5
huge
19:11 59:21 99:22
husband

43:21
hydrogen
110:21 111:2
hypertension
119:24

**I**

icons
26:8
identification
78:21 103:19
idling
95:21
ill
128:24
illnesses
120:5
image
104:24,24 110:25
immunomodulator
114:3
imperative
135:16
important
20:25 38:5
inches
19:13
incident
95:20
include
46:25
included
20:9 52:18
including
18:17 52:15
income
53:5,8,15,23 54:4,14
55:3,5 69:16 96:19
indicate
34:18 102:9
indicated
100:18
indicating
19:15 85:16
indigestion
115:24 116:16


MAGNA
LEGAL SERVICES

indignant
95:14
indirectly
138:16
individually-named
9:20
infection
119:10,11
inform
132:3
information
5:19 37:10 42:23
79:20 82:23 90:3
91:14 97:24 101:6,9
102:11,13 129:19
130:7,21 134:14
informed
23:13 130:2 131:20
initially
112:25
initials
83:10,11
injured
64:7
injuries
30:16 64:10
Insert
22:7,8,9 26:19,20,21
37:12,13,14 97:15
97:16,17
inside
118:20
instance
40:25 54:16 69:15
73:4 95:17 112:20
institute
50:22 121:18
institution
67:4
instruct
41:2
instructions
10:5 12:2 135:4
insurance
44:14 45:5,8,8,17,18
45:23 46:2,12 52:18

52:18,25 98:4
interested
138:15
interesting
50:3
intermediate
40:12
interpret
7:6 32:12,12 80:4
89:3
interpretation
8:18 49:12 60:17
interpreted
7:8
interpreter
3:24 7:3 8:17,18,19
11:20 12:6 15:17
19:18 20:22,23
21:11,12 26:4 32:11
32:23 34:11,12
40:19,20 45:7 49:11
49:12 60:14,15,19
61:3 62:8,9,10
64:16,17,23 68:12
68:13,13,19 70:10
70:11,13 71:11
78:12 80:2,3 89:2
102:16 116:11
interrogatories
16:21 18:18
interrogatory
16:18
introduced
71:17
investigation
17:12 24:4 133:16
investigations
17:6
invite
48:24 90:12,13
involved
16:7
iodine
112:7
issue
88:22 95:19

issued
29:6 63:19 86:8
88:20
issues
16:6 61:12 104:12
111:10,14 112:23
119:18,22
Italy
102:5
item
30:12 31:14
Iurevich
38:5
Ivia
75:13

---

**J**

jackets
44:11
Jamaica
76:3 127:13
January
75:4 84:18 85:5 86:5
87:17
Jersey
1:10,10 3:11 9:19,19
JFK
117:19 127:8,15
job
69:6,8,14,17,18
82:15,25 84:11,11
89:12 93:9,22 94:2
94:15,17,22
jobs
88:25 99:24 101:13
101:17,19,19,19,22
102:7,10
joined
58:3
joints
111:6,8,10,15,16
JONATHAN
1:13,14
JOSEPH
1:12

---

**K**

K
7:2
keep
18:5 23:11 48:21
105:8 106:12
kept
16:20 18:4,18 49:19
125:16
kilos
77:14
kind
27:12 41:9 54:7 61:8
85:21,22 102:16
108:20 111:22
kindergarten
43:2,3,3
Kingston
76:2 127:13
kit
107:16 117:21
knew
117:20
know
11:7,15 15:25 20:16
24:3 26:8 28:3,5,11
28:20 35:4,11 36:12
36:24 39:14,17,18
40:21 42:9,14,20
43:9 44:9 47:22
48:2 50:25 52:15
53:10 54:7,16 65:4
66:11,21,23,24
69:14 70:17,18 72:2
73:7,8,25 75:15,24
77:22 78:10 81:5
83:11 86:6,21 87:19
89:7 91:11 93:16,22
96:17,18,25 97:4,25
100:8 102:14,19,20
102:21 103:4
104:13,15,22
105:11 106:7,8,16
106:24,24,25 107:2
107:4,15,22,23



MAGNA
LEGAL SERVICES

108:3,19,22 109:12
110:2,19 111:9
112:2,3,6,10,11,15
112:16,18,20
113:16,17,24
114:18,23 115:11
115:13,15,16,18,19
115:22 116:2,19,20
116:22,24 117:2,5
117:16,24 118:3,10
119:4,14,19 120:3,4
120:7,8,10 122:9,23
125:3 126:15
127:10,21 130:18
134:2
**knowledge**
61:19 71:20
**known**
105:13
**knows**
106:10
**Krasnodar**
7:15 18:12 29:3,7,14
31:14 39:4,5,7,8,9
48:10 50:20 58:15
58:16,16 64:14,22
64:25 68:7,9 81:3
91:4 123:23 124:2
125:13,19,21
**Krasnodar's**
5:4 30:9,25 31:2,22
32:6
**Krasnodarskiy**
13:8

——— L ———

**L**
3:21 6:2 7:2
**L-O-C-H-T-A-N**
71:10
**lab**
82:23
**labor**
19:9
**lack**
94:13

**Lagoda**
1:6 5:8 33:20 38:4,5
38:17 46:10 58:21
61:7,14,19 62:14
71:20 83:13 88:16
91:12 98:14,19 99:5
101:22 118:8
**Lagoda's**
55:17 74:5 75:16
**landed**
125:24 126:20
127:10 128:3
**language**
13:5 31:10
**lastly**
117:13
**laugh**
48:18
**law**
3:4,11 27:17 131:5
**lawsuit**
9:23 16:9,12 39:12
39:15
**lawsuits**
16:8
**leading**
101:12 119:10
123:17 124:16
132:25
**learn**
58:21
**learned**
93:6 131:4
**learning**
31:11
**leave**
21:19,20 22:2 26:16
37:8 97:11 98:19,23
**leaving**
109:7 111:10 123:18
**led**
94:12
**left**
35:9 40:5 88:8,9
99:18 108:23 124:7
**left-hand**

80:17,24
**legal**
15:22,23 26:24
**lengthy**
59:21
**let's**
55:22 80:14 106:11
109:9
**letter**
5:14 15:3 65:23,24
65:25 66:2 97:5,10
97:13
**letters**
14:12
**levamisitin**
116:17
**level**
47:11 51:3,12 55:17
**lieu**
8:3
**life**
16:5 43:11 44:14
45:5,7 98:4 113:9
115:20
**lift**
95:6 96:3
**likes**
40:3
**likewise**
10:25
**line**
5:2,19 82:11,19,23
108:17 136:5
**lines**
64:12
**lion's**
41:15 43:24
**listed**
133:4
**little**
24:19 33:22 56:17
67:15
**live**
33:15 35:13,16,18,20
36:4 55:5 67:20
**lived**

35:11 36:6,14,16
38:2
**liver**
92:9
**living**
13:11 34:3 35:8
39:22 48:14
**loads**
75:12
**local**
48:22 81:24,25
101:19,19,22
102:10
**locate**
80:15
**located**
101:8
**location**
13:12
**Lochtan**
71:9,13
**long**
13:11 33:7 34:3 35:3
49:14 55:12 70:16
75:22 97:20 125:19
127:14,16 128:7,13
**look**
37:4 46:4 62:16 79:8
90:5 95:3 128:10
133:25
**looked**
87:16
**looking**
56:8 78:8 85:24 86:4
87:12 92:5,6 131:12
131:15,19
**looks**
86:21,23 89:7 90:21
**lose**
77:12
**loss**
41:11,12,13 77:17
**lost**
28:3 43:21 58:4
91:16 93:23 98:8
133:5



**MAGNA** ⊘
**LEGAL SERVICES**

lot
25:12 51:2 53:3,14
  91:16 93:4 94:11,12
  96:4 101:15 109:16
  113:22 132:22,22
  133:6
lots
62:19 72:3,4 97:8
lovely
33:11
low
59:8 67:11
lucky
15:25 16:4
luggage
123:20 124:13 126:6
lunch
113:7

_____ M _____

MA
3:6
maintain
5:21 20:5 21:16
  22:16 48:21 117:22
maintained
71:18 129:11
maintenance
52:19 53:2 67:10,10
  94:11,18 95:15
major
95:19
making
22:23 69:21
malfunction
95:21
Malovskiya
131:8
Malysa
3:17 9:18
management
70:8 71:5 93:19
  99:10 101:14
manager
101:14
mandatory

61:24 62:3 63:16
manner
9:7
March
85:13 91:10,13 92:12
  92:15,16
marine
39:10 44:23 53:16
  55:21 59:9,11 60:4
  60:12 61:3,6,17
  62:15 67:4 69:20
  70:2 72:11
maritime
79:22 123:2
mark
57:20 78:8,23 103:14
marked
4:12 78:20 79:6,9
  103:18
marks
57:18
marriage
138:15
married
33:7,12 34:23,25
  35:2,3 36:25 37:2
  37:19,20 43:10,22
master's
56:21,22 58:7,23
materials
17:4,9,13,18,20 18:7
  18:9,17
math
56:2
mathematical
56:4
matter
8:6 9:21 138:16
Matthew
3:17 9:18
mean
15:2 42:3 52:5,13
  65:16 80:10 81:18
  97:22 100:5 102:4
  124:3
meaning

98:8
means
66:21 138:23
measurements
19:21
mechanic
88:19 96:5
mechanical
74:7 93:2 96:10
mechanics
40:3
medical
4:8 5:10,12 18:6
  19:10 45:22 46:2,12
  66:5,11 75:2 76:21
  77:4,15,24,24 78:5
  78:5,14,14,20 79:18
  79:19,24 80:7,12,23
  81:9,11,19 82:4
  85:15 86:18 87:8,23
  88:21,24 89:13,19
  89:24 90:2,8,19,23
  91:20,23 92:20
  131:25 133:4
medication
102:15,17,18 103:2,3
  103:5 104:4,14,16
  105:5,10,14 106:8
  106:14 107:14,15
  107:20 108:2,7,13
  108:15 109:2,13,21
  110:7 112:2,6,13
  113:11 114:6,12
  115:18 116:2,15,22
  117:2,9,14
medications
12:17,20 102:25
  103:9,10 117:18
meet
23:8 24:15 25:3
megabytes
19:23
member
97:2,20 98:2 117:24
members
51:13 62:20 90:12

125:11
memory
34:15 72:18
Men
73:7
meningitis
119:10
mention
54:8 60:7 66:15
mentioned
19:8 29:15 33:15
  43:25 55:10 120:21
message
26:10 122:21 128:7
  129:2,7,8
messages
5:15 125:17 126:4,14
  126:20 127:23
messaging
8:11 126:11
met
24:11 25:6,7,11
Mexican
73:22
MEZZACAPPA
1:13
Michael
1:12 30:2,3
middle-level
40:13
Milewski
131:8
military
33:10 55:11,12 57:12
  57:13 58:14 59:6
  63:6,15,20,23,25
  64:5 65:4,15,16
  66:5,13,17
million
44:19 52:7 96:20
  100:14,19
mind
34:6 38:22 43:7
  94:13
ministry
24:6 63:19 79:22



MAGNA
LEGAL SERVICES

minute
87:4
minutes
125:23
missile
64:20,21 65:2
mistake
24:24 35:5 58:10
mistaken
30:3 59:13,15 60:5
63:8
mistakes
28:6 57:22
mom
98:18 122:21
moment
29:24
Monday
129:17
money
42:12,12,15 53:15,18
54:13 67:20 69:4,22
98:10,20,25,25
100:22 102:6
Montero
2:6 7:4 138:7,21
month
25:13 42:15,21 51:8
68:4 76:18 77:5
monthly
41:18 42:5,7 47:24
48:19 50:8,12 51:17
51:21 52:12,14,21
53:21 103:7
months
25:15 76:8,10,12,18
76:19 96:22
morgue
131:23
morning
9:16 113:6
Morris
122:11
Moscow
24:5 123:23 125:10
125:18,20,21,24

126:21 127:7,14
mother
34:7 35:15 41:8 42:7
47:5 121:9
mother's
34:9 38:13
Motor
73:6
mouth
30:2
move
31:18 34:6 35:13
43:16 54:24 67:21
83:20 95:24 105:16
108:10 109:20
110:11 111:2,18,24
112:4,12,17 113:10
113:14,23 114:4,13
114:19,21 115:10
115:14
moved
34:5,5 36:8,19,22
movements
10:14
moving
20:21 40:24 95:23
multiply
25:14
murder
24:5
murdered
24:19

**N**

N
3:2,21 4:2 6:2 7:2
138:3
N.B
4:12
name
5:25 7:11 9:16 13:21
14:3,4,4,5,6,13,21
14:24 15:5,10,11
32:20,24 33:2,17,19
34:9,10,14,18 35:23
37:18 38:10,13,13

38:15 44:16 48:7
68:5 69:25 73:5,6
75:13 78:2 83:10,11
83:15 88:16,16
90:23 91:3 97:4
104:23 105:4
107:17 124:20
named
69:21
names
72:19 75:8 77:22
NASSAU
138:5
native
13:5
nature
128:5
necessary
101:7 135:7
need
11:13 15:5 19:5
32:11 62:17,23 63:9
66:2 97:9 133:25
134:14
needed
46:21 93:17 101:16
needs
64:17 70:14
Neither
118:3
nervous
94:13 112:20 123:13
network
81:6,7
neurologist
82:14,19 84:10,14
never
16:3,11 65:7 82:3
95:2 105:11,12
108:4 113:13,25
114:15 115:19
119:18 124:9 129:4
new
1:2,9,9,10,10 2:8
3:11,11,14,14 7:5
9:19,19,24 17:7,21

24:10 34:7 54:10
89:24,24 117:19
125:18 127:8,10
128:3 131:7 132:9
132:15 138:4,8
Nicholas
17:5 132:9
night
126:8 128:25 129:17
129:17
nods
10:13
nonresponsive
31:19 43:17 54:25
67:22 95:25
normal
113:9 125:3
nose
82:17
Noshpa
103:23 104:6
Notary
2:7 6:14 7:5 137:24
138:7
noted
9:15 41:4 134:17
135:13 137:14
notes
16:19,20 18:3,5
131:13,16 133:10
Notice
2:5
notified
129:5
notify
28:19
Novo-Passit
112:19
Novorossiysk
13:9 39:10 44:18
59:9 74:24 81:3
82:5,6 93:18 99:23
101:8,14,20 124:21
130:14,19
NRB
1:4


MAGNA ◉
LEGAL SERVICES

nuisance
36:15
number
25:14 48:10 81:2
91:6
numbers
78:25
nurse
83:19

**O**

O
3:21 6:2 138:3
O-L-Y-A
34:11
o0o-
2:9 6:17 134:19
135:23
oath
8:3
object
20:19 34:8 38:14
40:24 41:4 43:9
104:8
objection
18:25 19:16 20:3,18
21:10,17 25:5 26:25
27:4,9 29:11,19
30:21 31:5 36:10
39:16 40:17,21
41:22 42:2,8 45:11
47:6 54:15 56:25
57:16 61:9 66:14
68:11,25 69:9 71:22
74:13 75:19 76:15
77:20 85:19 89:14
89:22 90:9 94:4,20
95:8 96:7 98:15
99:8 100:15 101:4
101:23 106:23
107:21 108:17
109:15,25 110:10
110:13,20 111:7
112:14 113:12
114:7,10,17,24
115:12 116:4,8,23

117:3,10,15 118:2
118:13 119:3,7,13
119:17 120:2,16
121:4,15 125:2
objections
6:9 9:7
obvious
64:10
obviously
44:10
occasion
120:15
occasionally
42:11 118:19 121:8
occur
8:12 118:16
ocean
126:10
October
76:8,23 77:2,11 85:7
85:17 86:3 90:16
91:2,8,12 99:17
101:2
odd
99:24
Odessa
125:14
offered
93:18
office
5:5 17:7,8,22 29:3,7
29:15 30:10,25 31:3
31:15,22 32:6 44:18
64:13 65:3 69:5
81:2,24,25 130:20
132:10,15 133:19
officer
1:12,12,13,13,14
30:2
officers
9:20 10:2
offices
81:7
official
68:17
offline

70:19,21
Oh
66:24
oil
75:11
ointment
111:8,16
okay
10:6,16,18,24 11:3
12:23 14:6 15:20
19:6 22:10 23:7
25:22 41:5 43:8
45:12 46:6 60:18,22
64:19 66:4 68:18
78:15 80:9,14,22
81:12 82:13 85:14
89:6,11 93:20
100:17 101:10
104:23 105:8,16,21
112:4 113:14,23
115:21,25 116:21
117:17 120:25
122:23 125:17
127:6 128:5
old
33:21 94:8,11 121:14
124:19
older
33:22 36:17,19 68:22
Olga
34:12,22 35:15 36:22
41:8 42:21,24 67:17
102:3
Olya
34:10
on-board
74:11,21 96:6 127:19
127:22 128:20
once
36:17 37:10 40:9
one-third
30:6
online
5:21 21:16 25:4,7
OOO
80:25

open
86:23
opened
80:20
operation
120:11
opinion
12:15
opportunity
38:23
opposed
68:21
opposite
104:20
options
54:6
order
5:11 32:13 38:6 53:9
54:4,10,22 60:16
63:19 74:15,20 87:9
95:7,15 96:5,9 98:7
99:2 117:22
ordering
134:10
organization
78:14
organizations
50:24
organs
82:20
original
135:17
Otolaryngologist
84:13
outside
8:12 36:4
over-the-counter
107:4
overhaul
94:9
overstep
22:25
overtime
51:22
owner
52:9


**MAGNA** ›
LEGAL SERVICES

| P | | | |
|---|---|---|---|
| **P** | 95:16 | **pending** | **Phonetically** |
| 3:2,2,21 6:2 7:2 | **parallel** | 11:16 78:11 | 32:23 |
| **p.m** | 74:25 | **pension** | **photo** |
| 70:25,25 134:17 | **parents** | 48:16,17 53:4 55:8 | 104:2 110:24 |
| **PA** | 65:24 | **people** | **photograph** |
| 104:3,19 105:9,16,22 | **part** | 109:2,17,18,19 | 87:13,19 105:9,17 |
| 106:5,13 107:5,9,13 | 20:7 74:24 93:9 | 133:18 | 106:4 |
| 107:25 108:7,12 | 94:17 | **percentage** | **photographs** |
| 109:10,20 110:11 | **participate** | 27:13 | 4:9 5:15 103:13,18 |
| 110:18 111:3,18,24 | 16:3 48:25 61:15 | **Perestroika** | 127:4 |
| 112:5,9,12,17 | 74:9 90:16 | 49:25 50:21 51:5 | **photos** |
| 113:10,15,23 114:5 | **participated** | **perform** | 87:24 88:2 126:15,21 |
| 114:13,16,22 | 38:7 51:24 102:23 | 82:15 84:11 96:9 | 127:23 |
| 115:10,14,17,21,25 | **participating** | **performing** | **physical** |
| 116:14,18,21,25 | 7:19 | 96:13 | 93:2,8,21 94:2,19 |
| 117:8,13 | **particular** | **period** | 96:4 124:10,22,24 |
| **page** | 106:17 122:8 | 90:11 100:8 103:11 | 125:4 |
| 4:2,7 5:2,19 79:12,21 | **parties** | **perjury** | **physically** |
| 80:17,24 82:10 | 6:5 8:2,7,13,16 | 8:6,23 | 7:20 85:16 94:16 |
| 83:20,24 84:24 86:9 | 138:15 | **permitted** | **physician** |
| 86:17,18,18,19 87:5 | **party** | 8:16 74:10 | 81:13,16,23 84:7 |
| 87:6,12,13 136:5 | 16:13 39:11,15 122:4 | **peroxide** | **PICK** |
| **pages** | **passed** | 110:21 111:2 | 3:24 |
| 19:25 86:24 87:5 | 84:21 130:9,24 131:6 | **person** | **picture** |
| 92:19 | **passing** | 8:4 16:8,10 25:4,6 | 104:19 128:15 |
| **paid** | 34:5 35:7 44:15 | 38:6 39:13 130:7 | **pictures** |
| 41:21 44:5 45:21 | 71:16 75:18,23 98:5 | **personality** | 110:5 126:16 |
| 51:22 98:10,10 | 99:13 129:6 133:23 | 8:6 | **piece** |
| **pain** | **passport** | **pertaining** | 15:9 131:19 |
| 31:16,16 | 38:12 | 77:9 | **pills** |
| **pancreas** | **patriotic** | **Petersburg** | 108:4 |
| 92:9 104:11,12 | 38:7 | 37:21 50:18 125:14 | **Pioneer** |
| **PAPD** | **patronymic** | **Philip** | 80:25 |
| 1:11,12,12,13,13,14 | 32:21,25 34:13 83:14 | 122:11 | **place** |
| **paper** | 88:17 | **Phlebofa** | 36:8 78:3 85:18 86:4 |
| 15:9 17:15 20:6,10 | **PAUL** | 107:18 | 133:22 137:14 |
| 131:19 | 1:13 | **phlegm** | 138:10 |
| **papers** | **pay** | 113:20,22 | **places** |
| 97:8 | 41:16 45:19 53:9 | **phone** | 77:23 |
| **paperwork** | 54:5 | 25:4 42:12 71:16 | **plaintiff** |
| 90:22 | **paying** | 91:6 125:25 126:13 | 2:3 3:4,23 7:24 8:21 |
| **PAPIA** | 26:23 | 126:18 129:9,15,23 | 15:9 16:9 27:16 |
| 1:13 | **pelvic** | 129:24 130:8,11,11 | 29:12 92:18 |
| **par** | 85:11 | 131:7,14 132:8 | **plaintiff's** |
| | **penalty** | **phonetic** | 9:6 |
| | 8:23 | 75:14 116:17 | **Plaintiffs** |


MAGNA
LEGAL SERVICES

1:7
plane
117:19
plans
48:14
platform
23:9
please
7:10,13 10:10,21
11:7,14 14:5 15:6
40:25 79:15,25
80:22 81:12 120:22
134:11 135:6,11
point
27:25 36:21 50:6
67:18,25 73:14
123:9 125:10
130:15
police
1:10,11 9:20 30:2
policeman
43:14
policy
45:18 46:2
polyclinic
84:6
polytechnical
39:8,24 40:9,14
56:10
port
1:9,10,11 3:11 9:19
9:25,25 93:18
101:14,15
portion
31:19 67:22
pose
12:5
posed
11:9,11 16:19
position
49:7,9,14 67:8 73:23
73:25 74:5 93:18
positive
88:15
possession
71:24 80:8

possible
20:12 21:4 24:23
25:25 75:5 94:25
103:8 104:22
106:18
post-retirement
53:24
postmortem
29:4
powder
111:21
power
58:17 60:20 67:9,13
67:24 68:7,9,15,17
68:18,21,22,24
69:13,19
preliminary
16:23,23
preparation
23:14 28:13,25
prepare
16:16,22
prescribe
103:9
prescribed
103:5,5 106:21 107:3
prescription
105:5
presence
122:16
present
7:21
preserve
54:22
preserves
54:17
pretty
19:11 57:6,6,19
59:21 69:22 94:8
100:21 118:19
123:10
preventing
12:10
previous
78:13
primary

81:13,15,22 84:7
print
73:9
prior
22:16 23:10 63:18
75:17,23 76:4,10
86:3 91:12 99:21,21
111:10 118:9,12,18
119:5,11,16 120:5
122:24 123:4
124:11 126:6
private
8:8
privilege
8:10
privileged
22:24
problems
95:15
procedure
18:14
proceed
9:11
proceeding
8:24,25 11:2 15:23
138:10
proceeds
44:14
produced
14:23 18:23 32:3
92:23
production
5:2 92:23
Profession
88:19
professor
49:13,15,19
PROFI-MED
80:25 88:21
proficient
31:10,11
program
59:19,21 91:18
programs
61:16 90:17
project

50:21
proper
56:9
prosecutor's
5:5 29:3,7,14 30:10
30:25 31:3,15,22
32:6
protection
115:4
protects
115:9
provide
12:14 13:20 14:9
22:5 23:22 36:9
41:16 45:2 50:2
52:23 81:10 89:4
90:22 97:23 98:20
127:3
provided
5:7 24:11 46:9 56:12
90:10 97:14
provider
41:12,13 90:24 98:9
providers
77:16 90:20
provides
40:15 41:6
providing
43:24
public
2:7 6:14 7:5 47:20
48:4 53:11 137:24
138:7
publications
51:23
publish
53:13
publishers
53:13
purpose
8:9
pursuant
2:4
put
103:15
puts



MAGNA
LEGAL SERVICES

42:11
putting
124:12 126:6

**Q**

qualify
61:7
qualities
33:12
quality
56:12 122:13
Queens
131:23
question
6:10 10:22,22,23
11:3,6,8,9,10,16,17
12:5,7 15:18 17:24
17:25 19:2,20 21:7
23:3 30:22 31:7
41:6 42:9 51:15
66:22 71:25 73:11
76:4 78:11 81:20
89:3 104:9 105:3
123:3,6
questioning
108:18
questions
10:3,4 16:18,23,24
16:25 23:18,24
32:12 39:20 47:10
55:15 128:22
132:19 133:20
quickly
72:2
quit
121:23 123:15

**R**

R
3:2,21 136:3,3 138:3
rackets
64:15
raised
39:5
range
99:10

rank
63:12,13,25
rankings
65:19
rays
115:9
reach
102:12 132:2
read
15:2,2 25:23 27:24
57:8,15,20 79:20,25
80:4,19,23 85:21
88:5 92:3 107:17
113:25 126:23
131:18 135:6
137:12
reading
72:25 73:3 92:5
ready
9:11
realize
130:5
really
72:17 119:21,21
reason
14:20 129:18 135:8
136:7,9,11,13,15,17
136:19,21
reasons
13:4
recall
17:10 24:17,22,25
27:13 28:11 35:4
36:5 37:2 46:4 64:9
68:2,5 70:4 71:6
72:10,13,15,15,19
72:23 73:5,12,13,14
73:16 75:7,8,9
83:24 90:4,18 91:23
99:14,15 100:2
103:11 119:4
120:17,17 121:16
121:17 123:8 127:9
127:16 128:12
132:5
receipt

135:18
receive
17:9,14,15 41:17,24
42:6 44:13 51:20
53:4 55:4 56:20
60:11 96:23 98:3
received
14:23 17:17,21 18:13
29:5,16 30:9,25
44:19 53:16 54:13
58:23 66:17 99:13
129:23
receives
47:5 48:4
receiving
59:2
recess
70:24
recognize
79:12 86:11,15 104:4
105:10,17 106:6,14
107:14,25 108:11
108:12 109:11,21
111:19 112:13
113:11 114:6,14
116:15 117:8,14
recollection
5:7 34:20 46:8 72:13
128:11
record
7:14 14:13 15:8 21:2
23:21 26:13 29:12
32:22 35:22 41:4
53:20 70:23 72:6
77:25 78:6,18,22
79:4,18 83:23 85:15
92:18 102:8 103:21
105:22 134:6,8,16
137:13 138:13
recording
8:15 133:9,9
records
19:9,9,10 85:25
102:9
recuperate
76:19 93:15

recuperating
102:20
recuperation
103:10
redact
33:24
reduce
117:12
reentry
90:7
refer
73:2
referenced
18:3,17
references
24:11
reflect
91:9
refresh
5:6 34:20 46:8
regardless
47:4 64:4
regime
50:2
regimen
95:14
regimes
49:24
region
13:8 64:15,25 81:3
registration
66:13
regular
103:5,6 106:18 122:2
rehabilitation
90:11,13,17 91:18
related
16:5,24 24:4 138:14
relationship
38:18 48:21 67:19
rely
53:8 54:4
remarried
43:4
remarry
43:18



MAGNA
LEGAL SERVICES

remember
71:9,15 72:22 100:21
103:24 111:12,20
122:10 128:14
132:6
remembers
24:25
reminder
15:16 66:8 79:15
remotely
7:23
removed
120:9 130:22
rent
52:8
rented
36:7 69:3
repairs
94:12 95:5
repeat
71:11
rephrase
11:8 81:20
report
5:4 29:9,14,16,16
30:8,8,19,24,24
31:2,4,4,22 32:5
reportedly
92:20
reporter
2:7 7:10,13,17,20,22
10:7,8,12,19 15:19
79:6 134:9,15
138:24
reporting
7:22 9:8 125:17
representation
18:21
representing
9:18 27:6
reproduction
138:23
request
8:20 32:9 87:7,10
97:12
requested

66:16
REQUESTS
5:2,19
require
76:21
required
12:19 63:14 66:5,12
74:15 89:19,24 90:7
93:8 94:8,11,14,16
94:18 95:6 96:3
requirements
67:2 93:21 94:14
reregistered
124:19,20
reserved
6:10
reside
32:17 52:10
resident
82:2
resides
7:24
respect
14:18 57:21 74:3
75:11
respective
6:5
respond
31:6 40:22 71:25
responded
132:5
response
29:13 64:24 78:13
129:14 132:4
responses
10:11 11:22 66:9
responsibilities
75:16 94:23
responsibility
93:5
rest
128:20
restore
72:18
restrictions
83:2 121:2

results
66:11 92:13,14
retained
4:12
retainer
5:3 26:22 27:15
retired
47:16,18 48:11 50:6
52:4
retirement
48:13,14
return
112:25 135:16
returned
77:2,11,16 78:4 85:7
85:17 86:2 90:6,15
90:25 91:8,24 93:10
99:17
returning
76:22
reverted
51:7
review
16:21 22:12,15 28:24
46:5 79:11 87:10
reviewed
17:2,4 29:2
reviewing
5:6 46:8
revive
131:22
revived
131:21
ribcage
82:21
ribs
30:13,14
rid
113:22
right
18:20 27:13 43:11
46:3 47:16 54:16,19
58:19 59:16 70:5
71:16 72:15 73:15
78:11 80:20 86:4
88:8 90:4 92:5

93:14 95:10 97:7,8
99:15 104:18
105:25 106:11
107:5 109:17 114:4
117:6 120:12 127:9
131:15
right-hand
80:18 83:9
ROBERT
1:12
room
7:21 36:14,15,20,20
rotation
75:25
rough
46:19 49:11 100:8
roughly
100:10,13 125:23
route
125:16
rubles
42:3,5 44:19 47:24
50:10 68:3 96:20
100:14,19
run
119:20
Russia
7:16,25 39:6 57:18
134:5
Russian
3:24 7:7,7 11:22 12:7
13:6,22,24 14:2,17
24:9 27:21,23 31:24
43:6 56:24 57:2
66:9 71:8 79:16,22
79:23 92:19

---

**S**

S
2:6 3:2,21,21 4:7 6:2
6:2 7:4 136:3 138:7
138:21
S-T-A-N
34:19
safety
62:5,5,12



MAGNA
LEGAL SERVICES

| | | | |
|---|---|---|---|
| sail<br>89:9<br>sailing<br>72:4 73:22 80:13<br>  84:21 93:11<br>sailor's<br>79:18,24<br>sailors<br>96:12,12<br>Saint<br>37:20 50:18 125:13<br>sake<br>22:22<br>salaries<br>59:7<br>salary<br>49:22 50:5 51:3,9,13<br>  51:21 53:25 67:11<br>save<br>126:24<br>saved<br>133:12<br>savings<br>48:13<br>saw<br>33:11 55:25 111:20<br>  123:4,16 124:9,14<br>saying<br>122:21 128:12,20<br>  129:2<br>says<br>26:5,9 61:5 66:25<br>  80:25 82:25 88:6<br>  92:6,7 107:18 114:2<br>scheduled<br>125:7 133:17<br>school<br>28:7,8 33:8,9 39:25<br>  40:6,10 47:20 48:4<br>  48:7,9,9 53:11<br>  55:24,25 56:3,5,14<br>  56:19 59:23 63:22<br>  102:22<br>sciences<br>49:10,15<br>screen | 10:8 26:9 84:3 86:13<br>  103:16<br>scroll<br>79:10 83:8<br>sea<br>13:9 45:16 69:23<br>  85:2 90:6 95:18,22<br>  98:14,22 99:5,22<br>  100:11 113:2<br>seafarer<br>71:4<br>seafarer's<br>71:21<br>seafaring<br>88:25 89:12<br>seal<br>83:2<br>sealing<br>6:6<br>season<br>54:20 69:15<br>second<br>30:11 31:14 40:7<br>  44:5 48:12 55:20<br>  59:17 69:6,8 71:12<br>  82:11 83:20 97:19<br>  104:24<br>secondhand<br>54:10<br>secretary<br>71:17 129:10<br>see<br>10:7 14:11 19:11<br>  26:6 39:19 46:4<br>  73:4,10 77:15 82:20<br>  84:3,5,17 85:23<br>  87:14 88:14 91:17<br>  92:9,10,23 103:22<br>  104:23 105:7<br>  106:25 109:3<br>  118:25 122:17<br>seek<br>76:25<br>seeking<br>91:23<br>seen | 32:4 105:12 108:4<br>  113:13<br>seizure<br>118:8<br>seizures<br>117:25<br>seldom<br>118:20 121:24<br>send<br>79:4 122:20 127:2,23<br>  134:13<br>sending<br>125:16 129:18<br>sent<br>17:13 50:18,19,20<br>  65:23 127:25 128:7<br>  128:14,19 129:2<br>sentence-by-senten...<br>80:4,5<br>separate<br>8:11 28:5<br>September<br>1:18 138:18<br>sergeant<br>63:11,13 64:2<br>series<br>10:3<br>serve<br>55:12 126:25<br>served<br>13:14 45:15 55:11,13<br>  64:14 65:22<br>service<br>33:10 57:12,14 58:15<br>  59:6 64:8,20 65:5<br>  65:18 74:22<br>services<br>26:23,24 41:10 45:2<br>sessions<br>48:25<br>set<br>138:17<br>setting<br>15:22<br>seven<br>45:4 96:22 | shape<br>117:23<br>share<br>41:15 43:24<br>shared<br>36:12<br>sheet<br>135:9,12,14,17<br>ship<br>45:16 60:9,9,20<br>  61:13 70:8 71:5<br>  74:2 128:21<br>Shipment<br>99:10<br>shipping<br>62:2 72:20<br>ships<br>45:3 60:10 75:3<br>shock<br>31:16<br>shocked<br>118:6<br>short<br>34:10 65:12,12 113:8<br>show<br>66:24 78:8 103:13<br>  110:23<br>showing<br>85:20 92:18<br>shown<br>117:4<br>shows<br>85:25<br>sick<br>109:8 128:23<br>sickly<br>39:13 118:15<br>side<br>80:17,18 83:9 88:8,8<br>  88:10<br>sign<br>135:11<br>signed<br>6:13,15<br>signing<br>135:12 |



sir
9:16 12:16 13:7
  14:11 15:11,13 16:7
  20:5 24:3 27:20
  30:17 31:21 32:17
  39:21 41:6 47:8
  50:4 55:2,10 63:4
  66:8 72:25 73:16
  79:8,15 83:25 85:24
  88:5 92:25 93:20
  96:2 104:4 117:17
  131:11
sitting
128:16
situation
62:22 132:17
six
76:7,10,12,17 96:22
six-month
76:22 77:13
sixth
47:20
skin
110:2,3 111:15,15
  115:4,5,7
skip
110:6
sleep
36:18 94:14 126:5,8
  126:9
sleeping
112:23
slipped
34:15
small
41:14 112:8
Smecta
114:8
smoke
121:6,7,17 122:7,8
  122:10,17 123:2,4
smoked
122:24 123:10
smoking
121:13,23 122:14,22
  123:8

snapshots
126:15
sneakers
44:11
so-called
52:2
social
41:10 49:24
socially
122:3
sole
8:9
somebody
71:17
son
16:24 19:10 24:18
  29:24 30:4,5,13
  31:9,15 32:19 34:22
  35:9,20 36:3,3
  37:17,24 38:2,9,11
  38:19 42:21 43:18
  44:25 45:22 57:4,14
  59:24 63:4 65:25
  67:3,23 70:7 71:18
  72:9,20 81:22 86:2
  87:16 88:25 90:6,15
  93:7 95:4 97:20
  98:19 99:12,16
  102:14 104:13
  105:13 106:16
  108:22 111:9,12
  112:23 117:18
  118:8,11 119:5,9,15
  120:4 121:6 123:17
  125:24 127:19
  128:3 129:11,13,18
  129:24 130:2 131:6
  131:21
son's
17:11 18:13 24:5
  32:18 35:7,23 38:15
  38:25 44:15 55:16
  71:3,16 73:17 81:15
  83:15 87:15 90:3
  98:4 104:23 105:4
  120:18 133:2,23

134:4
sorry
18:6 19:18 49:13
  64:17 82:20 102:17
  120:20
sort
72:5 91:18 126:2
sought
77:23 91:20
sound
60:18,22
Southern
1:2 9:24
Soviet
49:25
space
36:12 135:9
speak
10:21 14:12 22:19
  28:4,12 32:8 57:4,6
  57:15 125:25
  126:12,18
speaking
46:14 95:2 103:11
  106:8 107:22 130:4
special
88:13 96:10
specialist
58:17 60:21 61:3,6
  74:7 82:22 96:11
specialize
58:11
specialized
56:3
specialty
65:16
specific
45:20 62:4,17 63:10
  74:20 81:19
specifically
62:20 66:21 75:15
  92:4 94:9
spell
14:5,24 32:22
spelled
14:21

spelling
13:21 14:10,16
spend
76:18 90:14 124:15
spent
64:4 124:18
spoken
10:11
sports
46:25 102:24
spring
133:24
SS
137:5 138:5
stamp
84:5,5
Stan
34:18,21,22 35:15
stands
15:3
start
13:24 55:22 74:21
  75:25 78:25 88:9
  95:23 109:4 121:13
started
28:8 56:8 57:5 58:15
  60:8,9 65:8 69:21
  80:12 104:14
  121:21 123:12
  130:13,25 131:2
  132:11,11,19
starting
80:16
starts
80:11
state
2:8 3:5 7:5,10,13
  9:24 17:7,21 41:20
  49:6,8 51:6 94:13
  124:25 125:4
  133:18 135:8 137:5
  138:4,8
statement
99:9
States
1:2 29:17 30:8,24



MAGNA
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 35:10 | student | Summary | 102:23 119:19 |
| States' | 37:20 40:7 59:16,18 | 8:17 | swimming |
| 30:18 31:4 | 60:2 | summer | 121:19 |
| station | students | 54:17 | sworn |
| 58:17 67:9,13,24 | 50:19 56:3 59:23 | sun | 6:13,15 7:4 137:9,21 |
| 68:7,9,15,17,18,21 | 63:17 | 115:9 | 138:10 |
| 68:22,24 69:13,19 | studies | Sunday | symptoms |
| stationed | 40:14 | 129:16 | 109:3,18 |
| 65:7 | study | sunscreen | syndrome |
| status | 28:7 56:6,7 | 115:6,8 | 31:16 |
| 65:15 | studying | supervision | synonyms |
| Stavropol | 40:2 | 138:12,24 | 68:19 |
| 91:5 | stuff | supplemental | systems |
| stay | 126:6 | 53:23 54:3 | 94:9 |
| 43:15 70:23 98:17 | sub | supply | |
| steady | 62:21 | 58:11 96:11 | T |
| 69:14,17 | subbing | support | |
| Stenographic | 101:16 | 40:16 41:7 42:6,22 | T |
| 2:6 | subject | 43:25 98:21 | 3:21 4:7 6:2,2 136:3 |
| stenographically | 135:12 | supports | 136:3 138:3,3 |
| 138:12 | submit | 49:3 | T-A-T-I-A-N-A |
| sterile | 66:5,12 81:9 89:19 | supposed | 32:24 |
| 105:19 | submits | 62:21 74:19 75:25 | T-I-K-H-O-P-L-A-V |
| STIPULATED | 49:2 | 77:4 89:9 112:22 | 14:14 15:12 |
| 6:4,8,12 | submitted | 125:9 | tablet |
| stomach | 45:20 87:22 88:2 | sure | 113:21 |
| 92:9 115:23 | Subscribed | 10:10 14:9 19:19 | tablets |
| stop | 137:21 | 21:5 22:23 24:2,25 | 108:4 115:23 |
| 68:23 | substance | 46:14 55:22 60:16 | take |
| stopped | 132:13 | 66:21 68:2 70:20 | 9:22 10:12 11:13 |
| 30:15 | suddenly | 73:7 75:6 79:16 | 12:19 19:21 56:23 |
| stores | 130:7 | 91:25 97:22 98:10 | 70:12 79:8 87:23 |
| 54:10 | sued | 105:2 127:17 | 93:14 98:25 102:25 |
| Street | 16:10 | surgeon | 103:2,8 104:12 |
| 3:5,13 7:16 81:2 91:5 | suffer | 82:11,12 84:9 | 105:13 108:21 |
| strength | 118:4 119:9,15,23 | surgery | 109:2,17,18 117:21 |
| 94:19 96:4 | suffered | 120:9 | 117:22 122:11 |
| strike | 117:25 120:5 | survive | 123:25 133:6 |
| 31:19 43:17 54:24 | suggested | 69:4 | 134:12 |
| 67:21 95:25 | 91:19 | survive-ability | taken |
| stroke | suggests | 62:7 | 2:3 12:21 70:24 |
| 119:5 | 68:16 | sweaters | 87:20,21,24 137:13 |
| strong | Sullivan | 44:11 | 138:11 |
| 30:5 | 27:17 | sweethearts | takes |
| structures | sum | 33:8 | 125:21 |
| 49:24 | 132:13 | swim | talk |
| | | | 70:19 |



MAGNA
LEGAL SERVICES

| | | | |
|---|---|---|---|
| **tankers**<br>75:12<br>**Tarasov**<br>1:6 3:23 17:19,22<br>18:9,23 20:14 23:13<br>24:3,12,16,25 25:3<br>25:11 26:23 27:17<br>27:21 66:16<br>**tasks**<br>94:17 96:10<br>**Tatiana**<br>32:21 39:11<br>**Tatiana's**<br>38:2,4<br>**taught**<br>57:3<br>**taxi**<br>69:17<br>**teacher**<br>43:3 48:5<br>**teaches**<br>47:20 48:8<br>**teaching**<br>49:20 51:7,9 53:23<br>53:25 54:13<br>**tear**<br>30:3<br>**tearing**<br>106:20<br>**telephone**<br>42:13 133:8<br>**tell**<br>42:18 46:3 55:19<br>75:6,21 91:25 93:6<br>95:4 97:22 99:14<br>102:6 108:5 130:8<br>131:24 133:6<br>**telling**<br>9:3 92:2<br>**temperature**<br>109:5,5 111:13<br>118:23<br>**ten**<br>49:18 97:25<br>**tendency**<br>111:14 | **term**<br>62:6,11 65:12,12,22<br>68:20,22<br>**terminal**<br>128:15,15<br>**test**<br>62:3,3 92:13<br>**tested**<br>59:25<br>**testified**<br>30:22 58:22 63:4,24<br>**testify**<br>13:2 137:9<br>**testifying**<br>12:11<br>**testimony**<br>8:5,22 15:14,21<br>22:20 23:10 28:17<br>28:25 137:10,13<br>138:9,11,11,13<br>**testing**<br>92:14<br>**tests**<br>5:12,12,13 92:20,21<br>92:22<br>**text**<br>5:15 8:11 122:21<br>125:16,25 126:4,14<br>128:7,20 129:2,7,8<br>**texted**<br>126:4<br>**thank**<br>7:17 9:5,10 13:18<br>14:15 15:8,13,19<br>22:11 26:3 33:14,21<br>34:2 49:4 62:24<br>65:24 66:10 88:23<br>106:11 117:6<br>134:15<br>**theory**<br>65:8<br>**thermal**<br>68:16,20,24 69:13,19<br>**thesis**<br>47:15 49:2<br>**thick** | 19:13<br>**thin**<br>76:20<br>**thing**<br>20:25 100:23<br>**things**<br>132:22<br>**think**<br>12:13,14 13:3 20:24<br>21:6 25:10 26:6<br>32:15 46:13 48:18<br>50:3 78:7 93:14<br>110:7 120:20<br>127:25<br>**third**<br>60:8<br>**third-year**<br>37:20 59:16,18 60:2<br>**thirty**<br>135:18<br>**thorough**<br>53:17<br>**three**<br>36:6 70:13 74:25<br>77:14<br>**three-page**<br>78:24 79:10<br>**thrifty**<br>53:17<br>**throat**<br>82:17<br>**Tikhoplav**<br>1:7 2:3 7:12 8:1 9:1<br>10:1 11:1 12:1 13:1<br>14:1 15:1 16:1 17:1<br>18:1 19:1 20:1 21:1<br>22:1 23:1 24:1 25:1<br>26:1 27:1 28:1 29:1<br>30:1 31:1 32:1 33:1<br>34:1 35:1 36:1 37:1<br>38:1 39:1 40:1 41:1<br>42:1 43:1 44:1 45:1<br>46:1 47:1 48:1 49:1<br>50:1 51:1 52:1 53:1<br>54:1 55:1 56:1 57:1<br>58:1 59:1 60:1 61:1 | 62:1 63:1 64:1 65:1<br>66:1 67:1 68:1 69:1<br>70:1 71:1 72:1 73:1<br>74:1 75:1 76:1 77:1<br>78:1 79:1 80:1 81:1<br>82:1 83:1 84:1 85:1<br>86:1 87:1 88:1 89:1<br>90:1 91:1 92:1 93:1<br>94:1 95:1 96:1 97:1<br>98:1 99:1 100:1<br>101:1 102:1 103:1<br>104:1 105:1 106:1<br>107:1 108:1 109:1<br>110:1 111:1 112:1<br>113:1 114:1 115:1<br>116:1 117:1 118:1<br>119:1 120:1 121:1<br>122:1 123:1 124:1<br>125:1 126:1 127:1<br>128:1 129:1 130:1<br>131:1 132:1 133:1<br>134:1 135:1 136:1<br>136:24 137:1,18<br>138:1<br>**time**<br>2:5 6:10 9:15 10:21<br>11:5,13 17:5 18:2<br>27:25 35:8 42:20<br>45:15,20 49:21 50:7<br>53:18 58:8 59:3<br>61:25 67:18,25 68:6<br>69:22 70:11,18,21<br>71:19 73:9,15 77:19<br>81:16 89:11 91:22<br>93:10,14,15 98:17<br>98:17 100:9 113:8<br>119:2 121:8,8<br>122:19,23 123:4,9<br>123:16,22,25<br>124:15,18 126:24<br>127:7 128:18<br>130:16 131:4<br>132:18 133:6<br>134:17 137:14<br>138:10<br>**timeline** |



MAGNA
LEGAL SERVICES

74:19

**tired**
70:14 118:14

**title**
86:17,18 87:5

**today**
9:22 10:3 12:12,15
12:21 13:2 15:14,23
16:16,22 22:13,20
23:10 28:13,18,25

**today's**
22:16

**told**
39:18 77:3 118:5
129:17,24 130:12
130:15 132:16,22

**tone-ness**
110:17

**tongue**
30:6

**tonic**
110:17

**top**
60:20 70:5 80:24
83:8,21

**total**
46:17 52:14,21,21

**touch**
124:17 129:12

**track**
102:24

**trade**
3:13 40:2 98:12

**Trading**
71:10,13

**tragedy**
130:12

**training**
74:10,14,18,20,20

**trainings**
74:23

**transcribed**
138:12

**transcript**
22:3 26:17 33:24
37:9 97:12 134:10

135:19,20 137:16
138:12,23

**transferred**
130:23

**transfers**
42:12

**translate**
12:6 80:22

**translated**
10:23 11:23

**translating**
15:17

**translation**
19:4 20:20 21:4
68:17

**travel**
102:4

**traveling**
125:6

**treatment**
76:25 77:23 78:3
91:11

**trial**
2:2 6:11 15:22

**tried**
43:20 102:20,25
103:2 121:10,11

**trip**
77:16

**troops**
64:20,21 65:2

**true**
137:15 138:13

**trusted**
38:20

**truth**
9:4,4 137:9

**truthfully**
12:11 13:2

**try**
21:3 26:2 54:21
102:12 128:20

**trying**
58:21 93:20

**Tuesday**
129:15

**tuition**
41:16 44:2,3,4,6

**turbine**
61:11 67:10 95:17,21
95:22 118:21

**turbines**
58:12 94:10

**turn**
13:19 95:22

**turned**
20:14

**twice**
25:13

**two**
28:10 30:13 36:6
37:25 40:8 47:12
50:5 58:3 59:5 64:5
64:6 65:11 68:19
74:24 75:5,9 77:4
85:7 93:16 95:20
117:7 125:22,22
129:8

**two-room**
36:13

**type**
15:23 18:5 44:13,21
45:5 48:14 51:20
74:9 76:25 85:15
88:14 93:7 94:2
119:11 132:24
133:9

**types**
26:10 75:8,11

**typically**
90:10 117:20 124:5

**typing**
26:5

———————————————
**U**
———————————————

**U**
6:2

**ultrasound**
85:10 92:8,8

**uncle**
43:14

**undergo**

74:15 93:8

**understand**
10:17,18 11:6,25
12:4 19:19 105:2
130:6

**understanding**
30:18 46:22 92:25
107:19

**understood**
11:10 23:7 51:15

**unfolding**
130:25 131:3

**union**
5:25 49:25 97:2,4,21
98:2,5,12

**United**
1:2 29:17 30:8,18,23
31:4 35:10

**university**
16:2 28:9,10 37:21
39:9 40:14 47:12
48:23 49:6,8,16,17
50:18 53:12,19
55:20,23 56:6,10,15
57:5,11 122:25

**upper**
82:21

**upset**
95:13

**use**
25:17 96:4 104:15,17
106:19 111:23
112:7

**uses**
104:16

**Ushakov**
69:21

**usually**
74:23 82:4,5 87:23
109:2,16 111:13
112:7

**utilities**
52:13,15,25

**utter**
31:12


MAGNA
LEGAL SERVICES

**V**

**V**
1:6 33:18
**V-L-A-D-I-M-I-R-...**
32:25
**various**
50:19,23 53:12 54:21
**veggies**
54:21
**verbal**
10:11
**verbally**
8:5
**vessel**
62:7 73:5,25 74:6,11
74:16,21 75:13,17
76:2 89:8,18,19,23
89:24 93:25 94:8,18
94:24 95:6 96:6
125:8
**vessels**
75:3,5,9 93:3,7 94:3
**videoconference**
1:17 133:18,21,22
**VIDEOCONFER...**
2:2
**view**
8:13
**visit**
122:6
**visited**
85:22 124:13 126:7
**vitamin**
109:16,19 110:16
**vitamins**
110:15
**Vladimir**
38:4 43:12 67:16
**Vladimirova**
32:21
**vocational**
33:9 39:24 40:10
**volume**
19:11
**voyage**

75:22 76:5,14,22
77:5,5,6,13 85:2,6,8
85:17 86:2 90:7
91:24 96:17,22
99:18,25 100:2,4,14
100:16,22,25 101:3
106:19 113:2
123:18
**voyages**
93:17 99:22 101:11

**W**

**wages**
96:19,24
**wait**
10:21,25 19:3 113:6
127:12
**waiting**
84:22
**waive**
9:7
**waived**
6:7
**wake**
113:3,4
**walked**
123:21
**want**
19:21 20:19 22:25
24:24 26:7 28:21
35:5 53:16,18 56:8
60:7,14,23 66:15
70:19 73:8 80:3
95:9 106:9 110:22
**wanted**
19:3 31:12 56:5,7
78:12 100:23
**war**
38:8,8
**waste**
73:9
**water**
113:21
**way**
25:13,24 87:9
**we'll**

13:23,24 22:4 26:18
27:14 32:4 37:8
46:6 58:18 62:25
78:22 79:5 80:15,18
83:20 87:7,10 92:22
92:24 97:11 103:14
105:8,21 106:4
107:5,9,13,24 108:6
108:10 109:20
110:6,11,18 111:2
111:18,24 112:4,9
112:12,17 113:10
113:14,23 114:4,13
114:16,19,21
115:10,14,17,21,25
116:14,18,21,25
126:25
**we're**
86:4 128:8,13,13
**we've**
79:9
**weaker**
111:16
**weakness**
108:20 118:24
**wear**
54:8
**week**
124:16
**weekly**
103:6
**weeks**
65:11 74:25 90:14
95:20 123:17
**weight**
77:12,17 91:16 93:24
95:7 120:18,23
125:5
**weights**
96:4
**well-known**
38:6
**went**
24:5 33:9,10 39:8
55:24 78:3 82:3
84:25 102:4,5,21

106:25 122:19
124:13,21
**WhatsApp**
126:3,12
**WHEREOF**
138:17
**Wi-Fi**
127:22
**wife**
28:17 32:18 36:3,14
39:11 41:15 43:23
44:10 46:15 47:17
48:4 52:10,10 53:10
53:22 54:18 98:16
98:24 104:16
106:10 118:3
123:11
**wife's**
32:20 53:5,25 54:14
55:5
**winter**
69:16
**wintertime**
54:22
**withdraw**
98:25
**witness**
7:12,15 8:4 9:2,12
22:10 23:7 27:18
29:20 31:6 32:7
37:15 40:18,20 41:5
45:12 61:2 62:10
63:3 69:10 80:3
95:9 114:25 116:13
127:6 135:4 138:10
138:13,17
**woman**
43:11,20
**words**
28:5
**work**
19:9 49:16 50:25
53:11,11 56:6 58:18
59:6 61:8 67:5,7
69:5 70:7 74:11,15
75:4 101:18



MAGNA
LEGAL SERVICES

**worked**
16:2 45:4 49:17,23
50:21 67:12,23 68:6
70:2 72:14,20 75:9
75:17 81:18 88:3
89:18 96:12
**working**
49:21 58:16 60:8,10
64:11,13,25 65:2
67:17 68:8,23 69:19
72:24 73:23 93:7,25
94:3 101:11 117:23
131:25
**works**
14:7 39:19 42:25
47:19 53:10
**World**
3:13
**worry**
28:22
**wound**
111:22
**wounded**
38:8
**wounds**
112:8
**wrapper**
105:24
**wrestling**
102:21
**write**
14:7 25:21,24 48:23
48:24 57:8,15 106:9
**writing**
22:5 49:19 57:21
**written**
14:24 15:10 16:25
94:22

_____
**X**
**X**
1:5,15 4:2,7
**X-ray**
82:23
**XX/XX/1952**
13:17 33:6

**XX/XX/1980**
39:2
**XX/XX/XXXX**
33:25

Y .
**yeah**
108:14 122:22
**year**
5:23 13:19 17:11
24:18,19,20 37:3
40:7 44:4,5 47:21
48:12 51:25 52:4
59:11,17 60:8 63:17
67:12 69:24 93:15
96:21 100:8,11,11
101:21 123:9
133:22
**yearly**
47:24
**years**
16:3 25:15 28:2 35:6
35:18,19 36:5,6,25
37:25 40:5,8 44:4
45:4 48:11 49:17,18
50:5 54:9 56:14
58:3 59:5,19 63:18
64:4,5,6 72:5,17
97:25 99:21 101:11
**York**
1:2,9,10 2:8 3:11,14
3:14 7:6 9:24 17:7
17:21 24:10 117:19
125:18 127:8,11
128:3 131:7 132:9
132:15 138:4,8
**young**
43:10
**Yuriva**
34:12

Z
**Zoom**
1:17 23:8

0

**000085**
79:2,11
**000086**
83:22
**000087**
79:2
**00087**
86:10
**02/03/1980**
88:18
**02109**
3:6

_____
. 1
**1**
1:18 96:20
**1/10/2019**
83:22
**1:13**
70:25
**1:30**
123:24
**10**
84:18 85:5 86:5
**10-**
68:3,3
**10/01/2019**
84:17 88:22
**10:12**
1:18 9:15
**100,000**
51:3
**10007**
3:14
**103**
4:9
**11**
5:14
**12**
5:23 35:19 72:17
99:18 123:5
**12,000**
68:3
**12:30**
124:7
**12:45**

**124:7**
**12:48**
70:25
**126**
5:15
**12th**
75:24 118:9 122:24
**13**
35:19
**130,000**
44:5
**13th**
52:2
**14**
5:3 127:17
**14,500**
48:19
**15**
5:25 88:15
**150**
3:13
**16**
33:22,22 87:5
**164**
120:21
**17**
5:12 85:13
**174**
88:11
**18**
81:2 92:12
**19**
5:22 92:16
**19-**
55:14
**1920-102**
115:10
**1920-103**
115:14
**1920-104**
115:17
**1920-105**
115:21
**1920-106**
115:25
**1920-107**



116:14
**1920-108**
116:18
**1920-109**
116:21
**1920-110**
116:25
**1920-111**
117:8
**1920-112**
117:13
**1920-56**
104:3
**1920-57**
104:19
**1920-58**
105:9
**1920-59**
105:16
**1920-60**
105:22
**1920-61**
106:5
**1920-62**
106:13 107:5
**1920-64**
107:9
**1920-65**
107:13
**1920-66**
107:25
**1920-67**
108:7
**1920-68**
108:12
**1920-69**
109:10
**1920-70**
109:20
**1920-73**
110:6
**1920-74**
110:11
**1920-75**
110:18
**1920-77**

111:3
**1920-79**
111:18
**1920-81**
111:25
**1920-82**
112:5
**1920-83**
112:9
**1920-84**
112:12
**1920-85**
112:17
**1920-87**
113:10
**1920-89**
113:15
**1920-90**
113:23
**1920-91**
114:5
**1920-93**
114:13
**1920-94**
114:16
**1920-98**
114:22
**1975**
55:14
**1977**
55:14
**1979**
13:13 33:12
**1998**
56:15

**2**

**2**
5:4 44:19
**2:00**
113:3
**20**
125:23
**20-plus**
16:2
**20,000**

47:24
**200**
3:5
**200,000**
46:24
**2004**
35:2 37:2 56:16,16
58:6,13,22 63:8
**2006**
63:9
**2007**
59:13
**2008**
67:14,24
**2009**
67:14,24 80:8,9,10
80:11 120:13
**2010**
60:6 120:13 121:21
124:20
**2012**
121:22
**2016**
121:22
**2017**
73:19 74:16 75:4,10
78:6 99:11
**2018**
37:7 76:8,23 77:2,12
78:6 81:17,23 83:7
84:25 85:7,18 86:3
88:15 90:16 91:2,8
91:12 99:11,17,25
100:3,17,25 101:21
123:9
**2019**
35:9 73:16 74:16
75:4,10,25 78:6
80:10 83:21 84:19
85:5,13,18 86:5
87:17 91:10,13
92:12,15,16 98:2
99:13,19,20 102:15
108:23 111:11
112:24 118:9,12,18
119:6,12,16,25

120:6,19 121:3
122:15,18,24 123:5
123:18
**2020**
24:21 133:24
**2022**
1:18 137:22 138:18
**21-CV-6226**
1:4
**212**
3:14
**22**
5:20
**223**
91:5
**24**
5:9,15
**240,000**
47:25
**24th**
3:13
**25**
49:17
**26**
5:22
**27**
5:3 138:18
**29**
83:7 84:25

— **3** —

**3**
81:2
**3:59**
134:17
**30**
76:8,23 77:2,11 85:7
85:17 90:16 91:2
99:17 135:18
**300**
20:4
**300,000**
69:23
**32**
5:4
**37**



| | |
|---|---|
| 5:23 7:16 | **8** |
| **38** | **800** |
| 7:16 | 96:20 |
| **4** | **800,000** |
| **4** | 100:14,18 |
| 3:13 48:10 | **85** |
| **400,000** | 80:19 |
| 69:23 | **87** |
| **435-3434** | 5:10 88:7 |
| 3:14 | **9** |
| **45,000** | **9** |
| 50:8,12 51:8,17 | 4:3 |
| **46** | **9,500** |
| 5:6 | 42:5 |
| **5** | **92** |
| **50** | 5:12 |
| 52:25 | **97** |
| **573-9400** | 5:14,25 |
| 3:6 | |
| **6** | |
| **6** | |
| 5:6 | |
| **617** | |
| 3:6 | |
| **62** | |
| 5:9 | |
| **7** | |
| **7** | |
| 5:10,20 | |
| **70** | |
| 13:19 52:24,25 | |
| **70,000** | |
| 51:14 52:17 | |
| **75** | |
| 120:23 | |
| **77** | |
| 120:23 | |
| **78** | |
| 4:8 | |
| **7th** | |
| 3:5 | |



MAGNA

LEGAL SERVICES