# EXHIBIT V

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
ALEXEY V. TARASOV, ESQ., Administrator of
the Estate of EVGENIY LAGODA, Deceased, and
GRIGORY TIKHOPLAV,

                   Plaintiffs,

                            Civ. Case No.
         -against-          1:21-CV-06226 (NRB)

PORT AUTHORITY OF NEW YORK AND NEW JERSEY
and PORT AUTHORITY OF NEW YORK AND NEW
JERSEY POLICE DEPARTMENT a/k/a PORT
AUTHORITY POLICE DEPARTMENT a/k/a PAPD,
PAPD OFFICER MICHAEL BUGIADA, PAPD OFFICER
ROBERT JOSEPH, PAPD OFFICER JONATHAN PAPIA,
PAPD OFFICER PAUL MEZZACAPPA and PAPD
OFFICER JONATHAN DURAN,

                   Defendants.

---------------------------------------------x
                    Via Zoom Videoconference
                    July 25, 2023
                    10:00 a.m.

Magna Legal Services
320 West 37th Street, 12th floor
New York, New York 10018
866-624-6221
www.MagnaLS.com



CONTINUED VIDEO-CONFERENCED DEPOSITION of the Plaintiff, GRIGORY TIKHOPLAV, taken pursuant to Notice, held via Zoom videoconference, before Ellen Rubin, a Certified Shorthand Reporter and Notary Public within and for the State of New York.

                    *  *  *  *



A P P E A R A N C E S


ASHCROFT LAW FIRM
200 State Street, 7th floor
Attorneys for Plaintiffs
Boston, Massachusetts 02109
BY:  CHRISTOPHER AMRHEIN, ESQ.
e-mail:  camrhein@ashcroftlawfirm.com




PORT AUTHORITY OF NEW YORK AND NEW JERSEY LAW DEPARTMENT
Attorneys for Defendant
150 Greenwich Street, 24th floor
New York, New York  10007
BY:  CHERYL ALTERMAN, ESQ.
e-mail:  calterman@panynj.gov
and  MATTHEW MALYSA, ESQ.




ALSO PRESENT:

Alexey Tarasov, Esq.

Irina Kuznetsov, Russian Interpreter



Page 142

INDEX

WITNESS                                                    PAGE

GRIGORY TIKHOPLAV

Examination by:

Ms. Alterman                                              146
Mr. Amrhein                                               227
                              o0o

DOCUMENTS AND INFORMATION REQUESTED

DESCRIPTION                                               PAGE

March 2019 and March 2018 medical documents as           165
well as any additional medical records the witness
obtained in May of 2023

Copy of the rehabilitation records from Mr.              170
Lagoda's last voyage in October of 2018 or
whenever he underwent that rehabilitation prior to
April of 2019, as well as any prior rehabilitation
facilities that Mr. Lagoda attended in the
ten-year period prior to his death

Any document that would indicate the job                 177
requirements of a fourth mechanic on this voyage

Any text messages that the witness exchanged with        180
his son during this period between flights from
Krasnodar to JFK

Any photographs that the witness has that show his       198
son with his friends the day before he left on
April 12, 2019 or in the week or so before

Pictures of the witness's son during the flights         198
and checking in luggage

Test results of March 15, 16 and 17, 2019                210



Page 143

o0o

I N S E R T S

DESCRIPTION                                                    PAGE/LINE

How large the electronic file was that          163 /11
consisted of the hard copies and the
electronic documents that the witness sent to
his attorney



Page 144

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form of the question shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any notary public, with the same force and effect as if signed and sworn to before the Court.



G. Tikhoplav

I R I N A   K U Z N E T S O V, having been first duly sworn, interpreted the questions from English to Russian and the answers from Russian to English, as follows:

COURT REPORTER:  Please state your name for the record.

THE WITNESS:  Grigory Tikhoplav.

COURT REPORTER:  Please state your address.

THE WITNESS:  Krasnodar is the city.  38 Blagoeva Street, Apartment 37.

MS. ALTERMAN:  The parties participating in this deposition acknowledge that the court reporter is not physically present in the deposition room and the court reporter will be recording this deposition remotely.

Because the plaintiff resides and is currently in Russia during the taking of this deposition, the parties further acknowledge that in lieu of an oath administered in person, the witness will verbally declare his testimony in this matter under penalty of perjury.



G. Tikhoplav

The parties agree that aside from private conversation with the deponent for the sole purpose of determining whether privilege should be asserted, that no text messaging or separate conversations will occur outside of the view of the other parties during this deposition.

No recording of this deposition by the parties is permitted.

THE WITNESS:  Okay.  I agree.

MS. ALTERMAN:  Thank you.

EXAMINATION BY MS. ALTERMAN:

Q.   Good morning, sir.

My name is Cheryl Alterman.  We last spoke almost a year ago on September 1, 2022, during the first portion of your deposition that was taken.  And we are going to continue taking your deposition here today.

And I'm here also with my colleague --

THE INTERPRETER:  I'm sorry, counselor.  Could you --

MS. ALTERMAN:  I'm sorry.  Yes.



G. Tikhoplav

(Interpreter translated.)

THE INTERPRETER:  Thank you very much, Counselor.

MR. AMRHEIN:  Cheryl, if I may just jump in for a non-substantive thing.

I had mentioned to Matt on the phone yesterday that Alexey Tarasov, administrator of the deceased's estate intends to join this Zoom to observe.

Unfortunately, he is tied up in a hearing right now, and was planning to join at around 11 o'clock was his estimate.

Would that be okay with you?

MS. ALTERMAN:  Yes.  We have no issue with that.  I would just ask that once he joins the meeting we note his presence for the record.

MR. AMRHEIN:  Sounds good.

(Reporter clarification.)

MR. AMRHEIN:  He is the named plaintiff Alexey Tarasov, as the representative of Evgeniy's estate.

THE WITNESS:  Okay.  Agree.



G. Tikhoplav

Q.    I'm here also, sir, with my colleague, Matthew Malysa.  And we are both representing the defendants in this action, the Port Authority of New York and New Jersey, as well as individually named police officers.

I'm going to be asking you a series of questions today regarding the allegations in the lawsuit that you filed against the defendants.

I'm going to ask that all of your responses are verbal to the questions that I ask you, because the court reporter cannot take down any hand gestures or nods of the head.

A.    All right.  All right.  I will.

Q.    I will also remind you and request that you allow the interpreter to translate my question fully from English to Russian before you answer the question so that we have a complete record.

A.    Okay.  I agree.

Q.    If at any time you need a break, just please let us know.  If there is a pending question, I will ask that you answer the question before taking a break.



G. Tikhoplav

A.    I agree.

Q.    Is there anything that's preventing you from testifying truthfully and completely today?

A.    No.  No.  There are no circumstances like that.

Q.    Have you had any conversations with anyone other than your attorneys between September 1, 2022, the date of the last deposition, and today's date regarding the allegations in your lawsuit?

A.    In accordance with the questions and issues -- questions and topics that were sent to me by the lawyer's office so that I could prepare for this deposition, I went to the Novorossiysk, to the headquarters of the shipping company.

I also went to the hospital, to the clinic where my son had lab tests done before the trip.  And also I spoke to the doctors to be able to answer questions.

Q.    With respect to the meeting that you had with the headquarters of the shipping company, when did you have that meeting or when



Page 150

G. Tikhoplav

did you go to the headquarters of the shipping company?

A.   End of May.

Q.   Did you go by yourself or with anyone else?

A.   By myself.

Q.   What type of information did you request from the shipping company?

A.   In accordance with the request for information that I -- that the lawyers would like me to obtain, I went there -- I went to the company in order to get the addresses and telephone numbers of the guys who were flying with my son for the rotation of the ship -- of the crew, I guess, of the crew of the ship.

But unfortunately, the human resources director refused to disclose the information about those guys.  Of the five people that were flying with my son, two were from another country.  One was from Odessa, which is Ukraine now, as you know.  And the other guy was in -- was from the country of Georgia.

There were -- the other guys were



MAGNA
LEGAL SERVICES

Page 151

G. Tikhoplav

from Russia.  And I was only able to obtain the phone number of the electrician -- of the ship electrician, and I forwarded that to my lawyers -- to the lawyers.

Q.   What is the name of the electrician who you were able to obtain his phone number?

A.   His name is Sergei, first name. Shistyakov, S-H-I-S-T-Y-A-K-O-V.  He is from St. Petersburg, Russia.  I forwarded his address and two phone numbers to the lawyer.

Q.   Did you forward that information by e-mail or some other means?

A.   Yes, in the e-mail.

Q.   Sir, would you agree with me that you were already in possession of Sergei Shistyakov's phone number prior to May of this year?

MR. AMRHEIN:  Objection.

A.   Yes.  It was not the first time that my son and this electrician were on the same shift, so they knew each other previously.

Q.   How many times had your son worked on the same voyage as Sergei prior to April of 2019?



G. Tikhoplav

MR. AMRHEIN:  Objection.

A.    I know that they were together on the shift together on the voyage beginning of 2019. And then they met again during the flight to this voyage -- to this rotation.

(Crosstalk.)

Q.    The last -- sorry.  Go ahead.

A.    I called Sergei after September when we -- after September when we met last time.  And we discussed in detail how they were flying and what happened during that flight when they were flying for that rotation.

Q.    Did you speak with Sergei in September of 2019?

A.    I don't remember the exact day, I could be mistaken, but he was -- it was during his shift.  It was during his rotation.  And I had to call back several times so that I could reach him and talk to him.

Q.    Did you speak with Sergei sometime in 2019 after your son's passing while he was on the voyage that left from Jamaica?

A.    Yes, I did.  He told me some details.



G. Tikhoplav

Q.   When you recently went to the ship's headquarters in the end of May of 2023, what additional contact information were you seeking to obtain, since you already were in possession of Sergei's telephone number?

A.   I wanted to get the contact information of the other people who were with my son on the same flight.

Yes.  So they were together with my son on the flight.  They were sitting together in the same plane next to each other.  So I just wanted to hear from them.  But they refused -- the HR refused to disclose that information and said that if I want to get their phone numbers, it should be subpoenaed by the court.

Q.   Have you attempted to reach out to any of the other crew members who were traveling with your son on that flight from JFK to Jamaica since May of 2023?

A.   No.  How could I?  I didn't have any numbers, any phone numbers.

Q.   Have you learned the names of the crew members that he was on the plane with aside from Sergei?



G. Tikhoplav

A.    No.

Q.    Did the shipping company give you any information when you went there in May of this year?

A.    They refused to give out any information whatsoever.  I got -- obtained the phone number, obtained Sergei Shistyakov's phone number from my son's phone book.  They probably talked sometimes, that's why he had his phone number in his phone book.

Q.    How many times have you spoken with Sergei since April of 2019?

A.    I spoke to him about three times. I was able to have conversation with him three times.  And I just I was interested to hear the details.  So he told me about -- about this -- about what happened in the plane, and he expressed his condolences and that's it.

Q.    When was the first time that you spoke with Sergei?

THE INTERPRETER:  I'm sorry.  I didn't hear, Counselor.

Can you please repeat it?

Q.    Sure.  When was the first time that



G. Tikhoplav

you spoke with Sergei?

THE INTERPRETER:  Thank you.

A.    I spoke to him after my -- after I was informed that my son died.  And after that happened, I started to look for documents.  I started to look for his phone books.  And I found his number.  And the first time I spoke with Sergei was end of summer 2019.

Q.    How long was that conversation?

A.    About ten minutes.

Q.    Did you ever meet with Sergei in person or only speak to him on the phone?

A.    No, we never met.  I don't know how he looks.  We only spoke on the phone.

Q.    When was the second time that you spoke with Sergei?

A.    Sometime in 2020.  The lawyer wanted me to get in touch with Sergei to find out something.

Q.    What was the sum and substance of your conversation with Sergei when you spoke with him in 2020?

A.    It was due to -- my second call was due to the fact that I received the paperwork



G. Tikhoplav

from the investigation following the investigation done in the United States.  And I was just wondering if what I read in the investigation results, whether it was in conformity with what Sergei saw with his own eyes.

Q.    How long would you say that conversation lasted?

A.    About 10 or 15 minutes.

Q.    Do you recall when the third conversation was that you had with Sergei?

A.    The third time that I spoke with him was very short.  It was very short.  He was on the voyage, and I just congratulated him on a successful voyage.  And I asked him if possible he could share some information with my lawyer.

Q.    What type of information did you request that he share with your lawyer?

A.    Well, if you allow me, I would like to share with you the details of what was happening when my son lost consciousness on the plane.

Q.    We'll get to that, but first if you could just answer the question that I'm asking



G. Tikhoplav

you.  What type of information did you request that Sergei share with your attorney?

A.    I wanted him, instead of me talking to the lawyer and conveying the information, I wanted them to talk directly.  So I wanted him to talk to my lawyer directly.  But from what I understand, it never happened.

Q.    Did you have any further conversations with Sergei after --

THE INTERPRETER:  I'm sorry?

Q.    -- after this third phone call?

A.    No.

Q.    Did you ever tape-record any of the telephone conversations that you had with Sergei?

A.    No.  There was no necessity.  It was not necessary.

Q.    Did you ever document in your own handwriting a summary of your conversation with Sergei each time you spoke with him?

A.    Well, if I knew that you would ask me this question, I would have written down. But I don't have any summary.

Q.    Did you ever speak with any of the



Page 158

G. Tikhoplav

other crew members who were scheduled to be on

board that same flight as your son on April 14,

2019?

A.    No.

Q.    Where were the headquarters of the

shipping company that you went to?

A.    You mean where that office was?

Q.    Yes.

A.    So the main office of that company

is in Cyprus.  However, I went to their

affiliate of that company, which is located in

Krasnodar.

THE INTERPRETER:  I'm sorry.  I'm

sorry.

A.    The affiliate of that company

located in Novorossiysk.

Q.    Did the HR person who you spoke

with at the shipping company give you the

information that two of the passengers who were

traveling with your son, one was from Odessa and

the other was from Georgia or did you obtain

that elsewhere?

MR. AMRHEIN:  Objection.

A.    Actually, the executive director of



G. Tikhoplav

that affiliate in Novorossiysk told me that two of the crew members were from other countries.  This is their usual practice when they assign crew members for the voyage, they take people from different countries.

Q.   Do you know if your son was working with Sergei on the last voyage that he completed that he returned in October of 2018?

A.   I don't really know that for a fact.  It is possible since he has his phone number.

Q.   You also testified that you went to the hospital to get some information from the doctors in order to be able to answer questions today.

A.   The request was to obtain all the medical records for my son.  Since it's common practice for them to have physicals before the voyage and after two to three weeks after the voyage, they go for rehab.  Therefore, there is lots of information, medical -- there is a lot of medical records for my son that I was able to obtain and send to you through my lawyer.

Q.   How many pages of medical records



G. Tikhoplav

did you obtain in May?

A.    Many pages.  Some of the medical records they provided in the digital form and some were hard copies that I actually found in my son's records, in my son's personal records.

And I sent all of it to you through my lawyer.  I don't know how many pages there were.  I never counted them.

Q.    Did any of those --

(Crosstalk.  Reporter clarification.)

THE INTERPRETER:  The witness asked to add something, if possible.

MR. AMRHEIN:  Gregory, please let Attorney Alterman ask a question and finish her question and answer the question she asked you to answer here, please, and limit it to that.

Thank you.

THE WITNESS:  Okay.

Q.    Did any of the medical records that you obtained contain test results from either March 18, 2019 or March 19, 2019?

MR. AMRHEIN:  Objection.



MAGNA
LEGAL SERVICES

Page 161

G. Tikhoplav

THE INTERPRETER:  Counselor, I would like to clarify.  March 18th and March 19th, both 2019, correct?

MS. ALTERMAN:  Correct.

THE INTERPRETER:  Thank you.

A.    I don't know.  I did not submit that in the chronological matter, but I tried to provide all the medical -- all the medical records that I was able to obtain.  I even went to the military office where he served in the army, and I asked them to provide his medical records from the early times when he was in the army.

Q.    Sir, do you recall testifying at the first deposition that you had this green book that had approximately 300 pages worth of documents and information in your possession in your home?

A.    I don't remember.  I'm sorry.

I have this folder.  I scanned each and every document there and sent it to my lawyer.

Q.    Were these documents that you obtained in May of this year in addition to the documents that you scanned to your lawyers



G. Tikhoplav

contained in that green folder that you just
showed us?

A.    Yes.  It is in addition to that.

Q.    Would you be able to approximate --
I know that some are hard copies and some are
digital, but let's just focus on the hard copies
at first.  How many hard copies of documents did
you obtain in May of this year?

A.    I'm not ready to give you the
answer because I never counted that.  I don't
really know.  But I can assure you that all the
documents that I found I sent to my lawyer,
because, you know, I just really made it a point
to provide as much information as possible.

Q.    The hard copies of the documents
that you sent to your attorney, did you scan
those as well and e-mail them?

A.    I scanned those hard copies.  I
scanned those paper documents.  I created them
as an archive and e-mailed to my lawyer.

Q.    Do you know how large the
electronic file was that consisted of the hard
copies and the electronic documents that you
sent to your attorney?


MAGNA
LEGAL SERVICES

G. Tikhoplav

MR. AMRHEIN:  Objection.

A.    I can look it up in the computer. I have the copy of that archive that I sent to my attorney, and I can tell you exactly how large the file was.

MS. ALTERMAN:  We will leave a space in the record and you can add that in once you have an opportunity to review your transcript.

INSERT:_____

THE WITNESS:  Okay.

Q.    Sir, you testified that your son underwent a series of tests for his liver, stomach, pancreas, bile ducts, and he consulted with a GI doctor, and that these documents were dated March 18, 2019 and March 19, 2019.

MS. ALTERMAN:  Before he answers the question, I haven't completed my question.

Q.    Were these specific test results from March 18, 2019 and March 19, 2019, produced to your attorneys?

(Alexey Tarasov joined the Zoom deposition.)


MAGNA
LEGAL SERVICES

G. Tikhoplav

A.    I provided all the documents that I could.  I tried to be as thorough as possible, but the documents were not in sequence, not in chronological sequence, so I'm not sure about the date.  I just provided all the documents that I had and some of them were from different years.

The thing is that it was not only this shipping company that he worked for.  He went to other voyages with other companies, and he had to do the physical for -- physicals for them as well.  So that's why there are many, many different documents.

MR. AMRHEIN:  Cheryl, Alexey Tarasov just joined.  So I wanted to note that for the record.  I know we had discussed that at the outset, so I just wanted to note that for the record.

MS. ALTERMAN:  Thank you.

Good morning Mr. Tarasov.

MR. TARASOV:  Good morning, hello.

MS. ALTERMAN:  To the extent that the March 2019 and March 2018 documents have not been produced, because we have reviewed the discovery and have not seen



Page 165

G. Tikhoplav

a copy of those test results, we will

place a demand for those specific

records in the transcript, as well as

any additional medical records, either

hard copies or electronic copies, that

Mr. Tikhoplav obtained in May of this

year.

THE WITNESS:  Can I answer?

MS. ALTERMAN:  It wasn't a

question.  It was a demand for your

attorney.

THE WITNESS:  I just wanted to

convey the information to you.

MS. ALTERMAN:  Thank you.

Q.    Sir, when your son returned home

from his last voyage on October 30, 2018, you

testified that he was fatigued and lost a

significant amount of weight.

THE INTERPRETER:  I'm sorry,

Counsel.  I didn't hear the end of the

question.  He lost significant amount of

weight?  That's what you said?

MS. ALTERMAN:  Yes.  And was

fatigued.



G. Tikhoplav

THE INTERPRETER:  Oh, fatigued.

Thank you.

A.    Can I hold the answer to this question?  But I would like to convey the information regarding your previous demand.  I would like to comment something on that before I answer this question.

Can I?

MS. ALTERMAN:  First, I would ask that you answer this question.

THE WITNESS:  I would like to add something.  So that you do not go into additional trouble, I would like to state that a postmortem examination was -- results were sent to me from New York by the New York investigation office.  And it is very -- it was a very detailed investigation and you can obtain a lot of information from that examination.

There is extensive information about condition of his internal organs, about his cholesterol level, about his GI tract and etc.  And if you take time



Page 167

G. Tikhoplav

and go through the results of the postmortem examination, you could just get a lot of information.  And you would not have to, you know, you would not have to just to go through the previous records.

The records that I provided is not in chronological order, and it is -- I appreciate that it is hard to look through them.

MS. ALTERMAN:  My question to you was not about the autopsy that was prepared in New York.  The question specifically was with respect to documents that would indicate testing done prior to your son coming to New York in March of 2019.

You can translate and then I will continue.

THE INTERPRETER:  Thank you.

MS. ALTERMAN:  My demand specifically is for any test results that you have in your possession from March of 2019.  And that's the request



G. Tikhoplav

that's being made of your attorney.

Q.    Now, when your son returned from his last voyage on October 30, 2018, you testified that he lost a significant amount of weight and was fatigued, correct?

MR. AMRHEIN:  Objection.

A.    Every time that he returns from the trip he loses weight.

Q.    And in addition to losing weight you testified that he was fatigued, correct?

MR. AMRHEIN:  Objection.

A.    Can I give you the details?  It will take two minutes.

Q.    Are you able to answer my question?

A.    Well, yes, he was fatigued, but it was habitual, it was usual.  After the voyage it takes him about a week or two weeks to rehab.

Q.    Where did he attend rehabilitation courses after he returned from his voyage in October of 2018?

MR. AMRHEIN:  Objection.

A.    As usual, the whole crew is examined, goes for physical after they come back from the voyage.  And they keep them there in Novorossiysk



G. Tikhoplav

for some time for rehabilitation.

Q.    How long did your son spend in rehabilitation after his last voyage that returned in October of 2018?

MR. AMRHEIN:  Objection.

A.    I don't know exactly.  I don't have this data.  But about 10, 12 days, that's for sure.

Q.    What is the name of the facility where he underwent rehabilitation?

A.    I don't remember that.  I can look for the address of that facility.

Q.    Do you have any records that would indicate the type of rehabilitation that your son received during that 10- to 12-day period?

A.    I did not look specifically for that information, but if necessary I can look for it now.

MS. ALTERMAN:  We will also demand a copy of the rehabilitation records from his last voyage in October of 2018 or whenever he underwent that rehabilitation prior to April of 2019, as well as any prior rehabilitation



Page 170

G. Tikhoplav

facilities that Mr. Lagoda attended in the ten-year period prior to his death.

THE INTERPRETER:  In the ten-year period?

MS. ALTERMAN:  Yes, prior to his death.

THE WITNESS:  You want me to get complete information about his rehabilitation for the last ten years?

MS. ALTERMAN:  Correct.

Q.   Now, sir, with respect to the rehabilitation that your son attended in 2018 or the beginning of 2019, do you know whether or not any medical conditions were identified during that rehabilitation period?

MR. AMRHEIN:  Objection.

THE INTERPRETER:  During rehabilitation or the examination, Counselor?  Maybe I misheard.

MS. ALTERMAN:  Yes, during the rehabilitation.

A.   I don't have this information.  I can make some phone calls.  I can ask, but I don't know.  I don't have that info.



G. Tikhoplav

Q.    When did your son start undergoing training for the position as a fourth mechanic engineer specialist before his voyage in April of 2019?

A.    I don't know the exact information about it, but I know that after each voyage he gets points and he gets the references.  And after he obtains certain amount of points and references, he can apply to the next position.

Q.    Are there any physical requirements in order for him to obtain a fitness-for-duty evaluation for the job as a fourth mechanic?

MR. AMRHEIN:  Objection.

A.    I think so, yes.  Any new position requires very detailed physical evaluation and laboratory tests.

Q.    What is your understanding of the physical requirements that were required to be a fourth mechanic for this voyage in April of 2019 that your son underwent?

A.    I don't know the details.

Q.    Do you know where a fourth mechanic falls in ranking of seniority for the engineers on the ship?



G. Tikhoplav

A.    I didn't understand the question.

Q.    As a fourth mechanic, did your son report to other mechanics on board the ship?

A.    Yes, of course.  Each person on the crew reports to the senior person, starting with the captain to the -- to the others, to lower levels.

Q.    So, for example, is a third mechanic more senior to a fourth mechanic on board the ship?

MR. AMRHEIN:  Objection.

A.    Yes.  The third mechanic is senior than the fourth mechanic.  The fourth mechanic is the lowest and he performs the dirtiest job.

Q.    Do you recall what your son's salary or wages were as a fourth mechanic for that voyage?

A.    I sent all the information about the payments and about the seniority and the payments for this voyage, I sent to it my lawyer.  If necessary, I can look it up and answer your question.

Q.    So just based on your recollection, sir, do you recall how much your son earned or



G. Tikhoplav

was due to earn for this voyage?

A.    I don't know the details because their pay depended on the length of the trip, length of the voyage, about the position, about the complexity of the voyage, and many things -- many other things.

He could sometimes share after the voyage how much he earned during that voyage. But I can give you the number, but it will be very approximate number.

Q.    Do you know approximately how much he was scheduled to earn for this particular voyage in April 2019?

A.    Sometimes he would come back and say, I earned 1,200,000 for six months, for six months voyage.  Another voyage, according to his words, was less successful and he would -- due to weather conditions, and he would earn 800,000.  So it varied.

Q.    And this is in rubles?

A.    Yes.

Q.    Now, who was the third mechanic that your son reported to or was scheduled to report to in the voyage for April of 2019?



G. Tikhoplav

A.    I don't know the names.

Q.    Were there any language requirements for the position of a fourth mechanic?

MR. AMRHEIN:  Objection.

A.    My son was not completely fluent in English, but he had the command of the English -- technical English language that made him eligible for that position.

Q.    Was he required to speak English and understand English for the position of fourth mechanic?

MR. AMRHEIN:  Objection.

A.    Yes.  He was able to communicate. He was not completely fluent in the English language, but he could understand.  He could carry a conversation.  Even if he did not understand something, he could always ask again. And as for the technical part, he was very knowledgeable.  He read manuals, he read technical specifications and things like that. He was quite advanced in that area.

Q.    And, sir, for his position on board the ship, was he also required to be able to



G. Tikhoplav

speak and understand English?

MR. AMRHEIN:  Objection.

A.    If the captain was Russian speaking, then the domineering language, the most used language on the ship was Russian.  Mostly they spoke Russian there.  Sometimes they spoke English as well, but the Russian-speaking captain was concerned that the crew members spoke Russian.

Q.    Do you know whether or not the captain on board the vessel that was scheduled to leave in April of 2019 was Russian?

MR. AMRHEIN:  Objection.

A.    From what I understand, he was originally from Odessa and he spoke perfect Russian.

THE INTERPRETER:  Counselors, I need a short break, please.

MS. ALTERMAN:  Sure.

THE INTERPRETER:  Bathroom break.  Okay?  Five minutes, please?

MS. ALTERMAN:  Yes.

(Brief recess is taken from 11:23 a.m. to 11:33 a.m.)

THE WITNESS:  I want to give you



G. Tikhoplav

the information.

MR. AMRHEIN:  Gregory, please wait for a question to be asked.  Make sure to listen to Cheryl's question fully and allow Cheryl to finish.

BY MS. ALTERMAN:

Q.    Do you know who the captain was on the April 19 -- April 2019 voyage?

MR. AMRHEIN:  Objection.

A.    When I spoke to my son, he was telling me about that captain.  He was telling me where he lives and he told me about the interactions, the relationship, but I did not really pay attention to that at that time.

Q.    Do you have any document that would indicate the job requirements of a fourth mechanic on this voyage?

MR. AMRHEIN:  Objection.

A.    They received the job description with the certificate of medical evaluation and with the contract.  So if necessary, I can obtain it from the company.

MS. ALTERMAN:  Yes, thank you.  We will make a demand for that as well.



G. Tikhoplav

Q.    At the last deposition you testified that your son weighed approximately 75 or 77.

Was that kilos, sir?

A.    Yes.

Q.    Who paid for your son's flights for the April 2019 voyage?

MR. AMRHEIN:  Objection.

A.    The company, the ship company.

Q.    When you took your son to Krasnodar to leave for his flight to Moscow, how long was the drive from Krasnodar to Moscow airport?

A.    The drive from my house to the airport is about 30, 40 minutes.

Q.    Did your son have any complaints of pain during that 30-minute drive to the airport in Krasnodar?

MR. AMRHEIN:  Objection.

A.    No.

Q.    Did your son consume any alcohol or take any drugs prior to going on that flight from Krasnodar to Moscow?

MR. AMRHEIN:  Objection.

A.    No.



MAGNA
LEGAL SERVICES

                        G. Tikhoplav

                THE WITNESS:  Can I add something?

                MS. ALTERMAN:  Is it with respect

        to whether or not he took any drugs or

        alcohol?

                THE WITNESS:  The information that

        I -- the text messages that I received

        from him.

                MS. ALTERMAN:  We'll get to those

        text messages.

        Q.    How long did he have to wait for

the flight from Krasnodar to Moscow once he got

to the airport?

                MR. AMRHEIN:  Objection.

        A.    He registered for the flight, he

checked in his luggage, and about 20 minutes later

they took off.

        Q.    Did you speak with your son on the

phone or receive any text messages from him

during that period of time where he was waiting

to board the flight from Krasnodar to Moscow?

        A.    Yes.

        Q.    Did you speak with him on the phone

or did you text him or both?

        A.    We did not speak, just text



G. Tikhoplav

messages.

Q.    What did he say in those text messages to you?

MR. AMRHEIN:  Objection.

A.    If you give me two minutes, I would explain to you the situation.

Q.    Can you tell me what he texted you during that period of time?

MR. AMRHEIN:  Objection.

A.    At 11:30 we left.  And about half an hour later, I received a text message from him that they are boarding.

Q.    Was that 11:30 at night?

THE INTERPRETER:  At night, yes.

I'm sorry.  At night.

A.    11:30 at night we left and I received a text message from him that they are boarding.

We agreed that he would keep me posted about arriving, departing.  He said that he would text me when he arrives in Moscow, that he would text me from Germany, he would tell me how long he would stay in Moscow, how long he would stay in Germany.  So that's what he was



                        G. Tikhoplav

doing.

        Q.    When did he arrive in Moscow?  What
time?

            MR. AMRHEIN:  Objection.

        A.    If you want I can read to you all the
messages with the time.

            MS. ALTERMAN:  I think it would be
        easier if we get a copy of all the text
        messages that were exchanged.  I know
        that was previously demanded, but we
        will demand it once again.  Any text
        messages that you exchanged with your
        son during this period between flights
        from Krasnodar to JFK.

            Okay?

            THE WITNESS:  Okay.

        Q.    Do you know what time he arrived in
Moscow?

            MR. AMRHEIN:  Objection.

        A.    I don't remember.  I have to look.

        Q.    Approximately how long is the
flight from Krasnodar to Moscow?

        A.    Approximately two hours flight.

        Q.    When was his flight to Munich in



G. Tikhoplav

Germany scheduled to depart Moscow?

MR. AMRHEIN: Objection.

A.    I don't really remember the exact days.  You don't want me to -- just to read the text messages.  The text messages would answer all your questions.  I don't remember those details.  You know, be compassionate to my gray hair.

Q.    Do you have the text messages easily accessible?

A.    Right here.  I will find them in my phone in a second.

Q.    If you can pull up the text exchange, can you tell me the time that he texted you when he arrived in Moscow?

MR. AMRHEIN: Objection.

A.    It will take three minutes.  It will take me a couple of minutes to get the text messages.

As for arrival in Moscow, I think that he arrived shortly after 4 a.m.

Q.    So why don't we do this.  If we take a break later on, you can pull up the text messages, and then we can go through them at



Page 182

                    G. Tikhoplav

that time.  But in an effort to keep this

deposition moving, we will just go through based

on your recollection for the moment, okay?

        A.    Okay.  Okay.

        Q.    So approximately 4 a.m. your son

arrived in Moscow.  Do you recall how long of a

layover he had between Moscow and Munich?

                MR. AMRHEIN:  Objection.

        A.    No, I don't remember.  I can look,

though.

        Q.    Okay.  Do you recall when he

arrived in Munich?

                MR. AMRHEIN:  Objection.

        A.    No, I don't remember.

        Q.    Do you recall the date of his first

flight from Krasnodar to Moscow?

                MR. AMRHEIN:  Objection.

        A.    April 12th.

        Q.    Do you recall how long he had to

wait between his flight in Munich and the flight

departing to JFK?

                MR. AMRHEIN:  Objection.

        A.    I think that it's not really

productive discussing these questions, because I'm



G. Tikhoplav

basically guessing.  If you give me, like, a
couple of minutes I will find the text messages,
and based on that I will be able to answer those
questions.  Otherwise, we are just, you know, I'm
just guessing.

Q.    Sir, do you recall speaking with
your son at each of the airports that he arrived
in?

A.    No.  We did not have voice
conversation, only text messages.

Q.    Did you receive text messages from
your son when he arrived in Moscow?

A.    Yes.

Q.    Did you receive text messages from
your son when he arrived in Munich?

A.    Yes.

Q.    Did you also receive text messages
from your son when he arrived at JFK airport in
New York?

A.    I received text messages from him
when he departed and when he arrived.  As for
the JFK, I only received arrival text message
from him.

Q.    Were these text messages all



G. Tikhoplav

through the WhatsApp platform?

A.    Yes.

Q.    Did your son at any point in time ever tell you through these text exchanges that he was feeling sick or unwell during any of these flights?

MR. AMRHEIN:  Objection.

A.    When they arrived in JFK, he wrote that he was extremely fatigued.  He did not sleep at all during that flight.

Q.    When he arrived at JFK, do you recall how many hours he had been traveling at that point in time?

MR. AMRHEIN:  Objection.

A.    You mean from Krasnodar to JFK?

Q.    Yes.  And with the layover in Munich from Moscow.

A.    All together approximately 24 hours.

Q.    Do you recall what day he arrived in JFK airport?

MR. AMRHEIN:  Objection.

A.    He left Krasnodar April the 20th. I don't know -- I don't know if it was still the



G. Tikhoplav

12th of April or it was 13th of April in New York.

(Reporter clarification.)

A.    He left Krasnodar the 12th and I'm not sure if it was still 12th or the 13th in JFK.

Q.    Through your text exchange with your son, did he sleep at all in that 24-hour period?

MR. AMRHEIN:  Objection.

A.    The text message was that he is very tired and he practically did not have any sleep.

Q.    Do you know if he was able to eat anything in those 24 hours that he had been traveling?

MR. AMRHEIN:  Objection.

A.    Well, he took some sandwiches from home, but I think that they had dinner or breakfast with boys, with guys.

THE INTERPRETER:  I'm sorry.  I will just get a charger.  Just a second.

(Brief pause.)

MS. ALTERMAN:  Are you all set?

THE INTERPRETER:  Oh yes, yes, yes.



G. Tikhoplav

MS. ALTERMAN:  Okay.

Q.    Do you know at what point your son started traveling with Sergei during these flights?

THE INTERPRETER:  I didn't get the question, I'm sorry.  I didn't hear.

Q.    Sure.  Do you know at what point your son started traveling with Sergei during the flights from Krasnodar to JFK?

MR. AMRHEIN:  Objection.

THE INTERPRETER:  I didn't hear the word.  What coins?

Q.    At what point did your son start traveling with Sergei?

THE INTERPRETER:  Thank you.

MR. AMRHEIN:  Objection.

A.    The whole crew got together in Moscow, so they are traveling together since Moscow.

Q.    Do you know if Sergei was seated near your son from the flight from Moscow to Munich?

MR. AMRHEIN:  Objection.

A.    I'm not sure about Moscow to JFK



G. Tikhoplav

flight, but he was sitting next to my son when they were on the flight from JFK to Kingston, Jamaica.  And that's why he was able to tell me in details how it was all happening.

Q.    Do you know whether or not your son left any of the airports while he was waiting for the flights to depart for any period of time?

A.    No, he did not.

Q.    How long did he have to wait upon his arrival to JFK until the flight to Kingston, Jamaica was scheduled to depart?

MR. AMRHEIN:  Objection.

A.    I don't know.  I have to look it up in my records.

Q.    Now, prior to your son leaving --

MR. AMRHEIN:  I think they froze.

MS. ALTERMAN:  Are we frozen?

MR. AMRHEIN:  Yes, you were frozen at the start of that question.

MR. MALYSA:  Can you hear us now okay?

MR. AMRHEIN:  Yes.

Q.    My question was:  Prior to leaving



G. Tikhoplav

for the voyage from April of 2019, was your son engaging in any type of sporting activities or physical activity on a frequent basis?

            MR. AMRHEIN:  Objection.

     A.    My son has been active in sports since I remember him.  He was born a very weak boy, and we had to put him through sport for him to get stronger and healthier.  At first he started swimming.  He was swimming when he was a child.  He was swimming so well, that I was even jealous sometimes.

            When he went to school, he started the pentathlon training.  So he was great at swimming, running, weightlifting, boxing.  He was very athletic.  And after the voyages he would come back home and he went back to those groups where people remembered him, and he tried to recover very quickly, rehab very quickly.

     Q.    Did he participate in any of these type of sports between October of 2018 and April of 2019?

            MR. AMRHEIN:  Objection.

     A.    He mostly did gymnastics and bodybuilding, lifting.



G. Tikhoplav

Q.    Do you know how much he was able to bench press?

MR. AMRHEIN:  Objection.

A.    I don't remember.  The only thing that I didn't like was when he was doing boxing and after the sparring, he would come back home beaten up.  And I did not really like it because he was out of shape and I did not like it.

Q.    Did he ever have any head injuries as a result of boxing or sparring?

MR. AMRHEIN:  Objection.

A.    He had bruises on his face.

Q.    Did he ever need to seek medical attention or go to a doctor because of any injuries that he received from boxing or sparring?

MR. AMRHEIN:  Objection.

A.    No.  His position was that every real man should be covered with bruises and black and blues.

Q.    When was the last time that he boxed prior to leaving on April 12, 2019?

MR. AMRHEIN:  Objection.

A.    I cannot tell you the exact.



G. Tikhoplav

Sometime in March 2019, in the spring.

Q.    Did he go to a regular place to go boxing?

MR. AMRHEIN:  Objection.

A.    He was not training on a professional level.  He was already not in shape, so he was just doing that to keep in shape.  He would jog.  He would run early in the morning.  Then he would go swimming where he knew people there.  And sometimes he would go boxing, but just, you know, just for fun.  He did not really do anything serious.

Q.    What was the name of the boxing club or facility he went to?

MR. AMRHEIN:  Objection.

A.    It was just a boxing facility.  There are many boxing facilities in the town.  It was just one of them.

Q.    Do you know the name of it?

A.    Well, when he was graduating high school, he had an option to go to -- to become a professional boxer or professional athlete by going to the college of sports -- sports and box -- sports.  And another option was to go to



G. Tikhoplav

the university and study mathematics, mechanics

and mathematics.  Since he was good at

mathematics, his mother and I insisted that he

goes to the university and studies math.  And a

lot of his friends who were in that boxing

session became professional athletes.  Maybe he

regretted that.  I don't know.

Q.    My question was:  Do you know the

name of the boxing facility that he went to in

the spring of 2019?

A.    I could find out address.  I don't

know what -- I can find out.  It's -- it's a

group.  You pay money, you pay membership, and

there are coaches there.  So it's youth -- it's

a kind of a session.  It's a section for young

people.

Q.    Did he ever break any of his ribs

while he was boxing?

MR. AMRHEIN:  Objection.

A.    No.  He never had problems with his

ribs.  But when he was a child, he fell off the

tree and he broke his clavicle.

Q.    Was he ever knocked unconscious

during a boxing session?



G. Tikhoplav

MR. AMRHEIN:  Objection.

A.    Not that I remember.  I don't know for sure, but I don't remember that.

Q.    Did he ever have a concussion as a result of a boxing session?

MR. AMRHEIN:  Objection.

A.    No.  It was not a professional boxing.  He just did it to work out for fun.  So they did not try to knock each other out.

Q.    Did he wear any protective type of headgear while he boxed?

MR. AMRHEIN:  Objection.

A.    Yes.

Q.    Does anyone in your family suffer from epilepsy?

MR. AMRHEIN:  Objection.

A.    No.  Nobody in our family had epilepsy.  My father, though, died of -- died shortly before my son's death.  He died of a stroke.  He was bedridden for fourteen years and we were taking care of him.

Q.    Do you know whether or not any of your family suffers from seizures?

MR. AMRHEIN:  Objection.



G. Tikhoplav

A.    No.

Q.    Did your son ever have a seizure before April of 2019?

MR. AMRHEIN:  Objection.

A.    I don't remember hearing that.  I don't know.  It could be when I was not present, but who would know?  I don't know.  He was a healthy and strong boy.

Q.    Was your son taking any type of medication to your knowledge in connection with epilepsy or suffering from seizures?

MR. AMRHEIN:  Objection.

A.    I don't know.  I can ask the clinic and maybe they have something.  I don't have any information about it.  They do the physicals for the -- they do the physicals before the voyage so they might have something.  As for me, I don't know.

Q.    Did your son ever have a stroke prior to April 2019?

MR. AMRHEIN:  Objection.

A.    No.

Q.    Did your son have low blood pressure prior to April of 2019?



G. Tikhoplav

THE INTERPRETER:  Low blood
pressure or high blood pressure?

MS. ALTERMAN:  Low.

THE INTERPRETER:  Thank you.

MR. AMRHEIN:  Objection.

A.    His blood pressure was up and down,
yes.

Q.    Did he take any blood pressure
medication prior to leaving in April of 2019?

MR. AMRHEIN:  Objection.

A.    Well, I don't know if he was taking
the medications on a regular basis, but I know
that genetically we are the same.  Genetically,
we have the same genes.  So I have problems with
my blood pressure, it goes up and down.  Same
for him.

Q.    Do you take blood pressure
medication?

A.    Yes.

MR. AMRHEIN:  Objection.

Q.    Do you know whether or not your son
was ever taking the same medication as you take?

MR. AMRHEIN:  Objection.

A.    I had my own medication.  I don't



G. Tikhoplav

have that information.  I don't know what he was taking.

Q.   Did you both go to see the same physician?

A.   No.  We went to the same doctors only when he was a child while he was at school.  Then after he left -- after he graduated, he went to college and they had their own doctors there.  And then he went to the marine academy.  They had the doctors there.  So we haven't been to the same doctor for many years.

Q.   Your son lived with you before he left in April 2019, correct?

A.   Yes.

Q.   Did you ever see him taking any type of pills on a daily basis before his voyage in April 2019?

A.   No.

Q.   Would you be able to describe for me what his diet was like in the spring of April 2019?

MR. AMRHEIN:  Objection.

A.   He didn't have any particular diet, but he was eating at home and he was eating with



G. Tikhoplav

friends.  He did not have any particular diet.  He ate everything.

Sometimes I would wake up and see that he was eating at 2 o'clock in the morning.  And I -- he would have a soup and some hot meals, the full dinner.  And I would ask him, Why are you doing this?  And he said, I'm so confused about the time.  You know, when they go to those voyages they have shifts and they have night shifts.  And then they just -- they can be up at night.  So he says, I just really do not -- my day is mixed up.  I don't have the time when I sleep and the time when I eat.

Q.    Would you say that his body was regulated or not regulated before he left on April 12, 2019?

MR. AMRHEIN:  Objection.

A.    He gained weight.  His sleep was better, but the schedule of meals was not regulated.

Q.    Did you see him taking any type of daily vitamins or any supplements in the spring of 2019?

A.    I haven't seen them.



G. Tikhoplav

Q.   Did your son have any bruises on his face or on any part of his body when you drove him in the airport in Krasnodar on April 12, 2019?

A.   No.  He didn't have any bruises. He met with his friend the day before.  They were kind of seeing him off before he goes to sea.  But he did not have any bruises.

Q.   Did he have any injuries to any part of his body on April 12, 2019, that you are aware of?

MR. AMRHEIN:  Objection.

A.   I haven't seen them.  I don't know. I haven't seen them.

Q.   Do you have any photographs from the gathering that your son had with his friends on the day before he left?

A.   I can prepare them.  I don't have them now, but yes, I can prepare that.

MS. ALTERMAN:  Thank you.  We will
also demand a copy of any photographs
that you have in your possession that
show your son with his friends the day
before he left on April 12, 2019.



G. Tikhoplav

THE WITNESS:  I'm not sure that it was just the day before.  It could be a week before.  It could be two weeks before when he was meeting with his friends.  He went to Novorossiysk.  He would come back.  So he was -- I don't know the exact date.

MS. ALTERMAN:  Understood.

Whenever those photographs were taken in the week or so before he left on April 12, 2019.

THE WITNESS:  I have the photos.  I can forward to you the photos of my son that he sent to me during his flights, the pictures from the planes when he was on the plane, the pictures when they are checking in luggage, the pictures of my son and the guys he was flying with.

MS. ALTERMAN:  Yes, thank you.  We will demand those as well.

Q.    Now, who called you from the ship to notify of your son's passing?

A.    I would ask you to give me a chance to prepare and just to read to you the sequence



G. Tikhoplav

of phone calls and text messages that I received from my son and then from people after his passing.  That would be easier for me to remember that, and I will be able to just to give you the answers with exact time.

Q.   So I understand you have these text messages with your son.  My question was:  Do you recall the date that you learned that he passed away and how you were notified?

A.   The first -- the first person who called me was a secretary from Columbia, which was the shipping company in Jamaica.  The secretary called me and asked me if I had any information about my son because he did not report to the ship.  It happened -- if I remember correctly, it happened April 14 about noon time.

Q.   Who notified you that he had passed away?

A.   The next day, April 15th, I got a call from Mr. Panushkin, P-A-N-U-S-H-K-I-N, who was the executive of the affiliate, of the Columbia affiliate located in Novorossiysk.

Q.   What did he tell you?



G. Tikhoplav

A.    As it turned out later, the information that he gave me was not correct.  He told me that he received the information from the main headquarters stating that my son had a heart attack.  It turned out that it was not the case.

Q.    What is your understanding of your son's cause of death?

A.    Murder.  And the district attorney's office in New York confirmed that.

Q.    Sir, the last time you testified that the Krasnodar prosecutor's office performed their own autopsy report that differed from the one prepared in New York.

Do you recall that?

A.    It was not -- I would like to clarify that.  It was not Novorossiysk.  It was Krasnodar regional district attorney's office.  That was the -- that was the organization who conducted the investigation.

Q.    So my question, sir, was you had testified previously that the Krasnodar district attorney's offices report differed from the autopsy report prepared in New York.



G. Tikhoplav

Is that correct?

A.    Yes.

Q.    Would you agree with me, sir, that the Krasnodar district attorney's office could not determine your son's cause of death?

MR. AMRHEIN:  Objection.

A.    I would like to clarify.  This is very important.  I would like to clarify this -- discuss this in detail.

Q.    Sir, did you have an opportunity to review the forensic examination that was prepared in Russia?

A.    Yes.  I have it and I forwarded it to you.

Q.    And in that examination, would you agree with me that they were unable to determine your son's cause of death?

MR. AMRHEIN:  Objection.

A.    Well, of course they could not determine the cause of death.  However, when I gave them the documents provided by the American district attorney's office and results of their investigation, the district attorney's office in Krasnodar were comparing that with their findings



Page 202

G. Tikhoplav

and they found discrepancies there.

Q.    What discrepancies did they find?

MR. AMRHEIN:  Objection.

A.    You know, I would like to spend more time on this.  I would like to discuss it in more detail.  And I can tell you that I was really alerted by the fact that when I received a phone call from the -- New York -- from American district attorney's office on April 30, 2019, and I was told that they were sending my son's body in the coffin, in the closed coffin, and the condition was that the coffin should not be opened, that he should be buried in the closed coffin.

And I felt that it was very suspicious.  And that's why I just -- I'm very suspicious of that.

Q.    Did you request for the coffin to be opened and for a forensic examination to be performed once your son's body returned to Russia?

A.    Before my son's coffin was delivered, I went to Krasnodar regional district attorney's office and I told them that I would



G. Tikhoplav

like to have the coffin opened.  And I wrote the petition, the statement, and I wanted them to help me do this.

Q.    Did you also provide the Krasnodar district attorney's office with a copy of the New York Attorney General's report?

A.    Yes.

Q.    Did you have that document translated from English to Russian before you provided a copy of it to the Krasnodar prosecutor's office?

A.    The report that we received from New York district attorney's office was in two languages.  It was certified -- it was translated by a certified interpreter and sent here.

Q.    Do you know who arranged for that report to be translated before it was sent to you?

MR. AMRHEIN:  Objection.

A.    In New York?  You are asking about the New York translation?

Q.    Yes.  I'm asking who arranged for the report in New York to be translated from



G. Tikhoplav

English to Russian before it was sent to you?

MR. AMRHEIN:  Objection.

A.    I can find out.  There must be the name of the interpreter there, but I'm not ready with it now.

Q.    My question wasn't about the name of the translator.  It was who requested the report to be translated from English to Russian before it was sent to you?

MR. AMRHEIN:  Objection.

A.    The district attorney arranged that. And he said that this is a normal procedure when the documents are sent to a different country, the report has to be translated.  So he arranged the translation and sent it to me.

Q.    Specifically with respect to the autopsy findings in the report that was prepared by the Krasnodar's prosecutors office, what are the discrepancies that you keep referring to in that report?

MR. AMRHEIN:  Objection.

A.    Well, I'm not an expert, however, judging by the type of injuries, there are discrepancies in describing the types of injuries.



G. Tikhoplav

Like, there are more than 30 injuries, more than 30 lacerations and bone fractures and fracture of the skull and laceration of the scalp, and many other injuries. I just -- I'm not a special. I cannot describe them.

Q. How many months did it take for the forensic examination to be completed in Russia?

MR. AMRHEIN: Objection.

A. About a month --

(Crosstalk. Reporter clarification.)

A. The coffin arrived May 1st and the body was released to me 16th or 18th of June.

THE INTERPRETER: I'm sorry. Are we having a break? I need to eat something.

MS. ALTERMAN: Sure. We can take a break.

How long does everyone want to take?

THE WITNESS: To me doesn't matter. I can take as long as you need.

MS. ALTERMAN: Chris, how long do you want to take?



G. Tikhoplav

We can go off for this.

(Discussion is held off the record.)

(Recess is taken from 12:50 p.m. to 1:13 p.m.)

MS. ALTERMAN:  Is everyone ready to start?

THE WITNESS:  Can I give you some information here?

MS. ALTERMAN:  Why don't we hold on for a minute, please.

MR. AMRHEIN:  Gregory, please just wait for a question from Cheryl and, again, please just wait for the full question before answering.

BY MS. ALTERMAN:

Q.    When did you learn that your son suffered from a seizure?

A.    When I got the call from New York. The doctor introduced himself and told me about this whole situation.

Q.    What did he tell you?

MR. AMRHEIN:  Objection.

A.    They just -- they called me and they



G. Tikhoplav

said that he lost consciousness.  And they gave

him an injection and he lost consciousness and

after that he started to have seizures.

Q.    What type of injection was he

given?

MR. AMRHEIN:  Objection.

A.    I was never -- I was never able to

find out what exactly was injected into him,

because there was a fight between the police

and...

Q.    Have you ever seen any medical

records that indicate he was given an injection

while he was on the plane?

MR. AMRHEIN:  Objection.

A.    I found out during the phone

conversation.  And later Sergei told me over the

phone.

Q.    Do you know the name of the doctor

who you spoke with over the phone?

THE INTERPRETER:  I lost you for a

second.

Q.    Do you know the name of the doctor

who you spoke with on the phone?

A.    No, I don't know the name.  I later



G. Tikhoplav

met -- I later found out the name of doctor who performed the autopsy, but I don't know the name of the person who gave him an injection.

Q.    Was the doctor who performed the autopsy the same doctor who you spoke with?

A.    No.  I can tell you who it was. The doctor was Mrs. Milevsky.

Q.    What are you reading from, sir?

A.    I was writing down the names of the people I spoke to.

Q.    Are you looking at any document or are you just writing down --

A.    Yes, it's my log.  It's the log where and who I spoke to.

Q.    Is this a log that you prepared?

A.    Yes.  During the break I wrote down the -- I just created the chronol -- I just created the list with names and times that I had the conversation with.

Q.    Can you read for me what's on that piece of paper?

A.    I'm going to read it.  She told me that he was examined and taken to the hospital. He was taken to the police hospital in Queens,



G. Tikhoplav

New York.

Can I continue?

Q.    Yes.

A.    I'm sorry.  At the same time I'm trying to put everything together.  So anyway, the doctor that I spoke to said that she examined my son and he passed away.  And she said that she could not send me the paperwork, the results of examination.  She said that I should keep in touch with a Kenna or Kinna who is the representative of the district attorney's office.  And she gave me the address, 26th Street, number 422.  It's probably the address in New York.  That was it.

Q.    Okay.  Thank you.

Did you look at any documents in order to prepare this log during the break?

A.    As you instructed me, I prepared the list of text messages and the calls that -- the text messages that he was sending to me on the way while he was during flights and at the airports.

I also found the document in regard to examination and lab tests that he did



Page 210

G. Tikhoplav

March -- and also I found the results of the tests that were performed March 15th, March 16th, March 17th of 2019 before that voyage.

Q.   Do you have the test results from March 15th, 16th and 17th of 2019 in front of you?

A.   I scanned those documents and sent it to my lawyer.  If you haven't received them, I can send those documents again by e-mail.

MS. ALTERMAN:  Yes.  We will request a copy of those documents.

Q.   Where were the tests performed?

A.   It was done at Euromed Clinic in Novorossiysk.

Q.   Did you say Euromed?

A.   Euromed.  Like European Med.

He also saw a GI doctor here in Krasnodar.  It is a private doctor who examined him, a private GI doctor by the name of Grishin. G-R-I-S-H-I-N.

He was examined at the private practice, at the private doctor's practice.  He saw the GI doctor and they checked his GI tract.



G. Tikhoplav

Q.    Do you know whether the documents that you're looking at from March --

(Witness speaking in Russian.)

THE INTERPRETER:  Okay, I'm sorry. What was the question?

Q.    The question is:  Do you know whether the documents from March of 2019 have been translated from Russian to English?

A.    No, I did not have it translated. Some of the paperwork, some of these documents are in Russian.  Some of them are in English. So I scanned them as they are and I sent it to you.

Q.    Are the documents from March of 2019 in Russian or in English?

A.    They are mostly Russian.  They are in Russian.

Q.    Who is Leonid Kotlyar? L-E-O-N-I-D.  And the last name is K-O-T-L-Y-A-R.

A.    He is my wife's distant relative. He lives in the United States.  I only communicated with him by e-mail.

Q.    Where does he live in the United



G. Tikhoplav

States?

A.    I don't know.  I can find out.

Q.    When did you first request that he help you gather information?

A.    It happened in May 2019.  I reached out to ask him to try and expedite the district attorney's work, just to get the autopsy results faster.

Q.    Do you know whether or not Leonid had conversations with the district attorney's office about obtaining the autopsy report?

MR. AMRHEIN:  Objection.

A.    I understand that -- as I understand, he did speak with somebody at the district attorney's office, because in his letter, the district attorney wrote to me that my relative contacted the office and asked to expedite, but unfortunately, he cannot expedite -- he could not speed up the autopsy results.

Q.    Did Leonid act as a translator for you between yourself and the district attorney's office in New York?

A.    No.  He did not help me with



G. Tikhoplav

translation.  When I was contacting the district attorney, he would write to me in English and then he would send the Russian text -- followed with the Russian text.

The same with me.  If I had to write something complicated, then I would ask the -- ask somebody that I know here, the students at the university, to help me with translation.

Q.    Did you mainly communicate with the district attorney's office in New York in English?

A.    Well, no.  We could speak English. I forgot a lot of things that I knew.  So he would just send me the English text and then followed with the Russian translation in the same body of the text.  Or the same way if I need to send something to him, I would have it translated by somebody that I asked.

Q.    Some it's fair to say then that Leonid was translating the English text into Russian for you; is that correct?

MR. AMRHEIN:  Objection.

A.    No.  Leonid did not translate



G. Tikhoplav

anything for me.  I only reached out to Leonid if I needed some help.  So I would just write him an e-mail where I would ask him for something and he would say yes, I can do that, or no, I cannot do this for you.

Q.   Did you ask him to help you with anything else besides for expediting the autopsy report finding?

A.   Well, when it was necessary to send my son's belongings, his clothes, his computer, when I need that to be sent over here, he helped.  He sent it.

Q.   Did you speak with the examiner in Russia about the findings of the autopsy report that was prepared by the Krasnodar prosecutor's office?

A.   So after I gave them the results of the autopsy that was performed in the United States and after they finished their findings, their work, I spoke to the specialist and he said that they found some discrepancies between the two.

Q.   Did you ask the forensic examiner in Krasnodar specific questions that you wanted



G. Tikhoplav

answered during the examination?

A.   Well, I did not have the information because I did not have access to them.  They just took the body of my son.  And I went there several times trying to just speed it up, trying to get them to work faster and so that I could just get my son's body and I could bury him.  But I was not able to.  Only after they finished their research -- their investigation, they called me and we discussed it.

Q.   Who paid for the burial expenses?

A.   Myself and my wife.

Q.   How much did they cost?

A.   All together including the transportation and burial it was 200,000 rubles.

Q.   Does that also include the funeral expenses?

A.   Yes.  Funeral.  All together all the expenses were 200,000 rubles.

Q.   Did the Columbia shipping company give you any money towards burial or funeral expenses?

A.   Yes.  My grandson was awarded



G. Tikhoplav

2 million rubles due to the fact that he lost a parent and he lost financial support. But still, he is still under age, so the money is on the escrow account.

Q.   Have you used any of that money to care for him or to --

(Technical difficulty.)

MR. AMRHEIN:   You guys just came back.   You were frozen at the start of that question.

MS. ALTERMAN:   Okay.   You can hear us now?

MR. AMRHEIN:   Yes.

Q.   Have you used any of the 2 million rubles to support your grandson?

A.   No.   Nobody can use this money, neither his mother, no, myself, we can not use this money.   It is on his account, on his escrow account.   And he can -- it's only him who can use it after he comes of age.

Q.   When does he come of age?   When can he access the money?

A.   It was November 10, 2023.

Q.   So November 10, 2023 how old will



G. Tikhoplav

your grandson be?

A.    Eighteen.

Q.    Last time you testified that your son was applying to schools or deciding what he was going to do for schools.

Has he furthered his education at all since the last deposition on September 1st, 2022?

MR. AMRHEIN:  Cheryl, if I may, I think you said "son."

Do you mean grandson?

MS. ALTERMAN:  Yes, thank you.

A.    He is now studying at the trade school and he is learning to become a car mechanic.

Q.    Is he still living with you?

A.    Yes, he lives with me.

Q.    How long is the trade school, the course to become a car mechanic?

A.    It's four years school.  He finished second year and he has a little bit more than two years left.  He goes to a -- he has to pay for his studies.

Q.    Who pays for his studies?



G. Tikhoplav

A.    Myself and his grandmother.  We pay for his education.

Q.    How much did you pay in the past year for his education?

A.    The prices are changing.  The first year we paid 115,000 rubles.  And this year's tuition is 160,000 rubles.

Q.    Does your grandson receive any support for his tuition from his mother?

A.    No.  She doesn't participate in his education, but she buys him clothes, shoes.

Q.    So you said the first year was 115,000 rubles.  The second year was it 116,000 rubles or 160,000 rubles?

THE INTERPRETER:  160.  Sorry.  One six zero.

Q.    Does your grandson's mother still pay for his cell phone bill?

MR. AMRHEIN:  Objection.

A.    It varies.  Sometimes she pays for his cell phone.  Sometimes I would pay. Sometimes his grandmother would pay.

Q.    In the past year, how much would you say in total that you spent caring for your



MAGNA
LEGAL SERVICES

G. Tikhoplav

grandson with tuition and other daily expenses?

A.    I don't have that number, but I can say -- I can tell you that this is a lot. Because he grows fast and he goes to the school, so I need to pay for his school books, a lot of money about his lab tests, all the supplies and stuff like that.  It's a lot.

Q.    After he completes this four-year school, does he intend to go for any further education?

MR. AMRHEIN:  Objection.

A.    He is a smart boy so I'm thinking that he would continue his education.  At least I would like him to.  I would like to see him going further in his schooling.

Q.    Are you sill receiving any type of stipend or payments from the shipping company that you can use towards your grandson's daily expenses?

A.    The shipping company we just received financial compensation from them, we signed for it, and they do not owe us anything else.  They are not giving us any support anymore.


MAGNA
LEGAL SERVICES

Page 220

G. Tikhoplav

Q.   So it was a one-time payment?

A.   Yes.  That amount was given to us as we lost the financial support of a family member.

Q.   Does your son still -- I'm sorry, your grandson still receive any support from the government because of the loss of his father?

A.   Yes.  The government pays him $9,600 rubles a month until he is 18 years old.

(Court reporter clarification.)

THE INTERPRETER:  Rubles.  Sorry it's my -- I'm just getting tired a little.

9,600 rubles.

MS. ALTERMAN:  Thank you.  So that's -- just to confirm, the government pays his grandson 9,600 rubles per month until he turns 18 years old?

A.   Yes.  Correct.  Until he is 18 years old.  And the money goes to his mother.  The money goes to his mother.

Q.   Does his mother provide him with the full 9,600 rubles per month?



G. Tikhoplav

A.    It's difficult to say.  I'm embarrassed to ask her.  She lives -- she doesn't live with us, so I don't really know how much she spends, but sometimes she buys food.  Sometimes she buys clothes and footwear for him.

Q.    Do you have any other financial expenses that you are responsible for to care for your grandson?

A.    I do not have any formal responsibilities.  I am not -- formal obligations.  However, I find it from my heart and this is my life, you know.  He is my life, and I find it absolutely necessary to support my grandson.  I will support him until I die.  Unfortunately, I'm retired right now and my income is reduced, of course, from the university.  I just -- I'm retired so I do not have many means.

Q.    Does your grandson live with you full time or part time?

A.    He lives here full time.

Q.    How does he get to school?  Does he have a car?

A.    No, he doesn't have a car.  He uses



G. Tikhoplav

public transportation.

Q.   Does he have a job in addition to going to school?

A.   Before this year he did not work. This year he had kind of an internship and he was able to earn a small amount of money, like 3,000 rubles.

Q.   Was it 3,000 rubles per month?  Per year?

A.   They had internship through his school, through his trade school.  And since they are not professionals yet, since they are just starting, they were not paid well.  So he made 3,000 rubles during the month of June.

MS. ALTERMAN:  During the month of June or July you said?

THE INTERPRETER:  June.

Q.   What was he doing for this internship?  What line of work?

A.   They have the mechanical department there and they were learning the cars.  They are learning to fix the cars, the vehicle.  They were fixing the engines.  They were fixing the brakes, things like that.



G. Tikhoplav

MS. ALTERMAN:  I would just like to take a few minutes, Chris, if we can just go off the record.

MR. AMRHEIN:  Sure thing.

Five minutes, ten minutes, Cheryl?

MS. ALTERMAN:  Five minutes.

MR. AMRHEIN:  So about 2:06 we can sign back on?

MS. ALTERMAN:  Yes, thank you.

MR. AMRHEIN:  Of course.

(Brief recess taken from 2:02 p.m. to 2:24 p.m.)

THE WITNESS:  I'm sorry for the disruption, but I live not far from the airport and there are certain diffuses. They try to cut the Internet because of the Ukrainian missiles that are coming -- that are flying towards us. So, you know, I apologize for the bad connection.

BY MS. ALTERMAN:

Q.    Sir, did you pay for the shipping costs to ship your son's belongings from New York to Russia?



Page 224

G. Tikhoplav

A.    I don't remember the details, but I remember that the district attorney paid for customs, something like that.  But a big part of it was paid by me from my pocket.

Q.    Was that cost part of the 200,000 rubles that you told us before you paid for the burial and funeral expenses or is this a separate cost?

A.    No, it's not included.  That was the postage, that was the custom dues, that was all separate.

Q.    How much does that amount to?

A.    It was around $2,000.  Everything else was covered by the district attorney. $2,000.

Q.    Is it $2,000 or 2,000 rubles?

THE INTERPRETER:  I'm sorry.  The interpreter clarified.  It's $2,000.

Q.    Did you have any other expenses relating to your son's death other than what we have already discussed?

A.    Well, I just it's hard for me to remember.  You know, I did not write down everything.  It's hard for me now just in so



Page 225

G. Tikhoplav

many -- so much time has passed.

MS. ALTERMAN:  Thank you.  Those are all the questions that I have.

And just for the record, we're going to leave the deposition open to the extent that we need to reexamine you based upon medical records or other records that we may receive in response to discovery demands that we have already served in addition to the records that you indicated that you received from the hospitals or medical office in May of this year.

THE WITNESS:  How can I send you the pictures?  How can I forward to you the pictures of my son and his colleagues who were on the same flight with him?

And also I would like to have the opportunity to send you those medical documents again, the ones that you were looking for.  How can I do it?

MS. ALTERMAN:  Please send all documents to your attorneys and then



G. Tikhoplav

they will send them to us.

THE WITNESS:  Thank you very much.

MR. AMRHEIN:  Cheryl --

(Technical difficulty.)

MS. ALTERMAN:  You're frozen.

MR. AMRHEIN:  Sorry about that.
I'm not sure how much you caught, but as
soon as we receive any of the documents
from Grigory, from our client, we
will -- anything that's in English we
can forward as soon as possible, of
course.  Anything that's in Russian, we
can try and get translated on an
expedited basis and then turned over to
you guys with both the Russian and
English copies of along with
certification for translation.

MS. ALTERMAN:  Thank you.

COURT REPORTER:  Mr. Amrhein, are
you ordering a copy of this transcript?

MR. AMRHEIN:  I'm going to.  And I
just have a few questions.  I understand
the deposition is being left open by
counsel for the Port Authority.  I'm not



                        G. Tikhoplav

going to be long at all.  It will just be maybe two minutes at the most.

                THE WITNESS:  Yes, I understand.

EXAMINATION BY MR. AMRHEIN:

        Q.    Grigory, again, I'm not going to take up too much of your time.  I know it's very late where you are.

                And I know we have on the record some of the, kind of, remnants of geopolitical conflict that are affecting you on a personal and close basis.  So I'm going to keep this very short.

                Can you just briefly describe your relationship with your son and, you know, whether that's on a day-to-day or just your general relationship with your son, please.

        A.    Well, I don't know how to describe it briefly.  It's impossible.  I can say that I gave him everything that I could and even more. He received a -- I made sure that he received an excellent education.  So he graduated from, basically, two universities, one university in Krasnodar and the famous marine academy named after general Ushakov in Novorossiysk.  As I



G. Tikhoplav

said, I just I gave him all my life.  And I just I was hoping -- I wanted him to succeed in life and to just to achieve things in life.

Q.    Thank you, Mr. Tikhoplav.

Did you have a very close relationship with your son?

A.    Yes.  Excellent relationship.

Q.    You spoke often?

A.    Well, we were very, very close and we shared the same values with my son.  I would like to clarify that.  When he -- I just want to explain.  When he graduated from high school, I was a little bit upset because I was hoping that he would continue my destiny.  I'm an architect and I just work at the university.  And I was hoping that he would enter the university and he would become an architect as well.  But, you know, he was into sports.  He loved sports.  And what could I say?

Well -- and I think that this was the only time when we did not completely agree on something.  He did not want to be an architect.  He just he was into math and he was into sports, so -- but then, like, we never



G. Tikhoplav

actually argued about anything.  We were very close.

Q.    Can you just describe to me, and I know this may be challenging, can you describe to me the impact of the loss of your son Evgeniy on your life and the life of your family?

A.    It is impossible to evaluate the loss that we endured with the death of our son. My wife basically became ill.  She is -- she had to go -- she had to be hospitalized in cardiological hospital because she just could not stand that loss.  She couldn't stand the pain.

I was thinking about her participating in this, but I just cannot do this because I'm concerned.  I'm afraid that she would have a breakdown again, that she would have to be hospitalized.  It is -- it is impossible to explain.  He was our life.

And our grandson, of course, it's a huge impact on our grandson because he is very young.  And this generation, he basically -- we missed a generation.  My young grandson does not really listen to me that well the same way as he



G. Tikhoplav

would be listening to his father.  And it's very hard for me to instill some views or, you know, just to share with him things that his father would.

I feel responsibility.  I feel responsible to my late son.  I just -- I feel that since he is not with us anymore, it is now my responsibility to raise his son and to make sure that he has a good education and he is raised as a good person and as a professional.

It's all on me now.

MR. AMRHEIN:  Thank you, Grigory.  I have no more questions.

THE WITNESS:  Thank you very much.  Thank you.

COURT REPORTER:  Mr. Amrhein, you are purchasing copy of the transcript?

MR. AMRHEIN:  Yes, please.  Electronic, a compressed.  So the mini and the full would be great.

(Time Noted:  2:42 p.m.)

o0o



A C K N O W L E D G M E N T

STATE OF NEW YORK        )
                                            ss:
COUNTY OF _____)

     I, GRIGORY TIKHOPLAV, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of July 25, 2023; that the transcript is a true and complete record of my testimony, and that the answers on the record as given by me are true and correct.

                    _____
                    GRIGORY TIKHOPLAV

Subscribed and sworn to before me

this _____ day of _____ 2023

_____
          (Notary Public)



Page 232

STATE OF NEW YORK   )
                    )         ss.
COUNTY OF NASSAU    )

         I, Ellen Rubin, a Registered Professional
Reporter and Notary Public within and for the State
of New York, do hereby certify:

         That GRIGORY TIKHOPLAV, the witness whose
examination is hereinbefore set forth, was duly sworn
by me and that the transcript of said examination is
a true record of the testimony given by the witness.

         I further certify that I am not related to
any of the parties to this action by blood or
marriage and that I am in no way interested in the
outcome of this matter.

         IN WITNESS WHEREOF, I have hereunto set my
hand this 28th day of July, 2023.

         _Ellen Rubin_____

                    ELLEN RUBIN, CSR, RPR



**A**

**able**
 149:22 151:2,7
   154:15 159:15,23
   161:10 162:5
   168:15 174:15,25
   183:4 185:14 187:4
   189:2 195:20 199:5
   207:8 215:9 222:7
**absolutely**
 221:14
**academy**
 195:10 227:24
**access**
 215:4 216:23
**accessible**
 181:11
**account**
 216:5,19,20
**achieve**
 228:4
**acknowledge**
 145:15,22
**act**
 212:22
**action**
 148:4 232:13
**active**
 188:6
**activities**
 188:3
**activity**
 188:4
**add**
 160:14 163:8 166:12
   178:2
**addition**
 161:24 162:4 168:10
   222:3 225:11
**additional**
 142:10 153:4 165:5
   166:14
**address**
 145:10 151:10
   169:13 191:12

 209:13,15
**addresses**
 150:13
**administered**
 145:23
**administrator**
 139:3 147:9
**advanced**
 174:23
**affiliate**
 158:12,16 159:2
   199:23,24
**afraid**
 229:17
**age**
 216:4,21,22
**ago**
 146:17
**agree**
 146:2,12 147:25
   148:21 149:2
   151:15 201:4,17
   228:22
**agreed**
 144:3,8,11 179:20
**ahead**
 152:8
**airport**
 177:13,15,17 178:13
   183:19 184:22
   197:4 223:16
**airports**
 183:8 187:7 209:23
**alcohol**
 177:21 178:5
**alerted**
 202:8
**Alexey**
 139:3 141:17 147:8
   147:23 163:24
   164:14
**allegations**
 148:8 149:12
**allow**
 148:17 156:20 176:6
**Alterman**

 141:12 142:6 145:13
   146:13,14,16,25
   147:16 160:16
   161:5 163:7,18
   164:19,22 165:10
   165:15,24 166:10
   167:12,22 169:20
   170:6,11,21 175:19
   175:22 176:7,24
   178:3,9 180:8
   185:24 186:2
   187:19 194:4
   197:21 198:9,20
   205:18,24 206:7,11
   206:17 210:12
   216:12 217:13
   220:16 222:16
   223:2,7,10,22 225:3
   225:24 226:6,19
**American**
 201:22 202:9
**amount**
 165:19,22 168:5
   171:9 220:3 222:7
   224:13
**Amrhein**
 141:6 142:6 147:5,20
   147:22 151:19
   152:2 158:24
   160:15,25 163:2
   164:14 168:7,12,22
   169:6 170:17
   171:14 172:12
   174:6,14 175:3,13
   176:3,10,19 177:9
   177:19,24 178:14
   179:5,10 180:5,20
   181:3,17 182:9,14
   182:18,23 184:8,15
   184:23 185:11,17
   186:11,17,24
   187:14,18,20,24
   188:5,23 189:4,12
   189:18,24 190:5,16
   191:20 192:2,7,13
   192:17,25 193:5,13

 193:22 194:6,11,21
   194:24 195:23
   196:18 197:13
   201:7,19 202:4
   203:21 204:3,11,22
   205:9 206:13,24
   207:7,15 212:13
   213:24 216:9,14
   217:10 218:20
   219:12 223:5,8,11
   226:4,7,20,22 227:5
   230:13,17,19
**answer**
 148:19,24 149:22
   156:25 159:15
   160:17,18 162:11
   165:9 166:4,8,11
   168:15 172:23
   181:6 183:4
**answered**
 215:2
**answering**
 206:16
**answers**
 145:4 163:18 199:6
   231:11
**anymore**
 219:25 230:8
**anyway**
 209:6
**Apartment**
 145:12
**apologize**
 223:20
**apply**
 171:10
**applying**
 217:5
**appreciate**
 167:10
**approximate**
 162:5 173:11
**approximately**
 161:16 173:12 177:3
   180:22,24 182:6
   184:19



**April**
142:13,20 151:24
154:13 158:3
169:24 171:4,20
173:14,25 175:12
176:9,9 177:8
182:19 184:24
185:2,2 188:2,21
189:23 193:4,21,25
194:10 195:14,18
195:22 196:17
197:5,11,25 198:12
199:17,21 202:10
**architect**
228:15,18,24
**archive**
162:21 163:4
**area**
174:23
**argued**
229:2
**army**
161:11,13
**arranged**
203:18,24 204:12,15
**arrival**
181:21 183:23
187:12
**arrive**
180:3
**arrived**
180:18 181:16,22
182:7,13 183:8,13
183:16,19,22 184:9
184:12,21 205:13
**arrives**
179:22
**arriving**
179:21
**ASHCROFT**
141:4
**aside**
146:2 153:24
**asked**
156:16 160:13,18
161:12 176:4

199:14 212:18
213:20
**asking**
148:7 156:25 203:22
203:24
**asserted**
146:5
**assign**
159:4
**assure**
162:12
**ate**
196:3
**athlete**
190:23
**athletes**
191:7
**athletic**
188:16
**attack**
200:6
**attempted**
153:17
**attend**
168:19
**attended**
142:14 170:2,13
**attention**
176:15 189:15
**attorney**
143:6 157:3 160:16
162:17,25 163:5
165:12 168:2 203:7
204:12 212:17
213:3 224:3,15
**attorneys**
141:5,10 149:9
163:23 225:25
**attorney's**
200:11,19,24 201:5
201:23,24 202:10
202:25 203:6,14
209:12 212:8,11,16
212:23 213:12
**Authority**
139:7,8,9 141:10

148:5 226:25
**autopsy**
167:13 200:14,25
204:18 208:3,6
212:8,12,20 214:8
214:15,19
**awarded**
215:25
**aware**
197:12
**a.m**
139:14 175:24,24
181:22 182:6
**a/k/a**
139:8,9

---
**B**
---

**back**
152:19 168:24
173:15 188:17,17
189:7 198:7 216:10
223:9
**bad**
223:20
**based**
172:24 182:3 183:4
225:8
**basically**
183:2 227:23 229:10
229:23
**basis**
188:4 194:13 195:17
226:15 227:12
**Bathroom**
175:20
**beaten**
189:8
**bedridden**
192:21
**beginning**
152:4 170:14
**belongings**
214:11 223:24
**bench**
189:3
**better**

196:20
**big**
224:4
**bile**
163:15
**bill**
218:19
**bit**
217:22 228:14
**black**
189:20
**Blagoeva**
145:12
**blood**
193:24 194:2,3,7,9
194:16,18 232:13
**blues**
189:21
**board**
158:3 172:4,11
174:24 175:11
178:21
**boarding**
179:13,19
**body**
196:15 197:3,11
202:11,21 205:14
213:18 215:5,8
**bodybuilding**
188:25
**bone**
205:3
**book**
154:9,11 161:16
**books**
155:7 219:6
**born**
188:7
**Boston**
141:5
**box**
190:25
**boxed**
189:23 192:12
**boxer**
190:23



**boxing**
188:15 189:6,11,16
190:4,12,14,17,18
191:6,10,19,25
192:6,9
**boy**
188:8 193:9 219:13
**boys**
185:20
**brakes**
222:25
**break**
148:22,25 175:18,20
181:24 191:18
205:16,19 208:17
209:18
**breakdown**
229:18
**breakfast**
185:20
**Brief**
175:23 185:23
223:12
**briefly**
227:14,19
**broke**
191:23
**bruises**
189:13,20 197:2,6,9
**BUGIADA**
139:9
**burial**
215:13,17,23 224:8
**buried**
202:14
**bury**
215:9
**buys**
218:12 221:5,6

**C**

**C**
141:2 231:2
**call**
152:19 155:24
157:12 199:22

202:9 206:20
**called**
152:9 198:22 199:12
199:14 206:25
215:11
**calls**
170:24 199:2 209:20
**calterman@panyn...**
141:12
**camrhein@ashcro...**
141:6
**captain**
172:7 175:4,8,11
176:8,12
**car**
217:15,20 221:24,25
**cardiological**
229:12
**care**
192:22 216:7 221:8
**caring**
218:25
**carry**
174:18
**cars**
222:22,23
**case**
139:6 200:7
**caught**
226:8
**cause**
200:9 201:6,18,21
**cell**
218:19,22
**certain**
171:9 223:16
**certificate**
176:21
**certification**
144:5 226:18
**certified**
140:6 203:15,16
**certify**
231:8 232:7,12
**challenging**
229:5

**chance**
198:24
**changing**
218:6
**charger**
185:22
**checked**
178:16 210:25
**checking**
142:21 198:18
**Cheryl**
141:12 146:16 147:5
164:14 176:6
206:14 217:10
223:6 226:4
**Cheryl's**
176:5
**child**
188:11 191:22 195:7
**cholesterol**
166:24
**Chris**
205:24 223:3
**CHRISTOPHER**
141:6
**chronol**
208:18
**chronological**
161:8 164:5 167:9
**circumstances**
149:7
**city**
145:12
**Civ**
139:6
**clarification**
147:21 160:12 185:4
205:12 220:11
**clarified**
224:19
**clarify**
161:3 200:18 201:8,9
228:12
**clavicle**
191:23
**client**

226:10
**clinic**
149:20 193:14
210:15
**close**
227:12 228:6,10
229:3
**closed**
202:12,14
**clothes**
214:11 218:12 221:6
**club**
190:15
**coaches**
191:15
**coffin**
202:12,12,13,15,19
202:23 203:2
205:13
**coins**
186:13
**colleague**
146:22 148:3
**colleagues**
225:18
**college**
190:24 195:9
**Columbia**
199:12,24 215:22
**come**
168:24 173:15
188:17 189:7 198:7
216:22
**comes**
216:21
**coming**
167:17 223:19
**command**
174:8
**comment**
166:7
**common**
159:18
**communicate**
174:15 213:11
**communicated**



211:24
**companies**
164:10
**company**
149:18,25 150:3,9,13
154:3 158:7,10,12
158:16,19 164:9
176:23 177:10,10
199:13 215:22
219:18,21
**comparing**
201:25
**compassionate**
181:8
**compensation**
219:22
**complaints**
177:16
**complete**
148:20 170:9 231:10
**completed**
159:8 163:19 205:8
**completely**
149:4 174:7,16
228:22
**completes**
219:9
**complexity**
173:6
**complicated**
213:7
**compressed**
230:20
**computer**
163:3 214:11
**concerned**
175:9 229:17
**concussion**
192:5
**condition**
166:23 202:13
**conditions**
170:15 173:19
**condolences**
154:19
**conducted**

200:21
**confirm**
220:17
**confirmed**
200:11
**conflict**
227:11
**conformity**
156:6
**confused**
196:9
**congratulated**
156:15
**connection**
193:11 223:21
**consciousness**
156:22 207:2,3
**consisted**
143:5 162:23
**consulted**
163:15
**consume**
177:21
**contact**
153:4,7
**contacted**
212:18
**contacting**
213:2
**contain**
160:23
**contained**
162:2
**continue**
146:20 167:20 209:3
219:14 228:15
**CONTINUED**
140:3
**contract**
176:22
**conversation**
146:3 154:15 155:10
155:22 156:9,12
157:20 174:18
183:11 207:17
208:20

**conversations**
146:7 149:8 157:10
157:15 212:11
**convey**
165:14 166:5
**conveying**
157:5
**copies**
143:5 160:5 162:6,7
162:8,16,19,24
165:6,6 226:17
**copy**
142:12 163:4 165:2
169:21 180:9
197:22 203:6,11
210:13 226:21
230:18
**correct**
161:4,5 168:6,11
170:11 195:14
200:3 201:2 213:23
220:21 231:12
**correctly**
199:17
**cost**
215:15 224:6,9
**costs**
223:24
**counsel**
144:4 165:21 226:25
**counselor**
146:24 147:4 154:23
161:2 170:20
**Counselors**
175:17
**counted**
160:9 162:11
**countries**
159:3,6
**country**
150:21,23 204:14
**COUNTY**
231:5 232:3
**couple**
181:19 183:3
**course**

172:5 201:20 217:20
221:17 223:11
226:13 229:21
**courses**
168:20
**court**
139:2 144:14 145:6,9
145:15,17 148:13
153:16 220:11
226:20 230:17
**covered**
189:20 224:15
**created**
162:20 208:18,19
**crew**
150:16,16 153:18,24
158:2 159:3,4
168:23 172:6 175:9
186:18
**Crosstalk**
152:7 160:11 205:11
**CSR**
232:21
**currently**
145:20
**custom**
224:11
**customs**
224:4
**cut**
223:17
**Cyprus**
158:11

---
**D**
---

**D**
142:2 231:2
**daily**
195:17 196:23 219:2
219:19
**data**
169:8
**date**
149:10,11 164:6
182:16 198:8 199:9
**dated**



**day**
142:19 152:16
184:21 196:13
197:7,18,24 198:3
199:21 231:20
232:17
**days**
169:8 181:5
**day-to-day**
227:16
**death**
142:14 170:3,7
192:20 200:9 201:6
201:18,21 224:21
229:9
**Deceased**
139:4
**deceased's**
147:9
**deciding**
217:5
**declare**
145:24
**Defendant**
141:10
**defendants**
139:12 148:4,10
**delivered**
202:24
**demand**
165:3,11 166:6
167:22 169:20
176:25 180:12
197:22 198:21
**demanded**
180:11
**demands**
225:10
**depart**
181:2 187:8,13
**departed**
183:22
**departing**
179:21 182:22
**department**

139:8,9 141:10
222:21
**depended**
173:4
**deponent**
146:3
**deposition**
140:3 144:6,12
145:14,16,18,21
146:9,10,19,20
149:11,16 161:15
163:25 177:2 182:3
217:8 225:6 226:24
231:9
**describe**
195:20 205:6 227:14
227:18 229:4,5
**describing**
204:25
**description**
142:9 143:4 176:20
**destiny**
228:15
**detail**
152:11 201:10 202:7
**detailed**
166:19 171:16
**details**
152:25 154:17
156:21 168:13
171:22 173:3 181:8
187:5 224:2
**determine**
201:6,17,21
**determining**
146:4
**die**
221:15
**died**
155:5 192:19,19,20
**diet**
195:21,24 196:2
**differed**
200:14,24
**different**
159:6 164:7,13

204:14
**difficult**
221:2
**difficulty**
216:8 226:5
**diffuses**
223:16
**digital**
160:4 162:7
**dinner**
185:19 196:7
**directly**
157:6,7
**director**
150:18 158:25
**dirtiest**
172:15
**disclose**
150:18 153:14
**discovery**
164:25 225:10
**discrepancies**
202:2,3 204:20,25
214:22
**discuss**
201:10 202:6
**discussed**
152:11 164:17
215:11 224:22
**discussing**
182:25
**Discussion**
206:3
**disruption**
223:15
**distant**
211:22
**district**
139:2,2 200:10,19,23
201:5,23,24 202:10
202:24 203:6,14
204:12 209:12
212:7,11,16,17,23
213:2,12 224:3,15
**doctor**
163:16 189:15

195:12 206:21
207:19,23 208:2,5,6
208:8 209:7 210:19
210:20,21,25
**doctors**
149:21 159:15 195:6
195:9,11
**doctor's**
210:24
**document**
142:15 157:19
161:21 176:16
203:9 208:12
209:24
**documents**
142:8,10 143:6 155:6
161:17,23,25 162:8
162:13,16,20,24
163:16 164:2,4,6,13
164:23 167:16
201:22 204:14
209:17 210:9,11,13
211:2,8,11,15
225:22,25 226:9
**doing**
180:2 189:6 190:8
196:8 222:19
**domineering**
175:5
**drive**
177:13,14,17
**drove**
197:4
**drugs**
177:22 178:4
**ducts**
163:15
**due**
155:24,25 173:2,18
216:2
**dues**
224:11
**duly**
145:3 232:9
**DURAN**
139:11


MAGNA
LEGAL SERVICES

## E

**E**
141:2,2 142:2 143:3
145:2 231:2,2
**early**
161:13 190:9
**earn**
173:2,13,19 222:7
**earned**
172:25 173:9,16
**easier**
180:9 199:4
**easily**
181:11
**eat**
185:14 196:14
205:16
**eating**
195:25,25 196:5
**education**
217:7 218:3,5,12
219:11,14 227:22
230:10
**effect**
144:13
**effort**
182:2
**Eighteen**
217:3
**either**
160:23 165:5
**electrician**
151:3,4,6,21
**electronic**
143:5,6 162:23,24
165:6 230:20
**eligible**
174:10
**Ellen**
140:6 232:5,21
**embarrassed**
221:3
**endured**
229:9
**engaging**

188:3
**engineer**
171:4
**engineers**
171:24
**engines**
222:24
**English**
145:4,5 148:18 174:8
174:9,9,11,12,16
175:2,7 203:10
204:2,9 211:9,12,16
213:3,13,14,16,22
226:11,17
**enter**
228:17
**epilepsy**
192:16,19 193:12
**escrow**
216:5,19
**Esq**
139:3 141:6,12,13,17
**estate**
139:4 147:9,24
**estimate**
147:14
**Euromed**
210:15,17,18
**European**
210:18
**evaluate**
229:8
**evaluation**
171:13,16 176:21
**Evgeniy**
139:4 229:6
**Evgeniy's**
147:24
**exact**
152:16 171:6 181:4
189:25 198:8 199:6
**exactly**
163:5 169:7 207:9
**examination**
142:5 146:14 166:15
166:21 167:3

170:19 201:12,16
202:20 205:8
209:10,25 215:2
227:5 232:9,10
**examined**
168:23 208:24 209:8
210:20,23
**examiner**
214:14,24
**example**
172:9
**excellent**
227:22 228:8
**exchange**
181:15 185:8
**exchanged**
142:17 180:10,13
**exchanges**
184:5
**executive**
158:25 199:23
**expedite**
212:7,19,20
**expedited**
226:15
**expediting**
214:8
**expenses**
215:13,19,21,24
219:2,20 221:8
224:8,20
**expert**
204:23
**explain**
179:7 228:13 229:20
**expressed**
154:19
**extensive**
166:22
**extent**
164:22 225:7
**extremely**
184:10
**eyes**
156:7
**e-mail**

141:6,12 151:13,14
162:18 210:11
211:24 214:4
**e-mailed**
162:21

## F

**face**
189:13 197:3
**facilities**
142:14 170:2 190:18
**facility**
169:10,13 190:15,17
191:10
**fact**
155:25 159:11 202:8
216:2
**fair**
213:21
**falls**
171:24
**family**
192:15,18,24 220:4
229:7
**famous**
227:24
**far**
223:15
**fast**
219:5
**faster**
212:9 215:7
**father**
192:19 220:8 230:2,4
**fatigued**
165:18,25 166:2
168:6,11,16 184:10
**feel**
230:6,6,7
**feeling**
184:6
**fell**
191:22
**felt**
202:16
**fight**


MAGNA
LEGAL SERVICES

207:10
**file**
143:5 162:23 163:6
**filed**
148:9
**filing**
144:5
**financial**
216:3 219:22 220:4
221:7
**find**
155:19 181:12 183:3
191:12,13 202:3
204:4 207:9 212:3
221:12,14
**finding**
214:9
**findings**
201:25 204:18
214:15,20
**finish**
160:17 176:6
**finished**
214:20 215:10
217:22
**FIRM**
141:4
**first**
145:3 146:18 151:8
151:20 154:20,25
155:8 156:24
161:15 162:8
166:10 182:16
188:9 199:11,11
212:4 218:6,13
**fitness-for-duty**
171:12
**five**
150:19 175:21 223:6
223:7
**fix**
222:23
**fixing**
222:24,24
**flight**
152:5,12 153:9,11,19

158:3 177:12,22
178:12,15,21
180:23,24,25
182:17,21,21
184:11 186:22
187:2,3,12 225:18
**flights**
142:17,21 177:7
180:14 184:7 186:5
186:10 187:8
198:15 209:22
**floor**
139:21 141:4,11
**fluent**
174:7,16
**flying**
150:14,20 152:11,13
198:19 223:19
**focus**
162:7
**folder**
161:20 162:2
**followed**
213:4,17
**following**
156:2
**follows**
145:5
**food**
221:5
**footwear**
221:6
**force**
144:13
**forensic**
201:12 202:20 205:8
214:24
**forgot**
213:15
**form**
144:9 160:4
**formal**
221:10,11
**forth**
232:9
**forward**

151:12 198:14
225:16 226:12
**forwarded**
151:4,10 201:14
**found**
155:8 160:5 162:13
202:2 207:16 208:2
209:24 210:2
214:22
**four**
217:21
**fourteen**
192:21
**fourth**
142:16 171:3,13,20
171:23 172:3,10,14
172:14,17 174:4,13
176:17
**four-year**
219:9
**fracture**
205:3
**fractures**
205:3
**frequent**
188:4
**friend**
197:7
**friends**
142:19 191:6 196:2
197:17,24 198:6
**front**
210:7
**froze**
187:18
**frozen**
187:19,20 216:10
226:6
**full**
196:7 206:15 220:25
221:21,22 230:21
**fully**
148:18 176:5
**fun**
190:12 192:9
**funeral**

215:18,20,23 224:8
**further**
144:8,11 145:21
157:9 219:10,16
232:12
**furthered**
217:7

---

**G**

G
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:2
**gained**
196:19
**gather**
212:5
**gathering**
197:17
**general**



227:17,25
**General's**
203:7
**generation**
229:23,24
**genes**
194:15
**genetically**
194:14,14
**geopolitical**
227:10
**Georgia**
150:24 158:22
**Germany**
179:23,25 181:2
**gestures**
148:14
**getting**
220:13
**GI**
163:16 166:25
210:19,21,25,25
**give**
154:3,6 158:19
162:10 168:13
173:10 175:25
179:6 183:2 198:24
199:6 206:9 215:23
**given**
207:6,13 220:3
231:11 232:11
**giving**
219:24
**go**
150:2,5 152:8 159:21
166:13 167:2,6
181:25 182:3
189:15 190:3,3,10
190:11,22,25 195:4
196:9 206:2 219:10
223:4 229:11
**goes**
168:24 191:5 194:16
197:8 217:23 219:5
220:22,23
**going**

146:19 148:7,11
177:22 190:24
208:23 217:6
219:16 222:4 225:6
226:22 227:2,6,12
**good**
146:15 147:20
164:20,21 191:3
230:10,11
**government**
220:8,9,18
**graduated**
195:8 227:22 228:13
**graduating**
190:21
**grandmother**
218:2,23
**grandson**
215:25 216:16 217:2
217:12 218:9 219:2
220:7,18 221:9,15
221:20 229:21,22
229:24
**grandson's**
218:18 219:19
**gray**
181:8
**great**
188:14 230:21
**green**
161:15 162:2
**Greenwich**
141:11
**Gregory**
160:15 176:3 206:13
**Grigory**
139:4 140:4 142:4
145:8 226:10 227:6
230:13 231:8,15
232:8
**Grishin**
210:21
**group**
191:14
**groups**
188:18

**grows**
219:5
**guess**
150:16
**guessing**
183:2,6
**guy**
150:23
**guys**
150:14,19,25 185:20
198:19 216:9
226:16
**gymnastics**
188:24
**G-R-I-S-H-I-N**
210:22

———————————
**H**
**habitual**
168:17
**hair**
181:9
**half**
179:11
**hand**
148:14 232:17
**handwriting**
157:20
**happened**
152:12 154:18 155:6
157:8 199:16,17
212:6
**happening**
156:22 187:5
**hard**
143:5 160:5 162:6,7
162:8,16,19,23
165:6 167:10
224:23,25 230:3
**head**
148:14 189:10
**headgear**
192:12
**headquarters**
149:17,24 150:2
153:3 158:6 200:5

**healthier**
188:9
**healthy**
193:9
**hear**
153:13 154:16,23
165:21 186:7,12
187:22 216:12
**hearing**
147:12 193:6
**heart**
200:6 221:12
**held**
140:5 206:3
**hello**
164:21
**help**
203:4 212:5,25 213:9
214:3,7
**helped**
214:13
**hereinbefore**
232:9
**hereto**
144:5
**hereunto**
232:16
**high**
190:21 194:3 228:13
**hold**
166:4 206:11
**home**
161:18 165:16
185:19 188:17
189:7 195:25
**hoping**
228:3,14,17
**hospital**
149:19 159:14
208:24,25 229:12
**hospitalized**
229:11,19
**hospitals**
225:13
**hot**
196:6



hour
179:12
hours
180:24 184:13,20
185:15
house
177:14
HR
153:14 158:18
huge
229:22
human
150:17

**I**

identified
170:15
ill
229:10
impact
229:6,22
important
201:9
impossible
227:19 229:8,20
include
215:18
included
224:10
including
215:16
income
221:17
indicate
142:15 167:16
169:15 176:17
207:13
indicated
225:12
individually
148:6
info
170:25
information
142:8 150:8,11,19
151:12 153:4,8,14

154:4,7 156:17,18
157:2,5 158:20
159:14,22 161:17
162:15 165:14
166:6,20,22 167:4
169:18 170:9,23
171:6 172:19 176:2
178:6 193:16 195:2
199:15 200:3,4
206:10 212:5 215:4
informed
155:5
injected
207:9
injection
207:3,5,13 208:4
injuries
189:10,16 197:10
204:24,25 205:2,5
INSERT
163:11
insisted
191:4
instill
230:3
instructed
209:19
intend
219:10
intends
147:10
interactions
176:14
interested
154:16 232:14
internal
166:23
Internet
223:17
internship
222:6,11,20
interpreted
145:3
interpreter
141:18 146:23 147:2
147:3 148:17

154:22 155:3
157:11 158:14
160:13 161:2,6
165:20 166:2
167:21 170:4,18
175:17,20 179:15
185:21,25 186:6,12
186:16 194:2,5
203:16 204:5
205:15 207:21
211:5 218:16
220:12 222:18
224:18,19
introduced
206:21
investigation
156:2,3,5 166:17,19
200:21 201:24
215:11
Irina
141:18
issue
147:17
issues
149:14

**J**

Jamaica
152:23 153:19 187:4
187:13 199:13
jealous
188:12
Jersey
139:7,8 141:10 148:5
JFK
142:18 153:19
180:15 182:22
183:19,23 184:9,12
184:16,22 185:7
186:10,25 187:3,12
job
142:15 171:13
172:15 176:17,20
222:3
jog
190:9

join
147:10,13
joined
163:24 164:15
joins
147:18
JONATHAN
139:10,11
JOSEPH
139:10
judging
204:24
July
139:14 222:17
231:10 232:17
jump
147:6
June
205:14 222:15,17,18

**K**

K
145:2 231:2
keep
168:25 179:20 182:2
190:8 204:20
209:11 227:12
Kenna
209:11
kilos
177:5
kind
191:16 197:8 222:6
227:10
Kingston
187:3,12
Kinna
209:11
knew
151:22 157:22
190:11 213:15
knock
192:10
knocked
191:24
know



LEGAL SERVICES

148:23 150:22
152:3 155:14 159:7
159:10 160:8 161:7
162:6,12,14,22
164:16 167:5 169:7
170:14,25 171:6,7
171:22,23 173:3,12
174:2 175:10 176:8
180:10,18 181:8
183:5 184:25,25
185:14 186:3,8,21
187:6,15 189:2
190:12,20 191:8,9
191:13 192:3,23
193:7,8,8,14,19
194:12,13,22 195:2
196:9 197:14 198:8
202:5 203:18
207:19,23,25 208:3
211:2,7 212:3,10
213:8 221:4,13
223:20 224:24
227:7,9,15,18
228:19 229:5 230:3
**knowledge**
193:11
**knowledgeable**
174:21
**Kotlyar**
211:19
**Krasnodar**
142:18 145:11
158:13 177:11,13
177:18,23 178:12
178:21 180:15,23
182:17 184:16,24
185:5 186:10 197:4
200:13,19,23 201:5
201:25 202:24
203:5,11 210:20
214:16,25 227:24
**Krasnodar's**
204:19
**Kuznetsov**
141:18
**K-O-T-L-Y-A-R**

211:21

———————————
**L**
———————————
**L**
231:2
**lab**
149:20 209:25 219:7
**laboratory**
171:17
**laceration**
205:4
**lacerations**
205:3
**Lagoda**
139:4 142:14 170:2
**Lagoda's**
142:12
**language**
174:3,9,17 175:5,6
**languages**
203:15
**large**
143:5 162:22 163:6
**lasted**
156:9
**late**
227:8 230:7
**LAW**
141:4,10
**lawsuit**
148:9 149:12
**lawyer**
151:11 155:18
156:17,19 157:5,7
159:24 160:8
161:22 162:13,21
172:22 210:10
**lawyers**
150:11 151:5,5
161:25
**lawyer's**
149:15
**layover**
182:8 184:17
**learn**
206:18

**learned**
153:23 199:9
**learning**
217:15 222:22,23
**leave**
163:7 175:12 177:12
225:6
**leaving**
187:17,25 189:23
194:10
**left**
142:19 152:23
179:11,17 184:24
185:5 187:7 195:8
195:14 196:16
197:18,25 198:11
217:23 226:24
**Legal**
139:21
**length**
173:4,5
**Leonid**
211:19 212:10,22
213:22,25 214:2
**letter**
212:17
**let's**
162:7
**level**
166:24 190:7
**levels**
172:8
**lieu**
145:22
**life**
221:13,13 228:2,3,4
229:7,7,20
**lifting**
188:25
**limit**
160:19
**line**
222:20
**list**
208:19 209:20
**listen**

176:5 229:25
**listening**
230:2
**little**
217:22 220:14
228:14
**live**
211:25 221:4,20
223:15
**lived**
195:13
**liver**
163:14
**lives**
176:13 211:23
217:18 221:3,22
**living**
217:17
**located**
158:12,17 199:24
**log**
208:14,14,16 209:18
**long**
155:10 156:8 169:3
177:12 178:11
179:24,24 180:22
182:7,20 187:11
205:20,23,24
217:19 227:2
**look**
155:6,7 163:3 167:10
169:12,17,18
172:22 180:21
182:10 187:15
209:17
**looking**
208:12 211:3 225:23
**looks**
155:15
**loses**
168:9
**losing**
168:10
**loss**
220:8 229:6,9,13
**lost**



156:22 165:18,22
168:5 207:2,3,21
216:2,3 220:4
**lot**
159:22 166:20 167:4
191:6 213:15 219:4
219:6,8
**lots**
159:22
**loved**
228:19
**low**
193:24 194:2,4
**lower**
172:7
**lowest**
172:15
**luggage**
142:21 178:16
198:18
**L-E-O-N-I-D**
211:20

**M**

**M**
231:2
**Magna**
139:21
**main**
158:10 200:5
**Malysa**
141:13 148:3 187:22
**man**
189:20
**manuals**
174:21
**March**
142:10,10,22 160:24
160:24 161:3,4
163:17,17,22,22
164:23,23 167:18
167:25 190:2 210:2
210:3,4,4,7 211:3,8
211:15
**marine**
195:10 227:24

**marriage**
232:14
**Massachusetts**
141:5
**math**
191:5 228:24
**mathematics**
191:2,3,4
**Matt**
147:7
**matter**
145:25 161:8 205:22
232:15
**Matthew**
141:13 148:3
**meals**
196:7,20
**mean**
158:8 184:16 217:12
**means**
151:13 221:19
**mechanic**
142:16 171:3,13,20
171:23 172:3,10,10
172:13,14,14,17
173:23 174:5,13
176:18 217:16,20
**mechanical**
222:21
**mechanics**
172:4 191:2
**Med**
210:18
**medical**
142:10,10 159:18,22
159:23,25 160:3,22
161:9,9,12 165:5
170:15 176:21
189:14 207:12
225:8,13,21
**medication**
193:11 194:10,19,23
194:25
**medications**
194:13
**meet**

155:12
**meeting**
147:18 149:23,25
198:5
**member**
220:5
**members**
153:18,24 158:2
159:3,5 175:9
**membership**
191:14
**mentioned**
147:7
**message**
179:12,18 183:23
185:12
**messages**
142:17 178:7,10,19
179:2,4 180:7,10,13
181:6,6,10,20,25
183:3,11,12,15,18
183:21,25 199:2,8
209:20,21
**messaging**
146:6
**met**
152:5,10 155:14
197:7 208:2
**MEZZACAPPA**
139:10
**MICHAEL**
139:9
**Milevsky**
208:8
**military**
161:11
**million**
216:2,15
**mini**
230:20
**minute**
206:12
**minutes**
155:11 156:10
168:14 175:21
177:15 178:16

179:6 181:18,19
183:3 223:3,6,6,7
227:3
**misheard**
170:20
**missed**
229:24
**missiles**
223:18
**mistaken**
152:17
**mixed**
196:13
**moment**
182:4
**money**
191:14 215:23 216:4
216:6,17,19,23
219:7 220:22,23
222:7
**month**
205:10 220:10,19,25
222:9,15,16
**months**
173:16,17 205:7
**morning**
146:15 164:20,21
190:10 196:5
**Moscow**
177:12,13,23 178:12
178:21 179:22,24
180:3,19,23 181:2
181:16,21 182:7,8
182:17 183:13
184:18 186:19,20
186:22,25
**mother**
191:4 216:18 218:10
218:18 220:22,23
220:24
**moving**
182:3
**Munich**
180:25 182:8,13,21
183:16 184:18
186:23



**Murder**
 200:10

**N**

**N**
 141:2 142:2 143:3
  145:2,2 231:2,2
**name**
 145:7 146:16 151:6,8
  151:8 169:10
  190:14,20 191:10
  204:5,7 207:19,23
  207:25 208:2,3
  210:21 211:20
**named**
 147:22 148:6 227:24
**names**
 153:23 174:2 208:10
  208:19
**NASSAU**
 232:3
**near**
 186:22
**necessary**
 157:18 169:18
  172:22 176:22
  214:10 221:14
**necessity**
 157:17
**need**
 148:22 175:18
  189:14 205:16,23
  213:19 214:12
  219:6 225:7
**needed**
 214:3
**neither**
 216:18
**never**
 155:14 157:8 160:9
  162:11 191:21
  207:8,8 228:25
**new**
 139:2,7,7,8,8,22,22
  140:7 141:10,10,11
  141:11 148:5,5

 166:16,17 167:14
 167:17 171:15
 183:20 185:2
 200:11,15,25 202:9
 203:7,14,22,23,25
 206:20 209:2,15
 212:24 213:12
 223:24 231:4 232:2
 232:7
**night**
 179:14,15,16,17
  196:11,12
**nods**
 148:14
**non-substantive**
 147:6
**noon**
 199:18
**normal**
 204:13
**notary**
 140:7 144:12 231:24
  232:6
**note**
 147:18 164:16,18
**Noted**
 230:22
**Notice**
 140:5
**notified**
 199:10,19
**notify**
 198:23
**November**
 216:24,25
**Novorossiysk**
 149:17 158:17 159:2
  168:25 198:6
  199:24 200:18
  210:16 227:25
**NRB**
 139:6
**number**
 151:3,7,17 153:6
  154:8,9,11 155:8
  159:12 173:10,11

 209:14 219:3
**numbers**
 150:14 151:11
  153:15,22,22

**O**

**O**
 145:2 231:2
**oath**
 145:22 231:9
**Objection**
 151:19 152:2 158:24
  160:25 163:2 168:7
  168:12,22 169:6
  170:17 171:14
  172:12 174:6,14
  175:3,13 176:10,19
  177:9,19,24 178:14
  179:5,10 180:5,20
  181:3,17 182:9,14
  182:18,23 184:8,15
  184:23 185:11,17
  186:11,17,24
  187:14 188:5,23
  189:4,12,18,24
  190:5,16 191:20
  192:2,7,13,17,25
  193:5,13,22 194:6
  194:11,21,24
  195:23 196:18
  197:13 201:7,19
  202:4 203:21 204:3
  204:11,22 205:9
  206:24 207:7,15
  212:13 213:24
  218:20 219:12
**objections**
 144:9
**obligations**
 221:12
**observe**
 147:10
**obtain**
 150:12 151:2,7 153:5
  158:22 159:17,24
  160:2 161:10 162:9

 166:20 171:12
  176:22
**obtained**
 142:11 154:7,8
  160:23 161:24
  165:7
**obtaining**
 212:12
**obtains**
 171:9
**occur**
 146:7
**October**
 142:12 159:9 165:17
  168:4,21 169:5,22
  188:21
**Odessa**
 150:21 158:21
  175:15
**office**
 149:15 158:8,10
  161:11 166:18
  200:11,13,19 201:5
  201:23,24 202:10
  202:25 203:6,12,14
  204:19 209:13
  212:12,16,18,24
  213:12 214:17
  225:14
**OFFICER**
 139:9,9,10,10,11
**officers**
 148:6
**offices**
 200:24
**Oh**
 166:2 185:25
**okay**
 146:12 147:15,25
  148:21 160:21
  163:12 175:21
  180:16,17 182:4,5,5
  182:12 186:2
  187:23 209:16
  211:5 216:12
**old**


MAGNA
LEGAL SERVICES

216:25 220:10,20 220:22
**once**
147:18 163:9 178:12 180:12 202:21
**ones**
225:22
**one-time**
220:2
**open**
225:6 226:24
**opened**
202:14,20 203:2
**opportunity**
163:9 201:11 225:21
**option**
190:22,25
**order**
150:13 159:15 167:9 171:12 209:18
**ordering**
226:21
**organization**
200:20
**organs**
166:23
**originally**
175:15
**outcome**
232:15
**outset**
164:17
**outside**
146:7
**owe**
219:23
**o'clock**
147:13 196:5
**o0o**
142:7 143:2 230:23

---

**P**

**P**
141:2,2
**PAGE**
142:3,9

**pages**
159:25 160:3,8 161:16
**PAGE/LINE**
143:4
**paid**
177:7 215:13 218:7 222:14 224:3,5,7
**pain**
177:17 229:14
**pancreas**
163:15
**Panushkin**
199:22
**PAPD**
139:9,9,9,10,10,10
**paper**
162:20 208:22
**paperwork**
155:25 209:9 211:11
**PAPIA**
139:10
**parent**
216:3
**part**
174:20 197:3,11 221:21 224:4,6
**participate**
188:20 218:11
**participating**
145:14 229:16
**particular**
173:13 195:24 196:2
**parties**
144:4 145:13,21 146:2,8,11 232:13
**passed**
199:10,19 209:8 225:2
**passengers**
158:20
**passing**
152:22 198:23 199:4
**PAUL**
139:10
**pause**

185:23
**pay**
173:4 176:15 191:14 191:14 217:24 218:2,4,19,22,23 219:6 223:23
**payment**
220:2
**payments**
172:20,21 219:18
**pays**
217:25 218:21 220:9 220:18
**penalty**
145:25
**pending**
148:23
**pentathlon**
188:14
**people**
150:20 153:8 159:5 188:18 190:11 191:17 199:3 208:11
**perfect**
175:15
**performed**
200:13 202:21 208:3 208:5 210:3,14 214:19
**performs**
172:15
**period**
142:14,17 169:16 170:3,5,16 178:20 179:9 180:14 185:10 187:8
**perjury**
145:25
**permitted**
146:11
**person**
145:23 155:13 158:18 172:5,6 199:11 208:4 230:11

**personal**
160:6 227:11
**Petersburg**
151:10
**petition**
203:3
**phone**
147:8 151:3,7,11,17 153:15,22 154:8,8,9 154:10,11 155:7,13 155:15 157:12 159:11 170:24 178:19,23 181:13 199:2 202:8 207:16 207:18,20,24 218:19,22
**photographs**
142:19 197:16,22 198:10
**photos**
198:13,14
**physical**
164:11 168:24 171:11,16,19 188:4
**physically**
145:16
**physicals**
159:19 164:11 193:16,17
**physician**
195:5
**pictures**
142:21 198:16,17,18 225:16,17
**piece**
208:22
**pills**
195:17
**place**
165:3 190:3
**plaintiff**
140:4 145:19 147:23
**Plaintiffs**
139:5 141:5
**plane**
153:12,24 154:18

MAGNA
LEGAL SERVICES

156:23 198:17 207:14

**planes**
198:16

**planning**
147:12

**platform**
184:2

**please**
145:6,9 148:23 154:24 160:15,19 175:18,21 176:3 206:12,13,15 225:24 227:17 230:19

**pocket**
224:5

**point**
162:14 184:4,14 186:3,8,14

**points**
171:8,9

**police**
139:8,9 148:6 207:10 208:25

**Port**
139:7,8,8 141:10 148:5 226:25

**portion**
146:18

**position**
171:3,10,15 173:5 174:4,10,12,24 189:19

**possession**
151:16 153:6 161:17 167:24 197:23

**possible**
156:16 159:11 160:14 162:15 164:3 226:12

**postage**
224:11

**posted**
179:21

**postmortem**

166:15 167:3

**practically**
185:13

**practice**
159:4,19 210:24,24

**prepare**
149:16 197:19,20 198:25 209:18

**prepared**
167:14 200:15,25 201:13 204:18 208:16 209:19 214:16

**presence**
147:19

**present**
141:16 145:16 193:7

**press**
189:3

**pressure**
193:25 194:3,3,7,9 194:16,18

**preventing**
149:3

**previous**
166:6 167:6

**previously**
151:22 180:11 200:23

**prices**
218:6

**prior**
142:13,13,14 151:17 151:24 167:17 169:24,25 170:3,6 177:22 187:17,25 189:23 193:21,25 194:10

**private**
146:3 210:20,21,23 210:24

**privilege**
146:5

**probably**
154:9 209:14

**problems**

191:21 194:15

**procedure**
204:13

**produced**
163:22 164:24

**productive**
182:25

**professional**
190:7,23,23 191:7 192:8 230:11 232:5

**professionals**
222:13

**prosecutors**
204:19

**prosecutor's**
200:13 203:12 214:16

**protective**
192:11

**provide**
161:9,12 162:15 203:5 220:24

**provided**
160:4 164:2,6 167:8 201:22 203:11

**public**
140:7 144:13 222:2 231:24 232:6

**pull**
181:14,24

**purchasing**
230:18

**purpose**
146:4

**pursuant**
140:5

**put**
188:8 209:6

**P-A-N-U-S-H-K-I-N**
199:22

**p.m**
206:5,6 223:12,13 230:22

—————————
Q
—————————

**Queens**

208:25

**question**
144:9 148:18,19,24 148:25 156:25 157:23 160:16,17 160:18 163:19,20 165:11,22 166:5,8 166:11 167:12,14 168:15 172:2,23 176:4,5 186:7 187:21,25 191:9 199:8 200:22 204:7 206:14,16 211:6,7 216:11

**questions**
145:3 148:8,12 149:13,14,22 159:15 181:7 182:25 183:5 214:25 225:4 226:23 230:14

**quickly**
188:19,19

**quite**
174:23

—————————
R
—————————

**R**
141:2 143:3 145:2

**raise**
230:9

**raised**
230:11

**ranking**
171:24

**reach**
152:20 153:17

**reached**
212:6 214:2

**read**
156:4 174:21,21 180:6 181:5 198:25 208:21,23 231:8

**reading**
208:9

**ready**


MAGNA
LEGAL SERVICES

162:10 204:5 206:7
**real**
189:19
**really**
159:10 162:12,14
176:15 181:4
182:24 189:8
190:13 196:12
202:7 221:4 229:25
**recall**
156:11 161:14
172:16,25 182:7,12
182:16,20 183:7
184:13,21 199:9
200:16
**receive**
178:19 183:12,15,18
218:9 220:7 225:9
226:9
**received**
155:25 169:16
176:20 178:7
179:12,18 183:21
183:23 189:16
199:2 200:4 202:8
203:13 210:10
219:22 225:13
227:21,21
**receiving**
219:17
**recess**
175:23 206:5 223:12
**recollection**
172:24 182:4
**record**
145:7 147:19 148:20
163:8 164:16,18
206:4 223:4 225:5
227:9 231:10,11
232:11
**recording**
145:18 146:10
**records**
142:10,12 159:18,23
159:25 160:4,6,6,22
161:9,12 165:4,5

167:7,8 169:14,21
187:16 207:13
225:8,9,12
**recover**
188:19
**reduced**
221:17
**reexamine**
225:7
**references**
171:8,10
**referring**
204:20
**refused**
150:18 153:13,14
154:6
**regard**
209:24
**regarding**
148:8 149:11 166:6
**regional**
200:19 202:24
**registered**
178:15 232:5
**regretted**
191:8
**regular**
190:3 194:13
**regulated**
196:16,16,21
**rehab**
159:21 168:18
188:19
**rehabilitation**
142:12,13,13 168:19
169:2,4,11,15,21,24
169:25 170:10,13
170:16,19,22
**related**
232:12
**relating**
224:21
**relationship**
176:14 227:15,17
228:7,8
**relative**

211:22 212:18
**released**
205:14
**remember**
152:16 161:19
169:12 180:21
181:4,7 182:10,15
188:7 189:5 192:3,4
193:6 199:5,17
224:2,3,24
**remembered**
188:18
**remind**
148:16
**remnants**
227:10
**remotely**
145:18
**repeat**
154:24
**report**
172:4 173:25 199:16
200:14,24,25 203:7
203:13,19,25 204:9
204:15,18,21
212:12 214:9,15
**reported**
173:24
**reporter**
140:6 145:6,9,15,17
147:21 148:13
160:11 185:4
205:11 220:11
226:20 230:17
232:6
**reports**
172:6
**representative**
147:24 209:12
**representing**
148:4
**request**
148:16 150:9,10
156:19 157:2
159:17 167:25
202:19 210:13

212:4
**requested**
142:8 204:8
**required**
171:19 174:11,25
**requirements**
142:16 171:11,19
174:4 176:17
**requires**
171:16
**research**
215:10
**reserved**
144:10
**resides**
145:19
**resources**
150:18
**respect**
149:23 167:15
170:12 178:3
204:17
**respective**
144:4
**response**
225:9
**responses**
148:12
**responsibilities**
221:11
**responsibility**
230:6,9
**responsible**
221:8 230:7
**result**
189:11 192:6
**results**
142:22 156:5 160:23
163:21 165:2
166:16 167:2,23
201:23 209:10
210:2,6 212:8,21
214:18
**retired**
221:16,18
**returned**



159:9 165:16 168:3
168:20 169:5
202:21
**returns**
168:8
**review**
163:10 201:12
**reviewed**
164:25
**ribs**
191:18,22
**right**
147:12 148:15,15
181:12 221:16
**ROBERT**
139:10
**room**
145:17
**rotation**
150:15 152:6,13,18
**RPR**
232:21
**Rubin**
140:6 232:5,21
**rubles**
173:21 215:17,21
216:2,16 218:7,8,14
218:15,15 220:10
220:12,15,19,25
222:8,9,15 224:7,17
**run**
190:9
**running**
188:15
**Russia**
145:20 151:2,10
201:13 202:22
205:8 214:15
223:25
**Russian**
141:18 145:4,5
148:18 175:4,6,7,9
175:12,16 203:10
204:2,9 211:4,9,12
211:16,17,18 213:4
213:5,17,23 226:13

226:16
**Russian-speaking**
175:8

---
**S**
---
**S**
141:2 143:3,3 145:2
**salary**
172:17
**sandwiches**
185:18
**saw**
156:6 210:19,25
**says**
196:12
**scalp**
205:4
**scan**
162:17
**scanned**
161:20,25 162:19,20
210:9 211:13
**schedule**
196:20
**scheduled**
158:2 173:13,24
175:11 181:2
187:13
**school**
188:13 190:22 195:7
217:15,19,21 219:5
219:6,10 221:23
222:4,12,12 228:13
**schooling**
219:16
**schools**
217:5,6
**sea**
197:9
**sealing**
144:5
**seated**
186:21
**second**
155:16,24 181:13
185:22 207:22

217:22 218:14
**secretary**
199:12,14
**section**
191:16
**see**
195:4,16 196:4,22
219:15
**seeing**
197:8
**seek**
189:14
**seeking**
153:5
**seen**
164:25 196:25
197:14,15 207:12
**seizure**
193:3 206:19
**seizures**
192:24 193:12 207:4
**send**
159:24 209:9 210:11
213:4,16,19 214:10
225:15,21,24 226:2
**sending**
202:11 209:21
**senior**
172:6,10,13
**seniority**
171:24 172:20
**sent**
143:6 149:15 160:7
161:21 162:13,17
162:25 163:4
166:16 172:19,21
198:15 203:16,19
204:2,10,14,16
210:9 211:13
214:12,13
**separate**
146:6 224:9,12
**September**
146:17 149:10 152:9
152:10,15 217:8
**sequence**

164:4,5 198:25
**Sergei**
151:8,16,24 152:9,14
152:21 153:25
154:8,13,21 155:2,9
155:12,17,19,22
156:6,12 157:3,10
157:16,21 159:8
186:4,9,15,21
207:17
**Sergei's**
153:6
**series**
148:7 163:14
**serious**
190:13
**served**
161:11 225:11
**Services**
139:21
**session**
191:7,16,25 192:6
**set**
185:24 232:9,16
**shape**
189:9 190:8,9
**share**
156:17,19,21 157:3
173:8 230:4
**shared**
228:11
**shift**
151:22 152:4,18
**shifts**
196:10,11
**ship**
150:15,16 151:3
171:25 172:4,11
174:25 175:6
177:10 198:22
199:16 223:24
**shipping**
149:18,24 150:2,9
154:3 158:7,19
164:9 199:13
215:22 219:18,21



223:23
**ship's**
153:3
**Shistyakov**
151:9
**Shistyakov's**
151:17 154:8
**shoes**
218:12
**short**
156:14,14 175:18
227:13
**Shorthand**
140:6
**shortly**
181:22 192:20
**show**
142:19 197:24
**showed**
162:3
**sick**
184:6
**sign**
223:9
**signed**
144:12,13 219:23
**significant**
165:19,22 168:5
**sill**
219:17
**sir**
146:15 148:2 151:15
161:14 163:13
165:16 170:12
172:25 174:24
177:5 183:7 200:12
200:22 201:4,11
208:9 223:23
**sitting**
153:11 187:2
**situation**
179:7 206:22
**six**
173:16,16 218:17
**skull**
205:4

**sleep**
184:10 185:9,13
196:14,19
**small**
222:7
**smart**
219:13
**sole**
146:4
**somebody**
212:15 213:8,20
**son**
142:17,19,21 149:20
150:15,20 151:21
151:23 153:9,11,19
155:5 156:22 158:3
158:21 159:7,18,23
163:13 165:16
167:17 168:3 169:3
169:16 170:13
171:2,21 172:3,25
173:24 174:7
176:11 177:3,11,16
177:21 178:18
180:14 182:6 183:8
183:13,16,19 184:4
185:9 186:3,9,14,22
187:2,6,17 188:2,6
193:3,10,20,24
194:22 195:13
197:2,17,24 198:14
198:19 199:3,8,15
200:5 206:18 209:8
215:5 217:5,11
220:6 225:17
227:15,17 228:7,11
229:6,9 230:7,9
**son's**
152:22 154:9 160:6,6
172:16 177:7
192:20 198:23
200:9 201:6,18
202:11,21,23
214:11 215:8
223:24 224:21
**soon**

226:9,12
**sorry**
146:23,25 152:8
154:22 157:11
158:14,15 161:19
165:20 179:16
185:21 186:7
205:15 209:5 211:5
218:16 220:6,12
223:14 224:18
226:7
**Sounds**
147:20
**soup**
196:6
**SOUTHERN**
139:2
**space**
163:8
**sparring**
189:7,11,17
**speak**
152:14,21 155:13
157:25 174:11
175:2 178:18,23,25
212:15 213:14
214:14
**speaking**
175:4 183:7 211:4
**special**
205:5
**specialist**
171:4 214:21
**specific**
163:21 165:3 214:25
**specifically**
167:15,23 169:17
204:17
**specifications**
174:22
**speed**
212:20 215:6
**spend**
169:3 202:5
**spends**
221:5

**spent**
218:25
**spoke**
146:17 149:21
154:14,21 155:2,4,8
155:15,17,22
156:13 157:21
158:18 175:7,7,9,15
176:11 207:20,24
208:6,11,15 209:7
214:21 228:9
**spoken**
154:12
**sport**
188:8
**sporting**
188:3
**sports**
188:6,21 190:24,24
190:25 228:19,19
228:25
**spring**
190:2 191:11 195:21
196:23
**ss**
231:4 232:2
**St**
151:10
**stand**
229:13,13
**start**
171:2 186:14 187:21
206:8 216:10
**started**
155:6,7 186:4,9
188:10,13 207:4
**starting**
172:6 222:14
**state**
140:7 141:4 145:6,9
166:15 231:4 232:2
232:6
**statement**
203:3
**States**
139:2 156:3 211:23



MAGNA
LEGAL SERVICES

212:2 214:20
**stating**
200:5
**stay**
179:24,25
**stipend**
219:18
**STIPULATED**
144:3,8,11
**STIPULATIONS**
144:2
**stomach**
163:15
**Street**
139:21 141:4,11
145:12 209:14
**stroke**
192:21 193:20
**strong**
193:9
**stronger**
188:9
**students**
213:9
**studies**
191:5 217:24,25
**study**
191:2
**studying**
217:14
**stuff**
219:8
**submit**
161:7
**subpoenaed**
153:16
**Subscribed**
231:19
**substance**
155:21
**succeed**
228:3
**successful**
156:16 173:18
**suffer**
192:15

**suffered**
206:19
**suffering**
193:12
**suffers**
192:24
**sum**
155:21
**summary**
157:20,24
**summer**
155:9
**supplements**
196:23
**supplies**
219:7
**support**
216:3,16 218:10
219:24 220:4,7
221:14,15
**sure**
154:25 164:5 169:9
175:19 176:4 185:6
186:8,25 192:4
198:2 205:18 223:5
226:8 227:21
230:10
**suspicious**
202:17,18
**swimming**
188:10,10,11,15
190:10
**sworn**
144:14 145:3 231:19
232:9
**S-H-I-S-T-Y-A-K-...**
151:9

---
**T**
---

**T**
143:3 145:2 231:2
**take**
148:13 159:5 166:25
168:14 177:22
181:18,19,24 194:9
194:18,23 205:7,18

205:21,23,25 223:3
227:7
**taken**
140:4 146:19 175:23
198:11 206:5
208:24,25 223:12
231:9
**takes**
168:18
**talk**
152:20 157:6,7
**talked**
154:10
**talking**
157:4
**tape-record**
157:14
**Tarasov**
139:3 141:17 147:8
147:23 163:24
164:15,20,21
**technical**
174:9,20,22 216:8
226:5
**telephone**
150:14 153:6 157:15
**tell**
163:5 179:8,23
181:15 184:5 187:4
189:25 199:25
202:7 206:23 208:7
219:4
**telling**
176:12,12
**ten**
155:11 170:10 223:6
**ten-year**
142:14 170:3,4
**test**
142:22 160:23
163:21 165:2
167:23 210:6
**testified**
159:13 163:13
165:18 168:5,11
177:3 200:12,23

217:4
**testifying**
149:4 161:14
**testimony**
145:24 231:9,11
232:11
**testing**
167:16
**tests**
149:20 163:14
171:17 209:25
210:3,14 219:7
**text**
142:17 146:6 178:7
178:10,19,24,25
179:3,12,18,22,23
180:9,12 181:6,6,10
181:14,19,24 183:3
183:11,12,15,18,21
183:23,25 184:5
185:8,12 199:2,7
209:20,21 213:4,5
213:16,18,22
**texted**
179:8 181:16
**thank**
146:13 147:3 155:3
160:20 161:6
164:19 165:15
166:3 167:21
176:24 186:16
194:5 197:21
198:20 209:16
217:13 220:16
223:10 225:3 226:3
226:19 228:5
230:13,15,16
**thing**
147:6 164:8 189:5
223:5
**things**
173:6,7 174:22
213:15 222:25
228:4 230:4
**think**
171:15 180:8 181:21


MAGNA
LEGAL SERVICES

**thinking**
219:13 229:15
**third**
156:11,13 157:12
172:9,13 173:23
**thorough**
164:3
**three**
154:14,15 159:20
181:18
**tied**
147:11
**Tikhoplav**
139:4 140:4 142:4
145:1,8 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1,7
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1,5
229:1 230:1 231:8

182:24 185:19
187:18 217:11
228:21

231:15 232:8
**time**
144:10 148:22
151:20 152:10
154:20,25 155:8,16
156:13 157:21
166:25 168:8 169:2
176:15 178:20
179:9 180:4,7,18
181:15 182:2 184:4
184:14 187:9
189:22 196:9,14,14
199:6,18 200:12
202:6 209:5 217:4
221:21,21,22 225:2
227:7 228:22
230:22
**times**
151:23 152:19
154:12,14,16
161:13 208:19
215:6
**tired**
185:13 220:13
**today**
146:20 148:8 149:5
159:16
**today's**
149:11
**told**
152:24 154:17 159:2
176:13 200:4
202:11,25 206:21
207:17 208:23
224:7
**topics**
149:14
**total**
218:25
**touch**
155:19 209:11
**town**
190:18
**tract**
166:25 210:25
**trade**

217:14,19 222:12
**training**
171:3 188:14 190:6
**transcript**
163:10 165:4 226:21
230:18 231:9,10
232:10
**translate**
148:17 167:19
213:25
**translated**
147:2 203:10,16,19
203:25 204:9,15
211:9,10 213:20
226:14
**translating**
213:22
**translation**
203:23 204:16 213:2
213:10,17 226:18
**translator**
204:8 212:22
**transportation**
215:17 222:2
**traveling**
153:18 158:21
184:13 185:16
186:4,9,15,19
**tree**
191:23
**trial**
144:10
**tried**
161:8 164:3 188:18
**trip**
149:21 168:9 173:4
**trouble**
166:14
**true**
231:10,12 232:11
**truthfully**
149:4
**try**
192:10 212:7 223:17
226:14
**trying**

209:6 215:6,7
**tuition**
218:8,10 219:2
**turned**
200:2,6 226:15
**turns**
220:19
**two**
150:20 151:11
158:20 159:2,20
168:14,18 179:6
180:24 198:4
203:14 214:23
217:23 227:3,23
**type**
150:8 156:18 157:2
169:15 188:3,21
192:11 193:10
195:17 196:22
204:24 207:5
219:17
**types**
204:25

---
**U**
---

**U**
145:2
**Ukraine**
150:22
**Ukrainian**
223:18
**unable**
201:17
**unconscious**
191:24
**undergoing**
171:2
**understand**
157:8 172:2 174:12
174:17,19 175:2,14
199:7 212:14,15
226:23 227:4
**understanding**
171:18 200:8
**Understood**
198:9



| | | | |
|---|---|---|---|
| **underwent** 142:13 163:14 169:11,23 171:21 | **VIDEO-CONFER...** 140:3 | 157:4,6,6 164:15,18 165:13 203:3 214:25 228:3 | **wife** 215:14 229:10 |
| **unfortunately** 147:11 150:17 212:19 221:16 | **view** 146:8 | **wasn't** 165:10 204:7 | **wife's** 211:22 |
| **United** 139:2 156:3 211:23 211:25 214:19 | **views** 230:3 | **way** 209:22 213:18 229:25 232:14 | **witness** 142:3,10,17,19 143:6 145:8,11,23 146:12 |
| **universities** 227:23 | **vitamins** 196:23 | **weak** 188:7 | 147:25 160:13,21 163:12 165:9,13 |
| **university** 191:2,5 213:9 221:18 227:23 228:16,17 | **voice** 183:10 | **wear** 192:11 | 166:12 170:8 175:25 178:2,6 |
| **unwell** 184:6 | **voyage** 142:12,16 151:24 152:4,6,23 156:15 156:16 159:5,8,20 159:21 165:17 168:4,17,20,25 169:4,22 171:4,7,20 172:18,21 173:2,5,6 173:9,9,14,17,17,25 176:9,18 177:8 188:2 193:17 195:17 210:5 | **weather** 173:19 | 180:17 198:2,13 205:22 206:9 211:4 |
| **upset** 228:14 | | **week** 142:20 168:18 198:4 198:11 | 223:14 225:15 226:3 227:4 230:15 |
| **use** 216:17,18,21 219:19 | | **weeks** 159:20 168:18 198:4 | 232:8,11,16 |
| **uses** 221:25 | | **weighed** 177:3 | **witness's** 142:21 |
| **Ushakov** 227:25 | | **weight** 165:19,23 168:6,9,10 196:19 | **wondering** 156:4 |
| **usual** 159:4 168:17,23 | **voyages** 164:10 188:16 196:10 | **weightlifting** 188:15 | **word** 186:13 |
| | | **went** 149:16,19 150:12,12 153:2 154:4 158:7 158:11 159:13 161:10 164:10 188:13,17 190:15 191:10 195:6,9,10 198:6 202:24 215:6 | **words** 173:18 |
| | **― W ―** | | **work** 192:9 212:8 214:21 215:7 222:5,20 228:16 |
| **― V ―** | **W** 231:2 | | **worked** 151:23 164:9 |
| **V** 139:3 145:2 | **wages** 172:17 | | **working** 159:7 |
| **values** 228:11 | **wait** 176:3 178:11 182:21 187:11 206:14,15 | **West** 139:21 | **worth** 161:16 |
| **varied** 173:20 | **waiting** 178:20 187:7 | **We'll** 156:24 178:9 | **write** 213:3,7 214:3 224:24 |
| **varies** 218:21 | **waived** 144:7 | **we're** 225:5 | **writing** 208:10,13 |
| **vehicle** 222:23 | **wake** 196:4 | **WhatsApp** 184:2 | **written** 157:23 |
| **verbal** 148:12 | **want** 153:15 170:8 175:25 180:6 181:5 205:20 205:25 228:12,23 | **whatsoever** 154:7 | **wrote** 184:9 203:2 208:17 212:17 |
| **verbally** 145:24 | | **WHEREOF** 232:16 | **www.MagnaLS.com** 139:23 |
| **vessel** 175:11 | **wanted** 153:7,13 155:19 | | |
| **videoconference** 139:13 140:5 | | | |



**X**

x
139:3,13 142:2

**Y**

year
146:17 151:18 154:5
161:24 162:9 165:8
217:22 218:5,7,13
218:14,24 222:5,6
222:10 225:14
years
164:7 170:10 192:21
195:12 217:21,23
220:10,19,22
year's
218:7
yesterday
147:8
York
139:2,7,8,22,22
140:8 141:10,11,11
148:5 166:17,17
167:14,18 183:20
185:3 200:11,15,25
202:9 203:7,14,22
203:23,25 206:20
209:2,15 212:24
213:12 223:25
231:4 232:2,7
young
191:16 229:23,24
youth
191:15

**Z**

Z
145:2
zero
218:17
Zoom
139:13 140:5 147:10
163:24

**$**

$2,000

224:14,16,17,19
**$9,600**
220:10

**0**

**02109**
141:5

**1**

**1**
146:17 149:10
**1st**
205:13 217:8
**1,200,000**
173:16
**1:13**
206:6
**1:21-CV-06226**
139:6
**10**
156:10 169:8,16
216:24,25
**10:00**
139:14
**10007**
141:11
**10018**
139:22
**11**
143:5 147:13
**11:23**
175:23
**11:30**
179:11,14,17
**11:33**
175:24
**115,000**
218:7,14
**116,000**
218:14
**12**
142:20 169:8 189:23
196:17 197:5,11,25
198:12
**12th**
139:21 182:19 185:2

185:5,6
**12-day**
169:16
**12:50**
206:5
**13th**
185:2,6
**14**
158:3 199:17
**146**
142:6
**15**
142:22 156:10
**15th**
199:21 210:3,7
**150**
141:11
**16**
142:22
**16th**
205:14 210:4,7
**160**
218:16
**160,000**
218:8,15
**163**
143:5
**165**
142:10
**17**
142:22
**17th**
210:4,7
**170**
142:12
**177**
142:15
**18**
160:24 163:17,22
220:10,19,21
**18th**
161:3 205:14
**180**
142:17
**19**
160:24 163:17,22

176:9
**19th**
161:4
**198**
142:19,21

**2**

**2**
196:5 216:2,15
**2,000**
224:17
**2:02**
223:12
**2:06**
223:8
**2:24**
223:13
**2:42**
230:22
**20**
178:16
**20th**
184:24
**200**
141:4
**200,000**
215:17,21 224:6
**2018**
142:10,12 159:9
164:23 165:17
168:4,21 169:5,22
170:13 188:21
**2019**
142:10,13,20,22
151:25 152:4,15,22
154:13 155:9 158:4
160:24,24 161:4
163:17,17,22,22
164:23 167:18,25
169:24 170:14
171:5,20 173:14,25
175:12 176:9 177:8
188:2,22 189:23
190:2 191:11 193:4
193:21,25 194:10
195:14,18,22



196:17,24 197:5,11
197:25 198:12
202:10 210:4,7
211:8,16 212:6
**2020**
155:18,23
**2022**
146:18 149:10 217:9
**2023**
139:14 142:11 153:3
153:20 216:24,25
231:10,20 232:17
**210**
142:22
**227**
142:6
**24**
184:19 185:15
**24th**
141:11
**24-hour**
185:9
**25**
139:14 231:10
**26th**
209:14
**28th**
232:17

———— **3** ————

**3,000**
222:8,9,15
**30**
165:17 168:4 177:15
202:10 205:2,3
**30-minute**
177:17
**300**
161:16
**320**
139:21
**37**
145:12
**37th**
139:21
**38**

145:12

———— **4** ————

**4**
181:22 182:6
**40**
177:15
**422**
209:14

———— **7** ————

**7th**
141:4
**75**
177:3
**77**
177:4

———— **8** ————

**800,000**
173:20
**866-624-6221**
139:22

———— **9** ————

**9,600**
220:15,18,25

