# EXHIBIT EE

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



## THE PORT AUTHORITY OF NEW YORK & NEW JERSEY

## GENERAL ORDER

| Replaces: | POI 5-10 | Date Issued: | 12/23/14 |
|---|---|---|---|
| Section: | General Regulations | Date Revised: | 07/09/15 |
| Issuing Authority: | Michael A. Fedorko | Procedure No: | 100-05 |
| Subject: | **USE OF NON-DEADLY FORCE** | Page(s): | 1 of 4 |

### PURPOSE

To provide members of the service with guidelines on the use of force that is not intended to cause or create a risk of death or serious physical injury.

### POLICY

This department recognizes and respects the value and special integrity of each human life. In vesting police officers with the lawful authority to use force to protect the public welfare, a careful balancing of all human interests is required. Therefore, it is the policy of the Port Authority of NY and NJ Police Department that police officers shall use only that force that is reasonably necessary to effectively bring an incident under control, while protecting the lives of the officer or another.

Before non-deadly force is used, reasonable alternatives, such as persuasion, warning and advice, are to be attempted.

### DEFINITIONS

NON-DEADLY FORCE - Any use of force, physical or mechanical, other than what is considered deadly force. Non-deadly force is equivalent to less than lethal force.

PHYSICAL FORCE - Involves contact with a subject beyond that which is generally utilized to effect an arrest or other law enforcement objective. Physical force is employed when necessary to overcome a subject's physical resistance to the police officer's exertion of authority, or to protect persons or property.

MECHANICAL FORCE - Involves the use of some device or substance, other than a firearm, to overcome a subject's resistance.

Pride        •        Service        •        Distinction

PA2594

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

A law enforcement officer should use the least amount of force necessary to bring a situation safely under control and/or effect an arrest. A suspect's verbal threat of violence is insufficient by itself to justify the use of force. Therefore, as the suspect's level of resistance or aggression escalates or de-escalates, the officer must respond with an appropriate level of force. The non-deadly force options available to a police officer are described below:

- Verbalization - Persuasion, warning, advice, command.
- Escort Holds - Physical control established to direct or control.
- OC spray.
- Compliance Holds - Intended to overcome resistance through firm grip or come along holds.
- Intermediate force intended to overcome or counteract resistance or force through the use of control tactics such as physical force, impact weapon, baton, CED, K-9 or restraining devices. Officers should make every reasonable effort to avoid compressing and restricting the suspect's airway, or compressing the suspect's neck and chest area when applying physical force. The use of equipment unauthorized or not issued by this department, such as blackjacks, slap gloves, saps, etc., is prohibited.

**PROCEDURE**

Members of the force are justified in using non-deadly force when they reasonably believe force is necessary to:

- Enforce lawful orders.
- Control a violent or potentially violent suspect.
- Protect themselves or others against the use of unlawful force.
- Control a resistant individual.
- Prevent a person from committing suicide or causing serious bodily harm to himself or herself.
- Stop or prevent a crime involving loss of property.
- Stop or prevent a crime involving bodily harm or the threat of bodily harm.

PA2595

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

- Effect an arrest for an offense or crime under the laws of the States of New York and New Jersey.

Any method of physical control should be used in accordance with the techniques taught at the Port Authority Police Academy.

Port Authority police officers are to carry and/or use only Port Authority Police Department issued and/or defensive instruments.

The use of the listed less than lethal instruments is authorized:

- Issued Baton
- Riot Baton - Only to be carried when specifically authorized for duty at a particular incident
- Police K-9 - Only to be used by a certified K-9 handler
- OC spray
- Conducted Energy Device, for those officers who are trained and qualified

REPORTING THE USE OF FORCE

A member of this department who uses force, that causes an apparent or alleged injury or death, must file a Use of Force Report (PA 3979).

When an officer's use of force results in an apparent or alleged injury, the Tour Commander should submit a detailed report to the Commanding Officer. The report should contain the Tour Commander's evaluation of whether the use of force was justified. The report should also include the following but is not limited to:

- Reason for officer's use of force.
- Description of suspect's apparent/alleged injuries.
- Medical treatment provided by police or emergency medical service (EMS).
- Name, address, and phone number of independent witnesses.
- Notifications made, if applicable.
- Copy of EMS and/or hospital reports regarding the subject.

PA2596

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

- Injuries sustained by police officer(s) present at the scene.
- EMS, hospital treatment and Port Authority Employee Injury Report(s) documenting the officer(s) injury.
- All arrests and/or aided reports, if applicable.
- Photographs of all injuries to police, if applicable.
- Photographs of all injuries to subject(s), if applicable.
- Report(s) from supervisor(s) present or dispatched to the scene.
- Report(s) from other member(s) present or dispatched to the scene.

By Order of:

Michael A. Fedorko
Superintendent of Police/
Director, Public Safety Department

Pride          •          Service          •          Distinction

PA2597