# EXHIBIT FF

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# THE PORT AUTHORITY OF NEW YORK & NEW JERSEY

## GENERAL ORDER

| Replaces: | POI 5-9 | Date Issued: | 3/6/17 |
|---|---|---|---|
| Section: | General Regulations | Date Revised: | |
| Issuing Authority: | Michael A. Fedorko | Procedure No: | 100-04 |
| **Subject:** | **USE OF DEADLY FORCE** | Page(s): | 1 of 7 |

### PURPOSE

To establish guidelines for the use of deadly force by the Port Authority of New York and New Jersey Police Department.

### POLICY

This Port Authority Police Department recognizes and respects the value and special integrity of each human life. In vesting police officers with the lawful authority to use force to protect the public welfare, a careful balancing of all human interests is required. Therefore, it is the policy of this department that police officers shall use only that force that is reasonably necessary to effectively bring an incident under control, while protecting the life of the officer or another. The firearm, a defensive weapon, is the ultimate use of force and will be used only after every other reasonable alternative has been exhausted or is found impractical.

### DEFINITIONS

Reasonable Belief – The determination that the necessity for using force and the level of force used is based upon the officer's evaluation of the situation in light of the totality of the circumstances known to the officer at the time the force is used and upon what a reasonably prudent officer would use under the same or similar situations.

Serious Physical Injury – Physical injury which creates a substantial risk of death, or which causes death or serious and protracted disfigurement, protracted impairment of health or protracted loss or impairment of the function of any body organ.

Deadly Force – Physical force, which, under the circumstances in which it is used, is readily capable of causing death or serious physical injury. The use of a firearm constitutes deadly physical force.

PA2598

Case 1:21-cv-06226-NRB   Document 76-7   Filed 03/28/25   Page 3 of 5

A police officer shall not discharge a weapon to signal for help or as a warning shot.

Firearms should remain holstered or secured until the police officer reasonably believes that it may become necessary to use a firearm.

*NOTE:* Drawing a firearm prematurely or unnecessarily limits a member of the service's options in controlling a situation and may result in unwarranted or accidental discharge of the firearm. The decision to display or draw a firearm should be based on an articulable belief that the potential for serious physical injury is present. When a member of the service determines that the potential for serious physical injury is no longer present, the member of the service will holster the firearm as soon as practicable.

*Discharging a Weapon at or from a Moving Vehicle*

Discharging a firearm at or from a moving vehicle entails a greater risk of death or serious injury to innocent persons. Due to this greater risk, and considering that firearms are not generally effective in bringing moving vehicles to a rapid halt, officers shall not fire from a moving vehicle, or at the driver or occupant of a moving vehicle unless the officer reasonably believes:

- a person in the vehicle is threatening the officer or another person with deadly force by means other than the vehicle; or
- the vehicle is operated in a manner deliberately intended to strike an officer or another person, and all other reasonable means of defense have been exhausted (or are not present or practical), which includes moving out of the path of the vehicle.

## AUTHORIZED USES OF WEAPONS

Police officers may also discharge a weapon under the following circumstances:

- During training exercises, practice or qualification;
- At competitive shooting events;
- To destroy an animal that represents a threat to public safety. (The destruction of vicious animals should be guided by the same restriction on the use of firearms as set forth for self-defense and the defense and safety of others);
- To destroy an animal as a humanitarian measure where the animal is seriously injured. An injured animal may only be destroyed after any reasonable attempts have been made to request assistance from the agency responsible for the disposal of animals (Humane Society, Game Warden, etc.)

PA2599

## RESPONSIBILITIES OF DESK PERSONNEL UPON NOTIFICATION THAT A FIREARM HAS BEEN DISCHARGED

Upon notification that a firearm has been discharged, the Desk Personnel will undertake the following:

- Notify the Tour Commander.

- Notify the Central Police Desk (CPD).

- At the direction of the Tour Commander, request the presence of the Police Integrity Unit through the CPD.

- At the Tour Commander's direction, notify the local police department, if applicable.

- Contact Emergency Medical Service (EMS) for medical aid, as needed.

- Maintain a chronological record of events.

- Secure command tapes.

## RESPONSIBILITIES OF THE TOUR COMMANDER

Upon being notified that a member of the Port Authority Police force has discharged a weapon, the Tour Commander or designee will:

- Proceed immediately to the scene of the discharge for any on duty incident.

- Request emergency medical assistance, if applicable.

- Request the presence of the Police Integrity Unit through the Central Police Desk.

- Coordinate with the Police Integrity Unit through CPD to determine if uniformed supervisory personnel will be dispatched to the scene for off duty incidents.

- Notify the local police department, if applicable.
- If available, assign field supervisors to secure the immediate area and establish crime scene, if appropriate.

- Assist the police officers involved.

- Retrieve and protect the firearm involved.

- Assign supervisory personnel to conduct preliminary interview.

- Assign police personnel to identify witnesses and record witnesses' statements.

PA2600

Case 1:21-cv-06226-NRB   Document 76-7   Filed 03/28/25   Page 5 of 5

The Commanding Officer may evaluate the incident with involved personnel and make recommendations to the Superintendent of Police in the following areas:

- Training

- Tactical Operations

- Supervision

- Communications

MEDICAL APPOINTMENT SUBSEQUENT TO DISCHARGE OF FIREARM

As expeditiously as possible, but not later than 24 hours after the incident, the Office of Medical Services (OMS) will evaluate all members of the force who have discharged a weapon in the line of duty. OMS will determine if the officer is fit for duty, not fit for duty, or fit for duty with restrictions.

TRAINING

The Police Academy will conduct semi-annual training for all officers on the lawful and appropriate use of force and deadly force. This training must conform with current statutory and case law standards, as well as with statewide, county and the Port Authority Police Department rules and regulations.

By Order of:

Michael A. Fedorko          FOR
Superintendent of Police/
Director, Public Safety Department

Pride          •          Service          •          Distinction

Page 7 of 7

PA2601