# EXHIBIT HH

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Notice of Death



**Borough: Queens**   *Report Date:* **04/13/2019**   *Time:* **00:36**   **Q-19-009214**

## Decedent Information:

| | |
|---|---|
| *Name:* **Lagoda, Evgeniy Grigoryevich** | *Age:* **39 Years** |
| *Sex:* **Male**   *Veteran:* **No** | *Date of Birth:* **03/02/1980** |
| *Race:* **White** | *Marital Status:* **Unknown** |
| *Place of Death:* **89-00 Van Wyck Expressway, Van Wyck Expressway Exit   5 , Richmond Hill, NY 11418** | *Tel Place of Death:* **718-206-6077** |
| *Cross Street:* **Van Wyck Expressway Exit   5** | |
| *Residence:* **Unknown** | |

## Reporter Information:

| | |
|---|---|
| *From:* **Medical Facility** | *Facility:* **Jamaica Hospital Medical Center** |
| *Caller Name:* **Turner, William** | *Shield :* |
| *Sixty-One No:* | *Tel:* **(718) 206-6066** |
| | *Aided No:* |
| | *Chart No:* **2620076** |

## Circumstances of Death:

*App. Manner:* **Unknown**

## Hospital and Physician Information:

| | |
|---|---|
| *Facility:* **Jamaica Hospital Medical Center** | *Date:* **04/12/2019**   *Time:* **23:25** |
| *Pronounced By:* | *Date:* **04/12/2019**   *Time:* **23:35** |
| *Physician:* | *Tel:* |
| *Address:* | |

## MLI Contact, Scene and Disposition:

| Name | Date Time | Activity |
|---|---|---|
| Smith, Maxine (212-323-1388) | 04/13/2019 00:44 | Assigned |
| Smith, Maxine | 04/13/2019 00:44 | Accepted |
| Smith, Maxine | 04/13/2019 01:15 | Deferred |
| Anglade, Jude ((718) 604-4450, (917) 337-7320) | 04/13/2019 01:15 | Assigned |
| Ouhuru, Sarahn | 04/13/2019 01:43 | Accepted |
| Ouhuru, Sarahn | 04/13/2019 01:44 | Scene Visit Not Required |
| Ouhuru, Sarahn | 04/13/2019 01:44 | ME Case |
| Anglade, Jude | 04/13/2019 03:55 | MLI Completed Report Generated |

*Scene Investigation:* **No**

*Case Disposition:* **ME Case (Ouhuru, Sarahn)**   *Date:* **04/13/2019** *Time:* **01:46**

## Case Notes:

| Department | Date Time | Entered By |
|---|---|---|
| Communications | 04/13/2019 04:48 | Sarahn Ouhuru |
| Notes: Jay from LONY called to ask for case number and NOK. | | |
| Communications | 04/13/2019 03:52 | Maxine Smith |
| Notes: MECSS has been uploaded into this case./ body in the morgue | | |
| Communications | 04/13/2019 03:30 | Maxine Smith |
| Notes: call admitting inform them OCME is still waiting for Clinical Summary | | |
| Communications | 04/13/2019 01:50 | Sarahn Ouhuru |

18

PA1107

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

| | | |
|---|---|---|
| *Notes:* **Body is in morgue, paperwork not yet faxed.** | | |
| Communications | 04/13/2019 00:43 | Maxine Smith |
| *Notes:* **Ambulance brought patient in from JFK he flew in from Russia apparently their was a commotion on the plan security was involve he had to be hand-cuff by Security -Medical history unknown physician believes he had a seizure no family** | | |

*Initial Call Recorded By:*   **Smith, Maxine**                    *Printed:*  **04/13/2019-12:22**

PA1108

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



**NYC**
Office of Chief
Medical Examiner

Jude Anglade
Medico-Legal Investigations
JAnglade@ocme.nyc.gov
www:nyc.gov/ocme

599 Winthrop Street,
Brooklyn, New York 11203
Office: (718) 604-4450
Cellular: (917) 337-7320
Fax: (646) 500-6229

Barbara A. Sampson, M.D.-Ph.D.
Chief Medical Examiner

## Investigation Report

| | | | |
|---|---|---|---|
| *Name of Decedent:* | **Lagoda, Evgeniy Grigoryevich** | *Case No:* | **Q-19-009214** |
| *Report Date & Time:* | **April 13, 2019 03:54** | *Disposition:* | **ME Case** |
| *Place of Death:* | **89-00 Van Wyck Expressway, Van Wyck Expressway Exit  5 , Richmond Hill, NY, 11418** | *Date & Time of Death:* | **April 12, 2019 23:35** |

### Case Synopsis

DECEDENT IS A 39-YEAR-OLD MALE WITH UNKNOWN PAST MEDICAL HISTORY WHO
DIED AT JAMAICA HOSPITAL, EMERGENCY ROOM.
FAMILY IS UNKNOWN AT THIS TIME.

### Subjective Findings

The decedent is a 39-year male- Russian resident - who according to Dr. Turner was brought to
the hospital by EMS in cardiac arrest.
It was reported that the decedent, a Jet Blue passenger on a connective flight to Jamaica, had
what appeared to be a seizure episode on the plane. A few minutes later, the decedent started a
fight on the back of the plane.
Port Authority officers were called to the plane. Upon arrival, to the scene, the decedent was
pepper sprayed and brought to the floor.
While in handcuffs, the decedent became blue and went into cardiac arrest.
CPR was initiated and EMS was called.
EMS responded and the decedent was transported to the hospital in cardiac arrest
Call location JFK international airport in the confines of the 113th precinct
Upon arrival to the emergency room at 23:25 the decedent was in asystole. ACLS was continued
and the decedent was pronounced dead despite all efforts 23:35
The decedent received 2 rounds of epinephrine, bicarb but Narcan was not given in the
emergency room.
As per Dr. Turner, the decedent sustained a small laceration to his nose, a few abrasions to his
back and chest.
Blood work was not done in the emergency room.
An abdominal KUB was obtained and was negative for any foreign body in the decedent
abdomen and pelvis.
No surgical intervention was performed in the hospital.
The decedent's past medical history is unknown at this time.

*Page 1 of 2*

PA1109

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

The decedent's NOK is unknown at this time.
Disposition
ME Case


The information provided above is true and correct to the best of my knowledge and belief.
Electronically signed by Jude Anglade on April 13, 2019 03:54.

*Page 2 of 2*

PA1110