# EXHIBIT II

# Part 1

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

1903965



**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF CRIMINAL JUSTICE
SPECIAL INVESTIGATIONS AND PROSECUTIONS UN

June 14, 2019

Ms. Russell
Legal Department
Office of the Chief Medical Examiner
Fax: (212) 323-1920

Re: Death of Evgeniy (Eugene) Lagoda
    Case number Q19-009214
    Date of death 4/12/19

Ms. Russell:

Per our conversation, I am requesting any and all photographs generated in connection with the above-referenced case.

Please let me know when they are available, and one of our Investigators will come retrieve them.

Thanks for your assistance.

Sincerely

Nicholas N. Viorst
Deputy Chief
Special Investigations & Prosecutions Unit
Office of the New York State Attorney General
(212) 416-6528 (desk)
(646) 612-0771 (mobile)

*Photos*

APPROVED
YCR/OCME LEGAL
6/19/2019

2019 JUN 14  A 9: 41
LEGAL DEPARTMENT
MEDICAL EXAMINER
OFFICE OF CHIEF

94

PA1555

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CERTIFICATE OF DEATH**

DATE FILED APR-13-2019 04:59 PM

Certificate No.

☐ New
☒ Corr/Amend
☐ Replacement

DOHMH USE ONLY

**1. DECEDENT'S LEGAL NAME** EVGENIY LAGODA
(First, Middle, Last)

| Place Of Death | 2a. New York City | 2c. Type of Place | 4 ☐ Nursing Home/Long Term Care Facility | 2d. Any Hospice care in last 30 days | 2e. Name of hospital or other facility (if not facility, street address) |
|---|---|---|---|---|---|
| | 2b. Borough Queens | 1 ☐ Hospital Inpatient  5 ☐ Hospice Facility  2 ☒ Emergency Dept/Outpatient 6 ☐ Decedent's Residence  3 ☐ Dead on Arrival  7 ☐ Other Specify | | 1 ☐ Yes  2 ☒ No  3 ☐ Unknown | Jamaica Hospital Medical Center |

| Date and Time of Death or Found Dead | 3a. (Month) April | (Day) 12 | (Year-yyyy) 2019 | 3b. Time 11:35 | ☐ AM ☒ PM | 4. Sex Male | 5. OCME Case No. Q19009214 |

**6. CAUSE OF DEATH**

PART I

a. Immediate cause: Sudden Death Following Grand Mal Seizure Of Undetermined Etiology

b. Due to or as a consequence of: Complicated By Post-Ictal Excited Delirium

c. Due to or as a consequence of:

APPROXIMATE INTERVAL ONSET TO DEATH: ***

PART II: Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. Include operation information.
Physical Struggle/altercation With Blunt Impacts; Hypertensive Cardiovascular Disease

| 7a. Injury Date (mm dd yyyy) 04 12 2019 | 7b. Time Unk ☐ AM ☐ PM | 7c. At Work 1 ☒ Yes 2 ☐ No | 7d. Place of Injury – At home, factory, street, etc. Airplane interior |
|---|---|---|---|

7e. Location 60 Jfk International Airport Terminal 5, Gate 20, Take Off Area And Transit To Above Gate, Jamaica, New York 11430

7f. How Injury Occurred: See above

| 7g. If Transportation Injury Specify ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other Specify | 8. Manner of Death ☐ Pending further study ☐ Natural ☒ Homicide ☐ Accident ☐ Suicide ☐ Undetermined | 9. Autopsy ☒ Yes ☐ No Autopsy Pursuant to Law ☐ No Autopsy | 10. On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated: |
|---|---|---|---|

Certifier Signature *Yvonne Milewski* D.O. M.D. Date APR-13-2019
Signature Electronically Authenticated
Certifier Name (Print) YVONNE MILEWSKI Medical Examiner
(Medical Investigator) (Deputy Chief) (Chief) (Medical Examiner)

| 11a. Usual Residence State Russia | 11b. County | 11c. City or Town Krasnodar, Russia 350065 | 11d. Street and Number 38 Blagoyev Street 37 | Apt. No. | ZIP Code *** | 11e. Inside City Limits? 1 ☐ Yes 2 ☒ No |

| 12. Date of Birth (Month) (Day) (Year-yyyy) | 13. Age at last birthday (years) 39 | Under 1 Year Months Days | Under 1 Day Hours Minutes | 14. Social Security No. *** ** **** |

| 15a. Usual Occupation (Type of work done during most of working life. Do not use 'retired') Engineer | 15b. Kind of business or industry Mechanical | 16. Aliases or AKAs *** *** |

| 17. Birthplace (City & State or Foreign Country) Russia | 18. Education (Check the box that best describes the highest degree or level of school completed at the time of death) 1 ☐ 8th grade or less; none  2 ☐ 9th – 12th grade; no diploma  3 ☐ High school graduate or GED  4 ☐ Some college credit, but no degree  5 ☐ Associate degree (e.g., AA, AS)  6 ☐ Bachelor's degree (e.g., BA, AB, BS)  7 ☒ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)  8 ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) |

| 19. Ever in U.S. Armed Forces? 1 ☐ Yes 2 ☒ No | 20. Marital/Partnership Status at time of death 1 ☐ Married  2 ☐ Domestic Partnership  3 ☒ Divorced  4 ☐ Married, but separated  5 ☐ Never Married  6 ☐ Widowed  7 ☐ Other, Specify  8 ☐ Unknown | 21. Surviving Spouse's/Partner's Name (If wife, name prior to first marriage)(First, Middle, Last) *** *** |

| 22. Father's Name (First, Middle, Last) Grigorij Tihoplav | 23. Mother's Maiden Name (Prior to first marriage) (First, Middle, Last) Tatyana Lagoda |

| 24a. Informant's Name Grigorij Tihoplav | 24b. Relationship to Decedent Father | 24c. Address (Street and Number Apt. No. City & State ZIP Code) 38 Blagoyev Street 37, Krasnodar, Russia 350065, Russia |

| 25a. Method of Disposition 1 ☒ Burial 2 ☐ Cremation 3 ☐ Entombment 4 ☐ City Cemetery 5 ☐ Other Specify | 25b. Place of Disposition (Name of cemetery, crematory, other place) Khutor of Lenin Cemetery |

| 25c. Location of Disposition (City & State or Foreign Country) Krasnodar, Russia, Russia | 25d. Date of Disposition mm 05 dd 03 yyyy 2019 |

| 26a. Funeral Establishment Lisovetsky Memorial Home, Inc. | 26b. Address (Street and Number City & State ZIP Code) 1283 Coney Island Ave Brooklyn, NY 11230-3520 |

Changes approved for filing by the Commissioner of Health.Formerly: Father Last Name - Trukhoplav; Informant Last Name - Trukhoplav; Informant Address Street Number and Name - 38 Blagoyev Street; Authorizer Last Name - Trukhoplav; approved by Deputy City Registrar J. Hicks on Apr-20-2019; Formerly: Father First Name - Grigoriy; Informant First Name - Grigoriy; Authorizer First Name - Grigoriy; approved by Deputy City Registrar J. Hicks on Apr-19-2019; Formerly: Disposition Method - Interim; approved by Deputy City Registrar J. Hicks on Apr-19-2019; Formerly: Decedent Resident Address County - Blank; Decedent First Name - Evgeniy Grigoryevich; approved by Deputy City Registrar J. Hicks on Apr-15-2019; No further entry beyond this point.***

VR 15 (Rev. 01/09)

---

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**MEDICAL EXAMINER'S SUPPLEMENTARY REPORT**

Certificate No.

VR 15 (Rev. 01/09)

To be filed in by FUNERAL DIRECTOR or, in case of City Burial, by OCME

| 27. Ancestry (Check one box and specify) | 28. Race as defined by the U.S. Census (Check one or more to indicate what the decedent considered himself or herself to be) |
|---|---|
| ☐ Hispanic (Mexican, Puerto Rican, Cuban, Dominican, etc.) Specify _____ | 01 ☒ White  02 ☐ Black or African American  03 ☐ American Indian or Alaska Native (Name of enrolled or principal tribe) ___  04 ☐ Asian Indian  05 ☐ Chinese  06 ☐ Filipino  07 ☐ Japanese  08 ☐ Korean  09 ☐ Vietnamese  10 ☐ Other Asian-Specify ___  11 ☐ Native Hawaiian  12 ☐ Guamanian or Chamorro  13 ☐ Samoan  14 ☐ Other Pacific Islander-Specify ___  15 ☐ Other-Specify *** |
| ☒ NOT Hispanic (Italian, African American, Haitian, Pakistani, Ukrainian, Nigerian, Taiwanese, etc.) Specify Russian | |

EVGENIY LAGODA
**DECEDENT'S LEGAL NAME** (Type or Print)

| 29a. If Female 1 ☐ Not pregnant within 1 year of death 2 ☐ Pregnant at time of death 3 ☐ Not pregnant at death, but pregnant within 42 days of death 4 ☐ Not pregnant at death, but pregnant 43 days to 1 year before death 5 ☐ Unknown if pregnant within 1 year of death | 29b. If pregnant within one year of death, outcome of pregnancy 1 ☐ Live Birth 2 ☐ Spontaneous Termination / Ectopic Pregnancy 3 ☐ Induced Termination 4 ☐ None | 29c. Date of Outcome mm ** dd ** yyyy **** |

| 30. Did tobacco use contribute to death? 1 ☐ Yes 2 ☒ No 3 ☐ Probably 4 ☐ Unknown | 31. For infant under one year: Name and address of hospital or other place of birth *** |

**Cleared For Cremation If Family Requests**

*Yvonne Milewski*
M.E. Signature

19012332

I certify that I personally examined the body on Apr-13-2019 at Office of Chief Medical Examiner - Queens
(Date) (Location)

SIGNATURE: *Yvonne Milewski*
(Medical Investigator) (Deputy Chief) (Chief) (Medical Examiner)

**or**

I did not personally examine the body after death.

SIGNATURE: _____
(Deputy Chief) (Chief) (Medical Examiner)

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# OFFICE OF CHIEF MEDICAL EXAMINER
## OF THE CITY OF NEW YORK

STATE OF NEW YORK    )
                    )    SS.:
COUNTY OF NEW YORK   )

## CERTIFICATION AS A BUSINESS RECORD

I have been delegated by Barbara A. Sampson, M.D.-Ph.D., Chief Medical Examiner, to certify and authenticate records of the Office of Chief Medical Examiner of the City of New York ("OCME") pursuant to Rule 4518 of the New York Civil Practice Law and Rules.

OCME has been ordered to produce certified copies of documents concerning decedent, **Evgeniy Lagoda**                                     **ME # Q19-09214**

OCME is a governmental office organized under the New York City Charter § 557 and the New York City Administrative Code §§17-201 – 17-206. All records contained in its Records Department concerning this matter are maintained in OCME's regular course of business. OCME medical examiner files contain autopsy records generated by OCME staff in the regular course of their business, as well as documents received from other sources which are relevant to the particular case.

The copies provided here represent all the documents contained in the above-cited OCME medical examiner case file.

I have examined the original records maintained by OCME's Records Department and I have compared the copies provided here to the originals from which they were photocopied, and I attest that the records bearing this certification and authentication are a true and correct copy of the original records so described and are accurate and genuine.

I have affixed the official seal of the Office of Chief Medical Examiner of the City of New York to certify these copies as genuine and as business records of the Records Department of the Office of Chief Medical Examiner.

_____
Signature

Yvelisse Matias_____
Print Name

Clerical Associate IV_____
Title

October 28, 2019_____
Date

[Seal of the Office of Chief Medical Examiner]

OCME Records Certification Form 1 Rev 1/15

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# OFFICE OF CHIEF MEDICAL EXAMINER
CITY OF NEW YORK

## REPORT OF AUTOPSY



**Name of Decedent:** Evgeniy Lagoda    **M.E. Case #:** Q-19-009214

**Autopsy Performed by:** Yvonne Milewski, M.D.    **Date of Autopsy:** 04/13/2019

## FINAL ANATOMIC DIAGNOSES

I. SUDDEN DEATH FOLLOWING GRAND MAL SEIZURE OF UNDETERMINED ETIOLOGY WITH POST-ICTAL EXCITED DELIRIUM:
   A. TONGUE ABRASIONS/LACERATION/CONTUSIONS
   B. FEATURES SUGGESTIVE OF MESIAL TEMPORAL SCLEROSIS (CA4) AND BILATERAL BASAL SUBARCHNOID GLIONERONAL HETEROTOPIA (SEE NEUROPATHOLOGY REPORT)

II. PHYSICAL STRUGGLE/ALTERCATION WITH MULTIPLE BLUNT IMPACTS TO HEAD, TORSO, AND EXTREMITIES WITH MULTIPLE ABRASIONS, CONTUSIONS AND LACERATIONS

III. HYPERTENSIVE CARDIOVASCULAR DISEASE:
   A. CARDIAC HYPERTROPHY (455 GRAMS) WITH MICROSCOPIC FEATURES CONSISTENT WITH ABOVE (SEE CARDIAC PATHOLOGY CONSULTATION REPORT)
   B. ARTERIOLONEPHROSCLEROSIS; KIDNEYS

IV. HEPATIC STEATOSIS (MODERATE):
   A. ABDOMINAL ULTRASOUND (MARCH 2019): HEPATIC STEATOSIS
   B. BLOOD CHEMISTRIES (CLINICAL LABORATORY – MARCH 2019):
      1. BILIRUBIN, TOTAL 31.5 (REFERENCE RANGE 3.4-20.5)
      2. ASPARTATE TRANSAMINASE 92 (REFERENCE RANGE 5-34)
      3. ALANINE AMINOTRANSFERASE 81 (REFERENCE RANGE 0-55)
      4. GAMMA-GLUTAMYL TRANSFERASE 218 (REFERENCE RANGE 12-64)

V. BLUNT FORCE INJURIES ASSOCIATED WITH RESUSCITATIVE EFFORTS:
   A. ABRASIONS OF STERNUM
   B. PARA-TRACHEAL AND TRACHEAL HEMORRHAGE, FOCAL

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Q-19-009214                          EVGENIY LAGODA                          Page 2

---

## OPINION

**CAUSE OF DEATH:**        SUDDEN DEATH FOLLOWING GRAND MAL SEIZURE OF UNDETERMINED ETIOLOGY COMPLICATED BY POST-ICTAL EXCITED DELIRIUM

**OTHER SIGNFICANT CONDITION(S):**        PHYSICAL STRUGGLE/ALTERCATION WITH BLUNT IMPACTS; HYPERTENSIVE CARDIOVASCULAR DISEASE

**MANNER OF DEATH:**        HOMICIDE (SEE ABOVE)

New York City Office of Chief Medical Examiner
I certify the attached are true copies of
document(s) in OCME's possession.

Signed _____   Date 10/28/19

*Yvelisse Matias*

PA1559

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Q-19-009214                    **EVGENIY LAGODA**                    **Page 3**

**OFFICE OF CHIEF MEDICAL EXAMINER**
**CITY OF NEW YORK**

**REPORT OF AUTOPSY**

**CASE NO. Q-19-009214**

*I hereby certify that I, Yvonne M. Milewski, M.D., City Medical Examiner, have performed an autopsy on the body of **Evgeniy Lagoda** on the 13th day of April, 2019, in the Queens County Mortuary commencing at 9:30 AM.*

**EXTERNAL EXAMINATION:**
The body is received in the supine position, in a white transport bag, secured with a white plastic seal embossed with the number 104441.

The body is that of a 68", 207 lb, well-developed, well-nourished/muscular White man who appears the reported age of 39 years. Rigor mortis is present. Livor mortis is purple, posteriorly distributed and partially fixed. The body is warm.

The straight dark brown scalp hair is 1/2" long. There is a brown mustache and beard. The irides are blue-hazel. There are no petechiae of the bulbar or palpebral conjunctivae. Natural teeth in good condition are present on the maxilla and mandible. The chest is symmetric. The abdomen is distended. The extremities are symmetric. The external genitalia are those of a normally developed uncircumcised adult man.

**SCARS AND TATTOOS:**
There is a faint 1-1/2" linear scar of the right face close to the hairline. Multiple nevi are present on the anterior torso. There is a 2 inch obliquely oriented linear scar of the right lower quadrant of the abdomen. There is a 1" hypopigmented linear scar below the right knee. There is a 1" hyperpigmented linear scar of the dorsal base of the left thumb. There is a tattoo of the right lateral arm.

**CLOTHING:**
When received/examined, a pair of boxer shorts and a hospital gown accompany the body.

Subsequent to the autopsy, received directly from the Port Authority Police Department, accompanied by two tags, one labeled "PAPD Voucher S069244", and the other, "NYCPD Prop Clerk Division 1555173," are the following items: 10 pairs of unwrapped, new dark socks; 1 pair of "Adidas" black sneakers; 1 pair of new black with orange trim shoes; 1 clear handled and zippered bag with multiple personal toiletries, and multiple packages/bottles of medications labeled in Russian/Cyrillic alphabet; 1 "Adidias" zippered

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Q-19-009214                    **EVGENIY LAGODA**                    **Page 4**

jacket, and 1 pair of rubber black slides (shoes). The items are labeled with the autopsy number, packed in an evidence bag, and submitted to the Evidence Unit.

**THERAPEUTIC INTERVENTIONS:**
An endotracheal tube is present in the trachea. An intraosseous line is present below the right knee. There is a puncture below the left knee (Comment: consistent with intraosseous line attempt). There is a 5" x 3" patch of pinpoint and confluent red abrasion overlying the lower sternum (Comment: Consistent with resuscitative chest compressions).

**INJURIES, EXTERNAL AND INTERNAL:**
I.    **HEAD AND NECK:**
A. There is a ½" x ¼" laceration over the bridge of the nose.

There is a 3" x 2" red contusion with swelling of the right orbital soft tissues. The contusion broadly extends onto the right cheek.

There is a 3" x 1-1/2" purple contusion with swelling of the left orbital soft tissues. There is a 1" purple contusion of the left temple area, in between the hairline and the later extent of the left eyebrow.

There is a 2-1/2" x 1/2" roughly triangular red abrasion spanning the width of the right eyebrow on the forehead; a pinpoint pattern is present focally.

There is a 2" blue contusion behind the left ear.

B. When the scalp is reflected, there is dense contusional hematoma of the left temporal scalp extending into the occipital scalp, broadly 8" across, and expanding the thickness of the scalp to 1/2". Hemorrhage extends into the underlying temporalis muscle, and anteriorly, into the subcutis of the left lateral face, onto the cheek area and into the orbital soft tissue. There are three ¼"-1/2" red contusions of the left forehead; there are two ½ and 1 inch red contusions of the right forehead. A 2" x 1" red frontal scalp contusion is present underneath the abrasion over the right eyebrow described above, and extends to the hemorrhage of the right orbital soft tissues. There are two red, 2" to 3", focal contusions of the right temporal scalp/temporalis muscle, and parietal scalp.

The skin and soft tissue overlying the zygomatic arches and maxillary regions are reflected, demonstrating continuous hemorrhage with the overlying hemorrhage seen externally and extending from above. There are no facial bone fractures identified.

There is no subdural or epidural blood accumulation. There is no subarachnoid hemorrhage. The leptomeninges are thin and delicate. The arteries at the base of the brain distribute normally. The brain weighs 1565 gm. The external aspect of the

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Q-19-009214                    **EVGENIY LAGODA**                    **Page 5**

brain shows no focal abnormalities. The brain is fixed in formaldehyde prior to further examination.

C. Two ¼" purple contusions are present over the right midline of the mid anterior neck. The cervical spine, laryngeal cartilages, hyoid bone and the strap muscles of the neck have no injuries. There is focal red hemorrhage of: ary-epligottic fold in close proximity of the cornuae of the hypoid bone, and midtracheal mucosa, and adjacent surrounding extra-tracheal soft tissue. (Comment: probably intubation trauma). The major airways have a thin mucosa without foreign material or foam. Multiple short, linear and triangular incisions of the lateral edges of the tip of the tongue are associated with focal hemorrhage (Comment: Bite marks).

II.    **TORSO:**
A. There are four 1/8" linear abrasions medial to the left nipple. There is a 1-1/2" purple contusion of the posterior left shoulder.

There is a 1/2" purple contusion of the mid right axilla. There is a 1/2" purple contusion of the mid top right shoulder. A 2" x 1/4" blue contusion is present on the posterior right shoulder, with a 1/2" central rectangular abrasion.

There is a 2-1/2" x 1" purple contusion overlying the cervical spinal prominence at the base of the neck in the midline. Underlying, poorly demarcated purple contusion is present in close proximity inferiorly. There is a 3" x 2" red abrasion over the lower thoracic left paraspinal region.

There are two 1" blue contusions with focal abrasion overlying the lateral right scapular region. There are multiple pinpoint purple contusions above the right iliac crest. There is a 1/2" irregular laceration associated with a 1-1/2" x 1/2" red abrasion contusion in the left parasacral back.

B. The posterior body is dissected down to skeleton. Multiple areas of red hemorrhage are present beneath the externally identified injuries above. Additionally the following injuries are present: A 3" contusion within the midline upper back; two 2-3" irregularly oval contusions over the right scapula, and a 1" contusion of the left paraspinal lumbar region.

C. There are no fractures of the ribs, sternum, vertebral column or pelvis. There are no injuries to the internal viscerae.

III.    **EXTREMITIES:**
A. There is a 3/4" blue contusion on the extensor right lateral forearm. There is a 1/4" brown contusion on the medial extensor right forearm. Deep dissection to the skeleton reveals a 1" red contusion over the left elbow.

PA1562

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Q-19-009214                    **EVGENIY LAGODA**                    **Page 6**

There are paired, near parallel, fine linear pale abrasions horizontally spanning the flexor and extensor medial right wrist. A 1/2 " brown oval contusion of the lateral distal forearm Is present in close proximity. A ¾" red-purple contusion, and two ¾", pale to red, linear abrasions are in close proximity on the extensor wrist.

B.   There are near parallel, fine linear, red-purple abrasion-contusions of the extensor-medial and left wrist.   There are multiple 1/8"-1/2" red and purple contusions of the dorsal hand in close proximity.   There are 1/8" red abrasions of the dorsal had over the metacarpals, and overlying the proximal knuckle of the fourth finger.

Deep soft tissue dissection to the skeleton reveals the two 1" red hemorrhages of the medial flexor left forearm.

C.   There is a 1/2" brown contusion on the medial lower right thigh.   Deep dissection to the skeleton reveals the presence of: a 2" x 3" fresh hemorrhage above the medial malleoulus of the right ankle, and a 6" x 3" red contusion of the lateral left leg.

E.   There are no fractures of the long bones.

*These injuries, having been described once, will not be repeated.*


**INTERNAL EXAMINATION:**
**HEAD:** See injuries described above.

**NECK:** See injuries described above.

**BODY CAVITIES:**   There are no liquid accumulations of the pleural, pericardial or peritoneal cavities. The organs are normally situated and congested.

**CARDIOVASCULAR:**   The 455 gm heart has a smooth pericardium, epicardium and endocardium.   There are no external findings.   The heart is fixed in formaldehyde prior to further examination by the cardiac pathology consultant.

**RESPIRATORY:**   The right and left lungs weigh 610 gm and 450 gm, respectively.   The pleural surfaces are thin and delicate.   The cut surfaces are red-brown without focal induration, cavitation, hemorrhage, or injury.   The bronchi and pulmonary arteries are patent.
**LIVER, GALLBLADDER, PANCREAS:** The 2880 gm liver has a rounded edge and pale tan waxy parenchyma without overt cirrhosis.   The gallbladder has no stones.   The pancreas has a tan lobulated parenchyma.

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Q-19-009214                    EVGENIY LAGODA                    Page 7

**HEMIC AND LYMPHATIC:** The 250 gm spleen has a thin capsule and unremarkable red-brown parenchyma. The lymph nodes are not enlarged.

**GENITOURINARY:** The right and left kidneys weigh 200 gm and 210 gm, respectively. The external surfaces are smooth. The cut surfaces are red-brown without focal abnormality. The ureters are slender. The bladder contains 100 mL of urine. The internal male genitalia are unremarkable.

**ENDOCRINE:** The pituitary, adrenal and thyroid glands have no nodularity, hyperplasias, or infiltrates.

**GASTROINTESTINAL TRACT:** There are no ulcers in the esophagus, stomach or duodenum. Less than 5 mL of red fluid is present in the gastric lumen. The small and large intestines are unremarkable. The appendix is not found.

**MUSCULOSKELETAL:** There are no fractures of the ribs, sternum, vertebral column or pelvis. The musculature is developed.

**TOXICOLOGY:** Samples are obtained and submitted to the laboratory; a separate report is issued.

**FORENSIC BIOLOGY:** A blood card is obtained and submitted to the Forensic Biology laboratory.

**RADIOGRAPHY:** Radiographs are taken, and retained.

**PHOTOGRAPHY:** Photographs are taken, and retained.

**HISTOLOGY:** Samples from autopsy examination of organs and soft tissues are submitted; a microscopic examination report is amended to this report.

**CARDIAC PATHOLOGY CONSULTATION:** The formalin fixed heart is submitted to the Cardiac Pathology Consultation service for additional examinations; a separate report is issued.

**NEUROPATHOLOGY CONSULTATION:** The formalin fixed brain is submitted to the Forensic Neuropathology Consultation service for additional examination; a separate report is issued.

**MOLECULAR GENETICS TESTING:** A portion of heart is submitted in RNA-later for additional molecular genetic testing; separate reports are issued.

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Q-19-009214                    **EVGENIY LAGODA**                    **Page 8**

**MICROSCOPIC DESCRIPTIONS:**

KIDNEY:      Sclerosis of individual and clusters of glomeruli, focal.  No other pathologic abnormality.

LIVER:       Moderate to marked steatosis.  No overt cirrhosis.

SPLEEN:      Marked congestion

LUNGS:       Focal microscopic intra-parenchymal acute hemorrhage. Aspirated blood, and foreign material.  Post-mortem bacterial growth.

TONGUE:      Laceration of epithelium and underlying adjacent muscle and soft tissue; no reactive inflammation

VOCAL CORD, TRACHEA AND PARATRACHEAL SOFT TISSUE: acute hemorrhage; no reactive inflammation

THYOID GLAND:  No pathologic abnormality

CUTANEOUS AND SOFT TISSUE SAMPLES (LEFT TEMPORAL, RIGHT TEMPORAL AND RIGHT FRONTAL SCALP; MILDINE BACK; LEFT WRIST; RIGHT WRIST; LEFT FACE; NOSE; RIGHT FACE; LEFT NECK; RIGHT ELBOW):  Skin, subcutis and skeletal muscle with acute hemorrhage; no   reactive inflammation


REVIEWED BY:  Barbara Sampson, M.D., PhD. Chief Medical Examiner


                                        Yvonne Milewski, M.D.
                                        City Medical Examiner – II




*The information provided above is true and correct to the best of my knowledge and belief.*
*Electronically signed by Yvonne Milewski on Oct 21, 2019 03:48:51 PM*

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# THE CITY OF NEW YORK
## OFFICE OF CHIEF MEDICAL EXAMINER

### *NEUROPATHOLOGY REPORT*
### CASE NUMBER: Q19-009214



**NAME OF DECEDENT: EVGENIY LAGODA**

**(AUTOPSY PERFORMED BY DR. MILEWSKI ON 04/13/2019)**

**MACROSCOPIC EXAMINATION (PERFORMED BY DRS. TAYLOR AND FOLKERTH, ON 04/30/2019):**

The unfixed brain weighs 1565g (expected, 1200-1500g). Examination of the fixed brain (minus the left occipital pole, removed at the time of autopsy for possible toxicology) shows normal leptomeninges. No contusions, stigmata of herniation, or other surface abnormalities are seen. External brainstem landmarks and cranial nerves are normal. Vessels at the base are distributed normally, and have no atherosclerosis. The cerebellum is normal.

Coronal sections of the cerebral hemispheres reveal normal cortical ribbon, white matter, and deep gray nuclei. There is no midline shift. Hippocampi are symmetrical and of normal volume. Ventricles are normal in size and appearance.

Axial sections of the brainstem and cerebellum *en bloc* show a cluster of congested vessels in the tegmentum of the pons. The substantia nigra and locus ceruleus are well-pigmented. The aqueduct and fourth ventricle are normal. Cerebellar cortex, white matter, and dentate are normal.

Cranial dura from the convexities, tentorium, and base is normal. The venous sinuses and tributary (bridging) veins are patent.

Spinal cord and dura from upper cervical to cauda equina levels show no abnormality, externally or on axial sections at regular intervals.

**PHOTOGRAPHS: YES**

**MICROSCOPIC EXAMINATION: YES**
(H&E stains)
1. Right hippocampus at lateral geniculate nucleus: Scattered acutely ischemic neurons in hippocampus. Subarachnoid glioneuronal heterotopia over lateral geniculate nucleus.
2. Left hippocampus at lateral geniculate nucleus: Slight attenuation and dispersal, as well as looping, of dentate gyrus, and slight gliosis in CA4. Scattered acutely ischemic neurons in hippocampus. Subarachnoid glioneuronal heterotopia over lateral geniculate nucleus.
3. Amygdala: Scattered acutely ischemic neurons. Thickening of white matter vessels with prominent corpora amylacea.
4. Parieto-occipital watershed, right: Scattered acutely ischemic neurons.
5. Cerebellum, left; 6. Spinal Cord (3 levels): No abnormalities.

PA1566

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

FINAL NEUROPATHOLOGIC DIAGNOSIS:

I.  (HISTORY OF GRAND MAL SEIZURE;  SEE AUTOPSY REPORT)
    a.  FEATURES SUGGESTIVE OF MESIAL TEMPORAL SCLEROSIS (CA4) (SEE COMMENT)
    b.  BILATERAL SUBARACHNOID GLIONEURONAL HETEROTOPIA, BASAL

II.  ACUTELY ISCHEMIC NEURONS, SCATTERED

III.  VASCULAR TELANGIECTASIA, PONS (INCIDENTAL)

COMMENT:  The microscopic findings of gliosis in CA4 have been described in individuals with seizures.  The subarachnoid glioneuronal heterotopias are of uncertain relevance, but have been noted in abnormalities of brain development of various types, including those associated with seizures, as well as in asymptomatic persons.


JONEE TAYLOR, MD, MA                    REBECCA FOLKERTH, MD

*The information provided above is true and correct to the best of my knowledge and belief.*
*Electronically signed by Rebecca Folkerth on Oct 22, 2019 03:54:50 PM*

2  Q19-009214 Lagoda

PA1567

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



**The City of New York**
OFFICE OF CHIEF MEDICAL EXAMINER

**REPORT OF**
**CARDIAC PATHOLOGY CONSULTATION**



CASE NUMBER: Q19-009214
NAME OF DECEDENT: EVGENIY LAGODA
DR. MILEWSKI PERFORMED THE AUTOPSY ON 4/13/19.
DRS. SAMPSON AND TAYLOR EXAMINED THE HEART ON 04/23/19.

## GROSS AND MICROSCOPIC DIAGNOSES:

I. CARDIAC HYPERTROPHY (455 GM) WITH SLIGHT PEROVASCULAR AND INTERSTITIAL FIBROSIS

Received is the 455-gm heart of an adult. There is a normal distribution of right dominant coronary arteries without atherosclerotic stenosis of the epicardial vessels. The myocardium is red/brown and firm without pallor, hemorrhage or softening. The left ventricle wall is 1.8 cm thick; the right ventricle wall is 0.4 cm thick; and the interventricular septum is 1.5 cm thick. The foramen ovale is closed. There is slight myxomatous degeneration of the tricuspid valve; the mitral valve and chordae tendineae are unremarkable. The aorta and pulmonary arteries arise normally. The stumps of the venae cava and pulmonary veins are unremarkable.

**PHOTOGRAPHS: NO**

**MICROSCOPIC DESCRIPTION:**
H&E stained sections:
1.   Anterior left ventricle
2.   Lateral left ventricle
3.   Posterior left ventricle
4.   Interventricular septum
5.   Right ventricle

Sections show slight perivascular and interstitial fibrosis. There is slight myocyte hypertrophy. No acute ischemic changes, confluent fibrosis, myocardial inflammation, or necrosis is present.

Joneé Taylor, MD, MA
Barbara Sampson MD, PhD

*The information provided above is true and correct to the best of my knowledge and belief.*
*Electronically signed by Barbara Sampson on Jun 18, 2019 04:42:20 PM*

PA1568

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



**MOLECULAR GENETICS LABORATORY**
**OFFICE OF CHIEF MEDICAL EXAMINER**
Yingying Tang, MD, PhD, DABMGG, Director
421 East 26th Street, New York, NY 10016
Tel: 212.323.1340; Fax: 212.323.1540
Email: ytang@ocme.nyc.gov
Official Website: www.nyc.gov/ocme



---

## MOLECULAR GENETIC TESTING REPORT

**DATE OF REPORT:** August 23, 2019

**MEDICAL EXAMINER:** Dr. Yvonne Milewski

**M.E. CASE NO:** Q19-009214      **LAB NO:** 19MG0182

**NAME OF DECEDENT:** Evgeniy Lagoda

**TEST REQUESTED\*:** Epilepsy-focused Sudden Death Molecular Analysis (Panel B)

**SAMPLE TYPE:** postmortem heart

**SAMPLE COLLECTED:** 4/13/2019

**SAMPLE RECEIVED:** 4/14/2019

**TEST REQUESTED:** 7/31/2019

---

**RESULTS:**
No clinically significant DNA variants were detected.

**INTERPRETATION SUMMARY:**
DNA extracted from the postmortem heart sample of Evgeniy Lagoda has been tested for the panel of Epilepsy-focused Sudden Death Molecular Analysis (Panel B). Evgeniy Lagoda tested negative for the presence of a clinically significant DNA variant. A negative test result reduces but does not eliminate the possibility that this individual's death has a genetic etiology, as it may be due to a variant in a genomic region not covered by the test. A negative test result can also be due to the technical limitations of the assay. Please refer to the attached Technical Specification for information about the list of genes tested, testing methodology, test characteristics and limitations, as well as variant interpretation and reporting.

Nori Williams, MS, CGC

Yingying Tang, MD, PhD, DABMGG

\* This test was developed and its performance characteristics determined by the Molecular Genetics Laboratory in the City of New York Office of Chief Medical Examiner, a CAP-accredited laboratory. It has not been cleared or approved by the FDA.

Page 1 of 1

PA1569

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



**MOLECULAR GENETICS LABORATORY**
**OFFICE OF CHIEF MEDICAL EXAMINER**
Yingying Tang, MD, PhD, DABMGG, Director
421 East 26ᵗʰ Street, New York, NY 10016
Tel: 212.323.1340; Fax: 212.323.1540
Email: moleculargenetics@ocme.nyc.gov
Official Website: www.nyc.gov/ocme



## TECHNICAL SPECIFICATIONS
## EPILEPSY-FOCUSED SUDDEN DEATH MOLECULAR ANALYSIS (PANEL B)

### GENES TESTED

The Epilepsy-focused Sudden Death Molecular Analysis (Panel B) includes sequence analysis of 132 genes associated with various types of epilepsy syndromes (Dravet syndrome, West syndrome, Lennox-Gastaut syndrome, etc.) and conditions that feature seizures as a symptom (tuberous sclerosis, folate transport deficiency, Muenke syndrome, etc.) These conditions follow several inheritance patterns such as autosomal dominant, x-linked, and autosomal recessive. The genes tested include: *ADAR, ADGRG1, ADGRV1, ALDH7A1, ALG13, AP3B2, ARFGEF2, ARHGEF9, ATP1A2, CACNA1A, CACNA1E, CACNA1H, CACNA2D1, CACNA2D2, CASK, CC2D2A, CDKL5, CHD2, CHRNA2, CHRNA4, CHRNB2, CLCN2, CNPY3, CNTNAP2, CPA6, CRLF1, CSF1R, CSTB, DEPDC5, DNM1, DOLK, DPYD, DYRK1A, EEF1A2, EFHC1, EPM2A, FGFR3 (Chr4:1803571), FGF12, FKTN, FLNA, FOLR1, FOXG1, GABRA1, GABRB1, GABRB3, GABRD, GABRG2, GAMT, GCH1, GFAP, GLI2, GLRA1, GNAO1, GNB5, GRIN1, GRIN2A, GRIN2B, HCN1, HCN2, HNRNPU, IER3IP1, KCNA1, KCNA2, KCNAB2, KCNB1, KCNC1, KCND2, KCNJ10, KCNMA1, KCNQ2, KCNQ3, KCNT1, KCTD7, KMT2D, LGI1, MECP2, NHLRC1, NOTCH3, NPRL2, NSD1, PAFAH1B1, PCDH19, PLCB1, PMM2, PNKP, PNPO, POLG, POLR3A, POLR3B, PPP3CA, PRICKLE1, PRRT2, RELN, RPGRIP1L, SCARB2, SCN1A, SCN1B, SCN2A, SCN4A, SCN8A, SCN9A, SEPSECS, SIK1, SLC12A5, SLC13A5, SLC25A22, SLC2A1, SLC35A2, SLC6A1, SLC6A8, SMC1A, SPTAN1, STX1B, STXBP1, SUOX, SURF1, SYN1, SYNGAP1, SZT2, TBC1D24, TBCD, TCF4, TMEM67, TPP1, TSC1, TSC2, TUBA1A, TUBB2A, TUBB2B, TUBB3, TUBB4A, VPS13A.*

### TESTING METHODOLOGY

Genomic DNA (gDNA) is extracted from dry bloodstain cards or postmortem tissue samples preserved in RNAlater®. SureSelect^QXT target enrichment workflow (Agilent Technologies) is used to enzymatically fragment the extracted gDNA and add adaptors to the ends of the fragments for first round of amplification, enrich the targeted genes through in-solution hybridization with pre-designed capture probes, and second round of amplification using dual indexing primers. Following quality and quantity evaluation, the SureSelect-enriched dual indexed next-generation sequencing (NGS) samples are pooled together for pair-end sequencing using NextSeq 500 DNA sequencer (Illumina). Primary NGS data analysis (generating quality sequencing reads and de-multiplexing) is performed using NextSeq 500 Local Run Manager (Illumina). Secondary NGS data analysis (sequencing quality filtering, reads alignment, and variant annotation) is performed using NextGENe (SOFTGENETICS®). Tertiary NGS data analysis (applying preferred transcript for each gene and classification of variants) is performed in Geneticist Assistant (SOFTGENETICS®). Genomic reference coordinate is GRCh37/hg19. The preferred transcript for each gene is taken from Human Gene Mutation Database (HGMD®). The regions of interest for each gene tested include the coding regions and ± 10 bp introns flanking exon/intron junctions. Sanger sequencing is used to confirm low confidence reportable variants (the coverage is below 100x, allele frequency is less than 25%, and reads balance is less than 0.25); Sanger sequencing is also used to provide sequencing data for clinically significant regions of a gene that has

PA1570

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

no NGS data coverage. Sanger sequencing data analysis is performed in Mutation Surveyor (SOFTGENETICS®).

## TEST CHARACTERISTICS AND LIMITATIONS

The analytical characteristics of the test were established by the Molecular Genetics Laboratory in the City of New York Office of Chief Medical Examiner through test validation. The Laboratory is accredited by the College of American Pathologists (CAP). For single nucleotide variants (SNVs) and insertions and deletions (in/dels) variants shorter than 20 bp, the analytical sensitivity is 99.38% (95% CI [96.59%, 100%]) and the analytical specificity is 100% (95% CI [99.999%, 100%]).

The clinical sensitivity and specificity of the test in the postmortem setting is yet to be established. In general, the sensitivity is highest for individuals with a clearly defined epilepsy-related disorder or a family history of seizures.

This test may neither detect variants in non-coding regions that could affect gene expression, nor identify with high accuracy non-substitution type of changes larger than 20 bp or copy number variants encompassing the entirety of or a large portion of the gene. Identification of variants may be affected by the sequencing reads in highly homologues regions or repeat rich regions. A negative result does not exclude the possibility of a deleterious sequence variant in the gene, but outside of the regions tested. In addition, a negative test result does not exclude the possibility of a genetic alteration in another gene which was not tested in this panel but may also contribute to the cause of death. Furthermore, suboptimal sample quality due to postmortem changes or recent transfusion when dry bloodstain cards were tested may cause negative results. The genes in this test panel may differ from those of commercial or clinical test panels designed for similar clinical indications.

## VARIANT INTREPRETATION AND REPORTING

The clinical relevance of sequence variants is evaluated in accordance with the standards and guidelines for the interpretation of sequencing variants established by the American College of Medical Genetics and Genomics (ACMG) and the Association for Molecular Pathology (AMP)[1]. The variant interpretation process consists of several components: 1) determine the type of a variant (nonsense, splice-site, frameshift indel, or missense) and its location in a gene (exon and functional domain); 2) search in disease databases (e.g. Human Gene Mutation Database (HGMD)[2], ClinVar[3], and appropriate locus-specific databases) and reviews of literature published in PubMed (http://www.ncbi.nlm.nih.gov/sites/entrez/) to determine if there is a case report, family study, cohort study, or functional characterization; 3) estimate the minor allele frequency reported in large accessible population databases, e.g. Exome Aggregation Consortium (ExAC)[4], gnomAD[5], and NHLBI Exome Sequencing Project (ESP)[6]; 4) identify the functional effect predictions reported from multiple computation tools (e.g. Polyphen 2[7], Provean[8], or MutationTaster[9]); and 5) review of relevant autopsy findings, past medical history or family history. After all available information concerning a variant is weighted, a variant is classified into one of the five categories: pathogenic, likely pathogenic, variant of uncertain significance (VUS), likely benign, and benign. Finally, classification of sequence variants is subject to reclassification in the event of new evidence.

All clinically relevant variants, including pathogenic, likely pathogenic, and VUS are reported. Likely benign and benign variants are not reported. The nomenclature of a variant follows the standards established by the Human Genome Variant Society (HGVS)[10]. Clinical evaluation and genetic counseling of first-degree blood relatives is recommended for cases in which the decedent carried a clinically relevant variant.

## REFERENCES

1. Richards S, Aziz N, Bale S, et al. Standards and guidelines for the interpretation of sequence variants: a joint consensus recommendation of the American College of Medical Genetics and Genomics and the Association for Molecular Pathology. Genet Med 2015;17:405-24.
2. Stenson PD, Mort M, Ball EV, Shaw K, Phillips A, Cooper DN. The Human Gene Mutation Database: building a comprehensive mutation repository for clinical and molecular genetics, diagnostic testing and personalized genomic medicine. Hum Genet 2014;133:1-9.

PA1571

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

3.      Landrum MJ, Lee JM, Benson M, et al. ClinVar: public archive of interpretations of clinically relevant variants. Nucleic Acids Res 2016;44:D862-8.
4.      Lek M, Karczewski KJ, Minikel EV, et al. Analysis of protein-coding genetic variation in 60,706 humans. Nature 2016;536:285-91. (URL: http://exac.broadinstitute.org/)
5.      Lek M, Karczewski KJ, Minikel EV, et al. Analysis of protein-coding genetic variation in 60,706 humans. Nature 2016;536:285-91. (URL: https://gnomad.broadinstitute.org/)
6.      Exome Variant Server NGESPE, Seattle, WA (URL: http://evs.gs.washington.edu/EVS/).
7.      Adzhubei IA, Schmidt S, Peshkin L, et al. A method and server for predicting damaging missense mutations. Nat Methods 2010;7:248-9.
8.      Choi Y, Sims GE, Murphy S, Miller JR, Chan AP. Predicting the functional effect of amino acid substitutions and indels. PLoS One 2012;7:e46688.
9.      Schwarz JM, Cooper DN, Schuelke M, Seelow D. MutationTaster2: mutation prediction for the deep-sequencing age. Nat Methods 2014;11:361-2.
10.     den Dunnen JT, Dalgleish R, Maglott DR, et al. HGVS Recommendations for the Description of Sequence Variants: 2016 Update. Hum Mutat 2016;37:564-9.

PA1572

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# CASE WORKSHEET

**M.E. CASE #:** Q-19-009214

Q19009214

| NAME OF DECEDENT: | Age | Race | SEX | | AUTOPSY |
|---|---|---|---|---|---|
| Lagoda, Evgeniy Grigoryevich | 39 Years | White | ☒ M ☐ F | ☒ | AUTOPSY ☐ NO AUTOPSY (Exam) ☐ PURSUANT TO LAW |

**MEDICAL EXAMINER**
DR. Milewski, Yvonne

**DATE** 04/13/2019

**TIME** 2⁵⁰  ☐ AM  ☒ PM

**PART I: DEATH WAS CAUSED BY:**  ☒ Pending Further Studies

a.   Immediate cause

b.   Due to or as a consequence of

c.   Due to or as a consequence of

**PART II: Other significant conditions contributing to death but not resulting in the underlying cause given in part 1:**

d.

**MANNER OF DEATH:**
☒ PENDING STUDIES   ☐ NATURAL   ☐ THERAPEUTIC COMPLICATION   ☐ ACCIDENT   ☐ SUICIDE   ☐ HOMICIDE   ☐ UNDETERMINED

| PLACE OF DEATH: (Name of hospital, facility or street address) | Any Hospice care in last 30 days | TYPE OF PLACE: |
|---|---|---|
| Jamaica Hospital Medical Center, 89-00 Van Wyck Expressway, Richmond Hill, NY 11418, United States  DATE AND HOUR OF DEATH: 04/12/2019  11:35 PM | ☐ Yes  ☒ No  ☐ Unk | ☐ Hospital in-patient  ☒ Hospital ED / outpatient  ☐ Hosp DOA  ☐ Other, specify:_____  ☐ Nursing home/long term care  ☐ Hospice facility  ☐ Decedent's residence |

| INJURY: | Date | Time: | AM PM | | AT WORK ☐ YES  ☐ NO | TYPE OF PLACE: (Home, Street, etc.) |
|---|---|---|---|---|---|---|

LOCATION:

HOW INJURY OCCURRED:

IF TRANSPORTATION INJURY:   ☐ DRIVER/OPERATOR   ☐ PEDESTRIAN   ☐ PASSENGER   ☐ OTHER, SPECIFY _____

**IF FEMALE:**
☐ Not pregnant within one year of death
☐ Pregnant at time of death
☐ Not pregnant at time of death, but pregnant within 42 days of death
☐ Not pregnant at time of death, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within one year of death

If within one year of death, outcome of pregnancy
☐ Live birth
☐ Spontaneous termination
☐ Induced termination
☐ None

Date of outcome
mm/dd/yyyy
/ /

| Did tobacco use contribute to death?  ☐ Yes   ☐ No   ☐ Probably   ☒ Unk. | For infant under 1 year: Name and address of hospital or other place of birth |
|---|---|

PA1573

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

NAME OF DECEDENT: **Lagoda, Evgeniy Grigoryevich**

MEDICAL EXAMINER: DR. **Milewski, Yvonne**

☐ HOMICIDE     ☐ PRISONER     ☐ MVA (Driver/Operator)     ☐ OTHER RUSH _____

M.E. CASE #: **Q-19-009214**

DATE OF DEATH: **04/12/2019**

TODAY'S DATE: **04/13/2019**

| COMPONENTS OF MEDICOLEGAL CASE RECORD  NEEDED | | | | | FOR CERTIFICATION | FOR FILE COMPLETION |
|---|---|---|---|---|---|---|
| TOXICOLOGY REPORT | | | | | X | |
| HISTOLOGY SLIDES | | | | | X | |
| NEUROPATHOLOGY OR CARDIAC PATHOLOGY | | | | | X  X | |
| REPORT(S): | X  POLICE | ☐  FIRE MARSHAL | ☐  MLI | | X | |
| CULTURES: | ☐  BLOOD | TB | ☐ OTHER: _____ | | | |
| CONSULT: | ☐  ANTHRO | ☐  RADIOLOGY | ☐  OTHER: _____ | | | |
| HOSPITAL OR MEDICAL RECORD | | | | | | |
| INFANT DEATH SCENE INVESTIGATION | | | | | | |
| OTHER | | | | | | |

| Cases: Is there suspicion of abuse at this time? If yes, Call 1 (800) 635-1522 | | ☐  YES | ☐  NO |
|---|---|---|---|

## AUTOPSY INVENTORY

| CON | X | X HEART | ANTHRO | X-RAYS: | X YES | ☐ NO | PHOTOS: | X YES | ☐ NO |
|---|---|---|---|---|---|---|---|---|---|

| HIST | | ◯  3  4 | BOTTLE(S) REQUESTING SLIDES: | X YES | NO ◯1 2  3 | |
|---|---|---|---|---|---|---|

| MICROBIOLOGY | ☐ YES | X NO | SPECIMEN SOURCE | OTHER STUDIES: |
|---|---|---|---|---|

| EVIDENCE | X NO | ☐ CLOT | ☐ BALLISTICS X ___(#) | ☐ PERSONAL PROPERTY | ☐ OTHER: _____ |
|---|---|---|---|---|---|

| FBIO | X BLOOD | SWABS O-A-V | X RNA LATER | ☐ BONE | ☐ FINGERNAILS | ☐ OTHER |
|---|---|---|---|---|---|---|

| FBIO SEXUAL ASSAULT KIT | ORAL SWABS/SMEAR | BUCCAL SPECIMEN | TRACE EVIDENCE | CLOTHING/UNDERWEAR | DEBRIS |
|---|---|---|---|---|---|
| | DRIED SECRETIONS AND/OR BITE MARKS | FINGERNAIL SCRAPINGS/CLIPPINGS | PULLED HEAD HAIRS | PUBIC HAIR COMBINGS | PULLED PUBIC HAIRS |
| | PERIANAL AND ANAL SWABS AND SMEAR | VULVAR OR PENILE SWABS AND SMEAR | VAGINAL SWABS AND SMEAR | CERVICAL SWABS AND SMEAR | OTHER |

SIGNATURE: _____

**Milewski, Yvonne**

PA1574

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

 

**Office of Chief Medical Examiner**

FORENSIC TOXICOLOGY REQUEST FORM

**FT19-01622-001**

TOXIC FT19-01622-001 | Type: **Bld** | Source: **Femoral**

| M.E. CASE #: **Q-19-009214** | | DATE OF DEATH: 04/12/2019  11:35 PM |
|---|---|---|

| NAME OF DECEDENT: Lagoda, Evgeniy Grigoryevich | Age 39 Years | Race White | M ✕ / F | ☒ AUTOPSY  ☐ NO AUTOPSY (Exam)  ☐ PURSUANT TO LAW  Q19009214 |
|---|---|---|---|---|

| MEDICAL EXAMINER: Dr. Milewski, Yvonne | ME EXAM DATE: 04/13/2019 |
|---|---|

INDICATED:  ☐ NO   ☐ YES BASIC   ☒ YES COMPREHENSIVE

**MANNER OF DEATH**   ☐ HOMICIDE  ☐ SUICIDE  ☐ ACCIDENT  ☐ NATURAL  ☐ THERAPEUTIC COMPLICATION  ☐ UNDETERMINED  ☒ PENDING

SAMPLES SUBMITTED: 001:9g  002:9g  003:11g  004:10g

**BLOOD**  ☒ FEMORAL  ☒ HEART  ☐ CAVITY  ☐ SUBDURAL  ☐ OTHER

38g       52g       1g       6g       110g       _____

☒ BILE  ☒ URINE  ☒ GASTRIC CONTENTS  ☒ BRAIN  ☒ LIVER  ☐ DECOMP FLUID  ☐ OTHER: _____

☒ VITREOUS            ☐ CHEMISTRY REQUEST

~4ml

cloudy/membrane

Na ____  K ____  Cl ____  VUN/Cr ____  Glucose ____  Other: _____

**BRIEFCASE DETAILS**

seizure
↓ ofkr handcuffed by police
following struggle

☐ DECOMP

☐ PRISONER
☐ MOTOR VEHICLE COLLISION DRIVER

DURATION OF HOSPITALIZATION: minutes

SUSPECTED DRUGS/MEDICATIONS:

E.T. OK  PT  4/15/19

SIGNATURE: **Milewski, Yvonne** _____

PA1575

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# OFFICE OF CHIEF MEDICAL EXAMINER
## THE CITY OF NEW YORK

# AUTOPSY NOTES

10441

NAME OF DECEDENT: Lagoda, Evgeniy Grigoryevich        M.E.# Q-19-009214

♂ ♀ SKIN COLOR: W    WD/WN. muscular    HEIGHT: ___ FT 68 IN    WEIGHT 207 LB    AGE: 39

HAIR:TXTR St    CLR dbrwn 1/2 IN M + IN B + IN    EYES: IRIDES blue    CONJ ph's    TEETH/ORAL N/G.

TORSO: ANT ∅    POST ∅    GENITALIA: +1 u10"DC-d    EXTREMITIES: UPPER ∅    LOWER ∅

RIGOR MORTIS: ___ +    LIVOR MORTIS: F/NF pp ptd    TEMPERATURE: cold warm

Scars: ✓

Tattoos: ✓

Clothing: bxfer; Hgown

Therapeutic Procedures: ETT; I/o ®↓knee; punch ↓①knee

Injuries: ✓

Head
Brain 1565 gm
Neck
Cavities ++ v/c
Vessels
Heart 455 gm c CA
L.V. ___ cm
R-Lung 610 gm
L-Lung 450 gm
Liver 2880 gm fatty
Bile ~ + ml
Pancreas 250
Spleen gm
Lymph nodes
Thymus: Y/N
R-Kidney 200 gm
L-Kidney 20 gm
Urine = 150 ml
Gonads
Endocrine
Digestive Tract nd find
Gastric ~ 25 ml
App: Y/N
Musc-Skel

DIAGNOSES:

_____

_____

_____

_____

_____

_____

_____

_____

Examined by: Milewski, Yvonne        Date: 4 / 13 / 19    Time: 930 ☐ AM ☐ PM

PA1576



**NAME OF DECEDENT:** Lagoda, Evgeniy Grigoryevich

**EXAMINED BY:** Milewski, Yvonne

**M.E.#:** Q-19-009214

**DATE:** 4 / 13 / 19

PA1577

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# THE CITY OF NEW YORK

## ADDITIONAL AUTOPSY NOTES

IE OF DECEDENT: WAGODA, EVGENIY GRIGORYVICH          M.E.# 8, 19, 9214

RIGHT HAND

ED BY: _____          DATE: 4, 13, 19

PA1578

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# OFFICE OF CHIEF MEDICAL EXAMINER
## THE CITY OF NEW YORK

## ADDITIONAL AUTOPSY NOTES

OF DECEDENT: LABODA, EVGENIY GRIGORYVLCH    M.E.# Q, 19, 924

LEFT HAND

PA1579

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# OFFICE OF
# CHIEF MEDICAL EXAMINER
## CITY OF NEW YORK

## ADDITIONAL AUTOPSY NOTES



NAME OF DECEDENT: EVGENIY LAGODA    M.E. CASE # Q-19-9214

½" R

2"×¼" R

½"×½" Lac.

3"×2" Lac.

3½"×2½"

bruise/

2×¼" P/C

EXAMINED BY DR. _____    DATE 4/16/20 19

PA1580

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# OFFICE OF
# CHIEF MEDICAL EXAMINER
## CITY OF NEW YORK

## ADDITIONAL AUTOPSY NOTES



NAME OF DECEDENT: _____

M.E. CASE # _____ - _____ - _____

LEFT                                    RIGHT

EXAMINED BY DR. _____     DATE 4 / 16 /20 19

PA1581

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# OFFICE OF
# CHIEF MEDICAL EXAMINER
## CITY OF NEW YORK

# ADDITIONAL AUTOPSY NOTES



NAME OF DECEDENT: EVGENIY LAGODA     M.E. CASE # Q - 19 - 2019

EXAMINED BY DR. _____     DATE 4 / 16 / 20 19

PA1582

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# OFFICE OF
# CHIEF MEDICAL EXAMINER
## CITY OF NEW YORK

## ADDITIONAL AUTOPSY NOTES



**NAME OF DECEDENT:** _____       **M.E. CASE #** _____ - _____ - _____

LEFT                                    RIGHT

**EXAMINED BY DR.** _____       **DATE** _____ / _____ / 20 _____

PA1583

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# OFFICE OF
# CHIEF MEDICAL EXAMINER
## CITY OF NEW YORK

## ADDITIONAL AUTOPSY NOTES



NAME OF DECEDENT: __EVGENIY VAGODA__     M.E. CASE # __Q - 19 - 924__

EXAMINED BY DR. _____     DATE __4 / 13 / 20 19__

PA1584

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# OFFICE OF
# CHIEF MEDICAL EXAMINER
## CITY OF NEW YORK

# ADDITIONAL AUTOPSY NOTES



NAME OF DECEDENT: _____    M.E. CASE # _____ - _____ - _____

LEFT

RIGHT

EXAMINED BY DR._____    DATE_____/_____/ 20_____

PA1585

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER




**Q-19-009214**
M _____
Exam: 04/13/2019
ME: Milewski, Yvonne
Decedent: Lagoda, Evgeniy Grigoryevich

ME2062 (REV. 6/97)

PA1586

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# OFFICE OF CHIEF MEDICAL EXAMINER
## THE CITY OF NEW YORK



CHARLES S. HIRSCH, MD
CHIEF MEDICAL EXAMINER

520 FIRST AVENUE
NEW YORK, NY 10016-6402

# REPORT OF EXTERNAL EXAMINATION

NAME OF DECEASED: _____    M.E. #: _____ - _____ - _____

DEVELOPMENT / NOURSHMENT / OVERALL APPEARANCE: _____

HEIGHT: ____ FT ____ IN     WEIGHT: _____ LB     SKIN COLOR: _____    ♂ / ♀ RACE: _____    AGE: _____

RIGOR MORTIS: _____     LIVOR MORTIS: F/B _____     TEMPERATURE: _____

OTHER POST MORTEM CHANGES: _____

**OTHER, INCLUDING INJURIES**

HAIR:     TEXTURE _____

COLOR _____

LENGTH _____ IN

MOUSTACHE/BEARD _____ IN

EYES:     IRIDES _____

CONJ _____

ORAL CAVITY AND TEETH: _____

TORSO:     ANTERIOR _____

POSTERIOR _____

EXTREMITIES:     UPPER _____

LOWER _____

GENITALIA: _____

SCARS:

TATTOOS:

THERAPEUTIC PROCEDURES:

EXAMINED BY: _____     DATE OF EXAM: ____ / ____ / ____     TIME ____ : ____ AM/PM

ME2062 (REV. 6/97)

PA1587