# EXHIBIT II

# Part 2

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



**NYC**

**Office of Chief Medical Examiner**

Jude Anglade
Medico-Legal Investigations
JAnglade@ocme.nyc.gov
www.nyc.gov/ocme

599 Winthrop Street,
Brooklyn, New York 11203
Office: (718) 604-4450
Cellular: (917) 337-7320
Fax: (646) 500-6229

Barbara A. Sampson, M.D.-Ph.D.
Chief Medical Examiner

## Investigation Report

| | | | |
|---|---|---|---|
| Name of Decedent: | Lagoda, Evgeniy Grigoryevich | Case No: | Q-19-009214 |
| Report Date & Time: | April 13, 2019 03:54 | Disposition: | ME Case |
| Place of Death: | 89-00 Van Wyck Expressway, Van Wyck Expressway Exit 5, Richmond Hill, NY, 11418 | Date & Time of Death: | April 12, 2019 23:35 |

### Case Synopsis

DECEDENT IS A 39-YEAR-OLD MALE WITH UNKNOWN PAST MEDICAL HISTORY WHO DIED AT JAMAICA HOSPITAL, EMERGENCY ROOM.
FAMILY IS UNKNOWN AT THIS TIME.

### Subjective Findings

The decedent is a 39-year male- Russian resident - who according to Dr. Turner was brought to the hospital by EMS in cardiac arrest.
It was reported that the decedent, a Jet Blue passenger on a connective flight to Jamaica, had what appeared to be a seizure episode on the plane. A few minutes later, the decedent started a fight on the back of the plane.
Port Authority officers were called to the plane. Upon arrival, to the scene, the decedent was pepper sprayed and brought to the floor.
While in handcuffs, the decedent became blue and went into cardiac arrest.
CPR was initiated and EMS was called.
EMS responded and the decedent was transported to the hospital in cardiac arrest
Call location JFK international airport in the confines of the 113th precinct
Upon arrival to the emergency room at 23:25 the decedent was in asystole. ACLS was continued and the decedent was pronounced dead despite all efforts 23:35
The decedent received 2 rounds of epinephrine, bicarb but Narcan was not given in the emergency room.
As per Dr. Turner, the decedent sustained a small laceration to his nose, a few abrasions to his back and chest.
Blood work was not done in the emergency room.
An abdominal KUB was obtained and was negative for any foreign body in the decedent abdomen and pelvis.
No surgical intervention was performed in the hospital.
The decedent's past medical history is unknown at this time.

Page 1 of 2

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

The decedent's NOK is unknown at this time.
Disposition
ME Case

The information provided above is true and correct to the best of my knowledge and belief.
Electronically signed by Jude Anglade on April 13, 2019 03:54.

PA1589

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

 

**Office of Chief Medical Examiner**

**Emma Kinna**
421 E 26th St.
New York, NY, 10016
Telephone: 212.323.1924   Fax: 646.500.6727
Email: ekinna@ocme.nyc.gov
Official Website: www.nyc.gov/ocme

## MEMORANDUM

To:    Consulate of Russia

From:  Emma Kinna, Outreach Department

Date:  April 13, 2019

Re:    Evgeniy Grigoyevich Lagoda    ·    Medical Examiner Case Number: Q-19-009214

The Office of Chief Medical Examiner ("OCME") is conducting an investigation in an attempt to locate next of kin or emergency contacts for the decedent noted above, who is stated to be a resident of Russia (address listed below). Decedent passed away following air travel that was ultimately en route to Kingston, Jamaica. **We are requesting the assistance of the Consulate and its resources to locate and/or contact the family to notify them of the death and, if authorized by the family to do so, work with OCME on their behalf with regard to the decedent's final disposition (cremation or burial).**

Information concerning this decedent appears below.  Please feel free to call me at 212.323.1924 or email me at ekinna@ocme.nyc.gov to discuss this request, and to provide OCME with any relevant information you are able to locate.

**Name:** Evgeniy Grigoyevich Lagoda
**DOB:** ▇▇▇▇▇▇▇▇
**COB:** Russia
**DOD:** April 12, 2019
**POD:** Jamaica Hospital Medical Center
**Address:** 38 Blagoeva St, Apt 37, Krasnodar, Russia ·
**Possible Phone Numbers:** ▇▇▇▇▇▇▇▇

We will update the Consulate as more information is received. Any assistance you can offer is greatly appreciated.

Thank you.

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

## Kinna, Emma (OCME)

| | |
|---|---|
| **From:** | Grigorij Tihoplav <tihoplav.grigorij2017@yandex.ru> |
| **Sent:** | Thursday, April 18, 2019 3:27 AM |
| **To:** | Kinna, Emma (OCME) |
| **Subject:** | Emma Kinna, Outreach Department; POD: Jamaica Hospital Medical Center; Medical Examiner Cose Number: Q-19-009214 |
| **Attachments:** | Тихоплав Г.А..jpg; 011BF600-57C3-4E55-81D4-4E7A2DD6EFF7.jpeg |

Уважаемая, Emma Kinna, обращается к Вам Tihoplav Grigorij, отец умершего сына Evgeniy Lagoda (march 2,1980-aprel 13,2019) ( Cose Number: Q-19-009214). Скоропостижная смерть сына потрясла нашу семью. Мы скорбим и молимся Господу Богу, чтобы он помог поскорее вернуть нашего сына на Родину. Мы с женою Lagoda Tatijna вложили всю душу в любимого сына. Он получил два высших образования: Кубанский Государственный Политехнический Университет по специальности инженер-энергетик в городе Краснодаре, а затем закончил Высшую морскую Академию имени Ушакова в городе Новороссийске. Сын Женя всю жизнь мечтал ходить в море и работать на флоте. Он имел семью, сына, друзей, занимался спортом и вдруг эта неожиданная трагедия. Я понимаю, что процесс Судебно-Медицинской Экспертизы сложный и долгий, а отправка (покойного) сына в Россию займёт ещё не мало времени. Со своей стороны, я, как отец, готов оказать любую необходимую помощь в этом сложном деле. Храни Вас Господь. С глубоким уважением, Тихоплав Григорий Алексеевич. Мой адрес: Россия, город Краснодар, улица Благоева, 38, квартира 37; Телефон: 8-918-655-23-17; Email: tihoplav.grigorij2017@yandex.ru

1

PA1591

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# *Case Notes*

*Office of Chief Medical Examiner, New York City*



| | | |
|---|---|---|
| **Case No:** Q-19-009214 | **Decedent:** Lagoda, Evgeniy | |
| **Report Date:** 04/13/2019 | **Report Time:** 00:36 | **Borough:** Queens |

| | | | |
|---|---|---|---|
| ***Note Type:*** Status Management | ***Department:*** RRU | ***DateTime:*** 10/23/2019 10:20 | ***Entered By:*** Cms System |
| ***Notes:*** Request No: 1904507( DA ) | | | |
| ***Note Type:*** Status Management | ***Department:*** RRU | ***DateTime:*** 10/23/2019 10:15 | ***Entered By:*** Cms System |
| ***Notes:*** Request No: 1906266( DA ) | | | |
| ***Note Type:*** Status Management | ***Department:*** RRU | ***DateTime:*** 10/23/2019 10:12 | ***Entered By:*** Cms System |
| ***Notes:*** Request No: 1906267( NYPD ) | | | |
| ***Note Type:*** Status Management | ***Department:*** Pathology | ***DateTime:*** 10/21/2019 12:40 | ***Entered By:*** Edrs Service |
| ***Notes:*** 19012332_UPDATE_20191021_123736.pdf | | | |
| ***Note Type:*** Status Management | ***Department:*** Pathology | ***DateTime:*** 10/21/2019 12:40 | ***Entered By:*** Cms System |
| ***Notes:*** AMENDED DC | | | |
| ***Note Type:*** Status Management | ***Department:*** Pathology | ***DateTime:*** 10/04/2019 14:59 | ***Entered By:*** Cms System |
| ***Notes:*** AMENDED DC | | | |
| ***Note Type:*** Status Management | ***Department:*** RRU | ***DateTime:*** 10/04/2019 14:58 | ***Entered By:*** Cms System |
| ***Notes:*** Requester Type: DA & NYPD | | | |
| ***Note Type:*** Status Management | ***Department:*** Pathology | ***DateTime:*** 10/04/2019 14:41 | ***Entered By:*** Cms System |
| ***Notes:*** DC Amendment/Correction Started | | | |
| ***Note Type:*** General | ***Department:*** Family Outreach | ***DateTime:*** 07/23/2019 09:45 | ***Entered By:*** Emma Kinna |

PA1592

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# Case Notes

Office of Chief Medical Examiner, New York City



| | | | |
|---|---|---|---|
| **Case No:** Q-19-009214 | **Decedent:** Lagoda, Evgeniy | | |
| **Report Date:** 04/13/2019 | **Report Time:** 00:36 | | **Borough:** Queens |

*Notes:* Email exchange with decedent's father:

Dear Mr. Gregory,

I'm so sorry for the experience you've had trying to get this information, and I hope that I can provide some clarification to you. Mr. Lagoda's cause of death is currently pending, which means the doctor who conducted Mr. Lagoda's autopsy is still receiving the results of tests that are run following the initial exam. These tests include bloodwork and testing of tissue samples. Unfortunately it's not unusual for these results to take more than 90 days. Once the doctor has these results, she'll be able to confirm a cause of death.

I will check in on Mr. Lagoda's case periodically and get back to you as soon as a cause of death is determined. In the meantime, I will reach out to the doctor, Dr. Milewski, and see if there is any preliminary information that she can provide.

One thing that may be helpful would be to have your insurance company call my office. Sometimes we are able to assist even before a cause of death is finalized. I'm sorry again for the trouble, and I'm so very sorry for the loss of your son. Thank you for reaching out to me.

Thank you,

Emma Kinna, MFS
Outreach Investigator
Identification Specialist
**Office of Chief Medical Examiner**
Phone: 212-323-1924
Outreach General: 212-323-1350
Email: ekinna@ocme.nyc.gov
From: Grigorij Tihoplav <tihoplav.grigorij2017@yandex.ru>
Sent: Tuesday, July 23, 2019 8:17 AM
To: Kinna, Emma (OCME) <EKinna@ocme.nyc.gov>
Subject: ??????????? ??????????

Dear Emma Kinna! The father of the Russian sailor who died at the airport in New York, 04/12/2019, the Russian seaman, ship mechanic Yevgeny Grigorievich Lagoda, 38 years old, case number Q-19-009214, addresses you. For more than three months now, I, Tikhoplav Grigory Alekseevich, who lives in Krasnodar, have been appealing to all investigative instances of the USA and Russia and cannot get an objective conclusion of a medical examination about the cause of his son's death. Due to the lengthy red tape of the investigation, I cannot get compensation from the insurance company, I cannot bring my son's personal belongings home. The investigator to the New York State Attorney General, Nicholas Viors, with all due respect for his hard work, periodically refers to the complexity of conducting the investigation, the lengthy process of analyzing and comparing materials, as well as lack of time for all this. With regard to the work of the Investigation Committee at the Prosecutor's Office of Russia (Krasnodar), investigator Roman B. Birov, here everything is covered in the darkness of secrecy. Access to these materials is extremely limited, the conclusion of a forensic medical examination is classified, the investigation continues indefinitely. It is possible that my request to you is unfounded. You cannot help me either. I'm sorry to trouble you. However, if you have the slightest opportunity to tell me where I can get the necessary information about my son, I will be very grateful to you. With deep respect, Gregory.

?????????, ???? ?????!.????????? ? ??? ???? ????????? ? ????????? ???-?????, 12.04.2019 ?. ???????? ??????, ????????
???????? ?????? ??????? ????????????, 38 ???, ???? ? Q-19-009214. ??? ??? ?????? ???? ??????? ?, ???????? ????????
??????????, ??????????? ? ?.??????????, ????????? ?? ??? ???????????? ????????? ??? ? ?????? ? ?? ???? ????????
?????????????? ?????????? ??????????? ?????????? ? ??????? ?????? ?????? ????. ??-?? ?????????? ???????? ????????? ? ?? ????
???????? ?????????? ????????? ????????, ?? ???? ??????? ????? ?????? ???? ????. ??????????? ??????????? ???????????
????? ???-????, ??????? ?????, ??? ???? ???????? ? ??? ??????? ??????, ???????????? ????????? ?? ????????? ???????
?????????, ?????????? ?????? ??????? ? ????????????? ??????????, ? ??? ?? ???????? ??????? ?? ??? ???. ??? ????????
?????? ????????????? ???????? ??? ?????????? ?????? (?.?????????), ??????????? ????? ????? ?????????, ?? ????? ???
??????? ?????? ????????????. ?????? ? ???? ?????????? ?????? ?????????, ?????????? ??????? ??????????? ??????????
?????????????, ????????? ????????? ???????????? ??????????. ?????? ????????, ??? ??? ??????? ? ??? ?? ????? ??????????. ?? ???? ??
??????? ??? ?? ??? ??????. ???????? ?? ????????????. ??????, ???? ? ??? ???? ???? ???????? ??????????? ?????????? ??? ??? ?
???? ???????? ?????? ?????????? ? ????, ???? ?????? ??? ??????????. ? ???????? ?????????, ????????.

| Note Type: Status Management | Department: RRU | DateTime: 07/17/2019 15:28 | Entered By: Yvelisse Matias |
|---|---|---|---|
| *Notes:* Request No: 1904507( DA ) | | | |

| Note Type: Status Management | Department: RRU | DateTime: 07/03/2019 17:15 | Entered By: Yvelisse Matias |
|---|---|---|---|
| *Notes:* Request No: 1904213( Family ) | | | |

| Note Type: Status Management | Department: RRU | DateTime: 06/25/2019 17:35 | Entered By: Yvelisse Matias |
|---|---|---|---|
| *Notes:* Request No: 1903965( Government Agencies ) | | | |

| Note Type: Status Management | Department: RRU | DateTime: 05/03/2019 11:26 | Entered By: Yvelisse Matias |
|---|---|---|---|
| *Notes:* Request No: 1902918( Hospitals ) | | | |

| Note Type: Status Management | Department: Mortuary | DateTime: 04/30/2019 21:57 | Entered By: Jose Carbo |
|---|---|---|---|
| *Notes:* Q1909214H051 - Neuro Slide Req No 1 | | | |

| Note Type: Status Management | Department: Mortuary | DateTime: 04/30/2019 21:57 | Entered By: Jose Carbo |
|---|---|---|---|

PA1593

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# Case Notes
### Office of Chief Medical Examiner, New York City



| Case No: | Q-19-009214 | Decedent: | Lagoda, Evgenly | | |
|---|---|---|---|---|---|
| Report Date: | 04/13/2019 | Report Time: | 00:36 | Borough: | Queens |

| | | | | | |
|---|---|---|---|---|---|
| **Notes:** Q1909214H056 - Neuro-Brain Stock 3 | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/30/2019 21:57 | **Entered By:** Jose Carbo | |
| **Notes:** Q1909214H053 - Neuro-Brain Stock 2 | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/30/2019 21:56 | **Entered By:** Jose Carbo | |
| **Notes:** Q1909214H050 - Neuro-Brain Stock 1 | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/30/2019 12:27 | **Entered By:** Wendell Davidson | |
| **Notes:** Q1909214H051 - Neuro Slide Req No 1 | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/30/2019 12:27 | **Entered By:** Wendell Davidson | |
| **Notes:** Q1909214H056 - Neuro-Brain Stock 3 | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/30/2019 12:27 | **Entered By:** Wendell Davidson | |
| **Notes:** Q1909214H053 - Neuro-Brain Stock 2 | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/30/2019 12:27 | **Entered By:** Wendell Davidson | |
| **Notes:** Q1909214H050 - Neuro-Brain Stock 1 | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/29/2019 20:41 | **Entered By:** Chris Mantuano | |
| **Notes:** Q1909214H005 - Neuro-Brain | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/29/2019 19:22 | **Entered By:** Chris Mantuano | |
| **Notes:** Q1909214H005 - Neuro-Brain | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/29/2019 15:15 | **Entered By:** James Daniels | |
| **Notes:** Q1909214H005 - Neuro-Brain | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/27/2019 14:42 | **Entered By:** Alexander Sinclair | |
| **Notes:** Q1909214H005 - Neuro-Brain | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/23/2019 12:16 | **Entered By:** Wendell Davidson | |
| **Notes:** Q1909214H017 - Cardiac Stock No 1 | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/23/2019 12:16 | **Entered By:** Wendell Davidson | |
| **Notes:** Q1909214H026 - Cardiac Slide Req No 1 | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/22/2019 10:20 | **Entered By:** Wendell Davidson | |
| **Notes:** Q1909214H014.- Cardiac-PATH | | | | | |
| **Note Type:** Status Management | **Department:** Mortuary | | **DateTime:** 04/19/2019 15:39 | **Entered By:** Lloyd Skipper Jr. | |
| **Notes:** Check-Out Borough: Queens | | | | | |
| **Note Type:** FQS Time out | **Department:** Quality Assurance | | **DateTime:** 04/19/2019 15:37 | **Entered By:** Angela DeJesus | |
| **Notes:** Timeout complete, Documentation, photos and tags were checked. PE item (shorts) not with decedent at time of release and not logged into CMS, but was listed on the FPEC form to be released with the decedent. AOD was notified, case released without the shorts. Name was updated since check-in, new ME tag made at check-out to reflect confirmed ID. Release was authorized. | | | | | |
| **Note Type:** Outgoing Call | **Department:** Family Outreach | **DateTime:** 04/19/2019 13:03 | | **Entered By:** Emma Kinna | |
| **Notes:** Voicemail received from Lisovetsky (718-421-4242): decedent's family has contacted them regarding arrangements. I called back: Lisovetsky Memorial will be claiming on behalf of decedent's family in Russia, and they are also in touch with the Russian Consulate. I thanked them. | | | | | |
| **Note Type:** General | **Department:** Identifications | **DateTime:** 04/19/2019 12:14 | | **Entered By:** Jessica Hunt | |

PA1594

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# Case Notes

Office of Chief Medical Examiner, New York City



| | | | |
|---|---|---|---|
| **Case No:** Q-19-009214 | **Decedent:** Lagoda, Evgeniy | | |
| **Report Date:** 04/13/2019 | **Report Time:** 00:36 | | **Borough:** Queens |

---

**Notes:** Received the following from ICE contact:

Good Day,
Unfortunately, we have no known next of kin. I would recommend contacting both the Embassy or Consulate as they may have additional information on file.
Last Name: Lagoda
First Name: Evgeniy Grigoryevich
Middle Name: ----
COB: Russia, Krasnodar
COC: Russia
DOB: ▮▮▮▮▮
LKA: 38 Blagoeva STR APP 37 , Krasnodar, Russia
DHS Case# ----
Mother: ----
Father: ----
Phone# ▮▮▮▮▮▮▮▮▮▮
Note Mr. Lagoda worked globally

---

**Note Type:** Incoming Call     **Department:** Family Outreach     **DateTime:** 04/18/2019 15:11     **Entered By:** Emma Kinna

**Notes:** Callback received from family friend, Leonid Kotlyar, at 612-237-3873: I provided him with the website provided by the Russian Consulate to assist with decedent's transport to Russia, and provided case no. and explained its use. We talked about different options for arrangements (e.g. having decedent embalmed and transported vs cremation followed by shipping of ashes, etc). He will discuss this with the family.

---

**Note Type:** General     **Department:** Family Outreach     **DateTime:** 04/18/2019 13:40     **Entered By:** Emma Kinna

**Notes:** Email exchange with Russian Consulate:
Hi Artem,
Thank you so much for this information. I'll pass it along to the family or family's friend. And thank you again very much for the translation!
-----Original Message-----
From: ?? ?? ? ???-????? <legalny@mid.ru>
Sent: Thursday, April 18, 2019 11:57 AM
To: Kinna, Emma (OCME) <EKinna@ocme.nyc.gov>
Subject: Re: Q-19-009214 (ME Case) : Lagoda, Evgeniy Grigoryevich
Hi.
No, it was not us. We sent all information to the agent where deceased worked and they called to family. As I believe he had insurance and they have to take care of him. The company who deals with
such question is http://www.lisovetsky.com/ They can arrange the body transportation to Russia.
Thank you,
Artem

---

**Note Type:** Outgoing Call     **Department:** Family Outreach     **DateTime:** 04/18/2019 13:19     **Entered By:** Emma Kinna

**Notes:** Call placed to friend Leonid Kotlyar at 612-237-3873: I left a message for callback.

---

**Note Type:** General     **Department:** Family Outreach     **DateTime:** 04/18/2019 11:34     **Entered By:** Emma Kinna

**Notes:** Email exchange and translation with Russian Consulate:
Hi Artem,
Thank you so much for your assistance. Can I ask, was it your office that notified the family, and are you still in touch with them at all? I unfortunately can't give any sort of advisement on transportation of the deceased to Russia, and I'm wondering if anyone from the Consulate could provide them with any guidance?
Thank you,
Emma Kinna, MFS
Outreach Investigator
Identification Specialist
Pronouns: She, Her
Office of Chief Medical Examiner
Phone: 212-323-1924
Outreach General: 212-323-1350
Email: ekinna@ocme.nyc.gov
-----Original Message-----
From: ?? ?? ? ???-????? <legalny@mid.ru>

---

PA1595

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# Case Notes

### Office of Chief Medical Examiner, New York City



| | | |
|---|---|---|
| Case No: Q-19-009214 | Decedent: Lagoda, Evgenly | |
| Report Date: 04/13/2019 | Report Time: 00:36 | Borough: Queens |

---

Sent: Thursday, April 18, 2019 11:12 AM
To: Kinna, Emma (OCME) <EKinna@ocme.nyc.gov>
Subject: Re: Q-19-009214 (ME Case) : Lagoda, Evgenly Grigoryevich
Dear Emma,
Please find below a quick translation.
Artem
Dear Emma Kinna, Tihoplav Grigori], I am the father of the deceased Evgeniy Lagoda (march 2,1980-aprel 13,2019) (Cose Number: Q-19-009214. The sudden death of our son shook our family. We mourn and pray to the Lord God that he will help us to quickly return our son to his homeland. My wife and I, Lagoda Tatijna, have invested my whole soul in my beloved son. He received two higher educations: Kuban State Polytechnic University with a degree in power engineering in the city of Krasnodar, and then graduated from the Ushakov Higher Maritime Academy in the city of Novorossiysk. Zhenya had dreamed all his life to go to the sea and work in the navy. He had a family, a son, friends and suddenly this unexpected tragedy.
I understand
that the process of Forensic Medical Examination is difficult and lengthy, and sending a (deceased) son to Russia will take a long time. For my part, I, as a father, am ready to provide any necessary assistance in this complex matter.
God bless you. With deep respect, Tikhoplav Grigory Alekseevich. My address:
Russia, Krasnodar, Blagoev street, 38, apartment 37; Phone: 8-918-655-23-17;
Email: tihoplav.grigorij2017@yandex.ru
On Thu, 18 Apr 2019 14:18:09 +0000
"Kinna, Emma (OCME)" <EKinna@ocme.nyc.gov> wrote:
> Thank you so much. Below is the message I received:
>
> ?????????, Emma Kinna, ?????????? ? ??? Tihoplav Grigori], ????
>???????? ???? Evgeniy Lagoda ([REDACTED]aprel 13,2019) ( Cose
>Number: Q-19-009214). ????????????????? ?????? ???? ???????? ???? ?????.
>?? ??????? ? ??????? ??????? ????, ????? ?? ????? ???????? ???????
>?????? ???? ?? ??????. ?? ? ????? Lagoda Tatijna ??????? ??? ???? ?
>???????? ????. ?? ??????? ??? ?????? ??????????: ?????????
>??????????????? ??????????????? ??????????? ?? ?????????????
>???????-????????? ? ?????? ??????????, ? ????? ???????? ????? ???????
>???????? ????? ??????? ? ?????? ????????????. ??? ???? ??? ?????
>?????? ?????? ? ???? ? ???????? ?? ?????. ?? ???? ?????, ????, ??????,
>????????? ??????? ? ????? ??? ?????????? ????????.
> ? ???????, ??? ??????? ???????-?????????? ?????????? ??????? ?
>??????, ? ???????? (?????????) ???? ? ?????? ?????? ??? ?? ????
>???????. ?? ????? ???????, ?, ??? ????, ????? ??????? ????? ??????????
>?????? ? ???? ??????? ????. ????? ??? ???????. ? ???????? ?????????,
>???????? ???????? ??????????. ??? ?????: ??????, ????? ?????????, ?????
>????????, 38, ???????? 37; ???????: 8-918-655-23-17;
>Email: tihoplav.grigorij2017@yandex.ru
>
>
> ——Original Message——
>From: ?? ?? ? ???-????? <legalnv@mid.ru>
> Sent: Thursday, April 18, 2019 10:17 AM
> To: Kinna, Emma (OCME) <EKinna@ocme.nyc.gov>
> Subject: Re: Q-19-009214 (ME Case) : Lagoda, Evgenly Grigoryevich
>
> Yes, sure. Just send a text on this email.
> Artem
>
>
> On Thu, 18 Apr 2019 13:55:07 +0000
> "Kinna, Emma (OCME)" <EKinna@ocme.nyc.gov> wrote:
>> Good morning,
>>
>> A family member of this decedent has sent an email to me in Russian.
>>Would it be possible for someone from your office to assist me with
>>translation?
>>
>> Thank you,
>>
>> Emma Kinna, MFS
>> Outreach Investigator
>> Identification Specialist
>> Pronouns: She, Her
>>

---

PA1596

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# Case Notes
### Office of Chief Medical Examiner, New York City



| Case No: | Q-19-009214 | Decedent: | Lagoda, Evgeniy | | |
|---|---|---|---|---|---|
| Report Date: | 04/13/2019 | Report Time: | 00:36 | Borough: | Queens |

>> Office of Chief Medical Examiner
>> Phone: 212-323-1924
>> Outreach General: 212-323-1350

| Note Type: Outgoing Call | Department: Family Outreach | DateTime: 04/18/2019 10:29 | Entered By: Emma Kinna |
|---|---|---|---|

Notes: Callback placed to Marie with decedent's employer (856-342-7500): I explained that we do not have decedent's property and that it may be with Jamaica Hospital, Port Authority PD, and/or US Customs.

| Note Type: General | Department: Family Outreach | DateTime: 04/18/2019 10:25 | Entered By: Emma Kinna |
|---|---|---|---|

Notes: Email from family does not appear accurately in case note 4/18/2019 at 10:20 and has been uploaded to CMS as a PDF.

| Note Type: General | Department: Family Outreach | DateTime: 04/18/2019 10:25 | Entered By: Emma Kinna |
|---|---|---|---|

Notes: The email received from decedent's family in Russian was sent to the Russian Consulate, with their permission, to assist with translation.

| Note Type: General | Department: Family Outreach | DateTime: 04/18/2019 10:22 | Entered By: Emma Kinna |
|---|---|---|---|

Notes: Photo presumed to be of decedent was attached to email from decedent's family member; this photo has been uploaded to case file.

| Note Type: General | Department: Family Outreach | DateTime: 04/18/2019 10:20 | Entered By: Emma Kinna |
|---|---|---|---|

Notes: Received email in Russian from decedent's family member:
?????????, Emma Kinna, ?????????? ? ??? Tihoplav Grigorij, ???? ???????? ???? Evgeniy Lagoda ( ███████ aprel 13,2019) ( Cose Number: Q-19-009214). ????????????????? ?????? ???? ???????? ???? ?????. ?? ??????? ? ??????? ??????? ????, ????? ?? ????? ???????? ??????? ?????? ???? ?? ??????. ?? ? ????? Lagoda Tatijna ??????? ??? ???? ? ???????? ????. ?? ??????? ??? ?????? ???????????: ????????? ?????????????????? ?????????????? ?????????? ?? ????????????? ???????-???????? ? ?????? ??????????, ? ????? ???????? ?????? ??????? ???????? ????? ??????? ? ?????? ????????????. ??? ???? ??? ????? ?????? ?????? ? ???? ? ???????? ?? ?????. ?? ???? ?????, ????, ??????, ????????? ??????? ? ????? ??? ??????????? ????????. ? ???????, ??? ?????? ???????-??????????? ?????????? ??????? ? ??????, ? ???????? (?????????) ???? ? ?????? ?????? ??? ?? ???? ???????. ?? ????? ???????, ?, ??? ????, ????? ??????? ????? ??????????? ?????? ? ???? ??????? ????..????? ??? ???????. ? ???????? ?????????, ???????? ???????? ??????????. ??? ?????: ??????, ????? ?????????, ????? ????????, 38, ???????? 37; ???????: 8-918-655-23-17; Email: tihoplav.grigorij2017@yandex.ru

| Note Type: Incoming Call | Department: Family Outreach | DateTime: 04/18/2019 10:15 | Entered By: Emma Kinna |
|---|---|---|---|

Notes: Voicemail received from Marie with decedent's employer (856-342-7500 ext 1803) inquiring about property and whether we have decedent's passport.

| Note Type: Outgoing Call | Department: Identifications | DateTime: 04/17/2019 16:20 | Entered By: Aden Naka |
|---|---|---|---|

Notes: Reached out to Nick Viorst at AGs office to provide NOK contact info - he already has it and did not need anything further.

| Note Type: Outgoing Call | Department: Pathology | DateTime: 04/17/2019 13:58 | Entered By: Yvonne Milewski |
|---|---|---|---|

Notes: With the assistance of Language line interpreter #214452, I spoke to the father Grigoriy Tihoplav ( ███████ ) advised him that an autopsy was done, and testing ordered. Confirmed that he was aware of the medical presentation prior to death. At the request of Assistant AG Nick Viorst 212-416-6528 I advised him that the AG office was going to oversee the investigation, he was satisfied with the above. Clear to me that he is heavily relying on the family friend who lives in the US (contact info below), I asked if we had permission to involve/engage him with assisting communication with him (Mr. Tihoplav) and requested that we stay in contact with him.

| Note Type: Incoming Call | Department: Identifications | DateTime: 04/17/2019 12:16 | Entered By: Adrienne Licking |
|---|---|---|---|

Notes: Received another call from family friend Leonid Kotlyar 612-237-3873 who provided the decedent's information as Evgeniy Lagoda 03/02/1980. The friend then provided the decedent's father Grigoriy Tihoplav (in Russia- does not speak English) 011-7-918-655-2317. The family just was notified of the death.

| Note Type: Incoming Call | Department: Identifications | DateTime: 04/17/2019 09:52 | Entered By: Adrienne Licking |
|---|---|---|---|

Notes: Received call from a family friend Leonid Kotlyar 612-237-3873 who resides in MN. He was calling on behalf of the family in Russia who received a death notification via mail. The friend wanted to know what was going on or had happened. I provided the friend reach back out to the police to get information. I asked the friend to provide contact numbers for the family in Russia and that the ME could reach out to them directly. Mr. Kotlyar will call back with the families information and the decedent's information for the DC.

| Note Type: General | Department: Family Outreach | DateTime: 04/16/2019 13:04 | Entered By: Emma Kinna |
|---|---|---|---|

Notes: CORRECTION: phone number for Marie is ███████

| Note Type: Incoming Call | Department: Family Outreach | DateTime: 04/16/2019 13:03 | Entered By: Emma Kinna |
|---|---|---|---|

Notes: Call received from Marie with Columbia Ship Management (856-342-7500), where decedent is employed. She explained that they are working on trying to locate and notify decedent family, and would like to assist with repatriating decedent's remains. They do not know whether family is in Russia but are trying to find out. I provided my contact information for follow-up and/or for family when they are notified. I let her know that decedent is in our Queens facility.

PA1597

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# Case Notes

### Office of Chief Medical Examiner, New York City



| Case No: | Q-19-009214 | Decedent: | Lagoda, Evgeniy | |
|---|---|---|---|---|
| Report Date: | 04/13/2019 | Report Time: | 00:36 | Borough: Queens |

| Note Type: General | Department: Family Outreach | DateTime: 04/16/2019 12:44 | Entered By: Emma Kinna |
|---|---|---|---|

**Notes:** An email was sent to the Russian Consulate regarding voicemail received, explaining that we have not made contact with family and currently have no information for them.

| Note Type: Outgoing Call | Department: Family Outreach | DateTime: 04/16/2019 12:41 | Entered By: Emma Kinna |
|---|---|---|---|

**Notes:** General number for Russian Consulate, 212-534-3782, is currently busy.

| Note Type: Outgoing Call | Department: Family Outreach | DateTime: 04/16/2019 12:37 | Entered By: Emma Kinna |
|---|---|---|---|

**Notes:** Voicemail received from the Russian Consulate at 212-348-1194 regarding the case: I called back, but there was no answer or voicemail. Listened to voicemail twice and double-checked number from which call was received. I made one additional attempt after confirming the number, but there was no answer, no voicemail, and no recording of any kind.

| Note Type: Status Management | Department: Pathology | DateTime: 04/15/2019 16:45 | Entered By: Edrs Service |
|---|---|---|---|

**Notes:** 19012332_UPDATE_20190415_164021.pdf

| Note Type: Status Management | Department: Pathology | DateTime: 04/15/2019 16:45 | Entered By: Cms System |
|---|---|---|---|

**Notes:** AMENDED DC

| Note Type: Status Management | Department: Pathology | DateTime: 04/15/2019 15:23 | Entered By: Cms System |
|---|---|---|---|

**Notes:** AMENDED DC

| Note Type: Status Management | Department: Pathology | DateTime: 04/15/2019 15:23 | Entered By: Cms System |
|---|---|---|---|

**Notes:** DC Amendment/Correction Started

| Note Type: Status Management | Department: Identifications | DateTime: 04/15/2019 15:22 | Entered By: Cms System |
|---|---|---|---|

**Notes:** ID confirmed with the information provided by informant: Security, Homeland

| Note Type: Outgoing Call | Department: Pathology | DateTime: 04/15/2019 13:18 | Entered By: Yvonne Milewski |
|---|---|---|---|

**Notes:** I returned Sergeant Irving's phone call (Port Authority INternal Affairs Unit) 973-565-4370 (office) 201-577-4639 (cell). Reviewed autopsy findings with her, and requested that details of the interaction with Port Authority officers be obtained if possible by interview of the officers. I requested that video surveillance of the deceased's movements throughout the terminal at JFK be obtained, and also requested that we receive the packet of the deceased's belongings including the medications be transferred to our custody.

| Note Type: Status Management | Department: Mortuary | DateTime: 04/15/2019 08:38 | Entered By: Kaliq Douglas |
|---|---|---|---|

**Notes:** Q1909214H014 - Cardiac-PATH

| Note Type: Status Management | Department: Mortuary | DateTime: 04/14/2019 17:50 | Entered By: Antonia Cato |
|---|---|---|---|

**Notes:** Q1909214H014 - Cardiac-PATH

| Note Type: General | Department: Identifications | DateTime: 04/14/2019 10:19 | Entered By: Jessica Hunt |
|---|---|---|---|

**Notes:** FIN submitted to ICE contact.

| Note Type: Incoming Call | Department: Communications | DateTime: 04/13/2019 18:53 | Entered By: Helen Alesbury |
|---|---|---|---|

**Notes:** Edward from LONY called to release hold.

| Note Type: Status Management | Department: Pathology | DateTime: 04/13/2019 17:00 | Entered By: Edrs Service |
|---|---|---|---|

**Notes:** 19012332_UPDATE_20190413_185907.pdf

| Note Type: Status Management | Department: Pathology | DateTime: 04/13/2019 17:00 | Entered By: Cms System |
|---|---|---|---|

**Notes:** NEW DC

| Note Type: General | Department: Identifications | DateTime: 04/13/2019 15:18 | Entered By: Jessica Hunt |
|---|---|---|---|

**Notes:** Received Homeland Security response: match to records for "Evgeny Lagoda" DOB ██████ FIN 1116480127

| Note Type: Incoming Call | Department: Communications | DateTime: 04/13/2019 14:41 | Entered By: Helen Alesbury |
|---|---|---|---|

**Notes:** Michelle from LONY called to ask if we have NOK info. Relayed that we do not

| Note Type: Status Management | Department: Pathology | DateTime: 04/13/2019 14:22 | Entered By: Cms System |
|---|---|---|---|

PA1598

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# Case Notes

Office of Chief Medical Examiner, New York City



| Case No: | Q-19-009214 | Decedent: | Lagoda, Evgeniy | | |
|---|---|---|---|---|---|
| Report Date: | 04/13/2019 | Report Time: | 00:36 | Borough: | Queens |

**Notes:** NEW DC

---

**Note Type:** Status Management  **Department:** Pathology  **DateTime:** 04/13/2019 14:18  **Entered By:** Cms System

**Notes:** Exam: AutopsyExam Completed By: Yvonne Milewski

---

**Note Type:** General  **Department:** Family Outreach  **DateTime:** 04/13/2019 13:02  **Entered By:** Emma Kinna

**Notes:** Referral emailed to contact at the Consulate of Russia with official document attached (uploaded to CMS):
Good afternoon,
We are reaching out to request assistance in finding the family of the decedent below. Decedent was in the US to board a connecting flight at JFK en route to Kingston, Jamaica, and was stated by airport officials to be a resident of Russia. Decedent's information and Russian address are listed below. Please see the attached referral for more information.
Name: Evgeniy Grigoyevich Lagoda
DOB:
DOD: April 12, 2019
POD: Jamaica Hospital Medical Center
Address: 38 Blagoeva St, Apt 37, Krasnodar, Russia
Phone numbers provided by US Customs associated with the decedent were ▇▇▇▇ and ▇▇▇▇. We are uncertain are this time whether these are Russian phone numbers, and attempts have not yet been made by our office to call them.
Any assistance that you can offer would be greatly appreciated.
Thank you,
Emma Kinna, MFS
Outreach Investigator
Identification Specialist
Office of Chief Medical Examiner
Phone: 212-323-1924
Outreach General: 212-323-1350
Email: ekinna@ocme.nyc.gov

---

**Note Type:** Status Management  **Department:** Mortuary  **DateTime:** 04/13/2019 12:27  **Entered By:** Alexander Sinclair

**Notes:** Q1909214H014 - Cardiac-PATH

---

**Note Type:** Status Management  **Department:** Mortuary  **DateTime:** 04/13/2019 12:26  **Entered By:** Alexander Sinclair

**Notes:** Q1909214H005 - Neuro-Brain

---

**Note Type:** General  **Department:** Identifications  **DateTime:** 04/13/2019 12:08  **Entered By:** Jessica Hunt

**Notes:** Prints submitted to Homeland Security.

---

**Note Type:** General  **Department:** Identifications  **DateTime:** 04/13/2019 11:57  **Entered By:** Jessica Hunt

**Notes:** XML sheet reviewed: no hit.

---

**Note Type:** General  **Department:** Identifications  **DateTime:** 04/13/2019 11:41  **Entered By:** Priscilla Cruz

**Notes:** NYPD provided the following information: The decedent is a frequent flyer to the Caribbean and only stays in the US for connecting flights. He has no contacts here in the US that we know of at this time. Two numbers were provided ▇▇▇▇ and ▇▇▇▇ as per US Customs and he has a travel Visa.

---

**Note Type:** Status Management  **Department:** Fingerprints  **DateTime:** 04/13/2019 11:21  **Entered By:** Fingerprint Service

**Notes:** FingerPrint FBI XML Sheet Added

---

**Note Type:** Status Management  **Department:** Fingerprints  **DateTime:** 04/13/2019 11:14  **Entered By:** Fingerprint Service

**Notes:** Finger Print Response from DCJS – No Hit

---

**Note Type:** Status Management  **Department:** Fingerprints  **DateTime:** 04/13/2019 11:13  **Entered By:** Fingerprint Service

**Notes:** Finger Print submitted to DCJS. Fingerprint Acquired By : JBOBSON(via Livescan). TCN: NYCME0407052

---

**Note Type:** Status Management  **Department:** Fingerprints  **DateTime:** 04/13/2019 11:13  **Entered By:** Fingerprint Service

**Notes:** Fingerprint Acquired By : JBOBSON(via Livescan)

---

**Note Type:** Status Management  **Department:** Fingerprints  **DateTime:** 04/13/2019 11:13  **Entered By:** Fingerprint Service

**Notes:** Finger Prints Submission Acknowledged by DCJS

---

**Note Type:** Reporting  **Department:** X-Ray  **DateTime:** 04/13/2019 09:51  **Entered By:** Wilson Ramones

PA1599

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# Case Notes

### Office of Chief Medical Examiner, New York City



| | | | |
|---|---|---|---|
| **Case No:** Q-19-009214 | **Decedent:** Lagoda, Evgeniy | | |
| **Report Date:** 04/13/2019 | **Report Time:** 00:36 | | **Borough:** Queens |

*Notes:* X-Rays: Full Body Completed.

| | | | |
|---|---|---|---|
| **Note Type:** Status Management | **Department:** Pathology | **DateTime:** 04/13/2019 08:19 | **Entered By:** Cms System |

*Notes:* Exam: Autopsy

| | | | |
|---|---|---|---|
| **Note Type:** Status Management | **Department:** Family Outreach | **DateTime:** 04/13/2019 07:56 | **Entered By:** Priscilla Cruz |

*Notes:* Possibly resides in Russia. NOK information unknown at this time.

| | | | |
|---|---|---|---|
| **Note Type:** Status Management | **Department:** Mortuary | **DateTime:** 04/13/2019 05:17 | **Entered By:** Elfreda Santos |

*Notes:* Check-In Borough: Queens

| | | | |
|---|---|---|---|
| **Note Type:** Status Management | **Department:** Transportation | **DateTime:** 04/13/2019 04:57 | **Entered By:** Elfreda Santos |

*Notes:* Custody of Body

| | | | |
|---|---|---|---|
| **Note Type:** Status Management | **Department:** Transportation | **DateTime:** 04/13/2019 04:57 | **Entered By:** Elfreda Santos |

*Notes:* Transportation: Transportation At Scene

| | | | |
|---|---|---|---|
| **Note Type:** Incoming Call | **Department:** Communications | **DateTime:** 04/13/2019 04:48 | **Entered By:** Sarahn Ouhuru |

*Notes:* Jay from LONY called to ask for case number and NOK.

| | | | |
|---|---|---|---|
| **Note Type:** Status Management | **Department:** Transportation | **DateTime:** 04/13/2019 04:20 | **Entered By:** Elfreda Santos |

*Notes:* Transportation: Transportation En Route

| | | | |
|---|---|---|---|
| **Note Type:** General | **Department:** Communications | **DateTime:** 04/13/2019 03:52 | **Entered By:** Maxine Smith |

*Notes:* MECSS has been uploaded into this case./ body in the morgue

| | | | |
|---|---|---|---|
| **Note Type:** General | **Department:** Communications | **DateTime:** 04/13/2019 03:30 | **Entered By:** Maxine Smith |

*Notes:* call admitting inform them OCME is still waiting for Clinical Summary

| | | | |
|---|---|---|---|
| **Note Type:** General | **Department:** Communications | **DateTime:** 04/13/2019 01:50 | **Entered By:** Sarahn Ouhuru |

*Notes:* Body is in morgue, paperwork not yet faxed.

| | | | |
|---|---|---|---|
| **Note Type:** Status Management | **Department:** Investigations | **DateTime:** 04/13/2019 01:16 | **Entered By:** Maxine Smith |

*Notes:* previously assign wrong MLI

| | | | |
|---|---|---|---|
| **Note Type:** Incoming Call | **Department:** Communications | **DateTime:** 04/13/2019 00:43 | **Entered By:** Maxine Smith |

*Notes:* Ambulance brought patient in from JFK he flew in from Russia apparently their was a commotion on the plan security was involve he had to be hand-cuff by Security -Medical history unknown physician believes he had a seizure no family

---

PA1600

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

#  Notice of Death

| Borough: **Queens** | Report Date: **04/13/2019** | Time: **00:36** | **Q-19-009214** |
|---|---|---|---|

**Decedent Information:**

| | | |
|---|---|---|
| *Name:* **Lagoda, Evgeniy** | | *Age:* **39 Years** |
| *Sex:* **Male** | *Veteran:* **No** | *Date of Birth:* ▮ |
| *Race:* **White** | | *Marital Status:* **Divorced** |
| *Place of Death:* **89-00 Van Wyck Expressway, Van Wyck Expressway Exit 5 , Richmond Hill, NY 11418** | | *Tel Place of Death:* **718-206-6077** |
| *Cross Street:* **Van Wyck Expressway Exit 5** | | |

*Residence:* **38 Blagoyev Street, 37, Krasnodar, Russia 350065, , Unknown**

**Reporter Information:**

| | |
|---|---|
| *From:* **Medical Facility** | *Facility:* **Jamaica Hospital Medical Center** |
| *Caller Name:* **Turner, William** | *Shield :* |
| *Sixty-One No:* | *Aided No:* |
| | *Tel:* **(718) 206-6066** |
| | *Chart No:* **2620076** |

**Circumstances of Death:**

*App. Manner:* **Unknown**

**Hospital and Physician Information:**

| | | |
|---|---|---|
| *Facility:* **Jamaica Hospital Medical Center** | *Date:* **04/12/2019** | *Time:* **23:25** |
| *Pronounced By:* | *Date:* **04/12/2019** | *Time:* **23:35** |
| *Physician:* | *Tel:* | |
| *Address:* | | |

**MLI Contact, Scene and Disposition:**

| Name | Date Time | Activity |
|---|---|---|
| Smith, Maxine (▮) | 04/13/2019 00:44 | Assigned |
| Smith, Maxine | 04/13/2019 00:44 | Accepted |
| Smith, Maxine | 04/13/2019 01:15 | Deferred |
| Anglade, Jude (▮ (▮ ▮ | 04/13/2019 01:15 | Assigned |
| Ouhuru, Sarahn | 04/13/2019 01:43 | Accepted |
| Ouhuru, Sarahn | 04/13/2019 01:44 | Scene Visit Not Required |
| Ouhuru, Sarahn | 04/13/2019 01:44 | ME Case |
| Anglade, Jude | 04/13/2019 03:55 | MLI Completed Report Generated |

*Scene Investigation:* **No**

*Case Disposition:* **ME Case (Skipper Jr., Lloyd)**       *Date:* **04/13/2019** *Time:* **01:46**

**Case Notes:**

| Department | Date Time | Entered By |
|---|---|---|
| Communications | 04/13/2019 18:53 | Helen Alesbury |
| Notes: Edward from LONY called to release hold. | | |
| Communications | 04/13/2019 14:41 | Helen Alesbury |
| Notes: Michelle from LONY called to ask if we have NOK info. Relayed that we do not | | |
| Communications | 04/13/2019 04:48 | Sarahn Ouhuru |
| Notes: Jay from LONY called to ask for case number and NOK. | | |
| Communications | 04/13/2019 03:52 | Maxine Smith |
| Notes: MECSS has been uploaded into this case./ body in the morgue | | |

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

| Communications | 04/13/2019 03:30 | Maxine Smith |
|---|---|---|
| Notes: call admitting inform them OCME is still waiting for Clinical Summary | | |
| Communications | 04/13/2019 01:50 | Sarahn Ouhuru |
| Notes: Body is in morgue, paperwork not yet faxed. | | |
| Communications | 04/13/2019 00:43 | Maxine Smith |
| Notes: Ambulance brought patient in from JFK he flew in from Russia apparently their was a commotion on the plan security was involve he had to be hand-cuff by Security -Medical history unknown physician believes he had a seizure no family | | |

**Case Hold History:**

| Type | Date Initiated | Initiated By | Duration | Hold Reason | Date Lifted | Lifted By | Lifting Reason |
|---|---|---|---|---|---|---|---|
| Standard | 04/13/2019 14:26 | Priscilla Cruz | | As requested by ME, hold placed on remains. | 04/18/2019 12:42 | Priscilla Cruz | As per ME, hold can be removed. |

Initial Call Recorded By:   Smith, Maxine                    Printed: 10/25/2019-16:48

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

| Agency Name | INCIDENT/INVESTIGATION | Case# |
|---|---|---|
| **Port Authority Police Department** | **REPORT** | 19-004953 |

**INCIDENT DATA**

| | |
|---|---|
| ORI | NJNYPOA00 |

Date / Time Reported: 04/12/19 22:21 Fri
Last Known Secure: 04/12/19 22:21 Fri
At Found: 04/12/19 22:21 Fri

| Location of Incident | Premise Type | Zone/Tract |
|---|---|---|
| 60 Jfk Terminal 5, Gate 20, Jamaica NY 11430- | Air/bus/train Terminal | K89, QUE |

| | Crime Incident(s) | (Com) | Weapon / Tools | NO WEAPON | | | | Activity |
|---|---|---|---|---|---|---|---|---|
| #1 | Aslt-police Off/fireman/emt PL 120.08 | | Entry | | Exit | | Security | |
| #2 | Crime Incident Assault-3rd Degree PL 120.00 | (Com) | Weapon / Tools | | | | | Activity |
| | | | Entry | | Exit | | Security | |
| #3 | Crime Incident Assault-3rd Degree PL 120.00 | (Com) | Weapon / Tools | | | | | Activity |
| | | | Entry | | Exit | | Security | |

**MO**

**VICTIM**

# of Victims: 3    Type:    Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

Home Address: | Home Phone:
Employer Name/Address: | Business Phone: | Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)    O = Owner (if other than victim)    R = Reporting Person (if other than victim)

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT    Injury: None

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | SWINNEY, CALVIN | 2 | Age 52 | B | M | ST | Non-Resident | |

Home Address: 812 East 40th St Brooklyn, NY 11210 | Home Phone: ▓▓▓
Employer Name/Address: JETBLUE (FLIGHT CREW) | Business Phone: ▓▓▓ | Mobile Phone:

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT    Injury: None

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V3 | WRIGHT-REID, NATHANA A | 3 | Age 43 | B | F | ST | Non-Resident | |

Home Address: 171 Greenvale Ave Yonkers, NY 10703 | Home Phone: ▓▓▓
Employer Name/Address: Montefiore Medical Center, 1 Fardham Plz, Bronx, Ny 10458 (NURSE (RN)) | Business Phone: | Mobile Phone:

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Status**

Officer/ID#: DELIONS, A. (47428)
Invest ID#: (0)    Supervisor: (0)
Complainant Signature:
Case Status: Closed By Other    04/13/19    Case Disposition: Death Of Offender    04/13/19    Page 1

R_CS1IBR    Printed By: 43275,    Sys#: 1    04/13/19 07:50:3

PA1603

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

## Incident Report Additional Offense List

Port Authority Police Department | OCA: 19-004953

| Offense List (Continued) | Page 2 |

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---------|---------------------|----------|---------|---------------------|
| # 4 | RESISTING ARREST | | PL 205.30 | Com |

Draft Only

Printed By: 43275,     04/13/19 07:50:3

PA1604

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

## Incident Report Additional Name List

**Port Authority Police Department**

OCA: 19-004953

Additional Name List

| | Name Code/# | | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| 1) | VI | 4 | PO BUGIADA | I, | | | | M |
| | | | Address , | | H: – – | | | |
| | | | Empl/Addr *Papd, Jfk Airport* | | B: – – | | | |
| | | | | | Mobile #: – – | | | |
| 2) | IO | 1 | INGLETON, KEVIN TROY | | ▇▇▇ | 42 | B | M |
| | | | Address *4146 Sw 51 Street Ter , Ocala, FL 34474-* | | H: ▇▇▇ | | | |
| | | | Empl/Addr *Jet Blue, Terminal 5* | | B: – – | | | |
| | | | | | Mobile #: – – | | | |
| 3) | IO | 2 | MILLER, SHANTELL | | ▇▇▇ | 28 | B | F |
| | | | Address *6941 Bayfield Ave , Arverne, NY 11692-* | | H: ▇▇▇ | | | |
| | | | Empl/Addr *Memorial Sloan Kettering, 1275 York Ave, New York, Ny 10065* | | B: – – | | | |
| | | | | | Mobile #: – – | | | |
| 4) | IO | 3 | BIGNALL, ZOE | | ▇▇▇ | 30 | B | F |
| | | | Address *140 Benchley Pl Apt. 2h, Bronx, NY 10475-* | | H: ▇▇▇ | | | |
| | | | Empl/Addr *Montefiore Medical Center, 1055 E. Tremont Ave, Bronx, Ny 10460* | | B: – – | | | |
| | | | | | Mobile #: – – | | | |
| 5) | IO | 4 | BENGTSON, KURT | | | | W | M |
| | | | Address , | | H: – – | | | |
| | | | Empl/Addr *Jetblue* | | B: ▇▇▇ | | | |
| | | | | | Mobile #: – – | | | |

R_CS7NC    Printed By: 43273    04/13/19 07:30:3    Page 3

Draft Only

PA1605

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

## INCIDENT/INVESTIGATION REPORT

*Port Authority Police Department*

Case # *19-004953*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | JBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| **D R U G S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Assisting Officers**

HERNANDEZ, R. (███), DURAN, J. (███), BUGIADA, M. (███), MITCHELL, D. (███)

Suspect Hate / Bias Motivated:

### NARRATIVE

At the above time and place of occurrence the SU required medical attention for a possible seizure. The SU was a passenger on JetBlue flight #659 (N999JQ) to Kingston, Jamaica. The flight pushed back from Terminal 5 gate 18 on 04/12/2019 at approximately 2155. While the plane was still awaiting takeoff the SU started to convulse in his seat. JetBlue flight crew members, Swinney and Ingleton responded to assist the SU. The crew members then carried the SU to the plane's rear galley. Three passengers, who are nurses, responded to assist with the SU's medical treatment. The flight crew notified JetBlue Captain Bengtson about the medical emergency and the plane returned to Terminal 5 gate 20. According to Captain Bengtson the plane returned to the gate 34 minutes after it pushed back.

After approximately ten minutes the SU appeared to regain consciousness. He then stood up and started to become violent towards everyone in his immediate area. JetBlue passenger, Nathana Wright-Reid stated that the SU punched her in the stomach while she was in the rear of the plane attempting to provide him with medical assistance. Flight crew member Swinney stated that the SU hit him approximately 8-10 times in the chest and stomach. P.O. Bugiada responded to the medical emergency and encountered the combative SU. The SU swung violently at P.O. Bugiada. The SU also attempted to bite P.O. Bugiada's right thigh, squeeze his testicles and grab his gun belt. P.O. Bugiada then attempted to restrain the SU with the use of his OC spray. After the SU was OC sprayed, P.O. Bugiada and the other responding officers were able to place him into custody.

Shortly after the SU was placed in handcuffs he became non responsive. PAPD officers on scene immediately checked his pulse and requested an AED. CPR was initiated. The AED did not advise a shock. EMS 2 arrived on scene at 2250 to provide medical assistance. EMS 2 departed for Jamaica Hospital at 2309. The SU suffered a medical emergency and was pronounced dead at Jamaica Hospital by Dr. Turner at 2335.

P.O. Bugiada was taken to North Shore Manhasset by EMS 51C at 2353. He was treated for injuries to both of his hands, which occurred during his attempt to place the SU under arrest. Undersigned requested EMS at 2337 to evaluate the remaining aided cases at the scene. EMS 51L arrived at the gate 20 jet bridge at 2352. Miss Wright-Reid was evaluated for stomach pain that she had as a result of being punched by the SU. Mr. Aarndel was evaluated for exposure to the OC spray. Mr. Swinney was evaluated for front torso pain, which was the result of being hit multiple times by the SU. All three parties refused medical attention with EMS 51L.

Undersigned made notifications to Special Agent Battaglia of the FBI at 1151 and Aminah Sullivan of TSA at 1157. Both agencies declined to respond. Sgt. Brown of CPD was notified at 0105. The SU's information was run through the NCIC database by P.O. Remanche #2261. It returned negative NCIC, negative for local warrants and negative NY/NJ DMV. Access to the plane was restricted during the investigation. As per Lt. Hernandez, control of the plane was returned to JetBlue on 04/13/2019 at 0130.

PA1606

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

## REPORTING OFFICER NARRATIVE

| Port Authority Police Department | | OCA 19-004953 |
|---|---|---|
| Victim | Offense ASLT-POLICE OFF/FIREMAN/EMT | Date / Time Reported Fri 04/12/19 22:21 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

At the above time and place of occurrence the SU required medical attention for a possible seizure. The SU was a passenger on JetBlue flight #659 (N999JQ) to Kingston, Jamaica. The flight pushed back from Terminal 5 gate 18 on 04/12/2019 at approximately 2155. While the plane was still awaiting takeoff the SU started to convulse in his seat. JetBlue flight crew members, Swinney and Ingleton responded to assist the SU. The crew members then carried the SU to the plane's rear galley. Three passengers, who are nurses, responded to assist with the SU's medical treatment. The flight crew notified JetBlue Captain Bengtson about the medical emergency and the plane returned to Terminal 5 gate 20. According to Captain Bengtson the plane returned to the gate 34 minutes after it pushed back.

After approximately ten minutes the SU appeared to regain consciousness. He then stood up and started to become violent towards everyone in his immediate area. JetBlue passenger, Nathana Wright-Reid stated that the SU punched her in the stomach while she was in the rear of the plane attempting to provide him with medical assistance. Flight crew member Swinney stated that the SU hit him approximately 8-10 times in the chest and stomach. P.O. Bugiada responded to the medical emergency and encountered the combative SU. The SU swung violently at P.O. Bugiada. The SU also attempted to bite P.O. Bugiada's right thigh, squeeze his testicles and grab his gun belt. P.O. Bugiada then attempted to restrain the SU with the use of his OC spray. After the SU was OC sprayed, P.O. Bugiada and the other responding officers were able to place him into custody.

Shortly after the SU was placed in handcuffs he became non responsive. PAPD officers on scene immediately checked his pulse and requested an AED. CPR was initiated. The AED did not advise a shock. EMS 2 arrived on scene at 2250 to provide medical assistance. EMS 2 departed for Jamaica Hospital at 2309. The SU suffered a medical emergency and was pronounced dead at Jamaica Hospital by Dr. Turner at 2335.

P.O. Bugiada was taken to North Shore Manhasset by EMS 51C at 2353. He was treated for injuries to both of his hands, which occurred during his attempt to place the SU under arrest. Undersigned requested EMS at 2337 to evaluate the remaining aided cases at the scene. EMS 51L arrived at the gate 20 jet bridge at 2352. Miss Wright-Reid was evaluated for stomach pain that she had as a result of being punched by the SU. Mr. Aarndel was evaluated for exposure to the OC spray. Mr. Swinney was evaluated for front torso pain, which was the result of being hit multiple times by the SU. All three parties refused medical attention with EMS 51L.

Undersigned made notifications to Special Agent Battaglia of the FBI at 1151 and Aminah Sullivan of TSA at 1157. Both agencies declined to respond. Sgt. Brown of CPD was notified at 0105. The SU's information was run through the NCIC database by P.O. Remanche #2261. It returned negative NCIC, negative for local warrants and negative NY/NJ DMV. Access to the plane was restricted during the investigation. As per Lt. Hernandez, control of the plane was returned to JetBlue on 04/13/2019 at 0130.

Reporting Officer: DELIONS, A.
R_CS3NC

Printed By: 43275    04/13/19 07:03

Page 5

PA1607

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

## Incident Report Suspect List

**Port Authority Police Department**

OCA: *19-004953*

| | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | **LAGODA, EVGENIY** | | **38 BLAGOEVA STREET - 37 KRASNODAR, RUSSIA** |

**Business Address**

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 39 | W | M | N | 507 | 182 | BLK | | | |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | | Color | Caliber | Dir of Travel Mode of Travel | | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes                                    Physical Char

PA1608

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



**THE PORT AUTHORITY OF NY & NJ**

**"AIDED" REPORT**                                          PA 2696 / 01-11

INSTRUCTIONS:   To be prepared by reporting officer on assist cases that are not covered by other forms such as PA 146, PA 621, etc.  Send original to claims attorney and copy to police desk.

CASE # 19K 4953                                    FACILITY: -select one- JFK

| Full Name Lagoda, Evgeniy | Sex M | Age 39 | Date 4/12/19 | Time 2230 ☐AM ☒PM |
|---|---|---|---|---|

Address 38 Blagoeva ST, Apt.37, Krasnodar, Russia                         Telephone Number

| P.A. Property ☒Yes ☐No | Place of Occurrence Terminal 5 | Exact Location of Subject Gate 20 (on JB# 659) |
|---|---|---|

Other Than P.A. Property: (Name & Address of Owner or Lessee)
Jet Blue

How Did Subject Arrive at Location
Ticketed passenger on JetBlue #659 to Kingston, Jamaica

Subject: ☐ Accompanied By:   Name -
☒ Alone              Address -

**MEDICAL DATA**

| ☐ No Treatment | ☒ First Aid at Scene | By EMS 2 |
|---|---|---|

| Ambulance Called ☒Yes ☐No | Time 2243 ☐AM ☒PM | Ambulance Responded 2250 ☐AM ☒PM |
|---|---|---|

Hospital (if hospital not listed please write-in hospital name)
- select one - Jamaica Hospital

Attending Physician
Dr. Turner

Disposition The aided was transported to Jamaica Hsp by EMS 2. (2309)

Local Police (Identify): PAPD

Witnesses (Names & Address: If None, State So)
Swinney, Calvin - 812 East 40th ST, Brooklyn, NY 11210 (JetBlue crew)

At the above t/p/o the undersigned responded to the scene of a medical emergency. The aided suffered from an apparent seizure on the airplane. EMS 2 responded for medical assistance. CPR and AED was initiated prior to EMS 2's arrival. The aided was transported to JHMC by EMS 2 at 2309. Dr. Turner, of Jamaica Hsp, pronounced the aided dead at 2335.

| Tour Commander | Date | Reporting Officer and Shield # P.O. Delions # ▮ |
|---|---|---|

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

04/13/2019    03:28                                                        (FAX)                    P.005/006

OCME Clinical Summary Worksheet.                          Fax to OCME Communications 24/7 at (646) 500-5762

**Why are you submitting this form?**

| | |
|---|---|
| ☑ | OCME has accepted jurisdiction of this decedent as a Medical Examiner (ME) case or has requested the physician submit this form for review. *Please complete sections A, B, C, D & E* |
| ☐ | The HCF is requesting storage at OCME for a decedent until the next-of-kin are ready to claim the remains. This is considered a Claim Only case where the method of disposition is "Interim" and the place is "OCME Morgue". *Please complete sections A, B, C & D (Do Not Complete Section E)* |
| ☐ | The decedents next-of-kin is requesting City Burial for a decedent whose death is due exclusively to natural disease. This is considered a City Burial case where the method of disposition is "Interment" and the place is "City Burial". Please submit the letter authorizing City Burial signed by the NOK with this form. *Please complete sections A, B, C & D (Do Not Complete Section E)* — *FGrigoryevich* |

### A. Decedent Demographics: *please complete all fields*

| | | |
|---|---|---|
| Last Name: *Lagoda* | First Name: *Evgeniy* | Middle Name: *Grigoryevich* |
| Alias: | DOB (mm/dd/yyyy)*: ▮▮▮ *For intrauterine fetal demise (IUFD), please provide the date of delivery* | MRN #: *262 0076* |
| Religion: | Sex: ☑ Male / ☐ Female | Race: | Veteran: ☐ Y / ☐ N / ☑ Unknown |

### B. Next-of-Kin (NOK) Information: *please complete all fields*

| | | |
|---|---|---|
| NOK Last Name: *Unknown* | NOK First Name: *unknown* | Cell: ( ) |
| Relationship to decedent: | Was NOK Notified? ☐ Y / ☐ N  If No, # attempts made: | Tel: ( ) |
| If NOK is unknown was NYPD notified? ☐ Y / ☐ N | Last Name: | Shield#: | Pct #: |
| If NOK is unknown was PA notified? ☐ Y / ☐ N | Last Name: | Tel: ( ) |
| Burial wishes as identified by the NOK (Check one): ☐ City Burial  ☐ Private Burial  ☐ Needs Additional time – Unknown  *If selecting City Burial, you must provide authorization for City Burial signed by the NOK or person authorized to direct disposition.* |
| Family requests additional time? ☐ Y / ☑ N | Reason: |
| Objection to Autopsy? ☐ Y / ☐ N / ☐ N/A | If yes, why? (Check One): ☐ Religious  ☐ Personal  ☐ Other: |

### C. Health Care Facility Data: *please complete all fields*

| | |
|---|---|
| Health Care Facility (HCF) Name: *Jamaica* | |
| Admission Type (Check one): ☑ ER ☐ Inpatient ☐ Long Term Care | Transported by (Check one): ☐ Self ☐ Family ☐ EMS Unit |
| When was the patient admitted? | Date: *4/12/19*  Time: *2325* |
| Address from where decedent was transported: | *JFK airport* |
| Primary Medical Doctor (PMD) Contact Info: | Last Name: —  First Name:  Tel: ( )  Cell: ( ) |
| Pronouncing Physician Contact Information: | Last Name: *Turner*  First Name: *William*  Tel: ▮▮▮  Cell: ( ) |
| Death Pronounced: | DOD (mm/dd/yyyy)*: *04/12/2019*  *For intrauterine fetal demise (IUFD), please provide the date of delivery*  Time: *2335* |

Required documents must be attached:

| | | |
|---|---|---|
| ☐ Face Sheet *(required for ALL cases)* | ☐ EMS Patient Report (PCR) *(required for ME cases)* | ☐ Discharge Summary or H&P *(required for ME cases)* |
| ☐ Death Certificate *(required for City Burial and Claim Only)* | ☐ Burial Permit *(required for City Burial and Claim Only)* | ☐ Authorization for City Burial *(required whenever City Burial is requested)* |

*Please do not attach additional medical records or otherwise unsolicited documentation.*

THIS IS A NEW YORK CITY GOVERNMENT RECORD AND SHOULD BE ACCURATELY COMPLETED BY HOSPITAL STAFF.
NOTE: This form must accompany the decedent when transported to the Medical Examiner's Office.
Version 2.0 Last revised 5/8/2018; Effective August 1, 2018

1 of 2

PA1610