# EXHIBIT II

# Part 3

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

04/13/2019   03:29   (FAX)   P.006/006

OCME Clinical Summary Worksheet

Fax to OCME Communications 24/7 at (646) 500-5762

**D. Medical Examiner Reportable Death Criteria:** For each question in Section D, please select Yes or No for the case you are reporting.

The Office of Chief Medical Examiner (OCME) may choose to exert jurisdiction over deaths occurring under the following circumstances. See OCME Website for further guidance: http://www1.nyc.gov/site/ocme/services/reporting-a-case.page

| | | |
|---|---|---|
| yes ☐ no ☑ | Is this death the result of a recent or old injury, accident, suicide, homicide, assault or therapeutic complication? | |
| yes ☑ no ☐ | Does the decedent have any type of head trauma such as subdural hematoma or known seizure disorder? | Nasal Fx injury |
| yes ☐ no ☑ | Does the decedent have a spinal cord injury, hip fracture, burns, gunshot or stab wounds or any other trauma? | |
| yes ☐ no ☐ | Did the decedent die from an overdose or intoxication from drugs, alcohol, chemicals or prescription drugs? | UNKNOWN |
| yes ☐ no ☐ | Did the decedent have any type of medical or surgical procedure that is known or suspected to have caused or contributed to the death? | UNKNOWN |
| yes ☑ no ☐ | Was the decedent under police custody, detained, a prisoner or involuntarily committed for psychiatric care? | |
| yes ☐ no ☑ | Does the death pose a suspected threat to public health, such as bacterial meningitis? | |
| yes ☐ no ☑ | Did environmental temperature (high or low) contribute to the death? | |
| yes ☐ no ☑ | Was the decedent transported from his or her workplace? | |
| yes ☐ no ☑ | Is the decedent under the age of 18 years old (excluding intrauterine fetal demise)? If yes, age: | |
| yes ☑ no ☐ | Is the decedent's identity unknown? | |
| yes ☐ no ☐ | Was the decedent in apparent good health with no explanation for the death? | UNKNOWN |
| yes ☐ no ☑ | For intrauterine fetal demise, did maternal trauma, alcohol or drug abuse contribute to the death? | |

The Office of Chief Medical Examiner (OCME) does not exert jurisdiction over deaths due exclusively to natural disease.

| | |
|---|---|
| yes ☐ no ☑ | By selecting "yes" I hereby certify that this death was caused exclusively by natural disease. |

**E. Clinical Summary: STOP** - Complete this summary for Medical Examiner Cases only!

Please **DO NOT** complete this section for claim only or city burial cases!
Please summarize the circumstances and reasons for admissions, past medical history, diagnostic work, surgical procedures and findings for all reportable deaths. Please report any bullets, alterations of wounds, and toxicology studies.

Pt on flight had "seizure" then combative/fighting passengers fell down & gorgled and turned Blue — asystole → CPR asystole.

| | | |
|---|---|---|
| William Turner | W.T. | 4/13/19 |
| Prepared by | Signature | Date |
| M.D. | E.R. | |
| Title | Department | Contact # |

THIS IS A NEW YORK CITY GOVERNMENT RECORD AND SHOULD BE ACCURATELY COMPLETED BY HOSPITAL STAFF.
NOTE: This form must accompany the decedent when transported to the Medical Examiner's Office.
Version 2.0 Last revised 5/8/2018; Effective August 1, 2018

2 of 2

PA1611

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



DEPARTMENT OF HEALTH AND MENTAL HYGIENE
OFFICE OF CHIEF MEDICAL EXAMINER

**Barbara A. Sampson, M.D.-Ph.D.**
**Chief Medical Examiner**
520 First Avenue, New York, New York 10016
Telephone: (212) 447-2030
Official Website: www.nyc.gov/ocme

# Mortuary Release Document

Case No: **Q-19-009214**     Time of release: **15:39**     Date of release: **04/19/2019**

I, Luz D Vargas Montero (14553), representing the firm of Paccione Funeral Services, located at 530 Narrows Rd S, Staten Island, New York, 10304-1601, Telephone No. 718-447-3637, hereby certify that I have received from the Office of Chief Medical Examiner the body of Lagoda, Evgeniy who died at Jamaica Hospital Medical Center. I have been duly authorized to receive the same by the father of the decedent, Trukroplav, Grigority, who resides at 39-8 Blahoeyv Street, 37 Krasnodar.

I have checked the identifying wristband, toe tags, photo and verified that they correspond with the decedent that I have been authorized to remove.

Released By:

SKIPPER

_____
Skipper Jr., Lloyd

(Mortuary Technician)

Verified by:

_____
DeJesus, Angela

(Forensic Quality Specialist)

Released To:

_____     14553

Vargas Montero, Luz D

(Funeral Director)                    (License No.)

PA1612

No 302050

Ascension _____

| Fax Start | Rem. | X-Man | Ld Mileage | Cert. P/U | Emb. Strt. | Emb. Autop | Emb. Rad Auto | W/S | Wrap | D/C | D/O | Transport | Grats |
|-----------|------|-------|------------|-----------|-----------|------------|---------------|-----|------|-----|-----|-----------|-------|
|           |      |       |            |           |           |            |               |     |      |     |     |           |       |

| Fax Corp | Tolls | Flies | Copies Unpaid | Prof Svc. | Livery | Cash Adv. | Merdise | Plastic | Unlonal | Crem Serc. | EDRS | Permit | Misc. |
|----------|-------|-------|---------------|-----------|--------|-----------|---------|---------|---------|------------|------|--------|-------|
|          |       |       |               |           |        |           |         |         |         |            |      |        |       |

**IT IS HEREBY CERTIFIED THAT THE UNDERSIGNED HAS BEEN AUTHORIZED TO THE TAKE CHARGE OF:**

The remains of: (Name of deceased)
Evgeniy Lagoda

Who died at:
Jama, ca Hospitol

On: (date)
4/12/19

By: (Name of person granting authority)
Grigoriy Truknophy

Whose address is:      Russia
38 Blagoeyv Street 37 Krasnodar,

And who is the: (relationship)
father

Remains to be removed from:
(Name of hospital health care facility or mortuary)
ACME-G19-9214

To: (Name of residence, funeral chapel or cemetery)
PACCIONE FUNERAL SERVICE

At: (address)
530 Narrows Road South
Staten Island, NY 10304

**THIS AUTHORIZATION HAS NOT BEEN THE RESULT OF ANY SOLICITATION OR IN BEHALF OF THE *UNDERSIGNED***

Signature: (Funeral Director)
Luz Vargas

New York State Funeral Director's Lic. No.
14553

Representing the firm of:
Lisovelsky F. H

Address of firm.
1783 conivisiand ave ofg

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

PA1613

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



STATE OF NEW YORK
DEPARTMENT OF HEALTH
BUREAU OF FUNERAL DIRECTING
CORNING TOWER
ALBANY, N.Y. 12237
CERTIFICATE OF REGISTRATION

PHOTO IDENTIFICATION
REQUIRED

REGISTRATION NO.
14553

Funeral Director
LUZ D VARGAS MONTERO

JUNE 30, 2020
EXPIRATION DATE

SIGNATURE
THIS IS TO CERTIFY THAT THE PERSON NAMED ON THIS CARD IS LICENSED
AND REGISTERED PURSUANT TO THE PUBLIC HEALTH LAW.

DIRECTOR, Bureau of Funeral Directing

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER




# FORENSIC TOXICOLOGY LABORATORY
## THE CITY OF NEW YORK
### OFFICE OF CHIEF MEDICAL EXAMINER
520 FIRST AVE NEW YORK, NY 10016

| | | |
|---|---|---|
| **Decedent Name :** Evgeniy Lagoda | | **Laboratory No :** FT19-01622 |
| **Medical Examiner :** Yvonne Milewski | **ME Case No :** Q-19-009214 | **Examination Date :** 4/13/2019 |

**Specimen Type :** Blood(Femoral): FT19-01622-001, Blood(Femoral): FT19-01622-002, Blood(Heart): FT19-01622-003, Blood(Heart): FT19-01622-004, Bile: FT19-01622-005, Urine: FT19-01622-006, Gastric Contents: FT19-01622-007, Brain: FT19-01622-008, Liver: FT19-01622-009, Vitreous: FT19-01622-010

| | |
|---|---|
| **Received By :** Patrick Tishion | **Date Received :** 04/15/2019 |

## Results

**Blood(Femoral) : FT19-01622-001**

| | | |
|---|---|---|
| Ethanol | Not Detected | HSGC |
| Benzoylecgonine, barbiturates, oxycodone, opiates, amphetamines, benzodiazepines, methadone, cannabinoids, fentanyl | Not Detected | IA |
| Basic Drugs | Not Detected | GC/MS |
| Gabapentin, pregabalin | Not Detected | LC/MS/MS |

**Vitreous : FT19-01622-010**

| | | |
|---|---|---|
| Ethanol | Not Detected | HSGC |

This Report has an associated Forensic Toxicology case file.

Contact FTOX_Mgrs@ocme.nyc.gov if you have questions relating to the content of this report.
Definitions of terms used in this report can be located at
http://www1.nyc.gov/site/ocme/services/toxicology-technical-manuals.page

Signed : _Gail Cooper_ 04/18/19

Dr. Gail Cooper BSc (Hons) MSc PhD CChem FRSC FHEA
Director of Forensic Toxicology

Date:    4/18/2019

Page 1 of 1

PA1615

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER




# FORENSIC TOXICOLOGY LABORATORY
## THE CITY OF NEW YORK
## OFFICE OF CHIEF MEDICAL EXAMINER
### 520 FIRST AVE NEW YORK, NY 10016

| Decedent Name : | Evgeniy Lagoda | Laboratory No : FT19-01622 | ME Case No : | Q-19-009214 |
|---|---|---|---|---|
| Medical Examiner : | Yvonne Milewski | | Examination Date : | 4/13/2019 |

**Specimen Type :** Blood(Femoral): FT19-01622-001, Blood(Femoral): FT19-01622-002, Blood(Heart): FT19-01622-003, Blood(Heart): FT19-01622-004, Bile: FT19-01622-005, Urine: FT19-01622-006, Gastric Contents: FT19-01622-007, Brain: FT19-01622-008, Liver: FT19-01622-009, Vitreous: FT19-01622-010

| Received By : | Patrick Tishion | Date Received : 04/15/2019 |
|---|---|---|

## Supplementary Report
### Results

**Blood(Femoral) : FT19-01622-001**

| | | |
|---|---|---|
| Beta-hydroxybutyrate | Not Detected | GC/MS |

**Urine : FT19-01622-006**

| | | |
|---|---|---|
| Ethanol | Not Detected | HSGC |

**Brain : FT19-01622-008**

| | | |
|---|---|---|
| Ethanol | Not Detected | HSGC |

**Vitreous : FT19-01622-010**

| | | |
|---|---|---|
| Glucose | 55 mg/dL | CA |
| Urea nitrogen | 11 mg/dL | CA |
| Creatinine | 0.3 mg/dL | CA |
| Sodium | 152 mmol/L | CA |
| Potassium | 7.4 mmol/L | CA |
| Chloride | 134 mmol/L | CA |

Note: Please refer to Report(s) on: 04/18/2019

This Report has an associated Forensic Toxicology case file.

Contact FTOX_Mgrs@ocme.nyc.gov if you have questions relating to the content of this report.
Definitions of terms used in this report can be located at
http://www1.nyc.gov/site/ocme/services/toxicology-technical-manuals.page

Signed : _____

Elba J. Arango, M.S.
Assistant Director of Forensic Toxicology

Date: 4/30/2019                                    Page 1 of 1

PA1616

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

 

**FORENSIC TOXICOLOGY LABORATORY**
**THE CITY OF NEW YORK**
**OFFICE OF CHIEF MEDICAL EXAMINER**
**520 FIRST AVE NEW YORK, NY 10016**

| Decedent Name : | Evgeniy Lagoda | Laboratory No : FT19-01622 | ME Case No : | Q-19-009214 |
|---|---|---|---|---|
| Medical Examiner : | Yvonne Milewski | | Examination Date : | 4/13/2019 |

**Specimen Type :** Blood(Femoral): FT19-01622-001, Blood(Femoral): FT19-01622-002, Blood(Heart): FT19-01622-003, Blood(Heart): FT19-01622-004, Bile: FT19-01622-005, Urine: FT19-01622-006, Gastric Contents: FT19-01622-007, Brain: FT19-01622-008, Liver: FT19-01622-009, Vitreous: FT19-01622-010

| Received By : | Patrick Tishion | Date Received : 04/15/2019 |
|---|---|---|

**Supplementary Report**
**Results**

**Blood(Femoral) : FT19-01622-001**

| | | | |
|---|---|---|---|
| Caffeine | Detected | NMS | (1) |
| Synthetic cathinones | Not Detected | LC/MS/MS | |

Note: Please refer to Report(s) on: 04/18/2019, 04/30/2019

This Report has an associated Forensic Toxicology case file.

Contact FTOX_Mgrs@ocme.nyc.gov if you have questions relating to the content of this report. Definitions of terms used in this report can be located at http://www1.nyc.gov/site/ocme/services/toxicology-technical-manuals.page

(1) See attached copy of NMS Labs report.

Signed : _Gail Cooper_ 06/12/19
Dr. Gail Cooper BSc (Hons) MSc PhD CChem FRSC FHEA
Director of Forensic Toxicology

Date:  6/12/2019                    Page 1 of 1

PA1617

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



**NMS Labs**

200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued**    05/17/2019 12:05

| | |
|---|---|
| Patient Name | FT19-01622, Q19-009214 |
| Patient ID | NP |
| Chain | 19138414 |
| Age Not Given | DOB Not Given |
| Gender | Not Given |
| Workorder | 19138414 |

To:    10074
New York Office of Chief Medical Examiner
Attn: Department of Toxicology
520 First Avenue
New York, NY   10016

Page 1 of 3

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Caffeine | Positive | mcg/mL | 001 - Femoral Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem, Expanded, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 5 mL | Not Given | Femoral Blood | |

All sample volumes/weights are approximations.
Specimens received on 05/10/2019.

NMS v.18.0

PA1618

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



| | CONFIDENTIAL | Workorder | 19138414 |
|---|---|---|---|
| | | Chain | 19138414 |
| | | Patient ID | NP |

Page 2 of 3

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Caffeine | Positive | mcg/mL | 0.20 | 001 - Femoral Blood | LC/TOF-MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1.  Caffeine (No-Doz) - Femoral Blood:

    Caffeine is a xanthine-derived central nervous system stimulant. It also produces diuresis and cardiac and respiratory stimulation. It can be readily found in such items as coffee, tea, soft drinks and chocolate. As a reference, a typical cup of coffee or tea contains between 40 to 100 mg caffeine.

    The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

CERTIFICATION: Pursuant to New York Criminal Procedure Law Section 190.30(2), I certify that this report was made by me or is a true copy thereof for testing conducted at NMS Laboratories. I further certify that I am authorized by NMS Laboratories to make this certification.

Workorder 19138414 was electronically
signed on 05/17/2019 11:18 by:

*Donna M. Papsun*

Donna M. Papsun, M.S., D-ABFT-FT
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 8052B - Postmortem, Expanded, Blood (Forensic) - Femoral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Salicylates | 120 mcg/mL |
| Cannabinoids | 10 ng/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

NMS v.18.0

PA1619

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



**CONFIDENTIAL**

| | |
|---|---|
| **Workorder** | 19138414 |
| **Chain** | 19138414 |
| **Patient ID** | NP |

Page 3 of 3

## Analysis Summary and Reporting Limits:

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.
Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

NMS v.18.0

PA1620