# EXHIBIT JJ

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**PIU-C-19-0012**

**DATE: May 21, 2019**

**TIME: 2015 hours**

**I.O. NAME: Sergeant Lawanda Irving #124**

On May 21, 2019, Port Authority Police Department ("PAPD") Sergeant Lawanda Irving (Employee #45009), of the Police Integrity Unit ("PIU") reviewed and analyzed the MERCOM radio and telephone transmissions obtained from the John F. Kennedy International Airport ("JFKIA") Police Command and the PAPD Central Police Desk ("CPD") related to the subject incident. The following members of the PAPD have been identified on the recordings:

| Rank and Name | Employee# | Post |
|---|---|---|
| Police Inspector Charles O'Connor | 47440 | Commanding Officer |
| Police Lieutenant Ramon Hernandez | 39846 | Tour Commander |
| Police Detective Sergeant James Graf | 41654 | Detective Sergeant |
| Police Sergeant Naeemah Brown | 41392 | Central Police Desk Sergeant |
| Police Sergeant Jason Corbin | 44395 | Hack Sergeant |
| Police Sergeant Anthony Croce | 42264 | Administrative Sergeant |
| Police Sergeant Dennis Mitchell | 43092 | Sergeant 8-1-A |
| Police Sergeant Robbie Vaughn | 42264 | Sergeant 8-1 Patrol |
| Detective Johany Brugnoni | 45323 | Detective |
| Police Officer Michael Bugiada | 47814 | Patrol Car Operator 8-93 |
| Police Officer Nicholas Capaccio | 44388 | 15C |
| Police Officer Ronald Cassella | 41393 | Cargo Patrol 2 |
| Police Officer Daniel DaSilva | 44674 | 15A |
| Police Officer Aaron Delions | 47428 | Patrol Car Operator 8-91 |
| Police Officer Jonathan Duran | 47359 | Patrol Car Operator 8-91 |
| Police Officer Richard Guidice | 47253 | Patrol Car Operator Romeo 2 |
| Police Officer Vincent Jannazzo | 45370 | 15 |
| Police Officer Robert Joseph | 45010 | Airtrain 27 |
| Police Officer Anthony Justincic | 50546 | Terminal Response 5 |
| Police Officer James Kostaris | 43064 | Terminal Response 7 |
| Police Officer Michael Kovalsky | 44943 | Desk Relief D |
| Police Officer Sean McCafferty | 47274 | Desk Officer |
| Police Officer Mark Napoli | 37544 | Cargo Patrol 1 |
| Police Officer Warren Norman | 44437 | Desk Call Taker |
| Police Officer Matthew Reen | 47427 | Terminal Response 24 |
| Police Officer Joseph Riccardi | 49428 | Terminal Response 2 |
| Police Officer Richard Sykula | 47923 | Terminal Response 4 |
| Police Officer Leroy Williams | 39289 | Desk Communications (CAD) |

80

PA1404

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Approximately 128 telephone calls and radio transmissions were identified as related to the subject incident. The following is a transcript of these recordings in chronological order:

**FRIDAY, APRIL 12, 2019**

**JFKIA Telephone – Comm. Desk 4 (22:20:43 hours)**

Officer Norman: "Port Authority Police."

Female Caller: "Hey how are you, we have a medical emergency going back to the Gate."

Officer Norman: "Okay, what's the location?"

Female Caller: "Uh, right now he is on Bravo going back to Terminal 5. I don't have the Gate exactly but the supervisor's on the phone with the Gate."

Officer Norman: "Okay, do you have the flight number?"

Female Caller: "Gate 20, Gate 20, Delta Alpha is going in and its Jet Blue 659, an Airbus 321. It's a male passenger, uh having seizures right now."

Officer Norman: "Male, seizures, okay. Returning to Gate 20, Jet Blue 659."

Female Caller: "Yes."

Officer Norman: "Okay, we'll send Officers over."

Female Caller: "Thank you."

Officer Norman: "You got it."

**JFKIA Patrol Radio (22:21:44 hours)**

Officer Williams: "Response 5, from Kennedy."

Officer Bugiada: "Go for 93"

Officer Williams: "Gate 25, uh, check that, Gate 2-0…aircraft returning to Gate, male having a seizure onboard."

Officer Bugiada: "Copy. Gate 20."

2

PA1405

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (22:22:10 hours)**

Officer Williams: "8-9-2, from Kennedy."

Officer Duran: "9-2."

Officer Williams: "40 for EMS."

Officer Duran: "Copy, Gate 20, Terminal 5. Right?"

Officer Williams: "Affirm."


**JFKIA Telephone – Comm. Desk 1 (22:22:20 hours)**

EMS Dispatcher: "Port Authority"

Officer Williams: "How're you doing. Male, having a seizure."

EMS Dispatcher: "Male having a seizure. 1350 again?"

Officer Williams: "Yes ma'am. It will be me all night long." *Laughs*

EMS Dispatcher: "No problem."

Officer Williams: "Bye."

EMS Dispatcher: "Bye."


**JFKIA Telephone – Comm. Desk 3 (22:23:26 hours)**

Officer Kovalsky: "Port Authority Police, Kovalsky, JFK."

Brandon (Terminal 5 Operations): "Hello, Good Evening, this is Brandon from JFK Ops T5. How you doing?"

Officer Kovalsky: "I've been better. How are you Brandon?"

Brandon: "Eh, could be better."

Officer Kovalsky: "Alright- Thanks for calling, I appreciate it."

Brandon: *laughs* "Uh we have a return to gate, due to a medical."

3

PA1406

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Kovalsky: "Uh, what gate?"

Brandon: "Gate 20."

Officer Kovalsky: "Gate 20, we already have units en-route."

Brandon: "Okay, copy that."

Officer Kovalsky: "Alright, thank you."

Brandon: "Alright."

Officer Kovalsky: "Bye Brandon."


**JFKIA Telephone – Comm. Desk 3 (22:24:19 hours)**

Officer Kovalsky: "Port Authority Police, Kovalsky, JFK."

Brandon: "How're you doing? This is Brandon again, from T5."

Officer Kovalsky: "Brandon, yeah, what's up buddy?"

Brandon: "Just giving you a little more details about that medical for Gate 20."

Officer Kovalsky: "What do ya got?"

Brandon: "Male, mid-40s."

Officer Kovalsky: "Male, mid-40s, okay."

Brandon: "He's having a seizure and blood from the mouth."

Officer Kovalsky: "Male, 40s, seizure, bleeding from mouth. Alright, thank you."

Brandon: "Copy that."

Officer Kovalsky: "Alright Brandon."

Brandon: "Alright."

4

PA1407

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (22:24:42 hours)**

Officer Williams: "Response 5, uh, 8-9-3 from Kennedy."

**JFKIA Patrol Radio (22:24:54 hours)**

Officer Bugiada: "Go for 93."

Officer Williams: "Male 40s, seizure, bleeding from the mouth."

Officer Bugiada: "Copy."

Officer Williams: "4-2-4 from Kennedy."

Officer Sykula: "Go for 4."

**JFKIA Patrol Radio (22:25:23 hours)**

Officer Williams: "Roger 4, uh, are you off with that bag?"

Officer Sykula: "Affirm, it's a wallet with currency."

Officer Williams: "Roger, 9-7-5-2-4. 9-7-5-2-4. You're gonna hold on to it and return with it. Uh-at this time. Bravo 25, Bravo 25, irate female causing a disturbance at the counter. Bravo 25."

Officer Sykula: "Copy."

Officer Williams: "Romeo 2, can you 14, uh, Response 4?"

Officer Reen: "Kennedy, 2-4 will handle. EMS 1 to Jamaica from the previous Aided. Just go with a case number."

Officer Williams: "Roger 2-4. 9-7-5-2-6. 9-7-5-2-6. One to Jamaica. You're heading to Gate 25 along with Response 4. Copy."

**JFKIA Patrol Radio (22:26:39 hours)**

Officer Williams: "8-9-1, 3-9 the Desk."

Officer Delions: "Copy."

5

PA1408

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (22:27:05 hours)**

Officer Bugiada: "Kennedy, 93 is off."

Officer Williams: "Roger, 8-9-3."

**JFKIA Patrol Radio (22:27:43 hours)**

Officer Cassella: "Kennedy, Charlie 2."

Officer Williams: "Charlie 2."

Officer Cassella: "Go with a case for the, uh, K-L-M 3-5."

**JFKIA Patrol Radio (22:29:22 hours)**

Unknown: *inaudible*

Officer Williams: "Last unit, you're not coming over. Last unit go again."

**JFKIA Patrol Radio (22:29:41 hours)**

Officer Bugiada: "Kennedy, 93, speed it up."

Officer Williams: "Roger 8-9-3, uh, male having a seizure?"

Officer Bugiada: "Negative, I'm in a fight. Send me another one."

Unknown: "Where is he?"

Officer Williams: "Roger, what's your location?"

Unknown: *inaudible*

Officer Williams: "8-9-3, what is your location?"

Officer Bugiada: "Gate 20, on the plane!"

Officer Williams: "Roger, Gate 20, Terminal 5. All units Gate 20, Terminal 5."

Officer Bugiada: "Still combative, speed it up."

6

PA1409

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Duran: "Kennedy, 92-"

Officer Williams: "Roger, just--, First unit on scene transmit. Leave the air open."

Officer Jannazzo: "15 en-route ramp side."

Officer Williams: "Roger, just call off when you're on-scene. Leave the air open."

**JFKIA Patrol Radio (22:32:41 hours)**

Sergeant Corbin: 8-1 Hack, Kennedy. Do we have any units off in Terminal 5 yet?

Officer Joseph: "Airtrain's going off right now."

Unknown: "Goin off."

Officer Williams: "Roger, keep the air clear. When you go off, let me know, first unit on scene."

Unknown: "Go, go, go"

Unknown: *sirens*

**JFKIA Patrol Radio (22:33:06 hours)**

Unknown: "We're all off."

Officer Williams: "Roger, copy. When things calm down I need one unit to let me know, uh, what the situation is."

Officer Kostaris: "Kennedy, Response 7 is off."

Officer Williams: "Roger, Response 7."

Officer Guidice: "Kennedy, Romeo 2 is off."

Officer Williams: "Roger, uh, Romeo 2, when you get on-scene, let me know if we still need more units."

Unknown: *inaudible* "…on-scene."

Unknown: "It's under control, we're getting it under control. "

7

PA1410

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Williams: "Roger, situation is under control? Last unit transmitting, come up with your call sign."

Lt. Hernandez: "8-0, Kennedy. That's affirm. Situation under control."

Officer Williams: "Roger, situation under control, 2234 hours, one unit.

Sergeant Vaughn: "8-1 Patrol is off."

Officer Williams: "Roger, 8-1 Patrol. When you can, advise the desk."

Sergeant Vaughn: "Copy."

Unknown: "Kennedy, Hack's off."

Sergeant Mitchell: "8-1 Alpha off."

Officer Williams: "Roger, 8-1 Alpha, 8-1 Patrol, off."


**JFKIA Patrol Radio (22:34:48 hours)**

Unknown: *inaudible*

Sergeant Vaughn: "Kennedy, 8-1 Patrol, no further."

Officer Williams: "Roger, 8-1 Patrol. All units, all units, no further at Gate 20, Terminal 5. No further as per 8-1 Patrol. 2235."

Unknown: "Kennedy, no further. One under."

Officer Williams: "Roger, again. No further at that location, Gate 20, Terminal 5. One unit under. One unit under, 2235 hours. No further at Jet Blue, Gate 20.

Unknown: "…alright, he's cuffed."


**JFKIA Patrol Radio (22:35:40 hours)**

Officer DaSilva: "15 Alpha, Kennedy, he's gonna need (send me?) a Bus for OC."

8

PA1411

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (22:36:10 hours)**

Officer Williams: "8-1 Patrol from Kennedy."

**JFKIA Patrol Radio (22:36:18 hours)**

Sergeant Mitchell: "Go for 8-1 Alpha."

Officer Williams: "Roger 8-1 Alpha, one unit's requesting a Bus for OC. Are we having the Bus come to 2-6-9 or out at the scene?"

Sergeant Mitchell: "Alright standby, I'll advise in one."

**JFKIA Patrol Radio (22:37:20 hours)**

Sergeant Mitchell: "8-1 Alpha, Kennedy. That's gonna be EMS to 2-6-9."

**JFKIA Patrol Radio (22:37:34 hours)**

Officer Williams: "4, 2-4, what's the situation at your location?"

Officer Sykula: "Customer Service issue, 9-8."

Officer Williams: "Roger. I need one unit to respond to TSA Lane Seven for a prohibited item in the machine."

**JFKIA Patrol Radio (22:37:59 hours)**

Officer Reen: "2-4 copies."

**JFKIA Patrol Radio (22:39:10 hours)**

Unknown: "Can one unit bring an AED back here?"

Officer Delions: "AED? Uh, 9-1, I'll, uh, respond street side."

Unknown: "Negative, street. It's on the plane."

Officer Delions: "Roger, my vehicle's street. I'll be back in two mikes."

9

PA1412

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Unknown: "What terminal is that?"

Unknown: "Terminal 5, Gate 20."

Officer Delions: "Roger, 9-1 en-route."

**JFKIA Patrol Radio (22:39:42 hours)**

Unknown: "There's one on the wall."

Unknown: "Kennedy, send EMS forthwith."

Sergeant Mitchell: "8-1 Alpha, Kennedy."

Officer Williams: "8-1 Alpha, Go."

Sergeant Mitchell: "Re-de, Redirect EMS, Terminal 5, Gate 20. Make good time."

Officer Williams: "Roger."

**JFKIA Telephone – Comm. Desk 1 (22:40:05 hours)**

EMS Dispatcher (Tara): *inaudible* "…this is Tara, how can I help you."

Officer Williams: "Yeah, how you doing? We need, uh, one unit, uh, good time, uh, they're calling for an AED. They're not really telling me what the situation is.

EMS Dispatcher (Tara): "So this has to be tersed to 9-1-1 because we…"

Officer Williams: "Yeah..I, I…"

EMS Dispatcher (Tara): "…have none available to post them on jobs...Umm, so what is it? A…"

Unknown: "Cardiac condition."

EMS Dispatcher (Tara): "Cardiac condition?"

Officer Williams: "Yeah."

Unknown: "Yep."

10

PA1413

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

EMS Dispatcher (Tara): "13?"

Officer Williams: "Yeah, 1350."

Unknown: "Make sure it goes in as Priority One."

EMS Dispatcher (Tara): "Cardiac condition…"

Officer Williams: "Let me see, where were the other two Buses? What were they here for?"

EMS Dispatcher (Tara): "One was for a non-responsive chest pain--"

Officer Williams: "Yeah--"

EMS Dispatcher (Tara): "And the other one was a seizure."

Officer Williams: "Yeah, well, th- where is the Bus for the seizure?"

EMS Dispatcher (Tara): "He shoulda been there. He shoulda been on his way. He shoulda been there already."

Officer Williams: "Can you see if he's standing outside? Because I think it's the same seizure that went cardiac."

EMS Dispatcher (Tara): "Okay, let me just see, where they at."

Officer Williams: "I need one unit, uh, 2-6-9, for EMS ASAP."

EMS Dispatcher (Tara): "Now it's disconnected. I love this machine. Oh it's connecting, gimme a second..hmm."

Officer Riccardi: "Response 2, I have a car, I'll go back."

Officer Williams: "Response 2, thank you…What'd he say?"

Unknown: *inaudible in background*

EMS Dispatcher (Tara): "He didn't even answer me. One second I'm trying to get him now."

Officer Williams: "He just told me, Bus is standing by right now."

EMS Dispatcher (Tara): "Okay, so that's the same thing?"

PA1414

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Williams: "I believe so, even if it's not, we're gonna grab him, uh…8-9, uh, Response 2, Bus is standing by 2-6-9.

EMS Dispatcher (Tara): "EMS Two, are you standing outside? Are you at 2-6-9?"

Officer Duran: *inaudible* "…do you need me to uh, respond back to 6-9, for uh, the Bus?"

Officer Williams: "Roger, I believe, uh, Response 2 said he has a car, he was gonna take him. Whoever gets there first we need that Bus ASAP."

EMS Dispatcher (Tara): "Yes, what's your ETA to 2-6-9?"

Officer Williams: *inaudible*

EMS 2: *background* "EMS 2, we've been at 2-6-9. They just have no personnel here."

EMS Dispatcher (Tara): "Okay."

Officer Williams: "Yeah, is it-- two seconds he'll be pulling up."

EMS Dispatcher (Tara): "Alright, two seconds, they'll be pulling up. No problem. Thank you."

Officer Williams: "Alright, thank you."

EMS Dispatcher (Tara): "No problem."

Officer Williams: "Bye."

EMS Dispatcher (Tara): "Bye, bye."


**JFKIA Patrol Radio (22:40:59 hours)**

Officer Williams: "I need one unit, uh, 2-6-9, for EMS ASAP."


**JFKIA Patrol Radio (22:41:08 hours)**

Officer Riccardi: "Response 2, I have a car, I'll go back."

Officer Williams: "Response 2, thank you."

EMS Dispatcher (Tara): "…one second, I'm trying to get him so that's the same thing?"

PA1415

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Williams: "I believe so, even if it's not, we're gonna grab him, uh…8-9, uh, Response 2, Bus is standing by 2-6-9.

Officer Duran: "Kennedy, 92, do you need me to uh, respond back to 6-9, for uh, the Bus?"

Officer Williams: "Roger, I believe, uh, Response 2 said he has a car, he was gonna take him. Whoever gets there first we need that Bus ASAP."

**JFKIA Patrol Radio (22:42:06 hours)**

Unknown Male: "Capaccio, come up with that 02 and the BVM."

**JFKIA Patrol Radio (22:44:12 hours)**

Sergeant Vaughn: "Kennedy, 8-1 Patrol. ETA on the Bus?"

Officer Williams: "Response 2, you have a Bus en-route?"

Sergeant Mitchell: "8-1 Alpha, Kennedy. For the CAD, CPR in progress, no shock advised."

Officer Williams: "Roger."

Unknown: *inaudible*

Unknown: "8-1, I believe Jet Blue is gonna try and open the back door for EMS to get access."

Unknown: "Copy."

**JFKIA Patrol Radio (22:45:00 hours)**

Officer Williams: "Response 2, do you have EMS en-route?"

Officer Riccardi: "I'm taking 'em up."

Officer Williams: "Roger, can you make good time to Gate 20, Terminal 5?"

13

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (22:47:46 hours)**

Sergeant Mitchell: "8-1 Alpha, Kennedy. Do you have an ETA on EMS?"

Officer Riccardi: "8-1 Alpha, I'm near Terminal 8 right now, I should be there in a couple mikes."

Sergeant Mitchell: "Alright, 10-4. Uh, it looks like Jet Blue is trying to setup a, uh, stair truck in the back of the Bus, uh, the back of the plane.

Officer Riccardi: "Alright, copy."

Sergeant Mitchell: "8-0 from 8-1 Alpha."

Lieutenant Hernandez: "Go. Go for 8-0."

Sergeant Mitchell: "8-0 are you on-scene or do you have a 3-9 number?"

Lieutenant Hernandez: "I'm on-scene, on the jet bridge."

Sergeant Mitchell: "Alright, 10-4."


**JFKIA Patrol Radio (22:49:34 hours)**

Sergeant Mitchell: "8-1 Alpha, Kennedy."

Officer Williams: "8-1 Alpha, Go."

Sergeant Mitchell: "Have the 8-5s respond."

Officer Williams: "Roger, they're notified and responding."

Sergeant Mitchell: "Alright, 10-4."


**JFKIA Patrol Radio (22:50:27 hours)**

Officer Riccardi: "Response 2, I'm off, EMS."

Officer Williams: "Roger. 2250 hours."

14

PA1417

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (22:51:14 hours)**

Officer Reen: "2-4 is off lane 7. I'll advise in effect."

Officer Williams: "Roger. Roger, uh, 1…8-1 Alpha, I need to know could you break off 15 Alpha and 15 Charlie?"

**JFKIA Patrol Radio (22:51:45 hours)**

Officer Capaccio: "15 Charlie, Kennedy. What do ya need?"

Officer Williams: "Guard Post Sierra, Info Cop."

Officer Capaccio: * inaudible*

Officer Williams: "Roger. And I need one unit for an ID check, KCM, Terminal 5."

**JFKIA Patrol Radio (22:55:38 hours)**

Detective Brugnoni: "Kennedy, 8-5s off, Terminal 5."

**JFKIA Patrol Radio (22:55:48 hours)**

Officer Williams: "Roger. 8-5s off, 2255."

**JFKIA Patrol Radio (23:00:14 hours)**

Officer Reen: "Kennedy, 2-4."

Officer Williams: "2-4, Go."

Officer Reen: "It was a novelty item voluntarily surrendered to TSA. Can you go with a case number for an NCIR?

Officer Williams: "4-9-5-1. 4-9-5-1. NCIR."

Officer Reen: "Copy."

Unknown: "Bobby Joe, it's gonna be a few mikes, okay?"

15

PA1418

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Joseph: "I copy."

**JFKIA Patrol Radio (23:01:37 hours)**

Officer Joseph: "DaSilva, on the air? Danny on the air?"

Officer DaSilva: "Yeah, go ahead."

Officer Joseph: "Disregard, I'll pull up to you, uh, standby."

Unknown: "Joseph, Charlie Papa."

**JFKIA Patrol Radio (23:02:31 hours)**

Officer Reen: "Kennedy, 2-4."

Officer Williams: "Officer Williams: "2-4, Go."

Officer Reen: "Can you put me out 8-70 Papa for this job?"

**JFKIA Patrol Radio (23:02:49 hours)**

Officer Williams: "Roger."

Officer Reen: "Thank you."

Officer Capaccio: "1-5 Charlie, can you--I'ma head over to Sierra."

Officer Williams: "Roger."

**JFKIA Patrol Radio (23:03:26 hours)**

Officer Williams: "Uh, Can I get a unit to the ID check at KCM, uh, Terminal 5 Departures?"

Officer Justincic: "Response 5, I'm going."

Officer Williams: "Roger, 5."

16

PA1419

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (23:04:08 hours)**

Officer DaSilva: "1-5 Alpha, Kennedy. Uh, show me on the back of 1-5 Charlie."

Officer Williams: "Roger, 1-5."

**JFKIA Patrol Radio (23:05:19 hours)**

Sergeant Mitchell: "15 Alpha, 8-1."

Officer DaSilva: "Go ahead."

**JFKIA Patrol Radio (23:05:29 hours)**

Officer Williams: "8-1, 1-5 Alpha and 1-5 Charlie are heading for an Info Cop at Guard Post Sierra."

Sergeant Mitchell: "Roger, when they clear have 15 Alpha, 40 to 2-6-9."

Officer Williams: "Roger, 1-5 Alpha, you copy?"

Officer DaSilva: "Affirm."

**JFKIA Patrol Radio (23:06:27 hours)**

Officer Justincic: "Kennedy, Response 5."

Officer Williams: "Response 5."

Officer Justincic: "I'm standing by, there doesn't seem to be an ID check here."

Officer Williams: "Roger. Inquire. They called it in but it was a while ago."

Officer Justincic: "Copy."

**JFKIA Patrol Radio (23:07:45 hours)**

Officer Guidice: "Kennedy, Romeo 2."

Officer Williams: "Romeo 2."

17

PA1420

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Guidice: "Roger, you can show me driving the Jamaica 2, ALS Bus. 2-6 is on board with ALS. 2-7 is gonna follow us to Jamaica Hospital."

Officer Williams: "Roger. Uh, 2308."

Officer Guidice: "Copy."

**JFKIA Patrol Radio (23:08:21 hours)**

Officer Williams: "That was 2-6 onboard, 2-7 on the follow and who's driving?"

Officer Guidice: "Gonna be Romeo as the driver."

Officer Williams: "Roger."

**JFKIA Patrol Radio (23:10:27 hours)**

Officer Capaccio: "Kennedy, show 15 Charlie off."

Officer DaSilva: "1-5 Alpha is off."

Officer Williams: "Roger."

**JFKIA Patrol Radio (23:12:20 hours)**

Sergeant Mitchell: "Airtrain, 8-1 Alpha."

Officer Joseph: "Yeah, Sarge."

Sergeant Mitchell: "When you get off at the hospital, can you go with an update?"

Officer Joseph: "Sarge, can you go again? You broke up, I'm sorry."

Sergeant Mitchell: "Roger, when you get off at the hospital, go with an update."

Officer Joseph: "Copy, I'll advise."

Sergeant Mitchell: "And the doctor's name."

Officer Joseph: "Copy, we'll get info."

18

PA1421

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (23:14:48 hours)**

Sergeant Mitchell: "1-5 Alpha, 8-1Alpha."

Officer DaSilva: "Go ahead."

Sergeant Mitchell: "Once you clear that Info Cop, can you swing by Terminal 5, Gate 20? Pick up 8-2 Bugiada."

Officer DaSilva: "Affirm."

Sergeant Mitchell: "Roger, let me know when you're en-route."


**JFKIA Patrol Radio (23:15:19 hours)**

Sergeant Mitchell: "8-1 Alpha, Kennedy."

Officer Williams: "8-1 Alpha, Go."

Sergeant Mitchell: "Once 1-5 Alpha is clear that Info Cop, he's gonna pick up 8-2 Bugiada and bring him back to 2-6-9. You can uh, request EMS for him, when they're on the way back."

Officer Williams: "Roger."


**JFKIA Patrol Radio (23:15:51 hours)**

Officer DaSilva: "Kennedy, 1-5 Alpha is gonna be en-route to uh, uh, Terminal 5, Gate 20."

Officer Williams: "Roger."


**JFKIA Patrol Radio (23:16:19 hours)**

Unknown: "Delions, on the air?"


**Central Police Desk ("CPD") Telephone (CPD Sgt. Left) (23:16:36 hours)**

Sergeant Brown: "Port Authority Police, Sergeant Brown."

Lieutenant Hernandez: "Hey Naeemah, how you doin', Lieutenant Hernandez."

PA1422

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Sergeant Brown: "Hey Lou."

Lieutenant Hernandez: "Alright. What's uh, IAD's, uh, number? The one you have on file there. The one on call?"

Sergeant Brown: "You wanna know who's the Detective on call tonight?"

Lieutenant Hernandez: "No, none of the Detectives, the IG's Office.."

Sergeant Brown: "Oh, umm..Lawanda's covering for Brennan."

Lieutenant Hernandez: "Who's covering?"

Sergeant Brown: "Lawanda Irving is covering for Brennan."

Lieutenant Hernandez: "Lawanda Irving?"

Sergeant Brown: "Umm hmm."

Lieutenant Hernandez: "And what's the…what's her number?"

Sergeant Brown: "Umm, it's 2-0-1, 5-7-7, 4-6..."

Lieutenant Hernandez: "5-7-7-4-6?"

Sergeant Brown: "3-9."

Lieutenant Hernandez: "Okay, 2-0-1-, 5-7-7, 4-6-3-9?"

Sergeant Brown: "Lawanda Irving."

Lieutenant Hernandez: "Irving, okay, Irving. Alright, thanks."


**JFKIA Patrol Radio (23:16:44 hours)**

Officer Capaccio: "15 Charlie, Kennedy. Can you go with a case number, negative condition all around."

Officer Williams: "Roger, standby one."

20

PA1423

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (23:17:08 hours)**

Unknown: *inaudible* "...Charlie Papa."

**JFKIA Patrol Radio (23:17:28 hours)**

Officer Williams: "Uh, apparently, no reception in the Desk. I picked up, calling you back and it's Officer Williams."

**JFKIA Patrol Radio (23:18:00 hours)**

Officer Justincic: *inaudible* "…Response 5."

Officer Williams: "Response 5, go."

Officer Justincic: "5-2 clear."

Officer Williams: "Roger, standby for your, uh, number."

**JFKIA Patrol Radio (23:18:43 hours)**

Officer Delions: "Kennedy, 9-1."

Officer Williams: "All units, standby one."

**JFKIA Patrol Radio (23:18:58 hours)**

Officer Williams: "Response 5, 9-7-5-4-4. 9-7-5-4-4.

**JFKIA Patrol Radio (23:19:09 hours)**

Officer Williams: "9-1, go."

Officer Delions: "Roger, still off Gate 20. One of the uh, victims is requesting EMS for stomach pain. Forty-five year old female, Gate 20.

PA1424

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (23:19:30 hours)**

Officer Williams: "Roger, female, 45, Gate 20 , uh, stomach pain?

Officer Delions: "Affirm, she was, uh, hit in the stomach."

**JFKIA Patrol Radio (23:20:08 hours)**

Unknown: "HSI, can you 3-9, 4-3-2-5?"

**JFKIA Patrol Radio (23:20:27 hours)**

Officer DaSilva: "8-2 Bugiada, one mike out."

Officer Bugiada: "Go again."

Officer DaSilva: "Step out, I'll be out in thirty seconds."

Officer Bugiada: "Roger. Ramp side at Gate 20?"

Officer DaSilva: "Affirm."

**JFKIA Patrol Radio (23:21:02 hours)**

Unknown: "HSI-U on the air?"

Unknown: "Go."

Unknown: "3-9, 4-3-2-5."

Unknown: "Copy."

**JFKIA Telephone – Comm. Desk 1 (23:22:19 hours)**

EMS Dispatcher (Tara): *inaudible* "…this is Tara."

Officer Williams: "I'm keeping you busy all night long."

EMS Dispatcher (Tara): "I see that."

PA1425

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Williams: "Okay, first, most important we need a Bus for a male--

Officer DaSilva (background): "1-5 Alpha Kennedy, show uh--"

Officer Williams: "Hold on."

Officer DaSilva (background): "…me transporting 8-2 Bugiada *inaudible*"

Officer Williams: "Roger, 2322, I'm on the line with EMS now. Umm, injured Police Officer…"

Officer DaSilva (background): "Copy."

Officer Williams: "Uh, have the Bus respond to the precinct and step in, it's gonna be a male…"

EMS Dispatcher (Tara): "Okay, Injured precinct…injured PO"

Officer Williams: "Injured yeah, injured PO…"

EMS Dispatcher (Tara): "…PO…"

Officer Williams: "What do you say? He's Thirties? Forties? Thirty-five? What do you say? Thirty-five good?"

Unknown (background): "He's an adult male."

Officer Williams: "Thirty-five? Adult male, uh, hand injury."

EMS Dispatcher (Tara): "Hand injury. This is going to 9-1-1"

Officer Williams: "Okay, and then when you're done with that I have another one for you."

EMS Dispatcher (Tara): "Oh, great. Okay. Alrighty, umm…"

Officer Williams: "Just let me know…I'll stay on the line if you can tell- oh, you have to call me back with the Bus number, right?"

EMS Dispatcher (Tara): "Yeah."

Officer Williams: "Okay, so that's the first one."

EMS Dispatcher (Tara): "Umm hmm."

Officer Williams: "The second one is a female, 45, stomach pain."

23

PA1426

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

EMS Dispatcher (Tara): "Female…45…stomach pain. Both of these are going…*inaudible*"

Officer Williams: "Correct, you- you'll call me back with both those b- uh, Bus numbers, I'm still 1350."

EMS Dispatcher (Tara): "Thirteen-Fifty, gotcha."

Officer Williams: "Alright, bye."

EMS Dispatcher (Tara): "Bye."


**JFKIA Patrol Radio (23:22:20 hours)**

Officer Joseph: "Airtrain, Kennedy. All units off Jamaica."

Officer Williams: "Roger. 2322."


**JFKIA Patrol Radio (23:22:35 hours)**

Officer DaSilva: "1-5 Alpha Kennedy, show uh, me transporting 8-2 Bugiada *inaudible*"

Officer Williams: "Roger, 2322, I'm on the line with EMS now."

Officer DaSilva: "Copy."


**JFKIA Patrol Radio (23:24:03 hours)**

Det. Sergeant Graf: "Kennedy, 8-5, 8-1 radio check."

Officer Williams: "8-5, 8-1, Eight-One you're 5 by 5."

Det. Sergeant Graf: "Copy, read you loud and clear. Thank you."

Officer Williams: "3-9 my cell."


**JFKIA Patrol Radio (23:24:26 hours)**

Unknown: *inaudible* "…copy."

PA1427

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (23:24:53 hours)**

Officer Reen: "Kennedy, 2-4."

Officer Williams: "2-4, Go."

Officer Reen: "9-8."

Officer Williams: "Rog."

**JFKIA Patrol Radio (23:25:14 hours)**

Officer Capaccio: "15 Charlie, Kennedy. You got no other jobs, I'm gonna go delayed 8-3-7."

**JFKIA Patrol Radio (23:25:52 hours)**

Officer DaSilva: "1-5 Alpha, Kennedy. Show me uh, show me off 2-6-9. Front of the building."

Officer Williams: "2325. EMS en-route."

**JFKIA Patrol Radio (23:26:34 hours)**

Sergeant Mitchell: "8-1 Alpha Kennedy."

Officer Williams: "8-1 Alpha."

Sergeant Mitchell: "Can you go with the time that uh, the aided went to the hospital?"

Officer Williams: "Roger, standby…2309, Romeo Two reported driving EMS Bus with ALS on board.

Sergeant Mitchell: "10-4, thank you. 2309."

Officer Williams: "Roger. They just went off Jamaica."

Sergeant Mitchell: "Roger. That was to Jamaica, affirm?"

Officer Williams: "Affirm."

Sergeant Mitchell: "Thank you."

PA1428

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (23:27:33 hours)**

Officer Williams: "Response 5, did you get your number?"

**JFKIA Patrol Radio (23:27:41 hours)**

Officer Williams: "Response 5 from Kennedy."

Officer Justincic: "Affirmative. I got it, thank you."

Officer Williams: "Rog."

**JFKIA Patrol Radio (23:30:17 hours)**

Sergeant Mitchell: "8-1 Alpha, Kennedy."

**JFKIA Patrol Radio (23:30:26 hours)**

Officer Williams: "8-1 Alpha, Go."

Sergeant Mitchell: "You're gonna have an additional aided…*inaudible*… to respond to, it's gonna be one of the flight crew, uh, I'll have the Bus coming out take a look at him as well but you just note it in the CAD.

Officer Williams: "Roger, you're coming in and out. You need a Bus to respond to one of the flight crew members?

Sergeant Mitchell: "I should have a Bus coming out for one of the passengers, affirm?"

Officer Williams: "Affirm, 45-year-old female, stomach pain. You're having a crew member checked out also, is that affirm?"

Sergeant Mitchell: "Affirm. It's gonna be a male, I'll get you the age."

**JFKIA Patrol Radio (23:31:25 hours)**

Sergeant Mitchell: "8-1 Alpha, Kennedy."

Officer Williams: "8-1 Alpha, Go."

26

PA1429

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Sergeant Mitchell: "52 year old male, pain to the chest from uh, strikes."

Officer Williams: "Roger, copy."

Sergeant Mitchell: "Roger, no difficulty breathing at this time."

Officer Williams: "Roger."


**JFKIA Patrol Radio (23:31:59 hours)**

Officer Williams: "One unit to standby 2-6-9 for EMS."


**JFKIA Patrol Radio (23:32:46 hours)**

Officer Williams: "Response 5, 3-9 again."


**JFKIA Telephone – Comm. Desk 1 (23:33:00 hours)**

Officer Williams: "Alright listen, you need to uh, go back to the plane. Uh, some of the cops think they lost their memo books on board the aircraft. So, can you check?

Officer Justincic: "Yeah, I got it."

Officer Williams: "Alright, thanks bye."


**JFKIA Patrol Radio (23:33:51 hours)**

Unknown: *inaudible*

Officer Joseph: "Airtrain, 8-1 Alpha."


**JFKIA Telephone – Comm. Desk 1 (23:34:04 hours)**

Officer Williams: "How ya doing?"

EMS Dispatcher (Tara): "Hi, this is Operator 30 from…"

Officer Williams: "Okay so the number for the injured Police Officer is what?"

27

PA1430

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

EMS Dispatcher (Tara): "4702."

Officer Williams: "4702?"

EMS Dispatcher (Tara): "Umm hmm."

Officer Williams: "Alright and the number for the 45…"

EMS Dispatcher (Tara): "…female?

Officer Williams: "Female."

EMS Dispatcher (Tara): "4710."

Officer Williams: "4710."

EMS Dispatcher (Tara): "Yeah, both of them are en-route."

Officer Williams: "Okay, just for your CAD."

EMS Dispatcher (Tara): "Umm hmm."

Officer Williams: "Umm, I'm gonna take the Bus for the...that's going out to the aircraft for the female, 45, stomach pain…"

EMS Dispatcher (Tara): "Umm hmm."

Officer Williams: "…they're also gonna check out a, uh, male 52, hit in the chest. There was a fight onboard the aircraft, so, it's not a chest pain, uh you know, just breather type of thing."

EMS Dispatcher (Tara): "Oh okay, so you're gonna take that same…"

Officer Williams: "Yeah, they're gonna check out two different people with, ya know, complaints."

EMS Dispatcher (Tara): "Okay, okay, no problem…" *inaudible*

Officer Williams: "Alright."

EMS Dispatcher (Tara): "No problem."

Officer Williams: "Alright, bye."

EMS Dispatcher (Tara): "Bye."

PA1431

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (23:34:10 hours)**

Sergeant Mitchell: "2-6, 2-7, 8-1 Alpha."

**JFKIA Patrol Radio (23:35:59 hours)**

Officer Williams: "Response 5, disregard last."

Officer Justincic: "Copy."

**JFKIA Patrol Radio (23:37:43 hours)**

Officer Williams: "Kennedy Desk to available unit to standby 2-6-9 for EMS transport."

**JFKIA Patrol Radio (23:38:02 hours)**

Officer Capaccio: "15 Charlie, I'll break away from 3-7."

Officer Williams: "Roger, 1-5 Charlie. It's gonna be going to Gate 20. Uh, it's gonna be for uh, one crew member and one passenger."

Officer Capaccio: "Copy."

**JFKIA Patrol Radio (23:41:54 hours)**

Unknown: "Unit with EMS, uh, try and figure out which Bus that is."

Unknown: "You got another Bus?"

Unknown: "Yeah, we got two coming. One for the PO and uh, one for the aided."

Unknown: "Copy."

**JFKIA Patrol Radio (23:42:36 hours)**

Unknown: "Kennedy, I'm gonna send EMS in for the PO."

Unknown: "Copy, we're waiting."

29

PA1432

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (23:44:42 hours)**

Officer Capaccio: "EMS en-route to Terminal 5, Gate 20."

**JFKIA Patrol Radio (23:45:00 hours)**

Officer Capaccio: "Kennedy, you copy?"

Officer Williams: "Roger, you're en-route with EMS to Gate 20, Terminal 5 is that affirm?"

Officer Capaccio: "That's affirm."

**JFKIA Patrol Radio (23:45:18 hours)**

Officer Napoli: "Kennedy, Charlie 1."

Officer Williams: "Charlie 1."

Officer Napoli: "Case number Emirates."

Officer Williams: "9-7-5-2-5. 9-7-5-2-5."

Officer Napoli: "Roger. Show me on to Cathay."

**JFKIA Telephone – Comm. Desk 3 (23:49:26 hours)**

Officer Kovalsky: "Port Authority Police, Kovalsky, JFK."

Detective Brugnoni: "Hey, it's Brugnoni, how are you?"

Unknown: *inaudible*

Detective Brugnoni: "Hello?"

Unknown: *inaudible*

Officer Kovalsky: "Hello?"

Detective Brugnoni: "Hello? Hey, Brugnoni. Hey, can you do me a favor? Do you if Koloskov is working right now?"

30

PA1433

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Kovalsky: "I don't think so…*inaudible*…hang on let me check…*inaudible*""

Detective Brugnoni: "Cause he was working the afternoon I don't know if he got forced or if he held over."

Officer Kovalsky: "Hang on...*inaudible*...standby."


**JFKIA Telephone – Comm. Desk 3 (23:50:49 hours)**

Officer Kovalsky: *inaudible*

Detective Brugnoni: "Yeah."

Officer Kovalsky: "I don't have him on the roll."

Detective Brugnoni: "Alright, no problem. Thank you."

Officer Kovalsky: "Yep."

Detective Brugnoni: "Bye."


**JFKIA Patrol Radio (23:52:36 hours)**

Officer DaSilva: "1-5 Alpha, Kennedy."

Officer Williams: "1-5 Alpha."

Officer DaSilva: "8-2 Bugiada, 8-2 McCafferty on board Bus 5-1 Charlie to Manhasset LIJ."

Officer Williams: "Roger, 2352."

Officer DaSilva: "Roger.  You can show me on the follow."


**JFKIA Patrol Radio (23:54:38 hours)**

Sergeant Mitchell: "15, 8-1 Alpha."

Officer Jannazzo: "Go ahead."

Sergeant Mitchell: "What's your location?"

31

PA1434

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Jannazzo: "Standing by Terminal 5 Departures, waiting for 800."

Sergeant Mitchell: "Rog."

**JFKIA Patrol Radio (23:55:02 hours)**

Sergeant Mitchell: "8-1 Alpha, Kennedy."

Officer Williams: "8-1 Alpha."

Sergeant Mitchell: "Have an available unit 50 with me, Terminal 5, Gate 20."

**JFKIA Patrol Radio (23:55:26 hours)**

Officer Williams: "1-5 from Kennedy."

Sergeant Mitchell: "Nah, he's waiting for 800. Send me somebody else."

**JFKIA Patrol Radio (23:55:44 hours)**

Officer Justincic: "Response 5, I can step out."

Officer Williams: "Uh, Roger, I believe he said available sector. You need a sector, uh Sarge, or you need a unit?"

Sergeant Mitchell: "Response 5 is fine. Thank you."

Officer Williams: "Rog."

**JFKIA Patrol Radio (23:56:40 hours)**

Sergeant Croce: "8-9-2, 8-1."

**JFKIA Patrol Radio (23:56:50 hours)**

Sergeant Croce: "8-1 Alpha, 8-1."

PA1435

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

**JFKIA Patrol Radio (23:56:58 hours)**

Sergeant Croce: "8-1 Alpha, on the air?"

Sergeant Mitchell: Go 'head."

Sergeant Croce: "Do you have 92?"

**JFKIA Patrol Radio (23:57:11 hours)**

Sergeant Mitchell: "Go again."

Sergeant Croce: "Do you have 92 on a job?"

**JFKIA Patrol Radio (23:57:24 hours)**

Officer Williams: "Roger, is uh, somebody trying to raise the desk?"

Sergeant Mitchell: "That's a negative. 92 is not at my location."

Sergeant Croce: "Kennedy, raise 92 have him 3-9 the Main."

Sergeant Mitchell: "Alright Roger."

Officer Williams: "8-9-2, 3-9 the Main House. 8-9-2."

**JFKIA Patrol Radio (23:58:22 hours)**

Officer Williams: "1-5 Charlie, are you off Terminal 5 yet?"

Officer Capaccio: "Off with EMS."

Officer Williams: "Roger, 2358. I'll show you off."

**JFKIA Patrol Radio (23:58:58 hours)**

Officer Justincic: "Kennedy, Response 5."

Officer Williams: "Response 5, go."

33

PA1436

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Justincic: "8-1 Alpha's exact location?"

Officer Williams: "8-1 Alpha come up with your exact location for Response 5."


**JFKIA Patrol Radio (23:59:21 hours)**

Officer Williams: "8-1 Alpha from Kennedy."

Sergeant Mitchell: "G'head."

Officer Williams: "Roger, Response 5 is trying to 50 with you, uh, come up with your exact location."

Sergeant Mitchell: "On board the aircraft."

Officer Williams: "Roger, Response 5 copy? On board the aircraft."

Officer Justincic: "Copy. Stepping over."


**JFKIA Telephone – Comm. Desk 3 (23:59:50 hours)**

Officer Kovalsky: "Port Authority Police. Kovalsky. JFK."

Detective Brugnoni: "Hey, it's Brugnoni again. Sorry to bother you but, let me ask you a question, is Mazuryan here?

Officer Kovalsky: "Uh, no."

Detective Brugnoni: "He's not working either.  Is there anybody working the tour that speaks Russian?

Officer Kovalsky: "Ooh. Uh...not that I know of. No. Those would be the only two that I would go with."

Detective Brugnoni: "Do you guys have the uh.."

Officer Kovalsky: "Maybe…nah, not even Mezzacappa, nah, never mind."

Detective Brugnoni: "Nah, Mezzacappa, Mezzacappa barely speaks English."

Officer Kovalsky: "Ah ha! Listen to you. I love it. Here he is, Mezzacappa. No, I'm kidding. Anyway, no.

PA1437

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Detective Brugnoni: "Alright, bye. Uh, you guys don't have the…you guys don't have the language line number around, do you?"

Officer Kovalsky: "Uh…yeah. Hang on, hang on. I just saw that…Nah, he does not."

Detective Brugnoni: *inaudible*

Officer Kovalsky: "You know what, give me a few minutes and I- I'll send you a text, alright Bud?"

Detective Brugnoni: "You have my number, right?"

Officer Kovalsky: "Yup."

Detective Brugnoni: "I appreciate it Bud."

Officer Kovalsky: "Bye."


**SATURDAY, APRIL 13, 2019**

**JFKIA Telephone – Comm. Desk 1 (00:03:26 hours)**

Officer Williams: "What's up Sarge?"

Sergeant Mitchell: "Hey, could you uh, tell me what time we got this Terminal 5 job as an Aided?"

Officer Williams: "Okay, uh…it came in as a seizure."

Sergeant Mitchell: "Came in as a seizure."

Officer Williams: "Yeah, standby one second…it came in as a seizure. Uh, plane returning to Gate, male seizing on board the aircraft at 2221 hours."

Sergeant Mitchell: "2221 as a male seizing on board the aircraft."

Officer Williams: "Correct, and then we got additional information. Male, forties having a seizure, bleeding from the mouth. That was at 2225."

Sergeant Mitchell: "2225 they called back and they said he was already bleeding from the mouth?"

Officer Williams: "Correct. And…2221 is when the request for uh 85 came up."

Sergeant Mitchell: "2221 is when the 85 came out."

PA1438

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Williams: "Correct."

Sergeant Mitchell: "Gotcha. Okay."

Officer Williams: "Uh…"

Sergeant Mitchell: *inaudible* "…is the 85."

Officer Williams: "Uh, yeah. Do we, eh..uh..have a 16?"

Sergeant Mitchell: "Uh…"

Officer Williams: "Get back to me."

Sergeant Mitchell: "Yeah, actually if you could reach out to Joseph and tell him to uh, respond back to 2-6-9 with the three that he has with him."

Officer Williams: "Three what?"

Sergeant Mitchell: "The three…well…it's…the three officers at the hospital. They're no longer needed there. Have them respond to 2-6-9."

Officer Williams: "Okay, I'm a little confused. Wh- what, Joseph."

Sergeant Mitchell: "Rob Joseph. Airtrain 2-6, 2-7…

Officer Williams: "Okay…"

Sergeant Mitchell: "…and Romeo 2 went to the hospital with the, uh, perp."

Officer Williams: "Alright, so, they- you want all three to return…"

Sergeant Mitchell: "To 2-6-9 and standby."

Officer Williams: "And…negative 16? Or you'll get back to me?"

Sergeant Mitchell: "Nah, nah, there's uh…"

Officer Williams: "I know, alright…"

Sergeant Mitchell: "I'll get back to you on that…"

Officer Williams: "Okay, alright, bye."

36

PA1439

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Sergeant Mitchell: "Okay, no problem."

**JFKIA Patrol Radio (00:06:27 hours)**

Officer Duran: "Capaccio, on the air?"

Officer Capaccio: "Go."

Officer Duran: "Do you have the Bus number that RMA'd the passengers?"

Officer Capaccio: "5-1 Lima."

Officer Duran: "5-1 Lima, copy."

**JFKIA Patrol Radio (00:07:32 hours)**

Lieutenant Hernandez: "8-0, Kennedy. You can show, uh, Inspector on-scene at this time…*inaudible*"

Officer Williams: "Roger, 0-0-0-7. CO on-scene."

Lieutenant Hernandez: "Copy that."

**CPD Telephone – CPD Sgt. Main (00:08:25 hours)**

Sergeant Brown: "Port Authority Police, Sergeant Brown."

Inspector O'Connor: "Hi, how ya doing? It's Inspector O'Connor from JFK. How are you tonight?"

Sergeant Brown: "Good Inspector, yourself?"

Inspector O'Connor: "Good, good. I'm uh, I'm present over at uh, JFK, umm Terminal 5. Umm, I just want to put out a CPD message regarding an Aided. Umm, basically, uh, at 2155, umm, JFK patrol command, uh, had a, uh, a seizure, a male with a seizure on board a Jet Blue flight that was uh, scheduled to take off.

Sergeant Brown: "Okay."

Inspector O'Connor: "The uh, the flight returned back to the gate at uh, 22…"

37

PA1440

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Sergeant Brown: "You know what Inspector?

Inspector O'Connor: "Yes?"

Sergeant Brown: "Hold on one second. What I'm gonna do is actually print the UOC. This took place on the plane it's a UOC notification.

Inspector O'Connor: "Uh, Chief Gonzalez wanted a notification made to CPD and uh…"

Sergeant Brown: "Oh okay, he's the one who said to put it out? No problem."

Inspector O'Connor: "Well yeah, but it's gonna be a very, uh, brief, uh, message."

Sergeant Brown: "Okay, so should it go all COs…"

Inspector O'Connor: "Yes."

Sergeant Brown: "…or just in the Registry?"

Inspector O'Connor: "Uh, well I guess it can just go, it can go in the Registry, but it's gonna be very brief."

Sergeant Brown: "Okay."

Inspector O'Connor: "Umm, basically stating, umm, what we're gonna say. Alright, so basically we'll have, uh, patrol responded to an Aided of uh, male having a seizure on board Jet Blue flight at 2224 hours. Umm, the Aided was removed from Terminal 5 and taken to Jamaica Hospital where he subsequently expired at 2335 hours. Okay, now umm…"

Sergeant Brown: "What was the *inaudible*?"

Inspector O'Connor: "2335 hours."

Sergeant Brown: "Okay, at 2224 hours, uh, JFK units responded to an Aided of a male se- having a seizure on board a JF-, JF-, uh, Jet Blue flight."

Inspector O'Connor: "Umm hmm."

Sergeant Brown: "Aided transported to Jamaica Hospital and expired at 2335 hours."

Inspector O'Connor: "Perfect. Now on the side, uh, not in this note. But I need you to uh, make a special notification to IG, Steve Pasichow, he's the Inspector General."

Sergeant Brown: "Okay."

PA1441

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Inspector O'Connor: "And make a notification to the on-duty Public Information Officer. Because there was, you know, there was definitely a lot of people on the flight and uh, we don't know if there's you know, any media or social media that's reporting on this. So, uh, basically we want the PIO to be involved in it, in case there's any issues. I'm currently uh, out at the, I'm out at the scene and uh, if they need anything they can reach me on my cell.

Sergeant Brown: "Okay."

Inspector O'Connor: "Yeah, so tha- that obviously, that's not in there, in the, uh, the blast. But you know…

Sergeant Brown: "No,

Inspector O'Connor: "…to make notifications, yeah…

Sergeant Brown: "…but the Public Information Officer. I don't normally give them that information. But I can reach out to the IG."

Inspector O'Connor: "Well, make…yeah, make the notification…uh this is as per Chief Gonzalez. He wants IG notification to Steve Pasichow and he wants the on-duty Public Information Officer notified."

Sergeant Brown: "Okay."

Inspector O'Connor: "I'm just saying that if any of these people have a question, they can just reach me on my cell if they want to speak to me direct. I'm at 9-1-7, 8-8-5, 0-4-6-9.

Sergeant Brown: "Okay, so when I speak to the PIO, I'm gonna give him this same notification, correct?"

Inspector O'Connor: "Okay, that's great. Yep."

Sergeant Brown: "Okay, no problem."

Inspector O'Connor: "Alright, I'm sorry, I didn't catch your name, Sarge. What was it?"

Sergeant Brown: "Sergeant Brown."

Inspector O'Connor: "Sergeant Brown. Okay, thank you so much."

Sergeant Brown: "You're welcome no problem"

Inspector O'Connor: "Have a good night. Bye, bye."

PA1442

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Sergeant Brown: "You too. Bye, bye."


**JFKIA Patrol Radio (00:12:04 hours)**

Officer Williams: "8-9-2 from Kennedy."

Officer Duran: "92"

Officer Williams: "Roger, did I copy correctly that EMS has RMA'd both the crew member and passenger?"

Officer Duran: "That's affirm Kennedy."

Officer Williams: "Roger, do you have the Bus number for the CAD, please?"

Officer Duran: "Affirmative, that's gonna be 5-1 Lima. Go with a case. Oh, actually, uh, everything's gonna be together."

Officer Williams: "Roger."


**CPD Telephone – CPD Sgt. Main (00:13:33 hours)**

Sergeant Irving: "Sergeant Irving."

Sergeant Brown: "Hi, Good Evening, Sergeant Brown, CPD. How are you?"

Sergeant Irving: "Good, how are you?"

Sergeant Brown: "Good, uh, they had an incident at JFK and as per Inspector O'Connor and Chief Gonzalez they wanted me to make you aware of it. Just in case of anything."

Sergeant Irving: "Yes, it's…"

Sergeant Brown: "Hold on one second, tho- let me just get the other line."


**CPD Telephone – CPD Sgt. Main (00:14:40 hours)**

Sergeant Brown: "Sorry about that."

Sergeant Irving: "That's okay. I've already been notified. This is about the prisoner that was, that died?"

PA1443

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Sergeant Brown: "See now, nobody told me it was a prisoner. They just said it was a Aided."

Sergeant Irving: "Okay, it was at Kennedy within the last hour, correct?"

Sergeant Brown: "This is at Kennedy with, uh, yeah, 2224 hours he expired at uh, the hospital?"

Sergeant Irving: "Yes, okay. Yes, I've been notified, thank you."

Sergeant Brown: "Okay, so this was a prisoner? Cause I'm, I'm, otherwise I'm putting out the wrong information. You know what I'll call them back."

Sergeant Irving: "Okay, I'm headed out there myself, so I've been getting pieces of information. But from what I understand, he was either in custody or they were attempting to put him in custody. I don't know the semantics of it yet."

Sergeant Brown: "He's telling me this is an aided. This is totally not correct."

Sergeant Irving: "Who, who did you speak to?"

Sergeant Brown: "Uh, Inspector O'Connor."

Sergeant Irving: "Okay, I haven't spoken to him yet directly so I would put out whatever he directed you because he's probably at the scene and I'm not there."

Sergeant Brown: "Okay I'll follow up."

Sergeant Irving: "Okay?"

Sergeant Brown: "Okay. Thank you."

Sergeant Irving: "Yeah…Alrighty...bye, bye."

Sergeant Brown: "Okay. Bye, bye."


**CPD Telephone – CPD Sgt. Main (00:16:27 hours)**

Lieutenant Hernandez: "Lieutenant Hernandez."

Sergeant Brown: "Hey Lou, it's Naeemah, how are you?"

Lieutenant Hernandez: "Good, what's going on?"

Sergeant Brown: "Lou, I just spoke with the Inspector who asked me to put out a notification um.."

41

PA1444

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Lieutenant Hernandez: "Uh huh…"

Sergeant Brown: "…and I have to speak with IG as well, but there's some, a little bit of conflicting information. Was this guy a prisoner?"

Lieutenant Hernandez: "He was an Aided. He was an Aided. He was, he was becoming a prisoner. He…assaulted uh…he assaulted one of the Officers. The first Officer who responded."

Sergeant Brown: "He assaulted one of our Officers?"

Lieutenant Hernandez: "Yes…"

Sergeant Brown: "Okay, did that…"

Lieutenant Hernandez: "That is…"

Sergeant Brown: "Did that happen onboard the plane?"

Lieutenant Hernandez: "Onboard the plane, yes. In the rear of the plane."

Sergeant Brown: "Okay, before he started seizing? Or…You know I'm just. *inaudible* …I just want to put out proper notifications here and I got a lotta bad information. So I'm putting it out as a Aided and I'm just sayin…I'm talking about the seizure, but there's actually an assault involved?"

Lieutenant Hernandez: "Uh, well yes. He was, he was combative with one of the first officers that responded. Uh, basically, taking swings at, at the, the, uh responding officer and he had to be cuffed."

Sergeant Brown: "Okay. Alright. I'll…I'll just figure this one out. Okay."

Lieutenant Hernandez: "Alright."

Sergeant Brown: "Thank you."

Lieutenant Hernandez: "Al-alright. You got it. Bye."

Sergeant Brown: "Bye, bye."


**JFKIA Patrol Radio (00:18:28 hours)**

Officer DaSilva: "1-5-Alpha, Kennedy."

PA1445

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Williams: "1-5 Alpha."

Officer DaSilva: "Roger, show uh, show us off at the *inaudible* for LIJ."

Officer Williams: "Roger, copy. 0-0-1-8 hours."

**CPD Telephone – CPD Sgt. Main (00:26:32 hours)**

Scott Ladd (Port Authority Media Relations): "Scott Ladd."

Sergeant Brown: "Hi, Sergeant Brown, CPD. How are you? Good Morning."

Scott Ladd: "Hey Sergeant, how are you?"

Sergeant Brown: "I'm good. I was called…I was, uh, told to give you a call regarding an incident at JFK."

Scott Ladd: "Is this the one on the Jet Blue, uh, flight?"

Sergeant Brown: "Yes. You've already been notified?"

Scott Ladd: "Yeah, uh…Bilich just called us actually, a few minutes ago. But I thank you for reaching out. Umm, yeah, just as an FYI, uh he mentioned there was a disturbance on I guess, a plane as it was heading to Jamaica, is that correct?"

Sergeant Brown: "Correct."

Scott Ladd: "Yeah, and umm, the guy I guess turned violent and we were called at that point and I know the guy expired so…oh you know our plan is basically Sergeant, to just kinda keep it uh, that we're looking into it. It's under investigation and really say nothing else…"

Sergeant Brown: "Okay…*inaudible*"

Scott Ladd: "Unless you have other information to offer…"

Sergeant Brown: "Inspector O'Connor gave me a notification to put out, well, I mean, at this point I think I'm probably just gonna put it in the Register as opposed to putting it out. But umm…"

Scott Ladd: "You wanna just give it to me again, to make sure we're all on the same page? Is that okay?"

43

PA1446

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Sergeant Brown: "Sure, umm…My notification says that umm, at 2224 hours, uh, JFK units responded to a Aided uh, of a male seizing aboard a JetBlue flight. Aided was transported to Jamaica Hospital and expired at 2335 hours."

Scott Ladd: "Okay… 2335 you said?"

Sergeant Brown: "Yes, sir."

Scott Ladd: "Alright, yeah, that's pretty much what Bilich had told us as well, that uh, that they were, I guess this guy turned violent. Sounds like a crazy case. I guess we'll find out more as, as time goes on, right?

Sergeant Brown: "Yes."

Scott Ladd: "It sounds pretty nuts. Great Sergeant, thank you, yeah I think we're in pretty good shape. If I have any other questions I will give you a call back tho okay…"

Sergeant Brown: "That's fine, you can call me…"

Scott Ladd: "I'm gonna reach…I'm gonna reach out to Inspector O'Connor, but I'll call you guys probably first if I need to…"

Sergeant Brown: "Okay, no problem."

Scott Ladd: "Alright, I hope you have a quieter night going forward."

Sergeant Brown: "I'm sorry?"

Scott Ladd: "I hope you have a quieter night from here."

Sergeant Brown: "Yeah, no, no problem. You know I, I actually had to call Steve Coleman first because I don't have an April calendar of who's on, you know, who's on duty."

Scott Ladd: "Yeah, I, I am by the way. And if you need any, if you have anything either tonight, tomorrow or whenever you're on duty again, yeah, just feel free to call me, Scott Ladd. I'm on the home duty…"

Sergeant Brown: "Okay, Scott, if you have an updated calendar of…"

Scott Ladd: "Yeah, let me…what's your email? Let me forward it to you guys."

Sergeant Brown: "Send it to P-A-P-D-C-P-D."

44

PA1447

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Scott Ladd: "C-P-D...okay, I will send it over, I'll try to dig it up and if I don't get it tonight, I'll get it tomorrow, but I'll *inaudible*…"

Sergeant Brown: "Not a problem."

Scott Ladd: "I'll definitely send you guys the calendar."

Sergeant Brown: "Much appreciated…"

Scott Ladd: "Appreciate it Sergeant, thanks."

Sergeant Brown: "You're welcome. Bye, bye."

Scott Ladd: "Talk to you soon. Bye."


**JFKIA Telephone – Comm. Desk 1 (00:28:52 hours)**

Officer Williams: "Uh, are you tied up doing something?"

Officer Duran: "I'm just uh, helping out, with uh, Delions with uh, witness statements and you know, anything that he needs 'cause that's, that's a lotta sh*t. You know."

Officer Williams: "Alright, no problem, you're tied up. Never mind."

Officer Duran: "Alright."

Officer Williams: "Alright Bye."


**CPD Telephone – CPD Sgt. Main (00:29:22 hours)**

Inspector O'Connor: "Yeah."

Sergeant Brown: "Inspector?"

Inspector O'Connor: "Inspector O'Connor, can I help you?"

Sergeant Brown: "Hi Inspector, Sergeant Brown, CPD. Just calling you back to let you know that, um, I was able to reach out to Scott Ladd, the PIO on-duty."

Inspector O'Connor: "Who- who is that? What's his name?"

Sergeant Brown: "His name is Scott Ladd."

PA1448

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Inspector O'Connor: "Scott…"

Sergeant Brown: "Ladd. L-A-D-D."

Inspector O'Connor: "Okay."

Sergeant Brown: "He did advise that uh, uh, uh, that Mr. Bilich, Chief Bilich had spoken to him, probably a few minutes before I called.

Inspector O'Connor: "Uh, huh."

Sergeant Brown: "Umm, IG was already notified. They're on their way over there."

Inspector O'Connor: "Okay, sounds good."

Sergeant Brown: "Okay? Uh, sir?"

Inspector O'Connor: "Yep?"

Sergeant Brown: "I just wanted to…I think I'm just gonna put this in the Registry instead of sending it out to everybody. Are you okay with that?

Inspector O'Connor: Which one?

Sergeant Brown: "The-the notification that you gave me. About the Aided."

Inspector O'Connor: "No, uh, the Chief wanted it CPD, you it…"

Sergeant Brown: "CPD all CO's or…?"

Inspector O'Connor: "Umm…"

Sergeant Brown: "If I send it all CO's it's going to all the bosses."

Inspector O'Connor: "Even the civilians?"

Sergeant Brown: "I believe that list is supposed to be all CO's."

Inspector O'Connor: "Yeah…"

Sergeant Brown: "I can look at it again. And just call you back to make sure it's all just internal."

Inspector O'Connor: "Well, I-I mean, unless it's, you know I mean the Chief said he just wanted a brief message and I told him what we have was pretty brief enough."

46

PA1449

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Sergeant Brown: "Yes, that's fine. I just-I just…"

Inspector O'Connor: "Did you put that out yet? Because I didn't look at my phone yet."

Sergeant Brown: "Well I was trying to reach the IG and uh and Steve Coleman."

Inspector O'Connor: "Alright, I-I think I would just put out, you know that I guess for the CO's…"

Sergeant Brown: "Roger that."

Inspector O'Connor: "Uh, that just, that just, basic Aided, stuff that, you know, guy had a seizure and uh, he subsequently was taken to the hospital and he expired. I think that's enough. It's very light, yeah."

Sergeant Brown: "Yes, sir."

Inspector O'Connor: "I appreciate it. Thank you."

Sergeant Brown: "You're welcome. Bye."

Inspector O'Connor: "Bye."


**JFKIA Patrol Radio (00:51:56 hours)**

Officer Reen: "2-4 is off Bravo 46."

Officer Norman: "Roger 2-4."

Lieutenant Hernandez: "8-1 Mitchell, from 8-0."

Sergeant Mitchell: "Go ahead."

Lieutenant Hernandez: "Can you confirm the hospital the Officer went to? Is it Manhasset or Long Island Jewish?"

Sergeant Mitchell: "Alright, standby."

Officer Norman: "8-0, that's gonna be Northshore Manhasset, slash, LIJ, same."


**CPD Telephone – CPD Sgt. Main (01:06:17 hours)**

Sergeant Brown: "Port Authority Police, Sergeant Brown."

PA1450

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Delions: "Hi Ma'am, good night, this is Officer Delions, from JFK."

Sergeant Brown: "Hey, how are you?"

Officer Delions: "I'm well thank you. I was advised to make notifications about an incident that we're investigating right now at Terminal 5."

Sergeant Brown: "Okay."

Officer Delions: "Uh, alright, so…it came in as a medical. It was a pl-, it was an outbound flight. Flight 6-5-9 from Terminal 5 to Kingston Jamaica. Umm, it departed at Gate Eighteen and while they were still taxiing, uh, one of the passengers had a seizure onboard the aircraft. So they notified the pilot and he immediately had to turn around, back to Terminal 5. Umm, they returned to Gate 20. Umm, they moved the passenger to the rear of the plane, flight crew members and some nurses onboard. The passenger about ten minutes later started to come out of his seizure state and he reacted by becoming combative. Umm, by this time one of the first responding Officers showed up. The gentleman hit the crew members, two crew members, one of the passengers and the Officer. The Officer pepper sprayed the individual and at this time he requested an 8-13 and everyone showed up. Umm, they got the individual cuffed. He went into another seizure state. They requested put a rush on the, on the responding ambulance. He was transported to the hospital where he was pronounced, at Jamaica Hospital at 2335."

Sergeant Brown: "Okay, let me umm…let's go back."

Officer Delions: "Sure."

Sergeant Brown: "I have a outbound flight, Jet Blue flight 6-5-9."

Officer Delions: "Correct."

Sergeant Brown: "Kingston, Jamaica. Departed to gate, Departed Gate 18. Passenger, male passenger begins to seize, uh gate, uh flight returned, aircraft returned to Gate 20."

Officer Delions: "Umm hmm."

Sergeant Brown: "Uh, JFK Units uh, responded to the Aided. Uh, passenger came out of the seizure and became combative. Uh, struck crew members and a Police Officer. Uh, subject was OC sprayed. Uh, became- uh, started to seize again. Uh, subject was transported to Jamaica Hospital and expired."

Officer Delions: "That is correct."

Sergeant Brown: "Okay…alright. Uh, who am I speaking with?"

48

PA1451

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Delions: "This is Officer Delions. Uh, I'll spell it… Delta, Echo, Lima, India, Oscar, November, Sierra. Uh, that's badge number 3148."

Sergeant Brown: "Question for you…"

Officer Delions: "Yes…"

Sergeant Brown: "…umm who, who asked you to call here to make the complete notification?"

Officer Delions: "Oh well, this is, everyone's on-scene. Yeah, the Sergeant's on-scene, the Lieutenant's on-scene. So they, I-I, already advised TSA and FBI…negative response by both parties so they just wanted to make sure CPD was notified as well."

Sergeant Brown: "Okay…alright. Thank you."

Officer Delions: "Do you need this individual's name?"

Sergeant Brown: "You know, no…"

Officer Delions: "Okay."

Sergeant Brown: "No, you can hold that for your report and IG and everybody else has that."

Officer Delions: "Yeah, everyone's responding of course."

Sergeant Brown: "Okay, alrighty."

Officer Delions: "Ma'am, do you mind if I just take your name?"

Sergeant Brown: "Sure, Sergeant Brown."

Officer Delions: "Sergeant Brown. Thank you very much."

Sergeant Brown: "You're welcome. Thank you."

Officer Delions: "Alright ma'am, have a good night."

Sergeant Brown: "You too, be safe."


**JFKIA Patrol Radio (01:30:05 hours)**

Lieutenant Hernandez: "8-0, Kennedy."

49

PA1452

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Officer Williams: "8-0, Go."

Lieutenant Hernandez: "Alright, for the CAD. All units gonna be 98 from Gate 20, Terminal 5."

Officer Williams: "Roger, copy. All units, 9-8. 0-1-3-0 hours."

Lieutenant Hernandez: "Thank you."

Officer Williams: "Roger uh, 8-0, can you 3-9, uh, I need to know who's…who's doing the paperwork and what paperwork is being done.

Sergeant Mitchell: "8-1 Alpha, Kennedy."

Officer Williams: "8-1 Alpha, go."

Sergeant Mitchell: "8-2 Delions is gonna handle the paperwork. It's gonna be a CCR, uh four Aideds and uh, numerous vouchers."

Officer Williams: "Roger and one POI."


**CPD Telephone – CPD Sgt. Main (01:38:47 hours)**

Sergeant Brown: "Central Police Desk, Sergeant Brown."

Lieutenant Hernandez: "Hey uh, Sergeant Brown, Lieutenant Hernandez. Umm, ok, we're all 9-98 from JetBlue, Terminal 5."

Sergeant Brown: *inaudible*

Lieutenant Hernandez: "…Gate 20. Umm, it's in the hands of the IG."

Sergeant Brown: "Okay."

Lieutenant Hernandez: "Alright…and the Officer's still at the hospital. But, uh, we'll update CPD when he gets out.

Sergeant Brown: "There's a Officer who's at the hospital?"

Lieutenant Hernandez: "Yeah, yeah, the uh, officer that uh, first responded, uh, Bugiada."
Sergeant Brown: "Is he there being treated?"

Lieutenant Hernandez: "Yeah, he's being treated."

50

PA1453

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Sergeant Brown: "That information didn't get up here Lou."

Lieutenant Hernandez: "Oh it, oh it didn't…"

Sergeant Brown: "No it didn't."

Lieutenant Hernandez: "When they called CPD they didn't notify the…"

Sergeant Brown: "He gave me all the information that I didn't get previously about this whole thing…"

Lieutenant Hernandez: "Uh huh."

Sergeant Brown: "…Uh but you know I didn't even know what…we didn't, we didn't get properly notified up here with this. Umm, in any event, the last thing I got is really just about the expiration of the Aided, umm and everything to do with that. Umm, what's the Officer's umm, employee number…who was involved?"

Lieutenant Hernandez: "Uh…let me get you that. Okay, his employee number is uh, 4-7-8-1-4. And his name is Bugiada, B-U-…"

Sergeant Brown: "It's okay, because I won't put his name in it…

Lieutenant Hernandez: "Alright."

Sergeant Brown: "I just will put the Officer, he was also transported to the hospital, or-?

Lieutenant Hernandez: "Yeah, he's at North Shore University Hospital. They, they, uh, all the bosses know about it. It just didn't go to CPD I guess cause…"

Sergeant Brown: "So this is where the notifications get logged…

Lieutenant Hernandez: "Yeah…"

Sergeant Brown: "…so I have to put it in there, about the incident…"

Lieutenant Hernandez: "…Right, right."

Sergeant Brown: "Off Shore University Hospital, you said?

Lieutenant Hernandez: "Yeah, yeah, North Shore Universe-…"

Sergeant Brown: "Oh, North Shore…"

51

PA1454

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Lieutenant Hernandez: "Yeah…North Shore…"

Sergeant Brown: "N-O-R-T-H S-O…North Shore University. So, what do you want me to put in the Registry? During the course of, uh…I don't know…responding to the Aided…"

Lieutenant Hernandez: "Yeah, during the course of uh, struggling with the Aided subject uh, the officer uh, injured both right and left hand."

Sergeant Brown: "And was transported to North Shore…"

Lieutenant Hernandez: "That's uh, I think, North Shore Manhasset, that's what they call it, North Shore Manhasset Hospital."

Sergeant Brown: "North Shore Manhasset Hospital, okay."

Lieutenant Hernandez: "Alright…and…"

Sergeant Brown: "And I'll put his Employee Number, you said 4-7-8-1-4?"

Lieutenant Hernandez: "Uh…Yes."

Sergeant Brown: "Okay. Roger that, I'll add it to the uh…"

Lieutenant Hernandez: "And we're all 98 from uh, the uh…the uh, investigation scene at Gate 20."

Sergeant Brown: "Okay…Gate 20, Terminal 5."

Lieutenant Hernandez: "Yes."

Sergeant Brown: "Roger that."

Lieutenant Hernandez: "Thanks, have a good one."

Sergeant Brown: "No problem, you too."

Lieutenant Hernandez: "Alright, bye."

PA1455

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# PIU INVESTIGATIVE ACTION REPORT

Copies of the aforementioned audio recordings have been retained in the PIU case folder.

_____
IO Signature

_____
Supervisor Signature

53

PA1456