# EXHIBIT KK

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

**Tuesday, April 30, 2019**
**PIU – C – 19 – 0012**
**Mr. Chalako Hodges, Jamaica Hospital Paramedic**
**(JFK – Building 315)**

**Sgt. Lawanda Irving:** The date is April 30th, 2019. This is Sergeant Lawanda Irving of the Port Authority Office of Inspector General, Police Integrity Unit. The time is now 1742 hours. We are here at Building 315, uh, and JF, JFK Airport, uh, to interview, one of the paramedics from the incident aboard the Jet Blue Flight, uh, 659 on April 12th. My employee number is 45009. Also joining us is?

**Invest. Bryan Mason:** Uh, Investigator Bryan Mason from the New York State Attorney General's Office.

**Mr. Chalako Hodges:** Oh, Chalako Hodges, paramedic for, uh, Jamaica Hospital, Pre Hospital Care. Shield is 5016.

**Sgt. Lawanda Irving:** Okay. Okay, Mr. Hodges, can you, uh, tell us, were you present for the, um, the medical incident that occurred aboard the Jet Blue Flight 659 on April 12th?

**Mr. Chalako Hodges:** Uh, yes, I was.

**Sgt. Lawanda Irving:** Okay. Uh, you were, do you recall exactly what time you were dispatched to that particular –

**Mr. Chalako Hodges:** Hmm, no.

**Sgt. Lawanda Irving:** Okay. Do you recall any of the times associates, what time you arrived at the airport or the standby point?

**Mr. Chalako Hodges:** Hmm, no.

**Sgt. Lawanda Irving:** Okay. What was the, were you driving or where you the passenger in the ambulance.

**Mr. Chalako Hodges:** I was the passenger.

**Sgt. Lawanda Irving:** Okay. Um, where was your standby point? Where were you picked up by the marked unit to be escorted to the flight?

**Mr. Chalako Hodges:** Uh, we were picked up at 269.

**Sgt. Lawanda Irving:** Okay.

1

PA1507

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Mr. Chalako Hodges:    In the, um, the –

Sgt. Lawanda Irving:    Police building?

Mr. Chalako Hodges:    – uh, yeah, by the police building.

Sgt. Lawanda Irving:    Okay.  Uh, do you remember the weather conditions that day?

Mr. Chalako Hodges:    It was a clear night, I believe.  A clear night, from what I can remember.

Sgt. Lawanda Irving:    Okay.  Okay.  Um, and so, tell us, start from where you do remember of the events that happened on that particular evening related to that incident.

Mr. Chalako Hodges:    Okay.  Um, we were using the bathroom at 7-Eleven when we got the call.  Uh, I can't remember what it came through as, but we got, we were told to respond to 269.  We went into the vehicle, started responding to, uh, 269.  When we got there, we waited there for a while.  Uh, there was no unit there immediately upon arrival, so we, we, obviously, we just stand by and wait for the unit.  Eventually a unit did show up after we notified the dispatcher that we were waiting there, and, uh, they took us to the location of the call.  When we got there, we boarded the plane through the back of the plane, on the tarmac still, so, when we got up there and realized CPR was in progress, not too sure for how long, nobody could really ascertain the time for us as to how long they'd been down.  Um, by the time we started working him, it was a confined space; couldn't really do, you couldn't move around well in that small space, so while doing CPR still, we began packaging the patient, moving him out of the small space, so we could do our interventions.  We moved him into the vehicle.  It was a carry down.  In the vehicle, we had one officer ride with us.  We didn't have another unit at the time, so the officer doing CPR, so he was helping do CPR.  We did our ALS interventions.  Upon arrival to the ho – uh, another officer drove the vehicle for us.  Upon arrival to the hospital, we transferred care to the ER.  The ER did their interventions.  I'm not really an expert as to all the things that they do, but, uh, I assume it's relatively similar, and, um, after efforts on CPR and resuscitation, the doctor pronounced the patient dead. That's pretty much where it ended.

Sgt. Lawanda Irving:    Do you remember how long you were waiting at 269?

Mr. Chalako Hodges:    Uh, rou, I would say roughly 10 minutes.

Sgt. Lawanda Irving:    Okay.

PA1508

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Mr. Chalako Hodges:   And that's roughly.

Sgt. Lawanda Irving:   And you guys are an ALS unit?

Mr. Chalako Hodges:   We're an ALS unit.

Sgt. Lawanda Irving:   Okay. Do you remember when you arrived on scene, was the patient handcuffed?

Mr. Chalako Hodges:   That I don't remember. All I know is CP, I saw CPR in progress. It kind of was where my attention was.

Sgt. Lawanda Irving:   Okay.

Invest. Bryan Mason:   Who, who was doing the CPR?

Mr. Chalako Hodges:   Uh, one of the officers.

Invest. Bryan Mason:   One –

Mr. Chalako Hodges:   One of the officers was doing CPR. He, they didn't really have a lot of space where they were, but they were doing CPR.

Invest. Bryan Mason:   Mm hmm. Okay.

Sgt. Lawanda Irving:   They were in the rear galley of the plane?

Mr. Chalako Hodges:   Yeah, the little back area, like a T-shaped – not the most ideal place to be doing CPR.

Sgt. Lawanda Irving:   Okay. Um, were you, did anyone relay to you what had happened?

Mr. Chalako Hodges:   Nobody informed me as to what exactly happened. We didn't even have his name. We tried to ascertain. We didn't have I.D.s. Um, I didn't speak to any of the crew. We didn't, I didn't see them, to be honest. Once I got in, there was only enough space to really step in to where the patient was, and so, such little space, you also had to stand in the, kind of the row to be able to be by the chest to do compressions, so, it's not like I could get past him and go down there and ask questions. I just, uh, opted to engage with the CPR and start preparing to get him out of that confined space.

Sgt. Lawanda Irving:   Was the AED attached when you arrived, do you remember?

Mr. Chalako Hodges:   They had an AED attached. They said they didn't shock him. So.

3

PA1509

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Sgt. Lawanda Irving:    Okay. Um –

Invest. Bryan Mason:    What, um, so, you really couldn't perform too much lifesaving techniques in the, in the plane because of the area, and you took him out into the bus.

Mr. Chalako Hodges:    Yes.

Invest. Bryan Mason:    Um, when you put him in the bus, is it, did you hook up an EKG? Was there a, was there a heartbeat, faint heartbeat? Um –

Mr. Chalako Hodges:    Uh, he was, when we got into the vehicle, we, uh, started just trying to establish our base interventions. We hooked him up to the monitor. He was still, pulseless asystole, no electrical activity, just as he was in the plane. I assume that's why their AED didn't advise a shock. Ours didn't, our, he didn't have any rhythm there for us to shock, so, we continued just in the normal fashion.

Invest. Bryan Mason:    So, when the AE, I'm not too familiar with the AED.

Mr. Chalako Hodges:    Mm hmm.

Invest. Bryan Mason:    So, when you put the AED on –

Mr. Chalako Hodges:    Mm hmm.

Invest. Bryan Mason:    – if there's nothing, no pulse, no nothing, it'll say don't shock? Is that the way –

Mr. Chalako Hodges:    Well –

Invest. Bryan Mason:    – it works?

Mr. Chalako Hodges:    – it'll anal, it'll analyze the rhythm for them –

Invest. Bryan Mason:    Mm hmm. Okay.

Mr. Chalako Hodges:    It'll analyze the rhythm. If there's a shock advised, it'll shock. If there's nothing for it to shock, it'll just analyze and it'll say continue CPR.

Invest. Bryan Mason:    So, it's pretty much automatic, in trying to –

Mr. Chalako Hodges:    - pretty, I assume, I don't know what AED they use, exactly, but I assume it's just automatic, automated.

Invest. Bryan Mason:    Um, when, when you, so, you were in the back, uh, uh, an officer drove the bus –

4

PA1510

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Mr. Chalako Hodges:     Mm hmm.

Invest. Bryan Mason:     – to the hospital?  So, you and your partner were in the back along with another officer?

Mr. Chalako Hodges:     Another officer.

Invest. Bryan Mason:     Um, the, the, the aided, any injuries to him?  Blood?  Cuts?  Anything that you noticed?

Mr. Chalako Hodges:     Uh, well, we had a little trouble trying to intubate him.  There was blood in his airway, so we si, you know, normal procedures to suction and clear the airway, visualize and intubate him.  An attempt was made.  Couldn't quite get the, the normal intubation method, so we opted for the alternative airway, which we were able to secure and get breaths in, and, um, those things.

Sgt. Lawanda Irving:     What's the alternative airway?  What's you're uh-, what do you…

Mr. Chalako Hodges:     Uh, it's, uh, King L-T is what we used.

Sgt. Lawanda Irving:     So, is that, what, in layman's terms, is that, do you put a –

Invest. Bryan Mason:     Is that like a trache?

Sgt. Lawanda Irving:     – tube somewhere else in the throat or how do you ***?

Mr. Chalako Hodges:     Basically, just, it's, so, it basically comes down to the opening.  It, it'll, you can pump air in.  There's a chance it could go to the stomach, but there's, you're definitely going to get air into the lungs.

Sgt. Lawanda Irving:     Are you still doing it through the mouth?

Mr. Chalako Hodges:     Everything is through the mouth.

Sgt. Lawanda Irving:     You're still – Oh okay, okay. So, it's not a trache tube or anything like that?

Mr. Chalako Hodges:     No, we don't make any incisions or anything.

Sgt. Lawanda Irving:     Okay.  Do you remember the names of any of the officers that were involved, who drove the ambulance or who was doing CPR or?

Mr. Chalako Hodges:     No, it was, there were a lot of people, hands there.  I, uh, it was a lot of hands, so it's hard to say who was driving what.  All I knew, all focused

5

PA1511

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

one was there, they were an officer and not just a random person. You're an officer. If we need to identify you, we can. Okay. And you're an officer back here with us. You're allowed to be here. Okay. And you're able to do CPR. Okay. And that was just what we went with.

Sgt. Lawanda Irving: Okay. Do you, do you remember if it was the same person when you first walked in –

Mr. Chalako Hodges: Mm hmm.

Sgt. Lawanda Irving: – that was doing CPR, did the same person maintain CPR, or do you –

Mr. Chalako Hodges: Well, they changed -

Sgt. Lawanda Irving: – switched off. Okay.

Mr. Chalako Hodges: They changed, they changed officers. Because you get fatigued doing CPR, so I guess they put somebody fresh in there.

Sgt. Lawanda Irving: Okay.

Mr. Chalako Hodges: Um, just, you know, because it's a bit of a ride. You know, we got there, and I think we got there pretty quick.

Sgt. Lawanda Irving: Okay.

Mr. Chalako Hodges: But it was a bit of a, it, you know, it's still exhausting to do CPR. So, they got somebody fresh in there.

Sgt. Lawanda Irving: And the officer on the ambulance continued CPR while you and your partner –

Mr. Chalako Hodges: Yeah, he, he –

Sgt. Lawanda Irving: – worked on the patient?

Mr. Chalako Hodges: – he did CPR. Um, if he needed a little break, you know, once we had everything established, you know, one of us would do a couple compressions to give him a break, because, we need to, compressions to be effective, and if he's exhausted, then we, we're not gonna have an effective compressions. So. It's normal to rotate compressors in CPR.

Sgt. Lawanda Irving: Did you notice any other scratches or, um, blood coming from the face of the patient?

Mr. Chalako Hodges: Hmm, no. Just the airway.

6

PA1512

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

| | |
|---|---|
| Sgt. Lawanda Irving: | Okay. |
| Mr. Chalako Hodges: | Some blood in the airway. And, um, that could just be from chest compressions, you know? I, it's hard to tell. I just know I'm supposed to clear it, suction it so I can keep doing what I have to do. |
| Sgt. Lawanda Irving: | Okay. |
| Mr. Chalako Hodges: | Yep. |
| Invest. Bryan Mason: | And, and you had no information – |
| Mr. Chalako Hodges: | I had – |
| Invest. Bryan Mason: | – at all – |
| Mr. Chalako Hodges: | – at that point, I have no information. |
| Invest. Bryan Mason: | Even the whole – |
| Mr. Chalako Hodges: | No age – |
| Invest. Bryan Mason: | – even the ride to the, not – |
| Mr. Chalako Hodges: | – or anything. I had no IDs - |
| Invest. Bryan Mason: | Did the off, did the off, the officer, did he, he happen to know anything that was in there, or? |
| Mr. Chalako Hodges: | I, I think he knew just, just as much as I knew, but it seemed like he just maybe have gotten there. He, you know, there was a lot of hands, so he might've just been getting on to the scene. |
| Invest. Bryan Mason: | Oh. |
| Mr. Chalako Hodges: | We just knew, we gave him an instruction to do CPR, and that's what he was doing. |
| Invest. Bryan Mason: | So, there's no information that they were, that civilians, medical personnel that was on the plane had tried to intervene or anything like that? |
| Mr. Chalako Hodges: | No. |
| Invest. Bryan Mason: | Help? You had no information on that? |

7

PA1513

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Mr. Chalako Hodges:  If there were medical personnel on the plane, we didn't know –

Invest. Bryan Mason:  Okay.

Mr. Chalako Hodges:  Because we, we didn't have anything.  We didn't even get access to that part of the plane.  We're still in that back door, so.

Sgt. Lawanda Irving:  You came in the back door and exited the back door?

Mr. Chalako Hodges:  The back, yeah, because the, the, the, the, the important thing was to just move him out of that space, get him into the vehicle, and start moving and keep CPR going.

Sgt. Lawanda Irving:  Okay.  Were you at all aware that the patient had a seizure?

Mr. Chalako Hodges:  No.

Sgt. Lawanda Irving:  No.  Okay.  Did anyone mention any, uh, medication that the patient had or was on?

Mr. Chalako Hodges:  We had no medical history.

Sgt. Lawanda Irving:  Nothing at all?  Okay.

Mr. Chalako Hodges:  Nothing at all.

Sgt. Lawanda Irving:  Okay.

Invest. Bryan Mason:  And pretty much when you got him, no pulse, no brain activity –

Mr. Chalako Hodges:  Um –

Invest. Bryan Mason:  – through to –

Mr. Chalako Hodges:  – yeah, the, I can say for the entire arrest he's pulseless electrical activity.

Invest. Bryan Mason:  All the, all the way –

Mr. Chalako Hodges:  Excuse me.  Excuse me.  No, he, he's in asystole, the entire arrest.  There was no change in the rhythm, nothing.

Sgt. Lawanda Irving:  Okay.  Are there any, go ahead.

Invest. Bryan Mason:  No, no, no, no.  Go ahead.

8

PA1514

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

**Sgt. Lawanda Irving:** Do you remember what the scene looked like? How many people were standing around when you first walked in?

**Mr. Chalako Hodges:** Yeah, that's got to be, I mean, it was night. It was, there were a lot of police vehicles, outside the, because, you know, we didn't go through the, kind of the normal, through the door, uh, the normal pa, uh, side stairway door or through, like, the, what do they call it?

**Sgt. Lawanda Irving:** The jet bridge.

**Mr. Chalako Hodges:** The jet, uh, the jet bridge. We didn't go through there. We went through, like a, um, a truck that raises the stairway, so, we kind of have to do, they have to connect there for us to get access to them. So, that's how we got, we kind of were just kind of, like, beelinin' it, straight for the, uh, and we were, like, okay, where's the arrest? They're, like, back there. So, okay. We have to get up there, you know? There were a lot of hands there. So.

**Sgt. Lawanda Irving:** But the stair truck was already attached to the aircraft when you arrived?

**Mr. Chalako Hodges:** When I arrived it was already attached. Yes. I don't know how long it had been there. Maybe it just got there. I don't know. But, when I got there, I saw it attached.

**Sgt. Lawanda Irving:** Um, Mr. Hodges, how long have you been a paramedic?

**Mr. Chalako Hodges:** About 3 years.

**Sgt. Lawanda Irving:** Okay. Uh, was there anything about this particular situation that seemed abnormal to you in your experience in working as a paramedic here at the airport, or with Jamaica Hospital?

**Mr. Chalako Hodges:** No. I mean, once we got him in the vehicle, you know, we, we ran, it like, a standard cardiac arrest. You know, it's, sometimes you're able to get, you know, access to veins. Sometimes you're not. So, so you go for alternative access. It's, you make decisions and you got access. We did our drugs just the way we're supposed to do 'em. Other than that, there is, it went pretty standard. I think the same for the ER.

**Invest. Bryan Mason:** Di- did you do an IV?

**Mr. Chalako Hodges:** No, we didn't do an IV. We did IO access.

**Invest. Bryan Mason:** Wha-

**Mr. Chalako Hodges:** He had poor vasculature.

9

PA1515

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Invest. Bryan Mason:   Okay, so, what, what –

Mr. Chalako Hodges:   The veins, you couldn't s-, you couldn't get his veins?

Invest. Bryan Mason:   So, where did you put the IV, then?

Mr. Chalako Hodges:   We put the IO –

Invest. Bryan Mason:   Oh, the –

Mr. Chalako Hodges:   – in the, uh, like, by the pat-, by the platelet of the knee, that medial.

Sgt. Lawanda Irving:   So –

Mr. Chalako Hodges:   And we, uh, I believe it was on the, the right leg.

Sgt. Lawanda Irving:   Okay.  So, on the calf area somewhere?  Is that –

Mr. Chalako Hodges:   No.

Sgt. Lawanda Irving:   – not on the ca, in the front of the leg?

Mr. Chalako Hodges:   No, uh, like, closer to the kneecap.

Sgt. Lawanda Irving:   Okay.

Mr. Chalako Hodges:   Uh, lower, lower part of the leg.

Sgt. Lawanda Irving:   Like, how many inches below the kneecap would you say?

Mr. Chalako Hodges:   Uh, it's usually two breadths, two finger widths down –

Sgt. Lawanda Irving:   Okay.

Mr. Chalako Hodges:   – your finger widths in.  It's like a flat surface, so the needle can safely sit flush.

Sgt. Lawanda Irving:   Mm hmm.  Okay.

Invest. Bryan Mason:   And, uh, did you admi, uh, administer any medications?

Mr. Chalako Hodges:   Epinephrine.

Invest. Bryan Mason:   Did you know, uh, you didn't know if he was cuffed at all during this, uh –

10

PA1516

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Mr. Chalako Hodges:   Uh, he wasn't, I mean, his hands weren't cuffed when we were doing CPR.  If his hands were cuffed, prior, we don't know.

Invest. Bryan Mason:   No, but I mean, while, while you were working on him –

Mr. Chalako Hodges:   While we were working on him –

Invest. Bryan Mason:   Yes.

Mr. Chalako Hodges:   – in the vehicle, his hands weren't cuffed.

Invest. Bryan Mason:   They weren't cuffed.  Okay.

Mr. Chalako Hodges:   They were, like, to his sides.

Invest. Bryan Mason:   Okay, and it, were you told that he was maced at all or anything like that?

Mr. Chalako Hodges:   Nope.

Invest. Bryan Mason:   No?

Mr. Chalako Hodges:   I, we got no real clear story of anything.  Now, I, we asked.  People seemed to not really have an exact account of what happened.  So, instead of sp, spending the time trying to piece together all of that, they, I can't take a bunch of random stories.  So, I have to just go with what I have in front of me.  What I have in front of me is a guy.  He's not breathing.  He's pulse-less.  He had been down for a while.  We have to start just doing what we have to do, and, um, I believe he got the in, from the information we got, what we got into the ER, somebody managed to get, uh, a passport or something, too, because the doctors and everybody needed the information too.

Invest. Bryan Mason:   Okay.

Sgt. Lawanda Irving:   Okay.  Do you have any other information related to this particular case that may help us in the investigation?  We're just trying to piece together who may have done what.  Any, anything else that sticks out in your mind, um, no matter how small or insignificant it may seem.  Did you, uh, overhear anyone say anything significant about the case or about the patient or the situation?

Mr. Chalako Hodges:   Um, hmm, nope.  I can't, at least, uh, I don't know.  Honestly.

Sgt. Lawanda Irving:   Okay.

11

PA1517

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Invest. Bryan Mason:    And, and obviously you've prepared some sort of paperwork?  The, what was it, the PCR they call it now, I think it is?

Mr. Chalako Hodges:    Yeah, every, every call we have to do an ACR.

Invest. Bryan Mason:    Okay.

Mr. Chalako Hodges:    ACR.

Invest. Bryan Mason:    Okay.

Sgt. Lawanda Irving:    Well, if you don't have, hmm, if you have nothing further, we appreciate your time, Mr. Hodges.  Uh, we're gonna conclude the interview.  The time is now 1759 hours.

SpeakWrite
www.speakwrite.com
Job Number: 19121-002
Custom Filename: PIU-C-19-0012 EMS Chalako Hodges
Date: 05/01/2019
Billed Words: 3538

12

PA1518