# EXHIBIT LL

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

**Tuesday, April 30, 2019**
**PIU – C – 19 – 0012**
**Mr. Jerry Zander, Jamaica Hospital Paramedic**
**(JFK – Building 315)**

| | |
|---|---|
| Sgt. Lawanda Irving: | The date is April 30th, 2019. The time is 1804 hours. This is Sergeant Lawanda Irving of the Office of Inspector General Police Integrity Unit. I am here now at, uh, JFK Airport, Building 315 interviewing one of the paramedics for-- from the incident on April 12th aboard Jet Blue Flight 659. My employee number is 45009. Also present in the interview? |
| Inv. Bryan Mason: | Uh, Investigator Bryan Mason, New York State Attorney General's office. |
| Mr. Jerry Zander: | Uh, Jerry Zander, paramedic at JFK, Jamaica Hospital. |
| Sgt. Lawanda Irving: | Okay. Uh, Mr. Zander, were you working on the ambulance? Which, uh, ambulance were you working on the night of April 12th? What was the- do you remember? Or what do you refer to it as EMS 1 or 2? |
| Mr. Jerry Zander: | EMS, uh, I think it was, I wanna say 1 or 2. Everything's a big blur. I pick up a lot. |
| Sgt. Lawanda Irving: | Okay. So you think it's EMS 2? Not really sure. |
| Mr. Jerry Zander: | Yeah. |
| Sgt. Lawanda Irving: | Okay. That's fine. But you were assigned to one of the ambulances – |
| Mr. Jerry Zander: | Yes. |
| Sgt. Lawanda Irving: | – at JFK Airport? Okay. Uh, were you present for an incident that happened onboard Jet Blue Flight 659 or at the aftermath of an incident that happened onboard on the flight responding to a medical call? |
| Mr. Jerry Zander: | Yes. |
| Sgt. Lawanda Irving: | Okay. Do you remember – can you walk us through when you were, uh, when you received the call and what you, what your steps were after you receive, received the call? |
| Mr. Jerry Zander: | Um, we received the job. We headed towards the job. We waited at the waiting facility, uh, 269, and then we were escorted to the plane, and walked in and saw police officers with, a AED out and doing, uh, CPR, and then we took over, and established ALS. |

1

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Sgt. Lawanda Irving:    Okay.  And that day on EMS 2 you were the driver?

Mr. Jerry Zander:    Yes.

Sgt. Lawanda Irving:    Okay.  Do you remember how long you waited at 269 to be escorted, roughly? Approximately?

Mr. Jerry Zander:    Um, I would say anywhere from 10 to 15 minutes.

Sgt. Lawanda Irving:    Okay.  And then a marked Port Authority unit came to escort you to ramp side, to the aircraft, is that correct?

Mr. Jerry Zander:    Yes.

Sgt. Lawanda Irving:    Okay.  And you entered the aircraft from which door?

Mr. Jerry Zander:    Uh, back door for the airplane.

Sgt. Lawanda Irving:    So you, uh, walked the stairs, taken a stair truck attached to the aircraft?

Mr. Jerry Zander:    Yes.

Sgt. Lawanda Irving:    So walk us through the scene when you first arrived at the top of the stairs.  What did you see?

Mr. Jerry Zander:    A male on the floor, uh, Port Authority police officers, uh, defibrillator. They were doing CPR.

Sgt. Lawanda Irving:    Okay.  Um, did you notice an AED attached to the patient?

Mr. Jerry Zander:    Yes.

Sgt. Lawanda Irving:    Did you notice whether the passenger was, uh, handcuffed at the time?

Mr. Jerry Zander:    No.

Sgt. Lawanda Irving:    Did you see any handcuffs?  "No," you didn't notice? Or "No," he wasn't handcuffed?

Mr. Jerry Zander:    Uh, no, I didn't notice and hmm I don't recall if he wasn't handcuffed.

Sgt. Lawanda Irving:    Okay.  When you had him in the ambulance, was he handcuffed?

Mr. Jerry Zander:    No.

2

PA1522

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

| | |
|---|---|
| Sgt. Lawanda Irving: | Okay. Um, were you – what were you told about the patient when you arrived, if anything? |
| Mr. Jerry Zander: | I don't recall how much. |
| Sgt. Lawanda Irving: | Had you, had you been told anything, male, female, age, anything that you recall? |
| Mr. Jerry Zander: | Um, I just basically did what I had – I, I attached him to the pads, and kind of established ALS, I don't recall hearing much information. |
| Sgt. Lawanda Irving: | Okay. So you removed the AED that was attached? You attached your own? |
| Mr. Jerry Zander: | Yes. |
| Sgt. Lawanda Irving: | Okay. And then conducted – I've been informed of baseline interventions are your – |
| Mr. Jerry Zander: | Right. |
| Sgt. Lawanda Irving: | – are your guidelines? |
| Mr. Jerry Zander: | Then we, uh – |
| Sgt. Lawanda Irving: | Okay. |
| Mr. Jerry Zander: | – we turned on the paddles. We put him some paddles, and that's when we kind of like read his rhythm and took him off the plane. |
| Sgt. Lawanda Irving: | Okay. Still no shock advised? Was that your experience as well? |
| Mr. Jerry Zander: | Right. No shock advised. He was asystolic. |
| Sgt. Lawanda Irving: | Okay. Uh, once you got him onto the ambulance, uh, there was an officer in the rear of the ambulance with you? |
| Mr. Jerry Zander: | Yes. |
| Sgt. Lawanda Irving: | Okay. And then another officer from PAPD drove the ambulance? |
| Mr. Jerry Zander: | Yes. |
| Sgt. Lawanda Irving: | Okay. So the officer that was on the ambulance, do you remember his name? |

3

PA1523

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Mr. Jerry Zander:    No.

Sgt. Lawanda Irving:    Okay. He continued with CPR?

Mr. Jerry Zander:    Yes.

Inv. Bryan Mason:    Now, when, do you remember how, when you got up to the plane, um, there were two, there was more than one officer up there or there was, how many or, how many people were they – did you notice any civilians, officers?

Mr. Jerry Zander:    There was more than one officer.

Inv. Bryan Mason:    Um, okay. Did you notice any civilians there tried to help at all?

Mr. Jerry Zander:    No.

Inv. Bryan Mason:    No? Uh, you packed him up.

Mr. Jerry Zander:    Yes.

Inv. Bryan Mason:    Put him in the back of the bus, uh, on the bus, if you have a Port Authority officer driving you and your partner –

Mr. Jerry Zander:    Right.

Inv. Bryan Mason:    – Hodges were in the back with the or, with the, another Port Authority officer?

Mr. Jerry Zander:    Yes.

Inv. Bryan Mason:    Um, wha, uh, did you notice the body of the aided? Was there any injuries that you noticed, uh, any blood, uh, you know, bruises, broken bones –

Mr. Jerry Zander:    No, no.

Inv. Bryan Mason:    – anything that you could –

Mr. Jerry Zander:    I don't, I didn't notice.

Inv. Bryan Mason:    Nothin' that you noticed?

Mr. Jerry Zander:    No.

Sgt. Lawanda Irving:    No blood at all or that you remember?

4

PA1524

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

Mr. Jerry Zander:     Not that I remember, no.

Sgt. Lawanda Irving:     Okay.

Mr. Jerry Zander:     I remember trying to tube him or intubating him.

Sgt. Lawanda Irving:     Mm hmm.

Mr. Jerry Zander:     ****, yeah.

Sgt. Lawanda Irving:     So in this case is there, do you divide the responsibilities you and your partner who kind of takes the lead and who – how does that work?

Mr. Jerry Zander:     Um, like I would drive and sometimes I would do more interventions, and he would do more, not administrative work, but more kind of like information wise, you know, like I would be more hands on.

Sgt. Lawanda Irving:     Okay.

Mr. Jerry Zander:     So I really don't gather-- Like I wouldn't have gather that much information and just basically treat mostly.

Sgt. Lawanda Irving:     Okay. That's your focus?

Mr. Jerry Zander:     Right.

Sgt. Lawanda Irving:     So, um, who – do you both complete ACR or is that just –

Mr. Jerry Zander:     No, just one.

Sgt. Lawanda Irving:     Okay. So who completed the ACR for this one?

Mr. Jerry Zander:     He did.

Sgt. Lawanda Irving:     He did. Um, and so no cuts or bruises, no marks?

Mr. Jerry Zander:     Not that I recall.

Sgt. Lawanda Irving:     That you recall.

Mr. Jerry Zander:     I don't recall.

Sgt. Lawanda Irving:     Uh, have long have you been a paramedic with, um, Jamaica?

Mr. Jerry Zander:     Um, for Jamaica Hospital roughly about a year and a half.

5

PA1525

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

| | |
|---|---|
| Inv. Bryan Mason: | Um, you received no information as far as what had happened to the, to the aided, uh, what caused all this, any, anything from anybody, if you remember? |
| Mr. Jerry Zander: | I don't remember. Like I said I wen, I just went straight to treat, went kind of like my, my sole purpose that night was the driver, and it's more hands on to take care of the patient like I said, and that's… |
| Inv. Bryan Mason: | They didn't say he was maced or anything like that. They did sta, they didn't tell you that he may have had a seizure or anything, nothing to that, that you can remember? |
| Mr. Jerry Zander: | I don't recall. No I don't know. |
| Inv. Bryan Mason: | Uh, when you get the job, how does it – I know like at FD EMS it comes up on a computer. Do you guys get it on a computer too or they call you over the radio? |
| Mr. Jerry Zander: | They call us over, uh, on Nextel, kind of a iPhone. |
| Inv. Bryan Mason: | Mm hmm. |
| Mr. Jerry Zander: | And then they send the job over via text on the iPhone. |
| Inv. Bryan Mason: | Which all, it's all done on the iPhone? |
| Mr. Jerry Zander: | Yeah. |
| Inv. Bryan Mason: | And you don't recall what any of that said? |
| Mr. Jerry Zander: | No, I wasn't looking at it. |
| Inv. Bryan Mason: | Okay. |
| Sgt. Lawanda Irving: | You were driving? |
| Mr. Jerry Zander: | Yeah. |
| Sgt. Lawanda Irving: | Okay. So it's the responsibility of the – |
| Inv. Bryan Mason: | The recorder? |
| Mr. Jerry Zander: | Yeah, well, yeah. |

6

PA1526

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

| | |
|---|---|
| Sgt. Lawanda Irving: | Okay. All right. So you get in the ambulance, and you head to the hospital. Do you remember anything specific while you were in the ambulance, any specific measures you had to take? |
| Mr. Jerry Zander: | Um, we tried to establish an airway. Um, he had a very short airway so that was a little difficult. Um, we tried to establish an IV line. Uh, he had poor vasculature so we established an IO, and that's pretty much it, and we tried to give him medications. |
| Sgt. Lawanda Irving: | Okay. So you gave him what? |
| Mr. Jerry Zander: | Uh, epi- epinephrine. |
| Sgt. Lawanda Irving: | All right. |
| Inv. Bryan Mason: | Do you remember how long it took, ballpark, to get from here to the hospital? |
| Mr. Jerry Zander: | Ballpark from here to the hospital I would say maybe 10 to 12 minutes, roughly. |
| Sgt. Lawanda Irving: | Is there anything specific that, uh, sticks out in your mind about this particular incident in your years working at Jamaica Hospital interacting with JFK patients? |
| Mr. Jerry Zander: | Um, to me nothing out of the ordinary. |
| Sgt. Lawanda Irving: | Okay. So you were not able to regain a pulse for the patient – |
| Mr. Jerry Zander: | No. |
| Sgt. Lawanda Irving: | – while you working on him in the ambulance? |
| Mr. Jerry Zander: | No. |
| Inv. Bryan Mason: | Then when you got to the hospital, usually, basically, ER personnel takes over? |
| Mr. Jerry Zander: | Uh, yes, doctors and nurses. They, they take over. Transfer patient care to the doctors and they start reassessing and establishing, uh, protocols. |
| Sgt. Lawanda Irving: | Uh, did the off, any of the officers speak with you at all even after it was over with or relay any information to you after the fact? |

7

PA1527

Mr. Jerry Zander: No, I was trying to make the stretcher after the – like – so we transferred to the doctor, uh, I helped the doctor do CPR and then went to the stretcher to try and fold it up.

Sgt. Lawanda Irving: Okay. So you remained with the patient once you're at the hospital, briefly, then you do the full transfer?

Mr. Jerry Zander: Right, yeah.

Sgt. Lawanda Irving: To the hospital personnel. So you didn't interact with the Port Authority officers after that?

Mr. Jerry Zander: Mm, no, no, no, no…like no. Like, I, uh, it's a typical cardiac arrest job. Everybody is like frantic and nervous and trying to save him.

Sgt. Lawanda Irving: Okay. Okay. Uh, you have our contact information, so if anything should arise that you recall, feel free to contact either one or both of us. Um, and we also, um, may have some additional questions –

Mr. Jerry Zander: Okay.

Sgt. Lawanda Irving: – in the future to follow up, but we'll follow up through your supervisors here, and we thank you for, uh, your time and telling us the details of the incident. That concludes the interview. The time is now 1815 hours.

**SpeakWrite**
www.speakwrite.com
Job Number: 19121-001
Custom Filename: PIU-C-19-0012 EMS Jerry Zander
Date: 05/01/2019
Billed Words: 2016

PA1528