# EXHIBIT MM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ALEXEY V. TARASOV, ESQ., Administrator of the          Case No.: 21-cv-6226 (NRB)
Estate of EVGENIY LAGODA, Deceased, and
GRIGORY TIKHOPLAV,

                          Plaintiffs,                  **AFFIDAVIT OF MICHAEL**
                                                       **BUGIADA**
        -against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, and PORT AUTHORITY OF NEW
YORK AND NEW JERSEY POLICE DEPARTMENT
a/k/a PORT AUTHORITY POLICE DEPARTMENT
a/k/a PAPD, PAPD OFFICER MICHAEL BUGIADA,
PAPD OFFICER ROBERT JOSEPH, PAPD OFFICER
JONATHAN PAPIA, PAPD OFFICER PAUL
MEZZACAPPA, and PAPD OFFICER JONATHAN
DURAN,

                          Defendants.
------------------------------------------------------------------------X

STATE OF NEW YORK     )
                          SS:
COUNTY OF NEW YORK   )

        MICHAEL BUGIADA, being duly sworn, deposes and says:

        1.      I am a defendant in the above-captioned action.

        2.      I am currently employed as a police officer with the Port Authority of New York

and New Jersey and I was so employed on April 12, 2019.

        3.      I attended and graduated from the Port Authority Police Academy in August

2014, where I received comprehensive training in various areas including behavioral sciences,

police practices, New York and New Jersey laws, court procedures, defensive tactics, use of

force training, and first aid

        4.      I also participate in mandatory bi-annual in-service training sessions, which

includes updates on police procedures, use of force policies, and medical response protocols.

5. On April 12, 2019, I was working the 10:00 p.m. to 6:00 a.m. shift at JFK Airport, Terminal 5.

6. I was dispatched to respond to JetBlue Flight 659 at Gate 20, Terminal 5, for a report of a male passenger having a seizure on board the aircraft.

7. When I arrived at the gate, I spoke with a flight attendant who informed me that a male passenger in the back of the aircraft had just suffered a seizure and was disoriented and combative.

8. After speaking with the flight attendant, I proceeded to the back of the aircraft.

9. Upon reaching the back galley area of the aircraft, I observed a chaotic scene with a flight attendant standing with his back to me and I could hear multiple women screaming for help who were trapped in the rear galley area.

10. I saw a male individual, later identified as Evgeniy Lagoda ("Lagoda"), blocking the exit from the galley where the women were trapped. When I approached, a flight attendant standing in the galley informed me that he had been assaulted by Lagoda and that Lagoda had assaulted one of the women prior to my arrival.

11. I did not observe Lagoda exhibiting any signs of medical distress when I entered the back of the aircraft but rather Lagoda was violent, aggressive, and threatening the safety of the flight crew and passengers on board the flight.

12. I immediately issued verbal commands to order Lagoda to move to the side to allow the women to exit the galley. I accompanied these verbal commands with hand gestures, pointing to where I wanted Lagoda to move.

13. I was in full uniform, clearly identifiable as a police officer, and gave clear authoritative commands to Lagoda.

2

14.    Despite my commands and gestures, Lagoda refused to comply with my orders.

15.    Lagoda then began to charge toward me with clenched fists. He tucked his chin and lunged in my direction in an aggressive manner.

16.    At this point, I was concerned for my own safety as well as the safety of everyone else on the aircraft, which had approximately 200 passengers onboard.

17.    In response to. Lagoda charging at me, I deployed OC spray (pepper spray) toward his face in an attempt to gain compliance and control over Lagoda.

18.    The OC spray had no effect on Lagoda. He simply wiped it off his face and proceeded to attempt to punch me in the head with an overhead swing.

19.    I was able to avoid being struck by moving my head back, but Lagoda's attempt to assault me was violent and aggressive.

20.    After avoiding Lagoda's punch, I responded by striking Lagoda once in the face with my fist to protect myself and gain control of the situation.

21.    After this strike, Lagoda went to the ground. I attempted to radio for backup, stating that I was in a fight and requesting additional officers to respond to Gate 20, on the plane.

22.    When I engaged Lagoda on the ground in an attempt to handcuff him, he continued to actively resist by biting me on my thigh just above my knee. In response to being bitten, I struck Lagoda twice on the right side of his face in an attempt to gain compliance.

23.    Lagoda continued to resist and I delivered two more strikes to gain control.

24.    During this struggle, Lagoda was flailing his arms, grabbing at my gun belt, and kicking his legs.

25.    I maintained a position where I could control Lagoda's upper body. I was straddled across his waistline with my knees on either side of him, holding down his shoulders with my hands. I did not apply any pressure to Lagoda's neck, chest, back, or abdomen.

26.    After additional officers arrived, I continued my efforts to restrain Lagoda's right arm while Officer Papia worked to gain control of Lagoda's left arm.

27.    Officer Papia struck Lagoda twice in an effort to gain control of his left arm as I continued to try to gain control of Lagoda's right arm.

28.    After several minutes, along with the assistance of the additional officers, we were able to handcuff Lagoda.

29.    Once Lagoda was handcuffed, no further force was used against him.

30.    Shortly after Lagoda was handcuffed, I stood up and began walking toward the front of the aircraft to obtain witness information regarding the incident.

31.    While walking toward the front of the aircraft, I was informed that an AED (Automated External Defibrillator) was needed at the back of the aircraft.

32.    I retrieved an AED from a flight attendant at the front of the aircraft and brought it to the back galley area where Lagoda was located.

33.    Upon arriving at the back galley with the AED, I observed officers performing CPR on Lagoda.

34.    I handed off the AED to the officers at the scene and then left to continue gathering witness information at the front of the aircraft.

35.    At no point did I observe Lagoda's face pressed directly against the floor. His body was prone, but his head was always turned to one side or the other.

4

36. At no point did I or any other officer that I observed apply pressure to Lagoda's neck/back or restrict his breathing in any way.

37. All actions I took during this incident were in accordance with my training and were reasonable and necessary to protect myself and others, and to gain control of a combative individual who posed a threat to the safety of those on the aircraft.

38. The force I used was reasonable and necessary under the circumstances, as I was confronted with an individual who refused to comply with verbal commands, charged at me, attempted to strike me, was biting me, and continued to actively resist while I attempted to restrain him.

39. The above statements are true and accurate to the best of my knowledge.

_____
MICHAEL BUGIADA

Sworn to before me this
27 day of March 2025

_____
Notary Public

5