# EXHIBIT OO

# CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER

**EXCERPTS OF JETBLUE FLIGHT OPERATIONS MANUAL BATES STAMPED PA267 to PA269**