UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXEY V. TARASOV, ESQ., Administrator of the Estate of
EVGENIY LAGODA, Deceased, and GRIGORY
TIKHOPLAV,

                        Plaintiffs,

-against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY,
and PORT AUTHORITY OF NEW YORK AND NEW
JERSEY POLICE DEPARTMENT a/k/a PORT AUTHORITY
POLICE DEPARTMENT a/k/a PAPD, PAPD OFFICER
MICHAEL BUGIADA, PAPD OFFICER ROBERT JOSEPH,
PAPD OFFICER JONATHAN PAPIA, PAPD OFFICER PAUL
MEZZACAPPA, and PAPD OFFICER JONATHAN DURAN,

                        Defendants.

1:21-cv-06226-NRB

**DECLARATION OF J. CHRISTOPHER AMRHEIN, JR., ESQ.
IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND RULE 56.1 STATEMENT**

I, J. Christopher Amrhein, Jr., Esq., declare under penalty of perjury, pursuant to 28 U.S.C.

§ 1746, that the following is true and accurate to the best of my knowledge:

1.      I am an associate with Ashcroft Law Firm, 200 State Street, 7th Floor, Boston, MA

02109.

2.      I am an attorney of record for Plaintiffs Alexey V. Tarasov, Esq., Administrator of

the Estate of Evgeniy Lagoda, Deceased, and Grigory Tikhoplav.

3.      Plaintiffs submit the documents described below, in support of Plaintiffs'

Opposition to Defendants' Motion for Summary Judgment (and supporting papers) pursuant to

Fed. R. Civ. P. 56 and Local Rule 56.1. The documents are true and accurate copies of the record,

or documents of which this Court may take judicial notice, *infra* ¶¶ 14–15.

1

4.      Attached as "Exhibit A" is a true copy of Mr. Evgeniy Lagoda's ("Mr. Lagoda") pre-death medical records and translations for same.

5.      Attached as "Exhibit B" is a true copy of Captain Kurt Bengtson's FCIR report.

6.      Attached as "Exhibit C" is a true copy of the Russian Autopsy of Mr. Lagoda and translation for same.

7.      Attached as "Exhibit D" is a true copy of autopsy photographs of Mr. Lagoda.

8.      Attached as "Exhibit E" is a true copy of Plaintiffs' Expert Dr. Kris Sperry Rule 26 Report

9.      Attached as "Exhibit F" is a true copy of National Safety Council lesson on Altered Mental Status, PA2064–68.

10.     Attached as "Exhibit G" is a true copy of National Safety Council lesson on Seizures, PA2082–95.

11.     Attached as "Exhibit H" is a true copy of Plaintiffs' Expert Scott DeFoe Rule 26 Report.

12.     Attached as "Exhibit I" is a true copy of the deposition transcript of Plaintiffs' Expert Scott DeFoe.

13.     Attached as "Exhibit J" is a true copy of the NY Office of the Attorney General's press release entitled "Attorney General James' Special Investigations and Prosecutions Unit Releases Report on Investigation into the Death of Evgeniy Lagoda[,]" EL279.

14.     Attached as "Exhibit K" is a true copy of true copy of the NY Office of the Attorney General's press release entitled "Attorney General James' Special Investigations and Prosecutions Unit Releases Report on Investigation into the Death of Evgeniy Lagoda[.]" *See* Plaintiffs' Statement of Additional Facts at n.4.

15.     Attached as "Exhibit L" is a true copy of A report from the Office of the NY Attorney General entitled "Biennial Report of the Office of Attorney General's Special Investigations & Prosecutions Unit[.]" *See* Plaintiffs' Statement of Additional Facts at n.5.

16.     Attached as "Exhibit M" is a true copy of Port Authority Police Department Use of Force General Orders, PA2594–2673.

17.     Attached as "Exhibit N" is a true copy of the Affidavits of Service of the Individual Defendant Officers.

18.     Attached as "Exhibit O" is a true copy of documents reflecting the attempts to individually serve Defendant Officer Robert Josph at his personal residence, and the later acceptance of service by Defendants' counsel.

19.     Attached as "Exhibit P" is a true and accurate copy of the Affidavit of Alexey Tarasov, which was filed in support of Defs. Ex. H (Plaintiffs' Motion for Leave dated July 12, 2021).

Date:          May 12, 2025

Location:      Boston, MA                             _____
                                                     J. Christopher Amrhein, Jr., Esq.