# Exhibit A

LLC «Profimed»
353925, 3 Verbovaya street OF.18,
Novorossiysk, Krasnodar region, Russia

# PHYSICAL EXAMINATION REPORT/CERTIFICATE
## DEPUTY COMMISSIONER OF MARITIME AFFAIRS

ANNEX 2

### THE REPUBLIC OF LIBERIA

| LAST NAME OF APPLICANT *LAGODA* | FIRST NAME *EVGENIY* | MIDDLE INITIAL *G* |
|---|---|---|

| DATE OF BIRTH | PLACE OF BIRTH | SEX |
|---|---|---|
| MONTH ▓ DAY ▓ YEAR *1980* | CITY *KRASNODAR* COUNTRY *USSR* | MALE *✓* FEMALE |

EXAMINATION FOR DUTY AS:

| | | | | MAILING ADDRESS OF APPLICANT: |
|---|---|---|---|---|
| MASTER | ☐ | RATING | ☐ | *38, BLAGOEVA STR., APT. 37,* |
| MATE | ☐ | MOU DECK | ☐ | *KRASNODAR* |
| ENGINEER | ✓ | MOU ENGINE | ☐ | *RUSSIA.* |
| RADIO OFF | ☐ | SUPERNUMERARY | ☐ | |

MEDICAL EXAMINATION (SEE REVERSE SIDE FOR MEDICAL REQUIREMENTS) STATE DETAILS ON REVERSE SIDE

| HEIGHT *174cm* | WEIGHT *80kg* | BLOOD PRESSURE *135/80* | PULSE *78* | RESPIRATION NORMAL | GENERAL APPEARANCE NORMAL |
|---|---|---|---|---|---|

VISION:
WITHOUT GLASSES    RIGHT EYE *0,8* / LEFT EYE *0,8*
WITH GLASSES    — / —

DATE OF LAST COLOR VISION TEST (Month/Day/Year) *05/29/18*    Testing Required every 6 years
COLOR VISION MEETS STANDARDS IN STCW CODE, TABLE A-I/9?    YES *✓*    NO ☐

COLOR TEST TYPE: (BOOK) LANTERN   CHECK IF COLOR TEST IS NORMAL    YELLOW *O'K*    RED *O'K*    GREEN *O'K*    BLUE *O'K*

HEARING:
RT. EAR *6,0 m*    LEFT EAR *6,0 m*

| HEAD AND NECK NORMAL | HEART (CARDIOVASCULAR) NORMAL |
|---|---|
| LUNGS NORMAL | SPEECH (DECK/NAVIGATIONAL OFFICER AND RADIO OFFICER) IS SPEECH UNIMPAIRED FOR NORMAL VOICE COMMUNICATION? |
| EXTREMITIES: UPPER NORMAL | LOWER NORMAL |

IS APPLICANT SUFFERING FROM ANY DISEASE LIKELY TO BE AGGRAVATED BY, OR TO RENDER HIM UNFIT FOR SERVICE AT SEA OR LIKELY TO ENDANGER THE HEALTH OF OTHER PERSONS ON BOARD? IF YES, EXPLAIN IN DETAILS OF MEDICAL EXAMINATION ON PAGE 2.    *NIL*

| *[signature]* | *29.05.2018* | *29.05.2019* |
|---|---|---|
| SIGNATURE OF APPLICANT | DATE OF EXAM | EXPIRY DATE |

THIS SIGNATURE SHOULD BE AFFIXED IN THE PRESENCE OF THE EXAMINING PHYSICIAN.

THIS IS TO CERTIFY THAT A PHYSICAL EXAMINATION WAS GIVEN TO: *LAGODA EVGENIY*
(NAME OF APPLICANT)

(HE) (SHE) IS FOUND TO BE (FIT) (NOT FIT) FOR DUTY AS A: (MASTER, MATE, ENGINEER, RADIO OFFICER, RATING, MOU DECK, MOU ENGINE or SUPERNUMERARY).

NAME AND DEGREE OF PHYSICIAN ___ Dr. TATYANA GUBINA Medical Center LLC "PROFIMED"

ADDRESS ___ Medical License № ЛО-23-01-006890

NAME OF PHYSICIAN'S CERTIFICATING AUTHORITY 25.02.2014 unlimited

DATE OF ISSUE OF PHYSICIAN'S CERTIFICATE Stavropol Medical Institute

SIGNATURE OF PHYSICIAN *[signature]* diploma in 1977    DATE OF EXAMINATION: *29 -05- 2018*

This certificate is issued by authority of the Deputy Commissioner of Maritime Affairs, R.L. and in compliance with the requirements of the Maritime Labour Convention, 2006 for the Medical Examination of Seafarers.

The Medical Certificate shall be valid for no more than two (2) years from the date of the Examination for those over 18 years of age and for no more than one (1) year for those under 18 years of age.

RLM-105M (REV. 06/16)    1

## MEDICAL REQUIREMENT

All applicants for an officer certificate, Seafarer's Identification and Record Book or certification of special qualifications shall be required to have a physical examination reported on this Medical Form completed by a certificated physician.   The completed medical form must accompany the application for officer certificate, application for seafarer's identity document, or application for certification of special qualifications.  This physical examination must be carried out not more than 12 months prior to the date of making application for an officer certificate, certification of special qualifications or a seafarer's book.  Such proof of examination must establish that the applicant is in satisfactory physical condition for the specific duty assignment undertaken and is generally in possession of all body faculties necessary in fulfilling the requirements of the seafaring profession.  In addition, the following minimum requirements shall apply:

(a)   All applicants must have hearing unimpaired for normal sounds and be capable of hearing a whispered voice in the better ear at 15 feet and in the poorer ear at 5 feet.

(b)   Deck officer applicants must have (either with or without glasses) at least 20/20 vision in one eye and at least 20/40 in the other. If the applicant wears glasses, he must have vision without glasses of at least 20/160 in both eyes.  Deck officer applicants must also have normal color perception and be capable of distinguishing the colors red, green, blue and yellow.

(c)   Engineer and radio officer applicants must have (either with or without glasses) at least 20/30 vision in one eye and at least 20/50 in the other. If the applicant wears glasses, he must have vision without glasses of at least 20/200 in both eyes. Engineer and radio officer applicants must also be able to perceive the colors red, yellow and green.

(d)   An applicant's blood pressure must fall within an average range, taking age into consideration.

(e)   Applicants afflicted with any of the following diseases or conditions shall be disqualified: epilepsy, insanity, senility, alcoholism, tuberculosis, acute venereal disease or neurosyphilis, AIDS and/or the use of narcotics.

(f)   Deck/Navigational officer applicants and Radio officer applicants must have speech which is unimpaired for normal voice communication.

(g)   Applicants for able seaman, bosun, GP-1, ordinary seaman and junior ordinary seaman must meet the physical requirements for a deck/navigational officer's certificate.

(h)   Applicants for fireman/watertender, oiler/motorman, pumpman, electrician ,wiper, tankerman and survival craft/rescue boat crewman must meet the physical requirements for an engineer officer's certificate.

### DETAILS OF MEDICAL EXAMINATION
(To be completed by examining physician)

*LAGODA   EVGENIY*   ....FOUND TO BE FIT FOR DUTY

ASA....  *4TH  ENGINEER*

2 9 -05- 2018

RLM-105M (REV. 06/16)                2

CONFIDENTIAL                                                                    EL000079

LLC «Profimed»
353925, 3 Verbovaya street OF. 18,
Novorossiysk, Krasnodar region, Russia

# PHYSICAL EXAMINATION REPORT/CERTIFICATE
## DEPUTY COMMISSIONER OF MARITIME AFFAIRS

**ANNEX 2**

### THE REPUBLIC OF LIBERIA

| LAST NAME OF APPLICANT *LAGODA* | FIRST NAME *EVGENIY* | MIDDLE INITIAL |
|---|---|---|

| DATE OF BIRTH | PLACE OF BIRTH | SEX |
|---|---|---|
| MONTH ▆ DAY ▆ YEAR *1980* | CITY — COUNTRY *USSR* | MALE ✓ FEMALE |

EXAMINATION FOR DUTY AS:

| | | MAILING ADDRESS OF APPLICANT: |
|---|---|---|
| MASTER ☐ RATING ☐ | | *38, Blagoeva str., Apt. 37,* |
| MATE ☐ MOU DECK ☐ | | *Krasnodar, Russia* |
| ENGINEER ✓ MOU ENGINE ☐ | | |
| RADIO OFF ☐ SUPERNUMERARY ☐ | | |

MEDICAL EXAMINATION (SEE REVERSE SIDE FOR MEDICAL REQUIREMENTS) STATE DETAILS ON REVERSE SIDE

| HEIGHT *174* | WEIGHT *83* | BLOOD PRESSURE *730/85* | PULSE *80* | RESPIRATION NORMAL | GENERAL APPEARANCE NORMAL |
|---|---|---|---|---|---|

VISION:
WITHOUT GLASSES — RIGHT EYE *0.9* / LEFT EYE *0.9*
WITH GLASSES — / —

DATE OF LAST COLOR VISION TEST (Month/Day/Year) *07/10/79* Testing Required every 6 years
COLOR VISION MEETS STANDARDS IN STCW CODE, TABLE A-I/9? YES ☑ NO ☐

COLOR TEST TYPE: (BOOK) LANTERN — CHECK IF COLOR TEST IS NORMAL   YELLOW ✓   RED ✓   GREEN ✓   BLUE ✓

HEARING:   RT. EAR *6.0 m*   LEFT EAR *6.0 m*

| HEAD AND NECK NORMAL | HEART (CARDIOVASCULAR) NORMAL |
|---|---|
| LUNGS NORMAL | SPEECH (DECK/NAVIGATIONAL OFFICER AND RADIO OFFICER) IS SPEECH UNIMPAIRED FOR NORMAL VOICE COMMUNICATION? |

EXTREMITIES:   UPPER NORMAL   LOWER NORMAL

IS APPLICANT SUFFERING FROM ANY DISEASE LIKELY TO BE AGGRAVATED BY, OR TO RENDER HIM UNFIT FOR SERVICE AT SEA OR LIKELY TO ENDANGER THE HEALTH OF OTHER PERSONS ON BOARD? IF YES, EXPLAIN IN DETAILS OF MEDICAL EXAMINATION ON PAGE 2.   *NIL*

| SIGNATURE OF APPLICANT | DATE OF EXAM  1 0. 0 1. 2019 | EXPIRY DATE  *10. 07. 2020* |
|---|---|---|

THIS SIGNATURE SHOULD BE AFFIXED IN THE PRESENCE OF THE EXAMINING PHYSICIAN.

THIS IS TO CERTIFY THAT A PHYSICAL EXAMINATION WAS GIVEN TO: *LAGODA EVGENIY*
(NAME OF APPLICANT)

(HE) (SHE) IS FOUND TO BE (FIT) (NOT FIT) FOR DUTY AS A: (MASTER, MATE, ENGINEER, RADIO OFFICER, RATING, MOU DECK, MOU ENGINE or SUPERNUMERARY).

NAME AND DEGREE OF PHYSICIAN _____ Dr. TATYANA GUBINA

ADDRESS _____ Medical Center LLC "PROFIMED"

NAME OF PHYSICIAN'S CERTIFICATING AUTHORITY ___ Medical License № ЛО-23-01-006890 of 25.02.2014 unlimited

DATE OF ISSUE OF PHYSICIAN'S CERTIFICATE ___ Stavropol Medical Institute

SIGNATURE OF PHYSICIAN _____ Doktor   diploma in 1977   DATE OF EXAMINATION: 1 0. 0 1. 2019

This certificate is issued by authority of the Deputy Commissioner of Maritime Affairs, R.L. and in compliance with the requirements of the Maritime Labour Convention, 2006 for the Medical Examination of Seafarers.
The Medical Certificate shall be valid for no more than two (2) years from the date of the Examination for those over 18 years of age and for no more than one (1) year for those under 18 years of age.

RLM-105M (REV. 06/16)   1

CONFIDENTIAL

EL000080

## MEDICAL REQUIREMENT

All applicants for an officer certificate, Seafarer's Identification and Record Book or certification of special qualifications shall be required to have a physical examination reported on this Medical Form completed by a certificated physician. The completed medical form must accompany the application for officer certificate, application for seafarer's identity document, or application for certification of special qualifications. This physical examination must be carried out not more than 12 months prior to the date of making application for an officer certificate, certification of special qualifications or a seafarer's book. Such proof of examination must establish that the applicant is in satisfactory physical condition for the specific duty assignment undertaken and is generally in possession of all body faculties necessary in fulfilling the requirements of the seafaring profession. In addition, the following minimum requirements shall apply:

(a) All applicants must have hearing unimpaired for normal sounds and be capable of hearing a whispered voice in the better ear at 15 feet and in the poorer ear at 5 feet.

(b) Deck officer applicants must have (either with or without glasses) at least 20/20 vision in one eye and at least 20/40 in the other. If the applicant wears glasses, he must have vision without glasses of at least 20/160 in both eyes. Deck officer applicants must also have normal color perception and be capable of distinguishing the colors red, green, blue and yellow.

(c) Engineer and radio officer applicants must have (either with or without glasses) at least 20/30 vision in one eye and at least 20/50 in the other. If the applicant wears glasses, he must have vision without glasses of at least 20/200 in both eyes. Engineer and radio officer applicants must also be able to perceive the colors red, yellow and green.

(d) An applicant's blood pressure must fall within an average range, taking age into consideration.

(e) Applicants afflicted with any of the following diseases or conditions shall be disqualified: epilepsy, insanity, senility, alcoholism, tuberculosis, acute venereal disease or neurosyphilis, AIDS and/or the use of narcotics.

(f) Deck/Navigational officer applicants and Radio officer applicants must have speech which is unimpaired for normal voice communication.

(g) Applicants for able seaman, bosun, GP-1, ordinary seaman and junior ordinary seaman must meet the physical requirements for a deck/navigational officer's certificate.

(h) Applicants for fireman/watertender, oiler/motorman, pumpman, electrician ,wiper, tankerman and survival craft/rescue boat crewman must meet the physical requirements for an engineer officer's certificate.

### DETAILS OF MEDICAL EXAMINATION
(To be completed by examining physician)

_LAGODA EVGENIY_        HE IS FOUND TO BE FIT FOR DUTY

ASA.... 47h ENGINEER

10.01.2019

RLM-105M (REV. 06/16)                    2

CONFIDENTIAL                                        EL000081



**STEAMSHIP MUTUAL**

**STEAMSHIP MUTUAL**

LLC «Profimed»
353925, 3 Verbovaya street OF.18,
Novorossiysk, Krasnodar region, Russia

Pre-employment Medical Examination (PEME)

## MEDICAL EXAMINATION RECORD

For aged 31 years to 45 years

| FAMILY NAME | GIVEN NAMES | | GENDER | AGE | DATE OF BIRTH |
|---|---|---|---|---|---|
| LAGODA | EVGENIY | | MALE | 39 | ▮▮ 1980 |

| PASSPORT NO. | POSITION APPLIED FOR | MANNING AGENT |
|---|---|---|
| 72 5157865 | ENGINEER | |

| PRESENT MAILING ADDRESS | TEL. NO |
|---|---|
| 38, BLAGOEVA STR., APT. 37 KRASNODAR, RUSSIA | |

| HEIGHT | WEIGHT | PULSE | BODY BUILD | | CHEST:INSP | ins | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1.74 m | lbs | 40/min | SS / MS | | CHEST:EXP | ins | | | |
| ins | 83 kgs | reg / irr | | | ABD GIRTH | ins | | | |

| VISUAL ACUITY | | FAR VISION | | | NEAR VISION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UNCORRECTED | | L 0,9 | R 0,9 | | L — | R — | COLOUR VISION | CLARITY OF SPEECH | |
| CORRECTED | | L | R | | L | R | NORMAL | NORMAL | |
| DENTAL | | | | | CHEST X-RAY | | PA / AP | X RAY NO. 09.07.2019 | |
| | | | | | | | BLOOD PRESSURE N.B. SHOULD NOT BE ABOVE 140/90 | 130/85 | |
| UPPER | 87654321-L12345678 | | | | NEGATIVE | | | | |
| LOWER | 87654421-L12345678 | | | | POSITIVE | | | | |

| FAMILY HISTORY | | | | | |
|---|---|---|---|---|---|
| | Present Age | Present state of health | Age at death | Cause of death | |
| Father | | | | | |
| Mother | | | | | |
| Brother/s 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| Sister/s 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

MEDICAL HISTORY - Has applicant suffered from, or been told they have (or had) any of the following conditions:

| 1. Asthma or wheezing | YES / NO | 14. Rheumatic fever | YES / NO | 27. Epilepsy | YES / NO |
|---|---|---|---|---|---|
| 2. Bronchitis | YES / NO | 15. High blood pressure | YES / NO | 28. Depression | YES / NO |
| 3. Pleurisy | YES / NO | 16. Heart attack | YES / NO | 29. Psychiatric problems | YES / NO |
| 4. Tuberculosis | YES / NO | 17. Chest pain | YES / NO | 30. Muscular weakness | YES / NO |
| 5. Pneumonia | YES / NO | 18. Palpitations | YES / NO | 31. Paralysis | YES / NO |
| 6. Blood Disorder | YES / NO | 19. Poor circulation | YES / NO | 32. Stroke | YES / NO |
| 7. Coughed up blood | YES / NO | 20. Other infections of the | YES / NO | 33. T.I.A. | YES / NO |
| 8. Shortness of breath | YES / NO | the heart or circulatory | | 34. Tingling | YES / NO |
| 10. Diabetes | YES / NO | system | | | |
| 11. Sinus Trouble | YES / NO | 21. Varicose veins | YES / NO | | |
| 12. Frequent colds | YES / NO | 22. Swelling of feet | YES / NO | | |
| 13. Ear Infections | YES / NO | 23. Thyroid problems | YES / NO | | |
| 14. Balance problems | YES / NO | 24. Fainting attacks | YES / NO | | |
| 12. Nose bleeding | YES / NO | 25. Migraine | YES / NO | | |
| 13. Hearing problems | YES / NO | 26. Blackouts | YES / NO | | |

CONFIDENTIAL

EL000082

 

**STEAMSHIP MUTUAL**

STEAMSHIP MUTUAL

LC «Profimed»
53925, 3 Verbovaya street OF.18,
Novorossiysk, **Krasnodar region, Russia**

Pre-employment Medical Examination (PEME)

## MEDICAL EXAMINATION RECORD (*continued*)

For aged 31 years to 45 years

| Additional questions | |
| --- | --- |
| 35. Have you ever been signed off as sick or repatriated from a ship. | YES / NO |
| 37. Have you ever been hospitalised. | YES / NO |
| 38. Have you ever been declared unfit for sea duty. | YES / NO |
| 39. Has your medical certificate ever been restricted or revoked? | YES / NO |
| 40. Are you aware that you have any medical problems, diseases or illnesses? | YES / NO |
| 41. Do you feel healthy and fit to perform the duties of your designated position/ occupation? | YES / NO |
| 42. Are you allergic to any medications. | YES / NO |

Comments:

| |
| --- |
| 43. Are you taking any non-prescription medications or prescription medications?   YES / NO |

If yes, please list the medications taken and the purpose(s) and dosage(s).

I hereby certify that the personal declaration above is a true statement to tbe best of my knowledge and any false statements will disqualify me from any employment benefits and claims.

Signature of examinee: ..................................

Date (day/month/year)  10. 07. 2019

Witnessed by: ..................................

Name: **TATYANA GUBINA**

I hereby permit the undersigned physician to furnish such information the company may need pertaining to my health status and other personal medical findings and do hereby release them from any and all legal responsibility by doing so.

Signature of examinee: ..................................

Name of Employer: ..................................

Page 2



STEAMSHIP MUTUAL

LLC «Profimed»
353925, 3 Verbovaya street OF.18,
Novorossiysk, Krasnodar region, Russia

STEAMSHIP MUTUAL

Pre-employment Medical Examination (PEME)

## MEDICAL EXAMINATION RECORD (*continued*)

For aged 31 years to 45 years

### SYSTEMIC EXAMINATION

| | NORMAL | FINDINGS | | | NORMAL | FINDINGS |
|---|---|---|---|---|---|---|
| 1. Skin | YES / NO | | 11. Heart | YES / NO | |
| 2. Head, neck, scalp | YES / NO | | 12. Abdomen | YES / NO | |
| 3. Eyes - external | YES / NO | | 13. Back | YES / NO | |
| 4. Pupils opthalmascopic | YES / NO | | 14. Anus - rectum | YES / NO | |
| 5. Ears | YES / NO | | 15. G - U system | YES / NO | |
| 6. Nose - sinuses | YES / NO | | 16. Inguinals, genitals | YES / NO | |
| 7. Mouth - throat | YES / NO | | 17. Reflexes | YES / NO | |
| 8. Neck, L N thyroid | YES / NO | | 18. Extremities | YES / NO | |
| 9. Chest - breast - axilla | YES / NO | | 19. Dental (teeth) | YES / NO | |
| 10. Lungs | YES / NO | | 20. Surgical Operations | YES / NO | |

### AUDIOGRAM

| AUDIOGRAM | 500 | 1000 | 2000 | 4000 | 6000 | 8000 | | |
|---|---|---|---|---|---|---|---|---|
| Right Ear  Khz  JB | 15 | 10 | 5 | 5 | 20 | 25 | | |
| Left Ear  Khz  JB | 10 | 10 | 5 | 0 | 25 | 25 | | |

### LUNG FUNCTION TESTS

PEV 1  3.12
PVC 1  3.75    ~ 82 %
PEFR  3.62

### Standard Examination

| Standard Examination | |
|---|---|
| 1. Chest X-Ray (14x17) | NORMAL |
| 2. Complete Blood count | NORMAL |
| 3. Routine Urinalysis | NORMAL |
| 4. Routine Faecanalysis | NORMAL |
| 5. Blood Typing | O (I) RH (+) POSITIVE |
| 6. Dental Examination | NORMAL |
| 7. Optical Examination | NORMAL |
| 8. Complete Medical History and Physical Examination | NORMAL |
| 9. Psychological Examination | NORMAL |

### Additional Examination

| 10. Lipid Analysis | | | 13. Others | |
|---|---|---|---|---|
| Triglycerides | 1.8 | | Fasting Blood Sugar | 5.47 |
| Cholesterol | 6.8 | | HIV 1 & HIV 2 | NEGATIVE |
| HDL | 1.98 | | Audiometry | NORMAL |
| LDL | 4.4 | | Ishihara | NORMAL |
| | | | Pulmonary Function Test | NORMAL |
| 11. Liver Analysis | | | VDRL Screening | NEGATIVE |
| Total Bilirubin | | | ECG | NORMAL |
| SGOT | 34 | | | |
| SGPT | 55 | | 14. Hepatitis A | NEGATIVE |
| GGTP | 63 | | Hepatitis B Antigen Test | NEGATIVE |
| | | | Hepatitis C | NEGATIVE |
| 12. Kidney Function Test | | | | |
| BUN | 4.2 | | | |
| Creatinine | 452 | | | |
| Total Protein | 84.0 | | | |

It is recommended that the seafarer is given instructions for the taking of appropriate anti-malarial medication throughout the term of the contract.

KRASNODAR KRAI
LIABILITY COMPANY
RUSSIAN FEDERATION
LIMITED
NOVOROSSIYSK · Profimed
Page 3
Medical
examinations
of seafarers
(TIN 231517841
PSRN 11323150004544



CONFIDENTIAL

EL000109



CONFIDENTIAL

EL000110



IV. Отметки о профилактических прививках

| Дата | Наименование прививки (вакцинация и ревакцинация) | Подпись, печать |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

V. Заключение врача о допуске к работе по результатам медицинского обследования

| Дата | Заключение врача | Ф.И.О., подпись и личная печать врача |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

№ 3354078

6

7

CONFIDENTIAL

EL000111



CONFIDENTIAL

EL000112



10

11

№ 3354078

CONFIDENTIAL

EL000113



CONFIDENTIAL

EL000114



CONFIDENTIAL

EL000115



VI. Результаты обследования на туберкулез

| Дата | Заключение лаборатории | Подпись, печать врача |
|------|------------------------|-----------------------|
|      |                        |                       |

VII. Результаты исследования на носительство возбудителей кишечных инфекционных заболеваний

| Дата | Заключение врача | Ф.И.О., подпись и личная печать врача |
|------|------------------|---------------------------------------|
|      |                  |                                       |

18                                                                    19

CONFIDENTIAL                                                    EL000116



CONFIDENTIAL

EL000117



CONFIDENTIAL

EL000118

## IX. Результаты исследования на гельминтозы

| Дата | Заключение лаборатории | Подпись, печать (штамп) |
|---|---|---|
| | г.Ноаброк | |
| | Цифровая флюо... | |
| | ОРГАНЫ ... | |
| | БЕЗ ПАТОЛОГИИ | |
| | Дата 15.12.05 | |
| | врач ___ доза 00.2 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## IX. Результаты исследования на гельминтозы

| Дата | Заключение лаборатории | Подпись, печать (штамп) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

24

CONFIDENTIAL

EL000119



CONFIDENTIAL

EL000120



CONFIDENTIAL

EL000121



CONFIDENTIAL

EL000122

**Аварийно-техническая служба ООО «Предприятие «ЭНЕРГЕТИК»**

*Форма 1 АТО*

[Печать:]
Общество с ограниченной ответственностью
Предприятие "ЭНЕРГЕТИК"
ИНН 2312009517 ОГРН 1022301977499

# АКТ ВЫПОЛНЕННЫХ РАБОТ

### ЗАЯВКА № 7256 по ликвидации аварии

Принята _01_ час. _22_ мин. Дата _27.05.2001_

Адрес вызова _Бекоева 16_

Организация _МУЗ поликлиника 27_ код организации _1482_

Характер аварии _Течь ГВС_

Заявку принял диспетчер _Артеменко_ бригада № _1_

Заявка выдана в _01_ час. _23_ мин., выполнена в _02_ час. _32_ мин.

Выполненные работы _Течь гибкой подводки на раковину_
_ГВС в кабинете № 47. Перекрыл кран_
_ГВС в кабинете._

_печаль отсутствует При_ _Проба · 12 т_

Код работы _9044_

Водитель _Овчаренко_          Заявитель _Пришина П.М_

Рабочий _Мисевич_                              _фамилия, имя, отчество_

Мастер _Артеменко_           Подпись заявителя _Пришин_

CONFIDENTIAL                                                           EL000123



**МИНИСТЕРСТВО ОБОРОНЫ
РОССИЙСКОЙ ФЕДЕРАЦИИ
(МИНОБОРОНЫ РОССИИ)
ВОЕННЫЙ КОМИССАРИАТ
КАРАСУНСКОГО И
ЦЕНТРАЛЬНОГО ОКРУГОВ
ГОРОДА КРАСНОДАР**

*350058, г. Краснодар,
ул. Селезнева, 203-а
тел. (факс) (861) 233-73-77*

Сообщаю, что ___*Лагода (Тихоплав) Евгений Григорьевич*___ 19<u>80</u> года рождения, «_05_» _____*декабря    2000*____ года медицинской комиссией *Военного комиссариата Карасунского  округа  г. Краснодара* .

Признан **«А» - годен к военной службе.**

**Приказ МОРФ №315 от 1995г.**

**ВОЕННЫЙ КОМИССАР
КАРАСУНСКОГО И ЦЕНТРАЛЬНОГО ОКРУГОВ ГОРОДА КРАСНОДАР
И.ТРУШКОВСКИЙ**

CONFIDENTIAL

EL000124



МИНИСТЕРСТВО ОБОРОНЫ
РОССИЙСКОЙ ФЕДЕРАЦИИ
ВОЕННЫЙ КОМИССАРИАТ
КАРАСУНСКОГО
И ЦЕНТРАЛЬНОГО ОКРУГОВ
ГОРОДА КРАСНОДАР
КРАСНОДАРСКОГО КРАЯ
*350058, г. Краснодар
ул.Селезнева, 203-а
тел. факс (861) 233-73-77*
« __ » _____ 2022 г.
№ 2/ _____

исп.вх.№ 21-П от 04.02.2022 г.

ТИХОПЛАВУ
Григорию Алексеевичу
350065, г.Краснодар
ул.Д.Благоева, 38, кв.37

Уважаемый Григорий Алексеевич!

На Ваше обращение в военный комиссариат Карасунского и Центрального округов города Краснодар от 03.02.2022 года

Сообщаю, что, согласно алфавитной книге призывников, Ваш сын, Тихоплав Евгений Григорьевич, 29 декабря 2000 года был отправлен в войска для прохождения военной службы по призыву.

Перед отправкой он был освидетельствован призывной комиссией военного комиссариата Карасунского округа г.Краснодара, а затем медицинской комиссией Краснодарского края и признан годным к военной службе без каких-либо ограничений, то есть был совершенно здоров физически и психически.

Основание: алфавитная книга призывников 1980 года рождения ВК Карасунского округа г.Краснодара, инв.№ 772, стр.89, п/н 5; учетная карточка к военному билету АК № 0900311.

Приложение: расшифровка категории годности к военной службе – на 1 листе.

Военный комиссар Карасунского и Центрального
округов города Краснодар

И.Трушковский

*исп.Кулик Г.Н.
тел.8(861)231-19-18*

CONFIDENTIAL

EL000125

ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ
УЧРЕЖДЕНИЕ ЗДРАВООХРАНЕНИЯ
«ГОРОДСКАЯ ПОЛИКЛИНИКА № 27
ГОРОДА КРАСНОДАРА»
МИНИСТЕРСТВА ЗДРАВООХРАНЕНИЯ
КРАСНОДАРСКОГО КРАЯ
(ГБУЗ «ГП № 27  г. Краснодара» МЗ КК)

им. Дмитрия Благоева ул., д. 16,  г. Краснодар, 350061,
Краснодарский край, Российская Федерация
Тел. (861) 237-36-82, (861) 237-36-83,
факс: (861) 263-00-93, (861) 237-25-77
E-mail: pol27@kmivc.ru
ОГРН 1072312011881, ИНН 2312142212,
КПП 231201001

03.01.2022 ___ № _____

На № _____ от _____

## СПРАВКА

Дана Тихоплаву Григорию Алексеевичу в том, что предоставить медицинскую карту на сына Лагода Евгения Григорьевича, ██.██.1980 г.р. не представляется возможным ввиду сложившейся аварийной ситуации (прорыв горячей воды) в архивном помещении ГБУЗ «ГП № 27 г. Краснодара» МЗ КК. Медицинские документы поликлиники не сохранились.

Приложение: на 1 л. в 1 экз.

Заместитель главного врачи
по клинико-экспертной работе

С.А. Мамалыгина

CONFIDENTIAL

EL000126

# ПРОТОКОЛ ТЕСТИРОВАНИЯ НА НАРКОТИЧЕСКИЕ ВЕЩЕСТВА И АЛКОГОЛЬ
# DRUG AND ALCOHOL TEST REPORT

1. Фамилия, имя, отчество
   Name
   *Lagoda Evgenix Grigorevich*

2. Год рождения
   Date of birth
   ██ ██ *1980*

3. Где и кем работает
   Position

4. Место и время освидетельствования
   Date and place of test
   *01.03 .......... 2000*

5. Причина освидетельствования
   Reason of tests
   **TESTING**

6. Системы тестов:
   Systems of tests
   1. **TOXI—LAB** drug detection systems (DRG Int., USA)
   2. **ONTRAK** assays for drug abuse (HOFFMAN-LA ROCHE)
   3. **ALKOTEST** 7410 (Drager, Germany)

7. Наличие алкоголя в крови
   Presence of alcohol in blood
   **NEGATIVE**

8. Наличие наркотических веществ в крови и моче
   Presence of drug in blood, urine

   | | |
   |---|---|
   | Amphetamine | *negative* |
   | Opiate | *negative* |
   | Methadone | *negative* |
   | Barbiturate | *negative* |
   | Cocaine | *negative* |
   | Cannabinoide | *negative* |

9. Заключение
   Conclusion
   **HEALTHY**

## Signature of physical
**Forensic medicine expert of drug abuse**

CONFIDENTIAL

EL000127

# PHYSICAL EXAMINATION REPORT/CERTIFICATE
## DEPUTY COMMISSIONER OF MARITIME AFFAIRS

### THE REPUBLIC OF LIBERIA

| LAST NAME OF APPLICANT LAGODA | FIRST NAME EVGENIY | MIDDLE INITIAL |
|---|---|---|

| DATE OF BIRTH | PLACE OF BIRTH | SEX |
|---|---|---|
| MONTH ▓ DAY ▓ YEAR 1980 | CITY Russia COUNTRY | (MALE) FEMALE |

EXAMINATION FOR DUTY AS:

| | | MAILING ADDRESS OF APPLICANT: |
|---|---|---|
| MASTER | [ ] | |
| MATE | [ ] | |
| ENGINEER | [ ] | |
| RADIO OFF | [ ] | |
| RATING | [ ] motorman | |

## MEDICAL EXAMINATION (SEE REVERSE SIDE FOR MEDICAL REQUIREMENTS) STATE DETAILS ON REVERSE SIDE

| HEIGHT 174 | WEIGHT 84 | BLOOD PRESSURE 110/60 | PULSE 86 (11) | RESPIRATION 18 (11) | GENERAL APPEARANCE Normal |
|---|---|---|---|---|---|

| ...ION: ...THOUT GLASSES WITH GLASSES | RIGHT EYE 0,9 | LEFT EYE 0,9 | HEARING: RT. EAR 6,0 m     LEFT EAR 6,0 m |
|---|---|---|---|

COLOR TEST TYPE: BOOK ˜ LANTERN ˜ CHECK IF COLOR TEST IS NORMAL    YELLOW ✓  RED  ✓  GREEN ✓    BLUE ✓

| HEAD AND NECK Normal | HEART (CARDIOVASCULAR) Normal |
|---|---|
| LUNGS Normal | SPEECH (DECK/NAVIGATIONAL OFFICER AND RADIO OFFICER) IS SPEECH UNIMPAIRED FOR NORMAL VOICE COMMUNICATION? |

EXTREMITIES:

UPPER Normal          LOWER Normal

IS APPLICANT SUFFERING FROM ANY DISEASE LIKELY TO BE AGGRAVATED BY, OR TO RENDER HIM UNFIT FOR SERVICE AT SEA OR LIKELY TO ENDANGER THE HEALTH OF OTHER PERSONS ON BOARD?

Nil

_____Ehr_____          01.03 2010 year
SIGNATURE OF APPLICANT                    DATE

THIS SIGNATURE SHOULD BE AFFIXED IN THE PRESENCE OF THE EXAMINING PHYSICIAN.

THIS IS TO CERTIFY THAT A PHYSICAL EXAMINATION WAS GIVEN TO: ___LAGODA___
(NAME OF APPLICANT)

(HE) (SHE) IS FOUND TO BE (FIT) (NOT FIT) FOR DUTY AS A: (MASTER, MATE, ENGINEER, RADIO OFFICER OR RATING) motorman

NAME AND DEGREE OF PHYSICIAN _____

ADDRESS _____

NAME OF PHYSICIAN'S CERTIFICATING AUTHORITY _____

DATE OF ISSUE OF PHYSICIAN'S CERTIFICATE _____

MEDICAL CENTER OF NEW TECHNOLOGIES "HIPPOCRATES" ON ADMIRAL USHAKOV MARITIME STATE ACADEMY BASIS. Head doctor SHATVORYAN S.N. (Krasnodar medical university, 1981) ... X-01-000ith, date of License Issue 13.04.2006, ... Novorossiysk, Krasnodar region, Russia.

SIGNATURE OF PHYSICIAN _____          DATE: 04.03.2010 year

This certificate is issued by authority of the Deputy Commissioner of Maritime Affairs, R.L. and in compliance with the requirements of the Medical Examination (Seafarers) Convention 1946 (ILO No. 73)

RLM-l05M (REV. 12/96)                    1

CONFIDENTIAL                    EL000128

1

Cover
Personal Medical Record Book

CONFIDENTIAL                                                     EL000129

2

Personal medical record book

Federal sanitary and epidemiologic services of Russia

Photo

Seal

State department of sanitary and epidemiologic control issued the record book

Signature of the owner

Signature

Witness signature

Signature

Confirmation submitted

Organization chair (individual entrepreneur)

Signature

Last, first, middle name

March 1, 2010

CONFIDENTIAL                                                                        EL000130

3

Medical card holder's data

1.      Last name Lagoda
2.      First, middle Evgeniy Grigorievich
3.      Birth year ██.1980
4.      Home addres City of Krasnodar, Blagoeva street 38-37
5.      Main occupation
6.      Position Operator (crossed) Duty engineer
7.      Organization name (individual entrepreneur)

No. 3354078

CONFIDENTIAL                                            EL000131

6

4 Preventive vaccination records

Date
Vaccination name (vaccination and booster)
Signature, seal

06/26/2009
Yellow fever
Signature
Seal

07/30/2007
[illegible handwriting]
Recovered

No. 3354078

7

CONFIDENTIAL                                                     EL000132

8

Hippocrates Medical Facility

5 Preventive vaccination records

Date
Vaccination name (vaccination and booster)

5. Doctor's statement for work permission based on medical examination results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

02.25.09
Dermatologist Signature, Seal
Dentist Signature, Seal
[illegible handwriting]Signature, Seal
Neurologist Signature, Seal
Surgeon Signature, Seal

No complaints. Healthy. Able-bodied
February 26, 2009

ENT 02.26.09 Signature, Seal
[illegible handwriting]Healthy

Vision
02.06.09 Signature, Seal

                                           EL000133

9

Lagoda, E.T.
February 25, 2009
5. Doctor's statement for work permission based on medical examination results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

Primary Care Physician
02/25/2009
No complaints
 Signature, Seal

Seal: LLC Medical Technology Center Hippocrates
Statement of medical committee
Able to perform duties in the field of operator
With no time limits on the duration of the sea voyage
Committee chair signature
Signature
02/27/2009

No. 3354078

CONFIDENTIAL                                                                    EL000134

10

Hippocrates Medical Facility

5. Doctor's statement for work permission based on medical examination results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

02.03.10
Dermatologist Signature, Seal
Dentist Signature, Seal
[illegible handwriting]Signature, Seal
Neurologist Signature, Seal
Surgeon Signature, Seal

No complaints. Healthy. Able-bodied
March 01, 2010

ENT 01.03.10 Signature, Seal
[illegible handwriting]Healthy

Vision
01.03.10 Signature, Seal

CONFIDENTIAL                                                        EL000135

11

Lagoda, E.T.
March 01, 2010
5. Doctor's statement for work permission based on medical examination results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

Primary Care Physician
03/01/2010
No complaints
Signature, Seal

Seal: LLC Medical Technology Center Hippocrates
Statement of medical committee
Able to perform duties in the field of operator
With no time limits on the duration of the sea voyage
Committee chair signature
Signature
03/01/2010

No. 3354078

CONFIDENTIAL                                                                EL000136

12

Hippocrates Medical Facility

5. Doctor's statement for work permission based on medical examination results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

03/30/2011
Dermatologist Signature, Seal
Dentist Signature, Seal
[illegible handwriting]Signature, Seal
Neurologist Signature, Seal
Surgeon Signature, Seal

No complaints. Healthy. Able-bodied
March 30, 2011

ENT 03/30/2011 Signature, Seal
[illegible handwriting]Healthy

Vision
03/30/2011 Signature, Seal

13

Lagoda, E.T.
March 30, 2011
5. Doctor's statement for work permission based on medical examination results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

Primary Care Physician
03/30/2011
No complaints
Signature, Seal

Seal: LLC Medical Technology Center Hippocrates
Statement of medical committee
Able to perform duties in the field of operator
With no time limits on the duration of the sea voyage
Committee chair signature
Signature
03/30/2011

No. 3354078

CONFIDENTIAL                                                                EL000138

16

MBU "Gorodok"

5. Doctor's statement for work permission based on medical examination results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

Digital chest x-ray
Chest cavity organs contain no abnormalities
Date 03/18/2013
Signature
Dose 0026

03/18/2013
Dermatologist Signature, Seal
Dentist Signature, Seal
[illegible handwriting]Signature, Seal
Neurologist Signature, Seal
Surgeon Signature, Seal

No complaints. Healthy. Able-bodied
March 20, 2013

Surgeon 03/18/2013
[illegible handwriting]
healthy

ENT 03/18/2013
Signature, Seal
[illegible handwriting]Healthy

Vision
03/18/2013
Signature, Seal

CONFIDENTIAL                                                                EL000139

17

Lagoda, E.T.
March 18, 2013

5. Doctor's statement for work permission based on medical examination results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

Psychiatrist, drug test
Examined. No abnormalities. Healthy.
Psychiatrist
Able Bodied
Primary Care Physician
03/18/2013
No complaints
Signature, Seal

Seal: LLC Medical Technology Center Hippocrates
Statement of medical committee
Able to perform duties in the field of operator
With no time limits on the duration of the sea voyage
Committee chair signature
Signature
March 20, 2013
[illegible handwriting]

CONFIDENTIAL                                                                          EL000140

18

6. Tuberculosis testing results
Date
Lab results
Signature, seal
Match 18, 2013
12 (twelve)
[illegible handwriting]

CONFIDENTIAL                                                                                       EL000141

19

7. Research study results on carriers of digestive tract pathogen agents
Date
Exam results
Doctor's last, first, middle name, signature, personal seal

Seal
Digital x-ray of the chest cavity organs contains no abnormalities
02/24/2014
Signature

CONFIDENTIAL

EL000142

20

7. Research study results on carriers of digestive tract pathogen agents
Date
Exam results
Doctor's last, first, middle name, signature, personal seal

Dermatologist 02/24/2014
Signature
Seal

Dentist 02/24/2014
Signature
Seal

Neurologist
February 24, 2014

No complaints. Healthy. Able-bodied.
February 24, 2014

ENT 02/24/2014
Signature
Seal

Ophthalmologist 02/24/2014
Signature
Seal

CONFIDENTIAL                                                                                           EL000143

21

Lagoda, E.T.
February 24, 2014
8. Statement for lab work and examination results by dermatologist and venereal specialist

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

Psychiatrist-neurologist

Examined. Healthy. Able-bodied.

[illegible handwriting]

LLC "Medical Center by new technologies"
"Hippocrates"

Examination committee results
Signature, Seal
February 24, 2014

CONFIDENTIAL                                                    EL000144

22

Hippocrates Medical Facility

8. Lab test statement and examination results by dermatologist and venereal specialist

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

Digital chest x-ray
Chest cavity organs contain no abnormalities
Date 05/06/2015
Signature
Dose 0019

Dermatologist Signature, Seal
Dentist Signature, Seal
[illegible handwriting]

Signature, Seal
Neurologist Signature, Seal
No complaints. Healthy. Able-bodied
Surgeon Signature, Seal May 7, 2015
No complaints. Healthy. Able-bodied
[illegible handwriting]

Surgeon 03/18/2013
[illegible handwriting]
healthy

CONFIDENTIAL                                                  EL000145

23

Lagoda, E.G.
May 6, 2015

8. Lab test statement and examination results by dermatologist and venereal specialist

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

[illegible handwriting]
Psychiatrist, drug test
Examined. No abnormalities. Healthy.
Primary Care Physician
06/05/2015
No complaints
Signature, Seal

Seal: LLC Medical Technology Center Hippocrates
Statement of medical committee
Able to perform duties in the field of operator
With no time limits on the duration of the sea voyage
Committee chair signature
Signature

May 7, 2015
Seal

CONFIDENTIAL                                                                EL000146

24

9. Helminthiasis parasite study results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

Digital chest x-ray
Chest cavity organs contain no abnormalities
Date 15/12/2015
Doctor Signature
Dose 0021

CONFIDENTIAL                                                                                          EL000147

25

9. Helminthiasis parasite study results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

CONFIDENTIAL

EL000148

26

10. Diphtheria study results

Hippocrates Medical Facility

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

Dermatologist Signature, Seal 12.15.2015
Dentist Signature, Seal
[illegible handwriting]
Signature, Seal
Neurologist Signature, Seal
Surgeon Signature, Seal

December 15, 2015

No complaints. Healthy. Able-bodied
Psychiatrist Signature, Seal
ENT Signature, Seal
Ophthalmologist Signature, Seal

CONFIDENTIAL                                                                       EL000149

27

Lagoda, E.G.
December 15, 2015

11. Pathogenic staphylococcus carrier study results

Date
Doctor's statement
Last, first, middle, signature, personal doctor's seal

Psychiatrist, drug test
Examined. No abnormalities. Healthy.
Primary Care Physician Signature, Seal

Seal: LLC Medical Technology Center Hippocrates
Statement of medical committee
Able to perform duties in the field of operator
With no time limits on the duration of the sea voyage
Committee chair signature
Signature
December 15, 2015        Seal

CONFIDENTIAL                                                    EL000150

28
Medical Center
LLC Profimed

12. Professional hygienic study results

Date
Study results and diagnosis
[illegible handwriting]

X-ray 01/09/2017
[illegible handwriting]
Surgeon January 10, 2017
No complaints. Healthy. Able-bodied.

Ophthalmologist 01.10.2017
Signature, Seal
Neurologist January 01.10.2017
No complaints. No limitations for work.
ENT January 10, 2017
No complaints. Healthy. Able-bodied.
Psychiatrist, drug test
Examined by psychiatrist, drug tested.
Healthy. Able-bodied.
January 10, 2017

CONFIDENTIAL

EL000151

29
2017 Lagoda, E.G.

No complaints. No abnormalities.
Prevention record
[illegible handwriting]
Dermatologist
No limitations for work
January 10, 2017

Primary care physician 10/01/2017
Seal

No complaints Signature
Able-bodied

Seal
Medical Center
LLC Profimed
Statement of medical committee
Able to perform duties in the field of operator
With no time limits on the duration of the sea voyage
Committee chair signature
Signature
January 1, 2017
Seal

CONFIDENTIAL                                                                   EL000152

Teeth shapes
87654321/1234567
87654321/12345678

[illegible handwriting]

Mouth cavity healthy
Able-bodied.
8765432112345678
12/15/2015

CONFIDENTIAL                                                                                    EL000153

Ministry of Defense
of the Russian Federation
(Ministry of Defense of Russia)
Office of Military Registration
In Karasunsky and Central Regions
In the city of Krasonodar
350058, Krasnodar
Ul. Selezneva, 203-a
Phone (fax) (861) 233-7377

This is to report that Lagoda (Tihoplav) Evgeniy Grigorievich, born in 1980,
Was on December 5, 2000 was considered grade "A" fit for military service by the
medical commission of Military registration in Karasunsky Region of Krasnodar city.
By the order of MDRF #315 in 1995

Military registrar
In Karasunsky and Central Regions in the city of Krasnodar
I. Trushkovski
Signature

CONFIDENTIAL                                                                                            EL000154

Ministry of Defense
of the Russian Federation
(Ministry of Defense of Russia)
Office of Military Registration
In Karasunsky and Central regions
In the city of Krasonodar
350058, Krasnodar
Ul Selezneva, 203-a
Phone (fax) (861) 233-7377
02.04. 2022
# 21 744

Isp vh #21-P on the date 02/04/2022

Addressed to:
Tihoplav
Gregory Alexeyevich
350065, city of Krasnodar
Ul. D. Blagoyeva, 38, suite 37

Dear Grigory Alexeyevich!

In response to your request to the military registrar in Karasunsky and Central Regions of the city of Krasnodar on 02/03/2022

Hereby reporting: according to the chart of alphabetical records of draftees, on December 29, 2000 your son Tihoplav Evgeniy Grigorievich was admitted to his unit for the purpose of serving military duty as a draftee.

Prior to the deployment he was examined by the draft commission of the Military Registration office in Karasunsky Region of the city of Krasnodar, as well as by the medical commission of the Krasnodar Region, and determined fit for military duty without any limitations; in other words, he was absolutely healthy physically and mentally.

This statement is based on the chart of alphabetical records of draftees born in 1980 of the military registrar Karasunsky region in the city of Krasnodar, inventory # 772, page 89, p/n 5, record card to the military service certificate AK # 0900311.

Attachment: decryption of fitness category for military service – on 1 page.

Military registration of Karasunsky and Central Regions of the city of Krasnodar
I. Trushkovsky

Isp. Kulik G. N.
Phone 8(816) 231 1918

CONFIDENTIAL                                                      EL000155

State Budget
Healthcare Establishment
"City hospital # 27 of the city of Krasnodar"
Department of Healthcare
Krasnodar Region
(GBZU "GP # 27 City of Krasnodar" MZ KK)

Dmitriya Blagoyeva ul., Building 16, city of Krasnodar 350061
Krasnodar Region, Russian Federation
Phone (861) 237-3682, (861) 237-3683
Fax (861) 263-0093, (861)237-2577
Email pol27@kmivc.ru

01/03/2022

Report

Issued to Tihoplav Grigory Alexeyevich to notify that the medical records of his son,
Lagoda Evgeniy Grigorievich, born on ▮▮▮▮/1980, could not be obtained for the reason
of an accident that took place (hot water line rupture) inside the archival room GBUZ
"GP #27 of the city of Krasnodar" MZ KK. Medical records of the hospital were lost.
Attachment: on 1 page, 1 copy

Deputy lead doctor for the medical expertise
S.A. Mamalygina
Seal
Signature

CONFIDENTIAL                                                         EL000156

State budget
Health establishment
"City hospital # 27 of the city of Krasnodar"
Department of Healthcare
Krasnodar Region
(GBZU "GP # 27 City of Krasnodar" MZ KK)

Dmitriya Blagoyeva ul., Building 16, city of Krasnodar 350061
Krasnodar Region, Russian Federation
Phone (861) 237-3682, (861) 237-3683
Fax (861) 263-0093, (861)237-2577
Email pol27@kmivc.ru

01/03/2022

Report

     Issued to Tihoplav Grigory Alexeyevich to notify that medical records of his son, Lagoda Evgeniy Grigorievich, born on ▮▮▮▮ /1980, could not be obtained for the reason of an accident that took place (hot water line rupture) inside the archival room GBUZ "GP #27 of the city of Krasnodar" MZ KK. Medical records of the hospital were lost.

Attachment: on 1 page, 1 copy.

Deputy lead doctor for the medical expertise
S.A. Mamalygina
Seal
Signature

CONFIDENTIAL                                                                                    EL000157

Drug and alcohol test report
Name
Lagoda Evgeniy Grigorievich

Date of birth
03/02/1980
Position
Date and place of test 03/01/2010
Reason for testing
Testing
Systems of tests

1. TOXI-LAB drug detection system (DRG int, USA)
2. ONTRAK assays for drug abuse (HOFFMAN-LA ROCHE)
3. ALKOTEST 7410 (Drager, Germany)
Presence of alcohol in blood

NEGATIVE

Presence of drug in blood, urine
Amphetamine negative
Opiate negative
Methadone negative
Barbiturate negative
Cocaine negative
Cannabinoide negative
Conclustion HEALTHY

Signature of physical forensic medicine expert of drug abuse
Seal
Seal
Seal
Seal
Seal
Signature

CONFIDENTIAL                                                                 EL000158

# CERTIFICATE OF TRANSLATION

I, Lev Goncharov, certify that I am competent in English and Russian and that my English translation of the "MEDICAL DOCUMENTS OF EVGENY LAGODA" is a full and accurate representation of the corresponding original documents in the Russian language.

I have the requisite qualifications to perform the above translation. I grew up speaking Russian as first language. I obtained a 10-year training in Russian language, Russian literature and composition throughout secondary and high school, resulting in multiple awards and certificates in Russian debate, composition, Russian language Olympiads, and city-wide Russian language and literature competitions in the city of Yekaterinburg, Russia and surrounding regions. Silver medal, awarded to me for graduating at the top five percent among all graduates nationwide in Russian Federation, signified my excellent grades in the subjects of Russian language, Russian literature and composition. I continued language training as a university student at the Ural State University in Yekaterinburg, Russia, as History and Business major. Church Slavonic (which is, in fact, the ancient Russian) was one of the subjects of my choosing during the course of study at the University. I also studied English from the age of 6 years old, while attending a specialized linguistically-inclined advanced school program for English language.

Over the course of study, I took other languages as well. My current degree is in Liberal Studies from the University of Oklahoma. I am a publishing writer (in Russian and English), and newspaper and magazine reporter, contributing written content in Russian and English, translating, interpreting and using composition skills every day. My works in poetry, news reporting and social documentary won various awards in a number of competitions, including a Golden Remi award at one of the oldest film festivals in the U.S., the 42nd Houston Worldfest in the category of international and political issues for writing and media documenting on current events.

I further certify that the attached translation is true and correct to the best of my knowledge and abilities.

Should you have any questions regarding this translation, please feel free contact me via telephone at 832-262-7439.

_____ (Lev Goncharov)
Dated: April 20, 2022.