# Exhibit B

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# FCIR - All Other Events

eReport PSR1206-19

| Date and Time * | 04/12/19 22:25 | | | | |
|---|---|---|---|---|---|
| Title of Report | Medical escalating to Level 2 Customer Disturbance | Crew Base | JFK | Emergency Declared | Medical |
| Check Box to Send this FCIR to ALPA ☑ | | Red Eye | Red Eye | ☐ ATC Priority Given | ATC Priority ☑ |

## Narrative

**Event/Concern Description***

Flight 659 to KIN departed from gate 18 at 2155 local. We pushed and began our taxi to runway 22R via A to hold short of V. After receiving clearance to cross runway 13L via V and proceed to the runway we received a call from Inflight and it was responded to by FO Flory. I stopped the aircraft on taxiway V abeam of B. F1 advised that there was a medical event in progress with a customer experiencing a seizure and an immediate return was requested. CA advised tower of a request to return to the gate, we were switched to ground who gave instructions to taxi via B hold short of WA. CA maintained radio 1 and ATC contact and FO communicated with company and ramp to secure a gate and Inflight for details as they became available. We were given a quick gate assignment and taxiied in via WA to gate 20. Arrival time 2224.

We secured the aircraft and began getting the MedLink checklist out to gather more information. CA opened cockpit door to communicate directly with Inflight and we were treating the situation as a medical with the ill Customer in the aft galley being assisted by 3 volunteer medical professionals. As we gathered more information there was a disturbance in the aft portion of the aircraft. JetBlue supervisors who had met the aircraft were instructing customers to remain seated. F4 Aarndel was observed being assisted forward with the 3 volunteer medical professionals. He was escorted to the forward lav where we were hearing (we had stepped back to give access to the forward lav and the door prevented face to face communication at that moment) that he was treated for pepper spray exposure from a Port Authority Police Department Officer who had already responded and boarded before we had the cockpit door open to assist the medical situatoin.

At this time we were told that the customer had become violent and had assaulted F1 Swinney and F4 Aarrndel and assisting medical professionals as well as the the PAPD officer who responded with pepper spray.

The on scene JetBlue supervisors were attempting to keep customers in their seats when a group of PAPD officers responded and rushed to assist. At this time the decision was made to deplane the customers onboard to allow better access for the responding officers and deplaning was initiated. Several PAPD officers responded and both entered and exited the aircraft as needed during the disturbance. Officers requested and received the AED from the forward galley and POB in row 1 on aircraft right. They also requested aft airstairs to remove the customer.

The cabin was deplaned fully and the customer was removed, although we did not witness his removal as officers had requested the area clear so they could respond.

We began the process of writing up items used to respond to the incident in the aircraft logbook and assisting the inflight crew and PAPD officers with any requests made of us.

We were interviewed by several PAPD officers and told to wait for a final interview with a responding Detective for clarity. I wanted to insure that the Inflight crew was being taken care of, as well as the responding medical professionals who assisted in the event.

**Recommendations**

From initial call to arrival at the gate was within 5 minutes as we recall. A rapid gate assignment and jetbridge operator made response quick. Communication with F1 Swinney was quick and all relevent information was passed that he had available.

I would like to commend the work of F1 Calvin Swinney and F4 Kareem Aarndel. They assisted with the medical reaction and then were the victims of the customer's assault as he came around. Both were struck, and F4 Aarndel had positioned himself in front of a responding medical professional who was pregnant to prevent her from being hit, and received secondary effects from the use of the pepper spray. Each of the Inflight crew were very calm given the situation.

The responding JetBlue supervisors were quick on the scene and did their best to control what was a rapidly changing event. Combined with the demeanor of the Inflight crew the deplaning was done in a very orderly way with many words of thanks to the Inflight crew for their handling.

## Event/Concern Details

*(handwritten signatures in left margin:)*
William Flory
05223

Calvin Swinng
68435

Frank Leandro
79313

Kevin Ingleton
71973

Kareem Aarndel
41583

Exhibit Bengtson No. 2
EB 8/15/2023

**69**

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# FCIR - All Other Events

eReport PSR1206-19

| Flight Event Type | Customer Disturbance | Significant Weather | Rain - Light | Customer Disturbance Level | Level 2 |
|---|---|---|---|---|---|
| Effect on Flight | Return to Gate | Runway Condition | | Security Requested | ☐ |
| Code Given to Inflight Crew: | | RTO Speed | | Smoke/Fumes / Mist/Haze/Odor | |

**Check All that Apply**

| Medlink | ☐ | Emergency Equipment | ☑ | EMS | ☑ |
|---|---|---|---|---|---|
| EMK | ☐ | Customer Intox | ☐ | | |

**Captain's Emergency Authority**

| Deviation ATC | ☐ | Cabin Prep | ☐ | Emergency Descent | ☐ |
|---|---|---|---|---|---|
| Overweight Landing | ☐ | InflightEngine Shutdown | ☐ | Emergency Evac | ☐ |

## Flight Information

| Flight No | 659 | Departure Point | JFK | Destination Point | KIN |
|---|---|---|---|---|---|
| Tail No | N999JQ | Diversion/Offline City | | Follow-Up Requested | |
| Author First Name | Kurt | Aircraft Type | Airbus A321 | Operation Type | Scheduled |
| Author Last Name | Bengtson | Crewmember ID | 57865 | CA Name | Bengtson, Kurt |
| Author Position | Captain | Contact Number | 6366148810 | FO Name | Flory, William |

PA1363