# Exhibit F

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# Altered Mental Status

© 2016 National Safety Council

12-40

**NSC – in it for life**

PA2064

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

## Altered Mental Status

- Change from person's normal responsiveness and awareness

- Patient may be confused, disoriented, combative, drowsy or partially or wholly unresponsive

- May be brief or prolonged

- May result from different injuries and illnesses

- Often a sign of deteriorating condition

© 2016 National Safety Council

12-41

**NSC – in it for life**

PA2065

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Common Causes of Altered Mental Status

- Seizures
- Stroke
- Head injury
- Poisoning, drug use or overdose
- High fever, infection
- Diabetic emergencies
- Psychiatric conditions
- Any condition causing lowered blood oxygen

© 2016 National Safety Council

12-42

**NSC – in it for life**

PA2066

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Emergency Care for Altered Mental Status

- Perform standard patient care

- Determine nature of problem

- Gather a SAMPLE history

- Place unresponsive patient in recovery position

- Have suction available

- Consider the use of an airway adjunct

© 2016 National Safety Council

12-43

**NSC – in it for life**

PA2067

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Altered Mental Status and Behavioral Emergencies

- Drug or alcohol use may become a behavioral emergency
- Never assume person is intoxicated or using drugs
- Intoxicated person may need care for injury or illness

© 2016 National Safety Council

12-44

**NSC –in it for life**

PA2068