# Exhibit G

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER



# Seizures

© 2016 National Safety Council

**NSC – in it for life**

PA2082

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Seizures

- Caused by many different conditions

- Brain's electrical activity out of balance

- Results in altered mental status/uncontrolled muscular contractions

- Rarely life-threatening, but a serious emergency



© 2016 National Safety Council

12-59

**NSC–in it for life**

PA2083

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Seizure Causes

- Epilepsy
- Head injuries
- Low blood glucose
- Any condition causing low oxygen
- Poisoning, including drugs and alcohol
- Electric shock
- High fever (infants and young children)
- Brain tumors
- Complications of pregnancy



© 2016 National Safety Council

12-60

NSC—in it for life

PA2084

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Facts about Epilepsy

- Epilepsy and seizures affect an estimated 2.2 million people of all ages in the United States

- Approximately 150,000 new cases of seizures and epilepsy occur each year

- About 1 in 26 people in the United States population will experience a seizure in their lifetime

© 2016 National Safety Council

12-61

**NSC – in it for life**

PA2085

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Common Types of Seizures

- Complex partial seizure
  - Person seems dazed
  - Person may mumble or wander
- Absence seizure
  - Person seems to stare blankly into space
  - Person doesn't respond to others
  - Begins and ends abruptly, often lasting only a few seconds

PA2086

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Common Types of Seizures (continued)

- Generalized tonic clonic seizure

  - Convulsions or grand mal seizure

  - Person loses consciousness, falls, is stiff, then experiences jerking of muscles (clonic)

  - Breathing may stop momentarily but restarts spontaneously

© 2016 National Safety Council

12-63

NSC – in it for life

PA2087

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Common Types of Seizures (continued)

- Febrile seizures

  - Caused by rapid spike in fever in infants/young children

  - Convulsions similar to tonic clonic

  - Emergency care is the same, including lowering the body temperature

© 2016 National Safety Council

12-64

**NSC–in it for life**

PA2088

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Signs and Symptoms of Seizures

- Minor seizures:

  - Staring blankly ahead

  - Slight twitching lips, head, arms or legs

  - Other movements



© 2016 National Safety Council

NSC – in it for life

PA2089

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Signs and Symptoms of Seizures (continued)



- Major seizures:

  - Crying out then becoming unresponsive

  - Body becomes rigid then shakes

  - Jaw may clench

12-66

© 2016 National Safety Council

NSC–in it for life®

PA2090

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

## Signs and Symptoms of Seizures (continued)

- Fever convulsion:
  - Hot, flushed skin
  - Violent muscle twitching
  - Arched back
  - Clenched fists



© 2016 National Safety Council

NSC – in it for life®

PA2091

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Signs and Symptoms of Seizures (continued)

- Generally occur suddenly without warning

- Sometimes aura in advance of seizure

- Possible unresponsiveness and vomiting during convulsion

- Possible bowel or bladder incontinence

- Seizure length may be brief or prolonged

- Patients typically tired or sleepy after attack

© 2016 National Safety Council

12-68

NSC–in it for life

PA2092

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Emergency Care for Seizures

- Perform standard patient care
- Provide ventilation if needed
- Prevent injury especially to head
- Loosen tight clothing around neck
- Don't restrain patient
- Don't put anything in patient's mouth

© 2016 National Safety Council

12-69

**NSC** – in it for life

PA2093

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Emergency Care for Seizures (continued)

- Have suction available

- Look for medical identification insignia

- Turn patient onto side if vomiting occurs

- Ask bystanders to leave area

- For fever convulsions, sponge body with lukewarm water

- Keep track of how long seizure lasts

© 2016 National Safety Council

12-70

NSC – in it for life

PA2094

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

# Emergency Care for Seizures (continued)

- Place unresponsive patient in recovery position

- Be reassuring after seizure

- If recovering patient is agitated or angry, stay back, but prevent any dangers

- Follow local protocol for oxygen

- Report your assessment to arriving EMS



© 2016 National Safety Council

12-71

**NSC – in it for life**

PA2095