# Exhibit J

## Attorney General James' Special Investigations and Prosecutions Unit Releases Report on Investigation into the Death of Evgeniy Lagoda

NEW YORK – Attorney General Letitia James' Special Investigations and Prosecutions Unit (SIPU) today released its **report into the death of Evgeniy Lagoda**. After an exhaustive investigation, SIPU did not find criminal culpability on the part of any of the Port Authority officers involved. Nevertheless, the agency's handling of the incident did raise some legitimate concerns, and SIPU has provided a number of recommendations to ensure that appropriate policies, procedures, and training are implemented going forward.

"Evgeniy Lagoda's death was a tragedy and we send our deepest condolences to his family and loved ones. The Special Investigations and Prosecutions Unit is committed to executing thorough investigations and providing the public with clear reports of any death over which SIPU has jurisdiction. SIPU conducted an exhaustive investigation into the death of Evgeniy Lagoda and encourages the Port Authority of New York and New Jersey Police Department to implement the recommendations provided in the report."

**Translate This Page**

Select Language

Powered by Google Translate

Translation Disclaimer

## Previous Press Releases

- June 2022
- May 2022
- April 2022
- March 2022
- February 2022
- January 2022
- December 2021
- November 2021
- October 2021
- September 2021

EL000279