# Exhibit N

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Attorney: ASHCROFT SULLIVAN LLC

| | |
|---|---|
| ALEXEY V. TARASOV, ESQ., ADMINISTRATOR OF THE ESTATE OF EVGENIY LAGODA, DECEASED, ETANO | The papers served bore the index # and date of filing. |

Plaintiff(s)

- against -

Index # 153490/2021
Court Date July 28, 2021
Purchased June 29, 2021

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 22, 2021 at 11:19 AM at

████████████

BAY SHORE, NY 11706

deponent served the within SUMMONS AND 1ST AMENDED COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY), NOTICE OF MOTION & SUPPORTING DOCUMENTS on PAPD OFFICER PAUL MEZZACAPPA therein named.

INDIVIDUAL    by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 40 | 6'1 | 180 |

MILITARY
SERVICE

Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: July 27, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**BRUCE KUSTKA**

Invoice #: 767764

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045

Case 1:21-cv-06226-NRB    Document 80-14    Filed 05/12/25    Page 3 of 5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Attorney: ASHCROFT SULLIVAN LLC

ALEXEY V. TARASOV, ESQ., ADMINISTRATOR OF THE ESTATE OF
EVGENIY LAGODA, DECEASED, ETANO

Plaintiff(s)

- against -

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ETAL

Defendant(s)

The papers served bore the index # and
date of filing.

Index # 153490/2021
Court Date July 28, 2021
Purchased June 29, 2021

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 20, 2021 at 12:43 PM at

SMITHTOWN, NY 11787

deponent served the within SUMMONS AND 1ST AMENDED COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY), NOTICE OF MOTION & SUPPORTING DOCUMENTS on PAPD OFFICER MICHAEL BUGIADA therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to LISA BUGIADA a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. She identified herself as the RELATIVE of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 37 | 5'4 | 115 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

SMITHTOWN, NY 11787

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 22, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  July 22, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

DAVID KLEINBERG

Invoice #: 767760

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045

SUPREME COURT OF THE STATE OF NEW YORK                    Attorney: ASHCROFT SULLIVAN LLC
COUNTY OF NEW YORK

---

ALEXEY V. TARASOV, ESQ., ADMINISTRATOR OF THE ESTATE OF
EVGENIY LAGODA, DECEASED, ETANO

Plaintiff(s)

- against -

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ETAL

Defendant(s)

---

The papers served bore the index # and
date of filing.

Index # 153490/2021
Court Date July 28, 2021
Purchased June 29, 2021

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE
OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 20, 2021 at 01:04 PM at

████████████

HAUPPAUGE, NY 11788

deponent served the within SUMMONS AND 1ST AMENDED COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY),
NOTICE OF MOTION & SUPPORTING DOCUMENTS on PAPD OFFICER JONATHAN DURAN therein named.

INDIVIDUAL    by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person
             described as the Defendant therein and he identified himself as such.

             Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| MALE | | | | | |

MILITARY     Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
SERVICE      States and received a negative reply. Upon information and belief based upon the conversation and observation as
             aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as
             that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

             SPOKE TO THE RECIPIENT VIA THE INTERCOM WITH CAMERA WHO REFUSED TO ALLOW ACCESS
             OR ACCEPT SERVICE AFTER I INFORMED HIM OF THE NATURE OF THE DOCUMENT I WAS
             ATTEMPTING TO SERVE. I THEN LEFT THE DOCUMENTS IN THE VICINITY OF THE DOOR.

Sworn to me on:  July 22, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | **DAVID KLEINBERG** |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | Invoice #: 767765 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Attorney: ASHCROFT SULLIVAN LLC

---

ALEXEY V. TARASOV, ESQ., ADMINISTRATOR OF THE ESTATE OF
EVGENIY LAGODA, DECEASED, ETANO

Plaintiff(s)

- against -

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ETAL

Defendant(s)

The papers served bore the index # and
date of filing.

Index # 153490/2021
Court Date July 28, 2021
Purchased June 29, 2021

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE
OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 20, 2021 at 12:29 PM at

███████████
SMITHTOWN, NY 11787

deponent served the within SUMMONS AND 1ST AMENDED COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY),
NOTICE OF MOTION & SUPPORTING DOCUMENTS on PAPD OFFICER JONATHAN PAPIA therein named;

**SUITABLE
AGE**

by delivering thereat a true copy of each to KATHERINE PAPIA a person of suitable age and discretion. Said premises
is Defendant's dwelling house within the state. She identified herself as the RELATIVE of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 32 | 5'3 | 130 |

**MAILING**

Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last
known residence at

███████████
SMITHTOWN, NY 11787

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
Postal Service within New York State on July 22, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked
PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the
communication is from an attorney or concerns an action against the person to be served.

**MILITARY
SERVICE**

Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
States and received a negative reply. Upon information and belief based upon the conversation and observation as
aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as
that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  July 22, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

DAVID KLEINBERG

Invoice #: 767763

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045