# Exhibit O

(212) 619-0728

Fax: (212) 619-2288

**UNITED PROCESS SERVICE, INC.**
225 BROADWAY
SUITE 440
NEW YORK, NY 10007

Email: info@unitedprocess.com

Web: www.unitedprocess.com

Date Received          07/14/2021

**BRUCE KUSTKA**

Index # 153490/2021

ASHCROFT SULLIVAN LLC
200 STATE STREET, 7TH FLOOR
BOSTON, MA 02109
ATTN: CHRISTOPHER AMRHEIN JR.

Client Code:13212
(617) 573-9400

*Call w/ done*

| | |
|---|---|
| Invoice # | **767762** |
| Date Purchased | 06/29/2021 |
| 120 Day | 10/27/2021 |
| Serve by | 07/23/2021 |
| Court Date | 07/28/2021 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Plaintiff:   ALEXEY V. TARASOV, ESQ., ADMINISTRATOR OF THE ESTATE OF
EVGENIY LAGODA, DECEASED, ETANO

Defendant:  PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ETAL

Copies                                    Yes

Recipient(s):

1) PAPD OFFICER ROBERT JOSEPH
   **7677621**

**✶✶✶✶✶**

SUMMONS AND 1ST AMENDED COMPLAINT
WITH NOTICE OF ELECTRONIC FILING
(MANDATORY), NOTICE OF MOTION &
SUPPORTING DOCUMENTS

Location:  Home: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪
            ISLIP, NY 11751

SERVED  Date:_____ Time:_____ Serve Sec'y of State_____ Adv. Fee_____ Att. Sending_____

New Address_____

Served on:_____ Title/Relationship_____

Desc: Sex:_____ Skin Color_____ Hair Color_____ Approx Age_____ Height_____ Weight_____

Remarks:   **SERVE BY 07/23/21**

           **EMAILED TO UPSI 07/13/21 @ 11:01AM**

7/17- 1721   NACV
7/21-1846  ⟩ mail for Lawrence Riccio @ AOS
7/23/ 11:55a NA

**REASON FOR RETURN**
UNKNOWN_____ MOVED_____ NEED APARTMENT #_____
NO SUCH NUMBER_____ NO LONGER EMPLOYED_____
HELD AWAITING INSTRUCTIONS_____ OUT OF BUSINESS_____
**POSTAL SEARCH**_____
GOOD AS ADDRESSED_____ UNKNOWN AT ADDRESS GIVEN_____    CODE__A__ CHARGE__145__ CODE_____ CHARGE_____
MOVED,NO FWD ADD____ FORWARDING ORDER EXPIRED____    CODE_____ CHARGE_____ CODE_____ CHARGE_____
**MOTOR VEHICLE SEARCH**_____    CODE_____ CHARGE_____ CODE_____ CHARGE_____
D.O.B, VIN OR PLATE #_____
NO HIT_____SAME ADDRESS_____NEW ADDRESS_____    CODE_____ CHARGE_____ CODE_____ CHARGE_____

✓ 7/23   |✓ 7/27.

**DO NOT PAY FROM THIS INVOICE.  A STATEMENT WILL FOLLOW**

| | |
|---|---|
| **From:** | UPS |
| **To:** | Amrhein, Christopher |
| **Subject:** | United Process Service, Inc. Activity Report |
| **Date:** | Wednesday, July 28, 2021 8:10:18 AM |

Activity Report

To: ASHCROFT SULLIVAN LLC - 13212
CHRISTOPHER AMRHEIN JR.
CAMRHEIN@ASHCROFTLAWFIRM.COM

From: UNITED PROCESS SERVICE, INC.
Phone: (212) 619-0728
Fax: (212) 619-2288
Email: info@unitedprocess.com

Listed below is updated information regarding the following
case(s). Please read this report and reply via email
directing us what to do next, when requested to do so.

You can go to: http://www.unitedprocess.com/clients/
to view all your account information.

If you haven't received your username and password, call
United Process Service to obtain them so that you can
view this document and access your account on United's website.

ALEXEY V. TARASOV, ESQ., ADMINISTRATOR OF THE ESTATE OF EVGENIY
LAGODA, DECEASED, ETANO
VS
PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ETAL
Recipient: PAPD OFFICER ROBERT JOSEPH
Invoice #: 767762
Date Received: 14-Jul-21

## Activity Log

| Date/Time | Entry |
|---|---|
| 07/27/21 3:16:05 PM | Should United complete an affidavit of due diligence for attempting to serve PAPD OFFICER ROBERT JOSEPH at ████████ ██████, ISLIP, NY 11751? |
| 07/27/21 3:15:53 PM | SUMMONS AND 1ST AMENDED COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY), NOTICE OF MOTION & SUPPORTING DOCUMENTS was not served because we were unable to verify whether PAPD OFFICER ROBERT JOSEPH is located at ████████████, ISLIP, NY 11751. NO ANSWER ON EACH ATTEMPT. |
| 07/23/21 10:27:13 AM | United Process Service, Inc. will continue our attempts to serve PAPD OFFICER ROBERT JOSEPH at ████████████, |

| | |
|---|---|
| | ISLIP, NY 11751. |
| 07/23/21 10:27:11 AM | SUMMONS AND 1ST AMENDED COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY), NOTICE OF MOTION & SUPPORTING DOCUMENTS was not served because we were unable to verify whether PAPD OFFICER ROBERT JOSEPH is located at ███████████, ISLIP, NY 11751 |

| From: | Amrhein, Christopher |
|---|---|
| To: | UPS |
| Subject: | RE: United Process Service, Inc. Activity Report |
| Date: | Wednesday, July 28, 2021 8:40:00 AM |

Here are all the addresses we flagged during our research. As you'll see, the top address is the one we provided and was ultimately unsuccessful.

█████████ , ISLIP , NY 11751-1008 , SUFFOLK COUNTY (May 2015 - Jun 2021)

██████████ , LEVITTOWN , NY 11756-3415 , NASSAU COUNTY (Aug 2013 - Jul 2015)

██████████ , LEVITTOWN , NY 11756-2510 , NASSAU COUNTY (Dec 1995 - Dec 2018)

████████████████ , LONG BEACH , NY 11561-3924 , NASSAU COUNTY (Dec 2011 - Dec 2012)

Thanks,

Chris

**From:** Amrhein, Christopher
**Sent:** Wednesday, July 28, 2021 8:37 AM
**To:** UPS
**Subject:** RE: United Process Service, Inc. Activity Report
Thank you for the activity report. I will review our internal research and determine if there is an alternative address for Officer Joseph.
Chris

**From:** UPS <jgraber@unitedprocess.com>
**Sent:** Wednesday, July 28, 2021 8:10 AM
**To:** Amrhein, Christopher <camrhein@ashcroftlawfirm.com>
**Subject:** United Process Service, Inc. Activity Report
Activity Report

To: ASHCROFT SULLIVAN LLC - 13212
CHRISTOPHER AMRHEIN JR.
CAMRHEIN@ASHCROFTLAWFIRM.COM

From: UNITED PROCESS SERVICE, INC.
Phone: (212) 619-0728
Fax: (212) 619-2288
Email: info@unitedprocess.com

Listed below is updated information regarding the following
case(s). Please read this report and reply via email
directing us what to do next, when requested to do so.

You can go to: http://www.unitedprocess.com/clients/
to view all your account information.

If you haven't received your username and password, call
United Process Service to obtain them so that you can
view this document and access your account on United's website.

ALEXEY V. TARASOV, ESQ., ADMINISTRATOR OF THE ESTATE OF EVGENIY LAGODA, DECEASED,
ETANO
VS
PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ETAL
Recipient: PAPD OFFICER ROBERT JOSEPH
Invoice #: 767762
Date Received: 14-Jul-21

## Activity Log

| Date/Time | Entry |
|---|---|
| 07/27/21 3:16:05 PM | Should United complete an affidavit of due diligence for attempting to serve PAPD OFFICER ROBERT JOSEPH at ███████████, ISLIP, NY 11751? |
| 07/27/21 3:15:53 PM | SUMMONS AND 1ST AMENDED COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY), NOTICE OF MOTION & SUPPORTING DOCUMENTS was not served because we were unable to verify whether PAPD OFFICER ROBERT JOSEPH is located at ███████████, ISLIP, NY 11751. NO ANSWER ON EACH ATTEMPT. |
| 07/23/21 10:27:13 AM | United Process Service, Inc. will continue our attempts to serve PAPD OFFICER ROBERT JOSEPH at ███████████, ISLIP, NY 11751. |
| 07/23/21 10:27:11 AM | SUMMONS AND 1ST AMENDED COMPLAINT WITH NOTICE OF ELECTRONIC FILING (MANDATORY), NOTICE OF MOTION & SUPPORTING DOCUMENTS was not served because we were unable to verify whether PAPD OFFICER ROBERT JOSEPH is located at ███████████, ISLIP, NY 11751 |

**From:** Alterman, Cheryl
**To:** Amrhein, Christopher
**Subject:** RE: Tarasov v. Port Authority | Service of Officer Robert Joseph
**Date:** Thursday, July 29, 2021 4:49:31 PM
**Attachments:** image001.gif

Chris:

We will accept service on behalf of Officer Joseph.

*Cheryl Alterman, Esq.*

The Port Authority of New York and New Jersey

4 World Trade Center

150 Greenwich Street, 24th Floor

New York, New York 10007

Phone Number: (212)-435-3431

Fax Number: (212)-435-3834

**From:** Amrhein, Christopher
**Sent:** Thursday, July 29, 2021 11:26 AM
**To:** Alterman, Cheryl
**Subject:** Tarasov v. Port Authority | Service of Officer Robert Joseph

> **CAUTION:** This email originated from outside the Port Authority. Do not open attachments or click on links from unknown senders or unexpected emails.

Cheryl,

As of this week, the SDNY docket indicates that you and Attorney Malysa have entered an appearance on behalf of the individual officers in addition to the Port Authority. Prior to removal we hired a process server to serve the individual officers who were added as defendants in our Amended Complaint. The process server has provided affidavits of service for four of the five officers. The unserved officer is Officer Robert Joseph. The process servers attempted to serve him on several occasions, but were unsuccessful.

Would you be willing to accept service on his behalf? Attached is the set of documents that were to be served on Officer Joseph. I am available by phone/text/email if you would like to discuss further.

Thank you,

Chris

**J. Christopher Amrhein, Jr.**

Associate

*Ashcroft Sullivan LLC*

P: (617) 573-9400 | C: (617) 875-2918

camrhein@ashcroftlawfirm.com | http://www.ashcroftlawfirm.com



This message contains information that may be confidential and privileged. Unless you are the intended recipient (or authorized to receive for the intended recipient), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying or by phone at (816) 285-7600 and delete the message.

NOTICE: THIS E-MAIL AND ANY ATTACHMENTS CONTAIN INFORMATION FROM THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY AND AFFILIATES. IF YOU BELIEVE YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY

THE SENDER IMMEDIATELY, PERMANENTLY DELETE THIS E-MAIL (ALONG WITH ANY ATTACHMENTS), AND DESTROY ANY PRINTOUTS.