UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ALEXEY V. TARASOV, ESQ., Administrator of the          Case No.: 21-cv-6226 (NRB)
Estate of EVGENIY LAGODA, Deceased, and
GRIGORY TIKHOPLAV,

                            Plaintiffs,                **DEFENDANTS' REPLY
                                                        DECLARATION**
      -against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, and PORT AUTHORITY OF NEW
YORK AND NEW JERSEY POLICE DEPARTMENT
a/k/a PORT AUTHORITY POLICE DEPARTMENT
a/k/a PAPD, PAPD OFFICER MICHAEL BUGIADA,
PAPD OFFICER ROBERT JOSEPH, PAPD OFFICER
JONATHAN PAPIA, PAPD OFFICER PAUL
MEZZACAPPA, and PAPD OFFICER JONATHAN
DURAN,

                            Defendants.
------------------------------------------------------------------------X

**CHERYL N. ALTERMAN,** an attorney duly admitted to practice law in the State of New York and before this Court, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1.      I am an attorney in the Port Authority's Law Department, attorneys for Defendants Port Authority of New York and New Jersey ("Port Authority"), Port Authority Officer Michael Bugiada, Port Authority Officer Robert Joseph, Port Authority Officer Jonathan Papia, Port Authority Officer Paul Mezzacappa, and Port Authority Officer Jonathan Duran (collectively "Defendants"). I am familiar with the facts and circumstances stated herein. This familiarity is based upon the records and files for this case.

2.      Defendants submit the documents described below, in further support of their motion for summary judgment. The documents are a true and accurate copy of the record in this action.

3.      Attached as Exhibit "A" are true and accurate copies of Port Authority Police Academy training documents.

4.      Attached as Exhibit "B" is a true and correct copy of the unpublished opinion *Avant v. Cty of Erie*, No. 20-CV-1689-LJV-HKS, 2024 WL 1856828, at *1 (W.D.N.Y. Apr. 29, 2024), *appeal withdrawn*, No. 24-1501, 2024 WL 4019488 (2d Cir. Aug. 22, 2024).


Dated:    New York, New York
          May 27, 2025

                                        Port Authority Law Department
                                        Attorneys for Defendants, Port Authority of
                                        New York and New Jersey, Port Authority
                                        Officer Michael Bugiada, Port Authority Officer
                                        Robert Joseph, Port Authority Officer Jonathan
                                        Papia, Port Authority Officer Paul Mezzacappa,
                                        and Port Authority Officer Jonathan Duran


                                        By:    */s/ Cheryl N. Alterman*
                                             Cheryl N. Alterman, Esq.
                                             4 World Trade Center, 24th Floor
                                             150 Greenwich Street
                                             New York, New York 10007
                                             Telephone: (212) 435-3431

2