# EXHIBIT A

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

10/10

 

# PORT AUTHORITY POLICE ACADEMY

## Spring 2019 In-Service Training
## Use of Force

Name __Mezzacappa_____   __Paul_____
       Last Name                  First Name

Date __2/28/19__ Employee # ████████ Command __JFK_____

**Directions:** Circle the letter that corresponds to the best answer. Select only <u>one</u> answer per question.

1. (TRUE) or FALSE
   Police use force to establish control of a situation?

2. Police can use Deadly Physical Force _____.
   A. On an unarmed subject running away
   (B) In defense of others
   C. In defense of property
   D. None of the above

3. (TRUE) or FALSE
   Use of force by Police is considered a seizure?

4. (TRUE) or FALSE
   The Police get the authority to use force through the 4th Amendment of the U.S. Constitution?

5. (TRUE) or False
   Police Officers should identify him or herself and state their intention prior to using a firearm?

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

6.  It is a requirement for all LEO's to intervene when?
    A.  A coffee order is placed incorrectly
    B.  Use of force is being used beyond what is objectively reasonable under the circumstances
    C.  A supervisor assigns an arrest
    D.  None of the above

7.  Graham v. Connor_____.
    A.  Is the greatest boxing match in history
    B.  Establishes the right to fight resisting subjects
    C.  Establishes the "objectively reasonable" standard
    D.  None of the above

8.  Tennessee v. Garner_____.
    A.  Limits the use of DPF where used to prevent the escape of unarmed and non-dangerous fleeing felons.
    B.  Limits the use of force in low light conditions
    C.  None of the above

9.  TRUE or FALSE?
    The "totality of the circumstances" must be considered in all use of force circumstances.

10. When writing a report Officers should _____.
    A.  Use the Dewey Decimal System of writing
    B.  Use Facts and not Conclusions
    C.  Use only Conclusions
    D.  Never ever use Facts

PA2443

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

10/10

 

# PORT AUTHORITY POLICE ACADEMY

## Spring 2019 In-Service Training
## Use of Force

Name _____ Duran _____ Jonathan _____
           Last Name                    First Name.

Date __3/1:/19__   Employee # ██████   Command __JFK__

---

**Directions:** Circle the letter that corresponds to the best answer. Select only **one** answer per question.

1. **TRUE** or FALSE
   Police use force to establish control of a situation?

2. Police can use Deadly Physical Force _____.
   A. On an unarmed subject running away
   (B.) In defense of others
   C. In defense of property
   D. None of the above

3. **TRUE** or FALSE
   Use of force by Police is considered a seizure?

4. **TRUE** or FALSE
   The Police get the authority to use force through the 4th Amendment of the U.S. Constitution?

5. **TRUE** or False
   Police Officers should identify him or herself and state their intention prior to using a firearm?

PA2213

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY ORDER

6. It is a requirement for all LEO's to intervene when?
   A. A coffee order is placed incorrectly
   B. Use of force is being used beyond what is objectively reasonable under the circumstances
   C. A supervisor assigns an arrest
   D. None of the above

7. Graham v. Connor_____.
   A. Is the greatest boxing match in history
   B. Establishes the right to fight resisting subjects
   C. Establishes the "objectively reasonable" standard
   D. None of the above

8. Tennessee v. Garner_____.
   A. Limits the use of DPF where used to prevent the escape of unarmed and non-dangerous fleeing felons.
   B. Limits the use of force in low light conditions
   C. None of the above

9. TRUE or FALSE?
   The "totality of the circumstances" must be considered in all use of force circumstances.

10. When writing a report Officers should _____.
    A. Use the Dewey Decimal System of writing
    B. Use Facts and not Conclusions
    C. Use only Conclusions
    D. Never ever use Facts

PA2214