UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALEXEY V. TARASOV, ESQ.,
Administrator of the Estate of
EVGENIY LAGODA, Deceased, and
GRIGORY TIKHOPLAV,

                Plaintiff,                21 **CIVIL** 6226 (NRB)

     -against-                          **JUDGMENT**

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, and PORT AUTHORITY
OF NEW YORK AND NEW JERSEY
POLICE DEPARTMENT a/k/a PORT
AUTHORITY POLICE DEPARTMENT
a/k/a PAPD, PAPD OFFICER
MICHAEL BUGIADA, PAPD OFFICER
ROBERT JOSEPH, PAPD OFFICER
JONATHAN PAPIA, PAPD OFFICER
PAUL MEZZACAPPA, and PAPD
OFFICER JONATHAN DURAN,

                Defendants.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 03, 2026, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

    February 6, 2026

                                              TAMMI M. HELLWIG
                                                 Clerk of Court

                               BY:
                                                   Deputy Clerk