UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXEY V. TARASOV, ESQ., Administrator of the Estate of EVGENIY LAGODA, Deceased, and GRIGORY TIKHOPLAV,

Plaintiffs,

-against-

1:21-cv-06226-NRB

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT a/k/a PORT AUTHORITY POLICE DEPARTMENT a/k/a PAPD, PAPD OFFICER MICHAEL BUGIADA, PAPD OFFICER ROBERT JOSEPH, PAPD OFFICER JONATHAN PAPIA, PAPD OFFICER PAUL MEZZACAPPA, and PAPD OFFICER JONATHAN DURAN,

Defendants.

---

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the Second Circuit from the Memorandum & Order of the Honorable Judge Naomi Reice Buchwald, dated February 3, 2026 (ECF No. 90), which granted Defendant's Motion for Summary Judgment, and from the Judgment entered by the Clerk of the Court, dated February 6, 2026 (ECF No. 91), which entered final judgment in favor of Defendants against Plaintiffs.

Plaintiffs hereby appeal from the Court's dismissal of Plaintiffs' 42 U.S.C. § 1983 claims for Wrongful Death and Conscious Pain and Suffering Against the Individual Officers, Plaintiffs' *Monell* Claim Against the Port Authority Based on Failure to Train, and Plaintiffs' Claim for Punitive Damages Against the Individual Officers and the Port Authority.

Dated: March 6, 2026

Respectfully submitted,

/s/*Michael J. Sullivan*
Michael J. Sullivan (*pro hac vice*)
*Ashcroft Law Firm, LLC*
15 Broad Street, Suite 500
Boston, MA 02109
Tel: 617-573-9400
msullivan@ashcroftlawfirm.com

*Attorney for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael J. Sullivan, certify that the above document is being filed through the ECF system on March 6, 2026, which serves counsel for defendants who are registered participants as identified on the SDNY CM/ECF docket.

*/s/Michael J. Sullivan*
Michael J. Sullivan *(pro hac vice)*

i